IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant. | C.A. No. 18-224-CFC-CJB |

### STIPULATION AND [PROPOSED] ORDER TO ALLOW AN ADDITIONAL DEPOSITION OF DR. TAKASHI KAWASUJI AFTER THE CLOSE OF FACT DISCOVERY

WHEREAS on May 28, 2019, the Court entered an Amended Scheduling Order Pursuant to May 16, 2019 Telephonic Status Conference, ordering that "[a]ll fact discovery in this case shall be initiated so that it will be completed on or before October 4, 2019." D.I. 87 at 3.

WHEREAS on August 21-22, 2019, Defendant Gilead Sciences, Inc. ("Gilead") took the translated deposition of Dr. Takashi Kawasuji.

WHEREAS on September 20, 2019, Plaintiff Shionogi & Co., Ltd. produced agreements with the named inventors, bearing bates numbers VIIVUS15540602, VIIVUS15540604, VIIVUS15540611, VIIVUS15540619, and VIIVUS15543582, related to their contribution to the '385 Patent (the "Agreements").

WHEREAS Gilead has requested additional time to depose Dr. Kawasuji on the Agreements, and the parties have agreed upon the content, duration, and terms for the deposition.

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through the undersigned counsel, and subject to the Court's approval, that Gilead may take an additional deposition of Dr. Kawasuji after the close of fact discovery pursuant to the terms described below.

IT IS HEREBY FURTHER STIPULATED AND AGREED by the parties hereto, through the undersigned counsel, and subject to the Court's approval, that the duration of the additional deposition of Dr. Kawasuji shall be no longer than 1.75 hours and that the scope of the deposition shall be limited to questions regarding the Agreements—VIIVUS15540602, VIIVUS15540604, VIIVUS15540611, VIIVUS15540619, and VIIVUS15543582—and questions about any alleged bias stemming from payments reflected in the above-mentioned Agreements.

Dated: January 30, 2020

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Daniel M. Silver<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs*<br>*ViiV Healthcare Company, Shionogi & Co.,*<br>*Ltd., and ViiV Healthcare UK (No. 3)*<br>*Limited* | /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendant*<br>*Gilead Sciences, Inc.* |

SO ORDERED this 3rd day of February, 2020.

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE