

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

March 27, 2020

**VIA E-FILING**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 28, Room 2325
Wilmington, DE 19801

Re:   *ViiV Healthcare Company et al. v. Gilead Sciences, Inc.*,
      C.A. No. 18-224-CFC-CJB

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on March 12, 2020:

Plaintiffs' Delaware Counsel: Daniel M. Silver and Alexandra M. Joyce, McCarter & English, LLP

Plaintiffs' Lead Counsel: Lindsey Miller and Todd L. Krause, Desmarais LLP

Defendant's Delaware Counsel: Jeremy A. Tigan, Morris, Nichols, Arsht & Tunnell LLP

Defendant's Lead Counsel: Scott McBride and Matthew Ford, Bartlit Beck LLP

ME1 32953095v.1

The Honorable Christopher J. Burke<br>
March 27, 2020<br>
Page 2

The dispute requiring judicial attention is:

Plaintiffs' request for leave to serve a supplemental expert report from Dr. Timothy Simcoe.[1]

Counsel are available at the Court's convenience.

---

[1] Plaintiffs believe that expert discovery issues, including the service of supplemental and surreply expert reports, are within the purview and authority of Your Honor under Judge Connolly's August 19, 2019 Oral Order referring the case as to "all disputes relating to discovery and the protective order." Accordingly, pursuant to the parties' stipulation "to file motions for leave to serve supplemental and/or surreply report(s) with the accompanying supplemental and/or surreply reports(s) or motions to strike or exclude reply report(s) by March 27, 2020," (D.I. 205), Plaintiffs have filed their 3-page letter brief outlining the dispute contemporaneously with this letter. Plaintiffs are separately filing today a motion to strike in accordance with Your Honor's procedure for motions to strike.

Gilead disagrees that this is the proper procedure. By Order dated March 18, 2020 (D.I. 205), Judge Connolly directed that "the parties shall file motions for leave to serve supplemental and/or surreply report(s) with the accompanying supplemental and/or surreply report(s) or motions to strike or exclude reply report(s) by March 27, 2020." There was no reference in Judge Connolly's Order of a referral of those motions to the Magistrate Judge or to following the Magistrate Judge's discovery dispute procedure. Accordingly, Gilead yesterday filed a motion for leave to file supplemental and surreply reports and an opening brief (D.I. 212-213) in accordance with Judge Connolly's Order and procedures. Whether that motion will be heard by Judge Connolly or by Judge Burke, Gilead believes that it has followed the procedure set forth in Judge Connolly's Order.

The Honorable Christopher J. Burke
March 27, 2020
Page 3

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:  All counsel of record (via CM/ECF)