**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,** | **C.A. No. 1:18-cv-00224-CFC-CJB** |
| **Plaintiffs,** | **JURY TRIAL DEMANDED** |
| **v.** |  |
| **GILEAD SCIENCES, INC.,** | |
| **Defendant.** | |

<u>**LETTER DATED APRIL 13, 2020 FROM DANIEL M. SILVER, ESQ.
TO MAGISTRATE JUDGE BURKE**</u>

MCCARTER & ENGLISH, LLP

OF COUNSEL:

John M. Desmarais
Justin P.D. Wilcox
Laurie N. Stempler
Todd L. Krause
Alyssa B. Monsen
Lindsey E. Miller
Kyle G. Petrie
Thomas J. Derbish
Julianne M. Thomsen
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
(212) 351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
lstempler@desmaraisllp.com
tkrause@desmaraisllp.com
amonsen@desmaraisllp.com
lmiller@desmaraisllp.com
kpetrie@desmaraisllp.com
tderbish@desmaraisllp.com
jthomsen@desmaraisllp.com

Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs,
ViiV Healthcare Company, Shionogi & Co.,
Ltd., and ViiV Healthcare UK (No. 3) Limited*

ME1 32941399v.1

Dear Magistrate Judge Burke:

Plaintiffs (collectively, "ViiV") respectfully oppose Gilead's Motion for Leave to serve six additional expert reports, which are untimely, lack basis, and would give Gilead's experts the final word on issues for which ViiV bears the burden of proof. ViiV served its reply reports to Gilead according to the Court's Scheduling Order on February 7, 2020. Now, more than two months later (twice as long as the reply period itself), Gilead asks for leave to serve six new reports, including three sur-replies purporting to respond to allegedly new opinions in ViiV's reply reports. But as ViiV's reply reports were entirely responsive to Gilead's rebuttals, Gilead's sur-reply reports are not warranted in the first place. Gilead also asks for leave to serve three "supplemental" reports to discuss two academic articles and a conference presentation purported to contain "new HIV research [] that bears directly on the question of infringement." (D.I. 222 at 1.) However, no supplementation is appropriate or necessary. Because Gilead delayed for nearly two months in seeking leave for its new reports and there is no substantial justification for any of these reports, the Court should deny Gilead's motion. However, if the Court grants Gilead's motion for leave, it should also grant ViiV leave to serve the short responsive expert reports accompanying this letter (Exhibits A-F), which respond to Gilead's new evidence and arguments and give ViiV the final word on issues for which it bears the burden of proof.

## RELEVANT LAW

This Court has discretion to exclude untimely or improper expert reports, *see* Fed. R. Civ. P. 37(c)(1), and should exercise that discretion when a party has "flout[ed] . . . discovery deadlines" and disregarded "fidelity to the constraints of Scheduling Orders and deadlines[, which are] critical to the Court's case management responsibilities." *Praxair, Inc. v. ATMI, Inc.*, 231 F.R.D. 457, 463 (D. Del. 2005) (internal quotation marks and citations omitted), *rev'd on other grounds*, 543 F.3d 1306 (Fed. Cir. 2008). While a party may be allowed to supplement an "incomplete or incorrect" expert report "in a timely manner" (Fed. R. Civ. P. 26(e)), "Rule 26(e) is not intended to provide parties an opportunity to include new examples and illustrations to bolster previous opinions" and "does not encompass [] rebuttal material." *Novartis Pharm. Corp. v. Actavis, Inc.*, No. CV 12-366-RGA-CJB, 2013 WL 7045056, at *7-*8 (D. Del. Dec. 23, 2013) (internal quotation marks and citations omitted). When a report is improper or untimely, Courts in this District look to the factors set out in *Meyers v. Pennypack Woods Home Ownership Ass'n.*, 559 F.2d 894 (3d Cir. 1977) to determine whether striking the report is an appropriate remedy. *See Konstantopoulos v. Westvaco Corp.*, 112 F.3d 710, 719 (3d Cir. 1997).

## ARGUMENT

Gilead seeks leave to serve six new expert reports—three supplements to its rebuttal reports and three sur-replies. Yet Gilead has identified no valid basis for serving any of the new reports. With regard to the proposed supplements, Gilead uses recently published articles and presentations related to HIV research as a pretense to improperly introduce new rebuttal material from its experts. Likewise, with its proposed sur-replies, Gilead seeks to gain the last word on various issues for which ViiV has the burden of proof. Finally, Gilead has not explained its nearly two-month delay in moving for leave. Thus, the Court should deny Gilead's Motion for Leave.

## Gilead's Supplemental Reports From Dr. Reynolds, Dr. Richman, And Dr. MacMillan

Gilead is requesting leave to serve supplements to the rebuttal reports from three of its expert witnesses. Gilead's purported justification for these reports is the publication of two academic articles[1] and one conference presentation,[2] which allegedly contain "new HIV research [] that bears directly on the question of infringement." (D.I. 222 at 1-2.)

First, Gilead seeks leave to serve a supplemental report from its expert Dr. Charles Reynolds. In his supplement, Dr. Reynolds discusses the Cook 2020 article that was published after he served his original rebuttal report. However, Dr. Reynolds does not describe any information or insight from the Cook 2020 article that was not available to him when he prepared that report. In fact, while preparing his rebuttal report, Dr. Reynolds was in contact with one of the authors of the Cook 2020 article, Dr. Peter Cherepanov. (D.I. 212, Ex. B ("Reynolds Supp.") ¶ 2.) According to Dr. Reynolds, he requested and received the refined "cryoelectron microscopy (cryo-EM) structures for dolutegravir (DTG) and bictegravir (BIC) bound to SIV integrase" from Dr. Cherepanov while preparing his rebuttal report. (Ex. G, Reynolds Rebuttal Report ¶ 43; Reynolds Supp. ¶ 2.) In addition, he was aware of the fact that "[Dr.] Cherepanov and colleagues presented the results for a new structure of integrase based on simian immunodeficiency virus (SIV) with both DTG and BIC bound" at a recent National Institute of Health conference. (Reynolds Rebuttal Report ¶ 41.) In his supplement, Dr. Reynolds merely notes that the "findings" reported in Cook 2020 are consistent with his rebuttal opinions and Dr. Cherepanov's statement to him while preparing his rebuttal. (Reynolds Supp. ¶ 2.)

Rather than discussing how the Cook 2020 article implicates the completeness or correctness of his rebuttal report opinions, *see* Fed. R. Civ. P. 26(e), Dr. Reynolds instead improperly uses his supplemental report to put forward new opinions and material. Dr. Reynolds performs an entirely new modeling analysis, including "new measurements of several interatomic distances between DTG or BIC and Asn117 and Gly118 backbone atoms that he derived using the published versions of these structures." (*See* Ex. E, Merz 2nd Supplemental Report ¶ 3.) Yet Dr. Reynolds provides no explanation why he was not able to include these calculations in his rebuttal report using the structural data provided to him by Dr. Cherepanov. Dr. Reynolds also directly responds to the reply report of ViiV's expert Dr. Kenneth Merz. (Reynolds Supp. ¶¶ 8, 12.) Lastly, Dr. Reynolds attempts to bolster his rebuttal opinions based on new e-mail correspondence between Dr. Cherepanov and him dated March 20, 2020, more than one month after ViiV served its reply reports. (Reynolds Supp. ¶¶ 10, 13.) In so doing, Dr. Reynolds relies on Dr. Cherepanov's informal e-mail statements with a colleague—not peer-reviewed data or studies. Those statements are not a reliable source on which to base an expert opinion and are certainly not new information that justifies a supplemental expert report. At a minimum, if the Court allows Gilead to serve Dr. Reynolds's new report, it should also allow ViiV to serve reports from Drs. Merz and Wipf in response. (*See* Ex. D, F.)

Second, Gilead seeks leave to file a supplement to the rebuttal report of Dr. Douglas Richman. (D.I. 212, Ex. C ("Richman Supp.").) Dr. Richman also mentions the Cook 2020 article as justification for his supplemental report. However, as with Dr. Reynolds, Dr. Richman merely repeats his discussion of the research underlying Cook 2020 in his original rebuttal (*see* Ex. H Richman Rebuttal Report ¶¶ 156-158), mentions the new email correspondence between Dr.

---

[1] Nicola J. Cook et al., *Structural basis of second-generation HIV integrase inhibitor action and viral resistance*, 367 Science 806 (2020) ("Cook 2020") and Dario Oliveira Passos et al., *Structural basis for strand-transfer inhibitor binding to HIV intasomes*, 367 Science 810 (2020) ("Passos 2020").

[2] Ernesto Cuadra Foy et al., *Bictegravir confers long-term viral suppression against drug-resistant viruses in cell culture*, CROI Poster 0534 (2020) ("Cuadra Foy 2020").

Reynolds and Dr. Cherepanov, and then concludes that his opinions remained unchanged. (Richman Supp. ¶ 5.) Dr. Richman does not articulate how any new information in Cook 2020 is important to the completeness or correctness of his rebuttal report. Likewise, while Dr. Richman discusses Passos 2020 and notes that it "provides additional resistance data," he does not describe how the absence of this additional data renders his original rebuttal report incomplete or incorrect. (Richman Supp. ¶ 3.)

Dr. Richman next discusses the purportedly new research in the Cuadra Foy 2020 presentation. (Richman Supp. ¶¶ 6-8.) Dr. Richman characterizes Cuadra Foy 2020 as "data regarding the long-term effects of bictegravir and dolutegravir [] recently published at the March 2020 Conference on Retroviruses and Opportunistic Infections" ("CROI"). (Richman Supp. ¶ 6.) However, Gilead was a sponsor for the research underlying Cuadra Foy 2020. (D.I. 212, Ex. N.) As such, Gilead certainly knew of this research prior to the presentation at CROI. In addition, Dr. Richman also should have known of the Cuadra Foy research well in advance of his rebuttal report because he is a member of the Scientific Program Committee for CROI, which is tasked with reviewing and selecting abstracts for inclusion and presentation at CROI. (*See* https://www.croiconference.org/scientific-program-committee.) Abstracts were accepted for consideration until September 26, 2019 and decisions were made for inclusion at CROI 2020 by November 14, 2019. (*See* https://www.croiconference.org/abstract-guidelines.) Thus, if the information in Cuadra Foy were significant enough to render Dr. Richman's rebuttal report incomplete or incorrect, Dr. Richman—either through Gilead or based on his own knowledge—could have considered that research while he was preparing his rebuttal. Even assuming Dr. Richman could not consider Cuadra Foy while he was drafting his rebuttal report, the fact that Gilead—which sponsored the research that supposedly warrants supplementation by Dr. Richman—waited until the results were presented publicly at CROI in March 2020 before seeking leave certainly does not constitute supplementation in a "timely manner," as required by Rule 26(e).[3] However, if the Court decides to allow service Dr. Richman's new report, it should allow ViiV to serve a report from Dr. Engelman responding to it. (*See* Ex. C.)

Lastly, Gilead seeks leave to serve a supplemental report from its expert Dr. David MacMillan. Dr. MacMillan also cites the Cook 2020 and Passos 2020 articles as the bases for submitting a supplemental report. (D.I. 212, Ex. A ("MacMillan Supp.") ¶ 2.) However, Dr. MacMillan's analysis is largely based on his consideration of the supplemental report of Dr. Reynolds, including Dr. Reynolds's improper new modeling analysis. (MacMillan Supp. ¶¶ 4, 8, 9, 10.) Thus, for the same reasons as stated above, no justification exists for Dr. MacMillan's supplemental report. However, should the Court grant leave to serve Dr. MacMillan's new report, it should also grant ViiV leave to serve a responsive report from Dr. Wipf. (*See* Ex. F.)

---

[3] Gilead's nearly two-month delay in seeking leave appears to have been a tactic to include March 2020 CROI data—of which it had advance notice—in the supplemental reports. In fact, despite mentioning CROI as a basis for supplemental reports, Gilead refused to identify what if any data from CROI would warrant supplementing its reports. (*See* Ex. I, February 27, 2020 Email from McBride to Krause ("[T]he upcoming CROI is likely to have relevant new data that the parties may wish to address in supplemental reports."); Ex. J, February 28, 2020 Email From Krause to McBride ("Incorporating new data into the existing expert reports at this stage would delay the schedule . . . Nevertheless, you did not identify any data forthcoming at CROI that may warrant supplemental expert reports.").) Because Gilead ultimately relied only on research that it was sponsoring and abstracts that were available ahead of time, it stands to reason Gilead knew beforehand the research on which it intended to rely.

**Gilead's Sur-Reply Reports From Dr. Taft And Dr. Morris**

Gilead also seeks leave to serve two sur-reply reports from its expert witnesses Dr. David Taft and Dr. Kenneth Morris. Gilead argues that these reports are necessary to respond to "opinions on matters not included in ViiV's opening reports" that appeared in the reply reports of ViiV's expert witnesses Dr. Stephen Byrn and Dr. Jennifer Dressman.  (D.I. 222 at 2.)  However, the information in the reply reports from Dr. Byrn and Dr. Dressman is entirely responsive to the noninfringement arguments in Gilead's rebuttal reports, and therefore Gilead is not entitled to either sur-reply.[4]

Regarding Dr. Taft's proposed sur-reply report, Gilead argues that "Dr. Dressman provided new and previously undisclosed opinions on pharmacokinetics, formulation, and co-formulation," to which Dr. Taft now needs the opportunity to respond.  (D.I. 222 at 2.)  Gilead is incorrect.  Dr. Dressman's opinions are not "new;" they directly responded to Dr. Taft's arguments in his rebuttal report. To the extent that Dr. Dressman and her opinions were "previously undisclosed," that is a product of Gilead's own making.  Gilead served a "rebuttal" pharmacokinetics report from Dr. Taft.  Because ViiV did not serve an opening report from a pharmacokinetics expert, it was appropriate for ViiV to reply to Dr. Taft.

While Gilead argues that "ViiV's opening reports included no opinions whatsoever regarding formulation and co-formulation," Dr. Dressman's discussion of co-formulation was responsive to Dr. Taft's arguments based on population pharmacokinetic ("popPK") data related to Biktarvy. (D.I. 222 at 2.)  Biktarvy is a three-drug, fixed-dose combination tablet that includes bictegravir, emtricitabine, and tenofovir alafenamide fumarate. Because Dr. Taft chose to discuss the popPK data related to Biktarvy rather than data based on bictegravir individually, it was necessary for Dr. Dressman to discuss how the effects of co-formulation preclude the comparison of bictegravir and dolutegravir in that context, which casts doubt on the reliability of Dr. Taft's opinions. (D.I. 212, Ex. O ("Dressman Reply") ¶¶ 177-179, 200-207.)  Moreover, Dr. Taft should have been well aware of the effects of co-formulation on popPK analysis, and yet he chose not to address it.  He should not get a second chance.  If the Court grants Gilead leave to serve Dr. Taft's new report, ViiV also requests leave to serve a responsive report from Dr. Dressman.  (*See* Ex. B.)

Similarly, regarding Dr. Morris's proposed sur-reply report, Gilead alleges that it is necessary because "Dr. Byrn provided new and previously undisclosed infringement opinions based on infrared  [(IR)] spectroscopy."  (D.I. 222 at 2.)  However, the opinions in Dr. Byrn's reply report respond to Dr. Morris's rebuttal opinions.  Moreover, Gilead's specific arguments related to IR spectroscopy are incorrect.  Dr. Morris discussed the solid-state characteristics of bictegravir and dolutegravir in his rebuttal report, but omitted any discussion of IR spectroscopy. (Ex. K, Morris Rebuttal ¶ 16.) As IR spectroscopy is a commonly used tool to evaluate solid-state properties and the IR spectra of bictegravir and dolutegravir are highly relevant to the topics on which Dr. Morris opined, Dr. Byrn discussed the implications of the IR spectra on the alleged differences between bictegravir and dolutegravir.  (D.I. 212, Ex. P ("Byrn Reply") at 50-56.) In particular, Dr. Byrn discussed the similarities in the IR spectra of bictegravir and dolutegravir, which undermine the opinions of Dr. Morris.  As an expert in the field, Dr. Morris should have been aware of the significance of IR spectroscopy on the arguments in his rebuttal report.  Gilead

---

[4] Gilead's suggestion that ViiV should have included the allegedly "new" subject matter in its opening reports rings hollow.  Despite ViiV's repeated requests, Gilead refused to identify its noninfringement positions with sufficient specificity to allow ViiV to address them in their opening expert reports.  (*See* Ex. L, October 17, 2019 Letter from Petrie to Ford at 3-4 (identifying deficiencies in Gilead's response to ViiV's Interrogatory No. 3 regarding Gilead's noninfringement theories); Ex. M, November 12, 2019 Letter Ford to Petrie at 2 (refusing to further supplement).)

should not be given a second bite at the apple simply because Dr. Morris chose to omit discussion of this common technique.  If the Court grants Gilead leave to serve Dr. Morris's sur-reply, ViiV also requests leave to serve a responsive report from Dr. Byrn.  (*See* Ex. A.)

**Gilead's Sur-Reply Report From Dr. Vellturo**

Gilead seeks leave to serve a sur-reply report from its damages expert, Dr. Christopher Vellturo.  Gilead argues that Dr. Vellturo is owed the chance to respond to ViiV's damages expert Dr. Timothy Simcoe, who in his reply pointed out errors and flaws in the econometric model used by Dr. Vellturo in his rebuttal report.  (D.I. 222 at 3.)  However, notably, Gilead does not argue that Dr. Simcoe's reply report contains new information or arguments that are not responsive to Dr. Vellturo's rebuttal report.  Instead, Gilead merely argues that Dr. Simcoe's analysis of Dr. Vellturo's model is "flawed."[5]  (*Id.*)  Because disagreeing with an opposing expert's responsive opinions is not a proper basis for a sur-reply, the court should deny Gilead leave to serve the Vellturo Sur-Reply.  Gilead can address its disputes with Dr. Simcoe's opinions at his deposition.

Gilead also contends that it should be granted a sur-reply such that Dr. Vellturo can attempt to defend the reliability of his econometric model in light of the "errata" he filed to correct the coding error in his model identified by Dr. Simcoe.[6]  (D.I. 222 at 3.)  However, Dr. Vellturo's need to correct his original rebuttal opinions is not a proper basis for a sur-reply.  This is especially true considering Gilead chose to submit an "affirmative" econometric model in Dr. Vellturo's rebuttal report to Dr. Sims's opening report, rather than simply responding to the model constructed and relied upon by Dr. Sims.  (D.I. 212, Ex. Q, Vellturo Rebuttal Report ¶¶ 216-234.)  Gilead should not be permitted an extra report to further explain his defective affirmative model.  ViiV bears the burden of proof on damages and is entitled to the last word on damages issues.

Gilead next argues that ViiV is trying to "tee up" a *Daubert* motion to exclude Gilead's damages theories.  (D.I. 222 at 3.)  Gilead does not explain why this argument entitles it to a sur-reply report, other than the conclusory statement that "Dr. Vellturo should be able to explain why Dr. Simcoe's criticisms of the reliability of his model are unfounded."  (*Id.*)  However, as explained above, ViiV is entitled to the last word on the issue of damages, so Gilead's argument is entirely incorrect.  Moreover, to the extent that a *Daubert* motion has been "tee[d] up," that is the result of Dr. Vellturo's errors in his rebuttal report.  Because Gilead has no valid arguments why it is entitled to a sur-reply, the Court should deny its motion for leave.  However, if the Court grants leave for Gilead to serve Dr. Vellturo's new report, ViiV also requests leave to serve a responsive report from Dr. Simcoe.  (*See* Ex. E.)

Lastly, ViiV served reply reports on February 7, 2020.  Gilead puts forth no explanation why it waited nearly two months to move for leave to serve a sur-reply in response.  Gilead's attempt to delay expert discovery and put this Court's schedule at risk—even before these delays were compounded by the COVID-19 pandemic—further counsel in favor of denying its motion for leave in its entirety.

---

[5] ViiV also notes that several of Gilead's arguments about Dr. Simcoe's opinions are facially incorrect.  For example, Gilead claims that Dr. Simcoe used "poor instrument sets" to evaluate Dr. Vellturo's model (D.I. 222 at 3), when in fact Dr. Simcoe used Dr. Vellturo's own instrument set to evaluate his model.  (*See* Ex. E ¶¶ 2-3).

[6] Gilead argues it had a duty under Rule 26 to supplement Dr. Vellturo's "incorrect" disclosure.  Gilead is incorrect.  Rule 26 only obligates a party to supplement a disclosure "if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing."  Rule 26(e)(1)(A).  In this case, however, Dr. Vellturo's error was well known to both parties because Dr. Simcoe disclosed and fully explained the error in his report.

████████████████████████████████████████

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc:      All Counsel of Record (via CM/ECF and electronic mail)

ME1 32941399v.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on April 13, 2020 on the following counsel in the manner indicated:

### <u>VIA EMAIL</u>

Jack B. Blumenfeld
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

Adam K. Mortara
J. Scott McBride
Mark S. Ouweleen
Matthew R. Ford
Nevin M. Gewertz
Tulsi E. Gaonkar
Rebecca T. Horwitz
Madeline W. Lansky
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
adam.mortara@bartlit-beck.com
scott.mcbride@bartlit-beck.com
mark.ouweleen@bartlit-beck.com
matthew.ford@bartlit-beck.com
nevin.gewertz@bartlitbeck.com
tulsi.gaonkar@bartlit-beck.com
rebecca.horwitz@bartlit-beck.com
madeline.lansky@bartlitbeck.com

Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100
meg.fasulo@bartlitbeck.com

Nao Takada
TAKADA LEGAL, P.C.
112-01 Queens Blvd.
Forest Hills, NY 11375
(212) 380-7804
naotakada@takadalegal.com

*Attorneys for Defendant Gilead Sciences, Inc.*

Dated: April 13, 2020                    /s/ Daniel M. Silver
                                         Daniel M. Silver (#4758)

2

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., AND VIIV HEALTHCARE UK (NO. 3) LIMITED**, | **C.A. No. 1:18-CV-00224-CFC-CJB** |
| **Plaintiffs,** | **JURY TRIAL DEMANDED** |
| **v.** |  |
| **GILEAD SCIENCES, INC.,** | |
| **Defendant.** | |

**SUR-SUR-REPLY EXPERT REPORT OF DR. STEPHEN R. BYRN, PH.D. CONCERNING INSUBSTANTIAL DIFFERENCES BETWEEN DOLUTEGRAVIR AND BICTEGRAVIR**

Date:  April 10, 2020

_____
Dr. Stephen R. Byrn, Ph.D.

## SUR-SUR-REPLY REPORT OF STEPHEN R. BYRN, PH.D.

1.      My name is Stephen R. Byrn, Ph.D.  I previously submitted an infringement expert report dated February 5, 2020 ("Byrn Reply Report") in response to Dr. Kenneth R. Morris's January 7, 2020 expert report ("Morris Rebuttal Report") concerning whether any differences in solid-state properties of dolutegravir ("DTG") sodium ("DTG sodium") (a claimed embodiment of claims 2 and 6 of U.S. Patent 8,129,385) and bictegravir ("BIC) sodium ("BIC sodium") are insubstantial from a pharmaceutical materials perspective.  I incorporate by reference the Byrn Reply Report as if fully set forth herein.

2.      I understand that Plaintiffs did not serve an opening infringement report from an expert in solid-state characteristics of pharmaceutical materials or crystallography, such as myself.[1]

3.      Yet on January 7, 2020, Gilead served the Morris Rebuttal Report that addressed Dr. Morris's "opinions about whether bictegravir is insubstantially different from dolutegravir from the pharmaceutical materials perspective of solid-state forms of the molecule."[2] Notably, Dr. Morris's Report was *not* limited to the crystal forms of DTG and BIC.  Instead, Dr. Morris addressed solid-state properties more broadly but failed to address infrared ("IR") spectroscopy, a well-known, commonly-used tool to evaluate solid-state properties of chemical compounds.[3]

4.      On February 7, 2020, Plaintiffs served my Reply Report.  My Reply Report was also directed to whether bictegravir is insubstantially different from dolutegravir from the pharmaceutical materials perspective of solid-state forms of the molecule.[4]  In my Reply Report, I

---

[1] I understand that, despite Plaintiffs' requests, Gilead did not provide sufficient non-infringement arguments related to solid-state characteristics prior to its service of Rebuttal Reports for Plaintiffs to address them in their opening reports.

[2] Morris Rebuttal Report ¶ 16.

[3] *See generally* Morris Rebuttal Report; Byrn Reply Report ¶¶ 85-86.

[4] Byrn Reply Report ¶ 2.

criticized Dr. Morris's overreliance on irrelevant crystal forms, and unpredictable, inconclusive morphology, powder x-ray diffraction, and isostructural and isomorphous analyses, while entirely overlooking similarities in the solid-state properties of DTG and BIC, including their IR spectra.[5] I did not misuse IR spectroscopy in my evaluation of DTG and BIC.  Rather, I properly used IR spectroscopy, a well-known, commonly-used tool, to evaluate solid-state properties of DTG and BIC—a tool that Dr. Morris entirely failed to consider in his analysis of solid-state properties.

5.      I understand that Gilead has moved for leave to serve an expert report from Dr. Morris titled "Sur-Reply Expert Report of Kenneth R. Morris," ("Morris Sur-Reply Report") responding to what he calls "new and previously undisclosed opinions and information in support of ViiV's theories of infringement regarding Infrared ('IR') spectroscopy."[6]

6.      This Report responds only to the new information and opinions set forth in the Morris Sur-Reply Report.  Based on my analysis described in this Report and the Byrn Reply Report, my conclusion that BIC is insubstantially different from DTG from the perspective of the available solid-state property data remains unchanged.[7]  Dr. Morris's Sur-Reply Report, which focuses on IR spectroscopy, does not alter my opinions.  In fact, the Morris Sur-Reply Report further supports my opinions.  My decision to address certain issues and not others does not indicate that I agree with any of the opinions set forth by Dr. Morris.

7.      I understand that I may later be asked to consider whether it is necessary to supplement, modify, or expand on my opinions expressed in this Report in light of evidence or information presented or provided by Gilead, including the testimony of fact witnesses, the

---

[5] *See, e.g.*, Byrn Reply Report ¶¶ 21-26.
[6] Morris Sur-Reply Report ¶ 2.
[7] *See also* Byrn Reply Report ¶¶ 21-26.

testimony and/or opinions of other expert witnesses, and/or other information that may be discovered by ViiV.

8.      Unless otherwise indicated, all factual and technical analysis and assertions in my Report are based on my personal knowledge and experience as a person of (at least) ordinary skill in the art,[8] and any citations are for purposes of further support.

9.      The following Report details subject matter areas and opinions about which I may testify in this litigation if called upon to do so.  I may also prepare and present demonstratives at trial that summarize and illustrate these opinions.

10.     I have reviewed and considered the documents and other materials cited in this Report along with the Morris Sur-Reply Report and materials cited therein in light of my specialized knowledge provided by my education, training, research, and experience, as summarized in Section II.A of my Reply Report and described in detail in my CV, provided as Exhibit A to my Reply Report.  My analysis of those materials, combined with the specialized knowledge that I have obtained over the course of my education and career, form the bases for my opinions in this Report.

11.     The Morris Sur-Reply Report suggests crystal structures are the only relevant consideration in determining whether the solid-state properties of DTG and BIC are insubstantially different, and that other considerations, such as IR spectroscopy, should not be used.[9]  Dr. Morris's position is incorrect in at least two respects.

---

[8] I am familiar with a person of ordinary skill in the art's knowledge and level of skill based on my education and experience, and my interactions and work with people in the field who have that level of skill.

[9] See Morris Sur-Reply Report ¶¶ 4, 5, 10 ("[W]hile IR spectroscopy is a useful tool to the chemist and crystallographer for confirming a compound's identity in conjunction with other analytical tools, it is less useful for determining differences in crystal structure between two compounds.").

12.    First, "the question being asked" is **not** "about the similarities in [DTG's and BIC's] crystal structures," as Dr. Morris now suggested.[10]  Indeed, it is my understanding that the crystal structures of DTG and BIC are the subject of separate patents, not the patent asserted in this case, and are therefore irrelevant to the present inquiry:  whether BIC is insubstantially different from the elements of asserted claims 2 and 6, which literally cover the DTG chemical compound. Moreover, Dr. Morris's present position, which focuses on crystal structures, is much narrower than that of his rebuttal report, where he compared the solid-state properties of DTG and BIC generally.[11] Dr. Morris does not dispute that IR is an important technique for analyzing solid-state properties or that it is widely used to assess the properties of chemical compounds.[12]

13.    Second, even if crystal structures were the only relevant consideration—and they are not—Dr. Morris is incorrect that IR spectroscopy "cannot be used to determine precise connectivity of most compounds."[13]  Historically, IR spectroscopy has been used to determine connectivity and crystal structures of chemical compounds by comparison.  This is because "the [IR] spectrum is extremely sensitive to the structure, conformation, and environment of an organic

---

[10] *See* Morris Sur-Reply Report ¶ 7.

[11] *Compare e.g.* Morris Sur-Reply Report ¶ 7 ("[T]he question being asked is about the similarities in their crystal structures.") *with* Morris Rebuttal Report ¶ 16 ("I [Dr. Morris] have been asked for my opinions about whether bictegravir is insubstantially different from dolutegravir from the pharmaceutical materials perspective of solid-state forms of the molecule.").

[12] *See generally* Morris Sur-Reply Report; Morris Rebuttal Report.

[13] Morris Sur-Reply Report ¶ 5; *see generally* USP Section 1854 Mid-Infrared Spectroscopy-Theory and Practice.  Similarly, Dr. Morris also has a flawed understanding of IR spectroscopy. For example, IR spectroscopy does not look simply at "parts" of molecules.  Morris Sur-Reply Report ¶ 4.  Instead, IR spectroscopy develops an IR spectrum that represents the **entire molecule** where each IR band corresponds to a specific feature in the chemical compound.  As another example, there **are** intermolecular interactions in the chemical structures of DTG and BIC, including intermolecular hydrogen bonds, as discussed further below.  *Contra* Morris Sur-Reply Report ¶¶ 8-10.

4

compound and thus is a powerful method for the characterization and identification of different solid forms of drugs."[14]

14.     By way of background, "all the atoms in a molecule are in a constant vibrational state.  Molecular vibrations of interest occur when atoms in a molecule are in periodic motion in relation to each other . . . . For a given molecule, there are many modes of molecular vibration . . . . The types of vibrations include stretching, bending, rocking, wagging, and twisting.  The number of different types of vibrations a molecule can assume is determined by the number of atoms and the molecular structure."[15]  It is generally recognized that "nonlinear molecule[s are] expected to have 3n-6 fundamental vibrational modes," where "n" is the number of atoms in the structure.[16]  Therefore, each unique band (or peak) in an infrared spectrum can be linked to a specific vibrational mode of the molecule.

15.     Moreover, Hooke's Law, which serves as the foundation of infrared spectroscopic theory, further explains how the specific atoms in a molecule are connected to each other give rise to unique and predictable band locations in the spectrum.[17]  That is because the vibrational frequency is dependent upon the mass of the atoms involved and the strength of the molecular bond connecting those atoms.[18]  Therefore, the vibrational frequency is "determined by composition, structure, and intermolecular interactions."[19]

---

[14] *See, e.g.*, STEPHEN R. BYRN ET AL, SOLID-STATE CHEMISTRY OF DRUGS 111 (2d ed. 1999).

[15] STEPHEN R. BYRN ET AL., SOLID-STATE PROPERTIES OF PHARMACEUTICAL MATERIALS 159 (2017).

[16] STEPHEN R. BYRN ET AL., SOLID-STATE PROPERTIES OF PHARMACEUTICAL MATERIALS 159 (2017).

[17] *E.g.*, NORMAN B. COLTHUP ET AL., INTRODUCTION TO INFRARED AND RAMAN SPECTROSCOPY 7-11 (3d ed. 1990).

[18] NORMAN B. COLTHUP ET AL., INTRODUCTION TO INFRARED AND RAMAN SPECTROSCOPY 7-11 (3d ed. 1990).

[19] STEPHEN R. BYRN ET AL., SOLID-STATE PROPERTIES OF PHARMACEUTICAL MATERIALS 159 (2017).

16.     Specific arrangements of atoms in a molecule, *e.g.*, a hydroxyl or a carbonyl, are called "functional groups."  Functional groups, because they are similar in structure, give rise to similar IR bands.  In fact, there are many handbooks of IR spectroscopy in which various functional groups are presented along with expected locations of the infrared bands and how the exact location of the bands can be influenced by neighboring atoms or molecules.[20]   Therefore, each band in an IR spectrum provides valuable evidence as to the molecular structure.

17.     Furthermore, even two compounds that are identical in their molecular structure but different in their solid-state packing arrangement (*i.e.*, polymorphs) will exhibit different infrared spectra.[21]   This is because a chemical moiety (*e.g.*, functional group) of one polymorph will be in a different environment than that of a different polymorph due to the difference in crystalline structures.  Polymorphs are "packed differently in the crystal lattice, due to possible different hydrogen bond networks and molecular conformation in the lattice.  If this occurs, a chemical moiety of one polymorph will be in a different environment than other forms."[22]   This different environment manifests itself as a shift in the position of the band and/or a change in the width of the band.  In fact, "[s]hifts in vibrational frequencies among polymorphs are usually on the order of 1-20 cm$^{-1}$ in an [infrared spectrum,]" well above the resolution capability of any infrared spectrophotometer.[23]

---

[20]  *See, e.g.*, NORMAN B. COLTHUP ET AL., INTRODUCTION TO INFRARED AND RAMAN SPECTROSCOPY (3d ed. 1990).

[21]  STEPHEN R. BYRN ET AL., SOLID-STATE PROPERTIES OF PHARMACEUTICAL MATERIALS 162 (2017).

[22]  STEPHEN R. BYRN ET AL., SOLID-STATE PROPERTIES OF PHARMACEUTICAL MATERIALS 162 (2017).

[23]  STEPHEN R. BYRN ET AL., SOLID-STATE PROPERTIES OF PHARMACEUTICAL MATERIALS 162 (2017).

18.     Dr. Morris acknowledges that IR spectroscopy is particularly useful for assessing functional groups like C=O and N-H,[24] which both DTG sodium and BIC sodium contain.  Yet, according to Dr. Morris, there are no intermolecular (between molecules) interactions, like intermolecular hydrogen bonding, present in DTG or BIC and only limited intramolecular (within a molecule) interactions, like intramolecular hydrogen bonding, exists in such structures.[25]  While there are intramolecular interactions, including hydrogen bonding, in both DTG and BIC, the evidence suggests that Dr. Morris's position with respect to intermolecular interactions is incorrect.

19.     Hydrogen bonding effects observed in solids are due to intermolecular hydrogen bonding.[26]  The presence of intermolecular hydrogen bonds in DTG ███████ is evidenced by the lower than normal N-H stretches in both (which are normally 3470-3200 $cm^{-1}$ but are 3152 and ██████ $cm^{-1}$ for DTG sodium and ████████████, respectively).[27]  This is because, just as polymorphs can exhibit spectral differences due to the presence of neighboring molecules, intermolecular hydrogen bonding can also influence the wavenumber position of functional groups involved in hydrogen bonding.[28]  Amides (N-H) in particular form strong intermolecular hydrogen interactions, especially in the solid-state where the bonds are further strengthened, resulting in a drift towards lower frequencies.[29]

---

[24] Morris Sur-Reply Report ¶ 4.

[25] Morris Supplemental Report ¶¶ 8-10.

[26] *E.g.*, L.D.S. YADAV, ORGANIC SPECTROSCOPY 65 (2005) ("[I]ntermolecular hydrogen bonding is concentration dependent."  Meaning, "in very dilute solutions . . . intermolecular distances are too large to form intermolecular hydrogen bonds" but "in pure . . . solids . . . molecules are closer to form intermolecular hydrogen bond[s].").

[27] NORMAN B. COLTHUP ET AL., INTRODUCTION TO INFRARED AND RAMAN SPECTROSCOPY 388 (3d ed. 1990); L.D.S. YADAV, ORGANIC SPECTROSCOPY 79 (2005); Byrn Reply Report at Section XIV.

[28] NORMAN B. COLTHUP ET AL., INTRODUCTION TO INFRARED AND RAMAN SPECTROSCOPY 210-211 (3d ed. 1990).

[29] L.J. BELLAMY, THE INFRARED SPECTRA OF COMPLEX MOLECULES VOL. 2 278 (2d ed. 1980) ("Amides self-associate strongly, and unless they are examined in dilute solutions in polar solvents, the NH bands found correspond to the associated form.").

20.     Finally, Dr. Morris admits that DTG and BIC are insubstantially different in that they "share a common 'core' . . . and have the same types of functional groups in the various regions of the molecules . . . ***result[ing] [in] IR spectra that are similar***."[30]   Moreover, Dr. Morris acknowledges that the "new features" of BIC sodium are not unique and do not substantially change the IR spectrum from that of DTG sodium.[31]   This is further evidence that BIC is insubstantially different from DTG from a solid-state properties' perspective.

21.     In sum, Dr. Morris's Sur-Reply Report does not alter my opinions.[32]   In fact, Dr. Morris's Sur-Reply Report further supports my opinions.

22.     I incorporate Section XV of my Reply Report as if fully set forth herein.

---

[30] Morris Sur-Reply Report ¶ 7 (emphasis added).
[31] *See* Morris Sur-Reply Report ¶ 9.
[32] *See e.g.*, Byrn Reply Report ¶¶ 21-26.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY,
SHIONOGI & CO., LTD., AND VIIV
HEALTHCARE UK (NO. 3) LIMITED,

     Plaintiffs,

     v.

GILEAD SCIENCES, INC.,

     Defendant.

C.A. No. 1:18-CV-00224-CFC-CJB

JURY TRIAL DEMANDED

██████████████████

## SUR-SUR-REPLY EXPERT REPORT OF JENNIFER DRESSMAN, PH.D. CONCERNING INSUBSTANTIAL DIFFERENCES BETWEEN DOLUTEGRAVIR AND BICTEGRAVIR

Date:  April 10, 2020

*Jennifer Dressman*

Dr. Jennifer Dressman, Ph.D.

## SUR-SUR REPLY REPORT OF JENNIFER DRESSMAN, PH.D.

1.      My name is Jennifer Dressman, Ph.D. I previously submitted an infringement expert report dated February 5, 2020 ("Dressman Reply Report") in response to Dr. David Taft's January 7, 2020 expert report ("Taft Rebuttal Report"), which offered Dr. Taft's opinion concerning whether there are substantial differences between dolutegravir ("DTG") and bictegravir ("BIC") from a pharmacokinetic ("PK") perspective. I understand that Plaintiffs did not submit an opening infringement report from an expert in pharmacokinetics, such as myself.[1] I incorporate by reference the Dressman Reply Report as if fully set forth herein.

2.      I understand that the defendant, Gilead Sciences ("Gilead"), has moved for leave to serve an expert report from Dr. Taft titled "Sur-Reply Expert Report of David Taft, Ph.D.," ("Taft Sur-Reply Report") responding to what he calls "new opinions, documents, and data regarding the formulation and co-formulation effects of B/F/TAF on bictegravir's pharmacokinetics in support of Plaintiffs' theories."[2] This Report responds only to the new information and opinions set forth in the Taft Sur-Reply Report. Failure to specifically rebut any portion of the Taft Sur-Reply Report does not indicate that I adopt or agree with any of the opinions set forth therein.

3.      In forming the opinions expressed herein and preparing this Report, I have relied on my professional and academic experience and have considered the materials cited in this Report; the Taft Sur-Reply Report and materials cited therein; and the materials identified in

---

[1] I understand that, despite Plaintiffs' requests, Gilead did not provide sufficient non-infringement arguments related to PK prior to its service of Rebuttal Reports for Plaintiffs to substantively address them in their opening reports.

[2] Taft Sur-Reply Report ¶ 2.

Exhibit B of the Dressman Reply Report.[3] After consideration of the evidence and arguments in the Taft Sur-Reply Report, my opinions remain unchanged.[4]

4.      My formulation and drug co-formulation discussion was directly responsive to the Taft Rebuttal Report and was not a "new opinion[]," as Dr. Taft claims. The Taft Rebuttal Report relied in part on popPK data for Biktarvy—which is a product comprising a fixed dose combination of three drugs (BIC, emtricitabine ("F"), and tenofovir alafenamide ("TAF")) in each tablet—to conclude that BIC has a substantially different PK profile from DTG.[5] As I noted in the Dressman Reply Report, and as illustrated by my discussion of GS-US-141-1233, the Taft Rebuttal Report failed to consider the potential effects of formulation or drug co-formulation of BIC with F/TAF on BIC's popPK results, which precludes both the comparison relied upon and the conclusion that Dr. Taft reached.[6]

5.      The Taft Sur-Reply Report also mischaracterizes my analysis and opinion regarding the data from GS-US-141-1233.[7] Dr. Taft claims that I calculated a new 50 mg PK profile for a BIC monotherapy.[8] That is incorrect. The Dressman Reply Report provided an

---

[3] Unless otherwise indicated, all factual and technical analysis and assertions in this Report are based on my personal knowledge and experience as a person of (at least) ordinary skill in the art, and any citations are for purposes of further support. I am familiar with a person of ordinary skill in the art's knowledge and level of skill based on my education and experience, and my interactions and work with people in the field who have that level of skill. *See* Dressman Reply Report ¶¶ 47-50.

[4] *See, e.g.*, Dressman Reply Report ¶¶ 17-23.

[5] *See* Taft Rebuttal Report ¶¶ 173-77.

[6] *See* Dressman Reply Report ¶¶ 21, 201, 203-04 ("Taking into account the considerable formulation and drug co-formulation effects…together with the non-comparability of the study designs, it would not be possible to conclude that the two drugs, DTG and BIC, have substantially different PK . . . ." *Id*. at 203).

[7] *See* Taft Sur-Reply Report ¶¶ 4-8.

[8] *See* Taft Sur-Reply Report ¶ 5.

estimate of certain PK parameters for BIC if 50 mg of BIC had been administered with a separate F/TAF tablet, not "a new bictegravir 50 mg PK profile," as Dr. Taft claims.[9] Applying a factor of 2/3 was not a "correction factor," as Dr. Taft states.[10] If a drug is dose linear within a certain dosing range, this means that PK parameters such as AUC and $C_{max}$ increase proportionally with the dose within that range.[11]  Accordingly, if BIC is dose linear "in doses ranging from 5-100 mg," as Dr. Taft claims,[12] one would expect its PK parameters at a 50 mg dose to be 2/3 of those at 75 mg dose. Additionally, the FDA supports the use of such estimations for dose linear drug compounds.[13] Thus, my estimation was not a correction factor, but rather a proper application of dose linearity principles. Although Dr. Taft claims that I needed to consider both the PK for a 75 mg BIC monotherapy and the formulation effects of DTG to make this estimation, neither is relevant.[14]  On the one hand, the PK for a 75 mg BIC monotherapy would only have been necessary if I had estimated the PK of a 50 mg BIC monotherapy, which I did not. And on the other hand, formulation effects on DTG PK are irrelevant to an estimation of BIC PK parameters.

6. The Taft Sur-Reply Report also alleges that my analysis is based on an "apples to oranges" comparison of my estimated data to the DTG SPRING popPK data.[15]  I disagree. Indeed,

---

[9] *See* Dressman Reply Report ¶ 204 ("If we accept Dr. Taft's assumption that bictegravir exhibits dose-linearity in the range of 50 and 75 mg doses of bictegravir, scaling down from the 75 mg dose to the 50 mg dose by a factor of 2/3 (the ratio of the doses) would result in a $C_{max}$ of just 3,728.7 ng/mL (around 3.8μg/mL), *if BIC 50 mg were to be administered as a separate tablet rather than a combination tablet*.") (emphasis added).

[10] Taft Sur-Reply Report ¶ 5.

[11] *See* Dressman Reply Report ¶ 97.

[12] Taft Rebuttal Report ¶ 178.

[13] *See, e.g.*, U.S. FOOD AND DRUG ADMIN., GUIDANCE FOR INDUSTRY: BIOEQUIVALENCE STUDIES WITH PHARMACOKINETIC ENDPOINTS FOR DRUGS SUBMITTED UNDER AN ANDA 8-10 (2013), https://www.fda.gov/media/87219/download.

[14] *See* Taft Sur-Reply Report ¶ 5.

[15] Taft Sur-Reply Report ¶ 8.

such a comparison would be improper ████████████████████████████████ ████████████████████████████[6] My discussion of the estimated data in the Dressman Reply Report simply highlights the Taft Rebuttal Report's failure to take formulation and drug co-formulation effects into account.

7.      The Taft Sur-Reply Report also alleges that the Dressman Reply Report assumes that the PK profile of the BIC + F/TAF two-tablet formulation should be compared to the DTG popPK SPRING data that he relied upon.[17] Again, I disagree with Dr. Taft's characterization. Such a comparison would also be inappropriate.  I did not discuss the GS-US-141-1233 data as direct or proper comparator for DTG, but rather to demonstrate that something about the formulation and drug co-formulation of the three active drugs (BIC, F, and TAF) in a single tablet boosts BIC's PK relative to the two-tablet formulation. Dr. Taft agrees.[18]  Given these formulation and drug co-formulation effects, it was improper of Dr. Taft to draw conclusions about the relative PK profiles of the individual drug compounds, BIC and DTG, using PK data derived from a single, co-formulated (fixed dose combination) BIC/F/TAF tablet product.

8.      The Taft Sur-Reply Report claims, for the first time, that the "best" PK comparison for BIC and DTG is between the popPK data found in the Biktarvy and Tivicay labels[19]; however, a comparison of the popPK data found in the Biktarvy and Tivicay labels is unreliable and irrelevant to whether the individual BIC and DTG drug compounds are substantially different from

---

[16] *See* Dressman Reply Report ¶¶ 20, 21, 23, 140-42, 177-207; *see also infra* at ¶¶ 6-9.
[17] Taft Sur-Reply Report ¶ 7.
[18] *See* Taft Sur-Reply Report ¶ 7 (stating that GS-US-141-1233 "merely says that in the manner in which bictegravir is co-formulated with F/TAF in its single tablet formulation had an effect on its pharmacokinetic profile in comparison to taking bictegravir + F/TAF as two separate tablets…").
[19] Taft Sur-Reply Report ¶¶ 7-8, n. 4.

a PK perspective. The popPK is unreliable for determining whether BIC and DTG have substantially different PK profiles because, as Dr. Taft agrees, it is "true for all drugs" that "formulation will affect PK."[20] Since, as Dr. Taft points out, Biktarvy and Tivicay are formulated differently,[21] one cannot accurately attribute numerical differences in the popPK data to differences in the drugs themselves.[22] The only appropriate comparison would be a head-to-head crossover study of BIC and DTG with all study parameters matched, including, but not limited to, identical cohorts, formulation, and manufacturing procedures.[23] A comparison of the Biktarvy popPK with the Tivicay popPK is irrelevant to whether BIC and DTG have substantially different PK profiles, as it conflates a comparison of drug product (Biktarvy and Tivicay) PK with a comparison of drug compound (BIC and DTG) PK. I understand that the relevant inquiry in this case is whether the drug compounds, not the drug products, are substantially similar.

---

[20] Taft Sur-Reply Report ¶ 7.

[21] Taft Sur-Reply Report at n.3.

[22] The Taft Sur-Reply Report newly analogizes BIC and DTG to Aleve and Advil (Taft Sur-Reply Report n. 1) and states that "[p]harmacokinetic differences are a principle [sic] reason why" they are dosed at different intervals. *See id.* But, according to their prescribing information, naproxen (Aleve) has a half-life of 12 to 17 hours, while ibuprofen (Advil) has a plasma half-life of just 1.8 to 2 hours. *See Naproxen,* DRUGS.COM (last updated Nov. 1, 2019), https://www.drugs.com/pro/naproxen.html; *Ibuprofen*, DRUGS.COM (last updated March 1, 2019), https://www.drugs.com/pro/ibuprofen.html. The differences between their plasma half-lives and other PK parameters warranted FDA-approval of different dosing intervals and dosing at different doses for Advil and Aleve. Putting the half-lives of the drugs in these two products into perspective, BIC and DTG have much more similar half-lives and are approved by the FDA to be administered with the same dosing frequency.

[23] ███████████████████████████████████████████

9.    The Taft Sur-Reply Report also states for the first time that a comparison of two "phase I"[24] 50 mg monotherapy studies, Gallant 2017 and Min 2011,  support Dr. Taft's opinion that the PK profiles of BIC and DTG are substantially different.[25] This comparison is inappropriate. Gallant 2017 and Min 2011 were not two parts of a crossover study as would be necessary for a proper, direct comparison, but were rather completely distinct studies run at different locations and different times. They were not even matched on many of the important parameters that would enable valid comparison.  As an illustrative, but by no means exhaustive, example, both studies have differing inclusion criteria with regard to plasma HIV RNA-1 copies/mL and $CD4^+$ counts.[26] Indeed, the two studies differ on nearly every criterion that I laid out as important for being able to compare PK data in the Dressman Reply Report.[27]

10.    Furthermore, Dr. Taft's reliance on Gallant 2017 and Min 2011 studies is internally inconsistent with his opinion that the only appropriate comparison is between the two optimized FDA approved formulations,[28] which neither of these studies utilizes. Additionally, this is the first time that Dr. Taft has raised the issue of formulation optimization.[29] He has provided no evidence that BIC- and DTG-containing products had been optimized in the same manner, which is another reason that the comparison of the final product PK is inappropriate.

---

[24] Contrary to Dr. Taft's claim, the DTG study that he cites is actually a Phase IIa study.

[25] *See* Taft Sur-Reply Report ¶¶ 9-10.

[26] *See* Min 2011 at 1738; Gallant 2017 at 62.

[27] *See* Dressman Reply Report ¶¶ 20, 21, 23, 140-42, 177-207; *see generally* Min 2011, Gallant 2017. Additionally, the sample sizes for the 50 mg dose in both studies, four in Gallant 2017 and ten in Min 2011, are too small to draw generalizable conclusions regarding PK profiles. Min 2011 at 1739; Gallant 2017 at 63.

[28] *See* Taft Sur-Reply Report ¶ 8, n. 4.

[29] *See generally* Taft Rebuttal Report.

11.      My opinions are based upon the information that I have considered to date. I reserve the right to revise, supplement and/or amend my opinions in response to any further opinions expressed by Gilead's experts. I further reserve the right to supplement or amend my opinions in response to any additional claim construction or other decisions by the Court. I likewise reserve the right to supplement or amend my opinions in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report, including at trial.

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,**

     **Plaintiffs,**

     **v.**

**GILEAD SCIENCES, INC.,**

     **Defendant.**

**C.A. No. 1:18-cv-00224-CFC-CJB**

**JURY TRIAL DEMANDED**

<br>

## SUPPLEMENTAL EXPERT REPORT OF ALAN ENGELMAN, PH.D. CONCERNING INSUBSTANTIAL DIFFERENCES BETWEEN DOLUTEGRAVIR AND BICTEGRAVIR

Dated: April 9, 2020

_____
Dr. Alan N. Engelman

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## TABLE OF CONTENTS

**Page**

I.     INTRODUCTION ......................................................................................................2

II.    THE SUPPLEMENTAL REPORT DR. RICHMAN DOES NOT CHANGE MY OPINION THAT THE DIFFERENCES BETWEEN THE *IN VITRO* DATA OF DOLUTEGRAVIR AND BICTEGRAVIR ARE INSUBSTANTIAL. ............................3

     A.    CUADRA-FOY 2020 ...........................................................................4

     B.    COOK 2020 ......................................................................................10

     C.    PASSOS 2020....................................................................................11

III.    RESERVATION OF RIGHTS ..........................................................................12

EXHIBIT A – CV

## I.      INTRODUCTION

1.      My name is Alan Engelman, Ph.D.  Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd. and ViiV Healthcare UK (No. 3) Limited (collectively, "ViiV") have retained me, through their counsel Desmarais LLP, to investigate and offer my opinions regarding whether differences between the *in vitro* data of dolutegravir ("DTG") (a claimed embodiment of claims 2 and 6 of U.S. Patent 8,129,385) and bictegravir ("BIC") are insubstantial.

2.      I submitted an Opening Report and Reply Report concerning the insubstantial differences between dolutegravir and bictegravir, which I incorporate by reference as if fully set forth herein.  *See* Opening Expert Report of Alan Engelman, Ph.D. Concerning Insubstantial Differences Between Dolutegravir and Bictegravir, served November 15, 2019 ("Engelman Opening Report"); Reply Expert Report of Alan Engelman, Ph.D. Concerning Insubstantial Differences Between Dolutegravir and Bictegravir, served February 7, 2019 ("Engelman Reply Report").

3.      For purposes of this Report, I was asked to review, analyze, and respond to the opinions of Dr. Richman as described in his Supplemental Report.  Supplemental Rebuttal Expert Report of Douglas D. Richman, M.D. ("Richman Supplemental Report").  Based on my analysis described in this Report and my Opening and Reply Reports, my conclusion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data, remains unchanged.  My decision to address certain issues and not others does not indicate that I agree with any of the opinions set forth by Dr. Richman.

4.      I understand that I may later be asked to consider whether it is necessary to supplement, modify, or expand on my opinions expressed in this Report in light of evidence or information presented or provided by Gilead, including the testimony of fact witnesses, the

testimony and/or opinions of other expert witnesses, and/or other information that may be discovered by ViiV.  *See* Section III.

5.     Unless otherwise indicated, all factual and technical analysis and assertions in my Report are based on my personal knowledge and experience as a person of (at least) ordinary skill in the art,[1] and any citations are for purposes of further support.

6.     The following Report details subject matter areas and opinions about which I may testify in this litigation if called upon to do so.  I may also prepare and present demonstratives at trial that summarize and illustrate these opinions.

7.     I have reviewed and considered the documents and other materials referenced herein and in my Opening and Reply Reports along with the Richman Supplemental Report and materials cited therein in light of my specialized knowledge provided by my education, training, research, and experience, as summarized in Section II.A of my Opening Report and described in detail in my CV, provided as Exhibit A.  My analysis of those materials, combined with the specialized knowledge that I have obtained over the course of my education and career, form the bases for my opinions in this Report.

8.     A summary of my opinions appears in my Opening and Reply Reports.  Engelman Opening Report ¶¶ 15-22; Engelman Reply Report ¶¶ 9-10.  My opinions remain unchanged.

## II.     THE SUPPLEMENTAL REPORT OF DR. RICHMAN DOES NOT CHANGE MY OPINION THAT THE DIFFERENCES BETWEEN THE *IN VITRO* DATA OF DOLUTEGRAVIR AND BICTEGRAVIR ARE INSUBSTANTIAL.

9.     I have reviewed the Richman Supplemental Report and the materials cited therein. Based on my analysis described in this Report and my Opening Report, my opinion that BIC is

---

[1] I am familiar with a person of ordinary skill in the art's knowledge and level of skill based on my education and experience, and my interactions and work with people in the field who have that level of skill.

insubstantially different from DTG from the perspective of the available *in vitro* data remains unchanged.

10.     In his Supplemental Report, Dr. Richman discusses three publications:  Ernesto Cuadra-Foy et al., *Bictegravir confers long-term viral suppression against drug-resistant viruses in cell culture*, CROI Poster No. 0534 (2020) ("Cuadra-Foy 2020"); Nicola J. Cook et al., *Structural basis of second-generation HIV integrase inhibitor action and viral resistance*, 10.1126/science.aay4919 SCI. 1 (Jan. 30, 2020) ("Cook 2020"); and Dario Oliveira Passos et al., *Structural basis for strand transfer inhibitor binding to HIV intasomes*, 10.1126/science.aay8015 SCI. 1, 2 (Jan. 30, 2020) ("Passos 2020").  I discuss these three publications further below.

11.     Dr. Richman discussed the data underlying Cook 2020 in his Rebuttal Report. Expert Report of Douglas D. Richman, M.D., served January 10, 2020 ("Richman Rebuttal Report") ¶¶ 156-158.  I discussed Passos 2020 and Cook 2020 in my Reply Report.  *See* Engelman Reply Report ¶¶ 18-19, 21-69, 80, 114, 171, 178.

### A.     CUADRA-FOY 2020

12.     The Richman Supplemental Report raises Cuadra-Foy 2020 for the first time by either party in this litigation.  Cuadra-Foy 2020 is a poster authored by Ernesto Cuadra Foy[2] and others from McGill University and Lady Davis Institute for Medical Research and sponsored by Gilead Sciences, Inc and others.  Cuadra-Foy 2020 was presented at the 2020 Conference on Retroviruses and Opportunistic Infections ("CROI"), which was a virtual meeting convened in Boston, Massachusetts from March 8-11, 2020.[3]

---

[2] Ernesto Cuadra Foy left McGill University in October 2019.  *Ernesto Armando Cuadra Foy*, LINKEDIN, https://www.linkedin.com/in/ecuadrafoy/?originalSubdomain=ca (last visited April 8, 2020).

[3] Abstracts, such as the Cuadra-Foy 2020 abstract, were submitted to CROI for consideration by September     26,     2019.     *Abstract     Guidelines*,     CROI     CONFERENCE

13.     Though Dr. Richman refers to this poster as "recently published" (Richman Supplemental Report ¶ 6), it is important to distinguish posters that are presented at meetings, which have not undergone the rigorous process of peer review, from papers published in scientific journals that in the vast majority of cases have undergone peer review.  The peer-review process oftentimes results in data alteration via additional experiments that are requested by the assigned reviewers, or alterations in authors' conclusions or interpretations also via the behest of the joural Editor and/or manuscript reviewers.  ██████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

14.     In Cuadra-Foy 2020, the researchers "investigated the potential long-term effects of BIC and . . . cabotegravir" using *in vitro* cellular cultures with "the WT-NL4.3 strain" of HIV-1 and "clones harboring the R263K, G118R, or G140S/Q148H [site-directed] mutations."  Cuadra-Foy 2020 at Background., Materials and Methods.  The researchers treated MT-2 cells with 20

https://www.croiconference.org/abstract-guidelines (last visited April 9, 2020).  Dr. Richman is a Program Committee Member on the Scientific Program Committee for CROI.  *Scientific Program Committee*, CROI CONFERENCE, https://www.croiconference.org/scientific-program-committee (last visited April 9, 2020); *see also Abstract Guidelines*, CROI CONFERENCE, https://www.croiconference.org/abstract-guidelines (last visited April 9, 2020) ("After the Scientific Program Committee and external expert reviewers complete their review and score all abstracts submitted for consideration, the author and coauthors for whom correct email addresses have been provided will be sent email notification of the abstract disposition.").

times the "$IC_{90}$"[4] of DTG, BIC, or cabotegravir ("CAB"), washed out the drug at day 3, and evaluated viral replication at days 3, 7, and 11, producing the following results.  Cuadra-Foy 2020 at Materials and Methods.[5]



---

[4] Cuadra-Foy 2020 erroneously uses the term "$IC_{90}$" when "$EC_{90}$" is the appropriate term. Engelman Opening Report ¶¶ 130, 132.  Cuadra-Foy 2020 also does not provide the "$IC_{90}$" values that it used for DTG, BIC, and CAB or explain how the "$IC_{90}$" values were determined.

[5] While Cuadra-Foy 2020 includes data for elvitegravir ("EVG") and raltegravir ("RAL"), EVG and RAL are not discussed in the materials and methods.  *Compare* Cuadra-Foy 2020 at Materials and Methods *with id.* at Results.  Rather, the EVG and RAL data seems to be old data from previous publications that have been added to new data on DTG, BIC and CAB.  Cuadra-Foy 2020 Abstract ("In past studies, we performed in vitro washout experiments to show a more durable suppression of wild-type (WT) and integrase-resistant HIV-1 by dolutegravir (DTG) as compared to Raltegravir (RAL) or Elvitegravir (EVG) following release of drug pressure.  In this study, we were interested in reproducing these observations on two newly developed integrase strand transfer inhibitors (INSTIs), Bictegravir (BIC) and Cabotegravir (CAB)."); *see also* Nathan Osman et al., *Durable suppression of HIV-1 with resistance mutations to integrase inhibitors by dolutegravir following drug washout*, 32 AIDS 1773, 1773-80 (2018); Nathan Osman et al., *Dolutegravir maintains a durable effect against HIV replication in tissue culture even after drug washout*, 70 J. ANTIMICROBIAL CHEMOTHERAPY 2810, 2810-15 (2015).  Despite this, Cuadra-Foy 2020 utilizes statistical methods to establish p values with Tukey's test across these multiple sets of data, as if the data were generated at the same time.  Cuadra-Foy 2020 at Figure 1.



**Figure 1. Viral replication of WT, R263K, G118R and G140S/Q148H variants after treatment with DTG, CAB and BIC following drug washout (Δ) at day 3.** Replication was assessed by measuring RT activity in culture supernatant without and after drug washout. Bar graphs show the mean ± SEM. Statistical significance of drug washout with drug control conditions were assessed by adjusted P value with Tukey's test. * < 0.05, *** < 0.001 and **** < 0.0001.

15. The Cuadra-Foy 2020 results do not alter my opinions. First, the researchers concluded that "DTG, CAB *and* BIC sustain strand transfer inhibition after their washout against WT and R263K viruses." Cuadra-Foy 2020 at Conclusion and Discussion (emphasis added). This is consistent with other published data that indicates DTG and BIC similarly inhibit WT and the R263K mutant virus. *E.g.*, Tsiang 2016, Hassounah 2017, and Margot 2019.

16. Second, the researchers concluded that "BIC suppression persists after drug washout from cells infected with INSTI-resistant G118R and G140S/Q148H viruses whereas viral rebound occurred with DTG and CAB. . . . Our results are consistent with the reported biochemical residence half-time of these drugs on the IN-DNA complex." Cuadra-Foy 2020 at Conclusion and Discussion (citing White 2017). I disagree for at least the following reasons. While both DTG

and BIC suppressed G140S/Q148H mutant virus replication on day 3, neither compound following drug washout fully suppressed G140S/Q148H mutant virus replication on day 7.  Cuadra-Foy 2020 at Figure 1.  G140S/Q148H mutant virus replication normalized for the amount of replication in the presence of drugs was approximately 17% (21%-4%) and 5% (7%-2%) of the WT virus level at day 7 following DTG and BIC washout, respectively.  *Id.*  This data implies dissociation half-lives for both DTG and BIC that are at least greater than 48 hours, or half of the 4 days that transpired between day 3 and the first time point measured after drug washout (day 7).  Yet, according to White 2017, the dissociation half-lives of DTG and BIC against the G140S/Q148H mutant virus were $0.65 \pm 0.2$ and $2.5 \pm 0.07$ hours, respectively.  White 2017 at Table 4.  Moreover, the extent of G140S/Q148H mutant virus replication that occurred over the complete experimental timecourse, which I calculated by normalizing the extent of mutant virus replication attained after drug washout at day 11 by the level of virus suppression maintained in the presence of the drug at day 11, was basically identical for DTG and BIC:  for DTG, this value was approximately 7.1-fold (~50%/7%) while for BIC, the value was circa 6.5-fold (~13%/2%).  Cuadra-Foy 2020 at Figure 1.  Thus, the drug washout experiment does not reveal any substantial difference in the ability of DTG versus BIC to suppress the replication of G140S/Q148H mutant virus.  While the results with the G118R mutant virus may at first glance indicate a difference between DTG and BIC, these results are also quite difficult to reconcile given the rates of INSTI dissociation from IN-DNA complexes *in vitro*.  Because G118R mutant virus replication remained highly suppressed (~97% compared to the WT) following 8 days (11 days - 3 days) of BIC washout, the data implies that the dissociative half life of BIC from this mutant viral compolex must vastly exceed 4 days (half of 8 days) or 96 hours.  Yet, the dissociation half life of BIC from WT IN complexes is only $38 \pm 19$ hours (Engelman Reply Report ¶ 165, citing White 2017), and there is no reason to suspect that

the G118R change would increase the residence time of BIC on the G118R mutant complex, as the G118R change is known to confer approximate 4.3 to 5.4-fold resistance to BIC. *See, e.g.*, Hassounah 2017 at Table 3; Smith 2018 Supplement at Supplemental Table 1.

17.     The researchers also concluded that "[s]econd generation INSTIs [such as DTG and BIC] show a high genetic barrier to resistance." Cuadra-Foy 2020 at Conclusion and Discussion. This is consistent with other published data that indicates DTG and BIC have similarly high genetic barriers to resistance. *See, e.g.*, Engelman Opening Report ¶¶ 339-364, 474-489; Engelman Reply Report ¶¶ 152-179.

18.     The researchers also provided fold change values without providing a statistical analysis or describing how these fold change values were determined. Cuadra-Foy 2020 Abstract ("BIC showed a higher genetic barrier to resistance than DTG and CAB, based on IC50 [sic] values. The R263K[,] G118R, [and] G140S/Q148H clones showed 1-, 1.4-, and 3.5-fold resistance to BIC relative to WT, respectively. This compares to 3.5-, 1.7- and 6.6-fold resistance to DTG and 0.8-, 6.4-, and 6.8-fold resistance to CAB against R263K, G118R, and Q140S/Q148H [sic: G140S/Q148H] clones, respectively."). There is no basis to assume these fold change values represent a statistically significant numerical difference in the performance of DTG and BIC. In my opinion, these differences in fold change are insubstantial. Moreover, a wealth of other *in vitro* data suggests that there is even less of a difference in the fold chance values for DTG and BIC against the R263K, G118R, and G140S/Q148H mutant viruses. *See, e.g.*, Engelman Reply Report ¶¶ 92-96.

19.     For at least these reasons I disagree with Dr. Richman's discussion of Cuadra-Foy 2020. None of his discussion changes my opinion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data.

## B.    COOK 2020

20.     Dr. Richman raised the contents of the Cook 2020 article for the first time in the Richman Rebuttal Report.  *See* Richman Rebuttal Report ¶¶ 156-58. Nowhere in the Engelman Opening Report do I discuss or refer to the substance of Cook 2020.  *See generally* Engelman Opening Report.  While the Cook 2020 article was published after the Richman Rebuttal Report was submitted, Gilead had access to public presentations on the research as well as the underlying data provided by my co-author, Dr. Peter Cherepanov, prior to rebuttal report submission.  *See* Richman Rebuttal Report ¶¶ 156-58 (discussing both the underlying Cook 2020 data and the 12/13/19 email from Peter Cherepanov to Dr. Reynolds, BICVIIVUS3029295-96); Expert Report of Charles H. Reynolds, served January 10, 2020 ("Reynolds Rebuttal Report") ¶¶ 41-43, 54-62.

21.     The Richman Supplemental Report essentially repeats the Richman Rebuttal Report's discussion of the Cook 2020 data.  The only new discussion relating to Cook 2020 in the Richman Supplemental Report comes from a *new* email between Drs. Reynolds and Cherepanov, stating that Dr. Cherepanov "believe[s] that the more intimate contacts with [the] integrase backbone explain [the] improved resistance profile of BIC vs DTG, which was shown by Hughes' lab." 3/20/20 email exchange between Dr. Reynolds and Peter Cherepanov, BICVIIVUS3070198-200 at -198; *see* Richman Supplemental Report ¶ 5.  As I stated in the Engelman Reply Report, I disagree with Dr. Cherepanov's opinion that BIC has an improved resistance profile compared with DTG.  *See* Engelman Reply Report ¶ 51.  It appears as though Dr. Cherepanov bases his opinion on Smith 2018, which I have discussed extensively as riddled with meaningful errors and misconceptions.  *See* Engelman Opening Report ¶¶ 408-43; Engelman Reply Report ¶¶ 75-101.

22.     For at least these reasons I disagree with Dr. Richman's discussion of Cook 2020. None of his discussion changes my opinion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data.

### C.   PASSOS 2020

23.   The Richman Supplemental Report emphasizes language from the Passos 2020 article "that BIC is 'the most broadly potent of all clinically approved INSTIs' and cites the Smith 2018 article for support."  Richman Supplemental Report ¶ 3 (citing Passos 2020 at 1).  But the report fails to acknowledge that Dr. Stephen Hughes, the principal investigator on the Smith 2018 article (which I discuss at length in my Opening and Reply Reports (Engelman Opening Report ¶¶ 184-185, 408-443; Engelman Reply Report ¶¶ 75-101)), is also an author on the Passos 2020 article. The statement in Passos 2020 is not being made by a third party relying on Smith 2018.  It is Dr. Hughes citing his own research.

24.   On one hand, Dr. Richman's conclusions do not go far enough.  The Richman Supplemental Report refers to Passos 2020 resistance data (Richman Supplemental Report ¶¶ 3-4 (citing Passos 2020 Supplemental Materials at Fig. S8)) and identifies ostensible "differences" between the resistance profiles of DTG and BIC, but fails to explain whether or why those "differences" are substantial.  *E.g.*, Richman Supplemental Report ¶ 4 ("The additional data comparing the antiviral potency of BIC and DTG against IN-resistant mutants further support my opinion that BIC and DTG have ***different*** resistance profiles.  Richman Rebuttal Report ¶¶ 145-183.") (emphasis added).  Indeed, the reason why Passos and colleagues present Fig. S8 in their paper is to show that their compound 4d "is a leading drug candidate that shows improved efficacy over all clinically used and developmental compounds against the known drug resistant variants…." Passos 2020 at 1.  Dr. Passos does not discuss nor interpret the behavior of DTG versus BIC to inhibit infection of the viruses shown in Fig. S8.

25.   On other hand, the Richman Supplemental Report goes too far and draws sweeping conclusions from Passos 2020 without sufficient support.  For example, Dr. Richman concludes that "DTG is entirely cross-resistant to cabotegravir-selected mutants, but BIC is not (nor are DTG

and BIC entirely cross-resistant to mutants selected by the other compound)." Richman Supplemental Report ¶ 4. I disagree. For example, BIC and CAB displayed similar respective 1.4 and 1.3 fold changes against sample 148640 drug resistant virus selected in the presence of DTG that contained the E92Q change in IN, while the fold change for DTG was 2.6. *See* Saladini 2019 at Table 1. Similarly, BIC and CAB displayed indistinguishable cross-resistance (1.8 fold changes) to inhibit the E138K/R263K mutant virus that was selected in the presence of DTG. *See* Smith 2018 Supplemental Table 1.

26.     Furthermore, it is premature to conclude that the IN-resistant mutants tested in Passos 2020 are only resistant to the INSTIs listed in parentheses in Figure S8.[6] IN-resistant mutants are continuing to arise in patients taking BIC, and CAB has not yet been FDA approved for patient use. *E.g.*, Ana Belén Lozano et al., *Failure to Biktarvy® and development of resistance mutations in an antiretroviral experienced patient*, ANTIRETROVIRAL RES. Jan. 23 [Epub ahead of print] (2020). It remains to be seen the extent of IN-resistant mutant viruses that will arise in patients in the presence of BIC and CAB.

27.     For at least these reasons I disagree with Dr. Richman's discussion of Passos 2020. None of his discussion changes my opinion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data.

## III.     RESERVATION OF RIGHTS

28.     I incorporate Section VII of my Reply Report as if fully set forth herein.

---

[6] Indeed, Passos 2020 does not provide any citations to literature references that would support that the mutant viruses listed in Figure S8 only arose in the presence of the INSTIs listed in parentheses. Moreover, Passos 2020 does not provide fold-change values or p values, which also prevent the reader from evaluating the veracity of its statements.

# EXHIBIT A

# Curriculum Vitae

**Date Prepared:**        April 7, 2020

**Name:**        Alan N. Engelman

**Office Address:**        Department of Cancer Immunology and Virology
Dana-Farber Cancer Institute
450 Brookline Avenue, CLS-1013
Boston, MA 02215, USA

**Home Address:**        40 Connelly Hill Road
Hopkinton, MA 01748

**Work Phone:**        +1 617-632-4361

**Work E-Mail:**        alan_engelman@dfci.harvard.edu

**Work FAX:**        +1 617-632-4338

**Place of Birth:**        Newton, Massachusetts

**Education:**

| 1981 | B.S.Ch.E. | Chemical Engineering | Tufts University |
|------|-----------|----------------------|------------------|
| 1985 | M.S. | Life Science Engineering | Tufts University |
| 1990 | Ph.D. | Molecular Biology and Microbiology (Thesis Advisor: Naomi Rosenberg) | Tufts University School of Medicine |

**Postdoctoral Training:**

| 1990-1995 | IRTA Fellow | HIV-1 Integration (PIs: Robert Craigie; Kiyoshi Mizuuchi) | National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)/NIH |
|-----------|-------------|-----------|-----------|
| 1995 | Staff Fellow | HIV-1 Integration | NIDDK/NIH |

**Faculty Academic Appointments:**

| 1995-2001 | Assistant Professor | Department of Pathology | Harvard Medical School |
|-----------|---------------------|-------------------------|------------------------|
| 2001-2009 | Associate Professor | Department of Pathology | Harvard Medical School |
| 2009-2012 | Associate Professor | Department of Medicine | Harvard Medical School |
| 2012- | Professor | Department of Medicine | Harvard Medical School |
| 2016-2018 | Affiliated Faculty | Department of Microbiology and Immunobiology | Harvard Medical School |
| 2018- | Affiliated Faculty | Department of Microbiology | Harvard Medical School |

Alan N. Engelman

**Appointments at Hospitals/Affiliated Institutions:**

| | | | |
|---|---|---|---|
| 1995-1996 | Assistant Professor | Division of Human Retrovirology | Dana-Farber Cancer Institute |
| 1997-2001 | Assistant Professor | Department of Cancer Immunology & AIDS | Dana-Farber Cancer Institute |
| 2001-2012 | Associate Professor | Department of Cancer Immunology & AIDS | Dana-Farber Cancer Institute |
| 2009-2012 | Associate Professor | Division of Viral Pathogenesis | Beth Israel Deaconess Medical Center |
| 2012-2015 | Professor | Department of Cancer Immunology & AIDS | Dana-Farber Cancer Institute |
| 2012 | Professor | Division of Viral Pathogenesis | Beth Israel Deaconess Medical Center |
| 2013- | Professor | Center for Virology and Vaccine Research | Beth Israel Deaconess Medical Center |
| 2015- | Professor | Department of Cancer Immunology & Virology | Dana-Farber Cancer Institute |

**Other Professional Positions:**

| | | | |
|---|---|---|---|
| 2007-2008 | Consultant | Ambrillia Biopharma Inc. | 2 days per year |
| 2016- | Consultant | Desmarais LLP | 4 days per year |
| 2018- | Consultant | Bereskin & Parr LLP | 2 days per year |

**Major Administrative Leadership Positions:**

Local

| | | |
|---|---|---|
| 2000-2010 | Course Director, Virology 330 | Harvard Medical School |
| 2011-2013 | Course Director, Virology 301qc (formally Virology 330) | Harvard Medical School |

National

| | | |
|---|---|---|
| 2009 | Co-organizer, Meeting on Retroviruses | Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |

International

| | | |
|---|---|---|
| 2008 | Primary organizer, 3rd International Conference on Retroviral Integrase | Marine Biological Laboratory, Falmouth, MA |
| 2011 | Co-organizer, 4th International Conference on Retroviral Integration | University of Siena Siena, Italy |

| 2012 | Corresponding organizer, 2012 Keystone Symposium on Frontiers in HIV Pathogenesis, Therapy and Eradication | Whistler, Canada |

**Committee Service:**

<u>Local</u>

| 1995- | Committee on Virology | Harvard Medical School |
| 1995-2015 | Retrovirology Dinner Club | |
| 1995-2004 | Organizer | Dana-Farber Cancer Institute |
| 2004-2008 | Chair, Organizing Committee | Harvard Medical School |
| 2008-2011 | Co-chair, Organizing Committee | Harvard Medical School |
| 2011-2013 | Organizer | Harvard Medical School Center for AIDS Research (CFAR) |
| 2013-2015 | Advisor to the Organizing Committee | Harvard Medical School CFAR |
| 1999-2004 | Virology PQE Steering Committee | Harvard Medical School |
| 1999- | Dana-Farber/Harvard Cancer Center Member of Cancer Cell Biology Program | Harvard Medical School |
| 2001-2004 | Virology Executive Committee | Harvard Medical School |
| 2001- | Visiting Committee to the Division of Medical Sciences | Harvard Medical School |
| 2006-2008 | Bonus Awards Committee | Dana-Farber Cancer Institute Department of Cancer Immunology and AIDS |
| 2005- | Harvard Integrated Life Sciences (HILS) Graduate Program | Harvard University |
| 2007-2013 | Biological and Biomedical Sciences (BBS) Graduate Program | Harvard Medical School |
| 2008-2013 | Leder Human Biology and Translational Medicine Program (LHB) BBS Graduate Program | Harvard Medical School |
| 2008 | Co-organizer, 3rd Annual Department of Cancer Immunology and AIDS Retreat | Dana-Farber Cancer Institute |
| 2010 | CFAR Core Facility Review Committee Molecular Biology and Genomics Core (D) Immunology Core (E) | Harvard University |
| 2012 | HIV Faculty Search Committee | Division of Infectious Disease Brigham and Women's Hospital |
| 2014- | CFAR Executive Committee | Harvard University |
| 2017 | Co-organizer, Annual Department of Cancer Immunology and Virology Retreat | Dana-Farber Cancer Institute |
| 2018- | Affiliated Faculty, Harvard CFAR Developmental and Mentoring Core | Harvard University |

Alan N. Engelman

| 2018- | Ad hoc Reader-Examiner, Committee on Honors and Awards | Harvard Medical School |
| 2019 | Co-organizer, Annual Department of Cancer Immunology and Virology Retreat | Dana-Farber Cancer Institute |

Regional

1997-     Graduate Student Thesis Defense Committees

| Year | Candidate | Advisor | School |
|------|-----------|---------|--------|
| 1997 | Joanne Weidhaas | John Coffin | Tufts University School of Medicine |
| 2000 | Michael Yamauchi | Tania Baker | Massachusetts Institute of Technology |
| 2003 | Melissa Farrow | John Sullivan | University of Massachusetts Medical Center |
| 2007 | Alexander Holman | John Coffin | Tufts University School of Medicine |
| 2018 | John Yoon | John Coffin | Tufts University School of Medicine |

National

| 2009- | The Andy Kaplan Prize Selection Committee | Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| 2016- | Graduate Student Thesis Advisory Committee Zhou Zhong (Advisor: Zandrea Ambrose) | University of Pittsburgh Pittsburgh, Pennsylvania |
| 2016 | The Daniel Wolf Prize Selection Committee | Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |

International

| 2005 | Graduate Student Thesis Defense Committee Goedele Maertens (Advisor: Yves Engelborghs) | Katholieke Universitat Leuven, Belgium |
| 2008- | Scientific Organizing Committee | International Conference on Retroviral Integration |

**Professional Societies:**

| 1987- | American Society for Microbiology |
| 1998- | American Association for the Advancement of Science |
| 2004- | American Society for Biochemistry and Molecular Biology |
| 2013-2017 | American Society for Gene and Cell Therapy |

4

Alan N. Engelman

**Grant and NIH Program Review Activities:**

Local

| | | |
|---|---|---|
| 2005- | Ad hoc Member, Center for AIDS Research Clinical and Basic Science HIV/AIDS Research | Harvard Medical School |
| 2008-2012 | Ad hoc Member, Pilot Research Program for Early Career Investigators | New England Primate Research Center/ Harvard Medical School |
| 2016- | Member, Faculty Advancement Fund Selection Committee (Gloria Spivak Award) | Dana-Farber Cancer Institute |

National

| | | |
|---|---|---|
| 2001 | Chair, Special Emphasis Panel, AIDS and Related Research Study Section 4 | Center for Scientific Review (CSR), NIH |
| 2001-2013 | AIDS Molecular and Cellular Biology Study Section | CSR, NIH |
| 2001-2003, 2006-2008 | Ad hoc Member | |
| 2003-2006, 2008-2013 | Chartered Member | |
| 2009 | Acting Chair | |
| 2011-2013 | Chair | |
| 2002 | Ad hoc Member, Special Emphasis Panel, AIDS and Related Research Study Section 1 (46) | CSR, NIH |
| 2003 | Ad hoc Member, Program in Eukaryotic Genetics Study Section | NSF |
| | Ad hoc Member, Special Emphasis Panel, AIDS and Related Research Study Section 5 (04) | CSR, NIH |
| | Ad hoc Member, Molecular Biology and Pathogenesis of HIV Study Section | University of California |
| 2007 | Ad hoc Member, Special Emphasis Panel, AIDS and Related Research Study Section A (40) | CSR, NIH |
| 2008 | Ad Hoc Member, Exploring Antiretroviral Targets and Inhibitors Study Section | amfAR |
| 2009 | Ad hoc Member, Special Emphasis Panel, AIDS and Related Research Study Section E (95) | CSR, NIH |
| | Ad hoc advisor, NIAID Board of Scientific Counselors | DIR, NIAID |
| 2010 | Ad hoc Member, Basic Biomedical Sciences Study Section | California HIV/AIDS Research Program |
| | Ad hoc Member, Program in Molecular and Cellular Biosciences Study Section | NSF |
| 2014 | Ad Hoc Member, Creative and Novel Ideas in HIV Research (CNIHR) Awards Program | NIH Office of AIDS Research; UW, UAB, UCSF CFAR; International AIDS Society |
| | Ad hoc Member, Special Emphasis Panel, | CSR, NIH |

5

Alan N. Engelman

| | | |
|---|---|---|
| | AIDS and Related Research Study Section K (04) M | |
| | Ad hoc Member, Special Emphasis Panel, AIDS and Related Research Study Section K (52) R | CSR, NIH |
| | Ad hoc Member, Virology A Study Section | CSR, NIH |
| 2015 | Chair, Special Emphasis Panel, AIDS and Related Research Study Section E (56) R | CSR, NIH |
| | Ad hoc Member, National Cancer Institute AIDS and Cancer Virus Program Site Visit | NCI, NIH |
| | Ad hoc Member, Basic Biomedical Sciences Study Section | California HIV/AIDS Research Program |
| | Ad hoc Member, AIDS 1, Career Development Awards (K) | AIDS Research Review Committee, NIAID/NIH |
| 2016 | Ad hoc Member, Special Emphasis Panel, Infectious Diseases and Microbiology Study Section ZRG1 IDM-W (02) M | CSR, NIH |
| | Chair, Special Emphasis Panel, AIDS and Related Research Study Section ZRG1 AARR-E (55) R | CSR, NIH |
| | Ad hoc Member, Center for AIDS Research Developmental Pilot Program | University of Pennsylvania |
| | Ad hoc Member, Virology A Study Section | CSR, NIH |
| 2017 | Ad hoc Member and Alternate Chair, Special Emphasis Panel, AIDS and Related Research Member Conflict Study Section ZRG1 2017/10 AARR-P (02) M | CSR, NIH |
| | Chair, Special Emphasis Panel, HIV/AIDS and The Tumor Niche Study Section 2018/01 ZCA1 RTRB-E (J1) S | CSR, NIH |
| | Chair, Special Emphasis Panel, AIDS and Related Research Member Conflict Study Section 2018/01 ZRG1 AARR-P (02) M | CSR, NIH |
| 2018 | Chair, Special Emphasis Panel, Silencing of HIV-1 Proviruses Study Section 2018/05 VV-A (M1) 1 | CSR, NIH |
| | Ad hoc advisor, National Institute of Arthritis, Musculoskeletal and Skin Diseases (NIAMS) Board of Scientific Counselors | DIR, NIAMS |
| | Chair, Special Emphasis Panel, AIDS and Related Research Member Conflict Study Section 2018/10 ZRG1 AARR-P (02) P | CSR, NIH |
| | Ad hoc Member and Alternate Chair, HIV Molecular Virology, Cell Biology and Drug Development (HVCD) Study Section 2019/01 | CSR, NIH |
| 2019 | Chair, Special Emphasis Panel, HIV Drug | CSR, NIH |

6

Alan N. Engelman

|  |  |  |
|---|---|---|
| | Resistance: Genotypic-Phenotypic-Outcome Correlations 2019/05 ZRG1 AARR-P (52) | |
| | Ad Hoc Member and Alternate Chair, Fellowship: AIDS and AIDS-Related Applications Study Section 2020/01 ZRG1 F17-P (20) L | CSR, NIH |
| 2020 | Ad hoc advisor, National Institute of Diabetes, Digestive, and Kidney Diseases (NIDDK) Board of Scientific Counselors | DIR, NIDDK |
| | Ad Hoc Member and Alternate Chair, Fellowship: AIDS and AIDS-Related Applications Study Section 2020/01 ZRG1 F17-P (20) L | CSR, NIH |

International

|  |  |  |
|---|---|---|
| 2006 | Ad hoc Member, HIV/AIDS Research Grants | AIDS Fonds, The Netherlands |
| | Ad hoc Member, Research and Innovation in Biotechnology Grants | Agence Nationale de la Recherche, France |
| | Ad hoc Member, Principal Investigator Grant Programme | Science Foundation, Ireland |
| | Ad hoc Member, Fonds National Suisse de la Recherche Scientfique (FNSNF) | Swiss National Science Foundation |
| 2008 | Ad hoc Member, Institut Clinique de la Souris (ICS) | Centre de Ressource of the Reseau National des Genopoles (RNG), Illkirch, France |
| | Ad hoc Member, Project Grants | The Wellcome Trust, London, England |
| | Ad hoc Member, Telethon Grants | Comitato Telethon Fondazione ONLUS, Milan, Italy |
| 2017 | Ad hoc Reviewer, United Arab Emirates University (UAEU) | The Division of Research & Graduate Studies, UAEU |

**Editorial Activities:**

Ad hoc Reviewer

| | |
|---|---|
| 1995-2003 | Journal of Virology |
| 1995- | Biochemistry |
| 1996- | Journal of Biomedical Science |
| 1997- | Molecular and Cellular Biology |
| 1998-2009 | Nucleic Acids Research |
| 1999- | EMBO Journal |
| | Nature Structural & Molecular Biology |
| | Human Gene Therapy |
| | BioTechniques |

Alan N. Engelman

| | |
|---|---|
| 2000-2012; 2016- | Journal of Biological Chemistry |
| 2000- | Science |
| 2001-2005 2017- | Virology |
| 2001- | FEBS Letters |
| 2003- | Proceedings of the National Academy of Sciences USA |
| | European Journal of Biochemistry |
| | Nature Genetics |
| 2004-2009 | Antimicrobial Agents and Chemotherapy |
| 2004- | Trends in Cell Biology |
| | Journal of Computer-Aided Molecular Design |
| | Journal of Clinical Investigation |
| 2005-2009 | Retrovirology |
| 2005- | Nature |
| | Nature Reviews Microbiology |
| | Nature Medicine |
| | PLoS Pathogens |
| | Molecular Pharmacology |
| | Molecular Cell |
| | Trends in Biochemical Sciences |
| 2006- | Antiviral Therapy |
| | Traffic |
| | Journal of Leukocyte Biology |
| | AIDS Research and Human Retroviruses |
| | Journal of Acquired Immune Deficiency Syndromes |
| | Journal of Molecular Biology |
| | Journal of Infectious Diseases |
| | Journal of General Virology |
| | Virus Research |
| | Genome Research |
| 2007- | Structure |
| | Gene Therapy |
| | Molecular Cancer Research |
| | Journal of Experimental Medicine |
| | PLoS One |
| | Antiviral Research |
| 2008- | Drug Discovery Today |
| | Cancer Cell |
| | EMBO Reports |
| | Genes & Development |
| 2009- | AIDS |
| | Current Topics in Microbiology and Immunology |
| | Reviews in Medical Virology |
| | Analytical Biochemistry |
| | Archives of Biochemistry and Biophysics |

Alan N. Engelman

| | |
|---|---|
| 2010- | Viruses |
| | PLoS Computational Biology |
| | Journal of Virological Methods |
| | Nature Methods |
| | FEBS Journal |
| | AIDS Research and Therapy |
| 2011- | Protein Science |
| 2012- | Cell Host & Microbe |
| | Molecular Biology International |
| | Nature Communications |
| 2013- | The Lancet Infectious Diseases |
| 2014- | Cellular and Molecular Life Sciences |
| | eLife |
| 2015- | Journal of Visualized Experiments |
| 2016- | Chemical Reviews |
| | JCI Insight |
| | Current HIV Research |
| 2017- | Scientific Reports |
| | Expert Opinion on Investigational Drugs |
| | Immunity |
| | mBio |
| | Chemical Biology & Drug Design |
| 2018- | Nature Microbiology |
| | Nanoscale |
| 2019- | Science Advances |

Other Editorial Roles

| | |
|---|---|
| 2004- | Member of the Editorial Board, Journal of Virology |
| 2005-2013 | Member of the Editorial Board, Virology |
| 2009 | Invited Guest Editor, Methods April 2009 issue "Mechanistic and Pharmacological Analyses of HIV-1 Integration" |
| 2009- | Member of the Editorial Board, Retrovirology |
| 2010- | Member of the Editorial Board, Antimicrobial Agents and Chemotherapy |
| | Member of the Editorial Board, Nucleic Acids Research |
| 2012-2016 | Reviewing Editor, Journal of Biological Chemistry |
| 2012- | Invited Guest Editor, Proceedings of the National Academy of Sciences USA |
| 2014 | Review of "Retrovirus-Cell Interactions" Book Proposal for Elsevier |

**Honors and Prizes:**

| | | | |
|---|---|---|---|
| 1990 | Intramural Research Training Award | NIH | Research |
| 1995 | R-AXIS Golden Crystal Award (2nd Place) | Molecular Structure Corp. | Research |
| 2010 | Method to Extend Research in Time (MERIT) Award | NIAID/NIH | Research |

Alan N. Engelman

| 2012 | Master of Arts, Honoris Causa | Harvard University | Research |
| 2014 | AAAS Fellow (elected) | American Association for the Advancement of Science | Research |
| 2016 | ASM Fellow (elected) | American Academy of Microbiology | Research |

# __Report of Funded Projects__

**Funding Information:**

Past:

1999-2003   PI      NIH/NIAID                          $297,672
            5 R01 AI45313-03
Mechanism of Non-Integrase Mediated HIV-1 Replication
The goal of this project was to determine the mechanism of non-integrase mediated HIV-1 replication in T-cell lines and primary CD4-positive T-cells and monocyte-derived macrophages.

2001        PI      amfAR                              $90,000
            027-47-30-GRT
Targeting the Cellular Integration Cofactor BAF
The goal of this project was to investigate the role of the cellular barrier-to-autointegration factor (BAF) protein in HIV-1 replication and integration.

2002-2004   PI      NIH/NIAID                          $225,000
            5 R21 AI53812-02
Biochemical Mechanism of HIV DNA Integration
The goal of this supplement grant was to support the development of two relatively new technologies, real-time PCR and RNA interference, for the study of HIV-1 integration.

2004-2006   PI      NIH/NIAID                          $300,000
            5 R21 AI062249-02
LEDGF-Integrase Structural Biology
The goals of this grant were to solve the solution structure of the LEDGF/p75 integrase binding domain (IBD) by NMR spectroscopy and to crystallize an IBD-HIV-1 integrase protein complex.

2009-2010   PI      NIH/NIAID                          $56,402
            3 R01 AI070042-04S1
HIV-1 Integrase Structural Biology
This administrative supplement to parent grant AI070042 was provided under the American Recovery and Reinvestment Act of 2009 to purchase an AKTA Purifier 10 fast performance liquid chromatography (FPLC) system from GE Healthcare to replace

outdated, non-functional machinery. The FPLC was used to purify numerous protein and nucleoprotein complexes for integrase crystallography trials.

| 2009-2010 | PI | Merck Research Laboratories | $166,608 |
|---|---|---|---|
| | | LKR59419 IISP Study Agreement | |

Ex Vivo Investigations on the Persistence of Raltegravir Antiviral Activity
Ex vivo infection models with the licensed integrase inhibitor were conducted to investigate the mechanism of drug persistence observed in human patients.

Current:

| 1996-2025 | PI | NIH/NIAID | $1,943,540 |
|---|---|---|---|
| | | 2 R01 AI039394-25 | |

Biochemical Mechanism of HIV DNA Integration
The roles of integrase-binding cellular factors such as LEDGF/p75 in guiding HIV-1 integration into genes and influencing the activities of allosteric integrase inhibitors will be elucidated. This grant received a MERIT Award in 2010 and was competitively renewed as an R01 in 2020.

| 2002-2022 | PI | NIH/NIAID | $1,331,975 |
|---|---|---|---|
| | | 5 R01 AI052014-17     Brass subcontract, $  256,080 | |

HIV-1 Preintegration Trafficking and Nuclear Localization
Both HIV-1 and cellular protein factors involved in the transport of viral preintegration complexes across intact nuclear membranes will be elucidated. The roles of viral and cellular factors in the proper trafficking of HIV-1 preintegration complexes to the chromosome targets of integration will also be determined.

| 2006-2021 | PI | NIH/NIAID | $1,774,395 |
|---|---|---|---|
| | | 5 R01 AI070042-14    Lyumkis subcontract, $  364,245 | |
| | | Cherepanov subcontract, $  221,505 | |

Integrase Structural Virology
Three dimensional structures of mouse mammary tumor virus (MMTV) intasomes will be elucidated using X-ray crystallography and single particle cryo-electron microscopy, which will lead to improved models of the HIV-1 intasome. The role of integrase in HIV-1 particle morphogenesis will also be elucidated. Peter Cherepanov (The Francis Crick Institute) and Dmitry Lyumkis (The Salk Institute) serve as co-Investigators of this grant.

| 2012-2022 | Project | NIH/NIGMS | $1,008,000 |
|---|---|---|---|
| | Leader | 5 U54 AI150472-08 | |

HIV Macromolecular Interactions and Impact on Viral Evolution of Drug Resistance (HIVE Center)
Dr. Engelman will collaborate with numerous other HIVE Center PIs to determine the role of integrase binding to RNA in the replication of non-primate lentiviruses and other retroviruses, as well as the mechanisms of retroviral intasome assembly. PIs: Sarafianos, Stefan; Torbett, Bruce

Alan N. Engelman

| 2012-2022 | Project Leader | NIH/NIGMS 5 P50 AI150481-13 | $ 941,930 |

University of Pittsburgh Center for HIV Protein Interactions (PCHPI Center)
This subcontract supports two objectives: as a project leader, Dr. Engelman will determine 3-dimensional structures of viral-host protein complexes to elucidate mechanisms of HIV nuclear import and the trafficking to integration sites; as a co-leader of the Center Virology Core, Dr. Engelman will conduct experiments to test hypotheses put forth from the numerous structures that will be determined by other laboratories within the PCHPI Center.
PI: Gronenborn, Angela

| 2004-2024 | Affiliated Faculty | NIH/NIAID 5 P30 AI060354-16 | $ 61,535 |

Harvard University Center for AIDS Research
The Harvard University Center for AIDS Research supports basic science as well as community outreach research across the Globe with emphasis on young Investigators at Harvard University and sub-Saharan Africa. Dr. Engelman serves as Affiliated Faculty for the Developmental and Mentoring Core, for which he receives 5% effort.
PI: Walker, Bruce

<u>Training Grants:</u>

| 1993-2024 | Co-Director | NIH/NIAID 2 T32 AI007386-26A1 | $ 61,535 |

Postdoctoral Training Program in AIDS-Related Research
This long-standing training grant supports postdoctoral candidates who wish to study the molecular mechanisms of HIV replication under the mentorships of prominent laboratories at the Dana-Farber Cancer Institute, Boston Children's Hospital, Beth Israel Deaconess Medical Center, and Ragon Institute of MGH, MIT and Harvard. Dr. Engelman has served as a Program Mentor since 1998 and as the Program's Co-Director since 2019.
PI: Cantor, Harvey
MPI: Engelman, Alan

| 1996-2019 | Faculty Mentor | NIH/NIAID 5 T32 AI007245-34 | As needed |

Molecular Basis of Viral Infectivity
This long-standing training grant supports pre-doctoral and postdoctoral candidates who seek to study the molecular mechanisms of HIV replication. Several Ph.D. candidates and postdoctoral fellows in the Engelman laboratory have received support from this mechanism over the years.
PI: Whelan, Sean

Alan N. Engelman

# **Report of Local Teaching and Training**

**Teaching of Students in Courses:**

<u>Tufts University School of Medicine</u>

| | | |
|---|---|---|
| 1984-1986 Frontiers in Biotechnology | | |
| Graduate Students (20) | Teaching Assistant (years 1-2) Lecturer (year 3) | Two 3-hr sessions |
| | | |
| 1986-1987 Dental Microbiology | | |
| Dental Students (20) | Laboratory Instructor | Four 1.5-hr sessions |

<u>HMS/DMS courses</u>

| | | |
|---|---|---|
| 1996 Virology 200 – Introduction to Virology | | |
| Graduate Students (15) | Lecturer | One 1.5-hr lecture |
| 1997-2003 | | |
| Graduate Students (15) | Discussion Leader | Two 1.5-hr sessions |
| | | |
| 1996-2011 Med Sci 300 – The Responsible Conduct of Science | | |
| Graduate Students (12) | Discussion Leader | 1.5-hr session per wk for 6 wks |
| | | |
| 1997-2005 BCMP 200 – Molecular Biology | | |
| Graduate Students | Lecturer (90 students) Discussion Leader (12 students) | Two 1.5-hr lectures One 1.5-hr session |
| | | |
| 1999-2010 Virology 330 – Advanced Topics in Virology | | |
| Graduate Students (12) | Discussion Leader | Two 1.5-hr sessions per week for 3.5 wks |
| | | |
| 2011-2013 Virology 301qc (formally Virology 330) – Advanced Topics in Virology | | |
| Graduate Students (15) | Discussion Leader | Two 1.5-hr sessions per week for 3.5 wks |
| | | |
| 2016 Virology 201 – Virology | | Two 1.5-hr sessions per week for 2.5 wks |
| Graduate Students (12) | Instructor | |
| | | |
| 2018- Virology 200 – Introduction to Virology | | One 1.5-hr session |
| Graduate Students (12) | Instructor | |

**Research Supervisory and Training Responsibilities:**

| | | |
|---|---|---|
| 1995- | Supervision of post-doctoral research fellows (average 5-7 fellows per year) | Dana-Farber Cancer Institute Two 2-hr lab meetings per week; |

Alan N. Engelman

1:1 supervision 1-hr per week per fellow

## Formally Mentored Harvard Graduate Students:

| 1998-2005 | Richard Lu, Ph.D. | Research Specialist and Staff Scientist, The Ragon Institute of MGH, MIT and Harvard |

Published eleven papers including five 1st authorships in *J Virol* and one equal 1st authorship in *Virology*

| 2007-2014 | Kenneth Matreyek, Ph.D. | Assistant Professor of Pathology, Case Western Reserve University School of Medicine |

Published: four *J Virol* papers (one 1st authorship, one equal 1st authorship, two middle authorships), *PLoS Pathog* 1st authorship, *Retrovirology* 1st authorship, *Cell Host Microbe* equal 1st authorship, and two reviews (*Viruses* first author, *Exp Rev Anti Infect Ther* equal first author)

| 2007-2014 | Ilker Oztop, Ph.D. | Analytic Solutions Manager, Aetion |

Five co-authorships (*Methods*, *Cell Host Microbe*, *Proc Natl Acad Sci USA*, two *J Virol*) and two equal 1st authorships (*J Virol*, *Exp Rev Anti Infect Ther*)

| 2012-2015 | Kellie Jurado, Ph.D. | Presidential Assistant Professor of Microbiology, Perelman School of Medicine at the University of Pennsylvania |

Published three first author papers (*Proc Natl Acad Sci USA, Expert Rev Mol Med, J Virol* equal first author) and four co-authorships (*Nucleic Acids Res, PLoS One, Retrovirology, J Mol Biol*). Recipient of the Albert J Ryan Fellowship for the 2014-2015 academic year (Harvard Medical School) and the 2015 Uta van Schwedler prize (Cold Spring Harbor Meeting on Retroviruses)

| 1999- | Graduate Student Committees | Harvard Medical School |

Preliminary Qualifying Exam

| Year | Harvard Program | Candidate | Role |
| --- | --- | --- | --- |
| 1999 | Virology | Michelle LaBonte | Member |
| | Virology | Raul Gomila | Member |
| | Virology | Peter Kolchinsky | Member |
| 2000 | Virology | Freddie Peyerl | Member |
| | Virology | Brent Appleton | Member |
| 2001 | Virology | Christian Boutwell | Member |
| | Virology | Andrew Barbera | Member |
| 2002 | Virology | Brenna Kelley-Clarke | Member |
| | BPH | Samaporn Teeravechyan | Member |

14

Alan N. Engelman

| 2003 | Virology | Michelle Arnold | Member |
|------|----------|-----------------|--------|
|      | Virology | Karen Johnson | Member |
| 2004 | Virology | Shane Trask | Member |
| 2005 | Virology | I-Chueh Huang | Chair |
| 2006 | Virology | Irene Kim | Chair |
| 2007 | Virology | Anna Bruchez | Member |
|      | Virology | Scott Aoki | Chair |
| 2008 | Virology | Philip Kranzusch | Member |
| 2009 | Virology | Hui Jun (Sharon) Lim | Chair |
|      | Virology | Timothy Soh | Chair |
| 2010 | Virology | Mathew Gardner | Chair |
| 2011 | Virology | Andrew Rahmberg | Chair |
| 2012 | Virology | Bill Neidermyer | Chair |
| 2013 | Virology | Joseph Timpona | Member |
| 2015 | Virology | Philip Tomezsko | Chair |
| 2016 | Virology | Maya Sangesland | Chair |
| 2017 | Virology | Adam Nitido | Chair |
| 2018 | Virology | Christos Miliotis | Chair |
| 2019 | Systems Biology | Elmer Rho | Member |
|      | Virology | Nicole Welch | Chair |
| 2020 | Virology | Fernando Senjobe | Chair |

Doctoral Advisory

| Years | Student/Program | Advisor | Role |
|-------|-----------------|---------|------|
| 2000-2004 | Andrew Mehle/Virology | Dana Gabuzda | Chair |
| 2001-2004 | Eric Devroe/BBS | Pamela Silver | Member |
| 2002-2006 | Vesselin Tomov/Genetics | Brian Seed | Member |
| 2004-2007 | Michel Perron/Virology | Joseph Sodroski | Member |
| 2004-2008 | Laura Maliszewski/Virology | Judy Lieberman | Member |
| 2006-2010 | Yuan Li/BPH | Joseph Sodroski | Member |
| 2007-2012 | Brooke Bollman/Virology | Joseph Sodroski | Chair |
| 2008-2010 | Scott Aoki/Virology | Stephen Harrison | Chair |
| 2009-2012 | Philip Kranzusch/Virology | Sean Whelan | Chair |
| 2009-2013 | Alex Guth/Virology | Joseph Sodroski | Chair |
| 2009-2013 | Brian Quinlan/Virology | Michael Farzan | Chair |
| 2016- | Philip Tomezsko/ Virology | Daniel Kuritzkes | Chair |
| 2016- | Po-Ting Liu/ Virology | Dan Barouch | Member |
| 2017- | Jesse Pyle/Virology | Sean Whelan | Member |
| 2019- | Apurva Govande/Virology | Philip Kranzusch | Member |
| 2019- | Elmer Rho/Systems Biology | Sahand Hormoz | Member |

Thesis Defense

| Year | Candidate | Advisor | Role |
|------|-----------|---------|------|

Alan N. Engelman

| 1999 | Robert E. Means | Ronald Desrosiers | Member |
| 2000 | Heather Adkins | John Young | Member |
| 2001 | Cynthia Mundy | Marjorie Oettinger | Member |
| 2004 | Andrew Mehle | Dana Gabuzda | Chair |
| 2006 | Matt Stremlau | Joseph Sodroski | Member |
| 2010 | Thomas Rogers | Norman Letvin | Member |
| | Scott Aoki | Stephen Harrison | Chair |
| 2012 | Philip Kranzusch | Sean Whelan | Chair |
| | Lee Adam Wheeler | Judy Lieberman | Member |
| | Brooke Bollman | Joseph Sodroski | Chair |
| 2013 | Brian Quinlan | Michael Farzan | Chair |
| | Alex Guth | Joseph Sodroski | Chair |
| 2014 | Kevin McCarthy | Welkin Johnson | Member |
| 2016 | Andrew Rahmberg | R. Paul Johnson | Member |
| | Nicole Espy | Joseph Sodroski | Member |
| 2019 | Radwa Sharaf | Daniel Kuritzkes | Member |
| 2020 | James Eaglesham | Philip Kranzusch | Member |
| | Philip Tomezsko | Daniel Kuritzkes | Chair |

## Other Mentored Trainees and Faculty:

1995-2000          Hongmin Chen, Ph.D.          Principle Scientist, Merck Research
                                                              Laboratories
Published six papers (four 1st authorships); two 1st authors in *Mol Cell Biol* and *Proc Natl Acad Sci USA*

1996-1997          Ying Liu, M.D.          Assistant Professor, Nat'l Inst for the
                                                      Control of Pharmaceutical and
                                                      Biological Products, PR China
Co-authored one *J Virol* paper

1998-1999          Dylan Harris, Ph.D.          Director, Medical Writing Group
                                                              Lead at Shire Pharmaceuticals
Published one 1st authorship in *J Biol Chem*

1999-2000          Noriko Nakajima,          Associate Professor, Nihon University
                            M.D., Ph.D.                    School of Medicine, Tokyo
Authored/co-authored three papers (one *J Virol* 1st authorship)

1999-2002          Chou-Wen Lin, Ph.D.          Scientist, Industrial Technology
                                                                  Research Institute, Taiwan
Published one 1st authorship in *J Virol*

2001-2003          Ana Limón, Ph.D.          Senior Scientific Director, Oncology
                                                          Pipeline Global Medical Affairs at

Takeda Oncology

Published four papers, including two *J Virol* 1st authorships

| | | |
|---|---|---|
| 2003-2005 | Peter Cherepanov, Ph.D. | Senior Group Leader, Chromatin Structure and Mobile DNA, The Francis Crick Institute; Professor of Molecular Virology, Department of Medicine, Imperial College London |

Published eight papers; three 1st authorships defined the LEDGF/p75 integrase binding domain (*J Biol Chem*), solved its solution structure by NMR (*Nat Struct Mol Biol*), and its co-crystal structure bound to the HIV-1 integrase active site domain (*Proc Natl Acad Sci USA*)

| | | |
|---|---|---|
| 2003-2005 | Goedele Maertens, Ph.D. | Senior Lecturer, Department of Medicine, Imperial College London |

Published four papers (*J Biol Chem* and *J Cell Sci* 1st authorships)

| | | |
|---|---|---|
| 2003-2005 | Fanny Turlure, Ph.D. | Business Development Manager, Aryballe Technologies |

Published three papers, including *Nucleic Acids Res* and *Front Biosci* first authorships; *Virology* co-authorship

| | | |
|---|---|---|
| 2003-2006 | Nick Vandegraaff, Ph.D. | Head of Product Development, Genera Biosystems Limited |

Published ten papers (three 1st/co-1st authorships)

| | | |
|---|---|---|
| 2005-2007 | Nidhanapati Raghavendra, Ph.D. | Assistant Professor, Indian Institute of Technology |

Published four papers (two 1st/co-1st authorships)

| | | |
|---|---|---|
| 2006-2011 | Ming-Chieh Shun, Ph.D. | Research Fellow, Case Western Reserve University |

Published three first (two *J Virol*, one *Genes Dev*) and five co-authorship (*PLoS Pathog. Retrovirology, Proc Natl Acad Sci USA*, *Mol Ther Methods Clin Dev*, *Nucleic Acids Res*) papers; recipient of HMS (T32 AI007245) and DFCI (T32 AI007386) NRSA Fellowships, as well as Harvard University Center for AIDS Research 2010 Scholar Award ($50,000 annual direct costs).

| | | |
|---|---|---|
| 2006-2009 | Mohd Jamal Dar, Ph.D. | Senior Scientist, Indian Institute of Integrative Medicine |

Published one first author (*Retrovirology*) and three co-authorship (*J Virol* and *J Biol Chem* [2]) papers

| | | |
|---|---|---|
| 2006-2009 | Francesca Di Nunzio, Ph.D. | Tenured Researcher, Pasteur Institute |

Published four co-authorships (*J Virol, PLoS Pathog, Retrovirology*, *Mol Ther Methods Clin Dev*)

| | | |
|---|---|---|
| 2006-2015 | Xiang Li, Ph.D. | Realtor, Keller Williams Realty |

Alan N. Engelman

Published two first author (*Virology, J Virol*) and several co-authored (two *Nucleic Acids Res*, two *J Virol, Proc Natl Acad Sci USA, PLoS Pathog, PLoS One, Mol Ther Methods Clin Dev*) papers

2007-2013                   Lavanya Krishnan, Ph.D.       Scientist, Acceleron Pharma
Four first authorships (*J Virol* and *Nucleic Acids Res* equal 1st author, *Proc Natl Acad Sci USA*, *J Biol Chem*), one *Retrovirology* equal 2nd authorship, and two (*Virology, J Virol*) co-authorships

2009-2011                   Yasuhiro Koh, M.D., Ph.D.     Head, Hematology Medical Franchise, Oncology Medical Affairs Department, Novartis
Four first author (*Antimicrob Agents Chemother*, *AIDS*, two at *J Virol*) and five middle author (three *J Biol Chem*, *J Virol*, *Proc Natl Acad Sci USA*) papers published

2011-2015                   Hao Wang, Ph.D.               Application Scientist, WuXi NextCODE
Published three first authorships (*Nucleic Acids Res*, *Mol Ther Methods Clin Dev*, *PLoS One*) and two middle-author *Proc Natl Acad Sci USA* papers

2011-2015                   Allison Ballandras-Colas,     Research Fellow, The Francis Crick
                            Ph.D.                         Institute
Published two co-authorships (*Proc Natl Acad Sci USA*, *Retrovirology*) and two first author (*PLoS One*, *Nature*) papers

2012-2016                   Weifeng Wang, Ph.D.           Business Consultant, Shanghai, PR China
One first author *J Virol* and four co-authored papers (three in *Proc Natl Acad Sci USA*, other in *Retrovirology*)

2013-2016                   Erik Serrao, Ph.D.            Vice President, Silver Lake Research Corporation
Sixteen co-authorships (*PLoS One, Science, Cell Rep, Nucleic Acids Res, Retrovirology*, two in *Nature*, two in *Proc Natl Acad Sci USA*, *ACS Chem Biol*, two in *J Biol Chem, PLoS Pathog*, three *J Virol*), one equal 1st authorship (*Nucleic Acids Res*), and three first author (*Retrovirology, J Vis Exp, Crit Rev Biochem Mol Biol*) papers published. Recipient of Ruth L. Kirschstein NIH Viral Infectivity Training Grant (5T32 AI007245) and NRSA Fellow, Training Program in AIDS-Related Research (DFCI/NCI T32 AI007386)

2014-2016                   Tamaria Dewdney, Ph.D.        Technology Specialist, Proskauer Rose LLP
Published two co-authorships in *Cell Host Microbe* and *Nature*. NRSA Fellow, Training Program in AIDS-related Research (DFCI/NCI T32AI007386)

2014-2017                   Gregory Sowd, Ph.D.           Research Instructor, Department of Pathology, Microbiology, and Immunology, Vanderbilt University

Alan N. Engelman

Published one first author (*Proc Natl Acad Sci USA*) and five co-authorships (*J Biol Chem, J Virol*, *Mol Cell*, *Cell Host Microbe*, *J Virol*). Recipient of Ruth L. Kirschstein NIH Viral Infectivity Training Grant (5T32 AI007245)

| | | |
|---|---|---|
| 2015-2017 | Augusta Jamin, Ph.D. | Graduate Student, University of New Hampshire |

One *J Virol* and one *J Biol Chem* co-authorship; NRSA Fellow, Training Program in AIDS-related Research (DFCI/NCI T32AI007386)

2016-          Sooin Jang, Ph.D.          Research Fellow
Two papers published to date (*Sci Adv* co-authorship and *Nucleic Acids Res* first authorship)

2016-2020          Vasudevan Achuthan, Ph.D.   Scientist I, CRISPR Therapeutics Inc.
Published two first author papers (*Cell Host Microbe* and *J Life Sci*) and one co-authorship (*PLoS Pathog*)

2016-          Wen Li, M.D.          Research Fellow
Two co-authored papers (*J Virol* and *Science*) published to date

2016-          Gregory Bedwell, Ph.D.          Research Fellow
Two co-authored papers published to date (*Nucleic Acids Res*; *Antiviral Res*). Fellow, Training Program in AIDS-related Research (DFCI/NCI T32AI007386; 2016-2018, 2020)

2016-          Parmit Singh, Ph.D.          Scientist I
One first author review article (*Cell Mol Life Sci*) and two co-authorships (*Nucleic Acids Res*, *J Virol*) published to date

2018-          Dawei Zhang, Ph.D.          Visiting Scholar
One first author paper in *Antiviral Res* published to date

2017-          Junior Faculty Mentoring          Harvard Medical School

| Years | Mentee | Department | Role |
|---|---|---|---|
| 2017-2018 | Philip Kranzusch (Asst. Prof.) | Cancer Immunology and Virology, Dana-Farber Cancer Institute | Member |
| 2018- | Shijian Zhang (Instructor) | Cancer Immunology and Virology, Dana-Farber Cancer Institute | Member |

## Local Invited Presentations:

| | | | |
|---|---|---|---|
| 1995 | Biochemistry of HIV Integration | Invited Speaker | New England Regional Primate Research Center, Harvard Medical School |

Alan N. Engelman

| | Molecular Mechanisms of HIV Integration | Invited Speaker | Massachusetts General Hospital |
|---|---|---|---|
| 1996 | Structure and Function of HIV-1 Integration | Invited Speaker | Harvard School of Public Health |
| 1998 | Structure and Function of HIV-1 Integration | Invited Speaker | Harvard Medical School |
| 2000 | The Ins and Outs of HIV-1 Integration | Invited Speaker | Dana-Farber Cancer Institute |
| 2001 | Structure and Function of HIV-1 Preintegration Complexes | Invited Speaker | Harvard Medical School |
| | HIV-1 and DNA recombination | Invited Speaker | Harvard Medical School |
| | Structure and Trafficking of HIV-1 Preintegration Complexes | Invited Speaker | Harvard Medical School |
| 2002 | Early Events in HIV-1 Replication | Invited Speaker | Virology Program Retreat, Harvard Medical School |
| | Critical Early Events in HIV-1 Replication | Invited Speaker | Harvard Medical School |
| 2003 | Host Factors in HIV-1 Infection | Invited Speaker | Pathology Program Retreat, Harvard Medical School |
| 2005 | Molecular Interactions During HIV-1 Integration | Invited Speaker | Harvard Medical School |
| | Host Factors and HIV-1 Integration | Invited Speaker | Virology Program Retreat, Harvard Medical School |
| 2006 | Cancer, Immunology, AIDS, and LEDGF | Invited Speaker | Department of Cancer Immunology & AIDS 1st Annual Retreat, Dana-Farber Cancer Institute |
| | HIV-1 Integration Host Cell Co-factors | Invited Speaker | Harvard Medical School |

Alan N. Engelman

| | | | |
|---|---|---|---|
| 2007 | HIV-1 Integration: Roles of Cellular Co-factors | Invited Speaker | Pathology Program Retreat, Harvard Medical School |
| 2008 | HIV-1 Provirus Formation: Reliance on Critical Host Cell Factors | Invited Speaker | Dana-Farber Cancer Institute |
| 2009 | Virus-Host Interactions during HIV-1 Integration | Invited Speaker | Harvard Medical School |
| 2010 | Retroviral Intasome Function and Inhibition | Invited Speaker | Virology Program Retreat, Harvard Medical School |
| 2011 | Control over the HIV Integration Machine | Invited Speaker | Harvard Medical School |
| 2012 | Virus-Host Interactions in AIDS Pathogenesis | Invited Speaker | Dana-Farber Cancer Institute |
| | Inhibition of HIV-1 Integration | Invited Speaker | Beth Israel Deaconess Medical Center |
| 2013 | BIDMC Grand Rounds Therapeutic Intervention of HIV Integration | Invited Speaker | Beth Israel Deaconess Medical Center |
| | Targeting HIV-1 Integrase during Virus Production | Invited Speaker | Virology Program Retreat, Harvard Medical School |
| 2014 | Small Molecule Inhibition of HIV-1 Integrase | Invited Speaker | Department of Cancer Immunology & AIDS Annual Retreat, Dana-Farber Cancer Institute |
| | HIV-Host Interactions for Antiviral Development | Invited Speaker | Harvard Medical School |
| 2015 | Mechanisms and Inhibition of Retroviral DNA Integration | Invited Speaker | Beth Israel Deaconess Medical Center |
| 2016 | Inhibition of HIV-1 Integrase Structure and Function | Invited Speaker | Harvard Medical School |

Alan N. Engelman

| | | | |
|---|---|---|---|
| | Panel III: The State of HIV Vaccine Efforts and Antibody-Mediated Treatment- How Much Longer Until We Have an Effective HIV Vaccine?<br>Getting to Zero: What Will It Take? 20th Annual National CFAR Scientific Meeting | Invited Panel Discussant | Harvard University Center for AIDS Research |
| 2017 | Virus-Host Interactions in HIV Integration | Invited Speaker | Department of Micro-biology & Immuno-biology Retreat Harvard Medical School |
| | Virus-Host Interactions in HIV Integration | Invited Speaker | Virology Program Retreat, Harvard Medical School |
| | Mechanisms and Inhibition of HIV Integration | Invited Speaker | Beth Israel Deaconess Medical Center |
| 2019 | Mechanisms and Inhibition of HIV Integrase | Invited Speaker | Harvard Medical School |
| | Mechanisms and Inhibition of HIV Integration | Invited Speaker | Infectious Disease and Microbiome Program, Broad Institute |
| | Harvard University CFAR Annual Symposium "Promising Approaches To HIV Remission and Cure" | Invited Poster Judge | Harvard University |
| | Mechanisms and Inhibition of HIV Integration | Invited Speaker | Beth Israel Deaconess Medical Center |

# Report of Regional, National, and International Invited Teaching and Presentations

**Regional:**

| | | |
|---|---|---|
| 1997 | Stereochemistry and HIV-1 Integration<br>Tufts University<br>Medford, Massachusetts | Invited Speaker |
| 1998 | Functional Protein-DNA Interactions in HIV-1 | Invited Speaker |

Alan N. Engelman

|  | Preintegration Complexes<br>Bristol-Myers Squibb Company<br>Wallingford, Connecticut |  |
|------|--------------------------------------------------------------|----------------|
| 1999 | Structure-Function Analysis of HIV-1 Integration<br>University of Massachusetts Medical Center<br>Worcester, Massachusetts | Invited Speaker |
| 2008 | Host Cell Factors and HIV-1 Integration<br>Boston University School of Medicine (Biochemistry)<br>Boston, Massachusetts | Invited Speaker |
|  | Integrase-Binding Co-factors and HIV-1 Infection<br>Boston University School of Medicine (Biophysics)<br>Boston, Massachusetts | Invited Speaker |
| 2011 | Structural Insights into HIV-1 Integrase Function<br>and Drug Resistance Mechanisms<br>8th Annual North Eastern Structure Symposium<br>(NESS) on the Structural Basis of Drug Resistance<br>University of Connecticut<br>Storrs, Connecticut | Invited Speaker |
| 2012 | Controlling HIV-1 Integration<br>Yale University<br>New Haven, Connecticut | Invited Speaker |
| 2013 | Therapeutic Targeting of HIV-1 Integrase<br>Structure-Function<br>50th Anniversary Symposium<br>Department of Molecular Biology and Microbiology<br>Tufts University School of Medicine<br>Boston, Massachusetts | Invited Speaker |
|  | Small Molecule Disruption of HIV-1 Integrase<br>Structure-Function<br>Boston College<br>Chestnut Hill, Massachusetts | Invited Speaker |
| 2014 | Therapeutic Intervention of HIV DNA Integration<br>Infectious Diseases Grand Rounds<br>Boston University Medical Center<br>Boston, Massachusetts | Invited Speaker |

**National:**

Alan N. Engelman

| | | |
|---|---|---|
| 1995 | Molecular Mechanism of HIV DNA Integration<br>Frederick Cancer Research Center<br>Frederick, Maryland | Invited Speaker |
| 1997 | Protein-DNA Interactions in HIV Pre-integration Complexes<br>2nd Joint Conference of the Strategic Program for Innovative Research on AIDS Treatment/National Cooperative Drug Discovery Groups for the Treatment of HIV Infection: "New Opportunities for Novel HIV Therapies – from Discovery to Clinical Proof-of-Concept"<br>Vienna, Virginia | Invited Speaker |
| | Integration<br>1997 Meeting on Retroviruses<br>Cold Spring Harbor Laboratory<br>Cold Spring Harbor, New York | Invited Session Co-Chairperson |
| 1998 | Mechanism of HIV-1 Integration: Necessary and Sufficient?<br>Merck Research Laboratories<br>West Point, Pennsylvania | Invited Speaker |
| 1999 | The Ins and Outs of HIV-1 Integration<br>Medical College of Georgia<br>Augusta, Georgia | Invited Speaker |
| | Integration<br>1999 Meeting on Retroviruses<br>Cold Spring Harbor Laboratory<br>Cold Spring Harbor, New York | Invited session co-chairperson |
| 2001 | Preintegration/Integration<br>2001 Meeting on Retroviruses<br>Cold Spring Harbor Laboratory<br>Cold Spring Harbor, New York | Invited Session Co-Chairperson |
| 2002 | Nuclear Localization of HIV-1 Preintegration Complexes in Dividing and Nondividing Cells<br>Pennsylvania State University College of Medicine<br>Hershey, Pennsylvania | Invited Speaker |
| | Nuclear Localization of HIV-1 Preintegration Complexes<br>St. Louis University<br>St. Louis, Missouri | Invited Speaker<br>Monsanto/Pharmacia Lecture Series |

Alan N. Engelman

| | | |
|---|---|---|
| 2003 | Pathogenesis/Host Factors I<br>2003 meeting on Retroviruses<br>Cold Spring Harbor Laboratory<br>Cold Spring Harbor, New York | Invited Session Co-Chairperson |
| | Early Events in HIV-1 Infection<br>San Diego State University<br>San Diego, California | Invited Speaker |
| 2005 | Solution Structure of the HIV-1 Integrase-Binding<br>Domain in LEDGF/p75<br>2005 Palm Springs Symposium on HIV/AIDS<br>"Pathogens Versus Host in HIV Disease"<br>Palm Springs, California | Invited Speaker<br>(abstract) |
| | Host Factor Roles in HIV-1 Integration<br>Aaron Diamond AIDS Research Center<br>New York, New York | Invited Speaker |
| | HIV-1 Integration: Viral and Host Cell Determinants<br>Gilead Sciences, Inc.<br>Foster City, California | Invited Speaker |
| | Host Cell Factors and HIV-1 Integration<br>Gladstone Institute of Virology and Immunology<br>San Francisco, California | Invited Speaker |
| | Integration and Bioinformatics<br>2005 Meeting on Retroviruses<br>Cold Spring Harbor Laboratory<br>Cold Spring Harbor, New York | Invited Session Co-Chairperson |
| | Host Cell Factors and HIV-1 Integration<br>National Cancer Institute<br>Frederick, Maryland | Invited Speaker |
| | Mechanism of HIV DNA Integration<br>The Ohio State University<br>Columbus, Ohio | Invited Speaker |
| | Host Factors and HIV-1 Integration<br>The Ohio State University<br>Columbus, Ohio | Invited Speaker |
| 2006 | Molecular Mechanisms of HIV-1 Integration | Invited Featured Speaker |

Alan N. Engelman

2006 Palm Springs Symposium on HIV/AIDS
"Pathogens Versus Host in the Progression to AIDS"
Palm Springs, California

Mouse Knockout Cells Reveal a Critical Role for          Invited Speaker
LEDGF/p75 in PIC Function during HIV-1                   (abstract)
Integration In Vivo
2006 American Society for Cell Biology Summer
Meeting on The Cell Biology of HIV-1 and other
Retroviruses
Atlanta, Georgia

2007    LEDGF/p75 and HIV-1 Integration                 Invited Speaker
        Center for Molecular Biology and Gene Therapy
        Loma Linda University School of Medicine
        Loma Linda, California

        Cell Factors and HIV-1 Integration              Visiting Professor
        Mayo Clinic                                     Siebens Foundation
        Rochester, Minnesota                            Seminar Series

        LEDGF/p75 and HIV-1 DNA Integration             Invited Keynote Speaker
        8th Annual Symposium on Antiviral
        Drug Resistance: Targets and Mechanisms
        Glen Allen, Virginia

        Host Cell Proteins and HIV-1 Integration        Invited Speaker
        George Mason University
        Manassas, Virginia

2008    Integration Cofactors and HIV-1 Infection       Invited Speaker
        Vanderbilt University Medical Center
        Nashville, Tennessee

        Nucleoprotein Complex Interactions during       Invited Speaker
        HIV DNA Integration
        Educational Session "Emerging Field Review:
        Interaction between Vectors and the Human Genome";
        seminar entitled ""; 11th Annual Meeting of the American
        Society of Gene Therapy
        Boston, Massachusetts

2009    Virus-Host Interactions during HIV-1 Provirus   Invited Speaker
        Formation
        University of Minnesota
        Minneapolis, Minnesota

26

Alan N. Engelman

| | | |
|---|---|---|
| 2010 | Controlling HIV-1 DNA Integration<br>2010 Palm Springs Symposium on HIV/AIDS<br>"HIV Pathogenesis: Molecules to Man"<br>Palm Springs, California | Invited Featured Speaker |
| | Retroviral Intasome Assembly and Inhibition of DNA<br>Strand Transfer Activity<br>National Institute of General Medical Services (NIGMS)<br>24th Annual Meeting of the Groups Studying the<br>Structures of AIDS-Related Systems<br>National Institutes of Health<br>Bethesda, Maryland | Invited Speaker |
| | Control of HIV-1 DNA Integration<br>Case/UHC Center for AIDS Research<br>2010 Case CFAR Annual Conference:<br>Molecular Basis for HIV Pathogenesis<br>Cleveland, Ohio | Invited Speaker |
| | Virological and Structural Analyses of Integrase<br>Strand Transfer Inhibitors<br>11th Annual Symposium on Antiviral<br>Drug Resistance: Targets and Mechanisms<br>Hershey, Pennsylvania | Invited Keynote Speaker |
| | Control of HIV-1 Integration<br>HIV Drug Resistance Program<br>NCI-Frederick<br>Frederick, Maryland | Invited Speaker |
| 2011 | Control over HIV-1 Integration<br>Division of AIDS (DAIDS)<br>National Institutes of Health<br>Bethesda, Maryland | Invited Speaker |
| | Structural Biology of HIV-1 Integration<br>The 25th Annual Meeting of Groups Studying the<br>Structures of AIDS-Related Systems and Their Application<br>to Targeted Drug Design<br>National Institutes of Health<br>Bethesda, Maryland | Invited Speaker |
| | Controlling HIV-1 Integration<br>Aaron Diamond AIDS Research Center<br>New York, New York | Invited Speaker |

27

Alan N. Engelman

|      | Control over HIV-1 Integration<br>Pittsburgh Center for HIV Protein Interactions<br>University of Pittsburgh<br>Pittsburgh, Pennsylvania | Invited Speaker |
|------|------|------|
|      | LEDGFp75 and HIV-1 Integration<br>Molecular Graphics Society of the Americas<br>Modeling HIV Drug Resistance Meeting<br>The Scripps Research Institute<br>La Jolla, California | Invited Speaker |
| 2012 | Control over the HIV Integration Machine<br>University of Texas Southwestern Medical Center<br>Dallas, Texas | Invited Speaker |
|      | Retroviral Integrase Function and Drug Resistance<br>Mechanisms<br>The HIV Accessory Proteins and Regulatory<br>Complexes Center<br>University of California<br>San Francisco, California | Invited Speaker |
|      | Control of the HIV DNA Integration Machine<br>University of Alabama<br>Birmingham, Alabama | Invited Speaker |
|      | Controlling HIV DNA Integration<br>Albert Einstein College of Medicine<br>New York, New York | Invited Speaker |
|      | Inhibition of HIV-1 Integration<br>Merck Research Laboratories<br>West Point, Pennsylvania | Invited Speaker |
| 2013 | Control of HIV-1 Integration<br>Wayne State University<br>Detroit, Michigan | Invited Speaker |
|      | LEDGF and HIV-1 Integration<br>Infectious Disease Grand Rounds<br>Mount Sinai School of Medicine<br>New York, New York | Invited Speaker |
|      | Allosteric Inhibitors Deregulate Integrase<br>Multimerization during HIV-1 Particle Maturation | Invited Speaker |

Alan N. Engelman

|      | Structural Biology Related to HIV/AIDS – 2013<br>National Institute of General Medical Sciences<br>Bethesda, Maryland |                              |
|------|---------------------------------------------------------------------------------------------------------------------|------------------------------|
|      | Therapeutic Inhibition of HIV-1 Integrase<br>Structure-Function<br>The Center for Advanced Biotechnology and Medicine<br>Rutgers University | Invited Speaker |
| 2014 | Integration and Integrase<br>2014 Meeting on Retroviruses<br>Cold Spring Harbor Laboratory<br>Cold Spring Harbor, New York | Invited session co-chairperson |
| 2015 | Therapeutic Inhibition of HIV-1 Integration<br>University of Pittsburgh<br>Pittsburgh, Pennsylvania | Invited Speaker |
|      | Pharmacological Genetics: The Case of HIV-1 Integrase<br>University of North Carolina<br>Chapel Hill, North Carolina | Invited Speaker |
|      | Functional and Structural Characterization of the<br>Mouse Mammary Tumor Virus Intasome<br>Structural Biology Related to HIV/AIDS – 2015<br>National Institute of General Medical Sciences<br>Bethesda, Maryland | Invited Speaker |
| 2016 | Integrase Structure and Inhibition of HIV-1 Replication<br>University of California at Irvine<br>Irvine, California | Invited Speaker |
|      | Virus-Host Interactions Regulate HIV-1 Integration<br>into Chromatin<br>Workshop on Chromatin Control of Viral Infection<br>Bethesda, Maryland | Invited Speaker |
|      | Mechanism and Inhibition of HIV Integration<br>University of Maryland<br>College Park, Maryland | Invited Speaker |
| 2017 | Inhibition of HIV Integrase Structure and Function<br>University of Utah<br>Salt Lake City, Utah | Invited Speaker |
|      | Virus-Host Interactions that Regulate HIV-1 Integration | Invited Featured Speaker |

Alan N. Engelman

2017 Palm Springs Symposium on HIV/AIDS
"HIV Disease from Resistance to Cure"
Palm Springs, California

Mechanisms and Inhibition of HIV-1 Integration          Invited Speaker
Northwestern University
Chicago, Illinois

HIV-Host Interactions that Regulate DNA Integration     Invited Speaker
Case Western Reserve University                         Leaders in AIDS
Cleveland, Ohio                                         Research Seminar

Mechanisms and Inhibition of Retroviral Integration Invited Speaker
The Ohio State University
Columbus, Ohio

2018      Pan-Nuclear Integration Targeting by HIV-1       Invited Speaker
          Preintegration Complexes
          NIAID Workshop on HIV Nuclear Import
          Rockville, Maryland

          Mechanisms and Inhibition of HIV Integration     Invited Speaker
          Columbia University
          New York, New York

2019      Mechanisms and Inhibition of HIV Integration
          Minisymposium on Pathogenic Human Viruses        Invited Speaker
          Duke University Medical Center
          Durham, North Carolina

2020      Virus-Host Interactions that Regulate HIV-1 Integration    Invited Featured Speaker
          2020 Palm Springs Symposium on HIV/AIDS
          "New Horizons in AIDS Research"
          Palm Springs, California

          Mechanisms and Inhibition of HIV Integration     Invited Speaker
          Johns Hopkins University
          Baltimore, Maryland

**International:**

1996      Integrase                                        Invited Speaker
          Mór Kaposi Research Foundation
          Budapest, Hungary

2000      Functional End Coupling during HIV-1 Integration  Invited Speaker

Alan N. Engelman

|      |                                                                                                                                                                          |                                      |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------|
|      | Workshop on Site-specific Recombination and Transposition 2000<br>Woods Hole, Massachusetts                                                                               | (abstract)                           |
| 2001 | Nuclear Localization of HIV-1 Preintegration Complexes<br>2nd International Conference on Retroviral Integrase:<br>A Novel Target for the Treatment of AIDS<br>Paris, France | Invited Speaker                      |
| 2005 | Structure/Function Analyses of HIV-1 Integration Cofactors<br>Katholieke Universiteit<br>Leuven, Belgium                                                                  | Invited Speaker                      |
|      | The Role of LEDGF in Viral Replication<br>12th Conference on Retroviruses and Opportunistic Infections (CROI)<br>Boston, Massachusetts                                     | Invited Speaker<br>(abstract)        |
| 2007 | Host Factors and HIV-1 Integration<br>2007 Keystone Symposia on HIV Vaccines:<br>From Basic Research to Clinical Trials /<br>Molecular and Cellular Determinants of HIV Pathogenesis<br>Whistler, British Columbia, Canada | Invited Plenary Speaker              |
| 2008 | HIV Molecular Biology and Host Cell Interactions<br>15th Conference on Retroviruses and Opportunistic Infections (CROI)<br>Boston, Massachusetts                           | Invited Oral Session<br>Co-Moderator |
|      | Characterization of PWWP Domain Residues Critical for LEDGF/p75 Chromatin-Binding and HIV-1 Infectivity<br>3rd International Conference on Retroviral Integrase<br>Marine Biological Laboratory<br>Woods Hole, Massachusetts | Invited Speaker                      |
| 2010 | Biological and Pharmacological Analysis of the HIV-1 Intasome<br>2nd ASM Conference on Mobile DNA<br>Montreal, Canada                                                       | Invited Speaker                      |
|      | HIV-1 Preintegration Complex Function and Host Cell Factors<br>Centennial Retrovirus Meeting                                                                              | Invited Speaker                      |

Alan N. Engelman

|      | | |
|------|---|---|
| | Institute of Molecular Genetics<br>Prague, Czech Republic | |
| | Identification of Essential Host Cell Factors<br>Centennial Retrovirus Meeting<br>Institute of Molecular Genetics<br>Prague, Czech Republic | Invited Session Co-Chair |
| 2011 | Structural Insights into Integrase Function and<br>Inhibitor Resistance<br>International Workshop on HIV & Hepatitis Virus:<br>Drug Resistance and Curative Strategies<br>Los Cabos, Baja California Sur, Mexico | Invited Plenary Speaker |
| | Biochemistry of Integration<br>4th International Conference on Retroviral Integration<br>University of Siena<br>Siena, Italy | Invited Session Chair |
| | Integrase Biochemistry and HIV-1 Replication<br>4th International Conference on Retroviral Integration<br>University of Siena<br>Siena, Italy | Invited Plenary Speaker |
| 2012 | HIV-Host Interactions in Nuclear Import and Integration<br>2012 Keystone Symposium on Frontiers in HIV<br>Pathogenesis, Therapy and Eradication<br>Whistler, British Columbia, Canada | Invited Plenary Speaker |
| 2014 | Host Factors and HIV/SIV Replication<br>Conference on Retroviruses and Opportunistic<br>Infections (CROI) 2014<br>Boston, Massachusetts | Invited Oral Session<br>Co-Moderator |
| | Integrase and HIV DNA Integration<br>2014 Keystone Symposium on Mobile Genetic Elements<br>and Genome Evolution<br>Sante Fe, New Mexico | Invited Plenary Speaker |
| | Integrase Host Cofactors: Unanticipated Antiretroviral<br>Bedfellows<br>5th International Conference on Retroviral Integration<br>Asilomar, California | Invited Keynote Speaker |
| 2015 | Inhibition of HIV-1 Integrase: More than Just Integration<br>Lady Davis Institute for Medical Research | Invited Speaker<br>Distinguished Lecture |

Alan N. Engelman

|  | McGill University<br>Montreal, Canada | Series |
|---|---|---|
| 2016 | CPSF6 Regulates HIV-1 Integration into Active Chromatin<br>2016 Keystone Symposium on HIV Persistence: Pathogenesis and Eradication<br>Olympic Valley, California | Invited Plenary Speaker |
| 2017 | Virus-Host Interactions that Regulate HIV-1 Integration<br>6th International Conference on Retroviral Integration<br>Bordeaux, France | Invited Speaker |
|  | Session on "Molecular and Structural Aspects of Integration"<br>6th International Conference on Retroviral Integration<br>Bordeaux, France | Invited Co-Chair |
|  | Mechanisms and Inhibition of HIV Integration<br>The Francis Crick Institute<br>London, England | Invited Speaker |
| 2020 | Sharpening the Cutting Edge: Additions to the Molecular Virology Toolkit<br>Conference on Retroviruses and Opportunistic Infections (CROI) 2020<br>Boston, Massachusetts | Invited Themed Discussion Leader |

# **Report of Technological and Other Scientific Innovations**

**Patents:**

1. Episomally replicating lentiviral vectors
   **Engelman A,** Lu R, Hofmann W, Sodroski J, inventors
   US Patent 6,808,923. 2004 Oct 26
   Lentiviral vectors for human gene therapy were engineered to express transgenes in the absence of integrase-mediated DNA recombination.

2. NDR kinase modulators
   Devroe E, **Engelman A,** Silver PA, inventors
   International Application No. PCT/US2004/001679
   Inhibitors or stimulators of NDR1 and NDR2 kinase will be used to modulate the cytopathic affects of HIV infection.

3. Compositions and methods for inhibition of retroviruses

Yan N, **Engelman A,** Lieberman J, inventors
International Application No. PCT/US09/44339
The cytoplasmic SET complex will be targeted to increase the frequency of HIV-1 suicidal autointegration before provirus formation can be established.


# Report of Education to Patients and Service to the Community

**Activities:**
No activities or materials below were sponsored by 3rd parties/outside entities

| 1998 | Southern New England Junior Science Humanities Symposium | Co-coordinator |

Coordinated the Dana-Farber Cancer Institute site visit tour; approximately 200 high school students, teachers, and parents participated in the 2-day event.

The activity below was sponsored by the Harvard Medical School Office for Diversity Inclusion And Community Partnership and the Biomedical Science Careers Program

| 2012 | Explorations 2012 | Community Partner |

Hosted the visit of middle school students from Boston and Cambridge to the research laboratory.

The activity below was sponsored by the Dana-Farber/Harvard Cancer Center Continuing Umbrella of Research Experiences (CURE) Program

| 2013-14 | CURE | Host Laboratory |

Hosted an undergraduate student (Ngoc Ly) to perform research on the mechanism of action of allosteric integrase inhibitors during the summers of 2013 and 2014.

The activity below was sponsored by the Dana-Farber/Harvard Cancer Center Summer Program to Advance Research Careers (SPARC)

| 2018 | SPARC | Host Laboratory |

Hosted and mentored an undergraduate student (Thais Rocha) during the summer of 2018 to perform research on the roles of integrase binding proteins in determining the preferred pattern of HIV-1 integration.

| 2019 | SPARC | Host Laboratory |

Hosted and mentored an undergraduate student (Evelyn Rosario) during the summer to engineer single-cell Jurkat T cell clones to re-express the cellular CD4 protein via retroviral transduction.

**Recognition:**

| 2010 | Who's Who in America – Research | Marquis |

Alan N. Engelman

# Report of Scholarship

**Peer-Reviewed Publications:**

Research investigations

1. **Engelman A,** *Rosenberg N. Isolation of temperature-sensitive Abelson virus mutants by site-directed mutagenesis. Proc Natl Acad Sci U S A 1987 Nov;84(22):8021-5. PubMed PMID: 2825174; PubMed Central PMCID: PMC299468.

2. **Engelman A,** *Rosenberg N. *bcr/abl* and *src* but not *myc* and *ras* replace v-*abl* in lymphoid transformation. Mol Cell Biol 1990 Aug;10(8):4365-9. doi: 10.1128/MCB.10.8.4365. PubMed PMID: 2164639; PubMed Central PMCID: PMC360988.

3. **Engelman A,** *Rosenberg N. Temperature sensitive mutants of Abelson murine leukemia virus deficient in protein tyrosine kinase activity. J Virol 1990 Sep;64(9):4242-51. PubMed PMID: 1696637; PubMed Central PMCID: PMC247889.

4. *Craigie R, Mizuuchi K, Bushman FD, **Engelman A.** A rapid in vitro assay for HIV DNA integration. Nucleic Acids Res 1991 May 25;19(10):2729-34. doi: 10.1093/nar/19.10.2729. PubMed PMID: 2041748; PubMed Central PMCID: PMC328193.

5. **Engelman A,** Mizuuchi K, *Craigie R. HIV-1 DNA integration: mechanism of viral DNA cleavage and DNA strand transfer. Cell 1991 Dec 20;67(6):1211-21. doi:10.1016/0092-8674(91)90297-C. PubMed PMID: 1760846.

6. **Engelman A,** *Craigie R. Identification of conserved amino acid residues critical for human immunodeficiency virus type 1 integrase function in vitro. J Virol 1992 Nov;66(11):6361-9. PubMed PMID: 1404595; PubMed Central PMCID: PMC240128.

7. Bushman FD, **Engelman A,** Palmer I, Wingfield P, *Craigie R. Domains of the integrase protein of human immunodeficiency virus type 1 responsible for polynucleotidyl transfer and zinc binding. Proc Natl Acad Sci U S A 1993 Apr 15;90(8):3428-32. doi: 10.1073/pnas.90.8.3428. PubMed PMID: 8386373; PubMed Central PMCID: PMC46313.

8. **Engelman A,** Bushman FD, *Craigie R. Identification of discrete functional domains of HIV-1 integrase and their organization within an active multimeric complex. EMBO J 1993 Aug;12(8):3269-75. PubMed PMID: 8344264; PubMed Central PMCID: PMC413594.

9. Mazumder A, **Engelman A,** Craigie R, Fesen M, *Pommler Y. Intermolecular disintegration and intramolecular strand transfer activities of wild-type and mutant HIV-1 integrase. Nucleic Acids Res 1994 Mar 25;22(6):1037-43. doi: 10.1093/nar/22.6.1037. PubMed PMID: 8152908; PubMed Central PMCID: PMC307927.

10.    **Engelman A,** Hickman AB, *Craigie R. The core and carboxyl terminal domains of the integrase protein of human immunodeficiency virus type 1 each contribute to non-specific DNA binding. J Virol 1994 Sep;68(9):5911-7. PubMed PMID: 8057470; PubMed Central PMCID: PMC236996.

11.    Vicenzi E, Dimitrov DS, **Engelman A,** Mignone T-S, Purcell DFJ, Leonard J, Englund G, *Martin MA. An integration-defective U5 deletion mutant of human immunodeficiency virus type 1 reverts by eliminating additional long terminal repeat sequences. J Virol 1994 Dec;68(12):7879-90. PubMed PMID: 7966578; PubMed Central PMCID: PMC237250.

12.    Hickman AB, Palmer I, **Engelman A,** Craigie R, *Wingfield P. Biophysical and enzymatic properties of the catalytic domain of HIV-1 integrase. J Biol Chem 1994 Nov 18;269(46):29279-87. PubMed PMID: 7961898.

12.    Dyda F, Hickman AB, Jenkins TM, **Engelman A,** Craigie R, *Davies DR. Crystal structure of the catalytic domain of HIV-1 integrase: similarity to other polynucleotidyl transferases. Science 1994 Dec 23;266(5193):1981-6. PubMed PMID: 7801124.
            Research News. O'Brien C. X-ray crystallography: HIV integrase structure catalyzes drug research. Science 1994 Dec 23;266(5193):1946. doi: 10.1126/science.7801119. PubMed PMID: 7801119.

14.    **Engelman A,** Englund G, Orenstein JM, Martin MA, *Craigie R. Multiple effects of mutations in human immunodeficiency virus type 1 integrase on viral replication. J Virol 1995 May;69(5):2729-36. PubMed PMID: 7535863; PubMed Central PMCID: PMC188965.

15.    *Englund G, Theodore TS, Freed E, **Engelman A,** Martin MA. Integration is required for productive infection of monocyte-derived macrophages by human immunodeficiency virus type 1. J Virol 1995 May;69(5):3216-9. PubMed PMID: 7707554; PubMed Central PMCID: PMC189028.

16.    **Engelman A,** *Craigie R. Efficient magnesium-dependent human immunodeficiency virus type 1 integrase activity. J Virol 1995 Sep;69(9):5908-11. PubMed PMID: 7637039; PubMed Central PMCID: PMC189473.

17.    Lodi PJ, Ernst JA, Kuszewski J, Hickman AB, **Engelman A,** Craigie R, *Clore GM, *Gronenborn AM. Solution structure of the DNA binding domain of HIV-1 integrase. Biochemistry 1995 Aug 8;34(31):9826-33. doi: 10.1021/bi00031a002. PubMed PMID: 7632683.

18.    Jenkins TM, **Engelman A,** Ghirlando R, *Craigie R. A soluble active mutant of HIV-1 integrase: involvement of both the core and C-terminal domains in multimerization. J Biol Chem 1996 Mar 29;271(13):7712-8. doi: 10.1074/jbc.271.13.7712. PubMed PMID: 8631811.

Alan N. Engelman

19.    *Taddeo B, Carlini F, Verani P, **Engelman A.** Reversion of a human immunodeficiency virus type 1 integrase mutant at a second site restores enzyme function and virus infectivity. J Virol 1996 Dec;70(12):8277-84. PubMed PMID: 8970947; PubMed Central PMCID: PMC190915.

20.    **\*Engelman A.** Biochemical characterization of recombinant equine infectious anemia virus integrase. Protein Expression Purif 1996 Nov;8(3):299-304. doi: 10.1006/prep.1996.0104. PubMed PMID: 8936591.

21.    **\*Engelman A,** Liu Y, Chen H, Farzan M, Dyda F. Structure-based mutagenesis of the catalytic domain of human immunodeficiency virus type 1 integrase. J Virol 1997 May;71(5):3507-14. PubMed PMID: 9094622; PubMed Central PMCID: PMC191497.

22.    Du Z, Ilyinskii PO, Lally K, Desrosiers RC, **\*Engelman A.** A mutation in integrase can compensate for mutations in the simian immunodeficiency virus att site. J Virol 1997 Nov;71(11):8124-32. PubMed PMID: 9343162; PubMed Central PMCID: PMC192268.

23.    Jenkins TM, Esposito D, **Engelman A,** *Craigie R. Critical contacts between HIV-1 integrase and viral DNA identified by structure-based analysis and photo-crosslinking. EMBO J 1997 Nov 17;16(22):6849-59. doi: 10.1093/emboj/16.22.6849. PubMed PMID: 9362498; PubMed Central PMCID: PMC1170288.

24.    **Chen H, **\*Engelman A.** The barrier-to-autointegration protein is a host factor for HIV type 1 integration. Proc Natl Acad Sci U S A 1998 Dec 22;95(26):15270-4. doi: 10.1073/pnas.95.26.15270. PubMed PMID: 9860958; PubMed Central PMCID: PMC28032.

25.    **Chen H, Wei S-Q, **\*Engelman A.** Multiple integrase functions are required to form the native structure of the human immunodeficiency virus type 1 intasome. J Biol Chem 1999 Jun 11;274(24):17358-64. doi: 10.1074/jbc.274.24.17358. PubMed PMID: 10358097.

26.    **Brown HEV, Chen H, **\*Engelman A.** Structure-based mutagenesis of the human immunodeficiency virus type 1 DNA attachment site:  effects on integration and cDNA synthesis. J Virol 1999 Nov;73(11):9011-20. PubMed PMID: 10516007; PubMed Central PMCID: PMC112933.

27.    **Chen H, **\*Engelman A.** Characterization of a replication-defective human immunodeficiency virus type 1 *att* site mutant that is blocked after the 3' processing step of retroviral integration. J Virol 2000 Sep;74(17):8188-93. doi: 10.1128/JVI.74.17.8188-8193.2000. PubMed PMID: 10933731; PubMed Central PMCID: PMC112354.

28.    **Harris D, **\*Engelman A.** Both the structure and DNA binding function of the barrier-to-autointegration factor contribute to reconstitution of HIV type 1 integration in vitro. J Biol Chem 2000 Dec 15;275(50):39671-7. doi: 10.1074/jbc.M002626200. PubMed PMID: 11005805.

Alan N. Engelman

29.     **Nakajima N, Lu R, **Engelman A.** Human immunodeficiency virus type 1 replication in the absence of integrase-mediated DNA recombination: definition of permissive and nonpermissive T-cell lines. J Virol 2001 Sep;75(17):7944-55. doi: 10.1128/JVI.75.17.7944-7955.2001. PubMed PMID: 11483739; PubMed Central PMCID: PMC115038.

30.     **Chen H, **Engelman A.** Asymmetric processing of human immunodeficiency virus type 1 cDNA in vivo: Implications for functional end coupling during the chemical steps of DNA transposition. Mol Cell Biol 2001 Oct;21(20):6758-67. doi: 10.1128/MCB.21.20.6758-6767.2001 PubMed PMID: 11564861; PubMed Central PMCID: PMC99854.

31.     **Limón A, Devroe E, Lu R, Ghory HZ, Silver PA, **Engelman A.** Nuclear localization of human immunodeficiency virus type 1 preintegration complexes (PICs): V165A and R166A are pleiotropic integrase mutants primarily defective for integration, not PIC nuclear import. J Virol 2002 Nov;76(21):10598-607. doi: 10.1128/JVI.76.21.10598-10607.2002. PubMed PMID: 12368302; PubMed Central PMCID: PMC136649.

32.     **Limón A, Nakajima N, Lu R, Ghory HZ, **Engelman A.** Wild-type levels of nuclear localization and human immunodeficiency virus type 1 replication in the absence of the central DNA flap. J Virol 2002 Dec;76(23):12078-86. doi: 10.1128/JVI.76.23.12078-12086.2002. PubMed PMID: 12414949; PubMed Central PMCID: PMC136855.

33.     **Lin C-W, **Engelman A.** The barrier-to-autointegration factor is a component of functional human immunodeficiency virus type 1 preintegration complexes. J Virol 2003 Apr;77(8):5030-6. doi: 10.1128/JVI.77.8.5030-5036.2003. PubMed PMID: 12663813; PubMed Central PMCID: PMC152146.

34.     Devroe E, **Engelman A,** *Silver PA. Intracellular transport of human immunodeficiency virus type 1 integrase. J Cell Sci 2003 Nov 1;116(Pt 21):4401-8. doi: 10.1242/jcs.00747. Epub 2003 Sep 16. PubMed PMID: 13130095.

35.     **Lu R, Nakajima N, Hofmann W, Benkirane M, Jeang K-T, Sodroski J, **Engelman A.** Simian virus 40-based replication of catalytically-inactive human immunodeficiency virus type 1 integrase mutants in nonpermissive T-cell lines and monocyte-derived macrophages. J Virol 2004 Jan;78(2):658-68. Erratum in: J Virol 2004 Mar;78(5):2654. doi: 10.1128/JVI.78.2.658-668.2004. Teh-Jeang Kuan [corrected to Jeang Kuan-Teh]. PubMed PMID: 14694097; PubMed Central PMCID: PMC368853.

36.     **Maertens G, Cherepanov P, Debyser Z, Engelborghs Y, **Engelman A.** Identification and characterization of a functional nuclear localization signal in the HIV-1 integrase interactor LEDGF/p75. J Biol Chem 2004 Aug 6;279(32):33421-9. doi: 10.1074/jbc.M404700200. Epub 2004 May 25. PubMed PMID: 15163664.

37.     **Lu R, Limón A, Devroe E, Silver PA, Cherepanov P, **Engelman A.** Class II integrase mutants with changes in putative nuclear localization signals are primarily blocked at a post-nuclear entry step of human immunodeficiency virus type 1 replication. J Virol 2004

Dec;78(23):12735-46.  doi:  10.1128/JVI.78.23.12735-12746.2004.  PubMed  PMID: 15542626; PubMed Central PMCID: PMC525011.

38.     **Cherepanov P, Devroe E, Silver PA, *Engelman A.** Identification of an evolutionarily conserved domain in human lens epithelium-derived growth factor/transcriptional co-activator p75 (LEDGF/p75) that binds HIV-1 integrase. J Biol Chem 2004 Nov 19;279(47):48883-92. doi: 10.1074/jbc.M406307200. Epub 2004 Sep 14. PubMed PMID: 15371438.

39.     **Lu R, Limón A, Ghory HZ, *Engelman A.** Genetic analyses of DNA binding mutants in the catalytic core domain of human immunodeficiency virus type 1 integrase. J Virol 2005 Feb;79(4):2493-505. doi: 10.1128/JVI.79.4.2493-2505.2005. PubMed PMID: 15681450; PubMed Central PMCID: PMC546573.

40.     Devroe E, Silver PA, *Engelman A.** HIV-1 incorporates and proteolytically processes human NDR1 and NDR2 serine-threonine kinases. Virology 2005 Jan 5;331(1):181-9. http://dx.doi.org/10.1016/j.virol.2004.10.023. PubMed PMID: 15582665.

41.     **Lu R, Ghory HZ, *Engelman A.** Genetic analyses of conserved residues in the carboxyl terminal domain of human immunodeficiency virus type 1 integrase. J Virol 2005 Aug;79(16):10356-68.  doi:  10.1128/JVI.79.16.10356-10368.2005.  PubMed  PMID: 16051828; PubMed Central PMCID: PMC1182625.

42.     **Cherepanov P, Sun Z-Y J, Rahman S, Maertens G, Wagner G, *Engelman A.** Solution structure of the HIV-1 integrase-binding domain in LEDGF/p75. Nat Struct Mol Biol 2005 Jun;12(6):526-32. doi:10.1038/nsmb937. Epub 2005 May 15. PubMed PMID: 15895093.

43.     **Lu R, Vandegraaff N, Cherepanov P, *Engelman A.** Lys 34, dispensable for integrase catalysis, is required for preintegration complex function and human immunodeficiency virus type 1 replication. J Virol 2005 Oct;79(19):12584-91. doi: 10.1128/JVI.79.19.12584-12591.2005. PubMed PMID: 16160186; PubMed Central PMCID: PMC1211547.

44.     **Cherepanov P, Ambrosio ALB, Rahman S, Ellenberger T, *Engelman A.** From the Cover: Structural basis for the recognition between HIV-1 integrase and transcriptional coactivator p75. Proc Natl Acad Sci U S A 2005 Nov 29;102(48):17308-13. doi: 10.1073/pnas.0506924102. Epub 2005 Oct 31. PubMed PMID: 16260736; PubMed Central PMCID: PMC1297672.

          Commentary. Bradley CM, Craigie R. Seeing is believing: Structure of the catalytic domain of HIV-1 integrase in complex with human LEDGF/p75. Proc Natl Acad Sci U S A 2005 Dec 6;102(49):17543-4. doi: 10.1073/pnas.0509078102. Epub 2005 Nov 28. PubMed PMID: 16314581; PubMed Central PMCID: PMC1308931.
          *Recommended by the Faculty of 1000: Dyda F. F1000Prime Recommendation of [Cherepanov P et al., Proc Natl Acad Sci U S A 2005, 102(48):17308-13]. In F1000Prime, 04 Jan 2006; doi: 10.3410/f.1029968.349434.*

45.   **Vandegraaff N, Devroe E, Turlure F, Silver PA, **Engelman A.** Biochemical and genetic analyses of integrase-interacting proteins lens epithelium-derived growth factor (LEDGF)/p75 and hepatoma-derived growth factor related protein 2 (HRP2) in preintegration complex function and HIV-1 replication. Virology 2006 Mar 15;346(2):415-26. http://dx.doi.org/10.1016/j.virol.2005.11.022. Epub 2005 Dec 9. PubMed PMID: 16337983.

46.   **Turlure F, Maertens G, Rahman S, Cherepanov P, **Engelman A.** A tripartite DNA-binding element, comprised of the nuclear localization signal and two AT-hook motifs, mediates the association of LEDGF/p75 with chromatin in vivo. Nucleic Acids Res 2006 Mar 20;34(5):1653-65. doi: 10.1093/nar/gkl052. PubMed PMID: 16549878; PubMed Central PMCID: PMC1405818.

47.   **Maertens GN, Cherepanov P, **Engelman A.** Transcriptional co-activator p75 binds and tethers the Myc-interacting protein JPO2 to chromatin. J Cell Sci 2006 Jun 15;119(Pt 12):2563-71. doi: 10.1242/jcs.02995. Epub 2006 May 30. PubMed PMID: 16735438.

48.   Si Z, Vandegraaff N, O'hUigin C, Song B, Yuan W, Xu C, Perron M, Li X, Marasco WA, **Engelman A,** Dean M, *Sodroski J. Evolution of a cytoplasmic tripartite motif (TRIM) protein in cows that restricts retroviral infection. Proc Natl Acad Sci U S A 2006 May 9;103(19):7454-9. doi: 10.1073/pnas.0600771103. Epub 2006 Apr 28. PubMed PMID: 16648259; PubMed Central PMCID: PMC1464360.

49.   Diaz-Griffero F, Vandegraaff N, Li Y, McGee-Estrada K, Stremlau M, Welikala S, Si Z, **Engelman A,** *Sodroski J. Requirements for capsid binding and an effector function in TRIMCyp-mediated restriction of HIV-1. Virology 2006 Aug 1;351(2):404-19. http://dx.doi.org/10.1016/j.virol.2006.03.023. Epub 2006 May 2. PubMed PMID: 16650449.

50.   Anderson JL, Campbell EM, Wu X, Vandegraaff N, **Engelman A,** *Hope TJ. Proteasome inhibition reveals that a functional preintegration complex intermediate can be generated during restriction by diverse TRIM5 proteins. J Virol 2006 Oct;80(19):9754-60. doi: 10.1128/JVI.01052-06. PubMed PMID: 16973579; PubMed Central PMCID: PMC1617233.

51.   **Rahman S, Lu R, Vandegraaff N, *Cherepanov P, **Engelman A.** Structure-based mutagenesis of the integrase-LEDGF/p75 interface uncouples a strict correlation between in vitro protein binding and HIV-1 fitness. Virology 2007 Jan 5;357(1):79-90. http://dx.doi.org/10.1016/j.virol.2006.08.011. Epub 2006 Sep 7. PubMed PMID: 16959283.

52.   **Shun MC, Daigle JE, Vandegraaff N, **Engelman A.** Wild-type levels of human immunodeficiency virus type 1 infectivity in the absence of cellular emerin protein. J Virol 2007 Jan;81(1):166-72. doi: 10.1128/JVI.01953-06. Epub 2006 Oct 11. PubMed PMID: 17035312; PubMed Central PMCID: PMC1797258.
      Spotlight. Articles of Significant Interest Selected from This Issue by the Editors. Noncritical role for emerin protein in human immunodeficiency virus type 1 infection. J Virol 2007 Jan;81(1):19. doi: 10.1128/JVI.02401-06.

53.    **Raghavendra NK, *Engelman A.** LEDGF/p75 interferes with the formation of synaptic nucleoprotein complexes that catalyze full-site HIV-1 DNA integration in vitro: Implications for the mechanism of viral cDNA integration. Virology 2007 Mar 30;360(1):1-5. http://dx.doi.org/10.1016/j.virol.2006.12.022. Epub 2007 Jan 26. PubMed PMID: 17258258; PubMed Central PMCID: PMC1864956.

54.    *Daelemans D, Lu R, De Clercq E, **Engelman A.** Characterization of a replication-competent, integrase defective human immunodeficiency virus (HIV)/simian virus 40 chimera as a powerful tool for the discovery and validation of HIV integrase inhibitors. J Virol 2007 Apr;81(8):4381-5. doi: 10.1128/JVI.02637-06. Epub 2007 Feb 7. PubMed PMID: 17287285; PubMed Central PMCID: PMC1866133.

55.    Mbisa JL, Barr R, Thomas JA, Vandegraaff N, Dorweiler IJ, Svarovskaia ES, Brown WL, Mansky LM, Gorelick RJ, Harris RS, **Engelman A,** *Pathak VK. Human immunodeficiency virus type 1 cDNAs produced in the presence of APOBEC3G exhibit defects in plus-strand DNA transfer and integration. J Virol 2007 Jul;81(13):7099-110. doi: 10.1128/JVI.00272-07. Epub 2007 Apr 11. PubMed PMID: 17428871; PubMed Central PMCID: PMC1933301.

56.    **Shun MC, **Raghavendra NK, **Vandegraaff N, Daigle JE, Hughes S, Kellam P, *Cherepanov P, *Engelman A.** LEDGF/p75 functions downstream from preintegration complex formation to effect gene-specific HIV-1 integration. Genes Dev 2007 Jul 15;21(14):1767-78. doi: 10.1101/gad.1565107. PubMed PMID: 17639082; PubMed Central PMCID: PMC1920171.

       *Recommended by the Faculty of 1000: Dyda F. F1000Prime Recommendation of [Shun MC et al., Genes Dev 2007, 21(14):1767-78]. In F1000Prime, 20 Sep 2007; doiI: 10.3410/f.1090913.544266.*

57.    Botbol Y, Raghavendra NK, Rahman S, *Engelman A, *Lavigne M. Chromatinized templates reveal the requirement for the LEDGF/p75 PWWP domain during HIV-1 integration *in vitro*. Nucleic Acids Res 2008 Mar;36(4):1237-46. doi: 10.1093/nar/gkm1127. Epub 2008 Jan 3. PubMed PMID: 18174227; PubMed Central PMCID: PMC2275106.

58.    Zhao Z, McKee CJ, Kessl JJ, Santos WL, Daigle JE, **Engelman A,** Verdine G, *Kvaratskhelia M. Subunit specific protein footprinting reveals significant structural rearrangements and a role for N-terminal Lys-14 of HIV-1 integrase during viral DNA binding. J Biol Chem 2008 Feb 29;283(9):5632-41. doi: 10.1074/jbc.M705241200. Epub 2007 Dec 19. PubMed PMID: 18093980; PubMed Central PMCID: PMC2806305.

59.    Brass AL, Dykxhoorn DM, Benita Y, Yan N, **Engelman A,** Xavier RJ, Lieberman J, *Elledge SJ. Identification of host proteins required for HIV infection through a functional genomic screen. Science 2008 Feb 15;319(5865):921-6. doi: 10.1126/science.1152725. Epub 2008 Jan 10. PubMed PMID: 18187620.

60.    **Shun MC, Botbol Y, Li X, Di Nunzio F, Daigle JE, Yan N, Lieberman J, Lavigne M, *Engelman A.** Identification and characterization of PWWP domain residues critical for LEDGF/p75 chromatin-binding and human immunodeficiency virus type 1 infectivity. J

Virol 2008 Dec;82(23):11555-67. doi: 10.1128/JVI.01561-08. Epub 2008 Sep 17. PubMed PMID: 18799576; PubMed Central PMCID: PMC2583668.

61.    McKee CJ, Kessl JJ, Shkriabai N, Dar MJ, **Engelman A,** *Kvaratskhelia M. Dynamic modulation of HIV-1 integrase structure and function by cellular lens epithelium-derived growth factor (LEDGF) protein. J Biol Chem 2008 Nov 14;283(46):31802-12. doi: 10.1074/jbc.M805843200. Epub 2008 Sep 18. PubMed PMID: 18801737; PubMed Central PMCID: PMC2581560.

62.    Hare S, Shun MC, Gupta SS, Valkov E, ***Engelman A,** *Cherepanov P. A novel co-crystal structure affords the design of gain-of-function lentiviral integrase mutants in the presence of modified    PSIP1/LEDGF/p75.    PLoS    Pathog    2009    Jan;5(1):e1000259.    doi: 10.1371/journal.ppat.1000259. Epub 2009 Jan 9. PubMed PMID: 19132083; PubMed Central PMCID: PMC2606027.

63.    Yan N, Cherepanov P, Daigle JE, ***Engelman A,** *Lieberman J. The SET complex acts as a barrier to autointegration of HIV-1. PLoS Pathog 2009 Mar;5(3):e1000327. doi: 10.1371/journal.ppat.1000327. Epub 2009 Mar 6. PubMed PMID: 19266025; PubMed Central PMCID: PMC2644782.

64.    *Belshan M, Schweitzer CJ, Donnellan MR, Lu R, **Engelman A**. In vivo biotinylation and capture of HIV-1 matrix and integrase proteins. J Virol Methods 2009 Aug;159(2):178-84. doi: 10.1016/j.jviromet.2009.03.017. Epub 2009 Mar 26. PubMed PMID: 19490971; PubMed Central PMCID: PMC2691866.

65.    Hare S, Di Nunzio F, Labeja A, Wang J, ***Engelman A,** *Cherepanov P. Structural basis for functional tetramerization of lentiviral integrase. PLoS Pathog 2009; 5:e1000515. doi: 10.1371/journal.ppat.1000515. Epub 2009 Jul 17. PubMed PMID: 19609359; PubMed Central PMCID: PMC2705190.

66.    **Dar MJ, Monel B, Krishnan L, Shun MC, Di Nunzio F, Helland DE, ***Engelman A.** Biochemical and virological analysis of the 18-residue C-terminal tail of HIV-1 integrase. Retrovirology 2009 Oct 19 6:94. doi: 10.1186/1742-4690-6-94. PubMed PMID: 19840380; PubMed Central PMCID: PMC2770994.

67.    **Krishnan L, **Matreyek KA, **Oztop I, Lee K, Tipper CH, Li X, Dar MJ, KewalRamani VN, ***Engelman A.** The requirement for cellular transportin 3 (TNPO3 or TRN-SR2) during infection maps to human immunodeficiency virus type 1 capsid and not integrase. J Virol 2010 Jan;84(1):397-406. doi: 10.1073/pnas.1002346107. Epub 2010 Aug 23. PubMed PMID: 20733078; PubMed Central PMCID: PMC2936642.

68.    Hughes S, Jenkins V, Dar MJ, **Engelman A,** *Cherepanov P. Transcriptional co-activator LEDGF interacts with Cdc7-activator of S-phase kinase (ASK) and stimulates its enzymatic activity. J Biol Chem 2010 Jan 1;285(1):541-54. doi: 10.1074/jbc.M109.036491. Epub 2009 Oct 28. PubMed PMID: 19864417; PubMed Central PMCID: PMC2804203.

Alan N. Engelman

69.     Ferris AL, Wu X, Hughes CM, Stewart C, Smith SJ, Milne TA, Wang GG, Shun MC, Allis CD, **Engelman A,** *Hughes SH. Lens epithelium-derived growth factor (LEDGF) fusion proteins redirect HIV-1 DNA integration. Proc Natl Acad Sci U S A 2010 Feb 16;107(7):3135-40. doi: 10.1073/pnas.0914142107. Epub 2010 Feb 1. PubMed PMID: 20133638; PubMed Central PMCID: PMC2840313.

        Commentary. Craigie R. Targeting HIV-1 DNA integration by swapping tethers. Proc Natl Acad Sci U S A 2010 Feb 16;107(7):2735-6. doi: 10.1073/pnas.0915097107. Epub 2010 Feb 9. PubMed PMID: 20145107; PubMed Central PMCID: PMC2840292.

70.     Hare S, Gupta SS, Valkov E, **Engelman A,** *Cherepanov P. Retroviral intasome assembly and inhibition of DNA strand transfer. Nature 2010 Mar 11;464(7286):232-6. doi: 10.1038/nature08784. Epub 2010 Jan 31. PubMed PMID: 20118915; PubMed Central PMCID: PMC2837123.

        News & Views. Craigie R. Structural biology: When four became one. Nature 2010 Mar 11;464(7286):167-8. doi: 10.1038/464167a. PubMed PMID: 20220826; PubMed Central PMCID: PMC3311465.
        *Recommended by the Faculty of 1000: Dyda F. F1000Prime Recommendation of [Hare S et al., Nature 2010, 464(7286):232-6]. In F1000Prime, 22 Mar 2010; doi: 10.3410/f.2577980.2232080.*

71.     Lee K, Ambrose Z, Martin TD, Oztop I, Mulky A, Julias JG, Vandegraaff N, Baumann JG, Wang R, Yuen W, Takemura T, Shelton K, Taniuchi I, Li Y, Sodroski J, Littman DR, Coffin JM, Hughes SH, Unutmaz D, **Engelman A,** *KewalRamani VN. Flexible use of nuclear import pathways by HIV-1. Cell Host Microbe 2010 Mar 18;7(3):221-33. doi: 10.1016/j.chom.2010.02.007. PubMed PMID: 20227665; PubMed Central PMCID: PMC2841689.

72.     **Krishnan L, Li X, Naraharisetty HL, Hare S, *Cherepanov P, *Engelman A.** Structure-based modeling of the functional HIV-1 intasome and its inhibition. Proc Natl Acad Sci U S A 2010 Sep 7;107(36):15910-5. doi: 10.1128/JVI.01899-09. Epub 2009 Oct 21. PubMed PMID: 19846519; PubMed Central PMCID: PMC2798409.

73.     **Koh Y, Haim H, *Engelman A.** Identification and characterization of persistent intracellular human immunodeficiency virus type 1 integrase strand transfer inhibitor activity. Antimicrob Agents Chemother 2011 Jan;55(1):42-9. doi: 10.1128/AAC.01064-10. Epub 2010 Nov 8. PubMed PMID: 21060108; PubMed Central PMCID: PMC3019619.

74.     **Koh Y, Matreyek KA, *Engelman A.** Differential sensitivities of retroviruses to integrase strand transfer inhibitors. J Virol 2011 Apr;85(7):3677-82. doi: 10.1128/JVI.02541-10. Epub 2011 Jan 26. PubMed PMID: 21270168; PubMed Central PMCID: PMC3067883.

75.     *Zamborlini A, Coiffic A, Beauclair G, Delelis O, Paris J, Koh Y, Magne F, Giron ML, Tobaly-Tapiero J, Deprez E, Emiliani S, **Engelman A,** de Thé H, *Saïb A. Impairment of human immunodeficiency virus type-1 integrase SUMOylation correlates with an early replication defect. J Biol Chem 2011 Jun 10;286(23):21013-22. doi:

10.1074/jbc.M110.189274. Epub 2011 Mar 21. PubMed PMID: 21454548; PubMed Central PMCID: PMC3121452.

76.  *Yan N, O'Day E, Wheeler LA, **Engelman A,** *Lieberman J. HIV DNA is heavily uracilated, which protects it from autointegration. Proc Natl Acad Sci U S A 2011 May 31;108(22):9244-9. doi: 10.1073/pnas.1102943108. Epub 2011 May 16. PubMed PMID: 21576478; PubMed Central PMCID: PMC3107311.

77.  **Matreyek KA, ***Engelman A.** The requirement for nucleoporin NUP153 during human immunodeficiency virus type 1 infection is determined by the viral capsid. J Virol 2011 Aug;85(15):7818-27. doi: 10.1128/JVI.00325-11. Epub 2011 May 18. PubMed PMID: 21593146; PubMed Central PMCID: PMC3147902.

78.  **Li X, Koh Y, ***Engelman A.** Correlation of recombinant integrase activity and functional preintegration complex formation during acute infection by replication-defective integrase mutant human immunodeficiency virus. J Virol 2012 Apr;86(7):3861-79. doi: 10.1128/JVI.06386-11. Epub 2012 Jan 25. PubMed PMID: 22278243; PubMed Central PMCID: PMC3302524.

79.  *Ambrose Z, Lee K, Ndjomou J, Xu H, Oztop I, Matous J, Takemura T, Unutmaz D, **Engelman A,** Hughes SH, *KewalRamani VN. Human immunodeficiency virus type 1 (HIV-1) capsid mutation N74D alters cyclophilin A dependence and impairs macrophage infection. J Virol 2012 Apr;86(8):4708-14. doi: 10.1128/JVI.05887-11. Epub 2012 Feb 1. PubMed PMID: 22301145; PubMed Central PMCID: PMC3318671.

80.  Kessl JJ, Jena N, Koh Y, Taskent-Sezgin H, Slaughter A, Feng L, de Silva S, Wu L, Le Grice SFJ, **Engelman A,** Fuchs JR, *Kvaratskhelia M. Multimode, cooperative mechanism of action of allosteric HIV-1 integrase inhibitors. J Biol Chem 2012 May 11;287(20):16801-11. doi: 10.1074/jbc.M112.354373. Epub 2012 Mar 21. PubMed PMID: 22437836; PubMed Central PMCID: PMC3351293.

81.  **Wang H, Jurado KA, Wu X, Shun MC, Li X, Ferris AL, Smith SJ, Patel PA, Fuchs JR, Cherepanov P, Kvaratskhelia M, Hughes SH, ***Engelman A.** HRP2 determines the efficiency and specificity of HIV-1 integration in LEDGF/p75 knockout cells but does not contribute to the antiviral activity of a potent LEDGF/p75-binding site integrase inhibitor. Nucleic Acids Res 2012 Dec;40(22):11518-30. doi: 10.1093/nar/gks913. Epub 2012 Oct 5. PubMed PMID: 23042676; PubMed Central PMCID: PMC3526291.

82.  Shah V, Shi J, Hout D, Oztop I, Krishnan L, Ahn J, Shotwell M, **Engelman A,** *Aiken C. The host proteins transportin SR2/TNPO3 and cyclophilin A exert opposing effects on HIV-1 uncoating. J Virol 2013 Jan;87(1):422-32. doi: 10.1128/JVI.07177-11. Epub 2012 Oct 24. PubMed PMID: 23097435; PubMed Central PMCID: PMC3536424.

83.  **Koh Y, Wu X, Ferris AL, Matreyek KA, Smith SJ, Lee K, KewalRamani VN, Hughes SH, ***Engelman A.** Differential effects of human immunodeficiency virus type 1 capsid and cellular factors nucleoporin 153 and LEDGF/p75 on the efficiency and specificity of viral

Alan N. Engelman

DNA integration. J Virol 2013 Jan;87(1):648-58. doi: 10.1128/JVI.01148-12. Epub 2012 Oct 24. PubMed PMID: 23097450; PubMed Central PMCID: PMC3536403.

84.    **Koh Y, Ballana E, Este J, *Engelman A. Polymorphic LEDGF/p75 variants support efficient HIV-1 infection ex vivo. AIDS 2013 Feb 20;27(4):655-7. doi: 10.1097/QAD.0b013e32835af34c. PubMed PMID: 23364444; PubMed Central PMCID: PMC3856184.

85.    **Jurado KA, Wang H, Slaughter A, Feng L, Kessl JJ, Koh Y, Wang W, Ballandras-Colas A, Patel PA, Fuchs JR, Kvaratskhelia M, *Engelman A. Allosteric integrase potency is determined through the inhibition of HIV-1 particle maturation. Proc Natl Acad Sci U S A 2013 May 21;110(21):8690-5. doi: 10.1073/pnas.1300703110. Epub 2013 Apr 22. PubMed PMID: 23610442; PubMed Central PMCID: PMC3666754.
       Commentary. Potempa M, Swanstrom R. Integrating the HIV-1 assembly/maturation pathway. Proc Natl Acad Sci U S A. 2013 May 21;110(21):8327-8. doi: 10.1073/pnas.1306620110. Epub 2013 May 13. PubMed PMID: 23671082; PubMed Central PMCID: PMC3666710.

86.    Feng L, Sharma A, Slaughter A, Jena N, Koh Y, Shkriabai N, Larue RC, Patel PA, Mitsuya M, Kessl JJ, Engelman A, Fuchs JR, *Kvaratskhelia M. The A128T resistance mutation reveals aberrant protein multimerization as the primary mechanism of action of allosteric HIV-1 integrase inhibitors. J Biol Chem 2013 May 31;288(22:15813-20. doi: 10.1074/jbc.M112.443390. Epub 2013 Apr 24. PubMed PMID: 23615903; PubMed Central PMCID: PMC3668738.

87.    **Matreyek KA, Yücel SS, Li X, *Engelman A. Nucleoporin NUP153 phenylalanine-glycine motifs engage a common binding pocket within the HIV-1 capsid protein to mediate lentiviral infectivity. PLoS Pathog 2013;9(10):e1003693. doi: 10.1371/journal.ppat.1003693. Epub 2013 Oct 10. PubMed PMID: 24130490; PubMed Central PMCID: PMC3795039.

88.    **Ballandras-Colas A, Naraharisetty H, Li X, Serrao E, *Engelman A. Biochemical characterization of novel retroviral integrase proteins. PLoS One 2013 Oct 4;8(10):e76638. doi: 10.1371/journal.pone.0076638. eCollection 2013. PubMed PMID: 24124581; PubMed Central PMCID: PMC3790719.

89.    **Wang H, Shun MC, Li X, Di Nunzio F, Hare S, Cherepanov P, *Engelman A. Efficient transduction of LEDGF/p75 mutant cells by complementary gain-of-function HIV-1 integrase mutant viruses. Mol Ther Methods Clin Dev 2014 Jan 8;1:2. doi: 10.1038/mtm.2013.2. PubMed PMID: 25383358; PubMed Central PMCID: PMC4222252.

90.    Maertens GN, Cook N, Wang W, Hare S, Gupta SS, Oztop I, Lee K, Pye VE, Cosnefroy O, Snijders AP, KewalRamani VN, Fassati A, Engelman A, *Cherepanov P. Structural basis for nuclear import of splicing factors by human Transportin 3. Proc Natl Acad Sci U S A 2014 Feb 18;111(7):2728-33. doi: 10.1073/pnas.1320755111. Epub 2014 Jan 21. PubMed PMID: 24449914; PubMed Central PMCID: PMC3932936.

91.    **Serrao E, Krishnan L, Shun MC, Li X, Cherepanov P, **Engelman A,** *Maertens GN. Integrase residues that determine nucleotide preferences at sites of HIV-1 integration: Implications for the mechanism of target DNA binding. Nucleic Acids Res 2014 Apr;42(8):5164-76. doi: 10.1093/nar/gku136. Epub 2014 Feb 11. PubMed PMID: 24520116; PubMed Central PMCID: PMC4005685.

92.    Li M, Jurado KA, Lin S, **Engelman A,** *Craigie R. Engineered hyperactive integrase for concerted HIV-1 DNA integration. PLoS One 2014 Aug 13;9(8):e105078. doi: 10.1371/journal.pone.0105078. eCollection 2014. PubMed PMID: 25119883; PubMed Central PMCID: PMC4132020.

93.    Fribourgh JL, Nguyen HC, **Matreyek KA, Alvarez FJD, Summers BJ, Dewdney TG, Aiken C, Zhang P, **Engelman A,** *Xiong Y. Structural insight into HIV-1 restriction by MxB. Cell Host Microbe 2014 Nov 12;16(5):627-38. doi: 10.1016/j.chom.2014.09.021. Epub 2014 Oct 9. PubMed PMID: 25312384; PubMed Central PMCID: PMC4252739.

94.    **Matreyek KA, Wang W, Serrao E, Singh PK, Levin HL, **Engelman A.** Host and viral determinants for MxB restriction of HIV-1 infection. Retrovirology 2014 Oct 25;11:90. doi: 10.1186/s12977-014-0090-z. PubMed PMID: 25348155; PubMed Central PMCID: PMC4213484.

95.    Slaughter A, Jurado KA, Deng N, Feng L, Kessl JJ, Shkriabai N, Larue RC, Fadel HJ, Patel PA, Jena N, Fuchs JR, Poeschla E, Levy RM, **Engelman A,** *Kvaratskhelia M. The mechanism of H171T resistance reveals the importance of $N_\delta$-protonated His171 for the binding of allosteric inhibitor BI-D to HIV-1 integrase. Retrovirology 2014 Nov 25;11:100. doi: 10.1186/s12977-014-0100-1. PubMed PMID: 25421939; PubMed Central PMCID: PMC4251946.

96.    Nuñez JK, Lee ASY, **Engelman A,** *Doudna JA. Integrase-mediated spacer acquisition during CRISPR-Cas adaptive immunity. Nature 2015 Mar 12;519(7542):193-8. doi: 10.1038/nature14237. Epub 2015 Feb 18. PubMed PMID: 25707795; PubMed Central PMCID: PMC4359072.
          News & Views. Yosef I, Qimron U. Microbiology: How bacteria get space invaders. Nature 2015 Mar 12;519(7542):166-7. doi: 10.1038/nature14204. Epub 2015 Feb 18. PubMed PMID: 25707799; PubMed Central PMCID: PMC4359072.

97.    Maskell DP, Renault L, Serrao E, Lesbats P, Matadeen R, Hare S, Lindemann D, **Engelman AN,** *Costa A, *Cherepanov P. Structural basis for retroviral integration into nucleosomes. Nature 2015 Jul 16;523(7560):366-9. doi: 10.1038/nature14495. Epub 2015 Jun 10. PubMed PMID: 26061770; PubMed Central PMCID: PMC4530500.

98.    **Serrao E, Ballandras-Colas A, Cherepanov P, Maertens GN, **Engelman AN.** Key determinants of target DNA recognition by retroviral intasomes. Retrovirology 2015 Apr 30;12:39. doi: 10.1186/s12977-015-0167-3. PubMed PMID: 25924943; PubMed Central PMCID: PMC4422553.

99.   Fontana J, **Jurado KA, Cheng N, Ly NL, Fuchs JR, Gorelick RJ, **Engelman AN,** *Steven AC. Distribution and redistribution of HIV-1 nucleocapsid protein in immature, mature, and integrase-inhibited virions: A role for integrase in maturation. J Virol 2015 Oct; 89(19):9765-80. doi: 10.1128/JVI.01522-15. Epub 2015 Jul 15. PubMed PMID: 26178982; PubMed Central PMCID: PMC4577894.

100.  **Wang H, Shun M-C, Dickson AK, **Engelman AN.** Embryonic lethality due to arrested cardiac development in *Psip1/Hdgfrp2* double-deficient mice. PLoS One 2015; 10:e0137797. doi: 10.1371/journal.pone.0137797. eCollection 2015. PubMed PMID: 26367869; PubMed Central PMCID: PMC4569352.

101.  Nuñez JK, Harrington LB, Kranzusch PJ, **Engelman AN,** *Doudna JA. Foreign DNA capture during CRISPR-Cas adaptive immunity. Nature 2015 Nov 26; 527(7579):535-8. doi: 10.1038/nature15760. Epub 2015 Oct 21. PubMed PMID: 26503043; PubMed Central PMCID: PMC4662619.
          Research Highlight. Attar N. Structural biology: How CRISPR captures spacer invaders. Nat Rev Microbiol 2015 Dec;13(12):738-9. doi: 10.1038/nrmicro3585. Epub 2015 Nov 9. PubMed PMID: 26548917.

102.  **Ballandras-Colas A, Brown M, Cook NJ, Dewdney TG, Demeler B, Cherepanov P, *Lyumkis D, **Engelman AN.** Cryo-EM reveals a novel octameric integrase structure for betaretroviral intasome function. Nature 2016 Feb 18;530(7590):358-61. doi: 10.1038/nature16955. PubMed PMID: 26887496; PubMed Central PMCID: PMC4908968.

103.  **Sowd GA, Serrao E, Wang H, Wang W, Fadel HJ, Poeschla EM, **Engelman AN.** A critical role for alternative polyadenylation factor CPSF6 in targeting HIV-1 integration to transcriptionally active chromatin. Proc Natl Acad Sci U S A 2016 Feb 23;113(8):E1054-63. doi: 10.1073/pnas.1524213113. Epub 2016 Feb 8. PubMed PMID: 26858452; PubMed Central PMCID: PMC4776470.

104.  Feng L, Dharmarajan V, Serrao E, Hoyte A, Larue RC, Slaughter A, Sharma A, Plumb MR, Kessl JJ, Fuchs JR, Bushman FD, **Engelman AN,** Griffin PR, *Kvaratskhelia M. The competitive interplay between allosteric HIV-1 integrase inhibitor BI/D and LEDGF/p75 during the early stage of HIV-1 replication adversely affects inhibitor potency. ACS Chem Biol 2016 Mar 20;11(5):1313-21. doi: 10.1021/acschembio.6b00167. Epub 2016 Mar 2. PubMed PMID: 26910179; PubMed Central PMCID: PMC4874862.

105.  Rasheedi S, Shun M-C, Serrao E, Sowd GA, Qian J, Hao C, Dasgupta T, **Engelman AN,** *Skowronski J. The cleavage and polyadenylation specific factor 6 (CPSF6) subunit of the capsid-recruited pre-messenger RNA cleavage factor I (CFIm) complex mediates HIV-1 integration into genes. J Biol Chem 2016 May 27;291(22):11809-19. doi: 10.1074/jbc.M116.721647. Epub 2016 Mar 18. PubMed PMID: 26994143; PubMed Central PMCID: PMC4882448.

106.  Saito A, Ferhadian D, Sowd GA, Serrao E, Shi J, Halambage UD, Teng S, Soto J, Siddiqui MA, **Engelman AN,** Aiken C, *Yamashita M. Roles of capsid-interacting host factors in multimodal inhibition of HIV-1 by PF74. J Virol 2016 May 27;90(12):5808-23. doi:

Alan N. Engelman

10.1128/JVI.03116-15. Print 2016 Jun 15. PubMed PMID: 27076642; PubMed Central PMCID: PMC4886767.

107.   Saito A, Henning MS, Serrao E, Dubose BN, Teng S, Huang J, Li X, Saito N, Roy SP, Siddiqui MA, Ahn J, Tsuji M, Hatziioannou T, **Engelman AN,** *Yamashita M. Capsid-CPSF6 interaction is dispensable for HIV-1 replication in primary cells but is selected during virus passage in vivo. J Virol 2016 Jul 11;90(15):6918-35. doi: 10.1128/JVI.00019-16. Print 2016 Aug 1. PubMed PMID: 27307565; PubMed Central PMCID: PMC4944271.

108.   Zerbato JM, Serrao E, Lenzi G, Kim B, Ambrose Z, Watkins SC, **Engelman AN,** *Sluis-Cremer N. Establishment and reversal of HIV-1 latency in naïve and central memory CD4+ T cells in vitro. J Virol 2016 Aug 26;90(18):8059-73. doi: 10.1128/JVI.00553-16. Print 2016 Sep 15. PubMed PMID: 27356901; PubMed Central PMCID: PMC5008097.

109.   *Deng N, Hoyte A, Mansour YE, Mohamed MS, Fuchs JR, **Engelman AN,** Kvaratskhelia M, *Levy R. Allosteric HIV-1 integrase inhibitors promote aberrant protein multimerization by directly mediating inter-subunit interactions: Structural and thermodynamic modeling studies. Protein Sci 2016 Nov;25(11):1911-1917. doi: 10.1002/pro.2997. Epub 2016 Aug 17. PubMed PMID: 27503276; PubMed Central PMCID: PMC5079246.

110.   Zurnic I, Hütter S, Rzeha U, Helbig R, Stanke N, Reh J, Müllers E, Hamann MV, Kern T, Gerresheim GK, Lindel F, Serrao E, Lesbats P, **Engelman AN,** Cherepanov P, *Lindemann D. Interactions of prototype foamy virus capsids with host polo-like kinases are important for efficient viral DNA integration. PLoS Pathog 2016 Aug 31;12(8):e1005860. doi: 10.1371/journal.ppat.1005860. eCollection 2016 Aug. PubMed PMID: 27579920; PubMed Central PMCID: PMC5006980. Erratum in: PLoS Pathog. 2016 Oct 10;12(10 ):e1005956. doi: 10.1371/journal.ppat.1005956. PubMed PMID: 27723818; PubMed Central PMCID: PMC5056747.

111.   Patel D, Antwi J, Koneru PC, Serrao E, Forli S, Kessl JJ, Feng L, Deng N, Levy RM, Fuchs JR, Olson AJ, **Engelman AN,** Bauman JD, *Kvaratskhelia M, *Arnold E. A new class of allosteric HIV-1 integrase inhibitors identified by crystallographic fragment screening of the catalytic core domain. J Biol Chem 2016 Nov 4;291(45):23569-77. doi: 10.1074/jbc.M116.753384. Epub 2016 Sep 19. PubMed PMID: 27645997. PubMed Central PMCID: PMC5095411.

112.   Lu Y-F, Cahan P, Ross S, Sahalie J, Sousa PM, Hadland BK, Cai W, Serrao E, **Engelman AN,** Bernstein ID, *Daley GQ. Engineered murine HSCs reconstitute multi-lineage hematopoiesis and adaptive immunity. Cell Rep 2016 Dec 20;17(12):3178-92. doi: 10.1016/j.celrep.2016.11.077. PubMed PMID: 28009288. PubMed Central PMCID: PMC5247798.

113.   Ballandras-Colas A, Maskell DP, Serrao E, Locke J, Swuec P, Jonsson SR, Kotecha A, Cook NJ, Pye VE, Taylor IA, Andresdottir V, **Engelman AN,** *Costa A, *Cherepanov P. A supramolecular assembly mediates lentiviral DNA integration. Science 2017 Jan

6;355(6320):89-92. doi: 10.1126/science.aah7002. PubMed PMID: 28059770. PubMed Central PMCID: PMC5321526.

> Research in Science journals. Mueller KL. Structural biology. High-resolution insights into the intasome. Science 2017 Jan 6;355(6320):35-37. doi: 10.1126/science.355.6320.35-i. PubMed PMID: 28059742.

114. **Wang W, Zhou J, Halambage UD, Jurado KA, Jamin AV, Wang Y, **Engelman AN,** *Aiken C. Inhibition of HIV-1 maturation via small molecule targeting of the amino-terminal domain in the viral capsid protein. J Virol 2017 April 13;91(9). pii: e02155-16. doi: 10.1128/JVI.02155-16. Print 2017 May 1. PubMed PMID: 28202766; PubMed Central PMCID: PMC5391466.

115. Sugimura R, Jha DK, Han A, Soria-Valles C, Lummertz da Rocha E, Lu Y-F, Goettel JA, Serrao E, Rowe RG, Malleshaiah M, Wong I, Sousa P, Zhu TN, Ditadi A, Keller G, **Engelman AN,** Snapper SB, Doulatov S, *Daley GQ. Hematopoietic stem and progenitor cells from human pluripotent stem cells. Nature 2017 May 25;545(7655):432-8. doi: 10.1038/nature22370. Epub May 17. PubMed PMID: 28514439; PubMed Central PMCID: PMC5872146.

> News & Views. Guibentif C, Göttgens B. Blood: Education for stem cells. Nature 2017 May 25;545(7655):415-7. doi: 10.1038/nature22496. Epub 2017 May 17. PubMed PMID: 28514445.

116. Lesbats P, Serrao E, Maskell DP, Pye VE, O'Reilly N, Lindemann D, **\*Engelman AN,** *Cherepanov P. Structural basis for spumavirus GAG tethering to chromatin. Proc Natl Acad Sci U S A 2017 May 23;114(21):5509-14. doi: 10.1073/pnas.1621159114. Epub May10. PubMed PMID: 28490494; PubMed Central PMCID: PMC5448199.

117. Alvarez FJD, He S, Perilla JR, Jang S, Schulten K, **Engelman AN,** Scheres SHW, *Zhang P. Cryo-EM structure of MxB reveals a novel oligomerization interface critical for HIV restriction. Sci Adv 2017 Sep 15;3(9):e1701264. doi: 10.1126/sciadv.1701264. eCollection 2017 Sep. PubMed PMID: 28912938; PubMed Central PMCID: PMC5600524.

118. Hoyte AC, Jamin AV, Koneru PC, Kobe MJ, Larue RC, Fuchs JR, **Engelman AN,** *Kvaratskhelia M. Resistance to pyridine-based inhibitor KF116 reveals an unexpected role of integrase in HIV-1 Gag-Pol proteolytic processing. J Biol Chem 2017 Dec 1;292(48):19814-25. doi:10.1074/jbc.M117.816645. Epub 2017 Sep 28. PubMed PMID: 28972144; PubMed Central PMCID: PMC5712621.

119. Puray-Chavez M, Tedbury PR, Huber AD, Ukah OB, Yapo V, Liu D, Ji J, Wolf JJ, **Engelman AN,** *Sarafianos SG. Multiplex single-cell visualization of nucleic acids and protein during HIV infection. Nat Commun 2017 Dec 1;8(1):1882. doi: 10.1038/s41467-017-01693-z. PubMed PMID: 29192235; PubMed Central PMCID: PMC5709414.

120. El Ashkar S, Schwaller J, Pieters T, Goossens S, Demeulemeester J, Christ F, Van Belle S, Juege S, Boeckx N, **Engelman A,** *Debyser Z, *De Rijck J. LEDGF/p75 is dispensable for hematopoiesis but essential for MLL-rearranged leukemogenesis. Blood 2018 Jan

Alan N. Engelman

4;131(1):95-107. doi: 10.1182/blood-2017-05-786962. Epub 2017 Oct 30. PubMed PMID: 29084744; PubMed Central PMCID: PMC5755044.

Commentary: Hematopoesis and stem cells. Milne TA. LEDGF: A leukemia-specific target. Blood 2018 131(1):4-5; doi: 10.1182/blood-2017-11-815449. PubMed PMID: 29301770.

121.  Zhu Y, Wand X, Fouromand E, Jeong J, Qiao F, Sowd G, **Engelman AN,** Xie X, Hertel K, *Shi Y. Molecular mechanisms for CFIm-mediated regulation of mRNA alternative polyadenylation. Mol Cell 2018 Jan 4;69(1):62-74.e4. doi: 10.1016/j.molcel.2017.11.031. Epub 2017 Dec 21. PubMed PMID: 29276085; PubMed Central PMCID: PMC5756121.

122.  **Achuthan V, Perreira JM, Sowd GA, Puray-Chavez M, McDougall WM, Paulucci-Holthauzen A, Wu X, Fadel HJ, Poeschla EM, Multani AS, Hughes SH, Sarafianos SG, *Brass AL, **Engelman AN.** Capsid-CPSF6 interaction licenses nuclear HIV-1 trafficking to sites of viral DNA integration. Cell Host Microbe 2018 Sep 12;24(3):392-404.e8. doi: 10.1016/j.chom.2018.08.002. Epub 2018 Aug 30. PubMed PMID: 30173955; PubMed Central PMCID: PMC6368089.

123.  **Jang S, Cook NJ, Pye VE, Bedwell GJ, Dudek AM, Singh PK, *Cherepanov P, **Engelman AN.** Differential role for phosphorylation in alternative polyadenylation function versus nuclear import of SR-like protein CPSF6. Nucleic Acids Res 2019 May 21;47(9):4663-4683. doi: 10.1093/nar/gkz206. Epub 2019 Mar 27. PubMed PMID: 30916345; PubMed Central PMCID: PMC6511849.

124.  Koneru PC, Francis AC, Deng N, Rebensburg SV, Hoyte AC, Lindenberger J, Adu-Ampratwum D, Larue RC, Wempe MF, **Engelman AN,** Lyumkis D, Fuchs JR, Levy RM, Melikyan GB, *Kvaratskhelia M. HIV-1 integrase tetramers are the antiviral target of pyridine-based allosteric integrase inhibitors. Elife 2019 May 3;8. pii: e46344. doi: 10.7554/eLife.46344. PubMed PMID: 31120420; PubMed Central PMCID: PMC6581505.

125.  Zhang DW, Luo RH, Xu L, Yang L-M, Xu X-S, Bedwell GJ, **Engelman AN,** *Zheng Y-T, *Chang S. A HTRF based competitive binding assay for screening specific inhibitors of HIV-1 capsid assembly targeting the C-terminal domain of capsid. Antiviral Res 2019 Sep;169:104544. doi: 10.1016/j.antiviral.2019.104544. Epub 2019 Jun 27. PubMed PMID: 31254557; PubMed Central PMCID: _.

126.  Anderson-Daniels J, Singh PK, Sowd GA, Li W, **Engelman AN,** *Aiken C. Dominant negative MA-CA fusion protein is incorporated into HIV-1 cores and inhibits nuclear entry of viral preintegration complexes. J Virol 2019 Oct 15;93(21). pii: e01118-19. doi: 10.1128/JVI.01118-19. Print 2019 Nov 1. Epub 2019 Aug 14. PubMed PMID: 31413124; PubMed Central PMCID: _.

127.  Loyola L, Achuthan V, Gilroy K, Borland G, Kilbey A, Mackay N, Bell M, Hay J, Aiyer S, Fingerman D, Villanueva RA, Cameron E, Kozak CA, **Engelman AN,** Neil J, *Roth MJ. Disrupting MLV integrase:BET protein interaction biases integration into quiescent chromatin and delays but does not eliminate tumor activation in a MYC/Runx2 mouse

model. PLoS Pathog 2019 Dec 9;15(12):e1008154. doi: 10.1371/journal.ppat.1008154. eCollection 2019 Dec. PubMed PMID: 31815961. PubMed Central PMCID: PMC6974304.

128. Cook NJ, Li W, Berta D, Badaoui D, Ballandras-Colas A, Nans A, Kotecha A, Rosta E, **\*Engelman AN,** \*Cherepanov P. Structural basis of second-generation inhibitor action and viral resistance. Science 2020 Feb 14;367(6479):806-10. doi: 10.1126/science.aay4919. Epub 2020 Jan 30. PubMed PMID: 32001525. PubMed Central PMCID: _.
  Research in Science journals. Vinson V. Structural biology. Strengths and weaknesses of an HIV drug. Science 2020 Feb 14;367(6479):753.

129. Li M, Chen X, Wang H, Jurado KA, **Engelman AN,** \*Craigie R. A peptide derived from lens epithelium-derived growth factor stimulates HIV-1 DNA integration and facilitates intasome structural studies. J Mol Biol 2020 Feb 13. pii: S0022-2836(20)30106-6. doi: 10.1016/j.jmb.2020.01.040. [Epub ahead of print]. PubMed PMID: 32061936. PubMed Central PMCID: _.

130. Chaudhuri E, Dash H, Balasubramaniam M, Pardon A, Holland J, Sowd G, Villalta F, **Engelman AN,** Pandhare J, \*Dash C. The HIV-1 capsid-binding host factor CPSF6 is post-transcriptionally regulated by the cellular microRNA miR-125b. J Biol Chem 2020 Mar 9. pii: jbc.RA119.010534. doi: 10.1074/jbc.RA119.010534. [Epub ahead of print]. PubMed PMID: 32152226. PubMed Central PMCID: _.

Other peer-reviewed publications

131. **Engelman A,** \*Rosenberg N. The Abelson protein is required for initiation and maintenance of transformation in murine pre-B cells. Curr Topics Microbiol Immunol 1988;141:310-5. doi: 10.1007/978-3-642-74006-0_41. PubMed PMID: 3265094.

132. **Engelman A,** \*Rosenberg N. The transfer of temperature-sensitive mutations between members of a related gene family by site-directed mutagenesis. DNA and Protein Engineering Tech 1990;2(2):45-7.

133. **\*Engelman A.** Most of the avian genome appears available for retroviral DNA integration. BioEssays 1994 Nov;16(11):797-9. doi: 10.1002/bies.950161105. PubMed PMID: 7840756.

134. **\*Engelman A.** In vivo analysis of retroviral integrase structure and function. Adv Virus Res 1999;52:411-26. http://dx.doi.org/10.1016/S0065-3527(08)60309-7. PubMed PMID: 10384245.

135. **\*Engelman A.** The roles of cellular factors in retroviral integration. Curr Topics Microbiol Immunol 2003;281:209-38. doi: 10.1007/978-3-642-19012-4_6. PubMed PMID: 12932079.

136. \*\*Turlure F, Devroe E, Silver PA, **\*Engelman A.** Human cell proteins and human immunodeficiency virus DNA integration. Front Biosci 2004 Sep 1;9:3187-208. PubMed PMID: 15353349.

137. \*\*Vandegraaff N, **\*Engelman A.** Molecular mechanisms of HIV integration and therapeutic intervention. Expert Rev Mol Med 2007 Feb 26;9(6):1-19. doi: 10.1017/S1462399407000257. PubMed PMID: 17320002.

138. **\*Engelman A.** Host cell factors and HIV-1 integration. Future HIV Ther 2007 Nov;1(4):415-26. doi:10.2217/17469600.1.4.415.

139. **\*Engelman A,** \*Cherepanov P. The lentivirus integrase binding protein LEDGF/p75 and HIV-1 replication. PLoS Pathog 2008 Mar 28;4(3):e1000046. doi: 10.1371/journal.ppat.1000046. PubMed PMID: 18369482; PubMed Central PMCID: PMC2275779.

140. **\*Engelman A,** Oztop I, Vandegraaff N, Raghavendra NK. Quantitative analysis of HIV-1 preintegration complexes. Methods 2009 Apr;47(4):285-92. doi: 10.1016/j.ymeth.2009.02.005. Epub 2009 Feb 20. PubMed PMID: 19233280; PubMed Central PMCID: PMC2673482.

141. **\*Engelman A.** Isolation and analysis of HIV-1 preintegration complexes. Methods Mol Biol 2009;485:135-49. doi: 10.1007/978-1-59745-170-3_10. PubMed PMID: 19020823.

142. \*\*Li X, Krishnan L, \*Cherepanov P, **\*Engelman A.** Structural biology of retroviral DNA integration. Virology 2011 Mar 15;411(2):194-205. doi: 10.1016/j.virol.2010.12.008. Epub 2011 Jan 8. PubMed PMID: 21216426; PubMed Central PMCID: PMC3640404.

143. **\*Engelman A,** \*Cherepanov P. The structural biology of HIV-1: mechanistic and therapeutic insights. Nat Rev Microbiol 2012 Mar 16;10(4):279-90. doi: 10.1038/nrmicro2747. PubMed PMID: 22421880; PubMed Central PMCID: PMC3588166.

144. \*\*Krishnan L, **\*Engelman A.** Retroviral integrase proteins and HIV-1 DNA integration. J Biol Chem 2012 Nov 30;287(49):40858-66. doi: 10.1074/jbc.R112.397760. Epub 2012 Oct 5. PubMed PMID: 23043109; PubMed Central PMCID: PMC3510789.

145. **\*Engelman A,** Kessl JJ, Kvaratskhelia M. Allosteric inhibition of HIV-1 integrase activity. Curr Opin Chem Biol 2013 Jun;17(3):339-45. doi: 10.1016/j.cbpa.2013.04.010. Epub 2013 May 3. PubMed PMID: 23647983; PubMed Central PMCID: PMC3679204.

146. \*\*Matreyek KA, **\*Engelman A.** Viral and cellular requirements for the nuclear entry of retroviral preintegration nucleoprotein complexes. Viruses 2013 Oct 7;5(10):2483-511. doi: 10.3390/v5102483. PubMed PMID: 24103892; PubMed Central PMCID: PMC3814599.

147. \*\*Jurado KA, **\*Engelman A.** Multimodal mechanism of action of allosteric HIV-1 integrase inhibitors. Expert Rev Mol Med 2013 Nov 26;15:e14. doi: 10.1017/erm.2013.15. PubMed PMID: 24274067; PubMed Central PMCID: PMC3919682.

148.  **\*Engelman A,** Cherepanov P. Retroviral integrase structure and DNA recombination mechanism. Microbiol Spectrum 2014 Dec;2(6):1-22. doi: 10.1128/microbiolspec.MDNA3-0024-2014. PubMed PMID: 25705574; PubMed Central PMCID: PMC4334468.

149.  \*Kvaratskhelia M, Sharma A, Larue RC, Serrao E, **\*Engelman A.** Molecular mechanisms of retroviral integration site selection. Nucleic Acids Res 2014;42(16):10209-25. doi: 10.1093/nar/gku769. Epub 2014 Aug 21. PubMed PMID: 25147212; PubMed Central PMCID: PMC4176367.

150.  \*\*Serrao E, Cherepanov P, **\*Engelman AN.** Amplification, next-generation sequencing, and genomic DNA mapping of retroviral integration sites. J Vis Exp 2016 Mar 22;109:e53840. doi: 10.3791/53840. PubMed PMID: 27023428; PubMed Central PMCID: PMC4829050.

151.  \*\*Serrao E, **\*Engelman AN.** Sites of retroviral DNA integration: From basic research to clinical applications. Crit Rev Biochem Mol Biol 2016;51(1):26-42. doi: 10.3109/10409238.2015.1102859. Epub 2015 Oct 28. PubMed PMID: 26508664; PubMed Central PMCID: PMC4866806.

152.  Lesbats P, **\*Engelman AN,** \*Cherepanov P. Retroviral DNA integration. Chem Rev 2016;116(20):12730-57. doi: 10.1021/acs.chemrev.6B00125. Epub 2016 May 20. PubMed PMID: 27198982; PubMed Central PMCID: PMC5084067.

153.  \*\*Grawenhoff J, **\*Engelman AN.** Retroviral integrase protein and intasome nucleoprotein complex structures. World J Biol Chem 2017 Feb 26;8(1):32-44. doi: http://dx.doi.org/10.4331/wjbc.v8.i1.32. PubMed PMID: 28289517; PubMed Central PMCID: PMC5329712.

154.  **\*Engelman AN,** \*Cherepanov P. Retroviral intasomes arising. Curr Opin Struct Biol 2017 Dec 27;47:23-29. doi: 10.1016/j.sbi.2017.04.005. Epub 2017 Apr 28. PubMed PMID: 28458055; PubMed Central PMCID: PMC5660667.

155.  \*Yamashita M, **Engelman AN.** Capsid-dependent host factors in HIV-1 infection. Trends Microbiol 2017 Sep;25(9):741-55. doi: 10.1016/j.tim.2017.04.004. Epub 2017 May 18. PubMed PMID: 28528781; PubMed Central PMCID: PMC5562514.

156.  **\*Engelman AN,** Singh PK. Cellular and molecular mechanisms of HIV-1 integration targeting. Cell Mol Life Sci 2018 July;75(14):2491-507. doi: 10.1007/s00018-018-2772-5. Epub 2018 Feb 7. PubMed PMID: 29417178; PubMed Central PMCID: PMC6004233. Figure from the article featured on the cover of the printed journal.

157.  **\*Engelman, AN.** Multifaceted HIV integrase functionalities and therapeutic strategies for their inhibition. J Biol Chem 2019 Oct 11;294(41):15137-57. doi: 10.1074/jbc.REV119.006901. Epub 2019 Aug 29. PubMed PMID: 31467082; PubMed Central PMCID: PMC6791320.

**Non-Peer Reviewed Scientific or Medical Publications:**

Alan N. Engelman

Proceedings of meetings or other non-peer reviewed research publications

1. *Mizuuchi K, Baker TA, Craigie R, **Engelman A,** Mizuuchi M. Mechanisms of DNA transposition reactions: The chemical steps and the protein DNA architecture. J Cell Biochem 1992;50:5.

2. **Engelman A,** Mizuuchi K, *Craigie R. Mechanism of HIV-1 DNA integration. J Cell Biochem 1992;50:69.

3. *Craigie R, Bushman FD, **Engelman A,** Hickman A. Functional organization of HIV integrase protein: A 136 amino acid domain is necessary and sufficient for catalysis of phosphoryltransfer. J Cell Biochem 1993;53:146.

4. **Engelman A,** Hickman AB, *Craigie R. Identification of a DNA binding domain of HIV-1 integrase by UV-crosslinking. J Cell Biochem 1994;56:19.

5. Hickman AB, **Engelman A,** *Craigie R. Solubility and enzymology of N- and C-terminal truncated versions of HIV-1 integrase. J Cell Biochem 1994;56:25.

6. Dyda F, Hickman AB, Jenkins TM, **Engelman A,** Craigie R, *Davies DR. The crystal structure of the catalytic core domain of HIV-1 integrase in a new crystal form. Acta Crystallogr A Found Adv 1996;52:C155. doi: 10.1107/S0108767396093038.

7. *Zamborlini A, Coiffic A, Beauclair G, Delelis O, Paris J, Magne F, Koh Y, Giron ML, Tobaly-Tapiero J, Emiliani S, **Engelman A,** de Thé H, Saïb A. HIV-1 integrase SUMOylation and viral replication. Retrovirology 2011;8(Suppl 2): O4. doi: 10.1186/1742-4690-8-S2-O4. PMCID: PMC3236886.

8. ***Engelman A,** Krishnan L, Li X, Hare S, Cherepanov P. Structural insights into integrase function and inhibitor resistance. Antivir Ther 2011;16:A3.

9. Fontana J, Jurado KA, Cheng N, **Engelman A,** *Steven AC. Exploiting the susceptibility of HIV-1 nucleocapsid protein to radiation damage in tomo-bubblegram imaging. Microsc Microanal 2015;21:545-6.

10. Fontana J, Jurado KA, Cheng N, **Engelman AN,** *Steven AC. Cryo-electron tomography and nucleocapsid protein labeling by tomo-bubblegram imaging reveal a role for HIV-1 integrase in viral maturation. Biophys J 2016;110:155a.

11. Zurnic I, Hütter S, Lehmann U, Reh J, Kern T, Lindel F, Gerresheim G, Hamann M, Müllers E, Lesbats P, Cherepanov P, Serrao E, **Engelman A,** Lindemann D Da Silva Santos C, Tartour K, Cimarelli A, Burdick R, Chen J, Sastri J, Hu, W-S, Pathak V, Keppler OT, Pradeau K, Eiler S, Levy N, Lennon S, Cianferani S, Emiliani S, Ruff M, Parissi V, Rato S, Rausell A, Munoz M, Telenti A, Ciuffi A, Zhyvoloup A, Melamed A, Anderson I, Planas D, Kriston-Vizi J, Ketteler R, Lee, C-H, Merritt A, Ancuta P, Bangham C, Fassati A, Rodari A,

Van Driessche B, Galais M, Delacourt N, Fauquenoy S, Vanhulle C, Kula A, Burny A, Rohr O, Van Lint C, van Montfort T, van der Sluis R, Speijer D, Berkhout B, Meng B, Rutkowski A, Berry N, Dölken L, Lever A, Schuster T, Asbach B, Wagner R, Gross C, Wiesmann V, Kalmer M, Wittenberg T, Gettemans J, Thoma-Kress AK, Li M, Freed EO, Liu S-L, Müller J, Münch J, Sewald X, Uchil P, Ladinsky M, Beloor J, Pi R, Herrmann C, Motamedi N, Murooka T, Brehm M, Greiner D, Mempel T, Bjorkman P, Kumar P, Mothes W, Joas S, Parrish E, Gnanadurai CW, Lump E, Stürzel CM, Parrish NF, Sauermann U, Töpfer K, Schultheiss T, Bosinger S, Silvestri G, Apetrei C, Huot N, Müller-Trutwin M, Sauter D, Hahn BH, Stahl-Hennig C, Kirchhoff F, Schumann G, Jung-Klawitter S, Fuchs NV, Upton KR, Muñoz-Lopez M, Shukla R, Wang J, Garcia-Canadas M, Lopez-Ruiz C, Gerhardt DJ, Sebe A, Grabundzija I, Gerdes P, Merkert S, Pulgarin A, Bock A, Held U, Witthuhn A, Haase A, Wolvetang EJ,Martin U, Ivics Z, Izsvák Z, Garcia-Perez J, Faulkner GJ, Hurst T,Katzourakis A, Magiorkinis G, Schott K, Derua R, Seifried J, Reuter A, Schmitz H, Tondera C, Brandariz-Nuñez A, Diaz-Griffero F, Janssens V, König R, Baldauf H-M, Stegmann L, Schwarz S-M, Trotard M,Martin M, Lenzi G, Burggraf M, Pan X, Fregoso OI, Lim ES,Abraham L, Erikson E, Nguyen L, Ambiel I, Rutsch F, Kim B, Emerman M, Fackler OT, Wittmann S, Behrendt R, Volkmann B, Eissmann K, Gramberg T, Bolduan S, Koppensteiner H, Regensburg S, Brack-Werner R, Draenert R, Schindler M, Ducroux A, Xu S,Ponnurangam A, Franz S, Malassa A, Ewald E, Goffinet C, Fung S-Y, Chan C-P, Yuen C-K, Kok K-H, Chan C-P, Jin D-Y, Dittmer U, Kmiec D, Iyer S, Stürzel C, Hahn B, Ariumi Y, Yasuda-Inoue M, Kawano K, Tateishi S, Turelli P, Compton A, Roy N, Porrot F, Billet A, Casartelli N, Yount J, Liang C, Schwartz O, Magnus C, Reh L, Moore P, Uhr T, Weber J, Morris L, Trkola A, Grindberg RV, Schlaepfer E, Schreiber G, Simon V, Speck RF, Debyser Z, Vranckx L, Demeulemeester J, Saleh S, Verdin E, Cereseto A, Christ F, Gijsbers R, Wang G, Zhao N, Das AT, Köstler J, Perdiguero B, Esteban M, Jacobs BL, Montefiori DC, LaBranche CC, Yates NL, Tomaras GD,Ferrari G, Foulds KE, Roederer M, Landucci G, Forthal DN, Seaman MS, Hawkins N, Self SG, Phogat S, Tartaglia J, Barnett SW, Burke B, Cristillo AD, Ding S, Heeney JL, Pantaleo G, Stab V, Ensser A, Tippler B, Burton D, Tenbusch M,Überla K, Alter G, Lofano G, Dugast A-S, Kulkarni V, Suscovich T, Opazo T, Barraza F, Herrera D, Garces A, Schwenke T, Tapia D, Cancino J, Arriagada G, Haußner C, Damm D, Rohrhofer A, Schmidt B, Eichler J, Midgley R, Wheeldon J, Piguet V, Khopkar P, Rohamare M, Kulkarni S, Godinho-Santos A, Hance A, Goncalves J, Mammano F, Gasser R, Hamoudi M, Pellicciotta M, Zhou Z, Visdeloup C, Colin P, Braibant M, Lagane B, Negroni M, Wamara J, Bannert N, Mesplede T, Osman N, Anstett K, Liang JC, Pham HT, Wainberg M, Shao W, Shan J, Kearney M, Wu X, Maldarelli F, Mellors J, Luke B, Coffin J, Hughes S, Fricke T, Opp S, Shepard C, Ivanov D, Valle-Casuso J, Kanja M, Cappy P, Negroni M, Lener D, Knyazhanskaya E, Anisenko A, Zatsepin T, Gottikh M, Komkov A, Minervina A, Nugmanov G, Nazarov V, Khodosevich K, Mamedov I, Lebedev Y, Colomer-Lluch M, Serra-Moreno R, Sarracino A, Gharu L, Pasternak A, Marcello A, McCartin AM, Kulkarni A, Le Douce V, Gautier V, Ann Baeyens A, Naessens E, Van Nuffel A, Weening K, Reilly A-M, Claeys E, Trypsteen W, Vandekerckhove L, Eyckerman S, Gevaert K, Verhasselt B, Mok HP, Norton N, Fun A, Hirst J, Wills M, Miklik D, Senigl F, Hejnar J, Sakuragi J-i, Sakuragi S, Yokoyama M, Shioda T, Sato H, Bodem J, Moschall R, Denk S, Erkelenz S, Schenk C, Schaal H, Donhauser N, Socher E, Millen S, Sticht H, Gross C, Mann M, Wei G, Betts MJ, Liu Y, Kehl T, Russell RB, Löchelt M, Hohn O, Mostafa S, Hanke K, Norley S, Chen C-Y, Shingai M, Borrego P, Taveira N, Strebel K, Hellmund C, Meng B,

Friedrich M, Hahn F, Setz C, Rauch P, Fraedrich K, Matthaei A, Henklein P, Traxdorf M, Fossen T, Schubert U, Khwaja A, Galilee M, Alian A, Schwalbe B, Hauser H, Schreiber M, Scherpenisse M, Cho Y-K, Kim J, Jeong D, Trejbalova K, Benesova M, Kucerova D, Vernerova Z, Amouroux R, Hajkova P, Elleder D, Hron T, Farkasova H, Padhi A, Paces J, Zhu H, Gifford R, Murcia P, Carrozza ML, Niewiadomska A-M, Mazzei M, Abi-Said M, Hughes J, Hué S, Gifford R, Obasa A, Jacobs G, Engelbrecht S, Mack K, Starz K, Geyer M, Bibollet-Ruche F, Stürzel C, Leoz M, Plantier JC, Argaw-Denboba A, Balestrieri E, Serafino A, Bucci I, Cipriani C, Spadafora C, Sinibaldi-Vallebona P, Matteucci C, Jayashree SN, Neogi U, Chhangani AK, Rathore SS, Mathur BR, Abati A, Koç BT, Oğuzoğlu TC, Shimauchi T, Caucheteux S, Turpin J, Finsterbusch K, Tokura Y, Souriant S, Balboa L, Pingris K, Kviatcowsky D, Raynaud-Messina B, Cougoule C, Mercier I, Kuroda M, González-Montaner P, Inwentarz S, Moraña EJ, del Carmen Sasiain M, Neyrolles O, Maridonneau-Parini I, Lugo-Villarino G, Vérollet C, Herrmann A, Thomas D, Bouzas NF, Lahaye X, Bhargava A, Satoh T, Gentili M, Cerboni S, Silvin A, Conrad C, Ahmed-Belkacem H, Rodriguez EC, Guichou J-F, Bosquet N, Piel M, Le Grand R, King M, Pawlotsky J-M, Manel N, Hofmann H, Vanwalscappel B, Bloch N, Landau N, Indik S, Hagen B, Valle-Casuso JC, Allouch A, David A, Barré-Sinoussi F, Benkirane M, Pancino G, Saez-Cirion A, Lee W-Y, Sloan R, Schulte B, Opp S, Blomberg J, Vargiu L, Rodriguez-Tomé P, Tramontano E, Sperber G, Kumari N, Ammosova T, Diaz S, Oneal P, Nekhai S, Fahrny A, Gers-Huber G, Audigé A, Jayaprakash A, Sachidanandam R, Hernandez M, Dillon-White M, Souriant S, Pingris K, Raynaud-Messina B, Cougoule C, Mercier I, Neyrolles O, Maridonneau-Parini I, Lugo-Villarino G, Maze E, Ham C, Almond N, Towers G, Belshaw R, de Sousa-Pereira P, Abrantes J, Pizzato M, Esteves PJ, Kahle T, Schmitt S, Merkel L, Reuter N, Stamminger T, Dalla Rosa I, Bishop K, Spinazzola A, Groom H, Vieyres G, Müsken M, Zillinger T, Hornung V, Barchet W, Häussler S, Pietschmann T, Javed A, Leuchte N, Salinas G, Opitz L, Sopper S, Mummert C, Hofmann C, Hückelhoven AG, Bergmann S, Müller-Schmucker SM, Harrer EG, Dörrie J, Schaft N, Harrer T, Cardinaux L, Zahno M-L, Vogt H-R, Zanoni R, Bertoni G, Muenchhoff M, Goulder P, Keppler O, Rebensburg S, Helfer M, Zhang Y, Chen H, Bernier A, Gosselin A, Routy J-P, Wöhrl B, Schneider A, Corona A, Spöring I, Jordan M, Buchholz B, Maccioni E, Di Santo R, Schweimer K, Schölz C, Weinert B, Wagner S, Beli P, Miyake Y, Qi J, Jensen L, Streicher W, McCarthy A, Westwood N, Lain S, Cox J, Matthias P, Mann M, Bradner J, Choudhary C, Stern M, Valletta E, Frezza C, Marino-Merlo F, Grelli S, Serafino AL, Mastino A, Macchi B, Kaulfuß M, Windmann S, Bayer W, Mikasi S, Jacobs G, Heß R, Bonsmann MS, Kirschning C, Lepenies B, Kolenbrander A, Temchura V, Iijima K, Kobayashi J, Ishizaka Y. Proceedings of the Frontiers of Retrovirology Conference 2016. Retrovirology 2016;13(Suppl 1):68. doi: 10.1186/s12977-016-0294-5.

12. Sugimura R, Han A, Jha D, Lu Y-F, Goettel JA, Serrao E, Rowe RG, Wong I, Sousa P, Ditadi A, Keller G, **Engelman A,** Snapper S, Doulatov D, *Daley GQ. Hematopoietic stem and progenitor cells from human pluripotent stem cells via transcription factor conversion of hemogenic endothelium. Blood 2016;128(22):371.

13. Alvarez FJD, He S, Perilla JR, Jang S, Prevelige PE Jr, **Engelman A,** Schulten K, Scheres S, *Zhang P. Cryoem structure of the full length dynamin-like MxB at 4.6 Å resolution. Biophys J 2017 Feb 3;112(3):334a. doi: http://dx.doi.org/10.1016/j.bpj.2016.11.1808.

Alan N. Engelman

14.    Elliott JL, Eschbach JE, Lawson DQ, Puray-Chavez M, Townsend D, Li W, Koneru P, **Engelman AN,** Kvaratskhelia M, *Kutluay SB. Interaction between HIV-1 integrase and viral RNA drives proper virion morphogenesis and is necessary for successful infection. J Immunol 2019 May 1;202(1 Supplement):197.21.

Reviews, chapters, monographs, and editorials

15.    Huebner RC, **Engelman A,** Schiff L, *Rosenberg N. Abelson virus sequences important in lymphoid transformation. In: Klineman N, Witte, ON, Howard M, editors. B Cell Development. New York: Alan R Liss; 1988. p. 257-70.

16.    *Craigie R, Hickman AB, **Engelman A.** Integrase. In: Karn J, editor. HIV Volume II: A Practical Approach. New York: Oxford University Press; 1995. p. 53-71.

17.    *Byers KB, **Engelman A,** Fontes B. General guidelines for experimenting with HIV. In: Coligan JE, Bierer BE, Margulies DH, Shevach EM, Strober W, editors. Current Protocols in Immunology Supplement 59. Hoboken NJ: John Wiley & Sons, Inc; 2004. p. 12.1.1-12.1.9. doi: 10.1002/0471142735.im1201s59. PubMed PMID: 18432923.

18.    **\*Engelman A.** The ups and downs of gene expression and retroviral DNA integration. Proc Natl Acad Sci U S A 2005 Feb 1;102(5):1275-6. doi: 10.1073/pnas.0409587101. Epub 2005 Jan 26. PubMed PMID: 15677323; PubMed Central PMCID: PMC547887.

19.    **\*Engelman A,** *Cherepanov P. Recent advances in retroviral replication: Cellular machines and novel anti-viral defense mechanisms. In: Hefferon KL, editor. Recent Advances in RNA Virus Replication. Kerala India: Transworld Research Network; 2006. p. 91-129.

20.    **\*Engelman A.** HIV/AIDS: A reversal of fortune in HIV-1 integration. Science 2007 Jun 29;316(5833)1855-7. doi: 10.1126/science.1145015. PubMed PMID: 17600205.

21.    **\*Engelman A.** Isolation and analysis of HIV-1 preintegration complexes. In: Prasad VR, Kalpana GV, editors. HIV Protocols, 2nd Edition. Totowa NJ: The Humana Press; 2009. p. 135-49.

22.    **\*Engelman A.** Mechanistic and pharmacological analyses of HIV-1 integration. Methods 2009 Apr;47(4):225-8. doi: 10.1016/j.ymeth.2009.03.018. PubMed PMID: 19389610; PubMed Central PMCID: PMC2709961.

23.    **\*Engelman A.** Reverse Transcription and Integration. In: Kurth R, Bannert N, editors. Retroviruses: Molecular Biology, Genomics and Pathogenesis. Norfolk, UK: Caister Academic Press; 2010. p. 129-59.

24.    **\*Engelman A.** Pleiotropic nature of HIV-1 integrase mutations. In: Neamati N, editor. HIV-1 Integrase: Mechanism and Inhibitor Design. Hoboken NJ: John Wiley & Sons, Inc; 2011. p. 67-81. doi: 10.1002/9781118015377.ch6.

Alan N. Engelman

25.    Hare S, **Engelman A,** *Cherepanov P. Structural aspects of lentiviral integrase–LEDGF interaction. In: Neamati N, editor. HIV-1 Integrase: Mechanism and Inhibitor Design. Hoboken NJ: John Wiley & Sons, Inc; 2011. p. 131-40. doi: 10.1002/9781118015377.ch10.

26.    **Matreyek KA, **Oztop I, Freed EO, *Engelman A.** Viral latency and potential eradication of HIV-1. Expert Rev Anti Infect Ther 2012 Aug;10(8):855-7. doi: 10.1586/eri.12.68. PubMed PMID: 23030323; PubMed Central PMCID: PMC3573755.

27.    **Engelman A,** Cherepanov P. Retroviral integrase structure and DNA recombination mechanism. In: Craig NL, Chandler M, Gellert M, Lambowitz AM, Rice PA, Sandmeyer SB, editors. Mobile DNA III. Washington DC: ASM Press; 2015. p. 1011-33. doi: 10.1128/9781555819217.

28.    **Engelman AN,** Maertens GN. Virus-host interactions in retroviral integration. In: Parent, LJ, editor. Retrovirus-Cell Interactions. San Diego CA: Academic Press (an imprint of Elsevier); 2018. p. 163-198. https://doi.org/10.1016/B978-0-12-811185-7.00004-2.

29.    **Achuthan V, Perreira J, Ahn JJ, Brass AL, *Engelman AN.** Capsid-CPSF6 interaction: Master regulator of nuclear HIV-1 positioning and integration. J Life Sci (Westlake Village) 2019 June;1(1):39-45. doi: 10.36069/jols/20190604. PubMed PMID: 31448372; PubMed Central PMCID: PMC6707730.

        **First author and/or co-first author Engelman lab mentee at time of publication.
        *Corresponding author.

**Theses:**

1.    **Engelman A**. Investigations into the sporulation phenomenon of *B. stearothermophilus* (ATCC 10149) [dissertation]. Medford (MA): Graduate School of Arts and Sciences, Tufts Univer.; 1985.

2.    **Engelman A**. Isolation and characterization of temperature-sensitive mutants of Abelson murine leukemia virus [dissertation]. Boston (MA): Sackler School of Graduate Biomedical Sciences, Tufts Univer.; 1990.

# Narrative Report

My approximate 24-year affiliation with Harvard Medical School has centered on biomedical research, graduate student teaching, and the mentoring of young scientists. My research focuses on the mechanisms of HIV-1 preintegration trafficking and viral DNA integration. After the virus infects a cell, the reverse transcriptase enzyme synthesizes a double stranded DNA copy of the viral RNA genome. Soon thereafter, integrase (IN), the viral enzyme that catalyzes integration, processes the DNA 3' ends adjacent to invariant CpA dinucleotides. The resulting preintegration complex (PIC) is an important replication intermediate for biochemical study, as it efficiently integrates the viral DNA into added target DNA *in vitro*. After the PIC locates a favorable chromosomal DNA site

Alan N. Engelman

in the cell, IN joins the viral DNA 3' ends to chromatin. The IN strand transfer inhibitor (INSTI) drug class, which includes clinical inhibitors raltegravir, elvitegravir, dolutegravir, and bictegravir, preferentially inhibits DNA-joining activity.

PIC structure/function, roles of cellular factors in nuclear import and integration, and mechanisms of IN inhibitor action are main topics of study. The intasome, defined as the PIC substructure that mediates integration, was found to require two functional viral DNA ends and multiple IN functions for its formation. PIC analyses also defined the barrier-to-autointegration factor (BAF) as an integration host co-factor, and BAF's DNA binding activity as important for this function. Lens epithelium-derived growth factor/transcriptional co-activator p75 (LEDGF/p75) was subsequently shown to bind IN and dramatically stimulate its *in vitro* activities. LEDGF/p75 was knocked out in mice (prior to CRISPR) to analyze the role of the chromatin-associated protein in mammalian development and to generate an *ex vivo* infection model. Lentiviruses such as HIV-1 integrate into genes more often than other types of retroviruses, and *Ledgf*-null cells revealed a critical role for LEDGF/p75 in gene-tropic integration targeting. PICs and chromatin isolated from knockout cells will be used to fine-tune the biochemical mechanism of LEDGF/p75 function moving forward. LEDGF/p75 is a member of the hepatoma-derived growth factor like (HDGFL) protein family and one other family member, HDGFL2, was found to bind and significantly stimulate IN activity *in vitro*. Cells derived from HDGFL2 knockout and HDGFL2/LEDGF double knockout mice revealed a subsidiary role for the LEDGF/p75 cousin in HIV-1 integration. Research in this area, encompassed by R01 grant Biochemical Mechanism of HIV DNA Integration, earned a MERIT Award from NIAID in 2010.

The IN-binding domain (IBD) in LEDGF/p75 was defined biochemically, and its structure was determined by NMR spectroscopy. The structure of the IBD complexed with the IN catalytic core domain (CCD) was subsequently solved by x-ray crystallography, which located the primary LEDGF/p75 binding site on IN to a dimerization cleft at the CCD-CCD binding interface. Numerous mutations in the LEDGF/p75 binding cleft impart preintegration lethality without grossly affecting IN catalysis, indicating potential susceptibility of the IN to allosteric inhibitors. Indeed, quinoline-based lead compounds that bind the LEDGF/p75 binding cleft were discovered to inhibit IN catalysis under LEDGF/p75-independent conditions *in vitro*, defining *bona fide* allosteric IN inhibitors (ALLINIs). ALLINIs were subsequently shown to inhibit virus particle maturation, a clear example of HIV-1 inhibitors that block replication at a step that is distinct from the catalytic requirement for the enzyme (IN) target. Ongoing work will utilize ALLINIs to further probe the role of IN in HIV-1 maturation.

Structural biology projects in collaboration with Peter Cherepanov, who trained in the laboratory from 2003 to 2005, solved the 3-dimensional structures of additional LEDGF/p75-IN complexes as well as several retroviral intasomes. Though the CCD is the primary LEDGF/p75 binding determinant, the IN N-terminal domain is required for high affinity binding. A two-domain HIV-2–IBD structure elucidated charge-charge contacts with the N-terminal domain, which proved functionally reversible, as the infectivities of otherwise poorly infectious HIV-1 IN mutant viruses were boosted on cells that expressed reverse-charge LEDGF/p75 protein. In collaboration with Stephen Hughes at NCI, we determined that HIV-1 integration is redirected to novel sites in the human genome through engineered LEDGF fusion proteins that contain novel chromatin binding determinants. We are attempting to improve the efficiency and specificity of customized LEDGF–IN reverse charge pairs in hopes of defining novel directional lentiviral integration tools for research and translational applications. X-ray structures of the intasome derived from prototype foamy virus, a member of the spumavirus genus of Retroviridae, revealed the functional organization of an IN

tetramer on viral DNA and moreover determined that INSTIs work by ejecting the invariant deoxyadenylate and its associated DNA strand transfer 3'-OH nucleophile from the IN active site. Subsequent intasome structures solved by cryo-electron microscopy revealed unexpected plasticity among the retroviruses to form the conserved intasome core represented by the foamy virus IN tetramer, with 8 and 16 INs required for the β- and lentiviruses, respectively.

Simpler retroviruses like γ-retroviruses are unable to infect non-dividing cells because their PICs require mitosis and associated dissolution of the nuclear membrane to access chromosomes. An important cellular target of HIV-1 is the macrophage, a terminally differentiated cell that no longer undergoes mitosis. HIV-1 is actively transported into non-dividing cell nuclei, and a number of laboratories have detailed contributions from the viral capsid and IN in this process. Work conducted in collaboration with Steve Ellege at HMS identified a number of cellular proteins including the karyopherin β transportin-3 and nucleoporin (NUP) 153 as novel PIC nuclear import co-factors, and subsequent work demonstrated that NUP153 bound directly to HIV-1 capsid. We recently determined that a competing capsid binding protein, cleavage and polyadenylation specificity factor 6 (CPSF6), plays a key role in the cell nucleus to steer HIV-1 from integrating into regions of heterochromatin. Ongoing work will determine mechanisms of capsid-host factor interactions in HIV-1 PIC nuclear import and integration targeting.

I have mentored young scientists and taught graduate students through a variety of platforms since my arrival at Harvard. Formal post-doctoral trainees include Peter Cherepanov, currently a Senior Group Leader at The Francis Crick Institute and Professor of Medicine, Imperial College London, and Goedele Maertens, a Senior Lecturer at Imperial College London. Prior graduate student trainee Kellie Jurado is pending Presidential Assistant Professor of Microbiology at the University of Pennsylvania. I have served on numerous Graduate Student Preliminary Qualifying Exam, Doctoral Advisory, and Thesis Defense Committees since 1997, and have been involved in formal classroom teaching as a lecturer or discussion leader since 1996. From 1997 to 2005, I taught the DNA recombination section of BCMP 200, the core molecular biology course taken by the majority of first year DMS graduate students. I led discussions in the first year Virology graduate student quarter course Virology 301qc from 1999 to 2013 and served as its director from 2000 to 2013. In recent years I have taught the Retrovirus sections of the core first year Virology courses (Virology 201 in 2016; Virology 200 in 2018 and 2019).

# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,**

**Plaintiffs,**

v.

**GILEAD SCIENCES, INC.,**

**Defendant.**

**C.A. No. 1:18-cv-00224-CFC-CJB**

**JURY TRIAL DEMANDED**

---

**SECOND SUPPLEMENTAL EXPERT REPORT OF KENNETH M. MERZ, PH.D., CONCERNING GILEAD SCIENCES, INC.'S INFRINGEMENT OF U.S. PATENT NO. 8,129,385**

**April 9, 2020**

1.      As provided in the November 15, 2019 Expert Report of Kenneth M. Merz, Jr., Ph.D., Concerning Gilead Sciences, Inc.'s Infringement of U.S. Patent No. 8,129,385 ("Merz Opening Report"), the February 5, 2020 Reply Expert Report of Kenneth M. Merz, Jr., Ph.D., Concerning Gilead Sciences, Inc.'s Infringement of U.S. Patent No. 8,129,385 ("Merz Reply Report"), and the February 6, 2020 Supplemental Reply Expert Report of Kenneth M. Merz, Jr., Ph.D., Concerning Gilead Sciences, Inc.'s Infringement of U.S. Patent No. 8,129,385 ("Merz Supplemental Report"), I have been retained as an expert witness on behalf of ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited ("ViiV" or "Plaintiffs") in connection with the above-captioned patent litigation between ViiV and Gilead Sciences, Inc. ("Gilead" or "Defendant").  I hereby incorporate by reference in their entirety the Merz Opening Report, the Merz Reply Report, and the Merz Supplemental Reply Report, including all Exhibits thereto, as if fully set forth herein.

2.      On March 26, 2020, I understand that ViiV was provided with the Supplemental Rebuttal Report of Report of Charles H. Reynolds, Ph.D. ("Reynolds Supplemental Report").  I was asked to review and consider the Reynolds Supplemental Report and the materials cited therein, which I have done.  The Reynolds Supplemental Report provides entirely new data and opinions that, to date, I have not had an opportunity to respond to.  Although I disagree with many statements in the Reynolds Supplemental Report, I focus in this report on Dr. Reynolds's newly disclosed measurements and conclusions that he draws therefrom.

3.      The Reynolds Supplemental Report does not change my opinions that BIC and DTG are insubstantially different.  The Reynolds Supplemental Report purportedly is limited to a recently published article I considered in my Reply Report, Nicola J. Cook et al., *Structural Basis of Second-Generation HIV Integrase Inhibitor Action and Viral Resistance*, 367 SCIENCE 806-810,

1

1-4 (2020) ("Cook 2020"), and focuses on Cook 2020's statement that "DTG and BIC intimately contact the backbone atoms of Asn117 and Gly118 … making respectively 8 and 12 contacts with interatomic distances $\leq$ 5 Å," including "three contacts with interatomic distances of 3.9-4.0 Å within this region of the active site" for BIC.  Cook 2020 at 1.  Dr. Reynolds then provides new measurements of several interatomic distances between DTG or BIC and Asn117 and Gly118 backbone atoms that he derived using the published versions of these structures.  *See* Reynolds Supplemental Report at ¶¶ 4-8.  Based on these measurements, Dr. Reynolds's report claims that Cook 2020 demonstrates "BIC [] has more and better contacts" with Asn117 and Gly118 (the "β4-α2 connector"), which makes BIC "different from DTG." *Id.* at ¶ 11.  It is my opinion that Cook 2020 does not support Dr. Reynolds's conclusion.[1]

4.      The Reynolds Supplemental Report does not support a conclusion that BIC has "better contacts," at least in part because it fails to quantify the strength of the contacts between DTG or BIC and the β4-α2 connector, and these contacts likely do not contribute meaningfully to the overall interaction energy of DTG or BIC with the integrase enzyme or the free energy of binding.[2]  The contacts with the β4-α2 connector are non-specific "van der Waals" interactions, which are weaker than other types of intermolecular interactions, such as electrostatics or hydrogen bonds.  Electrostatic interactions, such as those between the active site magnesium ions and the metal-binding warhead region shared by DTG and BIC, are much stronger and would be expected

---

[1] Dr. Reynolds's new correspondence with Dr. Cherepanov (BICVIIVUS3070198) does not change my opinion with respect to Cook 2020.  Dr. Cherepanov's terse statements in personal correspondence regarding the relative performance of DTG and BIC were not included in Cook 2020, and hence not subjected to peer review or editorial scrutiny.

[2] Interaction energy is the specific contribution to free energy of binding caused by the interactions between objects, such as atoms or groups of atoms.  The free energy of binding is the energy associated with the binding of a drug molecule to a protein, which includes the interaction energy as well as other factors influencing the overall system energy, such as entropy and temperature.

to contribute significantly more to the interaction energy of DTG or BIC with integrase.

5.      According to Coulomb's law, the interaction energy between two charged atoms (like those in the warhead region) is a function of the charges on each atom, the distance between the atoms, and the dielectric constant of the interaction medium.[3]  Using the calculated Mulliken charges[4] and estimated distances between the oxygen atoms of DTG and BIC and the magnesium ions in the integrase active site,[5] Coulomb's law estimates the interaction energies of the active site magnesium ions with the metal-binding warheads of DTG and BIC to be -835 kcal/mol for both DTG and BIC.

6.      Using the measurements provided by Dr. Reynolds for the 8 and 12 contacts between DTG and BIC and the β4-α2 connector, respectively, and calculated interaction energies of van der Waals interactions between methane molecules (for carbon-carbon contacts) and between methane and ammonia (for carbon-nitrogen contacts),[6] I estimate these energies to be 2.3 kcal/mol for DTG and 3.6 kcal/mol for BIC, a difference of ~1.3 kcal/mol.  Relative to the

---

[3] *See, e.g.*, ERIC V. ANSLYN & DENNIS A. DOUGHERTY, MODERN PHYSICAL ORGANIC CHEMISTRY 131 (2006) (BICVIIVUS3029369).

[4] In my Opening Report I calculated the Mulliken charges at the central oxygen atom triads of DTG and BIC, which Dr. Reynolds confirmed in his Rebuttal Report.  *See* Merz Opening Report at ¶¶ 147-154; Reynolds Rebuttal Report at ¶¶ 108-110.

[5] I estimated the distances between oxygen and magnesium from the SIV structures using the measurement tools in Chimera.  These distances are approximately 2.0-2.1 Å.  Because of limitations with measuring distances in the structures, as discussed elsewhere in this report, my measurements provide only a qualitative estimate of the relevant distances for use in Coulomb's law.  For simplicity, I have assumed all of the distances to be 2.1 Å as a conservative estimation.

[6] *See generally, e.g.*, Arvin Huang-Te Li & Sheng D. Chao, *Intermolecular Potentials of the Methane Dimer Calculated with Møller-Plesset Perturbation Theory and Density Functional Theory*, 125 J. CHEM. PHYS. 094312 (2006); Ning-Bew Wong et al., *A Theoretical Study of the C-H···N Hydrogen Bond in the Methane-Ammonia Complex*, 507 J. MOLECULAR STRUCTURE 153 (2000).  I note that Dr. Reynolds has provided no measurements with respect to the oxygen atoms of BIC and DTG, whereas in Dr. Reynolds's previous reports he has emphasized the differential placement of these oxygen atoms as causing different interactions with integrase.  *See* Reynolds Rebuttal Report at ¶¶ 57, 74, 93, 113.  Interestingly, Dr. Reynolds's Rebuttal Report does not highlight any contacts for BIC with the β4-α2 connector at all.

contribution from the metal-binding warhead region of -835 kcal/mol, a difference of ~1.3 kcal/mol is orders of magnitude smaller (i.e., ~0.16%). This demonstrates that the interaction energies between the ring A regions of BIC and DTG with the β4-α2 connector make an insubstantial contribution to the overall interaction energy for BIC or DTG with integrase compared with their shared metal-binding warheads.[7]

7.     The Reynolds Supplemental Report's measurements using static cryo-EM structures also ignore the impact of integrase dynamics on the interatomic distances between DTG or BIC and the β4-α2 connector and limitations in the measurements' resolution. The interatomic distances between the individual atoms of DTG or BIC and the enzyme are constantly fluctuating as the protein moves. This is particularly true in flexible regions of molecules, such as "loop" regions of a protein like the β4-α2 connector, and at physiological temperatures (rather than super-cooled cryo-EM temperatures). The measurements in the Reynolds Supplemental Report, which are provided to hundredths of angstroms, should also be viewed with skepticism since the SIV cryo-EM structure was only resolved to 2.6 Å for BIC and 3.0 Å for DTG, respectively.[8] *See* Cook 2020 at 2.

8.     Dr. Reynolds's statements that the contacts are "better" for BIC than DTG based on the "truncated" DTG molecule are also unsupported by Cook 2020. Cook 2020 does not

---

[7] The insubstantial difference in the interaction energies is consistent with the insubstantially different $IC_{50}$ values for DTG and BIC, and supports my opinion that the relative contribution to the interaction energy from the ring A contacts in BIC versus DTG is minimal.

[8] This is well below "atomic" resolution, at which atomic positions can be distinguished from the experimental data. *See, e.g.*, Alexander Wlodawer & Zbigniew Dauter, *'Atomic Resolution': A Badly Abused Term in Structural Biology*, D73 ACTA CRYSTALLOGRAPHICA D 379, 379 (2017). Reporting data precision on the order of hundredths of angstroms "makes no sense with cryo-EM." *See, e.g.*, Monya Baker, *Cryo-Electron Microscopy Shapes Up*, 561 NATURE 565, 566 (2018).

compare BIC to DTG.[9]  Cook 2020 is clear that contacts with the β4-α2 connector are important for *second-generation INSTIs—both* DTG and BIC.  *See* Cook 2020 at 2.

9.     Moreover, the Reynolds Supplemental Report improperly assumes that because BIC allegedly has "more" and "closer" contacts with the β4-α2 connector based on measurements from *wild-type* SIV integrase, it would also have more and closer contacts to *G140S/Q148H double mutant* SIV integrase.  But Dr. Reynolds has presented no data about the number or length of contacts between DTG or BIC and the β4-α2 connector in the structure of the G140S/Q148H double mutant, nor does Cook 2020 provide any such data.[10]

10.     Dr. Reynolds also sets up a flawed comparison between "analogous" carbons of DTG and BIC to argue that each of BIC's carbon atoms make closer contacts with the β4-α2 connector than "analogous" carbons in DTG because of BIC's bridging substituents.  *See* Reynolds Supplemental Report at ¶ 9.  Dr. Reynolds does not explain how he determined which carbons were "analogous," and I disagree with his assessment that $C^1$ and $C^2$ in DTG and $C^B$ and $C^C$ in BIC are "most analogous."  *See id.*  For example, $C^1$ in DTG is adjacent to the oxygen atom in ring A, as is $C^A$ in BIC, suggesting that $C^1$ is analogous to $C^A$ rather than $C^B$.  $C^A$ in BIC, like $C^1$ in DTG, has no $\leq 5$ Å contacts with the β4-α2 connector.  Dr. Reynolds's assignment of "analogous" carbons appears to be arbitrary.

11.     In conclusion, nothing in Dr. Reynolds's Supplemental Report changes my opinions that there are insubstantial differences between DTG and BIC.

---

[9] Dr. Reynolds points to data in Cook 2020 that a "truncated version of DTG" was approximately 80-fold less effective against the Q148H/G140S double mutant, but fails to note that this 80-fold loss of efficacy was measured *relative to DTG*, and no data were provided for truncated DTG relative to BIC.  *See* Cook 2020 at 2.

[10] There is no basis for suggesting that distances measured for wild-type enzyme would be similar to distances measured for mutant enzymes.  Mutations affect protein structure and could result in rearrangements that render these measurements inapplicable.

███████████████████████████

12.     My opinions outlined in this report are based upon the information that I have considered to date.  I reserve the right to supplement or amend my opinions in response to opinions expressed by Gilead's experts and any decisions made by the Court.  I likewise reserve the right to supplement or amend my opinions in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report, including at trial.

Dated:  April 9, 2020

Kenneth M. Merz, Jr., Ph.D.

# EXHIBIT E

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED, Plaintiffs, v. GILEAD SCIENCES, INC., | C.A. No. 1:18-cv-0224-VAC-CJB |

**Sur-Rebuttal Report of Timothy Simcoe, Ph.D.**

April 13, 2020

1. On February 7, 2020 I submitted an expert report in this matter critiquing the nested logit demand model that Dr. Christopher Vellturo used to estimate ViiV's lost profits. Dr. Vellturo subsequently filed both an "Errata" (on February 21, 2020) amending his original model and a "Sur-Reply" (on March 12, 2020) responding to my initial report. I filed a Supplemental report that critiques the new estimates in Dr. Vellturo's Errata on March 27, 2020. In this Sur-Rebuttal, Counsel have asked me to respond to the arguments raised in Dr. Vellturo's Sur-Reply.

2. The first half of Dr. Vellturo's sur-reply notes that I identified and corrected a coding error in his original model, but then suggests that I failed to "complete the correction" by also identifying a suitable set of instrumental variables.[1] That was not my assignment. Dr. Vellturo offered a model for estimating ViiV's lost profits, and I explained that his model was unreliable because, among other reasons, he made a coding error and did a poor job of selecting instrumental variables. To be clear, none of the estimates in my initial or supplemental report were put forward as providing a reliable estimate of ViiV's lost profits, because they are all based on minor modifications to Dr. Vellturo's model.[2]

3. In his sur-reply, Dr. Vellturo criticizes "Dr. Simcoe's three sets of alternative instruments" as "problematically weak."[3] We are in agreement that the alternative instruments are weak. Those instruments are, in fact, based upon (or identical to) the instruments in Dr. Vellturo's opening report. I argued that his instruments are weak, and that the results of his model are highly sensitive to "small changes" in their construction. Dr. Vellturo does not dispute either

---

[1] Vellturo Sur-Reply ¶¶4-7.

[2] My initial report made this clear; see ¶6 ("Specifically, I was asked to evaluate the nested logit demand model that Dr. Vellturo uses to estimate the sales that ViiV would have made but for Gilead's introduction of Biktarvy."), ¶50 ("In this sub-section, I show that even after correcting Dr. Vellturo's coding errors, the results from his nested logit model are highly sensitive to small changes in the underlying data and assumptions. To be clear, the goal of this exercise is not to identify the best possible model for use in a damages calculation, but rather to show the results produced by Dr. Vellturo's model are very fragile."), and ¶66 ("I present the estimates in columns (4) through (6) not because they might form the basis for a reliable estimate of damages, but rather to illustrate the sensitivity of this model to small changes in assumptions. Models that deliver wildly different results when minor and reasonable changes are implemented provide an unreliable basis for damages determination.")

[3] Vellturo Sur-Reply at ¶6.

of these points. Instead, he attributes his initial choice of instruments to me, and then argues that the new instruments introduced in his Errata report are better.[4]

4.   My Supplemental report explains why the new instruments in Dr. Vellturo's Errata are no more reliable than the instruments used in his initial report. In particular, standard economic arguments suggest that Dr. Vellturo's new instruments are endogenous and therefore invalid.[5] Thus, it is not surprising that his new instruments fail the overidentification test for instrumental variable validity.[6] Dr. Vellturo does not discuss the overidentification test in his Errata or Sur-Reply, just as he failed to discuss testing for weak instruments in his initial report.[7] If Dr. Vellturo had conducted a test for weak instruments before submitting his initial report, he would have discovered the problems with his original instruments (and presumably uncovered his coding error as well). Similarly, if he had conducted an overidentification test for instrumental variable validity in his Errata, he would have realized that his new instruments, while not weak, are still invalid.[8]

5.   Dr. Vellturo's sur-reply suggests in several places that the estimates provided in his Errata report are more reliable than those in my initial report because they yield a closer "fit" or

---

[4] Dr. Vellturo also proposes an ad-hoc robustness check that involves adding the "modified Vellturo" instruments from my initial report to the new instruments proposed in his Errata (Vellturo Sur-Reply at ¶7). This regression does not test either of the necessary conditions for a valid instrument (relevance and exogeneity) that I describe in my Supplemental report (Simcoe Supplemental report at ¶6). It is not surprising that the results are similar to those obtained from his new instruments on their own, for the reasons described in my Supplemental report.

[5] See my supplemental report at ¶9.

[6] See my supplemental report at ¶8.

[7] These tests are completely standard in economic research that uses the instrumental variables method. For example, see the article "Avoiding Invalid Instruments and Coping with Weak Instruments", Journal of Economic Perspectives, Vol. 20, No. 4, 2006.

[8] See my supplemental report at ¶6. My response to Dr. Vellturo's initial report did not raise the issue of validity because Dr. Vellturo's original model had the same number of instruments as endogenous variables, and the overidentification test requires more instruments than endogenous variables. Dr. Vellturo's revised model uses more instruments than endogenous variables, making implementation of the standard overidentification test possible. See my supplemental report at ¶7 "Economists use two methods to check instrumental variable validity. For a model that is just identified (i.e., the number of instruments equals the number of endogenous variables), instruments are typically justified by appealing to economic theory and institutional knowledge.  For a model that is over-identified (i.e., more instruments than endogenous variables), theory and institutional knowledge still matter, but there are also statistical tests for instrumental variables validity."

more accurate prediction of the observed market shares.[9] As a general matter, economists judge statistical models based on the plausibility of their maintained assumptions, and not the goodness-of-fit those models achieve in a particular data set. This is because econometricians have learned from experience that models which fit the observed data well, but are based on implausible econometric or behavioral assumptions, do very badly at "out of sample" prediction.[10]  This point was made clearly by economist Hal Varian in the Journal of Economic Perspectives:[11]

> "Our goal with prediction is typically to get good *out-of-sample predictions*. Most of us know from experience that it is all too easy to construct a predictor that works well in-sample but fails miserably out-of-sample."

6. Dr. Vellturo's damages estimates are an "out-of-sample" prediction because they are based on a forecast of ViiV's sales and profits had Biktarvy never entered the market – a situation that did not occur. In order to estimate damages, Dr. Vellturo relies on his model, and hence on his maintained assumptions. When I criticize those assumptions – such as his choice of a nesting structure that favors Gilead[12] or his selection of endogenous instrumental variables[13] – and he responds by pointing to goodness-of-fit, Dr. Vellturo is missing the point. He commits a fallacy described in the following quote from Peter Kennedy's econometrics textbook:[14]

> "In general, econometricians are interested in obtaining "good" parameter estimates where "good" is not defined in terms of $R^2$ [a common measure of fit]. Consequently,

---

[9] Although I risk repeating myself, it is worth noting once more that the estimates in my initial report were not meant to provide a reliable estimate of ViiV's lost profits. They were meant to illustrate that Dr. Vellturo's estimates were "fragile" or sensitive to his assumptions – a point that could not be inferred by examining his estimates, since he only reports results based on a single model.

[10] The term goodness-of-fit is used to describe how closely a statistical model predicts outcomes within the data that is used to estimate the model (i.e. "in sample"). An "out of sample" prediction is a forecast of what will happen in the future, or in a counterfactual situation that is not observed within the data used for estimation.

[11] Hal R. Varian, "Big Data: New Tricks for Econometrics", Journal of Economic Perspectives, Vol. 28, No. 2, 2014.

[12] See my initial report at ¶¶31-37.

[13] See my supplemental report at ¶¶6-13.

[14] Peter Kennedy, A Guide to Econometrics, 1998, MIT Press, p. 27.

the measure $R^2$ is not of much importance in econometrics. Unfortunately, however, many practitioners act as though it is important, for reasons that are not entirely clear, as noted by Cramer (1987, p. 253): "These measures of goodness of fit have a fatal attraction. Although it is generally conceded among insiders that they do not mean a thing, high values are still a source of pride and satisfaction to their authors, however hard they may try to conceal these feelings."

7. Another way to highlight the problem with using goodness-of-fit for model selection is to show that a flawed model can nevertheless fit the data quite well. Exhibit 1 below compares the observed shares to the predictions of Dr. Vellturo's revised model (i.e. from the Errata and Sur-Reply) making the same coding error that he did in his original report. Exhibit 2 compares the predictions from his revised model to the observed shares. Based on a visual inspection of fit, one could reasonably conclude that these two models have comparable quality.[15] In practice, however, Dr Vellturo and I agree that the estimates based on his coding error are unreliable because he did not implement the instrumental variables correction that he admits is necessary.[16]

8. Finally, Dr. Vellturo criticizes the assumptions that underpin the simulation results in my initial report. To be sure, the simulation makes simplifying assumptions, though it is not obvious why they would favor any particular party.[17] The point of the simulation exercise was to see whether a simplified version of Dr. Vellturo's model that retained his assumed nesting structure, but discarded some of his other assumptions, could reproduce basic patterns in observed market shares. I found that in order to do so, it was necessary to make large changes in the key nesting parameter. Dr. Vellturo's critique of the simulation elides

---

[15] My supplemental report explains why Dr. Vellturo's revised estimates essentially reproduce the results of his estimates based on his coding mistake. It is a predictable consequence of his choice of endogenous instrumental variables.

[16] The close similarity in predictions between Dr.Vellturo's estimates and the incorrect model that does not address endogeneity is not surprising.  As I explained in my supplemental report at ¶12, "using endogenous variables as instruments generally leads to "overfitting" of the first stage, and consequently to estimates that are close to an ordinary least squares ("OLS") model that does not utilize instruments. This explains why the estimates in Dr. Vellturo's errata are close to those in his original report, where his coding error led him to unintentionally estimate an OLS model."

[17] Furthermore, as I noted in footnote 58 on my initial report, while "shares may change for reasons other than Biktarvy's entry … ViiV's and Gilead other products' prices remained stable after Biktarvy's entry and thus are unlikely of explain the large drop in ViiV's sales."

███████████████████

the broader point from that section of my initial report – all of his estimates are based on an untested assumption about the nesting structure that is, on its face, highly favorable to Gilead.

9.  For all of the reasons described above, after reviewing and considering the arguments in Dr. Vellturo's sur-reply, I stand behind each of the opinions expressed in my own Initial and Supplemental reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2020

Timothy Simcoe, Ph.D.

**Exhibit 1**
Goodness of Fit - Incorrect Model (Endogeneity Not Addressed)



**Exhibit 2**
Goodness of Fit – Model in Dr. Vellturo Sur-Reply, Exhibit 1-A



# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,** | **C.A. No. 1:18-cv-00224-CFC-CJB** |
| **Plaintiffs,** | **JURY TRIAL DEMANDED** |
| v. | ███████████████ |
| **GILEAD SCIENCES, INC.,** | ███████████████ |
| **Defendant.** | |

**SUPPLEMENTAL REPLY EXPERT REPORT OF PETER WIPF, PH.D.,
CONCERNING GILEAD SCIENCES, INC.'S INFRINGEMENT OF
U.S. PATENT NO. 8,129,385**

**April 13, 2020**

1.      As provided in the November 15, 2019 Expert Report of Peter Wipf, Ph.D., Concerning Gilead Sciences, Inc.'s Infringement of U.S. Patent No. 8,129,385 ("Wipf Opening Report"), the January 10, 2020 Rebuttal Expert Report of Peter Wipf, Ph.D., Concerning Validity of U.S. Patent No. 8,129,385 ("Wipf Rebuttal Report"), the February 7, 2020 Reply Expert Report of Peter Wipf, Ph.D., Concerning Gilead Sciences, Inc.'s Infringement of U.S. Patent No. 8,129,385 ("Wipf Reply Report"), and the March 27, 2020 Surreply Expert Report of Peter Wipf, Ph.D., Concerning Validity of U.S. Patent No. 8,129,385 ("Wipf Surreply Report"), I have been retained as an expert witness on behalf of ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited ("ViiV" or "Plaintiffs") in connection with the above-captioned patent litigation between ViiV and Gilead Sciences, Inc. ("Gilead" or "Defendant"). I hereby incorporate by reference in their entirety the Wipf Opening Report, the Wipf Rebuttal Report, the Wipf Reply Report, and the Wipf Surreply Report, including all Exhibits thereto, as if fully set forth herein.

2.      On March 26, 2020, I understand that ViiV was provided with the Supplemental Rebuttal Expert Report of David W. C. MacMillan ("MacMillan Supplemental Report") and the Supplemental Rebuttal Report of Charles H. Reynolds, Ph.D. ("Reynolds Supplemental Report"). I was asked to review and consider both the MacMillan Supplemental Report and the Reynolds Supplemental Report and the materials cited therein, which I have done. The MacMillan Supplemental Report and the Reynolds Supplemental Report provide entirely new opinions to which I have not had an opportunity to respond to date. This report focuses on Drs. MacMillan and Reynolds's new opinions, though I disagree with many of the statements in both the MacMillan Supplemental Report and the Reynolds Supplemental Report.

3.      For the reasons discussed below, I disagree with Dr. MacMillan's and Dr.

Reynolds's new opinions, and my opinions remain unchanged.

4.    For the first time in the MacMillan Supplemental Report, Dr. MacMillan relies on Dr. Reynolds's Supplemental Report, including Dr. Reynolds's new interatomic distance measurements, to opine that BIC is "different" from DTG because it has closer interatomic distances from two specific amino acid residues, Asn117 and Gly118, located in the β4-α2 connector in SIV integrase structures published in Nicola J. Cook et al., *Structural Basis of Second-Generation HIV Integrase Inhibitor Action and Viral Resistance*, 367 SCIENCE 806-810, 1-4 (2020) ("Cook 2020") (VIIVUS15559742).  *See* MacMillan Supplemental Report at ¶¶ 8-10.  In my opinion Dr. Reynolds's new measurements, and Dr. MacMillan's reliance upon them, do not support their conclusions for at least the following reasons.

5.    First, Dr. Reynolds's new interatomic distance measurements use cryo-EM structures with relatively limited resolution.  While Cook 2020 states that "[t]he inhibitors were defined remarkably well in density maps," the active-site resolutions for the BIC and DTG structures are only 2.6 Å and 3.0 Å, respectively.  *See* MacMillan Supplemental Report at ¶ 3; Cook 2020 at 2.  At this resolution, precise structure and spatial location determination of small-molecule ligands such as DTG and BIC is not possible,[1] and distance measurements between atoms compound the atomic position errors present in structures.  Yet Dr. MacMillan's opinion is based on distance differences of tenths of angstroms between DTG and BIC.  *See* MacMillan Supplemental Report at ¶ 3; Reynolds Supplemental Report Appendix A.  It is not possible to

---

[1] *See, e.g.*, Jean-Paul Renaud et al., *Cryo-EM in Drug Discovery: Achievements, Limitations and Prospects*, 17 NATURE REV. DRUG DISCOVERY 471, 473 (2018) ("Renaud 2018").  This is especially true for cryo-EM structures, which are built based on data obtained from flash-frozen proteins in an array of conformations and are computationally fit to a "single" conformation. *See, e.g.*, *id.* at 485, 488. *See also* Grigore Pintilie et al., *Measurement of Atom Resolvability in Cryo-EM Maps with Q-Scores*, 17 NATURE METHODS 328, 328, 330 (2020).

make such small distinctions based on the resolutions of the DTG- and BIC-bound SIV structures, which are well outside "atomic" resolution. *See* Merz Supplemental Report at n.8.

6.  Second, while Dr. MacMillan states that "[t]he Cook 2020 authors highlight the $\leq$ 4 Å contacts of BIC because those contacts are stronger, different, and better than DTG's contacts with the β4-α2 connector" (MacMillan Supplemental Report at ¶ 4), he provides no quantitative support for this qualitative statement. There is no demonstrated correlation between these contacts and substantial differences in drug efficacy. Indeed, it is my understanding that DTG and BIC perform equally well against wild-type SIV, which Dr. Reynolds used to develop his new measurements.[2] Despite this, Dr. MacMillan's report suggests that these contacts, measured using wild-type SIV, result in an improved resistance profile for BIC relative to DTG. *See* MacMillan Supplemental Report at ¶ 5. However, Cook 2020 does not provide data for both DTG and BIC in mutant SIV, and therefore no direct correlations or comparisons of distances between the β4-α2 connector and DTG or BIC can be made based on Cook 2020.[3]

7.  Third, while Dr. MacMillan provides a reproduction of Figure 2C from Cook 2020, he makes far-reaching conclusions that are not supported by Cook 2020. *Compare* MacMillan Supplemental Report at ¶ 5 *with* Cook 2020 Figure 2C. For example, Dr. MacMillan argues that Figure 2C shows BIC's "closer and more numerous contacts," but Cook 2020 indicates that the figure is meant to accentuate the proximity of *both* DTG and BIC to the β4-α2 connector. *Id.* As another example, Dr. MacMillan also points to Figure 2C and states that the "oxygen atoms are in

---

[2] *See* Cook 2020 at 1; Figure 2A (showing similar profiles of DTG and BIC against wild-type SIV integrase). Dr. Reynolds's measurements are based on wild-type structures.

[3] Mutations affect protein structure and could change the interatomic distances to the β4-α2 connector. *See* Merz Supplemental Report at n.10. In addition, I understand that Dr. Engelman has opined that there are insubstantial differences between the resistance profiles of DTG and BIC. *See, e.g.*, Supplemental Expert Report of Alan Engelman, Ph.D. Concerning Insubstantial Differences Between Dolutegravir and Bictegravir ("Engelman Supplemental Report") at ¶¶ 9-27.

two completely different locations," but Cook 2020 makes no mention of different oxygen atom placement, its significance, or how or whether such a difference would play a role in drug performance.[4] Finally, Dr. MacMillan points to Figure 2C and states that "the orientation of the six-membered ring is completely different;" but this too is not discussed by Cook 2020.[5]

8.      I also understand that Plaintiffs have asked an expert in molecular modeling, Dr. Kenneth Merz, Jr. to provide a report (the "Merz Supplemental Report") addressing the new measurements in Dr. Reynolds's Supplemental Report.  Though I am not an expert on molecular modeling, I have experience evaluating and interpreting data from modeling experiments in my work.  I understand that Dr. Merz disagrees with Dr. Reynolds's conclusions that BIC is different from DTG because of its contacts with the β4-α2 connector.  I reviewed Dr. Merz's Supplemental Report, and it supports my opinions.

9.      Dr. Merz discusses estimated interaction energies at the metal-binding warhead relative to the interaction energies arising from a small number of van der Waals contacts in the ring A region based on the distances provided by Dr. Reynolds, and Dr. Merz concludes that the contribution of these contacts to the overall interaction energy between DTG or BIC and integrase would be insubstantial.  *See* Merz Supplemental Report at ¶¶ 4-6.  Using Coulomb's law, Dr. Merz provides an estimate of the interaction energies for the metal-binding warheads of BIC and DTG of approximately -835 kcal/mol for both drugs.[6]  *See id.* at ¶ 5.  Then, using published quantum-

---

[4] Dr. Reynolds also did not perform any measurements with respect to the placement of the oxygen atoms in DTG and BIC.  *See* Merz Supplemental Report at n.6.

[5] It is unlikely that the structures presented in Cook 2020 can distinguish whether DTG is in its axial or equatorial conformation.  X-ray crystallography and cryo-EM structural determination are notoriously unable to precisely differentiate between similar orientations of small molecules.  *See generally* Charles H. Reynolds, *Protein-Ligand Cocrystal Structures: We Can Do Better*, 5 ACS MED. CHEM. LETT. 727 (2014).  *See also* Reynaud 2018 at 473.

[6] Dr. Merz notes that the Coulomb's law calculation is qualitative because of "limitations with measuring distances" given the resolution of the structures.  *See* Merz Supplemental Report at n.5.

mechanical calculations for carbon-carbon and carbon-nitrogen van der Waals interaction energies and the distances measured by Dr. Reynolds, Dr. Merz estimates that the ring A regions of DTG and BIC would have an interaction energy differential of ~1.3 kcal, only ~0.16% of the strength of the estimated metal-binding warhead interaction energy. *See id.* at ¶ 6. Consequently, based on Dr. Reynolds's distances, Dr. Merz opines that the van der Waals contacts with the β4-α2 connector would make an insubstantial contribution to the overall interaction energy of DTG or BIC with integrase. *Id.* I agree with Dr. Merz's opinion and it supports my opinion that the interactions at the β4-α2 connector are insubstantially different for DTG and BIC.

10.     Dr. Merz also discusses the problems with relying on distance measurements as a proxy for interaction strength due to protein dynamics, particularly when the distances are measured within flexible regions of proteins. *See* Merz Supplemental Report at ¶ 7. The interatomic distances between DTG or BIC and the β4-α2 connector are constantly fluctuating with the protein's movement, limiting the conclusions that can be drawn from single distance measurements. *See id.* I agree with Dr. Merz's conclusions and they support my opinion that the interactions at the β4-α2 connector are insubstantially different for DTG and BIC.

11.     I also understand that Plaintiffs have asked an expert in virology, molecular biology, microbiology, and DNA integration, Dr. Alan Engelman, to provide a report (the "Engelman Supplemental Report") addressing Douglas D. Richman's Supplemental Rebuttal Report. Though I am not an expert in virology, I have experience utilizing biological data in my work. I understand that Dr. Engelman disagrees with Dr. Richman's conclusions. I reviewed Dr. Engelman's report and it supports my opinions.

12.     Dr. MacMillan also presents new opinions based on Dario Oliveira Passos et al., *Structural Basis for Strand Transfer Inhibitor Binding to HIV Intasomes*, 367 SCIENCE 810 (2020)

("Passos 2020") (VIIVUS15559657). I disagree with Dr. MacMillan's new opinions for at least the following reasons.

13.     First, Dr. MacMillan points to Passos 2020 as "demonstrat[ing] that persons of skill in the art have reviewed and relied on the Smith 2018 article for its teachings that 'BIC is better than DTG' in its ability to 'broadly inhibit the known IN mutants.'"  MacMillan Supplemental Report at n.2. This statement is incorrect because Dr. Stephen Hughes, the principal investigator of the Smith 2018 article, is a co-author on Passos 2020. *See* Engelman Supplemental Report at ¶ 23. Dr. Hughes' citation to his own work does not demonstrate acceptance by the broader scientific community or indicate that other persons of skill agree with the earlier work's conclusions.

14.     Second, Dr. MacMillan points to language in Passos 2020 that "[s]mall chemical modifications can markedly affect drug potency" to argue that BIC has greater potency than DTG. MacMillan Supplemental Report at ¶ 11.  However, Passos 2020 does not provide data or arguments that chemical differences between DTG and BIC affect drug potency. *See* Engelman Supplemental Report at ¶ 24.

15.     Third, Dr. MacMillan also points to Figure 2B in Passos 2020, showing the placement of BIC in the HIV-1 integrase active site, and argues that "BIC's ethylene bridge [] is ***closest*** to the β4-α2 connector."  MacMillan Supplemental Report at ¶ 12 (emphasis added). However, this figure in Passos does not depict any other INSTI compound, and so it is not clear what comparator "closest" refers to.  Passos 2020 does not present a similar image for DTG,[7] and thus does not allow a direct comparison between DTG and BIC.

16.     In conclusion, nothing in Dr. MacMillan's or Dr. Reynolds's Supplemental Reports changes my opinions, including that there are insubstantial differences between DTG and BIC, or

---

[7] Passos 2020 does not provide any structural data for DTG bound to HIV-1 integrase.

that Gilead infringes claims 2 and 6 of U.S. Patent No. 8,129,385.[8]

17.     My opinions outlined in this report are based upon the information that I have considered to date.  I reserve the right to supplement or amend my opinions in response to opinions expressed by Gilead's experts and any decisions made by the Court.  I likewise reserve the right to supplement or amend my opinions in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report, including at trial.

---

[8] I understand that Plaintiffs have asked an expert in pharmaceutical materials, solid-state characteristics of pharmaceutical materials, and crystallography, Dr. Stephen Byrn, to provide a report addressing Dr. Kenneth Morris's Sur-Reply Report ("Morris Sur-Reply").  I also understand that Plaintiffs have asked an expert in pharmacokinetics, Dr. Jennifer Dressman, to provide a report addressing Dr. David Taft's Sur-Reply Report ("Taft Sur-Reply").  I have reviewed Dr. Byrn's and Dr. Dressman's reports and I understand their opinions are unchanged by the Morris Sur-Reply or Taft Sur-Reply.

Dated: April 13, 2020

Peter Wipf, Ph.D.

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIIV HEALTHCARE COMPANY, | ) | |
| SHIONOGI & CO., LTD. and VIIV | ) | |
| HEALTHCARE UK (NO. 3) LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-224 (CFC) (CJB) |
| | ) | |
| GILEAD SCIENCES, INC., | ) | ███████████████ |
| | ) | |
| Defendant. | ) | |

**EXPERT REPORT OF CHARLES H. REYNOLDS**

January 7, 2020

# TABLE OF CONTENTS

I.     PERSONAL BACKGROUND................................................................................ 1

II.    ASSIGNMENT.................................................................................................... 4

III.   LEGAL STANDARD.......................................................................................... 4

IV.    LEVEL OF SKILL IN THE ART ...................................................................... 5

V.     ASSERTED PATENT AND CLAIMS ............................................................... 6

VI.    MOLECULAR MODELING AND ITS LIMITATIONS .................................. 8

       A.     How molecular modeling works.................................................... 8

       B.     Limitations of molecular modeling.............................................. 12

       C.     Hierarchy of information ............................................................. 14

              a.     Protein structure of interest with the bound ligand of interest.................. 15

              b.     Protein structure of interest with a bound ligand different from the ligand of interest ............................................................ 15

              c.     A homology model that uses a related protein structure because the crystal structure (or cryoEM structure) is not available for the protein of interest ...................................................... 15

              d.     Protein structure of interest but without a bound ligand.......................... 15

VII.   OVERVIEW OF MOLECULAR MODEL ....................................................... 16

       A.     Model overview and design.......................................................... 16

       B.     SIV-based structure...................................................................... 16

       C.     Homology models.......................................................................... 17

              a.     DTG-Bound PFV Homology Model ........................................ 18

              b.     DTG-Bound Model Based On CryoEM Structure.................... 18

              c.     DTG-Bound Model Comparison ............................................... 19

              d.     BIC Models................................................................................ 21

VIII.   SUBSTANTIAL DIFFERENCES EXIST BETWEEN BICTEGRAVIR AND THE MOLECULES OF CLAIMS 2 AND 6 ................................................... 23

    A.   Bictegravir and molecules in claims 2 and 6 occupy different space and make different contacts within the loop pocket ................................... 23

        a.   SIV Structure Shows Substantial Differences Between Bictegravir and Compounds In Claims 2 and 6 .......................... 23

        b.   SIV Ligand-Based Comparisons ............................................. 27

        c.   Homology Models Show Substantial Differences Between Bictegravir and Compounds In Claims 2 and 6 ........................ 30

    B.   BIC's different and more contacts with HIV-1 integrase is consistent with data showing difference in BIC's and DTG's susceptibility to mutations .......... 38

    C.   Bictegravir has different conformational flexibility than the molecules in claims 2 and 6 ................................................................... 39

    D.   Bictegravir has a different size and shape than the molecules in claims 2 and 6 ......................................................................................... 41

    E.   Substantial differences exist between bictegravir's tri-fluoro benzyl tail and the benzyl tail in the molecules of claim 6 ........................... 43

IX.   DR. MERZ'S AND DR. WIPF'S CALCULATIONS DO NOT SHOW THAT BICTEGRAVIR IS "INSUBSTANTIALLY DIFFERENT" FROM THE MOLECULES IN CLAIMS 2 AND 6 ................................................................ 46

    A.   Merz's model obscures the differences between BIC and DTG .......................... 46

    B.   Dr. Wipf uses improper structural similarity scores in trying to show insubstantial differences ........................................................... 49

    C.   A Mulliken analysis of the metal binding oxygens cannot show that bictegravir is insubstantially different from the compounds in claims 2 and 6 .... 54

X.   CONCLUSION AND RESERVATION OF RIGHTS ................................................... 55

## EXPERT REPORT OF CHARLES H. REYNOLDS

### I.     PERSONAL BACKGROUND

1.      I am the Founder of Gfree Bio, LLC, a computational modeling and drug discovery company based in Austin, Texas (gfreebio.com). I am an expert in computational chemistry, modeling (including structure- and ligand-based design), and drug discovery with more than 30 years of industry experience at both major pharmaceutical companies (Johnson & Johnson) and biotech companies (Ansaris). My company develops and delivers advanced modeling, informatics, and structure-based-design capabilities to a wide range of small to mid-sized biotech companies across the country and around the world. We have successfully advanced drug-discovery programs for approximately 40 companies across many therapeutic areas. In my capacity as President of Gfree Bio, I have also served on a variety of scientific advisory boards for major scientific organizations, publications, and companies.

2.      I received a BA, with honors, from Austin College (1979) and a PhD from the University of Texas at Austin (1984). At the University of Texas, I studied theoretical organic chemistry under Professor Michael J.S. Dewar. I was an adjunct professor at the University of Pennsylvania, and I have supervised joint graduate and postdoctoral students at the Pennsylvania State University and the University of North Carolina at Chapel Hill. I was a J.T. Oden visiting faculty fellow at the Institute for Computational Engineering and Science at the University of Texas at Austin in 2013.

3.      Before founding Gfree Bio in 2011, I was Senior Director and Head of Discovery Technologies at Ansaris (2010-2011). I was responsible for scientific computing, the company's proprietary fragment-based discovery platform, and structural biology. I was also a member of the senior management team with significant business development responsibilities in addition to scientific leadership. I initiated a major update of our core technology, provided executive

leadership for a major research collaboration with Novartis, and led identification and development of a major new internal drug-discovery target.

4.      Prior to Ansaris, I was a Research Fellow and Team Leader at Johnson & Johnson (2000-2010) where my responsibilities included managing modeling and informatics teams at the Spring House, PA and La Jolla, CA sites. I managed significant hardware and software budgets across all the US research sites. Teams under my direction provided critical scientific input into the discovery of more than 15 early development candidates, including numerous first in human, Phase-II, and advanced clinical candidates. My group at J&J also developed multiple new discovery methods including informatics tools for fragment-based design, novel protocols for improved crystal-structure refinement, linear interaction methods, similarity-based discovery tools, and structure-based ADME-Tox.

5.      Prior to J&J, I was a Research Fellow at Rohm and Haas (part of DowDuPont) from 1984-2000. At Rohm and Haas, I was co-inventor of a new class of ergosterol biosynthesis inhibitor antifungals and led a multifunctional team that developed a novel nanoparticle-based MRI contrast agent. I developed the concept, secured internal funding, built a collaboration with the University of Pennsylvania Medical School, and developed a market analysis in collaboration with Argonex, a biotechnology company.

6.      I sat on the board that oversees all of the American Chemical Society journals from 2008-2018, including chairing multiple editor searches. ACS Publications is one of the largest and most influential scientific publishing houses in the world. I have served on the Editorial Advisory Board of ACS Medicinal Chemistry Letters from 2014 to present, and the Journal of Chemical Information and Modeling from 2019 to present. I have participated in multiple NIH and NSF study sections reviewing a wide range of grant proposals in computational chemistry and drug

discovery. I was on the Scientific Advisory Board of the Keystone Symposia from 2006-2011. During that time, I co-organized the first Keystone Symposium in computer-aided drug design in 2008.

7.     My career has focused on the application of a great variety of computational modeling methods to the development of new products, mostly in the life sciences. I was an early pioneer in this area having emerged from graduate school just as modeling was at its infancy in the pharmaceutical and chemical industries. I have both applied computational methods to discovery and helped develop new methodologies through my internal groups or through extensive collaborations with universities and academic collaborators. My current work is to bring state-of-the-art computer-aided drug-design approaches to the discovery of new drugs by small and mid-size biotech companies. These companies are now where many of the most important new drug candidates are being discovered. Gfree Bio provides a critical capability to this increasingly important sector of the pharmaceutical market.

8.     Gfree Bio was selected as a Kauffman Foundation FastTrac success story in 2015 for its growth and importance in the industry. I was selected as a Fellow of the American Chemical Society in 2010 for my scientific accomplishments and service to the field of Chemistry and the ACS. I received the Standards of Leadership award at Johnson & Johnson in 2007 for my scientific and management leadership for multiple drug discovery sites. In 2007, I was also awarded the Platinum Encore Award at Johnson & Johnson for my contributions to the registration of Dacogen in Europe. In 2000, I received one of only four Johnson & Johnson Excellence in Science Awards which provide funding for a postdoctoral fellow in my group. In 1997, I was awarded the Otto Haas Award at Rohm and Haas, the highest scientific achievement award at the company.

9.      I have held a variety of leadership positions within the American Chemical Society including Councilor, Chair of the Computers in Chemistry Division, and multiple society boards.

10.     I have published approximately 100 papers and book chapters, and co-edited two books. I also have several U.S. patents. A full list of my publications and patents is in my CV, attached hereto as Exhibit A. I have also been quoted in numerous popular press articles found in The Wall Street Journal, Chemical & Engineering News, PharmaceuticalIntelligence.com, Future Pharmaceuticals, and Industrial Chemical News.

## II.    ASSIGNMENT

11.     I was asked to analyze the differences between bictegravir and molecules described in claims 2 and 6 of U.S. Patent No. 8,129,385, consistent with my background and areas of expertise. In particular, I was asked to construct models reflecting the interaction of bictegravir and other molecules within claims 2 and 6 (such as dolutegravir) with HIV-1 integrase. I also looked at characteristics of bictegravir and molecules within claims 2 and 6 to quantify differences between the molecules. Finally, I was asked to evaluate the expert report submitted by Dr. Kenneth Merz in this case as well as portions of the report from Dr. Peter Wipf and to provide my analysis regarding the conclusions they reach regarding bictegravir and dolutegravir.

## III.   LEGAL STANDARD

12.     I understand that ViiV alleges that Gilead's bictegravir compound infringes claims 2 and 6 of the '385 patent under the doctrine of equivalents. Counsel has informed me that there are two frameworks used to evaluate whether a given product infringes a patent claim under the doctrine of equivalents. One is the function-way-result test. Under this framework, courts analyze whether elements of the accused product missing from the literal scope of the asserted claim perform the same function in the same way to achieve the same result as the limitations in the patent claim. The second test is whether the elements of the accused product missing from the

4

literal scope of the asserted claim are "insubstantially different" from the limitations of the asserted claim. My conclusions in this report are the same regardless of which standard is used.

## IV.    LEVEL OF SKILL IN THE ART

13.    I understand that I should analyze the alleged equivalence between bictegravir and the asserted claims from the perspective of a person of ordinary skill in the art. I think the hypothetical "person of ordinary skill in the art" would be a person or team of persons with an advanced degree or degrees in the relevant fields, which would include chemistry (in areas like organic, synthetic, computational, pharmaceutical, or medicinal chemistry), biology, medicine, or the pharmaceutical sciences. This person or persons would have several years of practical experience in one or more of these relevant fields—at least two years. This person or team of persons could also be someone with a lower degree level (e.g., a master's (M.S.) degree) in one of these disciplines, but with greater practical experience (e.g., at least four years). As needed in the course of the drug development process, this team would include persons of skill possessing combinations of these relevant qualifications as well as other people with whom the persons of ordinary skill in the art may consult.

14.    I also believe that the person of ordinary skill in the art would be a member of a multi-disciplinary drug development team that would include persons with other relevant areas of expertise such as computer-aided drug design or molecular modeling. These skills may be in a single individual or in multiple members of the team. This team may include other people whom the person of ordinary skill in the art may consult with as needed.

15.    I have been instructed by counsel that in determining the level of ordinary skill in the art, courts may consider the types of problems encountered in the art, the prior art solutions to those problems, the speed with which innovations are made, the sophistication of the technology, and the education level of active workers in the field, including the inventors.

## V.    ASSERTED PATENT AND CLAIMS

16.    I understand that ViiV has asserted that bictegravir infringes claims 2 and 6 of the '385 patent under the doctrine of equivalents.

17.    Asserted claim 2 depends from claim 1. Together, these two claims are as follows:

1.   A compound of the formula:



(I-1-1)

wherein, ring A is



Z = O;

$R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ and $R^{25}$ are independently hydrogen, $C_1$-$C_8$alkyl, $C_6$-$C_{14}$arylC$_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl, or alkoxy;

the stereochemistry of an asymmetric carbon represented by * shows R- or S-configuration, or a mixture thereof;

$R^X$ is hydrogen;

$R^{14}$ is hydrogen or lower alkyl which is optionally substituted with 1 to 4 substituents selected from the group consisting of hydroxy, carboxy, halogen, halo lower alkyl, halo lower alkoxy, lower alkyl, lower alkenyl, lower alkynyl, cycloalkyl, cycloalkenyl, lower alkoxy, lower alkenyloxy, lower alkoxycarbonyl, nitro, nitroso, amino, alkylamino, acylamino, aralkylamino, aryl, aralkyl, cyano, isocyano, isocyanate, thiocyanate, isothiocyanate, mercapto, alkylthio, alkylsulfonyl, alkylsulfonylamino, carbamoyl, alkylcarbamoyl, sulfamoyl, acyl, formyloxy, haloformyl, oral, thioformyl, thiocarboxy, dithiocarboxy, thiocarbamoyl, sulfino, sulfo, sulfoamino, hydrazino, azido, ureido, guanidino, phthalimide, oxo, phosphoric acid, lower alkyl which is substituted with

6

phosphoric acid and may be intervened with a heteroatom, aryl substituted with phosphoric acid, aralkyl substituted with phosphoric acid and hydroxy lower alkyl; $R^3$ is hydrogen;

$R^1$ is hydrogen or lower alkyl;
R is halogen;
and
m is 1, 2 or 3;
or a pharmaceutically acceptable salt thereof.

2. A compound according to claim 1, or a pharmaceutically acceptable salt thereof, wherein $R^X$ is hydrogen; $R^{14}$ is hydrogen; $R^3$ is hydrogen; m is 1, 2 or 3 and R is halogen

18.     For purposes of claim 2, I have been instructed that Court has construed the following portion of claim 2 as follows:

"$R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ and $R^{25}$ are independently hydrogen, $C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl$C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl, or alkoxy" to mean that "$R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ and $R^{25}$ are each hydrogen, $C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl$C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl, or alkoxy, where (1) each of $R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ and $R^{25}$ may be the same as or different from any other $R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ or $R^{25}$ and (2) the hydrogen, $C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl$C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl, or alkoxy that comprise each $R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ and $R^{25}$ are distinct from the hydrogen, $C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl$C_1$-$C_8$alkyl, $C_6$-$C_{14}$aryl, or alkoxy that comprise any other $R^{20}$, $R^{21}$, $R^{22}$, $R^{23}$, $R^{24}$ or $R^{25}$"

19.     Claim 6 reads as follows:

"A compound selected from the group consisting of (4R,9aS)-5-Hydroxy- 4-methyl-6,10-dioxo- 3,4,6,9,9a,10- hexahydro-2H-1-oxa- 4a,8a-diaza- anthracene-7- carboxylic acid 2,4-difluoro- benzylamide; an enantiomer thereof; diastereomer thereof; mixtures of enantiomers thereof; mixtures of diastereomers thereof; mixtures of enantiomers and diastereomers thereof; or a pharmaceutically acceptable salt thereof."

20.     I understand that the parties dispute what constitutes a limitation within claim 6. Gilead understands the limitations in claim 6 to be the individual structural components of the molecules described using IUPAC nomenclature. ViiV understands the limitations in claim 6 to be the entire molecule described using IUPAC nomenclature. For purposes of my analysis, I examined bictegravir against the limitations in claim 6 using both standards and my conclusions apply under either understanding.

## VI.    MOLECULAR MODELING AND ITS LIMITATIONS

### A.    How molecular modeling works

21.    Scientists have developed a variety of tools to represent the structures of chemical compounds that are invisible to the human eye. One way to represent structure is through the use of a common language to name and classify chemical compounds, such as the International Union of Pure and Applied Chemistry (IUPAC).[1] Another way has been through two-dimensional chemical-structure diagrams. A third way is to create three-dimensional models, which attempt to include the 3D structure which is known to be important, particularly in drug discovery.[2] With the advent of computer technology, scientists have been able to create more sophisticated digital representations of chemical structures and by extension develop physical models that can be used to help design compounds for specific purposes, including as drugs.

22.    Computer-aided drug design involves using computational (mathematical) models to guide the discovery of new drug molecules.[3] Drug compounds work by interacting with the human body, generally through an enzyme or receptor to alter or mitigate a disease state. At its core, computer-aided drug design provides an approach for approximating how this interaction occurs, e.g., how the drug compound interacts with a protein target.[4]

23.    Structure-based approaches use the structural information about a specific protein target to accelerate the discovery process. These structures are usually obtained using crystallographic methods such as X-ray crystallography or cryogenic electron microscopy (cryoEM). Ligand-based approaches involve using the structure and properties of prospective drug compounds in the absence of protein structures to help guide discovery. This may include methods that attempt to infer how the ligands bind using 3D features such as pharmacophores, or more statistical approaches that can be used to mine structural databases, in some case very large databases.

24.     Ligands are molecules, typically relatively small, that interact with a protein binding site. This can be part of an enzymatic process where the ligand is acted on by the protein, or the binding event may itself trigger some important biochemical event. The idea of a pharmacophore has been around for many years in drug discovery. A pharmacophore is just some three-dimensional collection of points that define key interactions (e.g., hydrogen bonds, salt-bridges, or hydrophobic interactions) that are deemed important for binding to a particular protein target.[5]

25.     The primary use of computational models is as a tool for generating ideas at each stage of drug development. For example, practitioners may use the protein structure as a way to generate lead compounds by screening databases of potential ligands using a three-dimensional pharmacophore model or by docking the ligands into the target structure. In lead optimization, structure-based approaches are used to assess potential modifications to a lead structure that are more likely to improve ligand binding, solubility, or some other property important for developing a successful drug candidate.

26.     Synthesizing and testing molecules is expensive. One of the key advantages of modeling is the ability to assess compounds before they have even been synthesized. This allows a project team to focus on experiments that are more likely to produce results and synthesize compounds with increased probability of success. But, of course, modeling is not a substitute for making and testing compounds. Any hypothesis generated through modeling must ultimately be tested experimentally.

27.     Structure-based design has become increasingly common in drug discovery partly because of the availability of many more crystal structures for pharmaceutically relevant proteins (rcsb.org).[6] A crystal structure is a three-dimensional "picture" of the atoms in a protein, and in

9

many cases, an associated small molecule ligand. This "picture" is generated using complex relationships governing the interaction of atoms with high energy x-rays. The resulting experimental reflection data can be used to construct a three-dimensional model of the atom locations.

28.     The accuracy of these models is contingent on a number of factors and can be generally classified based on the resolution of the structure. Higher quality structures have resolution values that are small while lower quality structures have resolution values that are larger. Low resolution values indicate a model where less information was derived from the x-ray experiment and the resulting atom locations are known with less accuracy. Cryogenic electron microscopy (cryoEM) is an alternative method for determining the 3D structure of a protein. CryoEM has attracted great interest since it does not require crystals. Historically, cryoEM has been unable to attain the resolution commonly achieved by x-ray crystallography. This is gradually changing as the field advances.[7]

29.     A simple analogy for the resolution of a structure might be to think about viewing a distant object through binoculars. When the image is in focus (high resolution) all of the features can be clearly and accurately discerned; when the image is out of focus (poor resolution) the image is blurry. Some crystal structures can be solved with very high resolutions (less than 1 Ang.). In these structures it is possible to see individual atoms in the electron density maps. At lower resolutions the individual atoms may not be obvious but larger scale features of the protein and ligand can be observed. It is usually very helpful for drug discovery to have structures with 3 angstrom resolution or better. It should also be kept in mind that molecules, including proteins, are not stationary objects, but are in constant movement. In some cases, the positions of atoms in crystal structures suffer from increased uncertainty because they are flexible and moving relatively

10

freely. It is possible that if part of a crystal structure, e.g., a residue sidechain, is moving too freely it will not be resolved at all and is missing from the resulting structure.

30.     In spite of the large number of protein crystal structures now available, some target proteins do not have available structures. In this case homology modeling can be used to construct a model of the protein 3D structure.[8] Homology modeling involves using the 3D structure of a related protein to build a model for the protein that does not have an experimental structure available. A typical approach is to search the database of known proteins to try to find one with the highest possible homology with the sequence of interest and then use the protein that aligns as best as possible with the protein of interest to generate a 3D model. The homology model will inevitably be a less reliable picture than an actual crystal structure of the protein of interest. Many things can influence the accuracy of homology models, but the primary factor is the level of sequence identity between the two proteins.  Sequence identity is simply an accounting of how many amino-acid residues the two proteins have in common as one compares the chains.

31.     Once a structure is available for a protein of interest, a common goal in structure-based design is trying to understand how a compound of interest might fit in a crystal structure from the literature, for example the Protein Data Bank (rcsb.org). In this case, molecular docking can be used to identify the most probable binding modes for a small-molecule ligand in a protein binding site. Docking is a computational exercise where the potential ligand structure is flexibly manipulated to generate a large number of molecular conformations that are then manipulated in 3D space to find the best conformation and orientation of the molecule to fit in the protein crystal structure. Docking has become a standard approach in the industry and all of the major modeling packages, e.g. MOE, have this capability.

32.     Computer-aided drug design also makes significant use of sophisticated computer visualization. The ligands, proteins, and complexes that are constructed and evaluated energetically are generally rendered as 3D models in order to provide easily understandable insight into the features responsible for molecular recognition and binding. Key structural and chemical features that can be rendered visually include the 3D structures, geometric clashes that are unfavorable, and potentially favorable hydrophobic or polar interactions. Some of these polar interactions include hydrogen bonds, salt bridges, metal coordination.

**B.     Limitations of molecular modeling**

33.     While modeling has taken on an increasingly important role in drug discovery, it is important to keep in mind the limitations to the current state of the art. Regrettably, we have not reached the state of modeling in more engineering-based disciplines where the models can provide quantitatively accurate results.

34.     There are several overarching limitations on molecular models in drug discovery. First, any attempt to rigorously model a molecular system as large and complex as a protein runs up against a combinatorial explosion in terms of the number of potential geometric states of the protein. Simply put, evaluating the energy of all the possible conformations and relative orientations of hundreds or thousands of atoms presents a huge numbers problem. All molecules are highly flexible and might exist in any number of combinations of internal rotations. These states are called conformations. This conformational flexibility alone leads to a combinatorial explosion for even modest size molecules since the number of possible conformations increases exponentially with the number of rotatable bonds. In addition to this conformational flexibility, solvent molecules, ligands, proteins, and salts are all susceptible to rotational and translational motion that again leads to a huge combinatorial explosion of potential geometric states that need to be evaluated in order to correctly assign complex properties such as the free energy of binding

12

for ligands to a specific protein target. A wide variety of methods have been developed to allow for better sampling including low-mode[9] conformer search and simulations methods such as molecular dynamics or Monte Carlo.[10] These methods should be used judiciously when evaluating protein structures as in some cases they may lead to structures that deviate from experiment because of limitations in the forcefield, sampling, or other aspects of the model.

35.    The second fundamental problem is the very small energetic differences that govern chemistry, particularly the non-covalent interactions that are so important in protein-ligand binding. A difference of only 1.4 kcal/mol in binding affinity results in a 10-fold difference in affinity. This means to achieve high confidence in predicted binding affinities we would need models (predominantly in the case of drug design, these are classical force fields) that have sub-1kcal/mol accuracy. This is particularly daunting given that the absolute energy for a protein-sized molecule could be hundreds or thousands of kcal/mol. Even the best force fields are unable to approach anything close to 1 kcal/mol accuracy.

36.    Quantum methods (QM) can achieve higher accuracy than force fields for small molecules where high levels of theory can be employed, but even the most advanced QM methods can only achieve this level of accuracy in limited cases. While high-level QM calculations are an improvement generally over force fields, the cost of QM calculations are exponentially related to molecular size. This is why more efficient classical force fields are more commonly employed in structure-based drug design among those of ordinary skill in the art. There are also hybrid QM/MM methods, but these introduce their own set of issues with regard to handling the interface between methods, such as how to handle atoms that cross the QM-MM boundary.[11] The practical result is that even heroic calculations using state-of-the-art force fields, extensive sampling, and sophisticated perturbation methodology that are extraordinarily expensive computationally can

only approach this level of accuracy on certain well-selected homologous systems.[12]  These two limitations plague all aspects of modeling but are particularly important for structure-based models including docking and scoring.

37.     Another limitation relates to the amount of data that is available for a given structure, which limits the types of conclusions one can reach based on modeling. Crystal structures are based on experimental diffraction data, as mentioned above. But there can be a large difference in how much data is generated based on factors such as the size and quality of the crystal. In high-resolution structures the data is more than sufficient to locate at least the heavy atom positions with accuracy. In the case of medium or lower resolution structures, there is correspondingly less experimental data. Because there is less experimental data available, these crystal structures rely to a greater degree on computational methods to fill in the missing information. Thus, all structures have an associated error. Increasingly, cryoEM is being employed to solve protein structures, particularly those that are recalcitrant with respect to x-ray crystallography. A limitation of many of these structures is the relatively poor resolution, but the methodology is improving rapidly.

38.     When comparing cocrystal structures to apo-structures or other cocrystal structures it is not uncommon to see differences in the underlying protein structure. These changes are due to flexible residues or loops moving to accommodate the bound ligands or lack of a bound ligand. This is sometimes referred to as induced fit. The practical importance of this is that the protein structure without a ligand present can be different in many key structural details from structures with the ligand present.

### C.     Hierarchy of information

39.     Ultimately, a molecular model examines a ligand bound to a protein of interest. The inputs into this model can vary depending on available information regarding the structures of the

proteins and ligands of interest. Generally, however, the quality and therefore usefulness of a model fits within the following hierarchy:

a. **Protein structure of interest with the bound ligand of interest**. For example, if the ligand of interest is bictegravir and the structure of interest is HIV-1 integrase, the experimental data would reflect bictegravir bound to HIV-1 integrase. A cocrystal structure is the most useful because it contains structures of both variables of interest: the ligand and the protein. I understand generally that the HIV-1 integrase intasome has proven very difficult to solve. However, the recent cryoEM SIV integrase structure is very close to this ideal situation. Even though the structure is for SIV rather than HIV-1, the identity of the two proteins is very high at 75% and the identity in the ligand binding site is extremely high at 90%. In addition, these cryoEM structures have the ligands of interest, DTG and BIC, bound leaving no doubt about the cocrystal geometries.

b. **Protein structure of interest with a bound ligand different from the ligand of interest.** For example, if the ligand of interest is bictegravir and the structure of interest is HIV-1 integrase, the experimental data would reflect dolutegravir bound to HIV-1 integrase. The conformation of the protein of interest may differ depending on the bound ligand because the bound ligand is different from the ligand of interest. As a result, the different interaction that the bound ligand has with the protein may impact the quality of conclusions one can draw about the ligand of interest.

c. **A homology model that uses a related protein structure because the crystal structure (or cryoEM structure) is not available for the protein of interest.** Within this category, there are two considerations that affect the quality of the model. The first consideration is the overall sequence identity between the protein of interest and the reference protein. Generally, a reference protein that has a higher sequence identity is better than a reference protein with less sequence identity. For example, PFV integrase has an approximately 15-20% sequence identity with HIV-1 integrase. Simian immune deficiency virus (SIV) integrase has approximately 75% sequence identity with HIV-1 integrase. In the binding site the identity for SIV integrase is extremely high at more than 90%. At this level of identity in the SIV model, the structure is comparable to having HIV-1 integrase itself. At a minimum, a model based on SIV would be superior to a PFV-based model. The second consideration is whether the related protein has a bound ligand and, if so, what ligand is bound. Having the ligand of interest bound to the related protein structure is better than having another ligand bound to the related protein structure, for the reasons discussed above.

d. **Protein structure of interest but without a bound ligand.** The quality of such a structure compared to other possible structures depends on the nature of the protein target, particularly with respect to the ligand binding site. If the binding site is relatively unchanged by the presence of the ligand, the structure could be very useful for design. If, however, the protein undergoes

15

a major change in structure in order to bind the ligand (such as HIV integrase) then the apo-structure may provide only limited value.

## VII.   OVERVIEW OF MOLECULAR MODEL

### A.   Model overview and design

40.     There is no available structural data showing bound ligands to HIV. The available structural data instead consists of (i) cryoEM structures for integrase inhibitors bound to SIV integrase[13] (which has a high sequence identity with HIV-1); (ii) a series of crystal structures for integrase inhibitors bound to PFV integrase[14] (which has a low sequence identity with HIV-1); and (iii) a single cryoEM structure of HIV-1 integrase with no bound ligand.[15] The SIV protein structure has a high homology with HIV-1 and has both dolutegravir and bictegravir bound. The PFV protein structure has relatively poor homology with HIV-1, but has a relevant ligand bound. The cryoEM structure is HIV-1 integrase, but it has no ligand bound. The lack of ligand in the HIV-1 structure is problematic given the significant structural reorganization necessary for ligand binding. CryoEM also has lower resolution.

### B.   SIV-based structure

41.     Very recently, Cherepanov and colleagues presented the results for a new structure of integrase based on simian immunodeficiency virus (SIV) with both DTG and BIC bound (https://meetings.nigms.nih.gov/assets/AIDStructure2019/ProgramFinal2019.pdf). In the abstract for his presentation, Cherepanov described PFV-based models and their limited homology as "limit[ing] the use of this highly tractable system for optimisation of the clinical INSTIs. . . ."

42.     This represents a true breakthrough in the field, as SIV integrase, unlike PFV, has 75% overall identity with HIV-1 integrase. In addition to being a highly homologous protein structure, the structures have been solved with DTG and BIC bound. Thus, these structures are not only nearly equivalent with HIV-1 integrase, they also have the specific ligands of interest bound.

On our hierarchy of models, they might be considered only slightly below situation (a), i.e., the target of interest with the ligand of interest bound.

43.     I requested and received the refined structures from the Cherepanov group. The identity of SIV integrase with HIV-1 integrase is exceptional. Examination of the Cherepanov structure showed that the immediate binding sites in HIV-1 and SIV differ by only one residue. This is a change from HIV-1 Ser119 to Asp in SIV. Even out to 9 angstroms the sequence identity is more than 84%. Moreover, unlike the previous HIV-1 cryoEM structure (RCSB: 5u1c), these are not apo-structures, but have DTG and BIC bound. The SIV DTG structure compares favorably with both my cryoEM and homology models, discussed below.

### C.     Homology models

44.     In addition to the Cherepanov SIV model, I used PFV and the HIV-1 integrase sequence to construct a homology model of DTG or BIC bound in HIV integrase. In the case of the PFV structures, their use to aid in the discovery of HIV-1 integrase inhibitors is supported by their ability to bind known inhibitors and experience in the industry using these structures successfully. The most common approach for employing the PFV structure is to construct a homology model using the PFV 3D structure and the HIV-1 protein sequence. This approach has been used in both academic studies of HIV-1 integrase and commercial drug-discovery efforts.

45.     I constructed two computational models as part of my analysis. I built a homology model, following examples in the literature, for HIV-1 integrase with bound DTG and BIC using the PFV structure for DTG. (RCSB: 3s3m). I also used the cryoEM structure for HIV-1 integrase with no bound ligand (RCSB: 5u1c) in conjunction with the PFV ligand bound structure to create a hybrid model of HIV-1 integrase bound to DTG and BIC. These models were consistent with one another and the previous literature, increasing my confidence in their validity.

17

a.     DTG-Bound PFV Homology Model

46.     I used the PFV structure with DTG bound to construct a homology model. Given the low overall homology, it is useful to use structure as well as sequence to align the structures. Preference was given for residues in the catalytic core domain (CCD), since this is the region of interest. I also referred to the alignment published by Valkov et al.[16] The protein tools in MOE[17] were used to mutate residues near the binding site from PFV to native HIV-1 integrase using the HIV-1 integrase sequence in the cryoEM structure (RCSB:5u1c). The resulting model was run through a series of protein preparation routines to repair breaks, missing residue atoms, add hydrogens, and compute protonation states for all titratable residues. The model was assessed using standard quality metrics, e.g. phi-psi angles, and subjected to constrained optimization out to a range of 10 Angstroms from the DTG ligand. This model compares well to the original PFV-DTG structure when overlaid in the mostly conserved binding site pocket.

b.     DTG-Bound Model Based On CryoEM Structure

47.     The recently reported cryoEM structure provides the first complete structure of HIV-1 integrase, albeit without a bound ligand. The cryoEM structure is useful for evaluating the overall structure of PFV and the PFV-based homology model with HIV-1 integrase. The overlay in the CCD region is generally good.

48.     The lack of bound ligand is problematic and means even though the structure is for HIV-1 integrase rather than PFV it cannot be used directly to model inhibitors such as DTG or BIC. In this case, the HIV-1 protein 3D structure can be used directly, except that the structure has to be manipulated in order to create a ligand binding site. This was done using the PFV structure with bound DTG (PDB:3s3m) as a template.

18

49.     The cryoEM HIV-1 integrase structure was used to construct a DTG bound model for HIV-1 integrase. The PDB:5u1c structure was also subjected to the standard protein preparation tools in MOE. The PFV with bound DTG structure (PDB:3s3m) was then overlaid on the binding site region of 5u1c and the structure was modified by converting a glutamine in 5u1c (aligned with Glu221 in 3s3m) to glutamate. An additional metal was inserted in the structure using the PFV geometry, and the bound DNA in 5u1c was modified to adopt the geometry found in PFV with DTG bound. Since the cryoEM structure does not contain waters, a few key waters from PFV that surround the metal binding sites were also added to the 5u1c structure. This model was subjected to the MOE Protonate-3D routine to assign protonation states to titratable residues and the active site around DTG was subjected to constrained minimization. RISM-3D was employed to solvate the final model.

c.      DTG-Bound Model Comparison

50.     The homology based on PFV and cryoEM with a modified binding site were compared and overlap nicely. Both pass the standard structure evaluation tests, with the cryoEM structure showing a bit more geometric variation. This is reasonable given the lower resolution. The fact that both approaches converge on essentially the same model gives added support to the validity of the derived models for HIV-1 integrase bound to DTG.

51.     The PFV homology model and HIV-1 cryoEM model active sites are compared in Figure 1. Both models and the bound ligand show good agreement. The Merz model is also compared but the Tyr143 is rotated away from the ligand in the Merz model.



Merz DTG model                                        SIV DTG structure



HIV-1 DTG model                                       PFV homology model

Figure 1. Comparison of my homology and cryoEM models to the SIV structure and the Merz model. Tyr143 is highlighted to show its effect on the binding pocket.

d.    BIC Models

52.    The BIC structure was docked into both of these models. The best pose and conformation by docking were subjected to constrained minimization in the model binding site as described previously. In addition, 3D RISM calculations were employed to populate the model with waters. This is particularly useful for the model using the 5u1c cryoEM structure, since no water structures can be derived from this low-resolution experiment.

53.    The resulting models for BIC bound to HIV-1 integrase are consistent with expectations based on the PFV-DTG crystal structure, a docked PFV-BIC model, and with one another. It is important to note that the binding-site geometry for all the available PFV crystal structures and both the RCSB:3s3m homology model and the RCSB:5u1c cryoEM structures are consistent with regard to the positions and geometry of the binding site residues. The bound DTG and BIC ligands in the HIV-1 cryoEM model are shown in Figure 2.



5u1c BIC model view 1 (a)                    5u1c DTG model view 1 (d)



5u1c BIC view 2 (b)                    5u1c DTG view 2 (e)

5u1c BIC ligand electrostatics (c)     DTG surface with electrostatics (f)

Figure 2. Views of DTG and BIC bound in the cryoEM HIV-1 integrase models.

## VIII.   SUBSTANTIAL DIFFERENCES EXIST BETWEEN BICTEGRAVIR AND THE MOLECULES OF CLAIMS 2 AND 6

### A.   Bictegravir and molecules in claims 2 and 6 occupy different space and make different contacts within the loop pocket

#### a.   SIV Structure Shows Substantial Differences Between Bictegravir and Compounds In Claims 2 and 6

54.     Cherepanov's SIV structure illustrates several substantial differences between BIC and DTG. The most important comparison is the SIV DTG structure with the SIV BIC structure from Cherepanov's structure. These are compared in Figure 3 below. The protein binding site overlap is very good. Some of the key differences in the A-ring and benzylamine are clear from this comparison. The BIC A-ring has a more spherical bicyclic structure relative to DTG and the acceptor ether oxygens are separated by approximately 2 angstroms.





View 1                                   View 2

Figure 3. Comparison of the SIV-DTG (cyan) and SIV-BIC (magenta) structures.

55.    The bound ligand A-rings are compared in Figure 4 with respect to geometry and size. This comparison requires no particular expertise in chemistry to show that the A-rings are both significantly different and are making significant contact with the protein. Bictegravir makes greater contacts with the integrase enzyme than dolutegravir does in this portion of the integrase enzyme. This difference is likely important for resistance and has been highlighted in the most recent SIV work by Cherepanov[18] and previous resistance profiling by Smith et al.,[19] where the resistance profile for BIC is shown to be significantly improved over DTG.



BIC view 1                    DTG view 1



BIC view 2                                DTG view 2

Figure 4. Experimental structures for SIV integrase with DTG or BIC bound.

56.   Comparison of just the two bound ligands (without the integrase protein structure) reinforces some of the most significant structural and electronic differences between DTG and BIC. The electrostatic surfaces for the bound ligands are compared in Figure 5 below. The partial atomic charges are displayed on the solvent accessible surface area. Red surfaces indicate atoms

that have negative partial charges and blue surfaces indicate atoms with positive partial charges. These charges impact how the molecules interact with integrase and the types or strengths of contacts that are formed.

57.     As can be seen in Figure 4, the A-ring in BIC is larger and more spherical in shape. Apart from showing the generally different shapes of the respective A-rings, the images show that the negatively charged oxygen in bictegravir's A-ring is in a different location than the oxygen in dolutegravir's A-ring. Given the difference in location, the negatively charged oxygen in bictegravir's A-ring makes different contacts with integrase and solvent than the oxygen in dolutegravir's A-ring. This is a substantial difference because charge-charge interactions can be large, and it is particularly important to have complementary charge-charge interactions between ligand and the protein-solvent environment.



Figure 5. Comparison of DTG and BIC ligand electrostatics.

b.     SIV Ligand-Based Comparisons

58.     I also used a variety of ligand-based approaches to compare DTG and BIC with regard to structure, pharmacophore, electronic structure, and properties. I employed *ab initio* quantum calculations (Spartan 18, www.wavefun.com) to compute geometries, energies,

molecular properties, and partial atomic charges for DTG, BIC, additional structures suggested by claim 2, and other structures from the literature that are useful examples. In order to be consistent with the work of Professor Merz, the geometries were optimized at the MP2/6-31G* level and the energies, Mulliken charges, and other molecular properties were computed at the MP2/6-31G* level.

59.     As discussed above, a pharmacophore is a three-dimensional collection of atom types that are complementary to the protein binding site. Common pharmacophore points are hydrophobic sites (that interact with other hydrophobic sites), hydrogen-bond donors or acceptors, charged groups, and special atom types (e.g. halogens, metals, etc.) A good pharmacophore describes how a small molecule ligand interacts with the appropriate binding site.

60.     Comparison of the ligands from the SIV integrase cryoEM structure shows that similar to the mapping of the electrostatics on the surface, there are substantial differences in pharmacophore elements between these ligands. Key pharmacophore points for DTG and BIC based on the bound ligands are shown in Figure 6.



DTG orientation 1                    BIC orientation 1

DTG orientation 2                    BIC orientation 2

DTG orientation 3                    BIC orientation 3

Figure 6. Comparison of key pharmacophore elements in the A-ring and benzyl substituents.

61.    In the benzylic ring, the lack of a third fluorine in DTG means that a key feature is missing in comparison to BIC. This also has an effect on the symmetry, dipole moment, number of potential hydrophilic/hydrophobic interactions, and the electronic properties of the aryl ring.

With regard to the A-ring, the conformationally locked bicyclic structure in BIC places the key hydrophobic and particularly hydrogen bond acceptor pharmacophore points in very different 3D positions in comparison to the bound conformation of DTG.

62.     From the Cherepanov structure, it is my opinion that BIC and DTG have substantial differences. This is evident in the fact that BIC has more and different contacts with the protein than DTG, both in the A-ring and the benzyl tail. In addition, the ligands have different electrostatic properties and different pharmacophores.

c.     Homology Models Show Substantial Differences Between Bictegravir and Compounds In Claims 2 and 6

63.     My conclusions based on Cherepanov's SIV structure are consistent with my own homology model. The A-ring in BIC is larger by virtue of its bicyclic nature than the A-ring in DTG and, therefore, has more opportunities to interact with the HIV-1 integrase active site. Moreover, the A-ring of BIC is more symmetric having a shape that is nearly spherical. Therefore, it presents a very different shape for complementary binding by the protein. Indeed, I hypothesize that the spherical shape may be responsible for the "greater flexibility" of the BIC A-ring described in the Smith et al. paper. That is, rather than the BIC A-ring having more conformational flexibility, the spherical nature of the BIC A-ring facilitates its interaction with a variable protein binding site brought about by mutations. The spherical shape of the BIC A-ring is very clear from the calculated molecular surface, as also discussed above with respect to the SIV structure.

64.     The A-ring in BIC occupies more space in the model HIV-1 integrase binding site and has correspondingly more meaningful contacts. This is clear when comparing the figures where the binding site and ligands are both represented as solvent accessible surface areas. For example, in Figure 7 the surface area for DTG and BIC in the A-ring region is shown for comparison.

30



(a)



(b)



(c)



(d)

Figure 7. Surface of DTG (cyan) and BIC (magenta) ligands in bound models for HIV-1 integrase derived from the cryoEM structure (5u1c). (a) both ligands orientation 1, (b) DTG orientation 2, (c) BIC orientation 2, and (d) both ligands superimposed in orientation 2.

65.     In addition, compounds in claim 2 are substantially different from each other. The following molecules are within the scope of claim 2. I created a model using these compounds and the HIV-1 model based on 5u1c. They were docked with the only constraint being that they needed to interact with the critical metal sites (Figure 8).



Claim 2 compound A



Claim 2 compound B

Claim 2 compound C

Figure 8. Docking for compounds from claim 2

66.     As can be seen from the images above, certain molecules within the scope of claim 2 are unlikely to fit in the loop pocket at all. For compound C, the difluoro benzyl group is thrust out into solvent, different from dolutegravir. As a result, these molecules within the scope of claim 2 are also substantially different from bictegravir.

67.     Bictegravir is also substantially different from other compounds within the scope of claim 2. I understand that ViiV contends that the following molecule is within the scope of claim 2.



Exemplary1

68.     Similarly, in its complaint ViiV asserts that BIC is structurally analogous to the di-methyl analog of DTG, Exemplary1. I also examined this compound from the '385 patent since it was explicitly provided as an example of a related compound in the ViiV complaint.

69.     Exemplary1 was placed in the DTG homology model and minimized in the binding site. This structure was extracted from the binding site and the A-ring was subjected to low-mode conformational analysis in MOE. The resulting lowest three conformations were then minimized using QM DFT/6-31G* calculations to a local minimum followed by optimization using MP2/6-31G*. The resulting structures and relative conformational energies are shown in Table 1. The conformation drawn in the complaint (conformation 2 in Table 1 below) has a severe 1,3 diaxial repulsive interaction and is 2.7 kcal/mol less stable than conformation n 3.

Table 1. Conformational Energies for Exemplary1

| Conformation | Structure | MP2/6-31G* Hartrees | E relative kcal/mol |
|---|---|---|---|
| 1 | | -1646.881061 | 1.78 |
| 2 | | -1646.879666 | 2.65 |
| 3 | | -1646.883898 | 0.00 |

70.     The most favorable conformation (3) was superimposed on DTG in the 5u1c_DTG_model. The structures are shown in Figure 9, including comparisons to BIC. The

distance between the two methyl substituents in the most favorable conformation for Exemplary1 is quite large at 5.06 angstroms (Figure 10).



(a)



(b)



(c)



(d)

Figure 9. (a) The HIV-1 cryoEM model for BIC (magenta) compared with the superimposed lowest energy conformation for Exemplary1 (conformation 3, green). The Exemplary1 A-ring looks nothing like BIC. (b) Superposition of ligands. (c) Surface of ligands orientation 1. (d) Surface of ligands orientation 2.



Figure 10. Distance between methyls for the lowest energy conformation of Exemplary 1.

71.     As can be seen above, without regard to the potential for ligand binding, Exemplary1 would not be expected to adopt a conformation where the two methyl substituents are diaxial with regard to one another. As with the other compounds discussed above, this compound within the scope of claim 2 is also substantially different from BIC given that Exemplary1 makes different contacts within and without the loop pocket.

**B.     BIC's different and more contacts with HIV-1 integrase is consistent with data showing difference in BIC's and DTG's susceptibility to mutations**

72.     Based on my homology model and confirmed by the SIV structure, bictegravir makes different and more contacts with HIV-1 integrase such that it is less susceptible to integrase mutations. Bictegravir is bigger, fills more of the space, and makes more interactions than dolutegravir (Figure 11). Based on my review of the literature, I understand there are some common mutants that affect the efficacy of dolutegravir more than bictegravir. The following are examples of single mutations that have a bigger effect on dolutegravir than bictegravir. I created a model that reflects the location of these mutants. There is one residue that is close to the A-ring

38

side and there are two that are closest to the benzyl tail, areas where DTG and BIC differ. These are the single mutations that showed the most significant differences in the resistance profile of BIC over DTG (Smith et al.).



Figure 11. The H51Y, G118R, and R263K mutations are shown rendered as ball and stick in the SIV integrase BIC structure.

### C. Bictegravir has different conformational flexibility than the molecules in claims 2 and 6

73.     The bicyclic nature of BIC has a profound effect on the conformational flexibility of the A-ring as pointed out by Dr. Merz. This alone would be a substantial difference in the eyes of most chemists. Conformational flexibility takes on greater importance in the context of any ligand binding to a protein target. It can influence the potency, depending on whether the "correct" conformer is most stable. DTG has significant conformational flexibility, as mentioned in Dr. Merz's report.

39

74.     I repeated Dr. Merz's analysis by carrying out a low-mode conformational search in MOE followed by QM evaluation of the most significant conformations. The lowest energy conformation for DTG at the MP2/6-31G* level is not the experimentally observed bound conformation, but a conformation where the ether oxygen in the A-ring is in an equatorial orientation. BIC is conformationally locked by virtue of the bicyclic A-ring and forces the A-ring ether to adopt the equatorial conformation. These results are identical to Dr. Merz's calculations except that he concludes that this is not a significant difference between the DTG and BIC A-rings.

75.     Dr. Merz suggests the conformation is irrelevant because of "the lack of specific contacts of DTG's ring A with the intasome in this region." (Merz Report at ¶¶145). As pointed out repeatedly above, the idea put forward by Dr. Merz that "ring A does not form strong interactions with the protein surface, and thus the protein structure does not restrict the conformational flexibility of ring A in DTG" (Merz Report ¶146) is incorrect in view of the structural or modeling results.

76.     While it is true that the energy difference is small enough that it might be overcome upon ligand binding, I disagree that DTG would be equally likely to adopt either conformation. It should be pointed out that the PFV crystal structure and recent SIV integrase cryoEM structure both show that DTG is bound in the O-axial conformation. If the equatorial-O conformation is more energetically stable, Dr. Merz fails to explain how an integrase binding site with no meaningful interactions with the A-ring is able to influence DTG to adopt a higher energy conformation in the bound state. Apart from any other considerations, the fact that DTG is induced by the protein to bind in a higher energy state is itself conclusive evidence of meaningful and energetically favorable interactions between the HIV-1 integrase binding site and the A-rings of DTG and BIC.

40

77.     Dr. Merz hints at a significant difference between DTG and BIC that is related to the DTG conformation. Again, in paragraph 146 he states "Additionally, I observe that when DTG's ring A is in the methyl-equatorial conformation, its ring A oxygen atom is closely aligned with BIC's corresponding ring A oxygen atom . . . ." (Merz Report ¶146). Thus, while DTG is flexible and might be able to adopt this conformation, BIC is by virtue of its bicyclic structure conformationally locked so that it can only adopt this structure with respect to the oxygen. This is a substantial difference from DTG.

**D.      Bictegravir has a different size and shape than the molecules in claims 2 and 6**

78.     I also used the cheminformatics tools in MOE to compute other molecular descriptors as well as Vortex (Dotmatics Limited) for some of the statistical analysis and graphics. A variety of molecular properties can be computed for the A-rings in DTG, BIC, and other compounds claimed in the '385 patent. These include strictly molecular quantities such as principal moments of inertia, dipole moments, and globularity (a measure of spherical character).

79.     The spherical nature of the DTG and BIC A-rings can be quantified by computing a property termed globularity and the principal moments of inertia (available in MOE). As we might expect, BIC has a much higher globularity index[20] indicating a more spherical shape.  Some of these differences are seen in Table 2 and Figure 12.

Table 2. Shape Properties of A-Rings

| Name | Globularity | pmi1 | pmi2 | pmi3 | rings |
|------|------------|------|------|------|-------|
| DTG A-ring | 0.43 | 135.6 | 182.9 | 246.0 | 1 |
| BIC A-ring | 0.66 | 172.8 | 198.9 | 237.9 | 2 |
| di-F-benzene | 0.00 | 137.0 | 299.7 | 436.7 | 1 |
| tri-F-benzene | 0.00 | 299.7 | 299.9 | 599.6 | 1 |
| adamantane | 1.00 | 300.5 | 300.5 | 300.6 | 3 |

80.     The principal moments of inertia for the DTG and BIC A-rings show significant variation with BIC being more spherical. This is also supported by the globularity scores which range from 0 for a planar molecule to 1 for a completely spherical molecule. The globularity scores have been extracted and plotted in Figure 12.



Figure 12. Globularity scores for A-ring and aryl substituents.

81.     The BIC A-ring has a significantly higher globularity value than DTG, in agreement with the other observations that the BIC A-ring is more spherical by virtue of the bicyclic rings. For comparison, the aryl groups have globularity values of 0 and adamantane has a value of 1 consistent with the limiting cases.

82.     Molecular topology can also be used to characterize the shape, branching, and other properties of small molecules. I have two standard topology descriptors: atom pairs[21] and ECFP4[22] to compare the A-rings and substituted aryl substituents. ECFP4 looks at atom types (e.g., C, N, O) and paths of four atoms from each atom center to encode atom types and shape. These molecular

42

fingerprints will be discussed in more detail later in the report. I calculated these scores for DTG's and BIC's A-rings. The scores are reported in Table 3.

Table 3. Tanimoto topological similarity scores (a score of 1.0 indicates identity, 0 indicates no fingerprints in common)

| Structure 1 | Structure 2 | AP Tanimoto[a] | ECFP4 Tanimoto[b] |
|---|---|---|---|
| BIC A-ring | DTG A-ring | 0.40 | 0.23 |
| Tri-fluorobenzene | di-fluorobenzene | 0.49 | 0.53 |

Computed using ChemMine (a). Computed using MOE (b).

83.     The Tanimoto scores are low, indicative of poor similarity between the A-rings. This is particularly true for the BIC and DTG A-rings using ECFP4, a descriptor that is probably more discriminating with regard to local topology.

### E.     Substantial differences exist between bictegravir's tri-fluoro benzyl tail and the benzyl tail in the molecules of claim 6

84.     On the other side of the molecules, BIC's tri-fluorobenzene is substantially different from claim 6's di-fluorobenzene (or alternately, molecules with a di-fluorobenzyl tail). From a molecular point of view, additional fluorines increase hydrophobicity and they are strongly electron withdrawing by nature of their high electronegativity. Additionally, tri-fluorobenzene is much more symmetric, belonging to a different point group (C2V versus Cs) and having a computed dipole moment of 0 Debye as compared to the di-fluoro substituent which has a computed dipole moment at the MP2/6-31* level of 1.45 Debye.

85.     More important for comparing the compounds in a drug discovery context, the aryl substituent in DTG and BIC sits in a flat portion of the enzyme-binding pocket where the most significant interaction is a pi-stacking interaction with cytosine. The additional fluorine would be expected to make the pi system in the aryl substituent of BIC less electron rich than DTG. This is

supported by the same MP2/6-31G* calculations that show a shift of the highest molecular orbital in tri-fluorobenzene of -9.84 eV compared to -9.39 eV in di-fluorobenzene

86.     It has also been asserted by Dr. Merz that addition of a third fluorine to the aryl ring is an insubstantial change. This argument fails even the most cursory comparison. Some of the electronic and structural differences are summarized in Table 4.

Table 4. Computed properties for di-fluoro and tri-fluoro benzene

| Computed property B3LYP/6-31G* MP2/6-31G* geometry | di-fluorobenzene | tri-fluorobenzene |
|---|---|---|
| Dipole moment | 1.45 Debye | 0 |
| Point group | C2v | Cs |
| HOMO energy | -9.39 eV | -9.84 eV |
| Volume Spartan | 108.5 Ang.$^3$ | 113.0 Ang.$^3$ |
| HOMO |  |  |

| Computed property B3LYP/6-31G* MP2/6-31G* geometry | di-fluorobenzene | tri-fluorobenzene |
|---|---|---|
| LUMO |  |  |

87.     The di-fluoro analog is computed to have a large dipole moment at 1.45 Debye as opposed to no net dipole for the tri-fluoro analog. It also belongs to a different point group indicating different molecular symmetry. The difference in the highest occupied molecular orbital (HOMO) is indicative of an aromatic ring in the case of the tri-fluorobenzene that is significantly less electron rich, a factor in the interaction of this substituent with the cytosine in the binding site. The symmetry of the HOMO is also quite different as shown in the table. These are substantial differences that are a direct result of substitution of the aryl ring by a third fluorine.

88.     In conclusion, BIC is substantially different from DTG and other molecules within the scope of claims 2 and 6. BIC has a substantially different A-ring and benzyl tail from DTG's A-ring. As a result, BIC is substantially different from DTG as a whole as well as the other compounds in claim 6. In addition, BIC is substantially different from other molecules within the scope of claims 2 and 6, which are in turn substantially different from each other.

## IX.    DR. MERZ'S AND DR. WIPF'S CALCULATIONS DO NOT SHOW THAT BICTEGRAVIR IS "INSUBSTANTIALLY DIFFERENT" FROM THE MOLECULES IN CLAIMS 2 AND 6

### A.    Merz's model obscures the differences between BIC and DTG

89.    The graphical rendering of the DTG and BIC binding site in the Merz models underestimates the number and types of interactions the A-ring has with the integrase binding site for two reasons.

90.    First, the Merz model has a more "open" binding site due to the unusual conformation of Tyr143. This is shown in Figure 13 in comparison to the Tyr143 location and resulting binding site in the SIV integrase structure.



Merz model for DTG bound to HIV-1 integrase          Cryo-EM structure for DTG bound to SIV integrase

Figure 13. Comparison of DTG binding site. Open Tyr143 structure is different from the HIV-1 integrase cryo-EM, SIV integrase cryo-EM structure, and the PFV integrase crystal structure.

91.    In my models (homology and HIV-1 cryoEM) and the SIV structure, the tyrosine is in close proximity to the ligand and helps define the binding site. In the Merz model, Tyr143 is rotated out and away (Figure 14) from the binding site. The conformation of Tyr143 in the Merz

model is not in agreement with my models, the PFV crystal structures, the HIV-1 integrase cryoEM structures, or the most recent SIV structures.



Figure 14. SIV structure with bound DTG (magenta), HIV-1 cryoEM based model with bound DTG (cyan), and PFV homology model (gold) compared to the Merz model (green). Tyr143 is in a very different conformation in the Merz model.

92.     The second issue with Merz's model is just graphical. The figures in Merz's report show DTG and BIC as stick drawings. This provides no visual cues with respect to the size and shapes of the ligands. Even using the more "open" binding sites in Merz's models, adding solvent-accessible surfaces on the protein and ligands shows that the A-ring is making fruitful contacts with the protein. I have rendered the Merz models below introducing accessible surfaces to both ligand and protein (Figure 15).

47



DTG                                BIC

Figure 15. Binding site for DTG and BIC in the Merz model for HIV-1 integrase. Tyr143 and part of the beta4 alpha2 loop are shown for reference. For BIC, Arg231 is also shown.

93.     As a result, Merz's own data does not support his assertion that the A-rings are far

removed from the integrase protein and essentially just extending out into solvent. In addition to

the visual evidence showing that this is not the case, there is the difficulty of explaining why binding to HIV-1 integrase apparently induces DTG to adopt a less favorable conformation (the conformation where the ether oxygen is in an axial rather than equatorial position). There would be no reason for this "induced fit" unless the interaction of the A-ring with the protein is favorable enough to overcome the energy difference between conformations.

94.     Another interesting result from the Merz BIC model is the location of Arg231. In the BIC model, Arg231 is drawn in close to the BIC A-ring. Indeed, simple sampling of the Arg231 sidechain in the Merz BIC model (MOE) provides low energy conformations where Arg231 can approach the ether oxygen in BIC to form a favorable hydrogen bond. No such interaction is possible for DTG because of the location of the ether oxygen in the bound conformation.

### B.     Dr. Wipf uses improper structural similarity scores in trying to show insubstantial differences

95.     Dr. Wipf, and to a lesser degree Dr. Merz, allege that BIC and DTG can be shown to be insubstantially different based on a cheminformatics analysis of the topological similarity for the two ligands.

96.     This is arguably a misapplication of topological similarity. Topological similarity is generally used as an approximate and fast method for searching large, sometimes extremely large, databases of compounds in order to rapidly identify structures that might be structurally related to a probe molecule. Any similarity score depends on the descriptors used (or misused) to represent the structures.

97.     Dr. Wipf makes this point in the documents attached to his report. For example, he uses two common topological approaches: atom pairs (AP) and maximum common subgraph (MCS) to evaluate DTG and BIC (Figure 16).



Figure 16. These similarity scores (Tanimoto) for BIC and DTG using AP and MCS descriptors are taken from the Wipf report.

98.     The Tanimoto score ranges from 0.65 to 0.94 just depending on which scheme is selected. Wipf cites the article by Cao et al.[23] to argue that MCS is superior, but there are problems with this assertion. The Cao paper only looks at a relatively small number of test compounds for similarly limited targets. The real emphasis of the paper is demonstrating a faster method for computing MCS. AP descriptors by contrast have been employed extensively in the industry and have been tested against a wider variety of compounds and pharmaceutical targets.  The original AP publication has been cited more than 800 times.

99.     The two descriptors are really meant for different purposes in that APs are a robust and general method for computing topological similarity while MCS is more important for finding common cores. Both are useful, but to compute both and take the one that gives the desired answer is suspect at the least.

100.     The limitations of MCS relative to APs in this context are trivial to demonstrate. The MCS Tanimoto score has an extreme reliance on having an identical core subgraph. In order to demonstrate how this can affect the computed Tanimoto scores, I also evaluated the similarity of DTG with the DTG structure where I changed a single carbon atom to silicon using the same ChemMine website used by Dr. Wipf (http://chemmine.ucr.edu).

50

101.    When the single atom in DTG is modified to change its atom type (C to Si) the AP Tanimoto is no longer identity (i.e. 1.00) but falls to 0.88.



102.    This is expected, of course, as it is a difference. However, in the case of the MCS Tanimoto score this change leads to a precipitous drop from 1.00 to 0.40. This is due to the change of a single atom type. The impact is so devastating because the change occurs in the core substructure (i.e., subgraph).

Figure 17. AP and MCS Tanimoto for DTG and DTG with a single atom changed from C to Si.

103.    Other metrics are more appropriate than MCS and are consistent with the AP Tanimoto scores. I have also computed the Jaccard/Tanimoto scores using the ECFP4 fingerprints as implemented in MOE and Vortex. While AP descriptors might be considered a "trusted classic," the extended connectivity fingerprints (ECFP) developed by Rogers and Hahn have become one of the most heavily used topological descriptors for a wide range of datamining and quantitative structure-activity (QSAR) work.  The impact and importance of these molecular fingerprints is evidenced by the fact that the Rogers and Hahn paper has been cited 1,800 times. They certainly

provide a more granular description of molecular topology, with the ECFP4 descriptor being particularly important.

104. 

105.    I have used a script provided by Chemical Computing Group to compute ECFP4 fingerprints in MOE. I also used the implementation in Vortex. The results are consistent with one another, but Vortex provides some nice additional visualization tools. The Tanimoto (Jaccard) scores are reported in Table 5.

Table 5. Similarity by Jaccard/Tanimoto score for three topological descriptors

| DTG | BIC | AP score[a] | MCS score[a] | ECFP4 score[b] |
|---|---|---|---|---|
|  |  | 0.65 | 0.94 | 0.55 |

ChemMine (a). MOE (b).

106.    The extended fingerprint scheme in Vortex provides color-coded visual cues as to the part of a structure that is different (Figure 18). In the case of BIC compared to DTG, the core is shown as conserved, but both the A-ring and the benzylamide show significant differences as evidenced by the green and blue highlighted atoms. Looking at a broader range of topological descriptors, the Tanimoto scores suggest that DTG and BIC are actually quite distinct in terms of the structural topology.



DTG - DTG



DTG - BIC

Figure 18. Atoms highlighted to indicate similarity with red being equivalent out 4 atoms in every path and purple different at the first atom.

107.    To summarize, topological similarity scores are more useful in the context of searching large databases in order to find compounds. Putting that general criticism aside, if any

reasonable claims are to be made based on topology descriptors it is important to use appropriate descriptors that are robust and well tested, such as atom pairs and ECFP4. These descriptors are superior to MCS for this purpose given the fact that they are much more robust and vary in a more continuous manner. It should also be preferable to use multiple topological descriptors, and certainly one should not just pick the one that gives the desired result. Using a variety of well-validated descriptors, we see that they all find that DTG and BIC are substantially different.

### C.   A Mulliken analysis of the metal binding oxygens cannot show that bictegravir is insubstantially different from the compounds in claims 2 and 6

108.   Dr. Merz computes Mulliken charges for the core oxygens in DTG and BIC which form strong interactions with the metals in the HIV-1 integrase binding site. He then asserts that DTG and BIC are insubstantially different because these charges are essentially the same. I disagree that the Mulliken charges on these specific atoms can prove the molecules are substantially similar. It is not terribly surprising that the charges should be little changed by the substitutions at the A-ring or benzylic sites.

109.   The fallacy of this argument can be demonstrated by computing the Mulliken charges for additional molecules that are not substantially similar to any molecule in claims 2 and 6. I understand that earlier patents from a company called Japan Tobacco disclosed the following compounds (WO 2005/016927):



377                                             378

I also understand that the Japan Tobacco patent is prior art to the '385 patent and that ViiV cannot support its claim that bictegravir is "substantially similar" to the compounds of claim 2 and 6 in a

way that would also make the Japan Tobacco compounds "substantially similar." In other words, the '385 patent's claimed compounds cannot be substantially similar to compounds disclosed there.

110.    I used a procedure similar to Dr. Merz and minimized the structures at the MP2/6-31G* level to generate the Mulliken-based atomic charges. The Japan Tobacco compounds exhibit charges on all three oxygens that are also virtually identical (within 0.02e) to the charges on the same oxygens in DTG and BIC (Table 6). Clearly the charges have no value in comparing DTG with BIC, or with the other structures.

Table 6. Mulliken Charges

| Ligand | QM method | O A-ring side | O amide side | O- |
|--------|-----------|---------------|--------------|-----|
| RAL | MP2/6-31G* | -0.653 | -0.659 | -0.660 |
| DTG | MP2/6-31G* | -0.655 | -0.703 | -0.638 |
| BIC | MP2/6-31G* | -0.655 | -0.705 | -0.643 |
| 377 | MP2/6-31G* | -0.676 | -0.701 | -0.643 |
| 378 | MP2/6-31G* | -0.676 | -0.704 | -0.643 |

## X.    CONCLUSION AND RESERVATION OF RIGHTS

111.    I must respectfully disagree with the assertion of Dr. Merz that he has been able to use computational models to demonstrate that dolutegravir (DTG) and bictegravir (BIC) are insubstantially different.

112.    First, I challenge the notion that any modeling within the current state of the art is capable of showing that DTG and BIC are insubstantially different with regard to the myriad factors that are involved in the action of a drug. These include factors such as resistance profile, pharmacokinetics, pharmacodynamics, bioavailability, drug half-life, and toxicity.

113.     Nevertheless, in my modeling of DTG and BIC, both from a ligand perspective, and with regard to binding to HIV-1 integrase, I find many significant computed differences between claim 2 and claim 6 compounds and BIC. The A-rings are clearly different in terms of their conformational flexibility, shape, topology, and ability to interact with the HIV-1 integrase binding site. The DTG A-ring can adopt multiple conformations and the bound conformation may not be the most favorable based on relatively high-level quantum calculations. BIC is conformationally locked by virtue of its bicyclic structure. There is no ambiguity with respect to the preferred conformation. Even simple molecular descriptors that encode shape show significant differences between the A-rings. Examination of key pharmacophore points in the DTG and BIC A-rings also show major differences, particularly with regard to the oxygen acceptor in the A-ring.

114.     Similarly, the claim that substitution of the benzylamide with an additional fluorine has no consequences is difficult to justify. Fluorine is the most electronegative atom and as such has a strong effect on the electrostatics of the relatively polarizable phenyl ring. The addition of another fluorine modulates the electrostatic properties of the ring, increases hydrophobicity, and creates another potential electron rich pharmacophore point.

115.     Finally, in my view, it is not a coincidence that the A-ring and benzylamide rings are nearest to the residues identified by Smith as exhibiting the greatest differences in the resistance profiles.

116.     These differences are substantial whether viewed as separate limitations of the asserted claims or with respect to the claimed molecules as a whole.

117.     If I testify at trial in this matter I anticipate creating and using exhibits or demonstratives to assist my testimony and reserve the right to do so. I also reserve the right to provide a tutorial relating to the general topics contained within this report.

118. My opinions are based upon the information that I have considered to date. I reserve the right to revise, supplement and/or amend my opinions in response to additional opinions expressed by ViiV's experts. I further reserve the right to supplement or amend my opinions in response to any additional claim construction or other decisions by the Court. I likewise reserve the right to supplement or amend my opinions in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report, including at trial.

January 7, 2020

Chuck Reynolds, Ph.D.

[1] Fletcher JH. The Nomenclature of Organic Chemistry. Journal of Chemical Documentation. 1967 May 1;7(2):64-7.

[2] Francoeur E. The forgotten tool: The design and use of molecular models. Social Studies of Science. 1997 Feb;27(1):7-40.

[3] Kuntz ID. Structure-based strategies for drug design and discovery. Science. 1992 Aug 21;257(5073):1078-82.

[4] Kapetanovic IM. Computer-aided drug discovery and development (CADDD): in silico-chemico-biological approach. Chemico-biological interactions. 2008 Jan 30;171(2):165-76.

[5] Guner OF. History and evolution of the pharmacophore concept in computer-aided drug design. Current topics in medicinal chemistry. 2002 Dec 1;2(12):1321-32.

[6] Berman HM, Westbrook J, Feng Z, Gilliland G, Bhat TN, Weissig H, Shindyalov IN, Bourne PE. The protein data bank. Nucleic Acids Res. 2000;28:235-42.

[7] Bai XC, McMullan G, Scheres SH. How cryo-EM is revolutionizing structural biology. Trends in biochemical sciences. 2015 Jan 1;40(1):49-57.

[8] Cavasotto CN, Phatak SS. Homology modeling in drug discovery: current trends and applications. Drug discovery today. 2009 Jul 1;14(13-14):676-83.

[9] Labute P. LowModeMD□implicit low-mode velocity filtering applied to conformational search of macrocycles and protein loops. Journal of chemical information and modeling. 2010 Apr 29;50(5):792-800.

[10] Karplus M, Petsko GA. Molecular dynamics simulations in biology. Nature. 1990 Oct;347(6294):631.

[11] Senn HM, Thiel W. QM/MM methods for biomolecular systems. Angewandte Chemie International Edition. 2009 Feb 2;48(7):1198-229.

[12] Wang L, Wu Y, Deng Y, Kim B, Pierce L, Krilov G, Lupyan D, Robinson S, Dahlgren MK, Greenwood J, Romero DL. Accurate and reliable prediction of relative ligand binding potency in prospective drug discovery by way of a modern free-energy calculation protocol and force field. Journal of the American Chemical Society. 2015 Feb 12;137(7):2695-703.

[13] P. Cherepanov, et al., *Structural Basis of Second-Generation HIV Integrase Inhibitor Action and Virus Escape*, Abstract, Structural Biology Related to HIV/AIDS 2019. https://meetings.nigms.nih.gov/assets/AIDStructure2019/ProgramFinal2019.pdf

[14] Hare S, Smith SJ, Métifiot M, Jaxa-Chamiec A, Pommier Y, Hughes SH, Cherepanov P. Structural and functional analyses of the second-generation integrase strand transfer inhibitor dolutegravir (S/GSK1349572). Molecular pharmacology. 2011 Oct 1;80(4):565-72.

[15] Passos DO, Li M, Yang R, Rebensburg SV, Ghirlando R, Jeon Y, Shkriabai N, Kvaratskhelia M, Craigie R, Lyumkis D. Cryo-EM structures and atomic model of the HIV-1 strand transfer complex intasome. Science. 2017 Jan 6;355(6320):89-92.

[16] Valkov E, Gupta SS, Hare S, Helander A, Roversi P, McClure M, Cherepanov P. Functional and structural characterization of the integrase from the prototype foamy virus. Nucleic acids research. 2008 Nov 26;37(1):243-55.

[17] Molecular Operating Environment (MOE), 2019.01; Chemical Computing Group ULC, 1010 Sherbrooke St. West, Suite #910, Montreal, QC, Canada, H3A 2R7, 2019

[18] Hare S, Vos AM, Clayton RF, Thuring JW, Cummings MD, Cherepanov P. Molecular mechanisms of retroviral integrase inhibition and the evolution of viral resistance. Proceedings of the National Academy of Sciences. 2010 Nov 16;107(46):20057-62.

[19] Smith SJ, Zhao XZ, Burke TR, Hughes SH. Efficacies of Cabotegravir and Bictegravir against drug-resistant HIV-1 integrase mutants. Retrovirology. 2018 Dec;15(1):37.

[20] Meyer AY. Molecular mechanics and molecular shape. III. Surface area and cross-sectional areas of organic molecules. Journal of computational chemistry. 1986 Apr;7(2):144-52.

[21] Carhart RE, Smith DH, Venkataraghavan R. Atom pairs as molecular features in structure-activity studies: definition and applications. Journal of Chemical Information and Computer Sciences. 1985 May 1;25(2):64-73.

[22] Rogers D, Hahn M. Extended-connectivity fingerprints. Journal of chemical information and modeling. 2010 Apr 28;50(5):742-54.

[23] Cao Y, Jiang T, Girke T. A maximum common substructure-based algorithm for searching and predicting drug-like compounds. Bioinformatics. 2008 Jul 1;24(13):i366-74.

# Exhibit A

## Charles H. Reynolds
5824 Brittlyns Court
Austin, TX 78730
Email: creynolds@gfreebio.com, www.gfreebio.com

---

**Experience**

**2011-present** Founder, Gfree Bio, LLC

- Gfree Bio develops and delivers modeling, informatics, and structure-based design capabilities for emerging biotech companies. Gfree Bio has employed its computational chemistry capabilities to advance many successful drug discovery programs for over 30 companies ranging from start-ups to publicly traded companies.
- Principal Investigator for NIH STTR program (2016-2017) at Gfree Bio to develop new methodology for refining protein-ligand cocrystal structures.
- Acting Chief Scientific Officer, PPI Mimics, LLC (2013-2015), and Principal Investigator for two successful NIH STTR Phase I applications.
- Other collaborations include: NIH SBIR The Wistar Institute; multiple NIH SBIRs Phelix Therapeutics; NIH STTR Fox Chase Chemical Diversity and Drexel College of Medicine.

**2009-present** Director (Industry Advisory Board) QuantumBio Inc.

- Provided scientific and business development advice to senior management.

**2010-2011** Senior Director and Head of Discovery Technologies, Ansaris

- Responsible for scientific computing, proprietary discovery technology, structural biology, and IT. Member of senior management team with significant business development responsibilities.

- Initiated a major update of core computational fragment-based drug design platform. Refocused technology to target small molecule ligands for protein-protein interactions. Updated and improved software (speed, efficiency, user-interface).

- Leadership role in identification and prosecution of an internal target that led to a significant pharma partnering opportunity.

- Executive management of major research collaboration with Novartis.

**2000-2010** Research Fellow, Johnson & Johnson Pharmaceutical R&D

- Responsibilities included managing modeling and informatics research teams at the Spring House, PA and La Jolla, CA sites. Managed significant hardware and software budgets across multiple US sites.

- Teams under my direction provided critical support for progression of tens of compounds to early development, three compounds to first in human, and one Phase-II candidate. Contributed to carisbamate NDA and European registration for Dacogen®.

*Curriculum Vitae*                                          *Charles H. Reynolds*

- Led development of new discovery methodology at J&J including: informatics tools for fragment-based design, novel protocols for improved crystal-structure refinement, linear interaction energy approaches for ligand optimization, a similarity-based tool for scoring reagents for "drug-likeness," application of linear-scaling quantum calculations to analysis of protein structures, and structure-based ADME-Tox.   The latter effort includes a published multi-state homology model for the hERG channel that was employed successfully in multiple discovery programs and was honored in 2008 as a most cited article by Elsevier.

- Migrated J&J Computer-Aided Drug Discovery (CADD) groups to linux-based clusters and workstations, and consolidated CADD software licenses across sites.  This effort resulted in a significant improvement in computational capabilities while reducing the overall cost of high-performance computing.

- Member of the New Targets Evaluation Committee for drug discovery.  Organized a series of global J&J CADD and structural-biology meetings.  Initiated external research collaborations at Penn State, Yale, and the University of Florida.  Coordinated J&J's first structural-biology collaboration with DeCode Biostructures (now Emerald).

**1995-2000** Research Fellow, **1984-1994** Senior Scientist, Rohm and Haas (DowDuPont)

- Co-inventor of a new class of ergosterol biosynthesis inhibitor antifungals.  Awarded the highest scientific award in the company (Otto Haas Award).

- Led an interdisciplinary team of a dozen scientists tasked with developing new drug therapies and diagnostic aids.  This project resulted in a novel nanoparticle-based targeted contrast agent for MR imaging.   Roles included developing the concept and selling it to R&D management, leading the team, establishing a collaboration with the University of Pennsylvania Medical School, and developing a market analysis in collaboration with Argonex (a biotechnology company that is now part of Millipore).

**2019-present**  Editorial Advisory Board, Journal Chemical Information and Modeling
**2014-present**  Editorial Advisory Board, ACS Medicinal Chemistry Letters
**2013**  J.T. Oden Visiting Faculty Fellow, ICES, The University of Texas at Austin
**2010-present** Adjunct Professor, Pennsylvania Drug Discovery Institute
**2008-2018** Member, American Chemical Society Publications Committee
**2007-present** NIH study sections, BDMA, BCMB, IMST-10, IMST-11, NCI ZCA1
**2006-2011** Scientific Advisory Board, Keystone Symposia
**2006-2009** Councilor, American Chemical Society
**1998-2006** Editorial Advisory Board, Journal of Molecular Graphics and Modeling
**1998** Joint postdoctoral research supervisor, University of North Carolina at Chapel Hill
**1996-1998** Joint graduate research supervisor, The Pennsylvania State University
**1990** Adjunct Professor, The University of Pennsylvania

2

*Curriculum Vitae*                                                                 *Charles H. Reynolds*

**Additional Experience and Leadership Activities.**
**2015** National Academy of Sciences STTR program workshop; **2008** Co-organizer, first Keystone Symposium on computer-aided drug discovery; **2006-2009** Advisory Board for NSF sponsored science and math education initiative at Temple University (TU-SMART**); 2007** Co-organizer, ACS Prospectives Meeting, Advances in Structure-Based Drug Discovery; **2007** Inaugural Keck Foundation Lecture, St. Edward's University**; 2007** Lecturer, ACS computational chemistry short course**; 2005** Organizer, ACS Prospectives Meeting, Advances in Structure-Based Drug Discovery; **1999-2000** Rohm and Haas Technology Center Coordinator for Life Sciences; **1998-2000** Membership Committee, ACS Computers in Chemistry Division; **1999** Co-taught a computational chemistry short course (Jan Term) at Austin College; **1997** Chair, ACS Computers in Chemistry Division; **1991-1995** Treasurer, ACS Computers in Chemistry Division; **1989** Faculty, QCPE course.

## Education

**1984**  Ph.D. in Theoretical Organic Chemistry, The University of Texas at Austin, Austin, Texas.  Supervisor: Michael J.S. Dewar.

**1979**  B.A. in Chemistry, Austin College, Sherman, Texas.  Honors in Chemistry.

## Management Training

**2013**  Kauffman Institute Entrepreneur Training Program

**2002**  Johnson & Johnson Management Fundamentals

**2001**  Johnson & Johnson Manager and the Law

**1993**  First-Line Leadership

**1992**  The Leadership Challenge

## Awards

**2015**  Gfree Bio selected as a Kauffman Foundation FastTrac success story

**2012**  Distinguished Alumni Award, Austin College

**2010**  Fellow of the American Chemical Society

**2007**  Standards of Leadership Award, Johnson & Johnson

**2007**  Platinum Encore Award, Johnson & Johnson (Dacogen registration in Europe)

**2000**  Johnson & Johnson Excellence in Science Award (four awarded company wide)

**1987**  Otto Haas Award, Rohm and Haas (highest award for scientific achievement).

**1993**  Marion Cox Award, Austin College; **1984** University of Texas Career Development Award; **1983** Robert A. Welch Foundation Pre-doctoral Fellowship, The University of Texas at Austin; **1978** P.S. Wharton Fellowship in chemistry, Austin College; **1978** National Science Foundation Undergraduate Research Scholarship, The University of Texas at Arlington; **1975-1979** Robert A. Welch Undergraduate Chemistry Scholarship.

## Prior Expert Testimony

I have not provided expert testimony in connection with litigation in the past five years.

## Expert Compensation In This Case

For my expert work in this case, I am being compensated at my traditional rate of $500 per hour.

## Publications

Author of over 100 papers, chapters, books, and patents

Agragiotis, D.K.; Holloway, M.K.; Johnson, S.A.; Reynolds, C.H; Stouch, T.R.; Tropsha, A.; Waller, C.L. Chemistry, information, and Frank: a tribute to Frank Brown, J. Computer-Aided Molecular Design, 2018, 32, 723-729. https://doi.org/10.1007/s10822-018-0135-9

Reynolds, C.H. **In this issue**, ACS Med. Chem. Letters, 2018, 65-66.

Reynolds, C.H.; Reynolds, R.C. **Group additivity in ligand binding affinity: An alternative approach to ligand efficiency** J. Chem. Inf. Model, 2017, 57, 3086-3093 DOI: 10.1021/acs.jcim.7b00381

Reynolds, Charles H. **Ligand efficiency metrics:  why all the fuss?** Future Med. Chem. 2015, 7, 1363-1365.

Reynolds, Charles H., **Protein-ligand cocrystal structures: We can do better**, ACS Medicinal Chemistry Letters, 2014. (one of the most read papers in ACS Medicinal Chemistry Letters 2014)

Murray, Christopher W., Daniel A. Erlanson, Andrew L. Hopkins, György M. Keserü, Paul D. Leeson, David C. Rees, Charles H. Reynolds, and Nicola J. Richmond. **Validity of Ligand Efficiency Metrics**. ACS Medicinal Chemistry Letters (2014) 5, 2-5.   (One of the most read papers in ACS Medicinal Chemistry Letters 2014)

Martha J. Kelly, Charles H. Reynolds, et al.   **Discovery of 2-[3,5-Dichloro-4-(5-isopropyl-6-oxo-1,6-dihydropyridazin-3-yloxy)phenyl]-3,5-dioxo-2,3,4,5-tetrahydro[1,2,4]triazine-6-carbonitrile (MGL-3196), a Highly Selective Thyroid Hormone Receptor β Agonist in Clinical Trials for the Treatment of Dyslipidemia,** Journal of Medicinal Chemistry, 2014, 57, 3912-3923. DOI: 10.1021/jm4019299

Hopkins, A.L.; Keseru, G.M.; Leeson, P.D.; Rees, D.C.; Reynolds, C.H. **The role of ligand efficiency measures in drug discovery**, Nature Reviews Drug Discovery, 2014, 13, 105-121.

Reynolds, Charles, H., **Impact of computational structure-based methods on drug discovery**,  Current Pharmaceutical Design, 2014, 20, 3380-3386. DOI: 10.2174/13816128201402014052810 5532

Reynolds, Charles H.; Holloway, M. Katharine, **Thermodynamics of ligand binding and efficiency**, ACS Medicinal Chemistry Letters, (2011) 2, 433-437.  *One of the top ten accessed papers in ACS Medicinal Chemistry Letters and the Journal of Medicinal Chemistry for 2011and 2012.*

Céline Schalk-Hihi, Carsten Schubert, Richard Alexander, Shariff Bayoumy, Jose C. Clemente, Ingrid Deckman, Renee L. DesJarlais, Keli C. Dzordzorme, Christopher M. Flores, Bruce Grasberger, James K. Kranz, Frank Lewandowski, Li Liu, Hongchang Ma, Diane Maguire, Mark J. Macielag, Mark E. McDonnell, Tara Mezzasalma Haarlander, Robyn Miller, Cindy Milligan, Charles Reynolds, Lawrence C. Kuo, **Crystal structure of a soluble form of human monoglyceride lipase in complex with an inhibitor at 1.35 Å resolution** Protein Science (April 2011) 20, 670–683.

Klon, Anthony E.; Konteatis, Zenon; Meshkat, Siavash N.; Zou, Jinming; Reynolds, Charles H. **Fragment and protein simulation methods in fragment based drug discovery**, Drug Devel. Res. (2011) 72, 1-8.

Yifang Huang, Eric D. Strobel, Chih Y. Ho, Charles H. Reynolds, Kelly A. Conway, Jennifer A. Piesvaux, Douglas E. Brenneman, George J. Yohrling, H. Moore Arnold, Daniel Rosenthal, Richard S. Alexander, Brett A. Tounge, Marc Mercken, Marc Vandermeeren, Michael H. Parker, Allen B. Reitz, Ellen W. Baxter, **Macrocyclic BACE inhibitors: Optimization of a micromolar hit to nanomolar leads**, Bioorganic & Medicinal Chemistry Letters, Volume 20, Issue 10, 15 May 2010, Pages 3158-3160.

Merz, Kenneth M.; Ringe, Dagmar; Reynolds, Charles H., Editors, **Drug design: ligand and structure based approaches**, Cambridge University Press, 2010.

Reynolds, Charles H. **Computer-aided drug design:  A practical guide to protein-structure based modeling,** published in Drug design: ligand and structure based approaches, Cambridge University Press, K. M. Merz, D. Ringe, and C. H. Reynolds, editors, 2010.

Zhang, Xiaohua; Gibbs, Alan C.; Reynolds, Charles H.; Peters, Martin B.; Westerhoff, Lance M. **Quantum Mechanical Pairwise Decomposition Analysis of Protein Kinase B Inhibitors:  Validating a New Tool for Guiding Drug Discovery**.  J. Chem. Inf. Model. (2010), 50, 651-661.

Lawson, Edward C.; Luci, Diane K.; Ghosh, Shyamali; Kinney, William A.; Reynolds, Charles H.; Qi, Jenson; Smith, Charles E.; Wang, Yuanping; Minor, Lisa K.; Haertlein, Barbara J.; Parry, Tom J.; Damiano, Bruce P.; Maryanoff, Bruce E.   **Nonpeptide Urotensin-II Receptor Antagonists: A New Ligand Class Based on Piperazino-Phthalimide and Piperazino-Isoindolinone Subunits.**   Journal of Medicinal Chemistry  (2009), 52, 7432-7445.

Li, Jian; Reynolds, C. H. **A quantum mechanical approach to ligand binding:  Calculation of ligand-protein binding affinities for stromelysin-1 (MMP-3) inhibitors**, Canadian Journal of Chemistry, (2009), 87, 1480-1484.

Reitz, Allen B.; Smith, Garry R.; Tounge, Brett A.; Reynolds, Charles H. **Hit Triage Using Efficiency Indices after Screening Compound Libraries in Drug Discovery.**  Current Topics in Medicinal Chemistry (2009), 9, 1718-1724.

Bembenek, Scott D.; Tounge, Brett A.; Reynolds, Charles H..   **Ligand efficiency and fragment-based drug discovery.**   Drug Discovery Today  (2009), 14(5/6), 278-283.

Reynolds, Charles H.; Tounge, Brett A.; Bembenek, Scott D.  **Ligand binding efficiency: trends, physical basis, and implications.**   Journal of Medicinal Chemistry (2008), 51(8), 2432-2438.

Baxter, Ellen W.; Conway, Kelly A.; Kennis, Ludo; Bischoff, Francois; Mercken, Marc H.; De Winter, Hans L.; Reynolds, Charles H.; Tounge, Brett A.; Luo, Chi; Scott, Malcolm K.; Huang, Yifang; Braeken, Mirielle; Pieters, Serge M. A.; Berthelot, Didier J. C.; Masure, Stefan; Bruinzeel, Wouter D.; Jordan, Alfonzo D.; Parker, Michael H.; Boyd, Robert E.; Qu, Junya; Alexander, Richard S.; Brenneman, Douglas E.; Reitz, Allen B.   **2-Amino-3,4-dihydroquinazolines as inhibitors of BACE-1 (β-site APP cleaving enzyme): use of structure based design to convert a micromolar hit into a nanomolar lead.**   Journal of Medicinal Chemistry (2007), 50(18), 4261-4264.   *One of the most accessed articles in JMC for 2007.*

Reynolds, Charles H.; Bembenek, Scott D.; Tounge, Brett A.   **The role of molecular size in ligand efficiency.**  Bioorganic & Medicinal Chemistry Letters  (2007), 17(15), 4258-4261.

Li, Jian; Rajamani, Ramkumar; Tounge, Brett A.; Reynolds, Charles H..  **Mechanistic modeling in drug discovery: MMP-3 and the HERG channel as examples.**   Modelling Molecular Structure and Reactivity in Biological Systems, Kevin J. Naidoo, John B. Brady, Martin J. Field, Jiali Gao, and Michael Hahn Editors, The Royal Society of Chemistry  (2006) 283-288.

Yu, Ning; Hayik, Seth A.; Wang, Bing; Liao, Ning; Reynolds, Charles H.; Merz, Kenneth M., Jr.

**Assigning the Protonation States of the Key Aspartates in β -Secretase Using QM/MM X-ray Structure Refinement.**   Journal of Chemical Theory and Computation  (2006), 2(4),  1057-1069.

Reynolds, Charles H.; Editor.   **Special Issue: Understanding Protein-Ligand Interactions. (Papers from 2005 National ACS Meeting held in San Diego, California.) [In: J. Mol. Graphics Modell.; 2006, 24(6)].**   (2006),   74 pp.

Tounge, Brett A.; Rajamani, Ramkumar; Baxter, Ellen W.; Reitz, Allen B.; Reynolds, Charles H..   **Linear interaction energy models for β -secretase (BACE) inhibitors: Role of van der Waals, electrostatic, and continuum-solvation terms.**   Journal of Molecular Graphics & Modelling  (2006), 24(6), 475-484.

Reynolds, Charles H.  **Understanding protein-ligand interactions.**   Journal of Molecular Graphics & Modelling  (2006), 24(6), 413.

Li, Jian; Rajamani, Ramkumar, Tounge, Brett A.; Reynolds, Charles H. **Mechanistic modeling in drug discovery: MMP-3 and the hERG channel as examples.** in Modeling Molecular Structure and Reactivity in Biological Systems, Kevin J. Naidoo, John Brady, Martin J. Field, Jiali Gao, and Michael Hann, Editors, 2015 RSC Publishing, Cambridge, UK, pages 283-288.

Rajamani, Ramkumar; Tounge, Brett A.; Li, Jian; Reynolds, Charles H..   **A two-state homology model of the hERG K+ channel: application to ligand binding.**    Bioorganic & Medicinal Chemistry Letters  (2005), 15(6), 1737-1741.   *Elsevier top 25 most accessed article in 2005. Most highly cited 2005-2008.*

Rajamani, Ramkumar; Reynolds, Charles H.   **Modeling the Protonation States of the Catalytic Aspartates in β -Secretase.**   Journal of Medicinal Chemistry  (2004), 47(21), 5159-5166.

Rajamani, Ramkumar; Reynolds, Charles H. **Modeling the binding affinities of β -secretase inhibitors: application to subsite specificity.**   Bioorganic & Medicinal Chemistry Letters  (2004), 14(19), 4843-4846.

Bembenek, Scott D.; Tounge, Brett A.; Coats, Steven J.; Reynolds, Charles H.   **A Web-based chemoinformatics system for drug discovery.**    Methods in Molecular Biology (Totowa, NJ, United States) (2004), 275(Chemoinformatics), 65-84.

Tounge, Brett A.; Reynolds, Charles H.. **Defining Privileged Reagents Using Subsimilarity Comparison.** Journal of Chemical Information and Computer Sciences  (2004), 44(5), 1810-1815.

Matthews, Jay M.; Hoekstra, William J.; Dyatkin, Alexey B.; Hecker, Leonard R.; Hlasta, Dennis J.; Poulter, Brenda L.; Andrade-Gordon, Patricia; de Garavilla, Lawrence; Demarest, Keith T.; Ericson, Eric; Gunnet, Joseph W.; Hageman, William; Look, Richard; Moore, John B.; Reynolds, Charles H.; Maryanoff, Bruce E.   **Potent nonpeptide vasopressin receptor antagonists based on oxazino- and thiazinobenzodiazepine templates.**   Bioorganic & Medicinal Chemistry Letters  (2004), 14(11), 2747-2752.

Lee, Jung; Reynolds, Charles; Jetter, Michele C.; Youngman, Mark A.; Hlasta, Dennis J.; Dax, Scott L.; Stone, Dennis J.; Zhang, Sui-Po; Codd, Ellen E.  **Design and synthesis of novel pyrrolidine-containing bradykinin antagonists.**   Bioorganic & Medicinal Chemistry Letters  (2003), 13(11), 1879-1882.

Tounge, Brett A.; Reynolds, Charles H..   **Calculation of the binding affinity of β -secretase inhibitors using the linear interaction energy method.**   Journal of Medicinal Chemistry  (2003), 46(11), 2074-2082.

Chen, Xin; Reynolds, Charles H..   **Performance of Similarity Measures in 2D Fragment-Based Similarity Searching: Comparison of Structural Descriptors and Similarity Coefficients.**   Journal of Chemical Information and Computer Sciences  (2002), 42(6), 1407-1414.

Tounge, Brett A.; Pfahler, Lori B.; Reynolds, Charles H..  **Chemical information based scaling of molecular descriptors: A universal chemical scale for library design and analysis.**  Journal of Chemical Information and Computer Sciences  (2002), 42(4),  879-884.

Tropsha, Alexander; Reynolds, Charles H..  **Designing Focused Libraries for Drug Discovery: Hit to Lead to Drug.**  Journal of Molecular Graphics & Modelling  (2002), 20(6),  427-428.

Creighton, Christopher J.; Reynolds, Charles H.; Lee, Daniel H. S.; Leo, Gregory C.; Reitz, Allen B.  **Conformational Analysis of the Eight-Membered Ring of the Oxidized Cysteinyl-Cysteine Unit Implicated in Nicotinic Acetylcholine Receptor Ligand Recognition.**  Journal of the American Chemical Society (2001), 123(50), 12664-12669.

Reynolds, Charles H.; Tropsha, Alexander; Pfahler, Lori B.; Druker, Ross; Chakravorty, Subhas; Ethiraj, G.; Zheng, Weifan. **Diversity and coverage of structural sublibraries selected using the SAGE and SCA algorithms.** Journal of Chemical Information and Computer Sciences  (2001), 41(6), 1470-1477.

Cheng, A.; Best, S. A.; Merz, K. M.; Reynolds, C. H..  **GB/SA water model for the Merck molecular force field (MMFF).**  Journal of Molecular Graphics & Modelling  (2000), 18(3),  273-282.

Reynolds, Charles H.; Annan, Nikoi; Beshah, Kebede; Huber, Jon H.; Shaber, Steven H.; Lenkinski, Robert E.; Wortman, Jeffrey A.  **Gadolinium-Loaded Nanoparticles: New Contrast Agents for Magnetic Resonance Imaging.**  Journal of the American Chemical Society  (2000), 122(37),  8940-8945.

Chakravorty, S.; Reynolds, C. H..  **Improved AMBER torsional parameters for the N-N rotational barrier in diacylhydrazines.**  Journal of Molecular Graphics & Modelling  (2000), Volume Date 1999, 17(5/6),  315-324.

Reynolds, Charles H..  **Designing Diverse and Focused Combinatorial Libraries of Synthetic Polymers.**  Journal of Combinatorial Chemistry  (1999),  1(4),  297-306.

Best, Scott A.; Merz, Kenneth M. Jr.; Reynolds, Charles H..  **Free Energy Perturbation Study of Octanol/Water Partition Coefficients: Comparison with Continuum GB/SA Calculations.**  Journal of Physical Chemistry B  (1999), 103(4),  714-726.

Reynolds, Charles H.; Best, Scott A.  **A fast molecular simulation to calculate lipophilicity.**  CHEMTECH  (1998), 28(11),  28-34.

Reynolds, Charles H.; Druker, Ross; Pfahler, Lori B.  **Lead Discovery Using Stochastic Cluster Analysis (SCA): A New Method for Clustering Structurally Similar Compounds.**  Journal of Chemical Information and Computer Sciences (1998), 38(2),  305-312.

Reynolds, Charles H.  **Semiempirical MO methods: the middle ground in molecular modeling.**  THEOCHEM  (1997), 401(3),  267-277.

Best, Scott A.; Merz, Kenneth M., Jr.; Reynolds, Charles H..  **GB/SA-Based Continuum Solvation Model for Octanol.**  Journal of Physical Chemistry B  (1997), 101(49),  10479-10487.

Reynolds, Charles H..  **Molecular modeling in agrochemicals.**  Chemistry & Industry (London)  (1997), (15),  592-595.

Reynolds, Charles H.; Hormann, Robert E.  **Theoretical Study of the Structure and Rotational Flexibility of Diacylhydrazines: Implications for the Structure of Nonsteroidal Ecdysone Agonists and Azapeptides.**  Journal of the American Chemical Society  (1996), 118(39),  9395-9401.

Reynolds, Charles H..   **Estimating Lipophilicity Using the GB/SA Continuum Solvation Model: A Direct Method for Computing Partition Coefficients.**   Journal of Chemical Information and Computer Sciences (1995), 35(4), 738-42.

Chaubal, Mahesh V.; Payne, Gregory F.; Reynolds, Charles H.; Albright, Robert L.   **Equilibria for the adsorption of antibiotics onto neutral polymeric sorbents: experimental and modeling studies.**   Biotechnology and Bioengineering (1995), 47(2), 215-26.

Reynolds, Charles H.; Holloway, M. Katharine; Cox, Harold K.; Editors.   **Computer-Aided Molecular Design: Applications in Agrochemicals, Materials, and Pharmaceuticals. (Dev. from a Symp. Sponsored by the Div. of Computers in Chem. and the Div. of Agrochemicals at the 207th National Meeting of the ACS, San Diego, California, March 13-17, 1994. [In: ACS Symp. Ser., 1995; 5898].** (1995), 428 pp. CAN 123:55040 AN 1995:584021

Reynolds, Charles H.; Shaber, Steven H.   **Rational design of novel ergosterol biosynthesis inhibitor fungicides.**   ACS Symposium Series (1995), 589(Computer-Aided Molecular Design), 171-82 2 Plates - pp. 230a-230b.

Reynolds, Charles H..   **Combined Molecular Orbital and Group Additivity Approach for Modeling Thermochemical Properties: Application to Hydrazides.**   Journal of Chemical Information and Computer Sciences (1994), 34(3), 671-5.

Reynolds, Charles H..   **Hydride affinities of halogen substituted carbocations:  the C2H4X+ (X = fluorine, chlorine and bromine) cations.**   THEOCHEM (1992), 259 257-63.

Reynolds, Charles H..   **Structure and relative stability of halogenated carbocations:  the C2H4X+ and C4H8X+ (X = fluoro, chloro, bromo) cations.**   Journal of the American Chemical Society (1992), 114(22), 8676-82.

Reynolds, Charles H. **Book Review of Reviews in Computational Chemistry, Vol. I**, J. Am. Chem. Soc. 1992, 114, 5484.

Reynolds, Charles H. **Book Review of Reviews in Computational Chemistry, Vol. II** J. Am. Chem. Soc. 1992, 114, 5484.

Reynolds, Charles H..   **Trihalomethyl cations: relative stability of CX3+ (X = F, Cl or Br).**   Journal of the Chemical Society, Chemical Communications (1991), (14), 975-6.

Reynolds, Charles H..   **Relative stabilities of isomeric chlorine-substituted carbocations:  the C2H4Cl+ cation.**   Journal of the Chemical Society, Chemical Communications (1990), (21), 1533-5.

Reynolds, Charles H..   **Methyl chloride-formic acid van der Waals complex:  a model for carbon as a hydrogen bond donor.**   Journal of the American Chemical Society (1990), 112(22), 7903-8.

Frederick, Clay B.; Reynolds, Charles H..   **Modeling the reactivity of acrylic acid and acrylate anion with biological nucleophiles.**   Toxicology Letters (1989), 47(3), 241-7.

Holloway, M. Katharine; Reynolds, Charles H.; Merz, Kenneth M., Jr.   **An ab initio investigation of the double proton shift in azophenine.**   Journal of the American Chemical Society (1989), 111(9), 3466-8.

Fujimoto, Ted. T.; Reynolds, Charles H. **Rohm and Haas Scientists Apply CAMD Techniques to Fungicide Design** Chemical Design and Automation News, July, 1988

Reynolds, Charles H..   **An AM1 theoretical study of the structure and electronic properties of porphyrin.**   Journal of Organic Chemistry (1988), 53(26), 6061-4.

*Curriculum Vitae*                                                                          *Charles H. Reynolds*

Merz, Kenneth M., Jr.; Reynolds, Charles H..   **Tautomerism in free base porphyrins.  The porphyrin potential energy surface.**   Journal of the Chemical Society, Chemical Communications (1988),  (2), 90-2.

Reynolds, Charles H.  **Modeling of shape/size selective separations:  AM1 rotational barriers for some substituted benzenes.**   THEOCHEM  (1988) 40  79-88.  Invited paper, symposium in print in honor of M.J. S. Dewar's 70th birthday.

Reynolds,  Charles H.;  Frederick, Clay B. **Calculations on the Reactivity of Biological Nucleophiles** Toxicologist, 1988, 8, 52.

Lynn, Lee L.; Pierce, Thomas H.; Reynolds, Charles H. **AMPAC: Version for IBM Mainframe Computers** QCPE Bull. 1987, 7, 37.

Reynolds, Charles H.; Pierce, Thomas H. **AMPAC (Apollo Version)** QCPE Bull. 1986, 6, 95.

Dewar, Michael J. S.; Reynolds, Charles H. **A MINDO/3 study of the ethylene dication.**   THEOCHEM  (1986),  29(3-4),  209-14.

Dewar, Michael J. S.; Reynolds, Charles H..   **An improved set of MNDO parameters for sulfur.**   Journal of Computational Chemistry  (1986),  7(2),  140-3.

Reynolds, Charles Howard.   **Theoretical studies of organic reaction mechanisms using MNDO and MINDO/3.**   (1984),  204 pp.  CAN 104:129182  AN 1986:129182

Pomerantz, Martin; Dassanayake, Nissanke L.; McManus, Timothy R.; Reynolds, Charles H..   **Thermal reorganizations of 1,2:3,4-dibenzotropilidene (5H-dibenzo[a,c]cycloheptene), 7,7'-bi(1,2:3,4-dibenzotropyl) [5,5'-bi(5H-dibenzo[a,c]cycloheptenyl)], and the 1,2:3,4-dibenzotropyl (dibenzo[a,c]cycloheptenyl) free radical.**   Journal of Organic Chemistry (1984),  49(21),  4029-32.

Dewar, Michael J. S.; Reynolds, Charles H.   **Ground states of molecules. 68.  The C4H7+ potential surface.**   Journal of the American Chemical Society  (1984),  106(21),  6388-92.

Dewar, Michael J. S.; Reynolds, Charles H.   **Ground states of molecules. 64.  $\pi$ -Complexes as intermediates in reactions.  Biomimetic cyclization.**   Journal of the American Chemical Society  (1984),  106(6),  1744-50.

Dewar, Michael J. S.; Ford, George P.; Reynolds, Charles H..   **Ground states of molecules. 61.  Relative stabilities of o-, m-, and p-benzyne.**   Journal of the American Chemical Society  (1983),  105(10),  3162-7.

Dewar, Michael J. S.; Reynolds, Charles H.   **Tritium migration in tritiated anisole.**   Journal of the American Chemical Society  (1982),  104(11),  3244-6.

## Patents

Hadari, Y., Luca, C., Schmertzler, M., Williams, T., Reynolds, C., Hutcheson, R. SHY Therapeutics LLC, **Compounds that interact with the RAS superfamily for the treatment of cancers, inflammatory diseases, rasopathies, and fibrotic disease**, United States patent US2019/0022074 A1, Jan. 24, 2019.

Taub R, Reynolds CH, inventors; Madrigal Pharmaceuticals Inc, assignee. **Method of synthesizing thyroid hormone analogs and polymorphs thereof.** United States patent US 9,968,612. 2018 May 15.

Hadari, Yaron R., Luca Carta, Michael Schmertzler, Theresa M. Williams, and Charles H. Reynolds. **Compounds for the treatment of cancer and inflammatory disease**. U.S. Patent US 10,221,191 B2, Mar. 5, 2019.

Keenan, R., Reynolds, C., Whittaker, B., Kight, L., Sutton, J., Hydn, G., Maly, D., OptiKira, **Compounds and compositions for IRE1 inhibition**, US 62/553,320, filed Sep. 1, 2017.

D. Keith Hester, Robert J. Duguid, Martha Kelly, Anna Chasnoff, Gang Dong, Edwin L. Crow, Rebecca Taub, Charles H. Reynolds, Duk Soon Choi, Lianhe Shu, Ping Wang **Method of synthesizing thyroid hormone analogs and polymorphs thereof,** Madrigal Pharmaceuticals, Inc., F. Hoffmann-La Roche Ltd., PCT/US2013/060177, Mar 20, 2014.

Baxter, Ellen, Robert Boyd, Steve Coats, Alfonzo Jordan, Allen Reitz, Charles H. Reynolds, Malcolm Scott, and Mark Schulz. "**NOVEL 2-AMINO-QUINAZOLINE DERIVATIVES USEFUL AS INHIBITORS OF ß-SECRETASE (BACE).**" European Patent EP 1776350, issued January 23, 2013.

Baxter, Ellen, Robert Boyd, Steven J. Coats, Alfonzo D. Jordan, Allen B. Reitz, Charles H. Reynolds, Mark Schulz, and Malcolm Scott. "**2-amino-quinazoline derivatives useful as inhibitors of β-secretase (BACE).**" U.S. Patent 8,426,429, issued April 23, 2013.

Baxter, Ellen, Bischoff, Francois Paul, Boyd, Robert E., Braeken, Mirielle, Coats, Steve, Huang, Yifang, Jordan, Alfonzo D., Luo, Chi, Mercken, Marc Hubert, Pieters, Serge Maria Aloysius, Reitz, Allen B., Reynolds, Charles H., Ross, Tina Morgan, Tounge, Brett A., Schulz, Mark J., De Winter, Hans Louis Jos **2-amino-quinazoline derivatives useful as inhibitors of β-secretase (BACE)** United States Jansssen Pharmaceutica N.V. (Beerse, BE)   Issued 02/26/2013, US. Patent 8,383,637.

Baxter, Ellen, Christopher J. Creighton, Tianbao Lu, Allen B. Reitz, Charles H. Reynolds, Tina Morgan Ross, and Ellen Sieber-McMaster. **6-substituted-thio-2-amino-quinoline derivatives useful as inhibitors of β-secretase (BACE).** U.S. Patent 8,076,358, issued December 13, 2011.

Baxter, Ellen, W. ; Reitz, Allen, B. ; Parker, Michael, H. ; Huang, Yifang ; Ho, Chih, Yung ; Strobel, Eric, D. ; Reynolds, Charles, H. **MACROCYCLE DERIVATIVES USEFUL AS INHIBITORS OF beta-SECRETASE (BACE),** Issued April 26, 2011, US 7,932,261 B2

Reitz, Allen B., Chi Luo, Yifang Huang, Tina M. Ross, Ellen E. Baxter, Brett A. Tounge, Michael H. Parker, Eric D. Strobel, and Charles H. Reynolds. **2-AMINO-3, 4-DIHYDRO-PYRIDO [3, 4-D] PYRIMIDINE DERIVATIVES USEFUL AS INHIBITORS OF BETA-SECRETASE (BACE).** European Patent EP 1966198, issued March 16, 2011.

Baxter, Ellen, Allen B. Reitz, Umar Saibu Mohomed Maharoof, Yifang Huang, Christopher John Creighton, Charles H. Reynolds, Chi Luo, Brett A. Tounge, Tina Morgan Ross, and Tianbao Lu. **2-amino-quinoline derivatives useful as inhibitors of β-secretase (BACE).** U.S. Patent 7,868,022, issued January 11, 2011.

Baxter, Ellen ; Reitz, Allen B. ; Maharoof, Umar Saibu Mohomed ; Huang, Yifang ; Creighton, Christopher John ; Reynolds, Charles H. ; Luo, Chi ; Tounge, Brett A. ; Ross, Tina Morgan Lu, Tianbao **2-AMINO-QUINOLINE DERIVATIVES USEFUL AS INHIBITORS OF BETA-SECRETASE (BACE)** Issued August 31, 2010, US 7,786,116 B2

Baxter, Ellen E. ; Creighton, Christopher John ; Huang, Yifang ; Luo, Chi ; Parker, Michael H. ; Reitz, Allen B. ; Reynolds, Charles H. ; Ross, Tina Morgan ; Strobel, Eric D. ; Tounge, Brett A. **2-amino-3,4-dihydro-pyrido[3,4-d]pyrimidine derivatives useful as inhibitors of beta-secretase (BACE)** Issued May 12, 2009,  US7,531,545 B2

10

BAXTER, Ellen, Christopher J. CREIGHTON, Tianbao LU, Allen B. REITZ, Charles H. REYNOLDS, Tina MORGAN ROSS, and Ellen SIEBER-MCMASTER. **2-AMINO-QUINOLINE DERIVATIVES USEFUL AS INHIBITORS OF β-SECRETASE (BACE).** WIPO Patent WO/2009/097401, issued August 6, 2009.

Annan, Nikoi; Reynolds, Charles H.; Shaber, Steven H.; Langenmeyr, Eric J. **Contrast Enhancing Agent Having a Polymeric Core and Polymeric Shell,** August 7, 2001, US Patent 6270748 B1

Shaber, Steven H.; Szapacs, Edward M.; Reynolds, Charles H. **Heterocyclicacetonitriles and Fungicidal Use** Issued January 16, 1996, US 5,484,787

Shaber, Steven H.; Szapacs, Edward M.; Reynolds, Charles H. **Heterocyclicacetonitriles and Fungicidal Use** Issued March 14, 1995, US 5,397,793

Shaber, Steven Howard; Reynolds, Charles Howard; Szapacs, Edward Michael.    **Preparation of heterocyclic silyl derivatives as fungicides.**  Issued September 19, 1995, US 5,451,563

BAXTER, Ellen ; REITZ, Allen B. ; HUANG, Yifang ; CREIGHTON, Christopher John ; MAHAROOF, Umar Saibu Mohomed ; REYNOLDS, Charles H. ; LUO , Chi ; TOUNGE, Brett A. ; ROSS, Tina Morgan ; LU, Tianbao **2-AMINO-QUINOLINE DERIVATIVES USEFUL AS INHIBITORS OF beta-SECRETASE (BACE) Application No.** WO2007US61704A, **Filed:**20070206 , **Published:** 20071108 **WO2007092854 A3**

Baxter, Ellen; Reitz, Allen B.; Parker, Michael H.; Huang, Yifang; Ho, Chih Y.; Strobel, Eric D.; Reynolds, Charles H.. **Preparation of macrocycle derivatives as BACE inhibitors.**  PCT Int. Appl. (2007), 84pp. CODEN: PIXXD2 WO 2007092839 A2 20070816 CAN 147:277629 AN 2007:912305

Baxter, Ellen; Reitz, Allen B.; Huang, Yifang; Creighton, Christopher John; Maharoof, Umar Saibu Mohomed; Reynolds, Charles H.; Luo, Chi; Tounge, Brett A.; Ross, Tina Morgan; Lu, Tianbao. **Preparation of 2-aminoquinolines as inhibitors of β -secretase (BACE).**  PCT Int. Appl. (2007), 137pp. CODEN: PIXXD2 WO 2007092854 A2 20070816 CAN 147:277463 AN 2007:912298

Reitz, Allen B.; Luo, Chi; Huang, Yifang; Ross, Tina M.; Baxter, Ellen E.; Tounge, Brett A.; Parker, Michael H.; Strobel, Eric D.; Reynolds, Charles H.. **Preparation of 2-amino-3,4-dihydropyrido[3,4-d]pyrimidines as inhibitors of β -secretase (BACE).**  PCT Int. Appl. (2007),    209pp. CODEN: PIXXD2 WO 2007050612 A1 20070503 CAN 146:482084 AN 2007:484212

BAXTER, Ellen ; BOYD, Robert ; COATS, Steve ; JORDAN, Alfonzo ; REITZ, Allen ; REYNOLDS, Charles H. ; SCOTT, Malcolm ; SCHULZ, Mark ; DE WINTER, Hans Louis Jos **NOVEL 2-AMINO-QUINAZOLINE DERIVATIVES USEFUL AS INHIBITORS OF ß-SECRETASE ( BACE ) Application No.** EP2005786778A, **Filed:**20050808 , **Published:** 20070425 **EP1776350 A1**

BAXTER, Ellen ; BISCHOFF, Francois, Paul ; BOYD, Robert ; BRAEKEN, Mirielle; COATS, Steven; HUANG, Yifang ; JORDAN, Alfonzo ; LUO , Chi ; MERCKEN, Marc, Hubert ; REYNOLDS, Charles, H. ; ROSS, Tina, Morgan ; TOUNGE, Brett, A. ; SCHULZ, Mark ; DE WINTER, Hans, Louis, Jos ; PIETERS, Serge Maria Aloysius ; REITZ, Allen, B. **2-AMINO-QUINAZOLINE DERIVATIVES USEFUL AS INHIBITORS OF BETA-SECRETASE (BACE) Application No.** EP2005785256A, **Filed:**20050808 , **Published:** 20070425 **EP1776349 A2**

Baxter, Ellen; Bischoff, Francois Paul; Boyd, Robert; Braeken, Mirielle; Coats, Steven; Huang, Yifang; Jordan, Alfonzo; Luo, Chi; Mercken, Marc Hubert; Reynolds, Charles H.; Ross, Tina Morgan; Tounge, Brett A.; Schulz, Mark; De Winte, Hans Louis Jos; Pieters, Serge Maria Aloysius; Reitz, Allen B.   **Novel 2-aminoquinazoline derivatives, their preparation and use as inhibitors of β -secretase for treating Alzheimer's disease and related disorders.**  PCT Int. Appl. (2006),    385 pp. CODEN: PIXXD2 WO 2006017836 A2 20060216 CAN 144:254142  AN 2006:152738

Baxter, Ellen; Boyd, Robert; Coats, Steve; Jordan, Alfonzo; Reitz, Allen; Reynolds, Charles H.; Scott, Malcolm; Schulz, Mark; De Winter, Hans Louis Jos.   **Novel 2-aminoquinazoline derivatives, their preparation and use as inhibitors of β -secretase for treating Alzheimer's disease and related disorders.**  PCT Int. Appl. (2006),   382 pp. CODEN: PIXXD2 WO 2006017844 A1 20060216 CAN 144:254141  AN 2006:149827

BAXTER, Ellen ; BISCHOFF, Francois, Paul ; BOYD, Robert ; BRAEKEN, Mirielle; COATS, Steven; HUANG, Yifang ; JORDAN, Alfonzo ; LUO, Chi ; MERCKEN, Marc, Hubert ; REYNOLDS, Charles, H. ; ROSS, Tina, Morgan ; TOUNGE, Brett, A. ; SCHULZ, Mark ; DE WINTER, Hans, Louis, Jos ; PIETERS, Serge Maria Aloysius ; REITZ, Allen, B. **2-AMINO-QUINAZOLINE DERIVATIVES USEFUL AS INHIBITORS OF BETA-SECRETASE (BACE) Application number**: 11/197,669 **Publication number**: US 2006/0079687 A1 **Filing date**: Aug 4, 2005

Annan, Nikoi ; Reynolds, Charles Howard ; Shaber, Steven Howard ; Langenmayr, Eric Jon  **Polymeric MRI Contrast agents EP1031354 A3 Application No.** EP2000300091A, **Filed:**20000107, **Published:** 20030205

NIKOI ANAN ; REYNOLDS CHARLES HOWARD ; SHABER STEVEN HOWARD; LANGENMAYR ERIC JON **CONTRAST ENHANCING AGENT Application No.** JP20009851A, **Filed:**20000119 , **Published:** 20000802 **JP2000212101 A**

Shaber, Steven Howard ; Reynolds, Charles Howard ; Szapacs, Edward Michael **Silyl heterocyclic fungicides Application No.** EP1995301711A, **Filed:**19950315 , **Published:** 19971008 **EP672672 A3**

Shaber, Steven Howard; Reynolds, Charles Howard; Szapacs, Edward Michael.   **Preparation of heterocyclic silyl derivatives as fungicides.**   Eur. Pat. Appl. (1995), 16 pp. CODEN: EPXXDW  EP 672672 A2  19950920 CAN 124:23911  AN 1995:986358

Shaber, Steven Howard; Szapacs, Edward Michael; Reynolds, Charles Howard **Heterocyclicacetonitriles and their fungicidal use Application No.** EP1991301972A, **Filed:**19910308 , **Published:** 19941228 **EP451948 B1**

Shaber, Steven Howard; Szapacs, Edward Michael; Reynolds, Charles Howard.   **Preparation of 2-heterocyclyl-2,ω -diphenylalkanenitriles as agrochemical fungicides.**   Eur. Pat. Appl. (1991),   23 pp. CODEN: EPXXDW  EP 451948 A1  19911016 CAN 116:21075  AN 1992:21075

Shaber, Steven Howard ; Sharma, Ashok Kumar ; Reynolds, Charles Howard **(2-Cyano-2-(phenyl or naphthyl)-2-substituted-ethyl) pyrazines, pyrimidines and pyridazines  Application No.** EP1988300222A, **Filed:**19880112 , **Published:** 19910403 **EP276920 B1**

Shaber, Steven Howard ; Sharma, Ashok Kumar ; Reynolds, Charles Howard **(2-Cyano-2-(phenyl or naphthyl)-2-substituted-ethyl) pyrazines, pyrimidines and pyridazines  Application No.** EP1988300222A, **Filed:**19880112 , **Published:** 19880803 **EP276920 A1**

## Popular Press

Quoted in the following articles:

**The Vibrant Philly Biotech Scene:  Focus on Computer-aided Drug Design and Gfree Bio, LLC,** PharmaceuticalIntellegence.com.
http://pharmaceuticalintelligence.com/2015/02/10/the-vibrant-philly-biotech-scene-focus-on-computer-aided-drug-design-and-gfree-bio-llc/

*Curriculum Vitae*                                                        *Charles H. Reynolds*

**Chemistry By The Numbers**, C&E News, September 9, 2013, Volume 91, Issue 36, page 51-55.
http://cen.acs.org/articles/91/i36/Chemistry-Numbers.html

**Bill Gates Takes Stake in Creating New Drugs** Wall Street Journal, April 29, 2010
http://online.wsj.com/article/SB10001424052748703648304575212431415129588 html

**Leveling the field.** Future Pharmaceuticals podcast and article, 2009. Chuck Reynolds, Research Fellow Johnson & Johnson, speaks with Don Janezic, Business Development Manager Fujifilm Lifesciences, about the current state of fragment-based drug design (link no longer active).

**Pharma's Road Ahead**, C&E News, June 19, 2006, Volume 84, issue 25, page 56-78.
http://pubs.acs.org/cen/pharma/8425sciencetext html

**Drugs by Design,** C&E News**,** November 28, 2005, Volume 83, issue 48, page 28-30.
http://pubs.acs.org/isubscribe/journals/cen/83/i48/html/8348sci1.html

**Elite Team Draws Bead on Molecular Design**, Industrial Chemical News, 1986, Vol. 7, 5-6.

## CHARLES H. REYNOLDS – MATERIALS CONSIDERED

Bai XC, McMullan G & Scheres SH. *How cryo-EM is revolutionizing structural biology*. Trends in Biochemical Sciences. 2015 Jan.; 40(1):49-57

Berman HM, Westbrook J, Feng Z, Gilliland G, Bhat TN, Weissig H, Shindyalov IN & Bourne PE. *The Protein Data Bank*. Nucleic Acids Res. 2000; 28(1):235-42

Cao Y, Jiang T & Girke T. *A maximum common substructure-based algorithm for searching and predicting drug-like compounds*. Bioinformatics. 2008 Jul 1; 24(13):i366-74

Carhart RE, Smith DH & Venkataraghavan R. *Atom Pairs as Molecular Features in Structure-Activity Studies: Definition and Applications*. Journal of Chemical Information and Computer Sciences. 1985 May 1; 25(2):64-73

Cavasotto CN & Phatak SS. *Homology modeling in drug discovery: current trends and applications*. Drug Discovery Today. 2009 Jul. 1; 14(13-14):676-83

Cook N & Cherepanov P, et al., *Structural Basis of Second-Generation HIV Integrase Inhibitor Action and Virus Escape*, Abstract, Structural Biology Related to HIV/AIDS 2019; June 27-28, 2019

Fletcher JH. *The Nomenclature of Organic Chemistry*. Journal of Chemical Documentation. 1967 May 1; 7(2):64-7

Francoeur E. *The Forgotten Tool: The Design and Use of Molecular Models*. Social Studies of Science. 1997 Feb. 1; 27(1):7-40

Güner OF. *History and Evolution of the Pharmacophore Concept in Computer-Aided Drug Design*. Current Topics in Medicinal Chemistry. 2002 Dec. 1; 2(12):1321-32.

Hare S, Smith SJ, Métifiot M, Jaxa-Chamiec A, Pommier Y, Hughes SH & Cherepanov P. *Structural and Functional Analyses of the Second-Generation Integrase Strand Transfer Inhibitor Dolutegravir (S/GSK1349572)*. Molecular Pharmacology. 2011 Oct. 1; 80(4):565-72

Hare S, Vos AM, Clayton RF, Thuring JW, Cummings MD, Cherepanov P. *Molecular mechanisms of retroviral integrase inhibition and the evolution of viral resistance*. Proceedings of the National Academy of Sciences. 2010 Nov. 16; 107(46):20057-62

## CHARLES H. REYNOLDS – MATERIALS CONSIDERED

Kapetanovic IM. *Computer-aided drug discovery and development (CADDD): In silico-chemico-biological approach*. Chemico-Biological Interactions. 2008 Jan. 30; 171(2):165-76

Karplus M & Petsko GA. *Molecular dynamics simulations in biology*. Nature. 1990 Oct. 18; 347(6294):631-39

Kuntz ID. *Structure-Based Strategies for Drug Design and Discovery*. Science. 1992 Aug. 21; 257(5073):1078-82

Labute P. *LowModeMDImplicit Low-Mode Velocity Filtering Applied to Conformational Search of Macrocycles and Protein Loops*. Journal of Chemical Information and Modeling. 2010 Apr. 29; 50(5):792-800

Meyer AY. *Molecular Mechanics and Molecular Shape. III. Surface Area And Cross-Sectional Areas of Organic Molecules*. Journal of Computational Chemistry. 1986 Apr.; 7(2):144-52

Passos DO, Li M, Yang R, Rebensburg SV, Ghirlando R, Jeon Y, Shkriabai N, Kvaratskhelia M, Craigie R & Lyumkis D. *Cryo-EM structures and atomic model of the HIV-1 strand transfer complex intasome*. Science. 2017 Jan. 6; 355(6320):89-92

Rogers D & Hahn M. *Extended-Connectivity Fingerprints*. Journal of Chemical Information and Modeling. 2010 Apr. 28; 50(5):742-54

Sharp PM, et al., *Simian Immunodeficiency Virus Infection of Chimpanzees*, Journal of Virology. 2005 Apr.; 79(7):3891-3902

Senn HM & Thiel W. *QM/MM Methods for Biomolecular Systems*. Angewandte Chemie International Edition. 2009 Feb. 2; 48(7):1198-229

Smith SJ, Zhao XZ, Burke Jr. TR & Hughes SH. *Efficacies of Cabotegravir and Bictegravir against drug-resistant HIV-1 integrase mutants*. Retrovirology. 2018 Dec.; 15(37):1-18

Valkov E, Gupta SS, Hare S, Helander A, Roversi P, McClure M & Cherepanov P. *Functional and structural characterization of the integrase from the prototype foamy virus*. Nucleic Acids Research. 2009; 37(1):243-55

## CHARLES H. REYNOLDS – MATERIALS CONSIDERED

Wang L et al. A*ccurate and Reliable Prediction of Relative Ligand Binding Potency in Prospective Drug Discovery By Way of a Modern Free-Energy Calculation Protocol and Force Field*. Journal of the American Chemical Society. 2015 Feb. 12; 137(7):2695-703

Dkt 001 - ViiV Complaint [2-7-2018]

Dkt 084 - Court Order re Claim Construction [5-13-2019]

Expert Report of Dr. Kenneth Merz [11-15-2019]

Expert Report of Dr. Peter Wipf [11-15-2019]

U.S. Patent No. 8,129,385

Biktarvy, Highlights of Prescribing Information

BICVIIVUS3029260-3029315

BICVIIVUS1984882

Documents identified in separate Supporting Files document

## CHARLES H. REYNOLDS – SUPPORTING FILES

|  | Bates | File type |
|---|---|---|
| **Models** | | |
| 3s3m_BIC_homology_model.pdb | BICVIIVUS3029278 | PDB |
| 3s3m_DTG_homology_model.pdb | BICVIIVUS3029276 | PDB |
| 5u1c_BIC_model.pdb | BICVIIVUS3029277 | PDB |
| 5u1c_DTG_model.pdb | BICVIIVUS3029279 | PDB |
| | | |
| **SIV Cryo-EM Structures** | | |
| BIC SIV Model | BICVIIVUS3029290 BICVIIVUS3029306 | PDB |
| DTG SIV Model | BICVIIVUS3029266 BICVIIVUS3029298 | PDB |
| Apo-SIV Model | BICVIIVUS3029297 | PDB |
| SIV Structure with Q148H/G140S | BICVIIVUS3029305 | PDB |
| Screen Shot 2019-12-13 at 09.01.13 | BICVIIVUS3029299 | PNG |
| Screen Shot 2019-12-13 at 09.07.50 | BICVIIVUS3029300 | PNG |
| Screen Shot 2019-12-13 at 09.18.07 | BICVIIVUS3029301 | PNG |
| Screen Shot 2019-12-13 at 09.19.49 | BICVIIVUS3029302 | PNG |
| Screen Shot 2019-12-13 at 09.20.05 | BICVIIVUS3029303 | PNG |
| Screen Shot 2019-12-13 at 09.47.24 | BICVIIVUS3029304 | PNG |
| | | |
| **Spartan** | | |
| Raltegravir.pdf | BICVIIVUS3029280 | PDF |
| BIC.pdf | BICVIIVUS3029260 | PDF |
| DTG.pdf | BICVIIVUS3029270 | PDF |
| JT-377.pdf | BICVIIVUS3029291 | PDF |
| JT-378.pdf | BICVIIVUS3029286 | PDF |
| 3l2u_RAL.mol2 | BICVIIVUS3029274 | MOL2 |
| BIC_ligand.mol2 | BICVIIVUS3029264 | MOL2 |
| DTG_ligand.mol2 | BICVIIVUS3029269 | MOL2 |
| jt-377.mol2 | BICVIIVUS3029284 | MOL2 |
| jt-378.mol2 | BICVIIVUS3029285 | MOL2 |
| Exemplary1_c1.pdf | BICVIIVUS3029307 | PDF |
| Exemplary1_c2.pdf | BICVIIVUS3029309 | PDF |
| Exemplary1_c3.pdf | BICVIIVUS3029311 | PDF |
| exemplary1_c1.mol2 | BICVIIVUS3029268 BICVIIVUS3029313 | MOL2 |
| exemplary1_c2.mol2 | BICVIIVUS3029267 BICVIIVUS3029314 | MOL2 |
| exemplary1_c3.mol2 | BICVIIVUS3029275 BICVIIVUS3029315 | MOL2 |
| | | |
| **MOE properties** | | |
| aring_and_benzyl_substituents.sdf | BICVIIVUS3029265 | SD-file |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD. and VIIV HEALTHCARE UK (NO. 3) LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-224 (CFC) (CJB) |
| GILEAD SCIENCES, INC., | ) ) ) | ███████████████ |
| Defendant. | ) | |

**ERRATA TO THE JANUARY 7, 2020
EXPERT REPORT OF CHARLES H. REYNOLDS**

February 5, 2020

## ERRATA TO THE JANUARY 7, 2020
## EXPERT REPORT OF CHARLES H. REYNOLDS

1.　　I submit the following errata correcting the designation of the point-group assignment for BIC's tri-fluorobenzene in paragraph 84 and Table 4 of my January 7, 2020 Expert Report.

2.　　My original report inadvertently identified the point group for BIC's tri-fluorobenzene as Cs. The point group for BIC's tri-fluorobenzene should instead be D3h. This modification to the point group for BIC's tri-fluorobenzene does not change any of the conclusions I set forth in my January 7, 2020 report.

3.　　The following paragraph 84 and Table 4 should replace the originals in my January 7, 2020 report:

84.　　On the other side of the molecules, BIC's tri-fluorobenzene is substantially different from claim 6's di-fluorobenzene (or alternately, molecules with a di-fluorobenzyl tail). From a molecular point of view, additional fluorines increase hydrophobicity and they are strongly electron withdrawing by nature of their high electronegativity. Additionally, tri-fluorobenzene is much more symmetric, belonging to a different point group (D3h versus C2v) and having a computed dipole moment of 0 Debye as compared to the di-fluoro substituent which has a computed dipole moment at the MP2/6-31* level of 1.45 Debye.

Table 4. Computed properties for di-fluoro and tri-fluoro benzene

| Computed property B3LYP/6-31G* MP2/6-31G* geometry | di-fluorobenzene | tri-fluorobenzene |
|---|---|---|
| Dipole moment | 1.45 Debye | 0 |
| Point group | C2v | D3h |
| HOMO energy | -9.39 eV | -9.84 eV |
| Volume Spartan | 108.5 Ang.$^3$ | 113.0 Ang.$^3$ |
| HOMO |  |  |
| LUMO |  |  |

February 5, 2020

Chuck Reynolds, Ph.D.

3

# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY,           )
SHIONOGI & CO., LTD. and VIIV      )
HEALTHCARE UK (NO. 3) LIMITED,     )
                                   )
        Plaintiffs,                )
                                   )
    v.                             )       C.A. No. 18-224 (CFC) (CJB)
                                   )
GILEAD SCIENCES, INC.,             )
                                   )
        Defendant.                 )


**EXPERT REPORT OF DOUGLAS D. RICHMAN, M.D.**


January 9, 2020

# TABLE OF CONTENTS

I.   PERSONAL BACKGROUND ................................................................................... 1

II.  LEGAL STANDARD AND ASSIGNMENT ...................................................... 4

    A.   Legal Standards ........................................................................................ 5

III. TECHNICAL BACKGROUND ............................................................................ 6

    A.   Human Immunodeficiency Virus ........................................................ 6

        a.   *HIV Viral Structure* ................................................................. 8

    B.   HIV Treatments ..................................................................................... 12

        a.   *Backbones* ............................................................................... 15

        b.   *Third Agents* ........................................................................... 18

        c.   *Adherence* ............................................................................... 19

        d.   *Guidelines* .............................................................................. 20

        e.   *Integrase Inhibitor-Based Therapies* ........................................ 22

        f.   *NRTI-Based Therapies* ............................................................ 24

        g.   *NNRTI-Based Therapies* ......................................................... 26

        h.   *Protease Inhibitor-Based Therapies* ......................................... 26

    C.   HIV Resistance ...................................................................................... 27

        a.   *Assays* .................................................................................... 32

    D.   Dissociation Kinetics ............................................................................ 33

    E.   Forgiveness ............................................................................................ 35

    F.   Drug Interactions .................................................................................. 37

    G.   Clinical Trials in HIV .......................................................................... 38

IV.  BICTEGRAVIR IS SUBSTANTIALLY DIFFERENT THAN DOLUTEGRAVIR .................................................................................................. 41

    A.   Bictegravir's dissociation half-life against wild-type integrase and the G140S/Q148H mutant integrase is substantially different than dolutegravir's .... 41

B. Bictegravir is more forgiving to patients than dolutegravir ................................. 47

C. Bictegravir has a different *in vitro* resistance profile than dolutegravir .............. 53

  a. *Smith 2018* ................................................................ 56

  b. *Tsiang 2016* ................................................................ 60

  c. *White 2017* ................................................................ 65

  d. *White 2018* ................................................................ 66

  e. *Other Articles on HIV Integrase Resistance* ............................ 68

  f. *Gilead Internal Data* ...................................................... 74

  g. *Bictegravir's Barrier to Resistance* ...................................... 75

D. Bictegravir has different, and clinically significant, drug-drug interactions than dolutegravir ...................................................................... 75

E. Bictegravir is more tolerable than dolutegravir ................................. 80

V. SUMMARY ................................................................................ 85

VI. RESERVATION OF RIGHTS ........................................................ 85

## EXPERT REPORT OF DOUGLAS D. RICHMAN, M.D.

### I.     PERSONAL BACKGROUND

1.      I am the Distinguished Professor Emeritus of Pathology and Medicine (Infectious Diseases) at the University of California San Diego, and until taking my emeritus status in 2019, I was the Florence Seeley Riford Chair for Acquired Immune Deficiency Syndrome Research. I have been a faculty member at UCSD since 1976 when I joined the University as an Assistant Professor of Pathology and Medicine with a focus on infectious diseases. In 1988, I was promoted to Professor of Pathology and Medicine.

2.      I obtained my B.A. from Dartmouth College in 1965 and my M.D. from Stanford University in 1970. After graduating from medical school, I was an intern and resident at the Stanford University Hospital System. From 1972-1975 I was a research associate at the National Institutes of Health in the Laboratory of Infectious Diseases. As part of this work I was a Lt. Commander and Surgeon in the United States Public Health Service. I was honorably discharged on July 3, 1975. From 1975-1976 I was a Clinical Fellow in the Division of Infectious Diseases at Beth Israel Hospital and Children's Hospital Medical Center at Harvard Medical School.

3.      Since 1976, I have been a Staff Physician for the Veterans Affairs San Diego Healthcare System. I was Chief of the Clinical Virology Section of the VA from 1976-2006. From 1998-2009, I was the Director of the Research Center for AIDS and HIV Infection of the VA San Diego Healthcare System.

4.      Since 1994, I have been a part of the San Diego Center for AIDS Research and have been either its Co-Director or Director since it was established. Since 1996, I helped to create the UCSD HIV Institute and was its Co-Director from 1996-2000 and have been its Director since 2000.

5.      I am a Fellow of the American College of Physicians, the American Academy of Microbiology, the American Association for the Advancement of Science, and the Infectious Diseases Society of America. I am a member of the American Association of Physicians, International AIDS Society, and American Society for Virology, among others.

6.      I have been the Editor-in-Chief of Antiviral Therapy since 1996. I have been the Editor-in-Chief of what is now called Topics in Antiviral Medicine since 1994. I was on the editorial board of AIDS (1990-1993; 2007-2013), Antiviral Research (1988-2000), Drug Resistance Updates (1998-2010), and Journal of Virology (1994-2003), among others. I am currently on the editorial board of Virology, Reviews in Medical Virology, Future Virology, The Open Virology Journal, Current Opinion in HIV and AIDS, Journal of Virus Eradication, and Pathogens and Immunity.

7.      I was a consultant for the FDA Center for Drugs and Biologics from 1986-1989. I was a member of the NIH AIDS Research Review Committee from 1987-1990. I have been the Vice President, and on the Board of Directors, of the International AIDS Society-USA since it was established in 1992. I was the Chair of the HIV Drug Resistance Collaborative Group (spanning Academic Investigators, Industry, and FDA) from 1998-2000. I was on the Executive Committee for NIH Martin Delaney Collaboratory of AIDS Researchers for Eradication (CARE) from 2012-2017. And I have been on the Board of Directors for the Human Vaccines Project since 2016.

8.      I have been an active researcher in the fields of HIV resistance, treatment, and latency for over 35 years. I am an author on over 730 manuscripts and have written numerous book chapters. I am the editor of the books Antiviral Drug Resistance and the 4 editions of Clinical Virology.

9.      My published research has been extensively cited, resulting in an "h index" of 153 on the Web of Science. Web of Science identified me as being among the most highly cited 1% of biomedical researchers.

10.     I have been on the Scientific Program Committee for the Conference on Retroviruses and Opportunistic Infections (CROI) since its inception. CROI was founded in 1993 to provide a forum for basic scientists and clinical researchers to present and discuss their work in human retroviruses and opportunistic infections. CROI is the most distinguished HIV research meeting in the world and attracts over 4,000 HIV/AIDS researchers annually. Typically, the most cutting-edge (and late-breaking) research in the field of HIV/AIDS is presented at CROI.

11.     I am being compensated at my usual rate of $1,000/hr for my work in this matter. This compensation is in no way contingent upon the substance of my opinions, testimony, or the outcome of this litigation.

12.     In forming the opinions in this report, I have relied on my professional and academic experience, education, and background. Further, I have reviewed and considered the materials cited in this report.

13.     My CV is attached as Exhibit **A**, and contains a summary of my education, experience, honors, patents, and publications. In the past four years, I have provided trial or deposition testimony in the following matters: *Richman v. Regents of the University of California*, C.A. No. 37-2018-00010040-CU-MC-CTL.

## II.   LEGAL STANDARD AND ASSIGNMENT

14.     I have been instructed that ViiV alleges that Gilead's bictegravir (contained within the product Biktarvy®) infringes two claims of U.S. Patent No. 8,129,385 under the doctrine of equivalents.

15.     I have been asked to consider the differences between bictegravir and dolutegravir from the point of view of a clinician and a clinical virologist, including responding to the reports of Dr. Alan Engelman and Dr. Jay Dobkin. I understand that whether there are insubstantial differences between the compounds is related to the question of infringement under the doctrine of equivalents.

16.     It is my understanding that a person of ordinary skill in the art for this matter is a person or team of persons working as part of a multi-disciplinary drug development team with an advanced degree or degrees (Ph.D. / M.D.) in the relevant fields, which could include chemistry (for example, organic, synthetic, computational, pharmaceutical, or medicinal chemistry), biochemistry, biology, medicine, pharmacology, virology, pharmaceutics, and/or pharmaceutical sciences. This person or team of persons would have at least two years of practical experience in one or more of these relevant fields. This person or team of persons could also be someone with a lower degree level (e.g., a master's (M.S.) degree) in one of these disciplines, but with greater practical experience (e.g., at least four years). As needed in the course of the drug development process, this team would include persons of skill possessing combinations of these relevant qualifications as well as other people with whom the persons of ordinary skill in the art may consult. This report focuses on the medical doctor and clinical virologist working as part of the development team.

17.    If I testify at trial, I anticipate creating and using demonstratives and exhibits to aid my testimony and I reserve the right to do so. I also reserve the right to provide a tutorial relating to the general topics contained within this report. I also reserve the right to address any new publications or data regarding bictegravir and dolutegravir that are published before trial.

18.    I formed my opinions contained in this report based on the materials I have reviewed and relied upon (and cited herein) to date, as well as my years of training, experience, and education. I reserve the right to revise, supplement and/or amend my opinions in response to additional opinions expressed by ViiV's expert, rulings/opinions from the Court, or in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report (e.g., newly produced documents or published data), including at trial.

### A.    Legal Standards

19.    I understand that ViiV alleges infringement in this matter under a doctrine of equivalents theory. I understand that to prove infringement of the asserted claims of the '385 patent under the doctrine of equivalents, ViiV must prove that bictegravir is insubstantially different from the claimed compound(s) for the element(s) of bictegravir that do not literally infringe the asserted claim.

20.    I have been informed that there is also a function-way-results test for doctrine of equivalents. ViiV would have to prove that bictegravir performs substantially the same function in substantially the same way to obtain substantially the same result as the compounds of the asserted claims. I understand that the function-way-result test has been considered to be less appropriate for evaluating equivalence between chemical compounds. However, my opinions are the same under either test.

21.    I understand that ViiV must prove infringement by a preponderance of the evidence, which means that it is more likely to be true than not true.

## III.     TECHNICAL BACKGROUND

### A.     Human Immunodeficiency Virus

22.     Human immunodeficiency virus (HIV) is a virus that causes a chronic infection in humans, and, is characterized by a progressive deterioration of the immune system that is usually fatal when left untreated. HIV infection is characterized by HIV replication within human immune cells, called T-lymphocytes, that express the surface protein CD4. HIV infection reduces the number of immune cells expressing CD4, thereby compromising the body's immune system and making it susceptible to opportunistic infections, such as meningitis due to cryptococcus, cytomegalovirus, *Pneumocystis* pneumonia, retinitis, and certain types of cancers such as Kaposi's sarcoma, non-Hodgkin's lymphoma, and cervical cancer, among others. There are two types of HIV: HIV-1 and HIV-2. HIV-1 is more virulent and more easily transmitted and is therefore the cause of the majority of HIV infections.

23.     By the end of 2015, an estimated 1,122,900 people in the United States were infected with HIV, but only six out of seven people knew they had the virus.[1] There were approximately 38,000 people newly infected with HIV in 2018.[2] Worldwide, there were approximately 37.9 million people living with HIV at the end of 2018.[3] Between 2000 and 2018, new HIV infections fell by 37%, and HIV-related deaths fell by 45%.[4]

24.     HIV infection is monitored by measuring the number of copies of HIV genetic material found in human blood (copies per mL) or by the number of CD4-expressing cells remaining in the human blood. Typically, when a person has a "viral load" of less than 200

---

[1] CDC, *HIV in the United States and Dependent Areas Fact Sheet* (2019).

[2] *Id*.

[3] WHO, *HIV/AIDS Key Facts* (2019), https://www.who.int/news-room/fact-sheets/detail/hiv-aids.

[4] *Id*.

copies of HIV RNA per mL of blood, a very low level of HIV in the body, he or she is said to be virally suppressed. A person who is suppressed is at almost no risk of transmitting HIV through sexual activity and has a less than a 1% chance of passing HIV on to a child through pregnancy, labor, and delivery.[5]

25.      Acquired immunodeficiency syndrome (AIDS) is the most advanced phase of HIV infection. A person is diagnosed with AIDS when his or her CD4-expressing cell count falls below 200 cells/mm$^3$ blood or when a person presents with certain opportunistic illnesses.[6] Before the advent of antiretroviral drugs to treat HIV/AIDS, a patient diagnosed with AIDS would have had a life expectancy of approximately 12 months.[7] After the advent of these new medications, life expectancy became years to decades.[8]

26.      HIV was first recognized in 1981 in the United States. Initially, HIV was termed colloquially as GRID, gay-related immunodeficiency disease.[9] It took two years before the virus causing the HIV clinical symptoms was identified.[10] The virus was first named as human immunodeficiency virus in 1986.[11] Screening for new HIV treatments began almost immediately, with the first HIV treatment approved in 1987.[12] In 1997, it was discovered that

---

[5] CDC, *HIV Treatment as Prevention* (last reviewed Nov. 12, 2019), https://www.cdc.gov/hiv/risk/art/index.html

[6] CDC, *About HIV/AIDS* (last reviewed Dec. 2, 2019), https://www.cdc.gov/hiv/basics/whatishiv.html

[7] Lisa M. Lee et al., *Survival After AIDS Diagnosis in Adolescents and Adults During the Treatment Era, United States, 1984-1997*, 285 JAMA 1308, 1310 (2001).

[8] *Id.*; CDC, *About AIDS/HIV.*

[9] Lawrence K. Altman, *New Homosexual Disorder Worries Officials*, N.Y. Times, May 11, 1982, https://www.nytimes.com/1982/05/11/science/new-homosexual-disorder-worries-health-officials.html.

[10] F. Barré-Sinoussi et al., *Isolation of a T-Lymphotropic Retrovirus from a Patient at Risk For Acquired Immune Deficiency Syndrome (AIDS)* 220 Science 868 (1983).

[11] John Coffin et al., *What to call the AIDS virus?*, 321 Nature 10 (1986).

[12] Samuel Broder, *The development of antiretroviral therapy and its impact on the HIV-1/AIDS*

even drug-suppressed HIV has latent reservoirs of virus in the human body.[13] HIV treatments have evolved over time to better suppress the HIV virus and to do so with fewer side-effects, but because of HIV's latency, a cure has still not been discovered.

27.     Today, HIV has become a chronic illness. For many patients, this means that they will need to be on HIV treatment for decades. The research focus is on identifying a cure for HIV and for drugs that have fewer side effects, are longer acting, have a better resistance profile, and a favorable drug-drug interaction profile.

a.     *HIV Viral Structure*

28.     HIV is the virus that causes HIV infection. The HIV virus particle, a virion, is spherical and approximately 100 to 150 nm in diameter.[14] The HIV virion has an outer casing, called the viral envelope.[15] Proteins are embedded in the viral envelope that interact with CD4 to allow viral entry into a host cell. Within the virion's viral envelope is the capsid, which houses HIV's viral enzymes and two copies of single-stranded, positive sense, genomic RNA.[16] HIV contains two strands of single-stranded RNA that code for the virus's nine genes. An image of the HIV virion is below.[17]

---

*pandemic*, 85 Antiviral Res. 1, 6 (2010).

[13] Joseph K. Wong et al., *Recovery of Replication-Competent HIV Despite Prolonged Suppression of Plasma Viremia*, 278 Science 1291 (1997).

[14] John C. Guatelli et al., *Human Immunodeficiency Virus*, *in* Clinical Virology 797 (Douglas D. Richman et al. eds., 4th ed. 2017).

[15] *Id*. at 798.

[16] *Id*.

[17] *Lippincott's Illustrated Reviews: Microbiology* 294 (Cynthia Nau Cornelissen et al., 3d ed. 2013).



29.     Within the HIV virion the RNA is tightly bound to the three enzymes that are essential for HIV replication: reverse transcriptase, integrase, and protease. Each enzyme has necessary functions in the HIV replication cycle, and the inhibition of these enzymes prohibits HIV replication, thus providing the targets for the most effective drugs to treat HIV infection. A general overview of the HIV replication cycle is shown below.[18]

---

[18] Donald M. Coen and Douglas D. Richman, *Antiviral Agents*, *in* Fields Virology, Fig. 13.2 at 343 (David M. Knipe et al, eds., 6th ed. 2013). At present time, there are three other approved integrase inhibitors: elvitegravir, dolutegravir, and bictegravir; and one undergoing FDA approval, cabotegravir. Additionally, there are other approved protease inhibitors, including darunavir.



30.    *Reverse Transcriptase*: HIV reverse transcriptase is the enzyme responsible for reverse transcribing the viral RNA (viral genetic code) into DNA, the genetic code used by the human body.[19] The transcription of viral RNA into DNA is necessary so that the human body's existing processes can be exploited to copy the viral genetic code into viral RNA.[20] There are two types of drugs that inhibit reverse transcriptase: nucleoside/nucleotide reverse transcriptase

---

[19] Clinical Virology, *supra* note 14, at 798.

[20] Aravind Basavapathruni and Karen S. Anderson, *Reverse transcription of the HIV-1 pandemic*, 21 FASEB J. 3795, 3796 (2007).

inhibitors (N(t)RTIs) and non-nucleoside reverse transcriptase inhibitors (NNRTIs). These will be discussed further below.

31.     *Integrase (IN)*: Integrase is the retroviral enzyme responsible for integrating the viral DNA into human DNA so that the infected human host cell will produce viral RNA and protein as if it were a human gene product.[21] There are two distinct processes performed by integrase. First, the integrase performs 3' processing whereby nucleotides are removed from the 3' ends of the viral DNA. Second, the strand transfer reaction takes place whereby the processed 3' ends of the viral DNA are covalently ligated into the host DNA. An integrase "inhibitor," a drug that inhibits the function of integrase, could inhibit either the 3' processing step or the strand transfer step. All currently marketed integrase inhibitors are integrase strand transfer inhibitors (INSTIs).

32.     *Protease*: HIV protease is the enzyme responsible for cleaving the viral polyproteins synthesized during the HIV replication cycle into shorter pieces to create the mature proteins contained within a virulent HIV virion.[22] Without protease, the HIV virions remain noninfectious. HIV protease cleaves specific peptide bonds in the polyprotein allowing the creation of smaller pieces. Drugs that inhibit HIV protease are called protease inhibitors.

33.     Protease is not an enzyme unique to viruses. Humans have proteases that are necessary for a variety of different processes in the human body. Integrase is an enzyme unique to and required by retroviruses. All retroviruses have a form of integrase. This makes integrase an attractive drug-target for the treatment of HIV.

---

[21] Clinical Virology, *supra* note 14, at 799.

[22] *Id*.

B.    **HIV Treatments**

34.    The goal of current HIV treatment is to reduce the amount of virus, termed viral load, in the body to an undetectable level. When a viral load becomes undetectable, viral suppression is achieved, and the risk of HIV transmission is almost non-existent, CD4 counts increase, and clinical complications decrease.[23] In resource-rich countries with access to modern HIV treatments, it is expected that viral suppression can be achieved in more than 90% of patients.[24]

35.    The primary characteristics physicians look for in an HIV treatment are efficacy and safety. Efficacy is most important. A regimen is efficacious if it results in durable viral suppression, high barrier to resistance, and effectiveness in high viral load patients. Safety is also a critical factor. In considering the safety of a regimen physicians look at long-term health risks and extreme side effects. Adherence (or compliance), tolerability, and convenience are also considerations that physicians consider in evaluating a possible regimen. These three are often linked, in that the more tolerable and convenient a regimen is, the more likely a patient is to take it as prescribed. Tolerability considerations may also significantly impact a patient's desire to switch from or remain on a regimen.

36.    Antiretroviral therapy (ART) is the standard of care treatment for HIV infection and has been since 1996.[25] Antiretroviral therapy uses multiple HIV treatments to attack the

---

[23] David P. Wilson et al., *Relation between HIV viral load and infectiousness: a model-based analysis*, 372 Lancet 314, 316 (2008); Christopher J. Gill et al., *Relationship of HIV Viral Loads, CD4 Counts, and HAART Use to Health-Related Quality of Life*, 30 J. Acquired Immune Deficiency Syndromes 485 (2002).

[24] Christine J. Kubin et al., *Antiretroviral Agents*, *in* Clinical Virology 169 (Douglas D. Richman et al. eds., 4th ed. 2017).

[25] Dept. of Health & Human Servs., *Guidelines for the Use of Antiretroviral Agents in Adults and Adolescents with HIV*, A-1 (2019), ("DHHS Guidelines," updated Dec. 2019), https://aidsinfo.nih.gov/contentfiles/lvguidelines/adultandadolescentgl.pdf.

virus at multiple places in the replication cycle. This involves combining HIV medications from different classes—such as reverse transcriptase inhibitors, protease inhibitors, and integrase inhibitors, among others. The standard of care for ART is the use of a "backbone" and a "third agent." The use of antiretroviral therapy has allowed HIV-infected patients to live a near-normal lifespan.[26]



Figure 2. Mid-point life expectancy estimates at age 20 years in three calendar periods, overall and by sociodemographic characteristics, 2000–2007. Panel A: Life expectancy at age 20 years, overall. Panel B: Life expectancy at age 20 years, by sex. Panel C: Life expectancy at age 20 years, by transmission group. Panel D: Life expectancy at age 20 years, by race. Panel E: Life expectancy at age 20 years, by CD4 cell count (cells/mm³) at ART initiation.
doi:10.1371/journal.pone.0081355.g002

37.     With the earlier HIV medications, as with zidovudine (AZT) as described below, it was common for patients to have to take multiple pills multiple times per day. As drugs became better, regimens were simplified. Patients took fewer pills at a time and took their medications fewer times per day.

---

[26] Hasina Samji et al., *Closing the Gap: Increases in Life Expectancy among Treated HIV-Positive Individuals in the United States and Canada*, 8 PLOS One e81355, 6 (following graph) & 7 (2013).

38.     Patient pill burden was reduced in a number of ways. First, antiviral drugs became more potent and therefore a patient had to take less drug in order to have the same effect. This meant that the number of pills that a patient needed to take diminished. Second, the pharmacokinetics of the drug products improved, meaning that the drugs maintained effective concentrations in the body for longer durations. This improvement in the pharmacokinetics of a drug means that a drug needs to be taken less frequently (fewer times per day). An improvement in the pharmacokinetics of a drug can also have other effects, such as improved forgiveness, as I discuss below.

39.     Third, because of drugs' improved potency (meaning less actual drug product was required in each pill) and improved formulation properties, more than one drug could be combined into a single pill. These pills are called "fixed-dose combinations" because they contain defined and fixed amounts of each drug in the pill. When a drug is dosed as a single agent, meaning only that drug product is included in the pill, it is possible to adjust the amount of drug product being taken by adding additional pills. In a fixed-dose combination, the amount of drug is set, therefore it is often not possible to adjust the amount of each individual drug in a fixed-dose combination a patient is receiving.

40.     The first "single-tablet regimen," Atripla, was approved in July 2006. A single-tablet regimen (STR) is a single pill taken once-a-day that contains a complete HIV antiretroviral therapy regimen that can be prescribed to treatment-naïve patients, or treatment-experienced patients. Today, there are a number of approved single-tablet regimens, including STRs containing bictegravir and dolutegravir. STRs have the advantage of containing a complete regimen in a single pill, which can lead to improved adherence. Over the past 30 years, HIV

treatment has gone from a pill burden in excess of twenty pills per day to taking a single pill one time a day.

41.     However, multi-tablet regimens are still used when the combination of separately marketed products provides the best option for a given patient in light of their individual characteristics, such as complex resistance patterns, or potential DDIs. These multi-tablet regimens usually take the form of a dual-NRTI fixed dose combination (such as F/TAF) plus one or more third agents.

   a.     *Backbones*

42.     The current DHHS Guidelines state that "[a]n antiretroviral (ARV) regimen for a treatment-naïve patient generally consists of two nucleoside reverse transcriptase inhibitors (NRTIs)[27] administered with a third active ARV drug from one of three drug classes: an integrase strand transfer inhibitor (INSTI), a non-nucleoside reverse transcriptase inhibitor (NNRTI), or a protease inhibitor (PI) with a pharmacokinetic (PK) enhancer (also known as a booster; the two drugs used for this purpose are cobicistat and ritonavir)."[28] The "combination of two nucleoside/nucleotide reverse transcriptase inhibitors, NRTIs or N(t)RTIs, is typically referred to as the therapy "backbone." I will use the abbreviation NRTI to refer to both NRTIs and N(t)RTIs. NRTIs inhibit reverse transcriptase and block HIV at that point in its life cycle.

43.     NRTIs are so-named because they are analogs of nucleosides—the building blocks of human DNA. These drugs mimic normal nucleosides in structure, but the different functional groups on the drugs versus typical nucleosides interfere in the normal processes of

---

[27] N(t)RTI is the acronym for nucleo[t]ide reverse transcriptase inhibitor. These differ from NRTIs in that the antiviral is a nucleotide analog instead of a nucleoside analog. Many scientists and doctors use the term NRTI to cover both NRTIs and N(t)RTIs.

[28] DHHS Guidelines, *supra* note 26, G-1.

reverse transcriptase. I have included a comparison of a naturally occurring nucleoside (thymidine) compared with an antiviral nucleoside (zidovudine) below.



Thymidine                    Zidovudine

44.     The first drug discovered for the treatment of HIV was zidovudine (AZT), an NRTI. The first reports that AZT was effective in treating HIV were published in 1985 and was first approved in 1987.[29] AZT was initially formulated in 100 mg capsules and 400 mg of AZT was given every four hours, day and night. Patients would take four pills six times per day.

45.     However, what soon became clear was that there were limitations to monotherapy with any single HIV treatment, both in terms of effectiveness and the development of resistant virus.[30] The story of HIV treatment development is largely one of attempting to create better treatments to slow the development of resistant virus and to be able to treat already resistant HIV.

46.     More successful NRTIs were developed over time and were eventually combined into the two-drug combinations that form the backbone of an HIV combination therapy regimen.

_____

[29] Broder 2010, *supra* note 12, at 2, 6.

[30] *Id*. at 7.

16

There are numerous third agents, but almost all HIV treatments include the use of NRTIs as one of the components of the therapy. The first NNRTI combination studied in clinical trial was zalcitabine (ddC) combined with AZT for the treatment of patients with advanced HIV infection—1992—but these were still early and less effective HIV regimens.

47.     The first combination of drugs, lamivudine combined with zidovudine (AZT), was first approved in 1995. Lamivudine is still utilized in antiretroviral therapy regimens today, including in ViiV's Triumeq® (dolutegravir/abacavir/lamivudine) product and Dovato® (dolutegravir/lamivudine). NRTIs have been an enduring part of HIV regimens.

48.     Abacavir was first approved on December 17, 1998. As described above, abacavir is still used in drug products today.[31] However, abacavir has been associated with side-effects that made it less tolerable to patients, and patients have to be tested for a particular gene before starting abacavir due to risk of hypersensitivity reactions. Physicians and patients have avoided abacavir because of these two issues, especially since the advent of newer NRTIs without side-effects or genetic issues.

49.     Tenofovir disoproxil fumarate (TDF), a prodrug of the nucleotide reverse transcriptase inhibitor tenofovir (TFV), was first approved on October 26, 2001. TDF is approved not only for the treatment of HIV, but also for the treatment of hepatitis B (as is tenofovir alafenamide (TAF), a new prodrug of tenofovir). This means that patients co-infected with hepatitis B virus (HBV) do not need to be treated with a separate drug—TDF or TAF will treat both the HIV and HBV. TDF was a generally well-tolerated regimen that was highly efficacious and had a high barrier to resistance. However, its used began to be associated with

---

[31] Triumeq® Package Insert.

bone and renal side effects. TAF, the prodrug of TFV first approved in 2015, has all the benefits of TDF but without the same bone and renal toxicity concerns.

50.     On August 2, 2004, the FDA approved two fixed-dose combination NRTI products: Epzicom® (abacavir/lamivudine) and Truvada® (TDF/emtricitabine). These tablets combined two drug products into a single pill that would be taken just once a day along with another antiretroviral. These combination drug products have been viewed as the backbones of HIV therapy. As of 2015, Truvada® has been replaced with Descovy® (TAF/emtricitabine). Gilead's backbones have been widely recognized as the preferred dual-NRTI backbones since the release of Truvada in 2004.

    b.    *Third Agents*

51.     A third agent is the additional antiviral medication in antiretroviral therapy that is combined with the NRTIs. A third agent is typically a protease inhibitor (PI), non-nucleoside reverse transcriptase inhibitor (NNRTI), or integrase inhibitor (INSTI).

52.     Protease inhibitors (PIs) are compounds that inhibit the activity of the HIV protease enzyme. Invirase® (saquinavir) was the first protease inhibitor approved in the United States in 1995.[32] Two other protease inhibitors, ritonavir and indinavir, were approved shortly thereafter. Unboosted-PIs had limited effectiveness in clinical practice in the mid-to-late '90s: each PI required a patient to take more than one pill at a time, multiple times a day, and had tolerability issues.

53.     Eventually, it was realized that ritonavir, a PI, also inhibited a liver enzyme (CYP3A4) that metabolized protease inhibitors to shorten their half-life in the body. Ritonavir

---

[32] FDA, *HIV/AIDS Historical Time Line 1991-1999*, https://www.fda.gov/patients/hiv-timeline-and-history-approvals/hivaids-historical-time-line-1991-1999#95.

could thus be used to "boost" the concentrations and half-life of other protease inhibitors. Ritonavir stopped being used as a PI and was instead prescribed in low doses to improve the pharmacokinetics of, and lower the pill burden of, other protease inhibitors. Today, another "booster" (cobicistat) is on the market, but all protease inhibitors still must be boosted with a CYP3A4 inhibitor in order to be taken once daily.

54.     Non-nucleoside reverse transcriptase inhibitors (NNRTIs) are compounds that inhibit the activity of the HIV reverse transcriptase enzyme. These drugs block the same target (reverse transcriptase) as NRTIs but work in a slightly different way. NNRTIs are non-competitive inhibitors of reverse transcriptase and interact with the enzyme away from the active site. The first NNRTI approved was nevirapine. A number of NNRTIs are still used in treatments today, such as efavirenz and rilpivirine.

c.     *Adherence*

55.     Adherence or compliance refers to whether patients take their drug regimen as prescribed, i.e. without missing doses or missing a minimum of doses. Typically, adherence of greater than or equal to 95% is considered highly adherent. Various studies have shown that adherence to antiretroviral therapy is an important factor that determines treatment outcomes for patients infected with HIV.[33] Historically, non-adherence rates have ranged from 31-68% in various studies "depending on the stringency of the adherence definition."[34] Non-adherence means that patients are missing doses in their regimens. For a single-tablet regimen, that means a patient is missing an entire day (or more) of HIV therapy.

---

[33] Yan Cheng et al., *Predicting poor adherence to antiretroviral therapy among treatment naïve veterans infected with human immunodeficiency virus*, 97 Medicine 2(e9495), 1 (2018).

[34] Neeta Tandon et al., *Compliance with clinical guidelines and adherence to antiretroviral therapy among patients living with HIV*, 35 Current Med. Res. & Op. 63, 69 (2019).

56.     Poor and suboptimal adherence to an antiretroviral regimen is associated with an increased risk of virological breakthrough and failure, and the development of drug resistance.[35] This is because the blood plasma levels of the drugs can fall below the levels required for viral suppression and the HIV virus replicates. Conversely, higher adherence leads to greater regimen efficacy and better outcomes for patients. A drug or regimen that is more "forgiving" can continue to suppress viral replication even when a patient is suboptimally adherent. I discuss the concept of forgiveness in detail below.

57.     Tolerability and convenience issues can make patients more (or less) likely to take their drug regimen as prescribed. Drug adherence has been improving over time with the advent of more tolerable drugs and with more convenient administration through STRs. However, in a recent study, only 45.1% of patients on an integrase inhibitor regimen were highly adherent (greater than or equal to 95%).[36] Similarly, although patients are more adherent on STRs, a recent study found that 86% of patients on a STR had adherence less than 95%.[37] These recent studies demonstrate that while modern regimens have improved adherence, suboptimal adherence is still a common occurrence. These data highlight the importance of forgiving regimens to prevent loss of suppression even with imperfect adherence, and thus the emergence of drug resistance, and ultimately to lower healthcare costs.

d.     *Guidelines*

58.     Many physicians who treat patients with HIV specialize in infectious diseases and in the treatment of HIV in particular. These physicians are often very knowledgeable about the

---

[35] *Id.* at 63.

[36] Cheng, *supra* note 34, at 6.

[37] Anne Kangethe et al., *Real-World Health Plan Data Analysis: Key Trends in Medication Adherence and Overall Costs in Patients with HIV*, 25 J. Managed Care & Specialty Pharmacy 88, 91 (2019).

available therapies in the marketplace and well equipped to provide individualized treatments to patients based on available therapies and a patient's treatment history. However, not all HIV patients are treated by HIV specialists. There are a number of guidelines that provide recommendations for testing and treatment of persons with HIV.

59.     Typically, the guidelines for treatment of HIV are written by experts in the field of HIV and are meant to provide guidance as to the best regimens to initiate a patient on treatment. These guidelines are written, and recommendations made, based on the evidence regarding the regimens. There is a hierarchy of evidence and a hierarchy of recommendations made in the guidelines. The guidelines also provide alternative regimen options for patients who may have certain pre-existing conditions or resistance that make the main recommended regimens poor choices for that patient's treatment.

60.     Guidelines, particularly the Department of Health and Human Services (DHHS) Guidelines, also summarize drug interactions between HIV antiviral drugs, identify the contraindications for prescribing certain regimens or antiviral drugs, and list possible adverse reactions to different antiviral drugs and drug regimens.

61.     The two most commonly referenced guidelines are the DHHS Guidelines and the International Antiviral Society-USA (IAS-USA) Guidelines. The DHHS Guidelines are developed by the DHHS Panel on Antiretroviral Guidelines for Adults and Adolescents, which is a working group of the Office of AIDS Research Advisory Council (OARAC). The IAS-USA Guidelines are put together by "an international panel of 16 volunteer experts in HIV research and care."[38]

---

[38] Michael S. Saag et al., *Antiretroviral Drugs for Treatment and Prevention of HIV Infection in Adults: 2018 Recommendations of the International Antiviral Society-USA Panel*, 320 JAMA 379, 379 (2018) ("IAS-USA Guidelines").

62.     Currently, the DHHS Guidelines recommend the following regimens for the treatment of antiretroviral-naïve patients:

- The Panel on Antiretroviral Guidelines for Adults and Adolescents (the Panel) classifies the following regimens as *Recommended Initial Regimens for Most People with HIV* (in alphabetical order):
  - Bictegravir/tenofovir alafenamide/emtricitabine **(AI)**
  - Dolutegravir/abacavir/lamivudine—**only** for individuals who are HLA-B*5701 negative and without chronic hepatitis B virus (HBV) coinfection **(AI)**
  - Dolutegravir plus (emtricitabine or lamivudine) plus (tenofovir alafenamide or tenofovir disoproxil fumarate)[a] **(AI)**
  - Dolutegravir/lamivudine **(AI)**—except for individuals with HIV RNA >500,000 copies/mL, HBV co-infection, or in whom ART is to be started before the results of HIV genotypic resistance testing for reverse transcriptase or HBV testing are available.
  - Raltegravir plus (emtricitabine or lamivudine) plus (tenofovir alafenamide [TAF] or tenofovir disoproxil fumarate [TDF])[a] (**BI** for TDF, **BII** for TAF) [39]

63.     The IAS-USA Guidelines currently recommends the following regimens for the treatment of HIV (the "generally recommended initial regimens"):

**Generally Recommended Initial Regimens (Listed in Alphabetic Order by InSTI Component)**
- Bictegravir/TAF/emtricitabine (evidence rating AIa)[b]
- Dolutegravir/abacavir/lamivudine (evidence rating AIa)[c,d]
- Dolutegravir plus TAF/emtricitabine (evidence rating AIa)[c,e] [40]

64.     However, despite the recommendations of the Guidelines (and consensus among them) of what the best initial regimens are for the treatment of HIV, a recent study found that in practice there is significant divergence from the Guidelines' recommended regimens.[41]

e.     *Integrase Inhibitor-Based Therapies*

65.     *Isentress®*: Isentress® is the brand-name for Merck's integrase inhibitor, raltegravir. Raltegravir was first approved by the FDA in 2007, but it could not be dosed once-daily.

---

[39] DHHS Guidelines, supra note 26, at G-1.

[40] IAS-USA Guidelines, *supra* note 39, at 382, Box 2.

[41] Tandon 2019, *supra* note 35.

66. *Stribild®[42]*: Stribild® was the second integrase inhibitor-based product approved by the FDA. Stribild® is approved for treatment of HIV in patients who have never been previously treated for HIV, this is known as a "naïve" indication. Stribild® is also approved for treatment of patients who are already virologically suppressed on their existing treatment. This is known as a "switch" indication. Stribild® first came on the market in 2012 and is a combination of elvitegravir (an INSTI), cobicistat, tenofovir disoproxil fumarate, and emtricitabine. Elvitegravir was the second integrase inhibitor approved by the FDA. However, elvitegravir could only be dosed once daily when given in combination with cobicistat, a CYP3A4 inhibitor. Stribild® is a single-tablet regimen (STR), meaning all of a patient's anti-HIV medications are included in a single pill that is taken once a day.

67. *Tivicay®*: Tivicay® was the third integrase inhibitor approved by the FDA. Tivicay® is indicated for treatment of HIV in both naïve and switch patients. Tivicay® first came on the market in 2013 and is the brand name for dolutegravir. Tivicay® is a single agent, meaning it is not combined with any other anti-HIV medications into a single pill.

68. *Triumeq®*: Triumeq® was approved by the FDA in 2014 and is indicated for treatment of HIV in both naïve and switch patients. Triumeq® is a single-tablet regimen containing dolutegravir, abacavir, and lamivudine. Triumeq® was the second integrase inhibitor STR on the market and the first STR with an unboosted integrase inhibitor.

69. *Genvoya®*: Genvoya® was approved by the FDA in 2015 and is indicated for treatment of HIV in both naïve and switch patients. Genvoya® is a Gilead-marketed single-tablet regimen containing elvitegravir, cobicistat, tenofovir alafenamide, and emtricitabine. Genvoya®

---

[42] I have not discussed Vitekta®, elvitegravir as a single-agent, because it is not a currently marketed integrase inhibitor.

was the third integrase inhibitor STR on the market and the first integrase inhibitor STR that

contains TAF.

70.     *Juluca*: Juluca is a ViiV-marketed STR that contains dolutegravir and rilpivirine,

a non-nucleoside reverse transcriptase inhibitor (NNRTI). Juluca is not approved for treatment of

HIV in treatment-naïve patients. Juluca is only indicated for the treatment of HIV in switch

patients. In other words, Juluca is only approved as a *replacement* antiretroviral regimen in

adults who are already virologically suppressed with no history of treatment failure and no

known substitutions associated with resistance to the individual components of Juluca. This is in

contrast to other integrase inhibitor STRs, which are indicated for use in treatment-naïve

patients.

71.     *Biktarvy®*: Biktarvy® is a Gilead-marketed integrase inhibitor-based STR

approved by the FDA on February 7, 2018 that is indicated for treatment of HIV in both naïve

and switch patients. Biktarvy® contains bictegravir (INSTI), tenofovir alafenamide, and

emtricitabine. Bictegravir, the integrase inhibitor in Biktarvy®, is an unboosted once daily

integrase inhibitor.

72.     *Dovato®*: Dovato® is a ViiV-marketed integrase inhibitor-based STR approved

by the FDA on April 8, 2019 that is indicated for treatment of HIV in both naïve and switch

patients. Dovato® contains dolutegravir (INSTI) and lamivudine (3TC, an NRTI).

                    f.     *NRTI-Based Therapies*

73.     *Truvada®:* Truvada® is a combination of emtricitabine (FTC) and tenofovir

disoproxil fumarate (TDF). This is a Gilead-marketed backbone that is indicated for use in both

naïve and switch patients when taken in combination with other HIV medications as part of an

approved multi-tablet regimen. Truvada® is also approved for the prophylactic treatment of HIV

(pre-exposure prophylaxis, PrEP). Before the advent of TAF-containing products, TDF-containing products were considered standard of care. TDF is administered at a dose of 300 mg.

74.     *Descovy*®: Descovy® is a combination of tenofovir alafenamide (TAF) and emtricitabine (FTC). Descovy® is a Gilead-marketed backbone that is indicated for use in both naïve and switch patients when taken in combination with other HIV medications as part of an approved multi-tablet regimen. Descovy® is also approved for the prophylactic treatment of HIV (pre-exposure prophylaxis, PrEP). Tenofovir alafenamide is a prodrug of tenofovir, a nucleotide reverse transcriptase inhibitor. A prodrug is a compound that is metabolized inside the human body into a pharmacologically active drug product. Broadly speaking, prodrugs have improved chemical stability compared to the active drug product, have less toxicity, and have better absorption. TAF is metabolized by the human body into tenofovir, the active anti-HIV agent. TAF is administered at a dose of only 25 mg and has fewer side-effects, such as less bone and kidney toxicity, than the prior prodrug used to administer tenofovir, TDF. Emtricitabine is a nucleoside reverse transcriptase inhibitor.

75.     *Epzicom:* Epzicom is a combination of abacavir sulfate (an NRTI) and lamivudine (an NRTI) marketed by ViiV Healthcare. Epzicom is indicated for use in both naïve and switch patients when taken in combination with other HIV medications as part of an approved multi-tablet regimen. It is ViiV's backbone that competes with Truvada® and Descovy®. Abacavir has been associated with hypersensitivity when a patient has the histocompatability gene allele HLA-B*5701. Testing for this allele is recommended before beginning an abacavir-containing regimen. Additionally, abacavir is associated with higher rates of adverse events, such as nausea, headache, vomiting, diarrhea, and fatigue.

g.    *NNRTI-Based Therapies*

76.    *Complera*®: Complera® is a single-tablet regimen containing rilpivirine (NNRTI), emtricitabine (NRTI), and tenofovir disoproxil fumarate (NRTI). Complera® has been indicated for use in naïve patients with HIV-1 RNA less than or equal to 100,000 copies/mL at the start of therapy, and in switch patients who are virologically suppressed on a stable antiretroviral regimen for at least 6 months with no treatment failure and no known substitutions associated with resistance to the individual components of Complera®.

77.    *Odefsey*®: Odefsey® is a Gilead-marketed single-tablet regimen that contains rilpivirine, emtricitabine, and tenofovir alafenamide. It was approved by the FDA on March 1, 2016. Odefsey® is indicated for treatment of HIV in naïve patients with HIV-1 RNA less than or equal to 100,000 copies/mL at the start of therapy, and in switch patients who are virologically suppressed on a stable antiretroviral regimen for at least 6 months with no treatment failure and no known substitutions associated with resistance to the individual components of Odefsey®.

h.    *Protease Inhibitor-Based Therapies*

78.    *Prezcobix*®: Prezcobix® is a fixed-dose combination of darunavir (PI) and cobicistat (booster) marketed by Janssen. Prezcobix® is not considered a complete regimen for the treatment of HIV. It must be taken with a backbone. Prezcobix® is indicated for treatment of HIV in naïve and switch patients when taken in combination with other HIV medications as part of an approved multi-tablet regimen.

79.    *Symtuza*®: Symtuza® is the only single-tablet regimen containing a boosted protease inhibitor marketed by Janssen. It contains darunavir (PI), cobicistat (booster), emtricitabine (NRTI), and TAF (N(t)RTI). Symtuza® is indicated for treatment of HIV in naïve and switch patients.

80.     *Evotaz®*: Evotaz® is a fixed-dose combination product containing atazanavir (PI) and cobicistat (booster) marketed by BMS. Evotaz® is not considered a complete regimen for the treatment of HIV. It must be taken with a backbone. Evotaz® is indicated for treatment of HIV in naïve and switch patients when taken in combination with other HIV medications as part of an approved multi-tablet regimen.

## C.     HIV Resistance

81.     Considerations regarding HIV drug resistance encompass two different but related aspects: the resistant mutants selected by treatment with an antiviral drug and the ability of an antiviral drug to treat particular resistant mutants. With the remarkable capacity of microorganisms to mutate and evolve, one definition of a true antiviral drug has been proposed to be its ability to select for resistant mutants.[43]

82.     The emergence of resistance is generally governed by four factors.[44] First, the viral mutation frequency. Second, the intrinsic ability of the viral target's active site to tolerate change with respect to the specific antiviral drug. Third, the selective pressure of the antiviral drug. And fourth, the magnitude and rate of viral replication.

83.     For the first factor, viral mutation frequency, for a single-stranded RNA virus like HIV, the mutation frequencies are approximately $3 \times 10^{-5}$.[45] This means that for a genome the size of HIV, 10 kb, a single mutation would be expected to be generated approximately once in every newly generated virus .[46] The mutation rate in HIV and other single-stranded RNA viruses

---

[43] EC Herrmann Jr, JA Herrmann, *A working hypothesis—virus resistance development as an indicator of specific antiviral activity*, 284 Ann. N. Y. Acad. Sci., 632-7 (1977).

[44] Clinical Virology, *supra* note 14, at 823.

[45] Douglas D. Richman, *Antiviral Drug Resistance: Issue and Challenges*, *in* Antiviral Drug Resistance 2 (Douglas D. Richman, ed., 1996).

[46] *Id*.

is faster than DNA viruses and other organisms with a DNA genome which benefit from a "proof-reading" or "spell-checker" mechanism.

84.     The ability of the viral target site to tolerate a mutation can significantly affect the likelihood, and identity, of resistant mutants. The ease and way in which an enzyme's active site can mutate to interact differently with the antiviral drug will affect the rate at which mutations are selected and which mutants are selected.

85.     Regarding the third factor, increased drug exposure causes increased selective pressure on the replicating HIV virus to promote the more rapid emergence of drug-resistant mutants.[47] As an example, higher doses of AZT tend to select for drug-resistant virus more readily than do lower doses because higher doses exert a stronger selective pressure.[48] However, at some point the higher doses of the drug (or combination of drugs) results in slower viral replication that lowers the probability that a drug-resistant mutant emerges.[49] When there is no viral replication, there is no emergence of resistance. This phenomenon is depicted below.

---

[47] *Id*. at 2-3.

[48] *Id*. at 3.

[49] *Id*.



86.     Suboptimal adherence to drugs can affect this factor. Therefore, it is beneficial to have drugs that are more forgiving to patients, recognizing that humans are not perfect and do not take all their medication at the exact same time every day.

87.     The fourth factor, the magnitude and rate of replication of the virus population, is especially important for HIV, which is characterized by the production of a remarkably high magnitude of virus production; it is estimated that 10 to 100 billion virus particles are generated in an untreated HIV-infected person daily. Higher levels of virus increase the probability of undetected levels of pre-existing mutants in the body.[50] This means that patients likely have pre-existing drug-resistant variant(s) of HIV in their body when treatment is initiated. Ideally, a

---

[50] *Id.* at 4.

patient would be treated with drugs that have antiviral activity across the broad cross-section of resistant variants in the body.

88.     Approximately 10 billion HIV virions are generated daily.[51] Further, one mutation is generated for each new genome.[52] Thus, HIV genomes with every possible mutation, as well as HIV genomes with double mutations, would be generated each day.[53] Incomplete suppressed viral replication (in the case of pre-existing mutant versions of HIV or suboptimal adherence) drives the selection of drug-resistant HIV virus.

89.     A particular antiviral drug selects for particular resistant mutants. However, the resistant mutants selected by a drug *in vivo* can be different than those selected by a drug *in vitro*. It can take years of clinical experience to document what resistant mutants are selected with the use of a particular drug.

90.     The second aspect of HIV drug resistance is the ability of a particular drug to treat a resistant mutation. There are different ways to test for activity of a particular inhibitor against a virus with resistant mutation(s) and to evaluate which mutations a patient has. Historically, *in vitro* testing has been used to measure the ability of a particular antiviral drug to inhibit a drug-resistant virus.

91.     *Wild Type (WT)*: Wild type is a naturally occurring strain of HIV virus not previously exposed to an antiviral drug regimen. When exposed to antiretroviral drugs or other selective pressures, wild-type HIV can develop mutations that are more fit under the selective pressures imposed, for example, by a drug or immune response.

---

[51] Clinical Virology, *supra* note 14, at 823.

[52] *Id*.

[53] *Id*.

92.     *Mutation*: A mutation represents an amino acid that has changed from the one that existed in the wild-type virus in order to replicate more effectively (i.e., be more fit). This means that the sequence of amino acids that makes up a patient's viral genome has changed. For example, in the wild-type HIV integrase genome there is an arginine at position 263. If the virus is mutated and the arginine becomes a lysine, the mutation is described by referring to the original amino acid (R), the position where the change occurred (263), and the new amino acid at that location (K). A person of skill would write that mutation as R263K.

93.     *Genotypic Assays*: A genotypic assay compares the sequence of the viral RNA to a reference WT strain of viral RNA to identify the specific mutations in that portion of viral RNA. Genotypic assays are typically quicker and cheaper to perform than phenotypic assays. For example, genotypic assays allow for a patient's HIV integrase to be analyzed before initiating a treatment regimen. However, genotypic assays have a detection limit of approximately 20% for a minor sub-population in the patient's swarm of HIV.[54]

94.     *Phenotypic Assays*: A phenotypic assay measures the effect of a particular antiviral drug on the growth of a particular viral strain. These assays isolate a patient's particular virus and then test the activity of an antiviral drug on the ability of the virus to replicate.[55] There are a number of companies that insert portions of a patient's viral genome relevant to drug resistance into a cell culture system that creates a faster and automated phenotyping process.[56] Monogram Biosciences has one of the most recognized and validated assays for performing phenotypic testing: the PhenoSense® assay. Moreover, Monogram has a set of patient-derived

[54] Guy Boivin et al., *Diagnosis of Viral Infections*, *in* Clinical Virology 296 (Douglas D. Richman et al. eds., 4th ed. 2017).

[55] *Id*. at 295.

[56] *Id*. at 296.

isolates that demonstrate how a particular antiviral drug (such as bictegravir) performs against patients with a certain type of mutation or broadly against patients with integrase mutations.[57]

95.    *Genotype versus Phenotype*: A resistant virus genotype sets forth the particular site-directed mutations. However, a phenotype takes into account all the variant background sequence of a patient's viral RNA, meaning it is possible for two people to have the same genotype—a G140S/Q148H mutation—but two non-identical phenotypes.

       a.    *Assays*

96.    Antiviral drugs are initially tested with *in vitro* assays; they are done in a cell culture, not in an animal model or person. Resistance testing is typically performed with *in vitro* cellular assays. The purpose of the assay is to assess the ability of an antiviral drug to inhibit a wild type or resistant strain of HIV.

97.    The ability of a drug to inhibit a biological process is often expressed as an $EC_{50}$, which refers to "50% effective concentration." An $EC_{50}$ is a measurement of the concentration of drug that inhibits viral replication by 50%. A lower $EC_{50}$ means that a drug is more potent or more effective at inhibiting the biological process. A second way that a drug's activity against a resistant mutant is expressed is with "fold change." A drug's fold change is the ratio of a drug's $EC_{50}$ against a resistant mutant and its $EC_{50}$ against wild-type virus. That ratio is expressed as a fold change (FC) value. A lower fold change means that a drug retains more of its potency against the resistant mutant.

98.    Assays can vary along a number of different parameters but still be valid and recognized assays. However, these differences in assay parameters can cause differences in

---

[57] Monogram Biosciences, *Database Queries*, https://www.monogrambio.com/services/database-queries.

results. Typically, results are compared within an assay and not across different assays. Comparing across assays with different parameters is an apples to oranges comparison. The apples to apples comparison is to compare within a single assay, or possibly against very similar assays.

99.     There are many different parameters of an assay that can be varied when studying a drug's activity against HIV (either wild-type or resistant mutants), for example:

(i)      Using different immortal cell lines or primary cells (called PBMCs, peripheral blood mononuclear cells);

(ii)     The type of immortal cell line used;

(iii)    Using a single-cycle or multi-round assay;

(iv)     The number of times the assay is run; and

(v)      The type of reporter gene used (for example, luciferase).

100.     *In vitro* assays are not equivalent to *in vivo* human testing, but *in vitro* tests have been historically used in HIV in order to assess the ability of drugs to inhibit HIV WT replication and later to assess the ability of a drug to effectively inhibit drug-resistant viruses, and are required as part of the process of regulatory approval.[58] Therefore, *in vivo* and clinical testing are also important aspects of evaluating the efficacy of a drug, but the *in vitro* testing is the first step in that process and informs whether a drug is likely to be successful *in vivo*.

### D.     Dissociation Kinetics

101.     For an integrase inhibitor, the biological effect is to block the activity of the HIV integrase enzyme. In order to do so, the integrase inhibitor must be bound to the HIV integrase-DNA complex. The entire time the integrase inhibitor is bound to the HIV integrase-DNA

---

[58] FDA Guidance for Industry, *Role of HIV Resistance Testing in Antiretroviral Drug Development* (October 2007).

complex, it is blocking the action of HIV integrase and thereby preventing HIV replication. An integrase inhibitor that remains bound to the integrase-DNA complex for a longer period of time is sustaining a more prolonged anti-HIV effect.

102.   Dissociation kinetics are a measurement of how long it takes an integrase inhibitor to either associate (or bind to) the integrase-DNA complex or how long it takes for the integrase inhibitor to dissociate (come off of) the integrase-DNA complex. The time period that it takes for the integrase inhibitor to come off of the integrase-DNA complex is called the dissociation half-life. In principle, a longer dissociation half-life means that an inhibitor is bound to the integrase-DNA complex for longer, blocking the action for HIV integrase for a longer time, and preventing HIV replication for a longer time.[59]

103.   It has been suggested that the dissociation rate of integrase inhibitors with a longer residence time should have prolonged antiviral effect (forgiveness) as drug concentrations in the blood diminish, a greater barrier to resistance, and improved activity against resistant mutants.[60] For the last factor, activity against resistant mutants, it has been suggested that a longer dissociation half-life against a specific integrase mutant would correlate with improved efficacy against that mutant.[61] In its 2011 publication on the improved dissociation kinetics of dolutegravir versus raltegravir and elvitegravir, GlaxoSmithKline noted that there is a "qualitatively inverse relationship between the dissociative half-life and *in vitro* antiviral potency for DTG, RAL, and ELV."[62] Further, GSK observed that pronounced *in vitro* resistance was

---

[59] Kendra E. Hightower et al., *Dolutegravir (S/GSK1349572) Exhibits Significantly Slower Dissociation than Raltegravir and Elvitegravir from Wild-Type and Integrase Inhibitor-Resistant HIV-1 Integrase-DNA Complexes*, 55 Antiviral Agents & Chemotherapy 4552, 4557-8 (2011).

[60] *Id*.

[61] *Id*. at 4558.

[62] *Id*. at 4556.

observed for half-lives under 1 hr and that *in vitro* resistance was not observed for half-lives greater than 4 hrs.[63]



FIG. 5. Comparison of dissociative half-life and *in vitro* antiviral activity. The fold change data were previously reported (30). Symbols represent DTG (●), RAL (○), and ELV (▼). The horizontal line indicates the threshold for resistance that was determined in the cell-based study (FC ≥ 3).

104.   At conferences with medical professionals and to investors, ViiV touted dolutegravir's improved dissociation half-life compared to raltegravir and elvitegravir as one of the reasons it was a better integrase inhibitor.[64]

**E.   Forgiveness**

105.   Patients are human and that means that non-adherence to a drug regimen, even a simple drug regimen, will occur in a substantial proportion of patients.[65] Forgiveness is the

---

[63] *Id*.

[64] Kendra E. Hightower et al., *Slow Dissociation of Dolutegravir (S/GSK1349572) Contributes to an Improved Resistance Profile with Integrase Inhibitor-Resistant Mutants*, 9th European Workshop on HIV & Hepatitis (2011).

[65] *See* Jonathan Shuter, *Forgiveness of non-adherence to HIV-1 antiretroviral therapy*, 61 J. Antimicrobial Chemotherapy 769, 772 (2008) ("The collective experience of investigators studying adherence to antiretrovirals has taught us that, on average, patients take ~75% of their prescribed doses. Patients and providers should not be satisfied with this figure and should constantly strive for better. Non-adherence, however, is a fact of life.").

concept that certain antiviral drugs and treatment regimens are better suited to maintain viral suppression despite suboptimal adherence.[66] The more forgiving a regimen, the better it can sustain viral suppression, even when patients do not take their drugs perfectly.

106.     A number of factors go into how forgiving a drug is, but one of the most important aspects of forgiveness is the drug's half-life. In particular, both a drug's plasma half-life and dissociation half-life are essential to how forgiving the drug is.[67] A plasma half-life is the period of time required for the concentration (or amount) of drug in the body to be reduced by one-half. A drug's plasma half-life depends on how quickly the drug is eliminated from the body (its metabolism and excretion). A longer half-life means that a drug is actively inhibiting HIV in the body for a longer time.

107.     A dissociation half-life is the time that it takes for the integrase inhibitor to leave the active site of HIV-1 integrase-DNA complex. As long as the drug is bound to the integrase-DNA complex, it is inhibiting the function of HIV integrase and stopping viral replication. A longer dissociation half-life means that a drug product is stopping the activity of the enzyme for a longer period of time, even as the plasma concentrations are diminishing.[68]

108.     Both a drug's plasma half-life and dissociation half-life can contribute to a drug's forgiveness. Both of these half-lives being longer would mean that a drug is more forgiving. A drug being more forgiving in real-world settings means that viral breakthrough is less likely when a patient is suboptimally adherent. All things being equal, it is better to have a more forgiving drug than a less forgiving drug.

---

[66] *Id*. at 769.

[67] *Id*. at 770 (discussing that a longer half-life typically means a greater forgiveness).

[68] *See, e.g.*, Hightower 2011, *supra* note 58, at 4558 (noting that DTG's long dissociation half-life may give it "a higher capacity to suppress viral replication should drug levels become suboptimal due to adherence problems (i.e., possess 'forgiveness')").

F.      **Drug Interactions**

109.    A drug's exposure and effectiveness can be affected when it is co-administered with another drug. This is because drugs sometimes have effects on metabolic or transportation pathways in the body. A drug-drug interaction can increase or decrease the absorption or metabolism of a given drug. In turn, this can alter the therapeutic activity of either drug or cause adverse effects (such as toxicity).

110.    As the HIV patient population is ageing, drug-drug interactions are becoming more consequential for this population over time.[69] In particular, as persons age, they increase the likelihood of developing additional conditions such as high cholesterol, heart problems, hypertension, depression, diabetes, etc. Each of these conditions is treated by a medication in addition to the patient's HIV medication. Treating multiple conditions is more difficult when drugs interact with each other; either one of the drugs will not be as effective or the drug interactions can increase the likelihood of specific toxicity-related adverse events.

111.    The percentage of HIV patients with diabetes in 2010 was approximately 4%.[70] That number is expected to grow to 17% by 2030.[71] Diabetes, and other diseases of aging, and the polypharmacy associated with those conditions, are important and growing concerns.

112.    In other parts of the world, such as more resource-limited countries, interactions between HIV medications and other medications that treat common diseases/conditions are vital. For example, tuberculosis is of relatively limited concern in the United States; however,

---

[69] Mikela Smit et al., *Future challenges for clinical care of an ageing population infected with HIV: a modeling study*, 15 Lancet Infectious Diseases 810, 810 (2015).

[70] *Id*. at 814.

[71] *Id*.

worldwide approximately 10 million people contract tuberculosis per year. As another example, malaria is not prevalent in the United States, but remains an important issue worldwide.

### G.    Clinical Trials in HIV

113.    Typically, before an HIV drug is marketed and made available to patients, it must undergo a review to ensure that it is sufficiently safe and effective. In the United States, the Food and Drug Administration (FDA) oversees this process. The new drug is investigated under what is called an Investigational Drug Application ("IND"), during which the sponsor of the drug product has ongoing meetings with the FDA and puts forward a clinical research plan for the drug product. The FDA must approve these clinical plans before the sponsor can move forward. After the necessary studies are completed, the drug sponsor submits the data in the form of a New Drug Application (NDA). The FDA ultimately approves or denies drugs on the basis of an NDA that is a compendium of all the *in vitro*, pre-clinical, and clinical tests performed on the new drug compound.

114.    The FDA recognizes multiple steps in the drug development process.[72] Step 1 is discovery and development of the new drug product. Step 2 is the preclinical research, such as *in vitro* and laboratory testing. Step 3 is the clinical research where "drugs are tested on people to make sure they are safe and effective." Step 4 is FDA review. And Step 5 is post-marketing safety monitoring.

115.    In Step 3, clinical research (the clinical testing of a drug) comprises the experiments that test the drug product in humans, called "clinical trials." Typically, there are multiple rounds of clinical testing during the approval process for a drug. These experiments

---

[72] FDA, *The Drug Development Process*, https://www.fda.gov/patients/learn-about-drug-and-device-approvals/drug-development-process.

evaluate everything from how a drug product distributes in the body (pharmacokinetics), to the interactions the drug has with other drugs and transport and metabolic pathways in the body, to the efficacy and safety of a drug in humans. Typically, a drug undergoes four phases (Phases 1, 2, 3, 4) of clinical development, but is generally approved after Phase 3.[73]

116.    Phase 1 consists of shorter studies with "20 to 100" healthy volunteers or people with the disease and the purpose of the studies is to evaluate safety and the appropriate dosage and pharmacokinetics of a drug.[74] Phase 2 consists of one to several hundred volunteers with the disease and the purpose of these studies is to evaluate the efficacy and side effects of the drug at different doses on a smaller scale.[75] Phase 3 typically has 300 to 3000 volunteers who have the disease and the purpose is to evaluate the efficacy and monitor potential adverse reactions to the drug product.[76] Lastly, Phase 4 continues to evaluate the safety and efficacy of the drug product, typically through post-marketing evaluation.[77]

117.    A clinical trial is the research study done to evaluate the new drug product. During a clinical trial, volunteers receive a new drug according to the "protocol" developed by the drug sponsor and approved by the FDA. Clinical trials can compare a new drug product to a placebo (meaning no drug) to see if it has more efficacy than no therapy, or can compare the drug to a drug or treatment regimen that is already available. At this point in the history of HIV treatments, new HIV antiviral drugs are compared against an existing regimen, which is usually the current standard of practice, to ensure that the new drug product or regimen is at least as safe

---

[73] FDA, *Step 3: Clinical Research*, https://www.fda.gov/patients/drug-development-process/step-3-clinical-research.

[74] *Id.*

[75] *Id.*

[76] *Id.*

[77] *Id.*

and effective at suppressing HIV replication as the reference drug within the pre-determined variability.

118.    Typically, clinical trials are designed with "primary" endpoints and "secondary" endpoints. A primary endpoint is the main result that is measured at the end of the study. The primary endpoint will be established at the start of the study. In HIV studies, typically the primary endpoint is viral suppression or the proportion of volunteers who had plasma HIV-1 RNA levels less than 50 copies per mL. Studies are powered to evaluate the primary endpoint.

119.    Power, in a statistical test, is the likelihood (probability) that the number of study subjects is likely sufficient for the study to reject the null hypothesis. Power can be used to determine the minimum sample size required to evaluate a particular question. When a study is not "powered" it means that it lacks the necessary sample size to be able to come to a statistically conclusive result.

120.    Secondary endpoints are endpoints that are not the main or critical endpoint to determine whether a drug is safe and effective. But, these endpoints address questions of interest, such as tolerability and impacts on certain subsets of volunteers (e.g., sex, race, age, viral load). The study may not be designed, powered, or randomized to evaluate those specific endpoint.

121.    With the availability of highly effective antiretroviral regimens, HIV Phase 3 clinical trials are now generally evaluated by documenting non-inferiority to existing regiments, as opposed to superiority over existing regimens.[78] Gilead's bictegravir Phase 3 clinical trials were non-inferiority trials against Triumeq® (1489 trial) and DTG plus F/TAF (1490 trial), both

---

[78] Brainard Dep. 55:22-56:10, Sept. 5, 2019.

integrase-inhibitor containing regimens. ViiV's initial dolutegravir Phase 3 clinical trials were initially designed as a non-inferiority study as well.[79]

## IV.   BICTEGRAVIR IS SUBSTANTIALLY DIFFERENT THAN DOLUTEGRAVIR

### A.   Bictegravir's dissociation half-life against wild-type integrase and the G140S/Q148H mutant integrase is substantially different than dolutegravir's

122.   As discussed above, the dissociation half-life is a measure of how long it takes for an integrase inhibitor to come off of (become unbound from) the HIV integrase-DNA complex. A longer dissociation half-life has been associated with longer residence time, prolonged antiviral effect upon washout (forgiveness), barrier to resistance, and improved activity against resistant mutants. It is my opinion that bictegravir is substantially different than dolutegravir in its improved and different dissociation half-life compared to dolutegravir against wild-type integrase and the G140S/Q148H mutant.

123.   Using the same method as Hightower et al., Gilead performed dissociation kinetics studies on bictegravir, dolutegravir, elvitegravir, and raltegravir.[80] Gilead presented data in two ways: (1) the exponential decay model presented in Hightower, and (2) an equilibrium binding model to correct for bead settling observed during the experiments.[81]

---

[79] Pedro Cahn et al., *Dolutegravir versus raltegravir in antiretroviral-experienced, integrase-inhibitor-naive adults with HIV: week 48 results from the randomized, double-blind, non-inferiority SAILING study*, 382 Lancet 700 (2013); Sharon L. Walmsley et al., *Dolutegravir plus Abacavir-Lamivudine for the Treatment of HIV-1 Infection*, 369 New Eng. J. Med. 1807 (2013) (comparing Triumeq® to Atripla®, an NNRTI third-agent single tablet regimen).

[80] Kirsten White et al., *Bictegravir Dissociation Half-life from HIV-1 G140S/Q148H Integrase-DNA Complexes*, CROI Poster No. 497 (2017) ("White Poster 2017").

[81] *See* Taft Expert Report ¶¶ 150, 153, Jan. 7, 2020 ("Taft Rpt.").

124.    Gilead used the Hightower method and data analysis method to allow cross-comparison of bictegravir's dissociation half-life and dolutegravir's dissociation half-life. Those data are presented in Table 3 of the poster.[82]

### Table 3. Dissociation Half-lives of INSTIs from WT HIV-1 Integrase-DNA Complexes

| INSTI | Dissociation of INSTI from Wild-type IN-DNA Complexes* | | | |
|---|---|---|---|---|
| | By Exponential Decay | | By Equilibrium Binding Model | |
| | Apparent $t_{1/2}$ (hr) [**] | p-value vs BIC | $t_{1/2}$ (hr) | p-value vs BIC |
| BIC | 135 ± 20 [na] | -- | 38 ± 19 | -- |
| DTG | 79 ± 13   [71] | < 0.0001 | 16 ± 9 | 0.017 |
| RAL | 14 ± 3    [8.8] | < 0.0001 | 5.2 ± 0.6 | 0.003 |
| EVG | 3.6 ± 0.7 [2.7] | < 0.0001 | 1.5 ± 0.2 | 0.0006 |

*Average ± standard deviation from 5 to 7 experiments
**Published $t_{1/2}$ values from Hightower et al., Antimicrobial Agents and Chemotherapy. (2011) 55(10):4552-4559.

125.    As seen in the poster, by the exponential decay method, bictegravir's dissociation half-life (135hrs) is almost twice as long as dolutegravir's (79hrs), with a p-value of < 0.001. Further, dolutegravir's dissociation half-life as reported by Gilead is similar to the half-life reported by Hightower and ViiV in their paper. Bictegravir remains bound to HIV integrase-DNA complexes significantly longer than dolutegravir. Moreover, using Gilead's equilibrium binding method, bictegravir's half-life (38hrs) is at least twice as long as dolutegravir's (16hrs).

126.    Gilead also compared the dissociation half-life of bictegravir and dolutegravir from G140S/Q148H mutant HIV-1 integrase-DNA complexes.[83]

---

[82] White Poster 2017, *supra* note 79, at Table 3.

[83] White Poster 2017, *supra* note 79, at Table 4.

**Table 4. Dissociation Half-lives of INSTIs from WT and G140S/Q148H HIV-1 Integrase-DNA Complexes by the Equilibrium Binding Model**

| INSTI | Dissociation $t_{1/2}$ of INSTI from IN-DNA Complexes | | | |
|---|---|---|---|---|
| | Wild-Type IN | | G140S/Q148H Mutant IN | |
| | $t_{1/2}$ (hr)* | p-value vs BIC | $t_{1/2}$ (hr)* | p-value vs BIC |
| BIC | 38 ± 19 | -- | 2.5 ± 0.07** | -- |
| DTG | 16 ± 9 | 0.017 | 0.65 ± 0.2*** | 0.0076 |
| RAL | 5.2 ± 0.6 | 0.003 | ND | ND |
| EVG | 1.5 ± 0.2 | 0.0006 | ND | ND |

*Average ± standard deviation from 2 to 7 experiments
**BIC $t_{1/2}$ with G140S/Q148H mutant IN-DNA complexes was statistically longer than the EVG dissociation $t_{1/2}$ with wild-type IN-DNA complexes.
***DTG $t_{1/2}$ with G140S/Q148H mutant IN-DNA complexes was statistically shorter than the EVG dissociation $t_{1/2}$ with wild-type IN-DNA complexes.

127.    The data above show that bictegravir's dissociation half-life against the G140S/Q148H mutant is statistically significantly longer than dolutegravir's using either assay method. The data reported in Gilead's CROI poster reflects bictegravir's and dolutegravir's dissociation half-life using the equilibrium binding model. But, as referenced in Dr. Engelman's report, ███████████████████████████████████████████████████ ███████████████████████████████████ Even using that model, ███████ █████████████████████████████████████████████████████

---

84 ████████████████████████████████████████████████████
85 ████████████████████████████████████████



128.    Bictegravir's longer dissociation half-life from the G140S/Q148H HIV-1 integrase-DNA complex compared to dolutegravir's is additive with bictegravir's improved performance versus that mutant virus in site-directed mutation assays and patient phenotype assays.[86] This is because only dissociation kinetics shows how a drug is staying in the pocket even as there are decreasing plasma levels of the drug. This attribute is what ViiV said was important about dolutegravir's improved performance against resistant mutants compared to elvitegravir and raltegravir—and bictegravir's dissociation half-life against the G140S/Q148H mutant is significantly better than dolutegravir's.

---

[86] White Poster 2017, *supra* note 79; *see also* Said A. Hassounah et al., *Antiviral Activity of Bictegravir and Cabotegravir against Integrase Inhibitor-Resistant SIVmac239 and HIV-1*, 61 Antimicrobial Agents & Chemotherapy e01695-17 (2017) ("Hassounah 2017") (finding that the fold change of dolutegravir's activity against the G140S/Q148H mutant (7.4) was statistically significantly different, *P* less than or equal to 0.005, than bictegravir's (4.8)); Steven J. Smith et al., *Efficacies of Cabotegravir and Bictegravir against drug-resistant HIV-1 integrase mutants*, 15 Retrovirology 1 (2018) ("Smith 2018") (reporting an $EC_{50}$s of 5.5 nM and 5.8 nM against the G140S/Q148H site-directed mutant for bictegravir and dolutegravir respectively).

### Table 1.  Susceptibility of INSTIs to Clinically-derived Isolates of HIV-1 Containing G140S + Q148H ± other INSTI-R Substitutions

| INSTI | Wild-Type | G140S/Q148H ± Other Mutants (n=16) | | | |
|---|---|---|---|---|---|
| | $EC_{50}$ (nM) | Fold-Change vs WT[b] | Sensitivity (% of isolates below cut-offs)[c] | | p-value vs BIC |
| | | | <2.5-fold | <4-fold | |
| BIC | 1.9 | 3.4 ± 1.7 | 50% | 75% | -- |
| DTG | 2.8 | 7.6 ± 4.3 | 0% | 25% | < 0.001 |
| RAL | 7.1 | >143 | 0% | 0% | < 0.001 |
| EVG | 2.3 | >150 | 0% | 0% | < 0.001 |

a.  PhenoSense IN assay (Monogram Biosciences)
b.  Mean ± SD
c.  The 2.5-fold cutoff is a standard biological cut-off in the Monogram assay; 4-fold is the lower clinical cut-off for DTG in the PhenoSense IN assay

129.    The 2017 White Poster Table 1 demonstrates bictegravir's improved activity against the G140S/Q148H mutation compared to dolutegravir in patient-derived isolates. As discussed above, patient-derived isolates represent actual HIV integrase gene sequences derived from a patient with at least the G140S/Q148H mutations and could have additional mutations. Monogram Biosciences, a third-party testing service, ran both bictegravir and dolutegravir against 16 patient-derived isolates that contain the G140S/Q148H mutation.

130.    Bictegravir's FC against the clinical isolates containing the G140S/Q148H mutation is at least 2.5-fold lower for 50% (8/16) and less than 4-fold for 25% (4/16) of these isolates. In total, bictegravir has a FC of less than 4 for 75% of the clinical isolates containing the G140S/Q148H mutation. In the Monogram Biosciences PhenoSense® assay, if bictegravir's $EC_{50}$ against the mutant integrase is less than 2.5-fold different from its activity against integrase, bictegravir is considered "sensitive" against that mutant.[87]

---

[87] See, e.g., Manuel Tsiang et al., *Antiviral Activity of Bictegravir (GS-9883), a Novel Potent HIV-1 Integrase Strand Transfer Inhibitor with an Improved Resistance Profile*, 60 Antimicrobial Agents & Chemotherapy 7086, Fig. 1 (2016) ("Tsiang 2016"); Kirsten White et

131.    Dolutegravir's FC against the clinical isolates containing the G140S/Q148H mutation is 0% (0/16) with a fold-change of less than 2.5 and in only 25% (4/16) with a fold-change less than 4.0. That means that only 4 of the 16 clinical isolates are deemed sensitive to dolutegravir, whereas 8 of the clinical isolates are sensitive to bictegravir. Based on the data from Monogram, bictegravir appears to be more potent and would be considered preferred over dolutegravir in most, if not all, patients with the G140S/Q148H mutation. This is a significant difference between these compounds.

132.    Moreover, bictegravir's "biological" cut-off in the Monogram assay is 2.5 because Monogram Biosciences does not yet have enough data to designate a "clinical" cut-off. Bictegravir's Monogram cut-off is the biological cut-off of 2.5. This is the default cut-off for when there are no clinical data for a compound against resistant mutants that could permit the generation of a clinical cut-off. Dolutegravir's Monogram clinical cut-off is 4, which is based on clinical data dolutegravir clinical studies (VIKING), and indicates the fold change at which the "probability of virological response starts to decline."[88] ███████████████████████ ████████████████████████████████████████████████ ████████████████████████ However, as I have discussed, there are uses for the *in vitro* data, and comparisons to be made from that data, that are separate from the Monogram cut-offs.

_____

al., *Pooled Week 48 Efficacy and Baseline Resistance: B/F/TAF in Treatment-Naïve Patients*, CROI Poster No. 532 (2018) ("White Poster 2018").

[88] *See* Monogram Biosciences PhenoSense Sample Report (https://www.monogrambio.com/sites/default/files/2019-10/PSINT%2BDTG.pdf). Dolutegravir also has an upper clinical cut-off. Fold changes 4 or above, but below 13, means that dolutegravir has reduced susceptibility to that mutant and would need to be dosed twice daily.

[89] ████████████████████████████████

133.     The fact remains, however, that bictegravir has a lower fold change than dolutegravir against the G140S/Q148H mutation overall. Looking solely at *in vitro* data, or the actual fold-change data, bictegravir has lower fold changes than dolutegravir. Additionally, based on the Monogram Biosciences data, bictegravir's mean fold-change against clinical isolates with the G140S/Q148H mutation is 3.4. In contrast, dolutegravir's mean fold-change is 7.6—more than double bictegravir's.[90] Monogram predicts that once-daily bictegravir could treat more patients with a G140S/Q148H mutation than dolutegravir.

134.     I understand that Gilead has asked for the opinions of an expert in pharmacokinetics, Dr. David Taft, to evaluate potential differences between bictegravir and dolutegravir, including potential differences related to their respective dissociation kinetics. Dr. Taft's opinions support and are consistent with my own. Namely, Dr. Taft opines that bictegravir and dolutegravir have substantially different dissociation half-lives against both the wild-type and G140S/Q148H mutant integrase-DNA complexes.[91]

### B.     Bictegravir is more forgiving to patients than dolutegravir

135.     Bictegravir has a longer plasma half-life than dolutegravir (17hrs versus 14hrs, respectively), which means that a dose of bictegravir remains in the blood for a longer period of time than a dose of dolutegravir.[92] I also understand from Dr. Taft's report that bictegravir's plasma levels are both higher given the same standard dose of 50 mg daily and will ██████████ ████████████████████████████████████████[93] Bictegravir also has a longer dissociation half-life than dolutegravir (135hrs versus 71-79hrs in wild-type), which means that

---

[90] White Poster 2017, *supra* note 79, at Table 1.

[91] Taft Rpt., *supra* note 80, at ¶¶ ██████

[92] Tivicay® Package Insert at 22; Biktarvy® Package Insert at 19.

[93] Taft Rpt., *supra* note 80, at ¶¶ 175-180 ████████████████████████ ██████████

even as the blood levels of these INSTIs decay, bictegravir will remain on the integrase-DNA target for a longer period of time than will dolutegravir.[94]

136.    It is my opinion that bictegravir, with its higher plasma levels, its longer plasma half-life, and its longer dissociation half-life, should be able to sustain antiviral activity for a longer period than a dose of dolutegravir. Thus, bictegravir should be more forgiving for taking doses at irregular times or missing a dose altogether. This means that bictegravir should work better *in vivo* in response to a missed dose by a patient. This is an important characteristic of an antiviral drug because it allows patients to not be perfect and still have their antiviral drug work. This is a substantial difference between bictegravir and dolutegravir.

137.    While BIC's and DTG's forgiveness has not been directly compared, Biktarvy®'s (BIC/F/TAF) "forgiveness" profile has been compared with Dovato®'s (DTG/3TC). Mulato et. al. compared the viral breakthrough selections studied in drug exposures that modeled full adherence and suboptimal adherence to the antiretroviral regimen.[95] Suboptimal adherence was simulated by adjusting drug concentrations to match the plasma half-lives for BIC and DTG and active metabolite half-lives for the NRTIs. "Each well with viral breakthrough was sequenced in batches by next generation sequencing (Seq-IT)" and mutations were reported if present at >2%. Mutations were observed between 2.1% and 99% frequency per well.[96]

---

[94] White Poster 2017, *supra* note 79.

[95] Andrew Mulato et al., *Forgiveness of Antiretroviral Regimens: In Vitro HIV-1 Viral Breakthrough with 2-Drug versus 3-Drug Regimens Simulating Variable Adherence to Treatment*, Poster No. TUPEB244, 10th IAS Conf. HIV Sci. (July 21-24, 2019) ("Mulato 2019").

[96] *Id.*

138.     Overall, using wild-type HIV-1, BIC/F/TAF was better at preventing *in vitro* breakthrough compared to DTG/3TC.[97] Specifically, BIC/F/TAF only had viral breakthrough after missing three consecutive doses (simulating missing three days of treatment) and only one viral breakthrough had emergent resistance with the reverse transcriptase mutant M184I.[98] DTG/3TC had viral breakthrough with no missed doses, had viral breakthrough of 24/24 wells after one missed dose, and had viral breakthrough of 47/48 after two missed doses.[99] Additionally, DTG/3TC had emergent reverse transcriptase and integrase resistance, including the R263K and S153F integrase mutations that show reduced susceptibility to dolutegravir.[100] It is important to note that this is not a comparison of BIC and DTG, but these data highlight that the dolutegravir two-drug combination is likely to lead to a population of patients with dolutegravir-selected resistance mutations.

---

[97] *Id*.

[98] *Id*.

[99] *Id*.

[100] *Id*.



139.    The above figure illustrates the number of DTG/3TC wells that had viral breakthrough after zero, one, two, or three missed doses. It further illustrates that BIC/F/TAF had no viral breakthrough after missing zero, one, or two missed doses, up to 5-weeks after the missed doses.



140.    The above figure illustrates that viral breakthrough with resistance occurred in 15/144 DTG/FTC total wells and 15/104 of the wells that had viral breakthrough.[101] This includes viral breakthrough with integrase-resistant mutations. Overall, DTG/3TC had viral breakthrough in 72% of its wells, and viral breakthrough with resistance occurred in 14.4% of the breakthroughs.[102]

141.    In contrast, BIC/F/TAF had viral breakthrough in only 9% of its wells and viral breakthrough with resistance in only 4% of the breakthroughs.[103] BIC/F/TAF had no integrase-resistant mutations in its viral breakthrough wells.

---

[101] *Id.*

[102] *Id.*

[103] *Id.*

142. Further, Mulato points to various drug attributes, including for bictegravir and dolutegravir, that contribute to forgiveness, including dissociation half-life and plasma half-life (see Table 2, below).[104] As I noted before, both of bictegravir's half-lives are longer than dolutegravir's.

## Table 2. Mechanisms of Forgiveness and Barrier to Resistance

|  | Mechanisms | BIC+FTC+TAF | DTG+3TC |
|---|---|---|---|
| **Drug Levels** | Long plasma or intracellular t₁/₂ |  |  |
|  | BIC or DTG[16-17] | 17 hr | 14 hr |
|  | FTC-TP or 3TC-TP[18-20] | 37 hr | 17.5 hr |
|  | TFV-DP[18] | 116 hr | na |
|  | Long IN/DNA dissociation t₁/₂ for BIC or DTG[21-22] | 132 hr | 71-78 hr |
| **Synergy and Mechanisms of Synergy** | Combination antiviral activity |  |  |
|  | BIC + FTC or DTG + 3TC[15,23-25] | Synergy | Synergy |
|  | BIC + TAF[15] | Synergy | na |
|  | TFV + FTC[23-24] | Synergy | na |
|  | TFV-chain-termination stabilized by Dead-End Complex with FTC-TP[25] | Increased TFV Activity | na |
| **Resistance Profile** | Phenotype of M184V |  |  |
|  | BIC or DTG[16] | Sensitive | Sensitive |
|  | FTC or 3TC[17-18] | Resistant | Resistant |
|  | TFV (TAF)[26] | Hypersensitive | na |

143. The breakthrough of two-drug dolutegravir therapy highlights an important concern: persons failing a dolutegravir-based first-line antiretroviral therapy with dolutegravir selected mutations. Dr. Dobkin says that there have been no patients who have failed dolutegravir as first-line resistance, but that is untrue. There have been case reports of patients failing a first-line DTG-based regimen.[105]

---

[104] *Id.*

[105] Alexander Thielen et al., *Failure of Dolutegravir First-Line ART with Selection of Virus Carrying R263K and G118R*, 381 New Eng. J. Med., Correspondence (Aug. 29, 2019); Sarah Cochrane et al., *First reported case of integrase (R263K, G163R) and reverse transcriptase*

144.    The reduced durability of the two-drug dolutegravir regimen has the potential to create an increased rate of dolutegravir first-line ART failures with dolutegravir-selected mutations. This is particularly likely because of the way ViiV designed the Dovato® clinical trial; by excluding patients with pre-existing protease inhibitor resistance, ViiV likely also excluded patients with low level NRTI resistance as there is extensive cross-resistance between patients with protease inhibitor resistance and patients with NRTI resistance. Therefore, for certain patients taking Dovato®, Dovato® will be akin to dolutegravir monotherapy. And even for solely suboptimally-adherent patients, it puts them at risk for viral breakthrough. This combination could lead to a population of patients with dolutegravir and other integrase inhibitor-selected mutations, such as R263K, G118R, and G140S/Q148H.[106]

## C.    Bictegravir has a different *in vitro* resistance profile than dolutegravir

145.    It is my opinion that bictegravir has a different, and better, *in vitro* resistance profile than dolutegravir and better activity against certain dolutegravir-selected mutations, as set forth in Smith 2018 and Tsiang 2016, and other, more limited, studies. Dr. Engelman addresses the *in vitro* resistance profile of bictegravir and dolutegravir and makes improper comparisons across different assays in order to conclude that there is no *in vitro* difference between bictegravir and dolutegravir.[107] Moreover, Dr. Engelman tries ██████████████████ ████████████ results in the Smith 2018 article—the most comprehensive resistance profiling of bictegravir, dolutegravir, and cabotegravir. However, the literature generally points to bictegravir

---

(M184V)-transmitted drug resistance from a drug-naïve patient failing Triumeq, 32(13) AIDS 1905 (2018); Jennifer A. Fulcher et al., *Emergence of Integrase Resistance Mutations During Initial Therapy Containing Dolutegravir*, 67(5) Clinical Infectious Diseases 791 (2018).

[106] Mulato 2019, *supra* note 92; Smith 2018, *supra* note 85.

[107] Additionally, Dr. Engelman applies a series of reasons to discount statistically significant results. Engelman Rpt., *supra* note 83, at ¶ 125. These reasons are not a standard set of criteria but rather are Dr. Engelman's personal reasons to discount the data.

and dolutegravir as having distinct resistance profiles, and the p values associated with Smith's data indicate that their results are unlikely to be anomalous.

146.     Smith 2018 is a manuscript published in 2018 written by scientists at the National Institutes of Health (Steven Smith, Xue Zhi Zhao, Terrence Burke Jr., and Stephen Hughes) that evaluates the efficacy of bictegravir, cabotegravir, and dolutegravir against HIV-1 integrase resistant mutants.[108] Stephen Hughes is one of the most prominent retrovirologists in the U.S. and foremost experts in viral enzymes and resistance. Dr. Hughes co-edited the seminal textbook on retrovirology. He concludes in his article comparing the efficacies of bictegravir and dolutegravir against HIV-1 resistant mutants that "BIC is better than DTG . . . in terms of their respective abilities to broadly inhibit the known IN mutants."[109] Moreover, Smith 2018 observed that "only BIC potently inhibited the well-known RAL-resistant IN double mutant G140S/Q148H and the DTG-resistant IN mutants G118R, R263K, and H51Y/R263K."[110] Smith's conclusion is that BIC is the only evaluated integrase inhibitor that potently inhibited the known INSTI-selected mutations that show reduced activity to other integrase inhibitors (RAL, EVG, DTG, and CAB).[111]

---

[108] Smith 2018, *supra* note 85, at 1.

[109] *Id*. at 11.

[110] *Id*. at 3.

[111] *Id*. at Fig. 2.



**Fig. 2**  Antiviral activities of BIC and CAB against primary INSTI-resistant mutants. The $EC_{50}$ values were determined, in single round infection assays, using vectors that carry the INSTI-resistant IN mutants. Error bars represent the standard deviations in the data from independent experiments ($n = 4$). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against Y143R, N155H, and G140S/Q148H, EVG versus G140S/Q148H, and E92Q primary INSTI-resistant mutants were all > 100 nM.

147.    This is not a surprising result: bictegravir is better at treating mutations selected by dolutegravir treatment than dolutegravir is. But that could make bictegravir an important part of the treatment options for patients with integrase-resistant mutations moving forward, especially as dolutegravir-selected integrase mutations become more common.[112] There are not yet clinical data (other than single patients) on the treatment of HIV-1 with integrase mutations, but *in vitro* data have historically been used for HIV treatment to select medications to treat resistant strains of virus. What the *in vitro* data indicate here is that bictegravir is likely to be better at treating certain resistant mutants than dolutegravir (and raltegravir, elvitegravir, and cabotegravir). In fact, all five of the known integrase inhibitors have distinct resistance profiles.

---

[112] As long as BIC becomes available outside a fixed-dose combination.

a.    *Smith 2018*

148.    Smith 2018 is the paper by the scientists at the NIH that directly compared dolutegravir, bictegravir, and cabotegravir in the same assay. Smith 2018 has three overarching takeaways. First, bictegravir is better than dolutegravir in its ability to broadly inhibit the known integrase mutants.[113] Bictegravir was statistically significantly better than dolutegravir at inhibiting 14 known integrase mutants.[114] And bictegravir was better, but not statistically significantly so, at inhibiting the G118R mutation as well.[115]

149.    Second, bictegravir was better at inhibiting the known integrase-resistant mutants selected by raltegravir and dolutegravir.[116] In the first panel of mutants, Smith 2018 ran bictegravir and cabotegravir (and, in a different run, dolutegravir) against primary INSTI-resistant mutants that have been selected in patients or cell culture by treatment with raltegravir, elvitegravir, and dolutegravir.[117] In that panel, bictegravir was statistically significantly better than dolutegravir at inhibiting three of these mutants.[118] Moreover, bictegravir potently inhibited every mutant in the panel, with $EC_{50}$s less than 6 nM.[119] Dolutegravir $EC_{50}$s against three mutants in the panel was above 10 nM.[120] As Smith 2018 noted, "only BIC potently inhibited the

---

[113] Smith 2018, *supra* note 85, at 11.

[114] *Id*. at 9.

[115] Smith 2018 Suppl. Materials Table 1 (bictegravir $EC_{50}$ 5.4 nM; dolutegravir $EC_{50}$ 13.0 nM).

[116] Smith 2018, *supra* note 85, at 3.

[117] *Id*. at 2-3.

[118] *Id*. at 3; Smith 2018 Suppl. Materials Table 1 (indicating that bictegravir was statistically significantly better than dolutegravir at inhibiting H51Y, R263K, and H51Y/R263K).

[119] Smith 2018 Suppl. Materials Table 1.

[120] *Id*.

well-known RAL-resistant IN double mutant G140S/Q148H and the DTG-resistant IN mutants G118R, R263K, and H51Y/R263K."[121]

## Supplemental Table 1

**A**

|  | WT | Y143R (RAL) | N155H (RAL) | G140S/Q148H (RAL) | T66I (EVG) | E92Q (EVG) | H51Y (DTG) | G118R (DTG) | R263K (DTG) | H51Y/R263K (DTG) | E138K/R263K (DTG) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 4.0 ± 2.0 | 162.4 ± 16.2 | 153.6 ± 32.8 | 1900.0 ± 300.0 | 2.8 ± 0.4 | 29.8 ± 10.2 | 3.4 ± 0.2 | 35.5 ± 5.0 | 5.7 ± 2.3 | 6.0 ± 2.3 | 8.0 ± 1.6 |
| EVG | 6.4 ± 0.8 | 7.9 ± 2.3 | 90.0 ± 17.8 | 5700.0 ± 1100.0 | 66.2 ± 0.7 | 153.7 ± 34.0 | 4.5 ± 2.1 | 21.0 ± 9.5 | 5.4 ± 0.1 | 52.6 ± 18.2 | 11.4 ± 0.2 |
| DTG | 1.6 ± 0.9 | 4.3 ± 1.2 | 3.6 ± 1.3 | 5.8 ± 0.5 | 0.9 ± 0.8 | 2.3 ± 0.4 | 3.2 ± 0.2 | 13.0 ± 5.0 | 11.3 ± 3.4 | 16.0 ± 1.9 | 3.2 ± 0.5 |
| CAB | 2.4 ± 0.2 | 2.7 ± 0.6 | 2.2 ± 0.3 | 36.3 ± 6.5 | 0.9 ± 0.3 | 4.2 ± 0.1 | 9.8 ± 1.8 | 12.1 ± 1.9 | 13.4 ± 1.3 | 10.4 ± 1.5 | 4.2 ± 0.8 |
| BIC | 1.9 ± 0.3 | 2.6 ± 0.1 | 2.7 ± 0.8 | 5.5 ± 0.7 | 0.2 ± 0.1 | 2.0 ± 0.1 | 2.2 ± 0.4 | 5.4 ± 0.6 | 4.1 ± 1.1 | 3.5 ± 1.0 | 3.5 ± 0.6 |

**B** (p-Value)

| Mutant | Comparison | p-Value | Mutant | Comparison | p-Value |
|---|---|---|---|---|---|
| G140S/Q148H | DTG > CAB | 0.002 | G118R | DTG – CAB | NS |
|  | DTG – BIC | NS |  | BIC > DTG | NS |
|  | BIC > CAB | 0.002 |  | BIC > CAB | 0.004 |
| WT | DTG – CAB | NS | T66I | DTG – CAB | NS |
|  | DTG – BIC | NS |  | DTG – BIC | NS |
|  | CAB – BIC | NS |  | BIC > CAB | 0.01 |
| Y143R | DTG – CAB | NS | R263K | DTG – CAB | NS |
|  | DTG – BIC | NS |  | BIC > DTG | 0.02 |
|  | CAB – BIC | NS |  | BIC > CAB | < 0.001 |
| N155H | DTG – CAB | NS | E92Q | DTG > CAB | 0.002 |
|  | DTG – BIC | NS |  | DTG – BIC | NS |
|  | CAB – BIC | NS |  | BIC > CAB | < 0.001 |
|  |  |  | H51Y/R263K | CAB > DTG | 0.004 |
|  |  |  |  | BIC > DTG | < 0.001 |
| H51Y | DTG > CAB | 0.005 |  | BIC > CAB | < 0.001 |
|  | BIC > DTG | 0.009 | E138K/R263K | DTG – CAB | NS |
|  | BIC > CAB | 0.003 |  | DTG – BIC | NS |
|  |  |  |  | CAB – BIC | NS |

[122]

150.    Third, bictegravir and dolutegravir have different resistance profiles. Bictegravir is statistically significantly better than dolutegravir against 14 mutants.[123] But dolutegravir is statistically significantly better than bictegravir against 10 mutants.[124] That means that bictegravir and dolutegravir have statistically significantly different activity from one another against 24 different mutants.

---

[121] Smith 2018, *supra* note 85, at 3.

[122] Smith 2018 Suppl. Materials Table 1A, Table 1B (edited for space).

[123] Smith 2018, *supra* note 85, at 9; *see also* Smith 2018 Suppl. Materials.

[124] *Id.*

151.     One of Dr. Engelman's criticisms of Smith 2018, in light of Gilead's data, is that if Smith 2018 had run his data more times, he may have gotten different results.[125] There are two overarching problems with this criticism. First, Smith 2018 had statistically significant results on assays run four times each in triplicate, a number of assay runs that Dr. Engelman himself notes is "not uncommon."[126] The p value cut-offs used in Smith 2018 are rigorous—$<0.025$, $<0.01$, and $<0.001$.[127] These cut-offs mean that there is only a 2.5%, 1%, and 0.1% chance that Smith 2018's results are due to experimental error, respectively. It is unlikely that running a single-round assay more times would have yielded different results. Moreover, there is nothing to say that running the assay more times would not have identified *additional* differences.

152.     Second, Dr. Engelman is comparing data from a very different assay in an attempt to poke holes in a controlled and rigorously performed experiment.[128] I agree with Dr. Cullen's analysis—inter-assay variability between single-round and multi-round assays is common, and that does not undermine the results of Smith 2018.[129]

153.     Smith 2018 is the most comprehensive examination of the activity of bictegravir and dolutegravir against integrase mutants. As discussed below, there is currently no data that contradicts these results.

154.     It is my opinion that the results in Smith 2018 are valid and indicate that there is an *in vitro* resistance profile difference between bictegravir and dolutegravir on 24 mutants. Moreover, according to Smith 2018, bictegravir has an improved profile compared to

---

[125] Engelman Rpt., *supra* note 83, at ¶ 418.

[126] *Id.*

[127] Smith 2018, *supra* note 85, at 9.

[128] *See* Cullen Expert Report ¶¶ 49-56; 75-77, Jan. 6. 2020 ("Cullen Rpt.").

[129] *See* Cullen Rpt., *supra* note 123, at ¶¶ 58, 74.

dolutegravir against the known integrase-resistant mutants selected by raltegravir, elvitegravir, and dolutegravir. As the rate of integrase-resistant mutations increases, and patients have HIV with undetectable levels of pre-existing mutations, it would be generally beneficial to have a more broadly effective integrase inhibitor like bictegravir.

155.     I understand that Gilead asked an expert in HIV-1 *in vitro* assays, Dr. Bryan Cullen, to review the Smith 2018 article and offer opinions on the reliability of the assay procedure used and the results. I have reviewed his report, and it supports my opinions on Smith 2018. I understand from his report that Dr. Cullen is familiar with the type of single-cycle assay used by Smith 2018 and considers it a common and reliable assay for drawing the kinds of comparative results present in Smith 2018, and that Dr. Engelman's criticisms of Smith 2018's assay (and results) are incorrect.[130] This is consistent with my experience and supports my opinion in this matter.

156.     I understand that Gilead has retained an expert in molecular modeling, Dr. Charles Reynolds, to evaluate the differences between bictegravir and compounds covered by the asserted claims, including dolutegravir. I also understand that Dr. Reynolds used for his modeling certain data on the structure of bictegravir and dolutegravir bound to simian immunodeficiency virus (SIV)—data that he obtained from Dr. Peter Cherepanov.[131] I have reviewed Dr. Reynolds's report and the comments of Dr. Cherepanov about his data.[132] My opinion is supported by Dr. Reynolds's report and Dr. Cherepanov.

---

[130] Cullen Rpt., *supra* note 123, at ¶¶ 18-30.

[131] *See* Reynolds Expert Report ¶¶ 41-43, Jan. 7, 2020 ("Reynolds Rpt.").

[132] December 13, 2019 E-mail from Peter Cherepanov to Chuck Reynolds ("Cherepanov e-mail").

157.    Dr. Reynolds concluded that bictegravir makes different and more contact with HIV-1 integrase such that it is less susceptible to integrase mutations, consistent with bictegravir having a better and different in vitro resistance profile from dolutegravir as reported by Smith 2018.[133] Dr. Reynolds's conclusions from his modeling of the Cherepanov data are consistent with and support my opinions.

158.    Dr. Cherepanov, in this e-mail transmitting the model to Dr. Reynolds, noted that "BIC makes more intimate contacts"—specifically to the Gly118-Asn117 residues—and that he believed this explained "a better performance of the compound, reported by Steve Hughes lab."[134] Dr. Cherepanov's experimental data are consistent with, and supports my opinion, regarding Smith 2018 and the substantial differences between bictegravir's and dolutegravir's *in vitro* resistance profiles.

    b.    *Tsiang 2016*

159.    Tsiang 2016 is a Gilead publication that includes two types of assays: site-directed mutant assays and patient-derived isolates. Gilead's site-directed mutant assay is a multi-round assay using MT-2 cells.[135]

160.    Tsiang 2016 finds that bictegravir is statistically significantly different than dolutegravir against the G140S/Q148R double mutant. Bictegravir's average $EC_{50}$ against this double mutant is 3.1 nM (FC of 2) and dolutegravir's average $EC_{50}$ against this mutant is 6.5 nM (FC of 4.8).[136]

---

[133] Reynolds Rpt., *supra* note 129, at ¶¶ 55, 62, 72.

[134] Cherepanov e-mail.

[135] Cullen Rpt., *supra* note 123, at ¶¶ 53-55.

[136] Tsiang 2016, *supra* note 86, at Table 6.

TABLE 6 Activity of bictegravir against INSTI-resistant HIV-1 mutants

| Compound[a] | EC$_{50}$[b] (nM) WT | EC$_{50}$ (fold change relative to WT)[b] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | E92Q[c] | Y143R[c] | Q148R[c] | N155H[c] | R263K[c] | E138K/Q148K[c] | G140S/Q148R[c] | E92Q/N155H[c] | N155H/Q148R[c] |
| BIC | 1.6 ± 0.4 | 2.0 ± 0.8 (1.2) | 1.8 ± 0.5 (1.1) | 1.0 ± 0.3 (0.7) | 1.6 ± 0.4 (1.0) | 2.9 ± 0.7 (1.8) | 13.7 ± 1.2 (8.8) | 3.1 ± 0.8 (2.0) | 2.0 ± 0.2 (1.3) | 7.1 ± 4.3 (4.5) |
| DTG | 1.4 ± 0.3 | 1.8 ± 0.5 (1.3) | 1.9 ± 0.5 (1.4) | 1.0 ± 0.3 (0.8) | 2.4 ± 0.6 (1.8) | 2.5 ± 0.4 (1.9) | 13.7 ± 2.1 (10.1) | 6.5 ± 1.2* (4.8) | 2.8 ± 0.6 (2.1) | 4.7 ± 1.5 (3.5) |
| RAL | 9.4 ± 1.4 | 38 ± 9* (4.0) | 418 ± 151* (45) | 427 ± 52* (45) | 188 ± 37* (20) | 10.4 ± 1.4* (1.1) | 1,533 ± 323* (163) | 2,461 ± 391* (262) | 624 ± 213* (67) | 2,181 ± 688* (232) |
| EVG | 2.4 ± 0.9 | 85 ± 23* (36) | 14.4 ± 3.5* (6.1) | 363 ± 84* (154) | 112 ± 21* (48) | 10.5 ± 1.5* (4.4) | 3,581 ± 1,297* (1,520) | 868 ± 138* (369) | 768 ± 95* (326) | 2,169 ± 334* (921) |
| EFV | 1.9 ± 0.3 | 1.5 ± 0.3 (0.8) | 1.7 ± 0.1 (0.9) | 1.7 ± 0.1 (0.9) | 1.60 ± 0.05 (0.9) | 1.8 ± 0.1 (1.0) | 1.9 ± 0.4* (1.0) | 1.5 ± 0.3* (0.8) | 1.5 ± 0.4* (0.8) | 2.2 ± 0.8* (1.2) |

[a] An asterisk indicates a *P* value of <0.05 versus BIC.

[b] EC$_{50}$ (±SD) and fold change represent the means from at least 3 independent determinations in triplicate. Wild-type virus was generated from HIV-1 DNA clone HXB2. The color shadings subdivide the fold change of resistance to six levels: light blue, wild type; light yellow, >2-fold; bright yellow, >10-fold; light orange, >50-fold; orange, >100-fold; red, >500-fold.

[c] HIV-1 integrase (IN) mutant.

Those data are consistent with Smith 2018, who reports that bictegravir has an average EC$_{50}$ of 6.1 nM and dolutegravir has an average EC$_{50}$ of 26.2 nM against the G140S/Q148R double mutant.[137] Smith 2018 reports that bictegravir's improved activity against this double mutant is statistically significant with p=0.008.[138]

161.    Tsiang 2016 and Smith 2018 are both consistent with Margot 2019. Though Margot looks only at individual patient-derived isolates and provides no statistical significance, it does report that bictegravir's activity against the G140S/Q148R mutation is under its 2.5 biological cut-off for resistance and that dolutegravir's activity against that G140S/Q148R mutation is above its 4.0 clinical cut-off indicating reduced response to dolutegravir.[139] Practically, that means that, if approved, the patient with the G140S/Q148R isolate could be treated once-a-day with bictegravir but would have to be treated twice a day with dolutegravir.

162.    The second type of assay data included in Tsiang 2016 is patient-derived isolate data. Tsiang 2016 ran bictegravir, dolutegravir, elvitegravir, and raltegravir against 47 HIV-1 patient-derived clinical isolates with INSTI resistance mutations.[140] Those data are presented in

---

[137] Smith 2018 Suppl. Materials at Table 3A.

[138] *Id*. at Table 3B.

[139] Nicolas A. Margot et al., *Antiviral activity of HIV-1 integrase strand-transfer inhibitors against mutants with integrase resistance-associated mutations and their frequency in treatment-naïve individuals*, 91 J. Med. Virology, 2188. 2192 (2019) ("Margot 2019").

[140] Tsiang 2016, *supra* note 86, at Fig. 1.

Tsiang Figure 1. Overall, bictegravir's mean fold-change versus wild-type for the 47 patient-derived isolates was 2.8, while dolutegravir's mean fold-change was 5.8.[141] This means that bictegravir generally lost half as much potency against these resistant isolates compared to dolutegravir.

B

| Compound | % of Isolates[a] (Fold-Change vs. WT) | | | | Fold-Change vs. WT | | | |
|---|---|---|---|---|---|---|---|---|
| | (≤2.5) | (2.5 to <5) | (5 to <10) | (≥10) | Mean | Median | Range | p-value |
| BIC | 70 | 15 | 13 | 2 | 2.8 | 2 | 0.50 - 19 | 1 |
| DTG | 49 | 17 | 17 | 17 | 5.8 | 3.4 | 0.54 - 63 | 0.042 |
| EVG | 6 | 2 | 0 | 92 | >106 | >150 | 1.9 - >150 | <0.001 |
| RAL | 2 | 4 | 4 | 89 | >100 | >143 | 1.8 - >143 | <0.001 |

FIG 1  Resistance profile of BIC and other INSTIs against 47 HIV-1 patient-derived isolates with INSTI resistance mutations. (A) Bar graph of fold change in resistance. (B) Stratification of the clinical isolates based on fold change in resistance. Primary and other INSTI resistance mutations are listed. Primary INSTI resistance mutations are T66I/A/K, E92Q/G, T97A, Y143C/H/R, S147G, Q148H/K/R, and N155H, and other INSTI resistance mutations are H51Y, L68I/V, V72A/N/T, L74M, Q95K/R, F121C/Y, A128T, E138A/K, G140A/C/S, P145S, Q146I/K/L/P/R, V151L/A, S153A/F/Y, E157K/Q, G163K/R, E170A, and R263K in IN. Susceptibility was determined as the fold change in EC$_{50}$ versus that of the NL4-3 wild-type vector by Monogram Biosciences, Inc. The biological or lower clinical cutoffs for reduced susceptibility in this assay are 4.0 for DTG, 1.5 for RAL, and 2.5 for EVG. No cutoff has been determined for BIC.

163.    Additionally, there were 16 patient-derived isolates that contained the G140S/Q148H double mutation (with or without other mutations).[142] For every single patient isolate with the G140S/Q148H double mutation, bictegravir had a lower fold-change against that mutant than dolutegravir.

---

[141] *Id.*

[142] Tsiang 2016 Suppl. Materials Table S5.

**TABLE S5.  Antiviral Activity of Bictegravir and other INSTIs Against 47 HIV-1 Patient-derived Isolates with INSTI Resistance Mutations.**

| INSTI Resistance Mutations[a] | Susceptibility (Fold-change vs. WT)[b] | | | | INSTI Resistance Mutations[a] | Susceptibility (Fold-change vs. WT)[b] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BIC | DTG | EVG | RAL | | BIC | DTG | EVG | RAL |
| L74M,T97A | 0.50 | 0.64 | 16 | 8.48 | E92Q,N155H,G163R | 2.02 | 4.12 | >150 | >143 |
| L68V,Y143C | 0.54 | 0.54 | 1.9 | 4.06 | G140A,Q148R | 2.03 | 2.22 | >150 | 88 |
| L68L/V,L74M,Y143R | 0.59 | 0.74 | 26 | >143 | G140S,Q148H | 2.03 | 3.52 | >150 | >143 |
| T97A | 0.66 | 0.88 | 10 | 1.78 | G140S,Q148H | 2.12 | 3.44 | >150 | >143 |
| T97A,F121Y | 0.80 | 1.63 | >150 | 112 | G140S,Q148H | 2.17 | 4.00 | >150 | >143 |
| T97A,Y143R | 0.83 | 1.11 | 20 | >143 | E138K,G140S,Q148H | 2.42 | 3.59 | >150 | >143 |
| F121Y | 0.84 | 1.05 | 38 | 12 | G140S,Q148H | 2.46 | 4.73 | >150 | >143 |
| L74M,N155H | 0.90 | 1.08 | 103 | 89 | G140S,Q148H,G163K | 2.48 | 5.68 | >150 | >143 |
| T97A,N155H | 0.99 | 1.51 | 95 | 53 | G140S,Q148H | 2.49 | 5.56 | >150 | >143 |
| T97A,Y143C | 1.02 | 1.35 | 29 | >143 | E138K,G140S,Q148H | 2.52 | 5.34 | >150 | >143 |
| E92Q,E157E/Q | 1.16 | 1.41 | 51 | 4.8 | E138K G140S Q148H | 2.62 | 13 | >141 | >114 |
| E92Q | 1.19 | 1.58 | 60 | 18 | G140S,Q148H | 2.92 | 5.46 | >150 | >143 |
| N155H,E157E/Q | 1.23 | 1.66 | 28 | 19 | G140S,Q148R | 3.01 | 6.15 | >150 | >143 |
| E92Q | 1.30 | 1.73 | 61 | 6.7 | G140S,Q148H | 3.81 | 11 | >150 | >143 |
| Y143R | 1.39 | 1.50 | 2.26 | 22 | G140S,Q148H | 4.37 | 13 | >150 | >143 |
| Y143R | 1.39 | 1.40 | 2.19 | 16 | T97A,G140S,Q148H | 4.39 | 15 | >150 | >143 |
| N155H | 1.42 | 2.07 | >150 | 107 | E138K,G140C,Q148R | 5.32 | 8.58 | >150 | >143 |
| Y143C | 1.49 | 1.76 | 4.24 | 14 | L74L/M,G140A,Q148R | 5.38 | 8.81 | >150 | >143 |
| T97A,Y143C | 1.60 | 1.47 | 42 | >143 | G140S,Q148R | 7.05 | 17 | >150 | >143 |
| Q148R,E138A | 1.69 | 2.17 | >150 | 43 | G140S,Q148H,E138A | 7.23 | 10 | >150 | >143 |
| N155H,G163R | 1.70 | 1.95 | 31 | 15 | T97A,G140S,Q148H | 7.62 | 14 | >150 | >143 |
| E92Q,N155H | 1.72 | 3.49 | >150 | >143 | L74M,G140C,Q148R | 8.36 | 9.06 | >150 | >143 |
| E138K,Q148R | 1.80 | 2.05 | >150 | 54 | E138K,G140A,Q148K | 19 | 63 | >150 | >143 |
| G140S,Q148H | 1.99 | 3.60 | >150 | >143 | | | | | |

[a] Primary and other integrase strand transfer inhibitor resistance (INSTI-R) mutations are listed. Primary INSTI-R mutations are T66I/A/K, E92Q/G, T97A, Y143C/H/R, S147G, Q148H/K/R, N155H, and other INSTI-R mutations are H51Y, L68I/V, V72A/N/T, L74M, Q95K/R, F121C/Y, A128T, E138A/K, G140A/C/S, P145S, Q146I/K/L/P/R, V151L/A, S153A/F/Y, E157K/Q, G163K/R, E170A, and R263K in IN.

[b] Susceptibility was determined as the fold-change in $EC_{50}$ vs. NL4-3 wild-type vector by Monogram Biosciences, Inc. The biological or lower clinical cut-offs for reduced susceptibility in this assay are 4.0 for DTG, 1.5 for RAL, and 2.5 for EVG.  No cut-off has been determined for BIC.  The color shadings subdivide the resistance fold-change into four levels as follows: green, ≤ 2.5-fold; yellow, >2.5-fold; light orange, >5-fold; dark orange, >10-fold.

164.    For four of the patient-derived isolates that contain the G140S/Q148H double mutant, the fold-change for bictegravir is below 2.5 (its biological cut-off) and the fold-change for dolutegravir is above 4.0 (its lower clinical cut-off). That means that those four patient isolates remained susceptible to bictegravir and have reduced susceptibility to dolutegravir. Practically, this means that a patient with that resistance phenotype could be treated once-daily

with bictegravir (assuming bictegravir were approved for this indication), but could only be treated twice-daily with dolutegravir.[143]

165.    Dr. Engelman attempts to differently parse this data to support his opinion that bictegravir and dolutegravir are the same.[144] However, there are two fundamental problems with what Dr. Engelman has done. First, Dr. Engelman ignores the fact that there are fold change differences between bictegravir's and dolutegravir's activity against these mutants. These are differences. And, if comparing solely the *in vitro* resistance profile, as Dr. Engelman is, the use of the Monogram cut-offs to assess whether a compound could be used to *treat a patient* is unnecessary. What Tsiang 2016's patient-derived isolate data show is that there are *in vitro* differences between these two compounds.

166.    Second, even under Dr. Engelman's classification of data under the Monogram cut-offs, there are differences between bictegravir and dolutegravir.[145] Bictegravir could be used once-daily to treat 5 patient-derived isolates that dolutegravir would have to be dosed twice-daily with.

| Number of INSTI Resistant Mutations | | DTG | | |
|---|---|---|---|---|
| | | FC < 4.0 sensitive | FC 4.0-13 partially sensitive | FC > 13 resistant |
| BIC | FC < 2.5 sensitive | n=28 | n=5 | n=0 |
| | FC ≥ 2.5 resistant | n=0 | n=10 | n=4 |

---

[143] I note that it would be difficult to power a bictegravir study in patients with integrase-resistant mutations. Because of dolutegravir, there are currently fewer patients with integrase-resistant HIV than there were when patients were primarily treated with raltegravir and elvitegravir. However, the increasing use of dolutegravir-based regimens and the advent of the new two-drug regimen may make that clinical trial possible in the future.

[144] Engelman Rpt., *supra* note 83, at ¶¶ 325-327.

[145] *Id.*

Moreover, there are 10 patient-derived isolates that dolutegravir can be used twice-daily with, but which bictegravir cannot be dosed with. These are differences.

167. 

       c.    *White 2017*

168.    White 2017 is the poster on dissociation kinetics that also contains Monogram Biosciences PhenoSense® data on bictegravir's and dolutegravir's activities against patient-derived isolates with the G140S/Q148H mutation.[148] As explained above, *see* infra. at ¶¶ 129-134, based on the data from Monogram, bictegravir appears to be more potent and would be considered preferred over dolutegravir in most, if not all, patients with the G140S/Q148H mutation.

---

146 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

147 ▮

[148] White Poster 2017, *supra* note 79.

**Table 1.  Susceptibility of INSTIs to Clinically-derived Isolates of HIV-1 Containing G140S + Q148H ± other INSTI-R Substitutions**

| INSTI | Susceptibility of HIV-1 to INSTIs[a] | | | | |
|---|---|---|---|---|---|
| | Wild-Type | G140S/Q148H ± Other Mutants (n=16) | | | |
| | $EC_{50}$ (nM) | Fold-Change vs WT[b] | Sensitivity (% of isolates below cut-offs)[c] | | p-value vs BIC |
| | | | <2.5-fold | <4-fold | |
| BIC | 1.9 | 3.4 ± 1.7 | 50% | 75% | -- |
| DTG | 2.8 | 7.6 ± 4.3 | 0% | 25% | < 0.001 |
| RAL | 7.1 | >143 | 0% | 0% | < 0.001 |
| EVG | 2.3 | >150 | 0% | 0% | < 0.001 |

a.  PhenoSense IN assay (Monogram Biosciences)
b.  Mean ± SD
c.  The 2.5-fold cutoff is a standard biological cut-off in the Monogram assay; 4-fold is the lower clinical cut-off for DTG in the PhenoSense IN assay

       d.  *White 2018*

169.   White Poster 2018 is a Gilead poster presenting 48-week results of efficacy and baseline resistance from the B/F/TAF clinical trials (trials 1489 and 1490).[149] The White Poster 2018 includes a report of a patient enrolled in the Biktarvy® naïve clinical trials who had transmitted G140S/Q148H INSTI resistance.[150] This patient achieved rapid viral suppression with, and was successfully controlled, on Biktarvy®.

---

[149] White Poster 2018, *supra* note 86.

[150] *Id.* at Fig. 5.



170.    Monogram PhenoSense® testing found that this patient's HIV was fully sensitive to bictegravir (fold-change of 2.14 and the patient was fully suppressed on once-daily Biktarvy®). In contrast, Monogram's testing found that this patient's HIV was only partially sensitive to dolutegravir (fold change of 4.45, more than double the fold-change of bictegravir).

67

Therefore, in order to be virologically suppressed on dolutegravir, this patient would have had to take dolutegravir twice-a-day as opposed to bictegravir once-a-day.

171.    As discussed above, patients are more adherent on and prefer regimens that are taken once-daily. The clinical data included in the White Poster 2018 is consistent with bictegravir having an improved *in vitro* resistance profile over dolutegravir.

    e.    *Other Articles on HIV Integrase Resistance*

172.    Dr. Engelman attempts to minimize other papers that show a difference between the *in vitro* profiles between bictegravir and dolutegravir. Neogi 2018 indicates that bictegravir's $EC_{50}$ against multiple subtypes of HIV were statistically significantly better than dolutegravir (p=0.01).[151] Similarly, Neogi 2018 showed that there were certain integrase-resistant mutants that were susceptible to bictegravir, but not to dolutegravir (or showed reduced susceptibility to dolutegravir).[152] Dr. Engelman sought to minimize these differences as well. For Neogi 2018, and many of the other third-party publications Dr. Engelman reviewed, he said that additional runs in the assays may have generated data that showed even greater similarity between bictegravir and dolutegravir.[153] But the opposite could also be true: additional runs could have shown additional *differences* between the compounds.

173.    Hassounah 2017 is a study of the activity of bictegravir, dolutegravir, and cabotegravir against integrase inhibitor-resistant SIVmac239 (not HIV) and HIV-1.[154] Hassounah

---

[151] Ujjwal Neogi et al., *Ex-vivo antiretroviral potency of newer integrase strand transfer inhibitors cabotegravir and bictegravir in HIV type 1 non-B subtypes*, 21 AIDS 469, 472 (2018), VIIVUS00917200 ("Neogi 2018").

[152] *Id*. at 474.

[153] Engelman Rpt., *supra* note 83, at ¶ 449.

[154] Hassounah 2017, *supra* note 85.

2017 provides a table of susceptibilities of bictegravir, cabotegravir, and dolutegravir against 9 site-directed mutants in CBMCs.[155]

**TABLE 3** Drug susceptibilities for recombinant HIV-1 pNL4.3 WT and site-directed mutant viruses in CBMC cultures[a]

| Virus | BIC | | CAB | | DTG | |
|---|---|---|---|---|---|---|
| | $EC_{50} \pm$ SD (nM) | Fold change | $EC_{50} \pm$ SD (nM) | Fold change | $EC_{50} \pm$ SD (nM) | Fold change |
| WT | $1.0 \pm 0.19$ | | $0.56 \pm 0.19$ | | $1.1 \pm 0.40$ | |
| M50I | $1.4 \pm 0.51$ | 1.4 | $0.53 \pm 0.12$ | 0.9 | $1.1 \pm 0.28$ | 1.0 |
| G118R | $4.3 \pm 0.74$ | $4.3^{b}$ | $4.50 \pm 0.97$ | $8.0^{b,*}$ | $7.7 \pm 3.9$ | $6.7^{b}$ |
| Y143R | $1.2 \pm 0.28$ | 1.2 | $0.97 \pm 0.15$ | 1.7 | $1.3 \pm 1.0$ | 1.2 |
| N155H | $1.8 \pm 0.96$ | 1.8 | $1.2 \pm 0.59$ | 2.1 | $1.6 \pm 0.23$ | 1.4 |
| R263K | $2.3 \pm 0.43$ | 2.3 | $1.4 \pm 0.52$ | 2.5 | $2.1 \pm 0.48$ | 1.9 |
| M50I/R263K | $3.4 \pm 1.7$ | 3.4 | $1.1 \pm 0.46$ | 1.9 | $2.3 \pm 0.70$ | 2.0 |
| H51Y/R263K | $2.2 \pm 0.92$ | 2.2 | $0.98 \pm 0.30$ | 1.8 | $2.3 \pm 0.33$ | 2.0 |
| E138K/R263K | $3.4 \pm 1.5$ | 3.4 | $1.2 \pm 0.46$ | 2.1 | $2.7 \pm 0.72$ | 2.4 |
| G140S/Q148H | $4.8 \pm 1.7$ | $4.8^{b}$ | $9.4 \pm 3.8$ | $16.8^{b,*}$ | $8.1 \pm 1.7$ | $7.4^{b,*}$ |

[a]$EC_{50}$s (50% drug effective concentrations) were determined by reverse transcriptase (RT) assays using culture fluids of CBMCs. Data shown represent the means and standard deviation (SD) of at least two independent experiments performed in duplicate. Fold changes in $EC_{50}$s for mutated viruses are in comparison to WT (wild-type) virus.
[b]Fold changes (FC) >4. An asterisk (*) indicates a result statistically different from BIC FC. Statistical significance was calculated using a one-sample two-tailed $t$ test with a statistical cutoff of $P \leq 0.005$.

174.     Hassounah 2017 only ran its assay "at least" twice in duplicate (as opposed to Smith 2018 who ran the experiments four times in triplicate), which is less rigorous.[156] However, Hassounah did see a statistically significant difference between bictegravir and dolutegravir against the G140S/Q148H mutant. Hassounah did not report a statistically significant difference against any other resistant mutant, but that does not make these data contradictory to Smith 2018—it solely means that Hassounah did not identify a difference on those mutants.

175.     Similarly, Zhang 2018 studies G140S/Q148H mutations with one or more additional mutations—evaluating triple or quadruple mutations.[157] This paper is a short

---

[155] *Id*. at Table 3.

[156] *Id*. at 7; Cullen Rpt., *supra* note 123, at ¶ 75.

[157] Wendy W. Zhang et al., *Accumulation of Multiple Mutations In Vivo Confers Cross-Resistance to New and Existing Integrase Inhibitors*, 218 J. Infectious Diseases 1773 (2018) ("Zhang 2018").

communication. In it, Zhang 2018 identified 6 patients (but 7 viruses) with the G140S/Q148H mutation, 2 patients with the G140S/Q148H/T97A mutations, and 3 patients with the G140S/Q148H/T97A/L74M mutations. Bictegravir's fold change against the double mutant was lower than dolutegravir's (2.5 versus 3.0); bictegravir's fold change against the triple mutant was lower than dolutegravir's (9 versus 28); and bictegravir's fold change against the quadruple mutant was lower than dolutegravir's (67 versus 345). These data are supportive of an *in vitro* activity difference between bictegravir and dolutegravir. Consistent with White 2017 and White 2018, bictegravir appears to be better activity against the G140S/Q148H mutation.

**Table 1.   Fold Change in $EC_{50}$ of Recombinant Viruses With G140S and Q148H Mutations and Additional Mutations for RAL, EVG, DTG, BIC, and CAB**

| Mutations | G140S + Q148H | G140S + Q148H + T97A | G140S + Q148H + T97A + L74M |
|---|---|---|---|
| No. of patients | 6 | 2 | 3 |
| No. of viruses | 7 | 2 | 3 |
| Fold change in $EC_{50}$, median (range) | | | |
| RAL | >100 (>50–>100) | >100 (>50–>100) | >100 (>50–>100) |
| EVG | >100 (>100–>100) | >100 (>100–>100) | >100 (>100–>100) |
| DTG | 3.0 (1.9–8.2) | 28 (23–33) | 345 (263–514) |
| BIC | 2.5 (1.6–3.2) | 9 (5.6–12) | 67 (55–88) |
| CAB | 3.7 (1.8–5.8) | 74 (30–117) | 586 (249–866) |

Abbreviations: BIC, bictegravir; CAB, cabotegravir; $EC_{50}$, 50% effective concentration; EVG, elvitegravir; DTG, dolutegravir; RAL, raltegravir.

176.    I disagree with Dr. Engelman that Zhang 2018 demonstrates that bictegravir and dolutegravir performed similarly against mutant strains containing the G140S/Q148H mutation. Zhang 2018 reports that "[t]he highly RAL- and EVG-resistant virus variants in this study had a slightly greater susceptibility to BIC than to DTG or CAB." As Zhang 2018 notes, though viruses containing only the G140S/Q148H mutation had "relatively low" fold shifts in resistance to bictegravir and dolutegravir, "small shifts in fold change may have important clinical effects for these next-generation integrase inhibitors, as seen in the VIKING-2 and VIKING-3 studies where even 2-fold to 10-fold changes in susceptibility had an impact on clinical outcomes."[158] If

---

[158] *Id.* at 1775.

this observation from the VIKING trials bears out, that small differences in fold change had an impact on clinical outcomes, bictegravir's improved *in vitro* profile against the G140S/Q148H mutant could have important clinical outcomes for patients. Zhang 2018's conclusion that none of bictegravir, dolutegravir, or cabotegravir may be able to be used in the face of high-level integrase resistance development does not change bictegravir's improved activity against this double mutant.

177.    Saladini 2019 is an article that evaluates patient-derived isolates from 19 patients who had failed an integrase inhibitor regimen.[159] Again, there were differences in bictegravir and dolutegravir's *in vitro* resistance profile that Dr. Engelman seeks to minimize. Bictegravir's average $IC_{50}$ against resistant mutants was 1.1 nM and its average fold change was 2.4. Contrastingly, dolutegravir's average $IC_{50}$ was 2.6 nM and its average fold change was 3.5. Moreover, Saladini showed that bictegravir had a statistically significantly different performance against the N155H mutation, with a $p<0.005$.[160] This is an *in vitro* difference between these compounds. Saladini's group published a poster with the same results that had color versions of the graphs.[161] I have reproduced the data and selected graphs below.

---

[159] Francesco Saladini et al., *Comparable in vitro activity of second-generation HIV-1 integrase strand transfer inhibitors (INSTIs) on HIV-1 clinical isolates with INSTI resistance mutations*, Antimicrobial Agents & Chemotherapy (Oct. 14, 2019), VIIVUS15547158 ("Saladini 2019").

[160] Engelman Rpt., *supra* note 83, at ¶ 471.

[161] Francesco Saladini et al., *In Vitro Activity of DTG/BIC/CAB on First-Generation INSTI-Resistant HIV-1*, CROI Poster No. 549 (2019).

| SAMPLE | SUBTYPE | INSTI EXPOSURE | MAJOR MUTATION(S) | ACCESSORY MUTATION(S) | DTG IC$_{50}$ (± SD) nM | FC | BIC IC$_{50}$ (± SD) nM | FC | CAB IC$_{50}$ (± SD) nM | FC | GROUP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NL4-3 | | | Wild type | | 0.8 (± 0.4) | 1 | 0.5 (± 0.1) | 1 | 1.8 (± 0.9) | 1 | Wild type |
| 151277 | F1 | RAL | Y143R | T97A | 0.8 (± 0.1) | 1.0 | 1.1 (± 0.4) | 2.4 | 2.1 (± 1.0) | 1.2 | 143 |
| 151648 | G | RAL | Y143C | S230R | 2.6 (± 1.7) | 3.5 | 1.2 (± 0.1) | 2.5 | 4.0 (± 0.5) | 2.2 | |
| 150678 | B | | Q148R | None | 0.4 (± 0.3) | 0.5 | 0.4 (± 0.3) | 0.8 | 2.1 (± 0.1) | 1.2 | 148 |
| 146943 | B | RAL | G140C, Q148R | None | 6.0 (± 4.9) | 8.0 | 3.8 (± 2.4) | 8.0 | 121.3 (± 40.9) | 66.3 | |
| 147026 | B | EVG | E138K, Q148R | None | 0.8 (± 0.9) | 1.0 | 1.5 (± 0.3) | 3.2 | 18.2 (± 8.0) | 9.9 | 148 + 1 |
| 147086 | B | RAL | G140A, Q148R | None | 5.5 (± 5.7) | 7.3 | 2.5 (± 0.5) | 5.4 | 39.6 (± 28.8) | 21.7 | |
| 148957 | B | RAL, DTG | E138R, G140S, Q148H, N155H | None | >100 | >100 | >100 | >100 | >200 | >100 | 148 + 2 |
| 151377 | B | RAL, DTG | E138T, G140S, Q148H | T97A | >100 | >100 | >100 | >100 | >200 | >100 | |
| 151236 | B | RAL, DTG | E138K, G140A, S147SG, Q148R | T97A | >100 | >100 | >100 | >100 | >200 | >100 | |
| 150953 | CRF03_AB | RAL | N155H | E157Q | 1.6 (± 1.2) | 2.1 | 0.9 (± 0.2) | 1.8 | 3.0 (± 0.7) | 1.6 | 155 |
| 150336 | G | RAL | N155H | T97A | 3.0 (± 0.2) | 4.0 | 0.7 (± 0.2) | 1.5 | 5.4 (± 4.2) | 3.0 | |
| 149789 | B | RAL, EVG | N155H | None | 2.0 (± 0.9) | 2.7 | 0.8 (± 0.4) | 1.7 | 2.3 (± 0.9) | 1.3 | |
| 150077 | B | EVG | N155H | None | 3.3 (± 0.7) | 4.4 | 1.6 (± 0.8) | 3.4 | 4.3 (± 1.2) | 2.3 | |
| 149865 | B | RAL | N155H | None | 3.4 (± 1.4) | 4.5 | 1.2 (± 0.3) | 2.5 | 4.5 (± 2.8) | 2.5 | |
| 150348 | B | RAL | N155H | None | 2.3 (± 2.0) | 3.1 | 0.8 (± 0.4) | 1.7 | 4.2 (± 0.2) | 2.3 | |
| 149570 | CRF06_cpx | EVG | E92Q | None | 0.9 (± 0.1) | 1.2 | 0.2 (± 0.1) | 0.4 | 1.4 (± 0.5) | 0.8 | Others |
| 148640 | B | EVG | E92Q | None | 1.9 (± 0.3) | 2.6 | 0.7 (± 0.6) | 1.4 | 2.3 (± 1.0) | 1.3 | |
| 150129 | B | EVG | T66A, S147SG | G163K | 0.5 (± 0.1) | 0.7 | 0.1 (± 0.1) | 0.2 | 1.4 (± 0.4) | 0.8 | |
| 151422 | F1 | RAL, DTG | R263K | None | 2.7 (± 0.2) | 3.5 | 0.5 (± 0.1) | 1.1 | 6.5 (± 2.3) | 3.5 | |
| MEDIAN (IQR) | | | | | 2.6 (1.4-3.9) | 3.5 (1.2-7.3) | 1.1 (0.7-1.8) | 2.4 (1.4-5.4) | 4.3 (2.3-39.6) | 2.3 (1.3-21.7) | |



Figure 1 — FC values based on DTG exposure



Figure 3 — FC values based on mutational pathway

178.    Unsurprisingly, bictegravir had lower FC values against DTG-exposed resistant mutants. And, bictegravir and dolutegravir had different fold change values on almost every

mutational pathway (Figure 3). Saladini points out that "one sample from a failing DTG based regimen harboring 263K had DTG and CAB FC of 3.5, while BIC FC was 1.1."[162] This is consistent with Smith 2018's findings.

179.    Dr. Engelman's efforts to minimize the results of Saladini included his comment on the "limited data set" in Saladini, and that "if further work were done, there could be instances where there is a statistically significant numerical difference in the performance of DTG and BIC that favors DTG."[163] If Dr. Engelman's hypothesis were true, that would simply be additional data indicating that DTG and BIC have, in fact, different *in vitro* resistance profiles.

180.    Lastly, Margot 2019 is a publication that examines the activity of bictegravir, dolutegravir, elvitegravir, and raltegravir against 71 patient-derived clinical isolates with diverse integrase mutations. Most of the isolates are single mutations. There is no statistical significance provided in the article. For most of the isolates, bictegravir's and dolutegravir's fold changes were both below their Monogram cut-off. For one double-mutation (G140S/Q148R), bictegravir's fold change (2.0) was below its cut-off and dolutegravir's fold change (4.1) was above its cut-off. The takeaway of the article was unsurprising: the mutants tested showed sensitivity to bictegravir and dolutegravir and those integrase inhibitors may be a viable treatment option in most patients with integrase-resistant mutations. But what Margot 2019 does not include are any data on the G140S/Q148H double mutation, nor does it contradict the data set forth in Smith 2018 and Tsiang 2016 that highlight the *in vitro* differences between these molecules.

---

[162] Saladini Poster 2019, *supra* note 152.

[163] Engelman Rpt., *supra* note 83, at ¶ 471.

181.    Dr. Engelman's section on the differences between bictegravir's and dolutegravir's *in vitro* resistance profile minimizes a number of articles that find differences between these two compounds. But the *in vitro* resistance profiles of these two compounds are different as set forth in Smith 2018, Tsiang 2016, and a number of publications that highlight bictegravir's improved activity against the G140S/Q148H mutation. The literature on bictegravir is still in its early stages, but what is becoming clear when a person of skill looks across the entirety of that data as it develops is that bictegravir appears to have meaningfully better activity against DTG-selected mutations. These data are supportive of my opinion that bictegravir has a different, and improved, *in vitro* resistant profile compared to dolutegravir.

    f.  *Gilead Internal Data*

182.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

---

164 ████████████████████████████████████



g.     *Bictegravir's Barrier to Resistance*

183.    Bictegravir and dolutegravir both have high barriers to resistance. ██████

████████████████████████████████████████████████████████

However, bictegravir has not selected for resistance *in vivo* yet and it is unknown if it will select for the same mutations as dolutegravir.

**D.     Bictegravir has different, and clinically significant, drug-drug interactions than dolutegravir**

184.    The drug-drug interaction profile of bictegravir is different from that of dolutegravir. There are two labeled interactions that are of particular importance: metformin and rifampin/rifabutin.

185.    Metformin is a drug for the treatment of diabetes. As discussed above, it is predicted that 17% of HIV patients will also have diabetes. That will make the management of these patients more complex and require the ability to co-dose the drugs to treat both conditions.

---

165 ████████████████████████████████████████████████████████
████████████████████████████████████████

The labels for bictegravir and dolutegravir reflect a difference in their interactions with metformin.

186.    Bictegravir's label regarding metformin only refers to the prescribing information of metformin to assess the benefit and risk of using Biktarvy® and metformin together.[166] Moreover, Custodio et al. demonstrated a lack of clinically relevant effect of bictegravir on metformin.[167]

## Conclusions

♦ Metformin plasma exposure was increased ~39% following coadministration with B/F/TAF relative to placebo due to inhibition of renal transporters OCT2/MATE1 by BIC

♦ PD characteristics of metformin including glucose reduction, and increases in active GLP-1 and lactate following OGTT in healthy subjects were not affected by coadministration with B/F/TAF relative to placebo

♦ Coadministration of metformin with B/F/TAF was well tolerated in these healthy subjects

♦ The changes in metformin exposure are not clinically relevant; therefore, metformin may be coadministered with B/F/TAF without restriction

187.    The Custodio poster also includes information on the interaction between dolutegravir and metformin. While bictegravir increases metformin plasma exposure

---

[166] Biktarvy® Package Insert at 11.

[167] Joseph M. Custodio et al., *Lack of Clinically Relevant Effect of Bictegravir on Metformin Pharmacokinetics and Pharmacodynamics*, ID Week Poster No. 1386 (2017) ("Custodio Poster").

approximately 39%, dolutegravir increases metformin plasma exposure by approximately 80%—

almost double the increase in exposure caused by bictegravir.[168]

♦ **In vitro, INSTIs—including BIC and dolutegravir (DTG)—inhibit OCT2/MATE1, which are known to contribute to the disposition of metformin**
  — BIC is less potent in inhibiting OCT2 in vitro than DTG
  — Increase of ~80% metformin exposure was observed following DTG qd + metformin

| | BIC | DTG |
|---|---|---|
| OCT2 $IC_{50}$, $\mu M$ | 0.42 | 0.13 |
| MATE1 $IC_{50}$, $\mu M$ | 8 | 5.8 |
| $F_u$ (in vitro), % | 0.25 | 0.7 |

$F_u$ unbound fraction; $IC_{50}$, half-maximal inhibitory concentration.

188.    Dolutegravir's increased effect on metformin is reflected in its label: "With

concomitant use, limit the total daily dose of metformin to 1,000 mg either when starting

metformin or TIVICAY. When stopping TIVICAY, the metformin dose may require an

adjustment. Monitoring of blood glucose when initiating concomitant use and after withdrawal

of TIVICAY is recommended."[169]

189.    Similarly, this difference in labeling is reflected in the drug-drug interactions

section of the DHHS Guidelines. Despite Dr. Dobkin's contention otherwise, the DHHS

*Guidelines* treat bictegravir and dolutegravir differently regarding their metformin

interactions.[170] For bictegravir, the DHHS Guidelines recommend "[monitoring] for adverse

---

[168] *Id.* in Introduction

[169] Tivicay® Package Insert at 15.

[170] Dr. Dobkin states in his report that neither bictegravir nor dolutegravir are contraindicated with metformin and that "the DHHS Guidelines recommend '[m]onitor[ing] for metformin adverse effects' when coadministered with either bictegravir or dolutegravir." Dobkin Opening Expert Report ¶ 268, Nov. 15, 2019 ("Dobkin Rpt."). While not technically incorrect, this statement is misleading. Neither bictegravir nor dolutegravir are contraindicated, but the Tivicay® label states to limit the daily dose of metformin to 1,000 mg. Bictegravir has no such limitation. Moreover, the DHHS Guidelines recommend for dolutegravir "[starting] metformin at

events of metformin."[171] For dolutegravir, the DHHS Guidelines recommend "[starting] metformin at lowest dose and titrate based on glycemic control. Monitor for adverse events of metformin. When starting/stopping DTG in patients on metformin, dose adjustment of metformin may be necessary to maintain optimal glycemic control and/or minimize adverse events of metformin."[172] The DHHS Guidelines recommendation reflects the safety concern due to the increased plasma concentrations of metformin and the need to adjust a patient's metformin dose to maintain glycemic control. This is a difference in how a clinician would have to monitor/titrate a patient who is on bictegravir plus metformin versus dolutegravir plus metformin.

190.



lowest dose and titrate based on glycemic control. Monitor for adverse events of metformin. When starting/stopping DTG in patients on metformin, dose adjustment of metformin may be necessary to maintain optimal glycemic control and/or minimize adverse events of metformin." DHHS Guidelines, *supra* note 26, at M-46. Bictegravir has no such recommendation.

[171] DHHS Guidelines, *supra* note 26, at M-46.

[172] *Id.*

[173] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[174] ▮

191.    A physician would take into account the differences in labeling and differences in the DHHS Guidelines between bictegravir's and dolutegravir's interactions with metformin. This would lead to a preference in prescribing bictegravir over dolutegravir in patients who also are receiving metformin.

192.    The second drug-drug interaction difference between bictegravir and dolutegravir is with rifampin/rifabutin, the most widely prescribed tuberculosis drugs. Dr. Dobkin does not address this interaction difference in his report. Quite simply, bictegravir is contraindicated with rifampin and rifabutin and dolutegravir is not.[175] That means that for patients with tuberculosis, a clinician could prescribe dolutegravir with the most widely used tuberculosis drug but should not prescribe bictegravir with it.

| Rifabutin | BIC | **Rifabutin 300 mg Once Daily:** <br> • BIC AUC ↓ 38% and $C_{min}$ ↓ 56% | **Do not coadminister.** |
|---|---|---|---|
| | DTG | **Rifabutin 300 mg Once Daily:** <br> • ↔ DTG AUC and $C_{min}$ ↓ 30% | No dose adjustment needed. |
| | EVG/c | **Rifabutin 150 mg Every Other Day with EVG/c Once Daily Compared to Rifabutin 300 mg Once Daily Alone:** <br> • ↔ rifabutin AUC <br> • 25-O-desacetyl-rifabutin AUC ↑ 625% <br> • EVG AUC ↓ 21% and $C_{min}$ ↓ 67% | **Do not coadminister.** |
| | RAL | RAL AUC ↑ 19% and $C_{min}$ ↓ 20% | No dose adjustment needed. |

---

[175] DHHS Guidelines, *supra* note 26, at M-40–M-41.

| Rifampin | BIC | BIC AUC ↓ 75% | Contraindicated. |
|---|---|---|---|
| | DTG | **Rifampin with DTG 50 mg Twice Daily Compared to DTG 50 mg Twice Daily Alone:** <br> • DTG AUC ↓ 54% and $C_{min}$ ↓ 72% <br><br> **Rifampin with DTG 50 mg Twice Daily Compared to DTG 50 mg Once Daily Alone:** <br> • DTG AUC ↑ 33% and $C_{min}$ ↑ 22% | Use DTG 50 mg twice daily (instead of DTG 50 mg once daily) in patients without suspected or documented INSTI-associated resistance mutations. <br><br> Consider an alternative to rifampin, such as rifabutin, in patients with certain suspected or documented INSTI-associated resistance mutations. |
| | EVG/c | Significant ↓ EVG and COBI expected | Contraindicated. |
| | RAL | **RAL 400 mg:** <br> • RAL AUC ↓ 40% and $C_{min}$ ↓ 61% <br><br> **Rifampin with RAL 800 mg Twice Daily Compared to RAL 400 mg Twice Daily Alone:** <br> • RAL AUC ↑ 27% and $C_{min}$ ↓ 53% | Use RAL 800 mg twice daily instead of 400 mg twice daily. <br><br> **Do not coadminister RAL 1,200 mg once daily with rifampin.** <br><br> Monitor closely for virologic response, or consider using rifabutin as an alternative rifamycin. |

176

193.    I have reviewed Dr. Taft's report relating to potential differences between bictegravir's and dolutegravir's interactions with other drugs.[177] Dr. Taft's opinions are that bictegravir and dolutegravir have substantially different drug-drug interactions, especially with respect to metformin and rifampin/rifabutin, but several other drugs as well. Dr. Taft's opinions on bictegravir's and dolutegravir's drug-drug interactions are consistent with my own.

### E.    Bictegravir is more tolerable than dolutegravir

194.    I disagree with Dr. Dobkin that there are no differences in the adverse event profiles of bictegravir and dolutegravir.

195.    Dr. Dobkin opines that "there are no substantial differences in the frequency of adverse events reported in the 1490 Study between bictegravir and dolutegravir from a clinical perspective."[178] The 1490 Study is important for evaluating the difference in adverse effects between bictegravir and dolutegravir because it compares B/F/TAF to DTG/F/TAF.[179] The only

---

[176] *Id.*

[177] Taft Rpt., *supra* note 80, at ¶¶ 118-144.

[178] Dobkin Rpt., *supra* note 160, at ¶ 205.

[179] Hans-Jurgen Stellbrink et al., *Co-formulated bictegravir, emtricitabine, and tenofovir alafenamide versus dolutegravir with emtricitabine and tenofovir alafenamide for initial*

difference in treatment between the two patient groups in the study is one group received bictegravir and one group received dolutegravir.

196.    Both the 48-week and 96-week study results for the 1490 Study show that bictegravir is associated with fewer overall adverse events than dolutegravir. In the 48-week results for Study 1490, Sax et al. reported fewer overall adverse events in the bictegravir group than in the dolutegravir group.[180] Overall, there were 57 adverse events out of 320 patients (18%) in the bictegravir group versus 83 adverse events out of 325 patients in the dolutegravir group (26%).[181] The authors found this difference in adverse events was statistically significant (p = 0.022).[182]

197.    The 96-week results for Study 1490 show the same difference in adverse events between bictegravir and dolutegravir. Stellbrink et al. reported fewer overall adverse events in the bictegravir group than in the dolutegravir group.[183] Overall, there were 64 study drug-related adverse events out of 320 patients (20%) in the bictegravir group and 92 study drug-related adverse events out of 325 patients (28%) in the dolutegravir group.[184] The authors found this difference in adverse events between bictegravir and dolutegravir was statistically significant (p = 0.02).[185]

---

*treatment of HIV-1 infection: week 96 results from a randomized, double-blind, multicentre, phase 3, non-inferiority trial*, 6 Lancet HIV e364 (2019).

[180] Paul E. Sax et al., *Coformulated bictegravir, emtricitabine, and tenofovir alafenamide versus dolutegravir with emtricitabine and tenofovir alafenamide, for initial treatment of HIV-1 infection (GS-US-380-1490): a randomized, double-blind, multicentre, phase 3, non-inferiority trial*, 390 Lancet 2073 (2017), BICVIIUS0868349.

[181] *Id*. at 2079.

[182] *Id*.

[183] Stellbrink 2019, *supra* note 168, at e369.

[184] *Id*. at e370.

[185] *Id*. at e369.

| | Bictegravir group (n=320) | Dolutegravir group (n=325) |
|---|---|---|
| All adverse events | 283 (88%) | 288 (89%) |
| Grade 3 or 4 adverse event | 43 (13%) | 38 (12%) |
| Serious adverse event | 55 (17%) | 33 (10%) |
| Study drug-related adverse event | 64 (20%) | 92 (28%) |
| Study drug-related serious adverse event | 3 (1%) | 2 (1%) |
| Any adverse event leading to study drug discontinuation | 6 (2%) | 5 (2%) |
| Death | 3 (1%) | 3 (1%) |
| Adverse events occurring in at least 10% of participants | | |
| Diarrhoea | 57 (18%) | 51 (16%) |
| Headache | 51 (16%) | 48 (15%) |
| Nasopharyngitis | 35 (11%) | 52 (16%) |
| Upper respiratory tract infection | 31 (10%) | 43 (13%) |
| Nausea | 30 (9%) | 36 (11%) |
| Fatigue | 26 (8%) | 34 (10%) |

Data are n (%). Deaths in the bictegravir group included one cardiac arrest after appendicitis and septic shock before week 48; one gastric adenocarcinoma and one hypertensive heart disease and congestive cardiac failure between weeks 48 and 96. Deaths in the dolutegravir group included one unknown cause and one pulmonary embolism with ongoing chronic obstructive pulmonary disease before week 48; and one lymphoma between weeks 48 and 96.

*Table 3:* Adverse events through week 96

198.    While I agree with Dr. Dobkin that there does not appear to be a single adverse event that is driving the difference in study drug-related adverse event frequency between bictegravir and dolutegravir, that does not mean the adverse effects difference can be dismissed. What the data in Study 1490 show is that bictegravir appears to be, on the whole, more tolerable than dolutegravir. Given the importance of tolerability to adherence and favorable patient outcomes, this tolerability difference between the two drugs would provide a reason to prescribe bictegravir over dolutegravir.

199.    There is a hepatotoxicity labeling difference between bictegravir and dolutegravir. The Tivicay® label states:

**5.2     Hepatotoxicity**

Hepatic adverse events have been reported in patients receiving a dolutegravir-containing regimen. Patients with underlying hepatitis B or C may be at increased risk for worsening or development of transaminase elevations with use of TIVICAY *[see Adverse Reactions (6.1)]*. In some cases, the elevations in transaminases were consistent with immune reconstitution syndrome or hepatitis B reactivation particularly in the setting where anti-hepatitis therapy was withdrawn. Cases of hepatic toxicity, including elevated serum liver biochemistries, hepatitis, and acute liver failure have been reported in patients receiving a dolutegravir-containing regimen without pre-existing hepatic disease or other identifiable risk factors. Drug-induced liver injury leading to liver transplant has been reported with TRIUMEQ (abacavir, dolutegravir, and lamivudine). Monitoring for hepatotoxicity is recommended.          186

200.     The Biktarvy® label has no such corresponding warning. Dr. Dobkin points to



dolutegravir has a hepatotoxicity warning in its labels *from its own clinical trials and safety data*.

201.     Dr. Dobkin also minimizes the hypersensitivity difference between bictegravir and dolutegravir. The dolutegravir labels, including the Tivicay® label, include a warning for hypersensitivity. Tivicay® is dolutegravir as a single agent. Therefore, the hypersensitivity in that label is for hypersensitivity reactions caused by dolutegravir.[188]

---

186 Tivicay® Package Insert at 5.2.
187 ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
188 Tivicay® Package Insert at 5.1.

### 5.1 Hypersensitivity Reactions

Hypersensitivity reactions have been reported and were characterized by rash, constitutional findings, and sometimes organ dysfunction, including liver injury. The events were reported in less than 1% of subjects receiving TIVICAY in Phase 3 clinical trials. Discontinue TIVICAY and other suspect agents immediately if signs or symptoms of hypersensitivity reactions develop (including, but not limited to, severe rash or rash accompanied by fever, general malaise, fatigue, muscle or joint aches, blisters or peeling of the skin, oral blisters or lesions, conjunctivitis, facial edema, hepatitis, eosinophilia, angioedema, difficulty breathing). Clinical status, including liver aminotransferases, should be monitored and appropriate therapy initiated. Delay in stopping treatment with TIVICAY or other suspect agents after the onset of hypersensitivity may result in a life-threatening reaction. TIVICAY is contraindicated in patients who have experienced a previous hypersensitivity reaction to dolutegravir.

202.    Dr. Dobkin attempts to minimize dolutegravir's hypersensitivity reactions by attributing them to abacavir.[189] Dr. Dobkin notes that clinically it would not be possible to determine whether a hypersensitivity reaction was caused by abacavir or dolutegravir and, by implication, abacavir is the cause of the hypersensitivity reaction.[190] But dolutegravir caused hypersensitivity reactions in clinical trials in which it was not given with abacavir.[191] Hypersensitivity reactions were reported in the GEMINI-1 and GEMINI-2 trials, where dolutegravir was only co-dosed with lamivudine, which is not known to cause hypersensitivity reactions.[192] Moreover, a patient dosed with dolutegravir, etravirine, and darunavir/ritonavir developed a hypersensitivity reaction.[193] There was no abacavir in that regimen, either.

---

[189] Dobkin Rpt., *supra* note 160, at ¶ 228 ("Moreover, in the clinical trials of dolutegravir reporting hypersensitivity, participants who experienced hypersensitivity reactions were receiving dolutegravir plus abacavir and lamivudine. As the Triumeq® label notes, '[c]linically, it is not possible to determine whether a hypersensitivity reaction with TRIUMEQ would be caused by abacavir or dolutegravir.'").

[190] *Id.*

[191] *See Hypersensitivity Reactions Associated with Triumeq*, VIIVUS15549414, at 9415.

[192] *Id.*

[193] *Id.* at 9417.

203. ███████████████████████████████████████████

███████████████████████████████ ███████████████████

████████████████████████████.

204.     There are no known cases of hypersensitivity reactions with bictegravir. While I agree with Dr. Dobkin that nearly any drug can cause an allergic reaction in a patient, dolutegravir has a notable rate of hypersensitivity reactions, including in clinical trials without abacavir. This is different from bictegravir.

205.     Lastly, dolutegravir has been reported to have central nervous system adverse effects.[195] Though bictegravir has been on the market for a shorter period of time than dolutegravir, there have not yet been reports of bictegravir and CNS-related adverse events.

## V.      SUMMARY

206.     Overall, my opinions are that bictegravir and dolutegravir are substantially different in their dissociation half-life, drug-drug interactions, pharmacokinetic profiles, forgiveness, and *in vitro* resistance profile.

## VI.     RESERVATION OF RIGHTS

207.     In addition to the reservation of rights above, I reserve the right to address and rely on any articles, publications, and data relating to the topics discussed in this report that are published up to and including trial.

---

[194] ███████████████████████████████████████████

[195] C. Hoffman et al., *Higher rates of neuropsychiatric adverse events leading to dolutegravir discontinuation in women and older patients*, 18 HIV Med. 56, 56 (2017) ("the rate of discontinuation of dolutegravir because of neuropsychiatric adverse events was significantly higher than for other INSTIs").

January 9, 2020

_DRichman_

Douglas D. Richman, M.D.

# Exhibit A

January 10, 2020

**CURRICULUM VITAE**

**DOUGLAS D. RICHMAN**

| | |
|---|---|
| **Work Address:** | VA San Diego Healthcare System and |
| | University of California San Diego |
| | Departments of Pathology & Medicine, 0679 |
| | 9500 Gilman Drive |
| | La Jolla, CA 92093-0679 |
| **Telephone:** | (858) 552-7439 |
| **Fax:** | (858) 552-7445 |
| **E-mail:** | drichman@ucsd.edu |
| **Website:** | http://pathology.ucsd.edu/faculty/richman.htm |
| **Home Address:** | 9551 La Jolla Farms Road |
| | La Jolla, California 92037 |
| **Birth Date:** | February 15, 1943 |
| **Birthplace:** | New York, New York |

**Family:**   Married: June 21, 1965

Wife:   Eva Acquino Richman

Children:   Sara, born December 12, 1971
Matthew, born May 22, 1977

Grandchild:   Isabella Louise Carr, born June 18, 2007

**Education and Positions:**

Dartmouth College
A.B. - 1965

Stanford University
M.D. - 1970

1965 - 1970   Part-time research with Dr. Thomas C. Merigan
Division of Infectious Diseases
Department of Medicine
Stanford University

1970 - 1971   Intern in Medicine
Stanford University Hospitals

1971 - 1972   Resident in Medicine
Stanford University Hospitals

1

| 1972 - 1975 | Research Associate<br>Laboratory of Infectious Diseases<br>(Dr. Robert M. Chanock, Chief)<br>National Institute of Allergy and Infectious Diseases<br>National Institutes of Health |
| --- | --- |
| 1975 - 1976 | Clinical Fellow<br>Division of Infectious Diseases<br>Beth Israel Hospital and Children's Hospital Medical Center<br>Harvard Medical School<br>Boston, Massachusetts |
| 1976 - 1982 | Assistant Professor of Pathology and Medicine (Infectious Diseases)<br>University of California San Diego School of Medicine |
| 1976 - | Staff Physician<br>Veterans Affairs San Diego Healthcare System |
| 1976 - 2006 | Chief, Clinical Virology Section, Laboratory Service<br>Veterans Affairs San Diego Healthcare System |
| 1982 - 1988 | Associate Professor of Pathology and Medicine (Infectious Diseases)<br>University of California San Diego School of Medicine |
| 1988 - 2009 | Professor of Pathology and Medicine (Infectious Diseases)<br>University of California San Diego School of Medicine<br><br>Director, Research Center for AIDS and HIV Infection of the VA San Diego Healthcare System |
| 1994 - | San Diego Center for AIDS Research; Co-Director (1994-2000), Director (2000-2018), Co-Director (2018- ) |
| 1996 - | UCSD HIV Institute (previously named UCSD AIDS Research Institute)<br>Co-director (1996-2000), Director (2000 - ) |
| 2004 - 2019 | Florence Seeley Riford Chair for Acquired Immune Deficiency Syndrome Research |
| 2009 - 2019 | Distinguished Professor of Pathology and Medicine (Infectious Diseases)<br>University of California San Diego School of Medicine |
| 2019- | Distinguished Professor Emeritus (Active) of Pathology and Medicine (Infectious Diseases), University of California San Diego School of Medicine |

**Military Service:**   Lt. Cmdr/Surgeon, 1972-1975,
United States Public Health Service (#34991)
Honorable Discharge, July 3, 1975

**Certification:**     Licensed, California State Board of Medical Examiners (G-21088), 1971
Diplomate, National Board of Medical Examiners (#113044), 1972
Diplomate, American Board of Internal Medicine (#43457), 1973
Diplomate, Subspecialty of Infectious Disease (#043457), 1976

**Honors:**     A.B. (cum laude) Dartmouth College, 1965

Alpha Omega Alpha, 1970

Lowell Rantz Award in Infectious Diseases, 1970

AMA Physicians Recognition Award, 1976, 1979, 1982, 1985, 1988

John Simon Guggenheim Fellowship, 1984

Visiting Fellowship, Clare Hall, University of Cambridge, 1984-1985

Visiting Professor; Hubei Medical College, Wuhan, Peoples Republic of China, Oct., 1987

Visiting Professor; Tokyo Medical and Dental University, Kumamoto University School of Medicine, Institute for Virus Research at Kyoto University, St. Marianna University (Tokyo), Institute for Medical Research at Tokyo University, Fukushima Prefecture Medical School, Japan, Nov., 1990

The Donald P. Shiley Visiting Lectureship, Scripps Clinic and Research Foundation, March, 1991.

Howard M. Temin Award for Clinical Science for Scientific Excellence in the Fight Against HIV/AIDS, 1993

The Howard Gilman Foundation Honors Program Lecture, New York University, February 28, 1994

NIH MERIT Award, 1994

UCSD School of Medicine Distinguished Faculty Lectureship, 1994

Visiting Professor, Academisch Ziekenhuis Utrecht, University of Utrecht, 8-10 May,1996

ARA Endowed Chair for AIDS Research Visiting Professor, Academic Medical Center, University of Amsterdam, 13-15 May, 1996

Pfizer Visiting Professor, University of Rochester, 2-4 October, 1996

Honorary Medical Advisory Board, Ryan White Foundation, 1997 – 1998

Jay Sanford Visiting Professor, University of Texas Southwestern Medical School, Dallas, Tx 6-8 January 1999

Pfizer Visiting Professor, Mt. Sinai School of Medicine, 26-27 April, 1999

John T. Carey Memorial Visiting Professor, Case Western Reserve School of Medicine, 5-6 May, 1999

Gertrude Elion Distinguished Lectureship, Conference on Drug Development for Antiretroviral Therapies, San Juan P.R., 18 Dec 2000

3

ISI Most Highly Cited Researchers, 2000-

Steve Chase Humanitarian Award for Science and Medicine, Desert AIDS Project, 10 February 2001

Institute for Scientific Information Highly Cited Researcher, 2001, 2002

Best Doctor listing, Infectious Disease, annually since 2001

Gordon Meiklejohn Visiting Professor, Univ of Colorado, 7-8 March 2001

UCSD Health Sciences Award of Excellence in Research, 2002

Dept of Veterans Affairs William S. Middleton Award, 2002

Pan American Society for Clinical Virology: Clinical Virology Award, 2004

Bernard Fields Memorial Lectureship, Conference on Retroviruses and Opportunistic Infections 3 February 2008

Thomas C. Merigan Visiting Lectureship, Stanford University, 30 September 2008

Docteur en Medecin, Honoris Causa, University of Lausanne, 2010

Hayden-Farr Lectureship in Epidemiology and Virology University of Virginia, Charlottesville April 9, 2013

European Journal of Clinical Investigation, cited in List of Highly Influential Biomedical Researchers, 1996-2011, Volume 43, Issue 12, pages 1339-1365, October 2013

Visiting Professor, Department of Medicine, Northwestern University, October 20-21, 2014

Gerald Medoff Visiting Professorship in Infectious Diseases, Washington University School of Medicine, St. Louis, MO, October 30-31, 2014

Dr. A. Brad Tuax Award, 2015

Gertrude Elion Award Lectureship, International Society for Antiviral Research, La Jolla, California, 18 April 2016

Annual Award from the Fundación Lucha contra el Sida (Foundation for the Fight against AIDS), Madrid, Spain, 22 November 2016


**Patents**

E Raz, HJ Cho, DD Richman, AA Horner
"Methods for Increasing A Cytotoxic T Lymphocyte Reponse in Vivo"
US Patent No. 6,534,062 B2, March 2003

A Rosowsky, KY Hostetler, JR Beadle, GD Kini, DD Richman
"Antiviral Compounds and Methods of Administration"
US Patent No. 6,686,462B 2, February 2004

D Richman, MT Wrin, S Little, CJ Petropoulos, NT Parkin, J Whitcomb, W Huang
"Method of Evaluating a Patient Antibody Response to Envelope Proteins of a Virus"

US Patent No. 7,247,439, July 2007

D Richman, MT Wrin, S Little, CJ Petropoulos, NT Parkin, J Whitcomb, W Huang
"Methods for Determining the Presence of Antibodies Blocking Viral Infection"
US Patent No. 9,175,355 B2, November 2015

**Societies:**
Fellow, American Academy of Microbiology
Fellow, American Association for the Advancement of Science
Fellow, American College of Physicians
Fellow, Infectious Diseases Society of America
American Association of Physicians
American Clinical and Climatological Association (retired)
American Federation for Clinical Research
American Society for Microbiology
American Society for Virology
International AIDS Society
International Society for Antiviral Research
Western Association of Physicians
VA Society for Physicians in Infectious Diseases

**Editorial Boards:**
*AIDS,* 1990 – 1993, 2007-2013
*AIDS Alert,* 1990 -2009
*Antimicrobial Agents and Chemotherapy,* 1987 - 2002
*Antiviral Research,* 1988 - 2000
*Antiviral Chemistry and Chemotherapy,* 1994 - 2012
*Diagnostic Microbiology and Infectious Diseases,* 1982 - 1997
*Drug Resistance Updates,* 1998 - 2010
*Infectious Agents and Disease,* 1991 - 1996
*International Antiviral News,* 1992 - 2002
JAMA HIV/AIDS Information Center Website, 1997 - 2001
*Journal of Virology,* 1994 - 2003
*Journal of Human Virology,* 1997 - 2002
*Journal of Acquired Immunodeficiency Syndromes,* 1988 -
*Journal of Clinical Investigation,* Consulting Editor, 1991 - 1998
*Reviews in Medical Virology,* 1990 -
*Virology,* 2005 –
*Future Virology,* 2005 –
*The Open Virology Journal, 2007-*
*The Open AIDS Journal, 2007-2017*
*Current Opinion in HIV and AIDS, 2005-*
*Invited Editor: PNAS, 2012, 2013*
*Journal of Virus Eradication 2014-*
*Associate Editor, Pathogens and Immunity, 2016-*

**Editor-in-Chief:**
*Antiviral Therapy* 1996-

*Improving the Management of HIV Disease* 1994 - 1999; name change to *Topics in HIV Medicine,* 2000 - 2011; name change to *Topics in Antiviral Medicine,* 2011-
Publication of the International AIDS Society - USA

## Outside Committee Service:

1984-1989          Member, University of California President's Cancer Research Coordinating Committee

| | |
|---|---|
| 1986-1989 | Consultant, FDA Center for Drugs and Biologics |
| 1987-1990 | Member, NIH AIDS Research Review Committee |
| 1987-1990 | Publications Committee, Infectious Disease Society of America |
| 1987-1992 | Councillor, Pan American Group for Rapid Viral Diagnosis |
| 1987-1995 | Member, Primary Infection Core Committee, NIAID AIDS Clinical Treatment Groups |
| 1990-1998 | Veterans Affairs Ad Hoc Therapeutic Advisory Committee of the AIDS Program Office |
| 1987-1990 | Vice-Chair, Primary Infection Committee, NIAID AIDS Clinical Treatment Group |
| 1991-1993 | Chair, Primary Infection Committee, NIAID AIDS Clinical Treatment Group |
| 1990-2006 | Advisory Panel on Infectious Diseases Therapy, United States Pharmacopeial Convention |
| 1991-1994 | Member, AIDS Clinical Drug Development Committee, National Institute of Allergy and Infectious Diseases |
| 1991-1995 | Member and Chair (1994-5), Steering Committee on Research and Drug Development, Global Programme on AIDS, World Health Organization |
| 1991-1998 | Advisory Board, International AIDS Society |
| 1992-1995 | Member, Viral Resistance Working Group AIDS Clinical Trials Group, NIAID |
| 1992-1996 | Member, Virology Core Committee, AIDS Clinical Trials Group, NIAID |
| 1993-1995 | Co-Chair Combination Therapy Working Group AIDS Clinical Trials Group, NIAID |
| 1992-1993 | Co-Chair, Track B (Clinical Sciences) IX[th] International Conference on AIDS |
| 1992-2002 | Member, External Advisory Committee, University of Alabama Birmingham, Center for AIDS Research |
| 1992- | Vice President, Board of Directors, International AIDS Society-USA |
| 1993-1996 | Member, Herpes Simplex Encephalitis Subcommittee, NIAID Collaborative Antiviral Study Group |
| 1993-1996 | State of California AIDS Drug Assistance Program Advisory Committee |
| 1993- | Program Committee, National Conferences on Human Retroviruses and Related Infections, Member Program Committee (1993-1993, Vice-Chair); Chair (1996-1999), |
| 1994-1997 | Member, Gene Therapy Core Committee, NIAID AIDS Clinical Treatment Group |

| 1994-2000 | Member, External Advisory Committee, Center for AIDS Research, University of California San Francisco |
| 1994-1996 | Member, Scientific Advisory Board, University of Colorado National Cooperative Drug Development Group for HIV |
| 1994-1996 | Member, Resistance Genotype Committee, NIAID AIDS Clinical Trials Group |
| 1995-1996 | Chair, Steering Committee on Research and Drug Development, Global Programme on AIDS, World Health Organization |
| 1995-1999 | Member, HIV/Virology Research Agenda Committee, NIAID AIDS Clinical Treatment Group |
| 1995-1996 | Member, Resistance Subcommittee, International Virology Committee, NIAID AIDS Clinical Trials Group |
| 1995-1996 | Member, Area Review Panel on Clinical Trials, Office of AIDS Research, National Institutes of Health |
| 1996-2000 | Member, National Cancer Institute AIDS Malignancies Working Group |
| 1996-2005 | Member, Virology Committee, AIDS Clinical Trials Group |
| 1996-2003 | Scientific Advisory Board, Aaron Diamond AIDS Research Center |
| 1997- | Organizing Committee, Annual Meeting HIV Drug Resistance and Treatment Strategies |
| 1997-2000 | Member, Executive Committee, NIAID Adult AIDS Clinical Trials Group |
| 1997-2004 | Member, AIDS Vaccine Research Committee of the National Institutes of Health |
| 1997- | Board of Directors, Foundation for Human Retrovirology |
| 1998-2001 | Member, Executive Committee on HIV for Veterans Affairs Quality Enhancement Research Initiative (VA QUERI) |
| 1998- 2012 | Advisory Board, Elisabeth Glaser Scientist Award of the Pediatric AIDS Foundation |
| 1998 | Co-Chair, Keystone Symposium on Molecular Approaches to Human Viral Vaccines |
| 1998-2000 | Chair, HIV Drug Resistance Collaborative Group (Academic Investigators, Industry, FDA) |
| 1999-2005 | Review Panel, Cancer Research Fund of the Damon Runyon-Walter Winchell Foundation |
| 1999-2003 | Scientific Committee, SHARE: The International AIDS Society Educational Program on |

HIV Clinical Program on HIV Clinical Care and Prevention

| | |
|---|---|
| 2001-2006 | VA QUERI-HIV Steering Committee |
| 2002- 2013 | Scientific Advisory Board, Vaccine Research Center (NIAID/NIH) |
| 2002-2007 | Chair, Pathogenesis Working Group, Acute Infection and Early Disease Research Program |
| 2003-2004 | Co-Chair, Dept of Veterans Affairs Blue Ribbon Committee on Laboratory Science |
| 2003- 2013 | Scientific Advisory Committee, New England Regional Primate Center |
| 2004 | HIV Vaccine Enterprise Vaccine Discovery Working Group |
| 2004- | Executive Scientific Advisory Panel of the AIDS Research Institute irsi Caixa, Barcelona, Spain |
| 2004-2007 | External Advisory Committee, North-Central California Center for AIDS Research |
| 2004 | Institute of Medicine Committee on Antiviral Drug Use in Resource Constrained Settings |
| 2004-2007 | Vice-chair (2004-2005) and Chair (2005-), Executive Committee, NIH/NIAID Acute Infection and Early Disease Research Program |
| 2004- 2013 | External Advisory Committee, Case Western Reserve University Center for AIDS Research |
| 2005-2008 | Executive Committee, NIH Centers for AIDS Research, Directors |
| 2005-2009 | Scientific Advisory Board, International AIDS Vaccine Initiative |
| 2007- 2012 | Scientific Advisory Board, Gates Vaccine Harvard Discovery T-Cell Consortium |
| 2009- 2013 | Institute of Medicine and National Academy of Science's Committee on Planning the Assessment/Evaluation of HIV/AIDS Programs Implemented Under the U.S. Global Leadership Against HIV/AIDS, Tuberculosis and Malaria Reauthorization Act of 2008 |
| 2010- 2018 | Scientific Advisory Board, UCSD Translational Methamphetamine AIDS Research Center (TMAR) |
| 2011- 2014 | American Assoiation for the Advancement of Science Electorate Nominating Committee of the Section of Medical Sciences |
| 2011- 2014 | Scientific Advisory Board, University of Minnesota Reservoir PO1 |
| 2011 | National Cancer Institute Board of Scientific Counselors for Basic Sciences |
| 2012-  2017 | Executive Committee for NIH Martin Delaney Collaboratory of AIDS Researchers for |

Eradication (CARE)

| | |
|---|---|
| 2012- | Scientific Advisory Committee, NIGMS Structural Biology of AIDS Center, the HIV Interaction and Viral Evolution Center; Art Olson PhD, the Scripps Research Institute, PI |
| 2013- 2016 | City of Hope California Institute for Regenerative Medicine (CIRM) Disease Team External Advisory Board |
| 2014- | Scientific Advisory Board, HIV Immunotherapeutics Institute |
| 2014- 2018 | Scientific Advisory Committee, Advancing Broad Spectrum Host-Targeting Antiviral Strategies to the Clinic, Stanford Center of Excellence for Translationsal Research |
| 2014-2017 | Scientific Advisory Board, HIV Vaccine Research and Design (HIVRAD) Program, The Scripps Research Institute and IAVI Neutralizing Antibody Center at TSRI |
| 2015- | Scientific Advisory Board, Evaluation of an Intensified Treatment Monitoring Strategy to Prevent Accumulation and Spread of HIV-1 Drug Resistance in Low- and Middle-Income Countries; The University of Utrecht ITREMA Project |
| 2016- | Center for AIDS Research Executive Committee |
| 2016- 2019 | Scientific Leadership Group, Human Vaccine Project |
| 2016- | Board of Directors, Human Vaccine Project |

## BIBLIOGRAPHY

1. Richman DD, Wong KT, Robinson WS, Merigan TC. Effect of Interferon on the Replication of Sendai Virus. J Gen Virol 9: 141-150, 1970.

2. Richman DD, Zamvil L, Remington JS. Recurrent Pneumocystis Carinii Pneumonia in a Child with Hypogammaglobulinemia. Am J Dis Child 125:102-103, 1973.

3. Richman DD, Murphy BR, Tierney EL, Chanock RM. Specificity of the Local Secretory Antibody to Influenza a Virus Infection. J Immunol 113: 1654-1656,1974.

4. Chanock RM, Richman DD, Murphy BR, Spring SB, Schnitzer TS, Richardson LS. Current Approaches to Viral Immunoprophylaxis. In: Viral Immunology and Immunopathology. Edited by AL Notkins, New York, Academic Press; pp. 291-316, 1975.

5. Murphy BR, Richman DD, Chalhub EG, Uhlendorf CP, Baron S, Chanock RM. Failure of Attenuated Temperature Sensitive Influenza a (H3N2) Virus to Induce Heterologous Interference in Human to Parainfluenza Type 1 Virus. Infect Immun 12: 62-68, 1975.

6. Murphy BR, Spring SB, Richman DD, Tierney EL, Kasel JR, Chanock RM. Temperature Sensitive Mutants of Influenza Virus. VII. Transfer of the Ts-1 [E] Esions to a Wild Type of Influenza a Virus with the HON1 Surface Antigens. Virology 66: 533-541, 1975.

7. Richman DD, Murphy BR, Cline WL, Alling DW. Determination of Influenza Virus Neuraminidase Inhibition Titers. Bull WHO 52: 233-234, 1975.

8. Richman DD, Murphy BR, Spring SB, Coleman MT, Chanock RM. Temperature Sensitive Mutants of Influenza Virus. IX. Genetic and Biological Characterization of Ts-1 [E] Lesions When Transferred to a 1972 (H3N2) Influenza a Virus. Virology 66:551-562, 1975.

9. Spring SB, Nusinoff S, Mills J, Richman DD, Tierney EL, Murphy BR, Chanock RM. Temperature Sensitive Mutants of Influenza Virus. VI. Transfer of Ts Lesions From the Asian Subtype of Influenza a Virus (H2N2) to the Hong Kong Subtype (H3N2). Virology 66: 522-532, 1975.

10. Spring SB, Nusinoff S, Tierney EL, Richman DD, Murphy BR, Chanock RM. Temperature Sensitive Mutants of Influenza Virus. VIII. Genetic and Biological Characterization of Ts Mutants of Influenza a Virus (H3N2) and Their Assignment to Complementation Groups. Virology 66: 542-550, 1975.

11. Hall WJ, Douglas RG, Zaky DA, Hyde RW, Richman DD, Murphy BR. Attenuated Influenza Virus in Normal Adults. Role of Pulmonary Function Studies in Vaccine Trials. J Infect Dis 133: 145-151, 1976.

12. Kim HW, Arrobio JO, Brandt CD, Parrott RH, Murphy BR, Richman DD, Chanock RM. Temperature Sensitive Mutants of Influenza a Virus. X. Response of Children to the Influenza A/Hong Kong/68-Ts-1 [E] (H3N2) and A/Udorn/72-Ts-1 [E] (H3N2) Candidate Vaccine Viruses and Significance of Immunity to Neuraminidase Antigen. Pediatr Res 10: 238-242, 1976.

13. Murphy BR, Richman DD, Spring SB, Chanock RM. The Use of Temperature Sensitive Mutants of Influenza a Virus As Live Virus Vaccine Strains. Postgrad Med J 52: 381-388, 1976.

14.   Richman DD, Murphy BR, Baron S, Uhlendorf C. Three Strains of Influenza a Virus (H3N2): Interferon Sensitivity In Vitro and Interferon Production in Volunteers. J Clin Microbiol 3: 223-226, 1976.

15.   Richman DD, Murphy BR, Chanock RM, Gwaltney JM, Douglas RG, Betts RF, Blacklow NR, Rose RB, Parrino TA, Levine MM, and Caplan ES. Temperature Sensitive Mutants of Influenza a Virus. XII. Safety, Antigenicity, Transmissibility and Efficacy of Influenza A/Udorn/72-Ts-1 [E] Recombinant Temperature Sensitive Viruses in Adults. J Infect Dis 134: 585-593, 1976.

16.   Dolin R, Richman DD, Murphy BR, Fauci AS. Cell-Mediated Immune Responses in Humans After Induced Infection with Influenza a Virus. J Infect Dis 135: 714-719,1977.

17.   Richman DD, Breton SJ, Goldmann DA. Scarlet Fever and Group a Streptococcal Surgical Wound Infection Traced to an Anal Carrier. J Pediatr 90: 387-390, 1977.

18.   Richman DD, Murphy BR, Belshe RB, Rusten HM, Chanock RM, Blacklow NR, Parrino TA, Rose FB, Levine MM, Caplan E. Temperature Sensitive Mutants of Influenza a Virus. XIV. Production and Evaluation of Influenza A/Georgia/74-Ts-1 [E] Recombinant Viruses in Human Adults. J Infect Dis 136: 256-262, 1977.

19.   Richman DD, Murphy BR, Chanock RM. Demonstration of a Non-Temperature-Sensitive Growth-Restricting Mutation in a Ts Mutant of Influenza a Virus: Implications for Live Virus Vaccine Development. Virology 83:356-364, 1977.

20.   Chanock RM, Murphy BR, Spring SB, Richman DD. Live Virus Vaccines for Use in Humans: Strategies and Problems. In: Microbiology-1977 Edited by D. Schlessinger, American Society for Microbiology, pp. 512-520, 1977.

21.   Richman DD, Oxman MN. Antiviral Agents. In: Seminars in Infectious Diseases. Edited by L Weinstein, BN Fields, New York, Stratton Intercontinental Medical Board Corporation; pp. 200-255, 1978.

22.   Catalano MA, Carson DA, Slovin SF, Richman DD, Vaughan JH. Antibodies to Epstein-Barr Virus-Determined Antigens in Normal Subjects and in Patients with Seropositive Rheumatoid Arthritis. Proc Natl Acad Sci USA 76: 5825-5828, 1979.

23.   George WL, Volpicelli NA, Stiner DB, Richman DD, Liechty EJ, Mok HY, Rolfe RD, Finegold SM. Relapse of Pseudomembranous Colitis after Vancomycin Therapy. New England Journal of Medicine 301(8):414-5, 1979. Epub 1979/08/23. doi: 10.1056/nejm197908233010806. PubMed PMID: 460343.

24.   Richman DD, Murphy BR. The Association of the Temperature Sensitive Phenotype and Viral Attenuation in Animals and Humans. Implications for development and use of live virus vaccines. Rev Infect Dis 1:413-433, 1979.

25.   Richman DD. The Use of Temperature Sensitive Mutants for Live, Attenuated Influenza Vaccines. (editorial) New Engl J Med 300:137-138, 1979

26.   Cleveland PH, Richman DD, Oxman MN, Wickham MG, Binder PS, Worthen DM. Immobilization of Viral Antigens on Filter Paper for [125I] Staphylococcal Protein a Immunoassay: A Rapid and

Sensitive Technique for the Detection of Herpes Simplex Virus Antigens and Viral Antibodies. J Immunol Methods 29: 369-386, 1979.

27.  Brautigam AR, Richman DD, Oxman MN. Rapid Typing of Herpes Simplex Virus Isolates by Deoxyribonucleic Acid: Deoxyribonucleic Acid Hybridization. J Clin Microbiol 12: 226-234, 1980.

28.  Petru MA, Richman DD. Arizona Hinshawii Infection of an Atherosclerotic Abdominal Aorta. Arch Int Med 141: 537-538, 1981.

29.  Redfield D, Richman DD, Oxman MN, Kronenberg L. Psoralen Inactivation of Influenza and Herpes Simplex Viruses and of Virus-Infected Cells. Infect and Immun 32: 1216-1226, 1981.

30.  Richman DD, Cleveland PH, Oxman MN, Zaia JA. A Rapid Radioimmunoassay Using 125I-Labeled Staphylococcal Protein A for Antibody to Varicella-Zoster Virus. J Infect Dis 143:693-699, 1981.

31.  Richman DD, Yazaki P, Hostetler KY. The Intracellular Distribution and Antiviral Activity of Amantadine. Virology 112: 81-90, 1981.

32.  Richman DD. Orthomyxoviruses and Paramyxoviruses. In: International Textbook of Medicine, (Vol. II), Medical Microbiology and Infectious Diseases, Edited by AI Braude, Philadelphia, WB Saunders Co.; Chapter 59, 569-584, 1981

33.  Richman DD. Tuberculoma of the Brain. In: International Textbook of Medicine, (Vol. II), Medical Microbiology and Infectious Diseases, Edited by AI Braude, Philadelphia, WB Saunders Co, Chapter 154, 1246-1247, 1981

34.  Richman DD. Viral Respiratory Infections. In: Current Therapy 1981, Edited by HF Conn, WB Sanders Co, Chapter 153, 1981

35.  Whitley RJ and NIAID Collaborative Antiviral Study Group. Herpes Simplex Encephalitis. Vidarabine Therapy and Diagnostic Problems. New Engl J Med 304:313-318, 1981.

36.  Hostetler KY, Richman DD. Studies on the Mechanism of Phospholipid Storage Induced by Amantadine and Chloroquine in Madin Darby Canine Kidney Cells. Biochem Pharmacol 31: 3795-3799, 1982.

37.  Nahmias AJ, et al and NIAID Collaborative Antiviral Study Group. Herpes Simplex Encephalitis: Laboratory Evaluations and Their Diagnostic Significance. J Infect Dis 145: 829-836, 1982.

38.  Reichman RC, Ginsberg M, Barrett-Connor E, Wyborny C, Connor JD, Redfield DC, Savoia MC, Richman DD, Oxman MN, Dandliker PS, Badger GJ, Ashikaga T, Dolin R. A Controlled Trial of Oral Acyclovir in the Therapy of Recurrent Herpes Simplex Genitalis: A Preliminary Report. Amer J Med 73 (Supplement): 338-341, 1982.

39.  Richman DD, Cleveland PH, Oxman MN, Johnson KM. The Binding of Staphylococcal Protein a by the Sera of Different Animal Species. J Immunol 128: 2300-2305, 1982.

40.  Richman DD, Cleveland PH, Oxman MN. A Rapid Enzyme Immunofiltration Technique Using Monoclonal Antibodies to Serotype Herpes Simplex Virus. J Med Virol 9: 299-305, 1982.

41.  Whitley RJ, et al and NIAID Collaborative Antiviral Study Group. Vidarabine Therapy of Varicella in Immunosuppressed Patients. J Pediatr 101: 125-131, 1982.

42.     Whitley RJ, et al and NIAID Collaborative Antiviral Study Group. Early Vidarabine Therapy to Control the Complications of Herpes Zoster in Immunosuppressed Patients. New Engl J Med 307: 971-976, 1982.

43.     Whitley RJ, et al and NIAID Collaborative Antiviral Study Group. Herpes Simplex Virus Encephalitis: Clinical Assessment. JAMA 247: 317-320, 1982.

44.     Cleveland PH, Richman DD, Redfield DC, Disharoon DR, Binder PS, Oxman MN. An Enzyme Immunofiltration Technique for Rapid Diagnosis of Herpes Simplex Virus Eye Infections in a Rabbit Model. J Clin Microbiol 16: 676-685, 1982.

45.     Oxman MN, Richman DD, and Spector S. Management at Delivery of Mother and Infant When Herpes Simplex, Varicella-Zoster, Hepatitis or Tuberculosis Have Occurred During Pregnancy. In: Current Clinical Topics in Infectious Diseases, Volume 4, Edited by JS Remington and MN Swartz, McGraw-Hill, Boston, 1983

46.     Redfield DC, Richman DD, Albanil S, Oxman MN, Wahl GM. Detection of Herpes Simplex Virus in Clinical Specimens by DNA Hybridization. Diagn Microbiol and Infect Dis 1: 117-128, 1983.

47.     Richman DD, Cleveland PH, McCormick JB, Johnson KM. Antigenic Analysis of Strains of Ebola Virus: Identification of Two Ebola Serotypes. J Infect Dis 147: 268-271, 1983.

48.     Richman DD. The Use of Staphylococcal Protein A in Diagnostic Virology. Current Topics in Microbiol Immunol 104: 159-176, 1983

49.     Whitley RJ and the NIAID Collaborative Antiviral Study Group. Interim Summary of Mortality in Herpes Simplex Encephalitis and Neonatal Herpes Simplex Virus Infections: Vidarabine Versus Acyclovir. J Antimicrobial Chemotherapy 12 (Suppl B): 105-112, 1983.

50.     Mertz GJ, Critchlow CW, Benedetti J, Reichman R, Dolin R, Connor J, Redfield DC, Savoia MC, Richman DD, Tyrell DL, Mimedzinski L, Portnoy J, Keeney RE, Corey L. Double Blind Placebo-Controlled Trial of Oral Acyclovir in First Episode Genital Herpes Simplex Virus Infection. JAMA 232: 1147-1151, 1984.

51.     Reichman RC, Badger GJ, Mertz CJ, Corey L, Richman DD, Connor JD, Redfield D, Savoia MC, Oxman MN, Bryson Y, Tyrell L, Portnoy J, Creagh-Kirk T, Keeney RE, Ashikaga T, Dolin R. Treatment of Recurrent Genital Herpes Simplex Infections with Oral Acyclovir: A Controlled Trial. JAMA 251: 2103-2107, 1984.

52.     Richman DD, Redfield DC, Cleveland PH, Oxman MN, Wahl GM. Rapid Viral Diagnosis. J Infect Dis 149: 298-310, 1984.

53.     Richman DD, Schmidt N, Plotkin S, Yolken R, Chernesky M, McIntosh K and Mattheis M. Summary of a Workshop on New and Useful Methods in Rapid Viral Diagnosis. J Infect Dis 150: 941-951, 1984.

54.     Richman DD. Viral Respiratory Infections. In: Emergency Medical Therapy - 1984, Edited by RF Edlich and DA Spyker, Appleton-Century-Crofts, pp. 869-872, 1984.

55.     Harris JP, Woolf NK, Ryan AF, Butler DM, Richman DD. Immunologic and Electrophysiologic Response to Cytomegalovirus Inner Ear Infection in the Guinea Pig. J Infect Dis 150: 523-530, 1985.

56.     Richman DD, Cleveland PH, Wopschall LJ. Immunoenzymatic Staining of Viral and Chlamydial Antigens in Cell Culture. Diagn Microbiol Infect Dis 3: 353-358, 1985.

57.     Richman DD. Promising New Approaches for the Diagnosis and Therapy of Virus Infections. In: Microbiology - 85. Edited by L. Lieve, American Society for Microbiology, Washington, D.C., pp. 153-156, 1985

58.     Richman DD. Viral Respiratory Infections. In: Current Emergency Therapy '85, Edited by RF Edlich and DA Spyker, Aspen Publications, Rockville, MD; pp. 979-982, 1985

59.     Wahl GM, Albanil S, Ignacio K, Richman DD. Nucleic Acid Hybridization: A Powerful Technology Useful for Medical Diagnosis. In: Medical Virology IV, edited by L.M. de la Maza and E.M. Peterson, L. Erlbaum Assoc., Hillsdale, N.J.; 37-64, 1985.

60.     Woolf NK, Harris JP, Ryan AF, Butler DM, Richman DD. Hearing Loss in Experimental Cytomegalovirus Infection of the Guinea Pig Inner Ear: Prevention by Systemic Immunity. Ann. Otology, Rhinology and Laryngology 94: 350-356, 1985.

61.     Cueva RA, Davidson TM, Richman DD. Pasteurella Infections of the Head and Neck. Arch Otolaryngology 112:207-209, 1986.

62.     Richman DD, Buckmaster A, Bell S, Hodgman C, Minson AC. Identification of a New Glycoprotein of Herpes Simplex Virus Type 1 and Genetic Mapping of the Gene That Codes for It. J Virol 57: 647-655, 1986.

63.     Richman DD, Hostetler KY, Yazaki PJ, Clark S. Fate of Influenza a Virion Proteins After Entry Into Subcellular Fractions of LLC Cells and the Effect of Amantadine. Virology 151: 200-210, 1986.

64.     Richman DD, Wahl GM. Nucleic acid probes to detect viral diseases. In: Concepts in Viral Pathogenesis, II. Edited by AL Notkins and MBA Oldstone, Springer-Verlag, New York; 301-309, 1986.

65.     Richman DD. Nucleic Acid Hybridization. In: Clinical Virology Manual, Edited by S. Specter and G.J. Lancz, New York, Elsevier Science Publishing Co.; 251-260, 1986

66.     Richman DD. Paramyxoviruses. In: International Textbook of Medicine (Vol. II), Medical Microbiology and Infectious Diseases, 2nd ed., Edited by A. Braude, Philadelphia, WB Saunders Co, 514-521, 1986

67.     Richman DD. Use of Viral Probes for Diagnosis of HSV Infections. In: Human Herpesvirus Infections, edited by C. Lopez and B. Roizman, New York, Raven Press; 221-226, 1986

68.     Richman DD. Viral Respiratory Infections. In: Current Emergency Therapy, Third Edition, Edited by RF Edlich and D Spyker, Aspen Publications, Rockville, MD; 525-528, 1986

69.     Richman DD. Tuberculoma of the brain. In: International Textbook of Medicine (vol. II), Medical Microbiology and Infectious Diseases, 2nd ed., Edited by A. Braude, Philadelphia, WB Saunders Co; 1070-1072, 1986

70.     Richman DD. Infectious Disease Problems in Cosmetic Surgery. In: Problems in Aesthetic Surgery: Biological Causes and Clinical Solutions. Edited by R. Rudolph, C.V. Mosby, St. Louis; 181-188, 1986.

71.    Richman DD. Orthomyxoviruses. In: International Textbook of Medicine (Vol. II), Medical Microbiology and Infectious Diseases, 2nd ed., Edited by A. Braude, Philadelphia, WB Saunders Co; 507-514, 1986.

72.    Whitley RJ, et al and NIAID Collaborative Antiviral Study Group. Vidarabine Versus Acyclovir Therapy in Herpes Simplex Virus Encephalitis. New Engl J Med 314:144-149, 1986.

73.    WHO Working Group. Extra-Ocular Chlamydial Infection. Bull World Health Organ 64: 481-492, 1986.

74.    Cleveland PH, Richman DD, Oxman MN, Worthen DM. A Rapid Serologic Technique for Typing Herpes Simplex Viruses. J Clin Microbiol 15: 402- 407, 1982.

75.    Fischl MA, Richman DD, Grieco MH, Gottlieb MS, Volberding PA, Laskin OL, Leedom JM, Groopman JE, Mildvan D, Schooley RT, Jackson GG, Durack DT, King D and the AZT Collaborative Working Group. The Efficacy of 3′-Azido- 3′-Deoxythymidine (Azidothymidine) in the Treatment of Patients with AIDS and AIDS-Related Complex: A Double-Blind Placebo-Controlled Trial. New Engl J Med 317: 185-191, 1987.

76.    Grant I, Atkinson JH, Hesselink JR, Kennedy CJ, Richman DD, Spector SA, McCutchan JA. Evidence for early central nervous system involvement in the acquired immunodeficiency syndrome (AIDS) and other human immunodeficiency virus (HIV) infections. Ann Int Med 107: 828-836, 1987.

77.    Laskin OL, Cederberg DM, Mills J, Eron LJ, Mildvan D, Spector SA, and the Ganciclovir Study Group. Ganciclovir for the Treatment and Suppression of Serious Infections Caused by Cytomegalovirus. Amer J Med 83: 201-207, 1987.

78.    Richman DD, Fischl MA, Grieco MH, Gottlieb MS, Volberding PA, Laskin OL, Leedom JM, Groopman JE, Mildvan D, Hirsch MS, Jackson GG, Durack DT, Nusinoff-Lehrman S, and the AZT Collaborative Working Group. The Toxicity of 3′-Azido-3′-Deoxythymidine (Azidothymidine) in the Treatment of Patients with AIDS and AIDS-Related Complex: A Double-Blind, Placebo-Controlled Trial. New Engl J Med 317: 192-197, 1987.

79.    Richman DD, Kornbluth RS, Carson DA. Failure of Dideoxynucleosides to Inhibit HIV Replication in Cultured Human Macrophages. J Exp Med 166: 1144-1149, 1987.

80.    Richman DD, McCutchan JA, Spector SA. Detecting Human Immunodeficiency Virus RNA in Peripheral Blood Mononuclear Cells by Nucleic Acid Hybridization. J Infect Dis 156: 823-827, 1987.

81.    Richman DD. Rapid Diagnosis of Infectious Diseases Using Nucleic Acid Technology, In: Contributions of Chemistry to Health, Volume 2, Proceedings of the Fifth CHEMRAWN Conference, Heidelberg, 1986. Edited by H. Machleidt, VCH Verlagsgesellshalf mbH, Weinheim; pages 33-46, 1987

82.    Richman DD. Developments in Rapid viral Dagnosis. Infectious Disease Clinics of North America 1: 311-322, 1987.

83.    Richman DD. Dideoxynucleosides Are Less Inhibitory Invitro Against HIV-2 Than HIV-1. Antimicrob Agents Chemotherapy 31: 1879-1881, 1987.

84.   Smith RS, Naso RB, Rosen J, Whalley A, Hom Y, Hoey K, Kennedy CJ, McCutchan JA, Spector SA, Richman DD. Antibody to a Synthetic Oligopeptide in Subjects at Risk for Human Immunodeficiency Virus Infection. J Clin Microbiol 25: 1498-1504, 1987.

85.   Smith RS, Viel SB, Fong SS, Westrick S, Richman DD. Simultaneous Detection of Antibody to Human Immunodeficiency Virus and Hepatitis Surface Antigen. In: Hepadna Viruses, Symposia on Molecular and Cellular Biology, New Series, Volume 70, Edited by WS Robinson, K Koike, and H Will, AR Liss, Inc., New York, 451-459, 1987.

86.   Cleveland PH, Richman DD. Enzyme Immunofiltration Staining Assay for Immediate Diagnosis of Herpes Simplex Virus and Varicella-Zoster Virus Directly From Clinical Specimens. J Clin Micro 25: 416-420, 1987.

87.   Carson DA, Haertle T, Wasson B, Richman DD. Biochemical Genetic Analysis of 2′, 3′-Dideoxyadenosine Metabolism in Human T Lymphocytes. Biochem Biophysical Res Commun 151:788-793, 1988.

88.   Atkinson JH, Grant I, Kennedy CJ, Richman DD, Spector SA, McCutchan JA. Prevalence of Psychiatric Disorders Among Men Infected with Human Immunodeficiency Virus: A Controlled Study. Arch of Gen Psychiatry 45:859-864, 1988.

89.   Firestein GS, Reifler DR, Richman DD, Gruber HE. Rapid and Reversible Modulation of T4 (CD4) on Monocytoid Cells by Phorbol Myristate Acetate: Effect on HIV Susceptibility. Cellular Immunol 113:63-69, 1988.

90.   Grant I, Atkinson JH, Hesselink JR, Kennedy CJ, Richman DD, Spector SA, McCutchan JA. Human Immunodeficiency Virus-Associated Neurobehavioral Disorder. J Royal Coll of Phys of London 22:149-157, 1988.

91.   Haertle T, Carrera CJ, McDougal JS, Sowers LC, Richman DD, Carson DA. Metabolism and Anti-HIV Activity of 2-Halo-2′, 3′-Dideoxyadenosine Derivatives. J Biol Chem 263:5870-5875, 1988.

92.   Jarvik JG, Hesselink JR, Kennedy C, Teschke R, Wiley C, Spector S, Richman DD: McCutchan JA. Acquired Immunodeficiency Syndrome: Magnetic Resonance Patterns of Brain Involvement with Pathologic Correlation. Arch Neurol 45:731-738, 1988.

93.   Kiley MP, Cox NJ, Elliott LH, Defries R, Buchmeier MJ, Richman DD, McCormick JB. Physicochemical Properties of Marburg Virus: Evidence for Three Unique Virus Strains and Their Relationship to Ebola Virus. J Gen Virol 69:1957-1967, 1988.

94.   Pauza CD, Galindo J, Richman DD. Human Immunodeficiency Virus Infection of Monoblastoid Cells: Cellular Differentiation Determines the Pattern of Virus Replication. J Virol 62:3558-3564, 1988.

95.   Richman DD, Andrews J, The AZT Collaborative Working Group. Results of Continued Monitoring of Participants in the Placebo-Controlled Trial of Zidovudine for Serious Human Immunodeficiency Virus Infection. Amer J Med 85 (suppl 2A):208-213, 1988.

96.   Richman DD, Mitsuya H, Broder S, Hostetler KY. Fusidic Acid, HIV, and Host Cell Toxicity. (Letter) Lancet i:1051-1052, 1988.

97.    Richman DD. The Treatment of HIV Infection: Azidothymidine (AZT) and Other New Antiviral Drugs. In: The Medical Management of AIDS, edited by Sande MA and Volberding PA. Philadelphia, WB Saunders Co., 1988

98.    Richman DD. The Treatment of HIV Infection: Azidothymidine (AZT) and Other New Antiviral Drugs. Infectious Disease Clinics of North America 2:397-407, 1988

99.    Richman DD. The Treatment of HIV Infection. AIDS 2 (suppl 1): S137-S142, 1988

100.   Schmitt FA, Bigley JW, McKinnis R, Logue PE, Evans RW, Drucker JL, The AZT Collaborative Working Group. Neuropsychological Outcome of Zidovudine (AZT) Treatment of Patients with AIDS and AIDS-Related Complex. N Engl J Med 319: 1573-1578, 1988.

101.   Smith RS, Viel SB, Fong SS, Parks DE, Westrick S, Richman DD. Simultaneous Detection of Antibody to the Human Immunodeficiency Virus and of the Surface Antigen of Hepatitis B Virus in Human Serum. J Infect Dis 157:812-816, 1988.

102.   Woolf NF, Ochi JW, Silva EL, Sharp PA, Harris JP, Richman DD. Impairment in T-Lymphocyte Responses During Early Infection with the Human Immunodeficiency Virus. Antimicrob Agents and Chemother 32:865-872, 1988.

103.   Bentin J, Tsoukas CD, McCutchan JA, Spector SA, Richman DD, Vaughan JH. Impairment in T-Lymphocyte Responses During Early Infection with the Human Immunodeficiency Virus. J Clin Immunol 9:159-168, 1989.

104.   Fischl MA, Richman DD, Causey DM, Grieco MH, Bryson JDY, Mildvan D, Laskin OL, Groopman JE, Volberding PA, Schooley RT, Jackson GG, Durack DT, Andrews JC, Nusinoff-Lehrman S, Barry DW, and the AZT Collaborative Working Group. Prolonged Zidovudine Therapy in Patients with AIDS and Advanced AIDS-Related Complex. JAMA 262:2405-2410, 1989.

105.   Guatelli JC, Gingeras TR, Richman DD. Nucleic Acid Amplification In Vitro: The Detection of Sequences with Low Copy Numbers and the Amplification to the Diagnosis of HIV-1 Infection. Clin Microbiol Rev 2:217-226, 1989.

106.   Heyman RA, Borrelli E, Lesley J, Anderson D, Richman DD, Baird SM, Hyman R, Evans RM. Thymidine Kinase Obliteration (TKO): Creation of Transgenic Mice with Controlled Immune-Deficiency. Proc Natl Acad Sci 86:2698-2702, 1989.

107.   Kornbluth RS, Oh PS, Munis JR, Cleveland PH, Richman DD. HIV with Reduced Sensitivity to Zidovudine (AZT) Isolated During Prolonged Therapy. J Exp Med 169:1137-1151, 1989

108.   Larder B, Darby G, Richman DD. HIV with Reduced Sensitivity to Zidovudine (AZT) Isolated During Prolonged Therapy. Science 243:1731-1734, 1989.

109.   Larsen RA, Bozzette S, McCutchan JA, Chiu J, Leal MA, Richman DD and The California Collaborative Treatment Group. Persistent Cryptococcus Neoformans Infection of the Prostate After Successful Treatment of Meningitis. Ann Int Med 111:125-128, 1989

110.   Merigan TC, Skowron G, Bozzette S, Richman DD, Uttamchandani R, Schooley R, Hirsch M, Soo W, Pettinelli C, Schaumburg H, ddC Study Group of the AIDS Clinical Trials Group. Circulating p24

Antigen Levels and Responses to Dideoxycytidine in Human Immunodeficiency Virus (HIV) Infections. Ann Int Med 110:189-194, 1989.

111. Mildvan D, Richman DD. Strategies for the Treatment of Human Immunodeficiency Virus Infection. In: Current Topics in AIDS, Volume 2, ed. M.S. Gottlieb, et al., J. Wiley & Sons, Chicester, England, pgs. 235-262, 1989.

112. Mosier DE, Gulizia RJ, Baird SM, Spector S, Spector D, Kipps TJ, Fox RI, Carson DA, Cooper N, Richman DD, Wilson DB. Studies of HIV Infection and the Development of Epstein-Barr Virus-Related B Cell Lymphomas Following Transfer of Human Lymphocytes to Mice with Severe Combined Immunodeficiency. Current Topics in Microbiol and Immunol 152, M.J. Bosma, R.A. Phillips and W. Schuler, eds. Springer-Verlag, Heidelberg, 195-199, 1989.

113. Mosier DE, Gulizia RJ, Wilson DB, Baird SM, Spector SA, Spector DH, Richman DD, Fox RI, Kipps TJ. Elements of the Human Immune System: Studies of Mature Lymphoid Cells Following Xenotransplantation to SCID Mice. In: Progress in Immunology VII. F. Melchers, et al., eds. Springer-Verlag, Berlin; 1264-1271, 1989.

114. Richman DD, Cleveland PH. Public Access to Experimental Drug Therapy: AIDS Raises Yet Another Conflict Between Freedom of the Individual and Welfare of the Individual and the Public. Edited by A. Balows, R.C. Tilton, A. Turano. Brescia, Italy, Brixia Academic Press; 360-364, 1989

115. Richman DD. Public Access to Experimental Drug Therapy: AIDS Raises Yet Another Conflict Between Freedom of the Individual and Welfare of the Individual and the Public. J Infect Dis 159:412-415, 1989

116. Schrier RD, Gnann Jr JW, Landes R, Lockshin C, Richman DD, McCutchan JA, Kennedy CJ, Oldstone MB, Nelson JA. T Cell Recognition of HIV Synthetic Peptides in a Natural Infection. J Immunol 142:1166-1176, 1989.

117. Spector SA, Kennedy C, McCutchan JA, Bozzette SA, Straube RC, Connor JD, Richman DD. The Antiviral Effect of Zidovudine and Ribavirin in Clinical Trials and the Use of p24 Antigen Levels as a Virologic Marker. J Infect Dis 159:822-828, 1989.

118. Whitley RJ, Cobbs CG, Alford CA, Jr., Soong S-J, Hirsch MS, Connor JD, Corey L, Hanley DF, Levin M, Powell DA, NIAID Collaborative Antiviral Study Group. Diseases That Mimic Herpes Simplex Encephalitis. JAMA 262:234-239, 1989.

119. Woolf NK, Koehrn FJ, Harris JP, Richman DD. Congenital Cytomegalovirus Labyrinthitis and Sensironeural Hearing Loss in Guinea Pigs. J Infect Dis 160:929-937, 1989.

120. Carson DA, Haertle T, Carrera CJ, Willis EH, Wasson DB, Richman DD. 2-Halo- 2′, 3′-Dideoxyadenosines: Metabolically Stable Dideoxynucleosides with Activity Against the Human Immunodeficiency Virus (HIV). In: Purine and Pyrimidine Metabolism in Man, vol 4, eds. Kiyonobu Mikanagi, Kusuki Nishioka and William N. Kelley, Plenum Publishing, New York, 1989.

121. Richman DD. HIV Drug Resisitance Retroviruses of Human AIDS and Related Animal Diseases "Colloque Des Cent Gardes," October, 1989, Quatrième Des Cent Gardes 4:295-298, 1989.

122. Bozzette SA, Richman DD. Salvage Therapy for Zidovudine-Intolerant HIV-Infected Patients with Alternating and Intermittent Regimens of AZT and ddC. Amer J Med 88(suppl 5B):24S-26S, 1990.

123.   Bozzette SA, Sattler FR, Chiu J, Wu AW, Gluckstein D, Kemper C, Bartok A, Niosi J, Abramson I, Coffman J, Hughlett C, Loya R, Cassens B, Akil B, Meng T-C. Boylen CT, Nielson D, Richman DD, Tilles JG, Leedom J, McCutchan JA, The California Collaborative Treatment Group. A Controlled Trial of Early Adjunctive Treatment with Corticosteroids for Pneumocystis Carinii: Pneumonia in the Acquired Immunodeficiency Syndrome. New Engl J Med 323:1451-1457, 1990.

124.   Collier AC, Bozzette S, Coombs RW, Causey DM, Schoenfeld DA, Spector SA, Pettinelli CM, Davies G, Richman DD, Leedom JM, Kidd P, Corey L. A Pilot Study of Low Dose Zidovudine in Human Immunodeficiency Virus Infection. New Engl J Med 323:1015-1021, 1990.

125.   Dankner WM, McCutchan JA, Richman DD, Hirata K, Spector SA. Localization of Human Cytomegalovirus in Peripheral Blood Leukocytes By In Situ Hybridization. J Infect Dis 161:131-136, 1990.

126.   Davis GR, Blumeyer K, DiMichele LJ, Whitfield KM, Chappelle H, Riggs N, Ghosh SS, Kao PM, Fahey E, Kwoh DY, Guatelli JC, Spector, Richman DD, Gingeras TR. Detection of HIV-1 in AIDS Patients Using Amplification-Mediated Hybridization Analyses: Reproducibility and Quantitative Limitations. J Infect Dis 162:13-20, 1990.

127.   Fischl MA, Parker CB, Pettinelli C, Wulfsohn M, Hirsch MS, Collier AC, Antoniskis D, Ho M, Richman DD, Fuchs E, Merigan TC, Reichman RC, Gold J, Steigbigel N, Leoung GS, Rasheed S, Tsiatis A, AIDS Clinical Trials Group. A Randomized Controlled Trial of a Reduced Daily Dose of Zidovudine in Patients with the Acquired Immunodeficiency Syndrome. New Engl J Med 323:1009-1014, 1990.

128.   Fischl MA, Richman DD, Hansen N, Collier AC, Carey JT, Para MF, Hardy WD, Dolin R, Powderly WG Allan JD, Wong B, Merigan TC, McAuliffe VJ, Hyslop NE, Rhame FS, Volberding P, Pettinelli C, Anderson J, AIDS Clinical Trials Group. The Safety and Efficacy of Zidovudine (AZT) in the Treatment of Subjects with Mildly Symptomatic HIV Infection: A Double-Blind Placebo-Controlled Trial. Ann Int Med 112:727-737, 1990.

129.   Gingeras TR, Richman DD, Kwoh DY, Guatelli JC. Methodologies for In Vitro Nucleic Acid Amplification and Their Applications. Vet Microbiol 24:235-251, 1990.

130.   Guatelli JC, Gingeras TR, Richman DD. Alternative Splice Acceptor Utilization During HIV-1 Infection of Cultured Cells. J Virol 64:4093-4098, 1990.

131.   Guatelli JC, Whitfield KM, Kwoh DY, Barringer KJ, Richman DD, Gingeras TR. Isothermal, In Vitro Amplification of Nucleic Acids by a Multi-Enzyme Reaction Modeled After Retroviral Replication. Proc Natl Acad Sci 87:1874-1878, 1990.

132.   Hochster H, Dieterich D, Bozzette S, Reichman RC, Connor JD, Liebes L, Sonke RL, Spector SA, Valentine F, Pettinelli C, Richman DD. Toxicity of Combined Ganciclovir (DHPG) and Zidovudine (AZT) with the Therapy of AIDS-Related CMV Disease: Results of a NIAID AIDS Clinical Trials Group Phase I Study (ACTG 004). Ann Int Med 113:111-117, 1990.

133.   Hostetler KY, Stuhmiller LM, Lenting HBM, van den Bosch H, Richman DD. Synthesis and Antiretroviral Activity of Phospholipid Analogs of Azidothymidine and Other Antiviral Nucleosides. J Biol Chem 265:6112-6117, 1990.

134. Kornbluth RS, Munis JR, Oh PS, Meylan PR, Richman DD. Characterization of a Macrophage-Tropic HIV Strain That Does Not Alter Macrophage Cytokine Production Yet Protects Macrophages From Superinfection by Vesicular Stomatitis Virus. AIDS Res Human Retroviruses. 6:1023-1026, 1990.

135. Kornbluth RS, Oh PS, Munis JR, Cleveland PH, Richman DD. The Role of Interferons in the Control of HIV Replication in Macrophages. Clin Immunol Immunopathol 54:200-219, 1990.

136. Larder BA, Chesebro B, Richman DD. Susceptibilities of Zidovudine-Susceptible and -Resistant Human Immunodeficiency Virus Isolates to Antiviral Agents Determined by Using a Quantitative Plaque Reduction Assay. Antimicrob Agents Chemotherap 34:436-441, 1990.

137. Meng TC, Fischl MA, Richman DD. ACTG 106. Phase I/II Study of ddC and AZT Combination in Patients with AIDS and Advanced ARC. Amer J Med 88(suppl 5B):27S-30S, 1990.

138. Merigan TC, Skowron G, ddC Study Group of the AIDS Clinical Trials Group of the National Institute of Allergy and Infectious Diseases. Safety and Tolerance of Dideoxycytidine as a Single Agent. Amer J Med 88(suppl 5B):11S-15S, 1990.

139. Meylan PR, Richman DD, Kornbluth, RS. Characterization and Growth in Human Macrophages of Mycobacterium Avium Complex Isolated From the Blood of Patients with AIDS. Infect Immun 58:2564-2568, 1990.

140. Munis JR, Richman DD, Kornbluth RS. HIV-1 Infection of Macrophages In Vitro Neither Induces TNF/Cachectin Gene Expression nor Alters TNF/Cachectin Induction by Lipopolysaccharide. J Clin Invest 85:591-596, 1990.

141. NIH State-Of-The-Art Conference. State-Of–Art Conference on Azidothymidine Therapy for Early HIV Infection. Amer J Med:89, 335-344, 1990.

142. O'Shea S, Cordery M, Barrett WY, Richman DD, Bradbeer C, Banatvala JE. HIV Excretion Patterns and Specific Antibody Responses in Body Fluids. J Med Virol 31:291-296, 1990.

143. Pauza CD, Galindo JE, Richman DD. Reinfection Results in Accumulation of Unintegrated Viral DNA in Cytopathic and Persistent HIV-1 Infection of CEM Cells. J Exp Med 172:1035-1042, 1990.

144. Richman DD, Grimes JM, Lagakos SW. Effect of Stage of Disease and Drug Dose on Zidovudine Susceptibilities of Isolates of Human Immunodeficiency Virus. J AIDS 3:743-746, 1990.

145. Richman DD. HIV and Other Human Retroviruses. In: Antiviral Agents and Viral Diseases of Man. 3rd Edition, eds. GJ Galasso, RJ Whitley, TC Merigan, Raven Press, New York, pp 581-647, 1990

146. Richman DD. The Clinical use of Anti-HIV Agents. In: Design of Anti-AIDS Drugs, eds. E. deClercq, vol. 14, Elsevier, Amsterdam, pp 339-367, 1990.

147. Richman DD. Therapy - HIV. In: Control Of Virus Diseases. Eds., N.J. Dimmock, P.D. Griffiths, C. R. Madeley. Cambridge University Press, Cambridge, pages 261-313, 1990.

148. Richman DD. Susceptibility to Nucleoside Analogues of Zidovudine-Resistant Isolates of Human Immunodeficiency Virus. Amer J Med 88 (suppl 5B): 85-105, 1990.

149. Richman DD. Viral Drug Resistance. Current Opinion in Infectious Diseases 3:819-823, 1990.

150.  Richman DD. Zidovudine Resistance of Human Immunodeficiency Virus. Reviews of Infectious Diseases 12 Suppl 5: S507-10; discussion S10-2, 1990. Epub 1990/07/01. PubMed PMID: 2201072.

151.  Volberding PA, Lagakos SW, Koch MA, Pettinelli C, Myers MW, Booth DK, Balfour DH, Reichman RC, Bartlett JA, Hirsch MS, Murphy RL, Hardy WD, Soeiro R, Fischl MA, Bartlett JG, Merigan TC, Hyslop NE, Richman DD, Valentine FT, Corey L, AIDS Clinical Trials Group. Zidovudine in Asymptomatic HIV Infection. A Controlled Trial in Persons with Fewer Than 500 CD4+ Cells/mm3. New Engl J Med 322: 941-949, 1990.

152.  Wu AW, Mathews WC, Brysk LT, Akinson JH, Grant I, Abramson I, Kennedy CJ, McCutchan JA, Spector SA, Richman DD. Quality of Life in a Placebo-Controlled Trial of Zidovudine in Patients with AIDS and AIDS-Related Complex. J AIDS 3: 683-690, 1990.

153.  Zarling JM, Moran PA, Haffar O, Slas J, Richman DD, Spina CA, Myers DE, Kuebelback V, Lendbetter JA, Uckun AFM. Inhibition of HIV replication by pokeweed antiviral protein targeted to CD4+ cells by monoclonal antibodies. Nature 347: 92-95, 1990.

154.  Richman DD. Prospects for Antiretroviral Therapy. Retroviruses of Human AIDS and Related Animal Diseases. "Colloque Des Cent Gardes," October, Cinquième Des Cent Gardes 5: 271-273, 1990.

155.  Bozzette SA, Arcia J, Bartok AE, McGlynn LM, McCutchan JA, Richman DD, Spragg R, Spector SA. The Impact of Concomitant Viral Pathogens on the Course of Pneumocystis Carinii Pneumonia. J Protozool 38:183S-184S, 1991.

156.  Bozzette SA, Larsen RA, Chiu J, Leal MAE, Jacobsen J, Rothman P, Robinson P, Gilbert G, McCutchan JA, Tilles J, LeedomJM, Richman DD and The California Collaborative Treatment Group. A Placebo-Controlled Trial of Maintenance Therapy with Fluconazole After Treatment of Cryptococcal Meningitis in the Acquired Immunodeficiency Syndrome. New Engl J Med 324: 580-584:1991.

157.  Bozzette SA, Larsen RA, Chiu J, Leal MAE, Tilles JG, Richman DD, Leedom JM, McCutchan JA, The California Collaborative Treatment Group. Fluconazole Treatment of Persistent Cryptococcus Neoformans Prostatic Infection in AIDS. Ann Int Med 115: 285-286, 1991.

158.  Bozzette SA, Santangelo J, Villasana D, Fraser A, Wright B, Jacobsen C, Hayden E, Schnack J, Spector S, Richman DD. Peripheral Nerve Function in Persons with Asymptomatic or Minimally Symptomatic HIV Disease: Absence of Zidovudine Neurotoxicity. J AIDS 4:851-855, 1991.

159.  D'Souza MP, Durda P, Hanson CV, Milman G, and Collaborating Investigators. Evaluation of monoclonal antibodies to HIV-1 by neutralization and serological assays: an international collaboration. AIDS 5:1061-1070, 1991.

160.  Dueck R, Prutow RJ, Richman DD. Effect of Parainfluenza Infection on Gas Exchange and FRC Response to Anesethesia in Sheep. Anesthesiology 74:1044-1051, 1991.

161.  Easterbrook PH, Keruly JC, Creagh-Kirk T, Richman DD, Chaisson RE, Moore RD, the Zidovudine Epidemiology Study Group. Racial and Ethnic Differences in Outcome in Zidovudine Treated Patients with Advanced HIV Disease. JAMA 266: 2713-2718, 1991.

162.  Frank KB, Connel EV, Holman MJ, Huryn DM, Sluboski BC, Tam SY, Todaro LJ, Weigel M, Richman DD, Mitsuya H, Broder S, Sim IS. Anabolism and Mechanism of Action of R024-5098, an Isomer of 2′, 3′-Dideoxyadenosine (ddA) with Anti-HIV Activity. Ann N Y Acad Sci 616: 408-414:1991.

163.    Gingeras TR, Prodanovich P, Latimer T, Guatelli JC, Richman DD, Barringer KJ. Use of self-sustained sequence replication (3SR) amplification reaction to analyze and detect mutations in zidovudine-resistant human immunodeficiency virus. J Infect Dis 164:1066-1074, 1991.

164.    Hostetler KY, Carson DA, Richman DD: Phosphatidylazidothymidine: Mechanism of antiretroviral action in CEM cells. J Biol Chem 266:11714-11717, 1991.

165.    Hsu M-C, Schutt AD, Holly M, Slice LW, Sherman MI, Richman DD, Potash MJ, Volsky DJ. Inhibition of HIV Replication in Acute and Chronic Infection In Vitro by a Tat Antagonist. Science 254:1799-1802, 1991.

166.    Huryn DM, Sluboski BC, Tam SY, Todaro LJ, Weigele M, Sim IS, Frank KB, Richman DD, Mitsuya H Broder S. Synthesis and Anti-HIV Activity of a Novel Series of "Isomeric" Dideoxynucleosides. Ann NY Acad Sci 616:530-534, 1991.

167.    Jacobson DL, McCutchan JA, Spechko PL, Abramson I, Smith RS, Bartok A, Boss GR, Durand D, Bozzette SA, Spector SA, Richman DD. The Evolution of Lymphadenopathy and Hypergammaglobulinimia Are Evidence for Early and Sustained Polyclonal B Lymphocyte Activation During Human Immunodeficiency Virus Infection. J Infect Dis 163: 240-246, 1991.

168.    Kagnoff MF, Omary MB, deGrandpre LY, Roebuck KA, Richman DD, Brenner DA. Expression of Human Immunodeficiency Virus-1 in Human Colonic Cells. Immunol Res 10: 452-455, 1991.

169.    Lopez-Galindez C, Rojas JM, N era R, Richman DD, Perucho M. Characterization of Genetic Variation and AZT Resistance Mutations of HIV by the RNAse a Mismatch Cleavage Method. Proc Natl Acad Sci USA 88:4280-4284, 1991.

170.    Merigan TC, et al and the NHFACTG 036 Study Group. Placebo-controlled trial to evaluate zidovudine in treatment of human immunodeficiency virus infection in asymptomatic patients with hemophilia. Blood 78: 900-906, 1991.

171.    Moore RD, Creagh-Kirk T, Keruly J, Link G, Wang M-C, Richman DD, Chaisson RE, Zidovudine Epidemiology Study Group. Long-Term Safety and Efficacy of Zidovudine in Patients with Advanced Human Immunodeficiency Virus Disease. Arch Intern Med 151: 981-986, 1991.

172.    Moore RD, Kessler H, Richman DD, Flexner C, Chaisson RE. Non-Hodgkin's Lymphoma in Patients with Advanced HIV-Infection Treated with Zidovudine. JAMA 265: 2208-2211, 1991.

173.    Omary MB, Brenner DA, de Grandpre LY, Roebuck KA, Richman DD, Kagnoff MF. HIV-1 Infection and Expression in Human Colonic Cells: Infection and Expression in CD4+ and CD4- Cell Lines. AIDS 5: 275-283, 1991.

174.    Richman DD, Guatelli JC, Grimes J, Tsiatis A, Gingeras TR. Detection of Mutations Associated with Zidovudine Resistance in Human Immunodeficiency Virus by Use of the The Polymerase Chain Reaction. J Infect Dis 164:1075-1081, 1991.

175.    Richman DD, Rosenthal AS, Skoog M, Eckner RJ, Chou T-C, Sabo JP, Merluzzi VJ. BI-RG-587 Is Active Against Zidovudine-Resistant Human Immunodeficiency Virus Type 1 and Synergistic with Zidovudine. Antimicrob Agents Chemotherap 35: 305-308, 1991.

176. Richman DD, Shih C-K, Lowy I, Rose J, Prodanovich P. Goff S, Griffin J. Human Immunodeficiency Virus Type 1 Mutants Resistant to Nonnucleoside Inhibitors of Reverse Transcriptase Arise in Tissue Culture. Proc Natl Acad Sci USA 88: 11241-11245, 1991.

177. Richman DD. Antiretroviral Drug Resistance. AIDS-91 5(suppl 2): S189-S194, 1991.

178. Richman DD. AZT Resistance in Isolates of HIV. Immunodef Rev 2: 315-318, 1991.

179. Richman DD. HIV Drug Resistance. In: AIDS Research Reviews, Volume 2, eds. R Kennedy, F Wong-Staal and W Koff; Marcel Dekker, New York 237-248, 1991.

180. Richman DD. Selection of AZT-Resistant Variants of HIV by Therapy. J NIH Res 3: 83-87, 1991.

181. Richman DD. Antiviral Therapy of HIV Infection. Ann Rev Med 42: 69-90. 1991

182. Richman DD. Normal Physiology and HIV Pathophysiology of Human T-Cell Dynamics. Taking Sides: Clashing Views on Controversial Issues.  Ed. Carol Levine, 4th Ed, Dushkin Publishing Group, Guilford, Connecticut; 350-354, 1991.

183. Terai C, Kornbluth RS, Pauza CD, Richman DD, Carson DA. Apoptosis as a Mechanism of Cell Death in Cultured T Lymphoblasts Acutely Infected with HIV. J Clin Invest 87:1710-1715, 1991.

184. Wu AW, Rubin HR, Mathews WC, Ware JE Jr, Brysk LT, Hardy WD, Bozzette SA, Spector SA, Richman DD. A Health Status Questionnaire Using 30 Items From the Medical Outcomes Study: Preliminary Validation in Persons with Early HIV Infection. Medical Care 29:786-798, 1991.

185. Chaisson RE, Moore RD, Richman DD, Keruly J, Creagh-Kirk T, the ZDV Epidemiology Study Group. Incidence and Natural History of Mycobacterium Avium-Complex Infections in Patients with Advanced HIV Disease Treated with Zidovudine. Amer Rev Resp Dis 146: 285-289, 1992.

186. Bass HZ, Hardy WD, Mitsuyasu RT, Taylor JMG, Wang YX, Fischl MA, Spector SA, Richman DD, Fahey JL. The Effect of Zidovudine Treatment on Serum Neopterin and $\beta 2$-Microglobulin Levels in Mildly Symptomatic, HIV Type 1 Seropositive Individuals. J AIDS 5: 215-221, 1992.

187. Bozzette SA, Arcia J, Bartok AE, McGlynn LM, McCutchan JA, Richman DD, Spector SA. Impact of Pneumocystis Carinii and Cytomegalovirus on the Course and Outcome of Atypical Pneumonia in Advanced Human Immunodeficiency Virus Disease. J Infect Dis 165:93-98, 1992.

188. Day JJ, Grant I, Atkinson JH, Brysk LT, McCutchan JA, Hesselink JR, Heaton RK, Weinrich JD, Spector SA, Richman DD. Incidence of AIDS Dementia in a Two-Year Follow-Up of AIDS and ARC Patients on an Initial Phase II AZT Placebo-Controlled Study: San Diego Cohort.J Neuropsychiatry Clin Neurosciences 4:15-20, 1992.

189. Gallant JE, Moore RD, Richman DD, Keruly J, Chaisson RE and the Zidovudine Epidemiology Study Group. Incidence and Natural History of Cytomegalovirus Disease in Patients with Advanced HIV Disease Treated with Zidovudine. J Infect Dis 166:1223-1227, 1992.

190. Hostetler KY, Richman DD, Carson DA, Stuhmiller LM, van Wijk GMT, van den Bosch H. Greatly Enhanced Inhibition of Human Immunodeficiency Virus Type 1 Replication in CEM and HT4-6C Cells by 3'-Deoxythymidine Diphosphate Dimyristoylglycerol, a Lipid Prodrug of 3'-Deoxythymidine. Antimicrob Agents Chemother 36: 2025-2029, 1992.

191.  Kahn JO, Lagakos SW, Richman DD, Cross A, Pettinelli C, Liou S-H, Brown M, Volberding PA, Crumpacker CS, Beall G, Sacks HS, Merigan TC, Beltangady M, Smaldone L, Dolin R, the NIAID AIDS Clinical Trials Group. A Controlled Trial Comparing Continued Zidovudine with Didanosine in Human Immunodeficiency Virus Infection. New Engl J Med 327: 581-587, 1992.

192.  Kumar R, Gardner MF, Kaliman A, Richman DD, Hostetler KY. Equal Inhibition of HIV Replication by Stereoisomers of Phosphatidyl-AZT: Lack of Stereospecificity of Lysosomal Phospholipase A1. J Biol Chem 267: 20288-20292, 1992.

193.  Mayers DL, McCutchan FE, Sanders-Buell EE, Merritt LI, Dilworth S, Fowler AK, Marks CA, Ruiz NM, Richman DD, Roberts CR, Burke DS. Characterizaiton of HIV Isolates Arising After Prolonged Zidovudine Therapy. J AIDS 5: 749-759, 1992.

194.  Meng T-C, Fischl MA, Boota AM, Spector SA, Bennett D, Bassiakos Y, Lai S, Wright B, Richman DD. Combination Therapy with Zidovudine and Dideoxycytidine in Patients with Advanced Human Immunodeficiency Virus Infection. Ann Intern Med 116: 13-20, 1992.

195.  Meylan PR, Richman DD, Kornbluth RS. Reduced Intracellular Growth of Mycobacteria in Human Macrophages Cultivated at Physiologic Oxygen Pressure. Amer Rev Resp Dis 145: 947-953, 1992.

196.  Meylan PR, Munis JR, Richman DD, Kornbluth RS. Concurrent Human Immunodeficiency Virus and Mycobacterial Infection of Macrophages In Vitro Does Not Reveal Any Reciprocal Effect.J Infect Dis 165: 80-86, 1992.

197.  Meylan PRA, Richman DD, Kornbluth RS. Oxygen Tensions and Mycobacterial Infections (letter). Clin Infect Dis 15: 372, 1992.

198.  Meylan PRA, Tam EK, Kornbluth RS, Richman DD. HIV Infectivity Is Not Augmented by Treatment with Trypsin, Factor Xa, or Human Mast Cell Tryptase. AIDS 6:128-130, 1992.

199.  Moore RD, Keruly J, Richman DD, Creagh-Kirk T, Chaisson RE, the Zidovudine Epidemiology Study Group. Natural History of Advanced HIV Disease in Patients Treated with Zidovudine. AIDS 6: 671-677, 1992.

200.  Munis JR, Kornbluth RS, Guatelli JC, Richman DD. Ordered Appearance of HIV-1 Nucleic Acids Following High Multiplicity Infection of Macrophages. J Gen Virol 73:1899-1906, 1992.

201.  Richman DD. Azidothymidine and Other Deoxynucleoside Analogues. In: AIDS 3rd edition, Eds., DeVita, Hellman, Rosenberg. Lippincott, Philadelphia 373-394, 1992.

202.  Richman DD. Emergence of Mutant HIV Reverse Transcriptase Conferring Resistance to AZT. J Enzyme Inhibition 6: 55-64, 1992.

203.  Richman DD. HIV Drug Resistance. AIDS Res Hum Retrovir 8: 655-660, 1992.

204.  Richman DD. Human Immunodeficiency Virus - Antiviral Therapy. In: Infectious Diseases. 1st Edition, eds. SL Gorbach, JG Bartlett, NR Blacklow, W.B. Saunders, Philadelphia, 977-998, 1992.

205.  Richman DD. Selection of Zidovudine-Resistant Variants of Human Immunodeficiency Virus by Therapy. Current Topics Microbiol Immunol 176:131-142, 1992.

206. Richman DD. The Clinical Significance of Drug-Resistant Mutants of Human Immunodeficiency Virus. Res Virol 143:130-131, 1992.

207. Richman DD. Virus detection systems. In: Emerging Viruses. Ed., S. S. Morse. Oxford University Press, pp. 91-99, 1992.

208. Woolf NK, Koehrn FJ, Gompers-Foster H, Richman DD. Fibronectin in the Inner Ear During Experimental Guinea Pig Cytomegalovirus Labyrinthitis. In: Immunobiology in Otology, Rhinology and Laryngology, Eds., McCabe BF, Veldman JE, Mogi G. Kugler Publications, Amsterdam/New York, pp 329-330, 1992.

209. Bacolla A, Shih C-K, Rose JM, Piras G, Warren TC, Grygon CA, Ingraham TH, Cousins RC, Greenwood DJ, Richman DD, Cheng Y-C, Griffin JA. Amino Acid Substitutions in HIV-1 Reverse Transcriptase with Corresponding Residues From HIV-2. J Biol Chem 268:16571-16577, 1993.

210. Berger AR, Arezzo JC, Schaumburg HH, Skowron G, Merigan T, Bozzette S, Richman DD, Soo W. 2′, 3′-Dideoxycytidine (ddC) Toxic Neuropathy: A Study of 52 Patients. Neurology 43:358-362, 1993.

211. Bozzette SA, McCutchan JA, Spector SA, Wright B, Richman DD. A Cross-Sectional Comparison of Persons with Syncytium- and Non-Syncytium-Inducing Human Immunodeficiency Virus. J Infect Dis 168:1374-1379, 1993.

212. Glesby MJ, Moore RD, Chaisson RE, the Zidovudine Epidemiology Study Group. Herpes zoster in patients with advanced human immunodeficiency virus infection treated with zidovudine. J Infect Dis 168:1264-1268, 1993.

213. Havlir D, Richman DD. Antiviral Therapy for HIV and Resistance. Medicine International 21: 61-64, 1993.

214. Hostetler KY, Parker S, Sridhar CN, Martin MJ, Li J-L, Stuhmiller LM, van Wijk GMT, van den Bosch H, Gardner MF, Aldern KA, Richman DD. Acyclovir Diphosphate Dimyristoylglycerol: A Novel Phospholipid Prodrug with Activity Against Acyclovir-Resistant Herpes Simplex Virus. Proc Natl Acad Sci USA 90:11835-11839, 1993.

215. Hsu M-C, Dhingra U, Earley JV, Holly M, Keith D, Nalin CV, Richou AR, Schutt AD, Tam SY, Potash MJ, Volsky DJ, Richman DD. Inhibition of HIV-1 Replication by a Tat Antagonist to Which the Virus Remains Sensitive After Prolonged Exposure In Vitro. Proc Natl Acad Sci USA 90: 6395-6399, 1993.

216. Hsu M-C, Schutt AD, Holly M, Slice LW, Sherman MI, Richman DD, Potash MJ, Volsky DJ. Human Immunodeficiency Virus Tat Inhibitor. In: Antiviral Chemotherapy, Vol 3, Eds., Mills J, Corey L. PTR Prentice Hall, Englewood Cliffs, NJ, pp. 289-300, 1993.

217. Kohsaka H, Taniguchi A, Richman D, Carson D. Microtiter Format Gene Quantification by Covalent Capture of Competitive PCR Products: Application to HIV-1 Detection. Nucleic Acids Res 21: 3469-3472, 1993.

218. Kuppermann BD, Petty JG, Richman DD, Mathews WC, Fullerton SC, Rickman LS, Freeman WR. Correlation Between CD4+ Counts and Prevalence of Cytomegalovirus Retinitis and Human Immunodeficiency Virus-Related Noninfectious Retinal Vasculopathy in Patients with Acquired Immunodeficiency Syndrome. Amer J Ophthal 115: 575-582, 1993.

219.  Meylan PRA, Guatelli JC, Munis JR, Richman DD, Kornbluth RS. Mechanisms for the Inhibition of HIV Replication by Interferons-α, -ß and -γ in Primary Human Macrophages. Virology 193:138-148, 1993.

220.  Meylan PRA, Spina CA, Richman DD, Kornbluth RS. in vitro differentiation of monocytoid THP-1 cells affects their permissiveness for HIV strains: a model system for studying the cellular basis of HIV differential tropism. Virology 193:256-267, 1993.

221.  Pauza CD, Kornbluth RS, Emau, Richman DD, Deftos LJ. Vitamin D3 Compounds Regulate Human Immunodeficiency Virus Type 1 Replication in U937 Monoblastoid Cells and in Monocyte-Derived Macrophages. J Leukocyte Biol 53:157-164, 1993.

222.  Richman DD, Johnson VA, Mayers DL, Shirasaka T, O'Brien MC, Mitsuya H. In Vitro Evaluation of Experimental Agents for Anti-HIV Activity. In: Current Protocols in Immunology, Eds. Coligan JE, Kruisbeek Am, Margulies DH, Shevach EM, Strober W; John Wiley & Sons, Inc., Brooklyn, NY, Suppl 8, Unit 12.9, pp. 1-21, 1993.

223.  Richman DD. Drug Resistance in Isolates of HIV. In: Immunodeficiencies, Eds., Rosen FS, Seligmann M. Harwood Academic Publishers, Switzerland, Ch 32, pp. 537-543, 1993.

224.  Richman DD. Drug Resistance of HIV. In: Antiviral Chemotherapy, Vol 3, Eds., Mills J, Corey L. PTR Prentice Hall, Englewood Cliffs, NJ, pp. 373-384, 1993.

225.  Richman DD. HIV and Other Human Retroviruses. In: Practical Diagnosis of Viral Infections, Eds., Galasso GJ, Whitley RJ, Merigan TC. Raven Press, New York, pp. 243-252, 1993.

226.  Richman DD. HIV Drug Resistance. In: Ann Rev Pharmacol Toxicol, Vol. 33. Eds Cho AK, Blaschke TF, Loh HH, Way JL. Annual Reviews, Palo Alto, pp 149-164, 1993.

227.  Richman DD. Playing Chess with Reverse Transcriptase. Nature 361:588-589, 1993.

228.  Richman DD. Resistance of Clinical Isolates of Human Immunodeficiency Virus to Antiretroviral Agents. Antimicrob Agents Chemother 37:1207-1213, 1993.

229.  Richman DD. Virus Detection Systems. In: Emerging Viruses, Ed., Morse SS. Oxford University Press, New York, pp. 91-99, 1993.

230.  Schoenfeld DA, Finkelstein DM, Richman DD. Designing Phase II Studies of Chemotherapy for HIV Infection Using CD4 as an End-Point. AIDS 7: 955-958, 1993.

231.  Sidtis JJ, Gatsonis C, Price RW, Singer EJ, Collier AC, Richman DD, Hirsch MS, Schaerf, FW, Fischl MA, Kieburtz K, Simpson D, Koch MA, Feinberg J, Dafni O, the AIDS Clinical Trials Group. Zidovudine Treatment of the AIDS Dementia Complex: Results of a Placebo-Controlled Trial. Ann Neurology 33: 343-349, 1993.

232.  Skowron G, Bozzette SA, Lim L, Pettinelli CB, Schaumburg HH, Arezzo J, Fischl MA, Powderly WG, Gocke DJ, Richman DD, Pottage JC, Jr, Antoniskis, D, McKinley GF, Hyslop NE, Jr, Ray G, Simon G, Reed N, LoFaro ML, Uttamchandani RB, Gelb LD, Sperber SJ, Murphy RL, Leedom JM, Grieco MH, Zachary J, Hirsch MS, Spector SA, Bigley J, Soo W, Merigan TC. Alternating and Intermittant Regimens of Zidovudine and Dideoxycytidine in Patients with AIDS or AIDS-Related Complex. Ann Intern Med 118: 321-330, 1993.

233. Spector SA, Weingeist T, Pollard RB, Dieterich DT, Samo T, Benson CA, Busch DF, Freeman WR, Montague P, Kaplan HJ, Kellerman L, Crager M, De Armond B, Buhles W, Feinberg J, AIDS Clinical Trials Group, Cytomegalovirus Cooperative Study Group. A Randomized, Controlled Study of Intravenous Ganciclovir Therapy for Cytomegalovirus Peripheral Retinitis in Patients with AIDS. J Infect Dis 168: 557-563, 1993.

234. Wu AW, Rubin HR, Mathews WC, Brysk LM, Bozzette SA, Hardy WD, Atkinson JH, Grant I, Spector SA, McCutchan JA, Richman DD. Functional Status and Well-Being in Placebo-Controlled Trial of Zidovudine in Early Symptomatic HIV Infection. J AIDS 6:452-458, 1993.

235. Chowers MY, Spina CA, Kwoh TJ, Fitch NJS, Richman DD, Guatelli JC. Optimal Infectivity In Vitro of HIV-1 Requires an Intact Nef Gene. J Virol 68: 2906-2914, 1994.

236. Broor S, Kusari AB, Zhang B, Seth P, Richman DD, Carson DA, Wachsman W, Lotz, M. Stimulation of HIV Replication in Mononuclear Phagocytes by Leukemia Inhibitory Factor. JAIDS 7: 647-654, 1994.

237. Connell EV, Hsu M-C, Richman DD. Combinative Interactions of a Human Immunodeficiency Virus (HIV) Tat Antagonist with HIV Reverse Transcriptase Inhibitors and an HIV Protease Inhibitor. Antimicrob Agents Chemother 38: 348-352, 1994.

238. Corbeil J, Rapaport E, Richman DD, Looney DJ. Antiproliferative Effect of Retinoid Compounds on Kaposi's Sarcoma Cells. J Clin Invest 93:1981-1986, 1994.

239. Corbeil J, Richman DD, Wrasidlo W, Nicolaou KC, Looney DJ. Antiproliferative Effects of Enediynes on AIDS-Derived Kaposi's Sarcoma Cells. Cancer Res 54: 4270-4273, 1994.

240. D'Souza MP, Geyer SJ, Hanson CV, Hendry RM, Milman G, Collaborating Investigators. Evaluation of Monoclonal Antibodies to HIV-1 Envelope by Neutralization and Binding Assays: An International Collaboration. AIDS 8:169-181, 1994.

241. Gallant JE, Moore RD, Richman DD, Keruly J, Chaisson RE, the Zidovudine Epidemiology Study Group. Risk Factors for Kaposi's Sarcoma in Patients with Advanced Human Immunodeficiency Virus Disease Treated with Zidovudine. Arch Int Med 154: 566-572, 1994.

242. Havlir D, Richman DD. Zidovudine should be given before HIV-positive individuals develop symptoms. Reviews Med Virol 4:75-80, 1994.

243. Hostetler KY, Richman DD, Forssen EA, Selk L, Basava R, Gardner MF, Parker S, Basava C. Phospholipid Prodrug Inhibitors of the HIV Protease: Antiviral Activity and Pharmacokinetics in Rats. Biochemical Pharm 48:1399-1404, 1994.

244. Hostetler KY, Richman DD, Sridhar CN, Felgner PL, Felgner J, Ricci J, Gardner MF, Selleseth DW, Ellis MN. Phosphatidylazidothymidine and Phosphatidyl-ddC: Assessment of Uptake in Mouse Lymphoid Tissues and Antiviral Activities in Human Immunodeficiency Virus-Infected Cells and in Rauscher Leukemia Virus-Infected Mice. Antimicrob Agents Chemother 38:2792-2797, 1994.

245. Little SJ, Riggs NL, Chowers MY, Fitch NJS, Richman DD, Spina CA, Guatelli JC. Cell Surface CD4 Downregulation and Resistance to Superinfection Induced by a Defective Provirus of HIV-1. Virology 205: 578-582, 1994.

246.    Maruyama T, Utzumi K, Sato Y, Richman DD. Synthesis and Anti-HIV Activity of 6-Substituted Purine 2'-Deoxy-2'-Fluororibosides. Nucleosides and Nucleotides 13: 527-537, 1994.

247.    Meylan PRA, Kornbluth RS, Zbinden R, Richman DD. Influence of Host Cell Type and V3 Loop of the Surface Glycoprotein on Susceptibility of Human Immunodeficiency Virus Type 1 to Polyanion Compounds. Antimicrob Agents Chemother 38: 2910-2916, 1994.

248.    Nájera I, Richman DD, Olivares I, Rojas JM, Peinado MA, Perucho M, Nájera R, López-Galíndez C. Natural Occurrence of Drug Resistance Mutations in the Reverse Transcriptase of Human Immunodeficiency Virus Type 1 Isolates. AIDS Res Hum Retroviruses 10:1479-1488, 1994.

249.    Pauza CD, Trivedi P, McKechnie TS, Richman DD, Graziano FM. 2-LTR Circular Viral DNA as a Marker for Human Immunodeficiency Virus Type 1 Infection In Vivo. Virology 205: 470-478, 1994.

250.    Richman DD, Bozzette SA. The Impact of Syncytium-Inducing Phenotype of Human Immunodeficiency Virus on Disease Progression. J Infect Dis 169: 968-974, 1994.

251.    Richman DD, Havlir D, Corbeil J, Looney D, Ignacio C, Spector SA, Sullivan J, Cheeseman S, Barringer K, Pauletti D, Shih C-K, Myers M, Griffin J. Nevirapine Resistance Mutations of HIV-1 Selected During Therapy. J Virol 68:1660-1666, 1994.

252.    Richman DD, Meng TC, Spector SA, Fischl MA, Resnick L, Lai S. Resistance to AZT and ddC During Long-Term Combination Therapy in Patients with Advanced Infection with Human Immunodeficiency Virus. JAIDS 7:135-138, 1994.

253.    Richman DD. Drug Resistance in viruses. Trends in Microbiol 2: 401-407, 1994.

254.    Richman DD. Resistance, Drug Failure, and Disease Progression. AIDS Res Human Retrovir 10: 901-905, 1994.

255.    Richman DD. Viral Resistance to Antiretroviral Therapy. In: Textbook of AIDS Medicine, eds. S Broder, T Merigan and D Bolognesi; Williams & Wilkins, Baltimore, Ch 51, pp.795-805, 1994

256.    Riggs NL, Little SJ, Richman DD, Guatelli JC. Biological Importance and Cooperativity of HIV-1 Regulatory Gene Splice Acceptors. Virology 202: 264-271, 1994.

257.    Sato Y, Utsumi K, Maruyama T, Kimura T, Yamamoto I, Richman DD. Synthesis and Hypnotic and Anti-Human Immunodeficiency Virus-1 Activities of N3-Substituted 2'-Deoxy-2'-Fluorouridines. Chem Pharm Bull 42: 595-598, 1994.

258.    Spina CA, Kwoh TJ, Chowers MY, Guatelli JC, Richman DD. The Importance of Nef in the Induction of Human Immunodeficiency Virus Type 1 Replication From Primary Quiescent CD4 Lymphocytes. J Exp Med 179:115-123, 1994.

259.    van Wijk GMT, Hostetler KY, Kroneman E, Richman DD, Sridhar CN, Kumar R, van den Bosch H. Synthesis and Antiviral Activity of 3'-Azido-3'-Deoxythymidine Triphosphate Distearoylglycerol: A Novel Phospholipid Conjugate of the Anti-HIV Agent AZT. Chem Phys Lipids 70: 213-222, 1994.

260.    Chowers MY, Pandori MW, Spina CA, Richman DD, Guatelli JC. The Growth Advantage Conferred by HIV-1 Nef Is Determined at the Level of Viral DNA Formation and Is Independent of CD4 Downregulation. Virology 212: 451-457, 1995.

261.  Richman DD, Havlir D.  Early Versus Delayed Treatment of HIV Infection: Zidovudine Should be Given Before Symptoms Develop. Drugs 49 (Suppl 1): 9-16, 1995.

262.  Bozzette S, Forthal D, Sattler F, Kempter C, Richman DD, Tilles J, Leedom J, McCutchan A, The California Collaborative Treatment Group. The Tolerance for Zidovudine Plus Thrice Weekly or Daily Trimethoprin-Sulfamethoxazole with and without Leucovorin for Primary Prophylaxis in Advanced HIV Disease. Amer J Med 98:177-182, 1995.

263.  Cheeseman SH, Havlir D, McLaughlin MM, Greenough TC, Sullivan JL, Hall D, Hattox SE, Spector SA, Stein DS, Myers M, Richman DD. Phase I/II Evaluation of Nevirapine Alone and in Combination with Zidovudine for Infection with Human Immunodeficiency Virus. JAIDS 8:141-151, 1995.

264.  Corbeil J, Richman DD. Productive Infection and Subsequent Interaction of CD4-gp120 at the Cellular Membrane Is Required for HIV-Induced Apoptosis of CD4+ T Cells. J Gen Virol 76: 681-690, 1995.

265.  Corbeil J, Evans L, McQueen PW, Vasak E, Edward PD, Richman DD, Penny R, Cooper DA. Productive In Vitro Infection of Human Umbilical Vein Endothelial Cells and Three Colon Carcinoma Cell Lines with HIV-1. Immunol Cell Biol 73:140-145, 1995.

266.  Corbeil J, Richman DD. The Role of Surface CD4 in HIV-Induced Apoptosis. In: Cell Activation and Apoptosis in HIV Infection. Eds: Andrieu J-M, Lu W. Plenum Press London, Ch 8, pp 91-99, 1995.

267.  D'Aquila RT, Johnson VA, Welles SL, Japour AJ, Kuritzkes DR, DeGruttola V, Reichelderfer PS, Coombs RW, Crumpacker CS, Kahn JO, Richman DD. Zidovudine resistance and HIV-1 disease progression during antiretroviral therapy. Ann Intern Med 122: 401-408, 1995.

268.  Dolin R, Amato DA, Fischl MA, Pettinelli C, Beltangady M, Liou S-H, Brown MJ, Cross AP, Hirsch MS, Hardy WD, Mildvan D, Blair DC, Powderly WG, Para MF, Fife KH, Steigbigel RT, Smaldone L, the AIDS Clinical Trials Group. Zidovudine Compared with Didanosine in Patients with Advanced HIV Type 1 Infection and Little or No Previous Experience with Zidovudine. Arch Intern Med 155: 961-974, 1995.

269.  D'Souza MP, Milman G, Bradac JA, McPhee D, Hanson CV, Hendry RM, Collaborating Investigators. Neutralization of primary HIV-1 isolates by anti-envelope monoclonal antibodies. AIDS 9: 867-874, 1995.

270.  Gallant JE, Moore RD, Keruly J, RIchman DD, Chaisson RE, the Zidovudine Epidemiology Study Group. Lack of Association Between Acyclovir Use and Survival in Patients with Advanced HIV Disease Treated with Zidovudine. J Infect Dis 172: 346-352, 1995.

271.  Haubrich RH, Flexner C, Lederman MM, Hirsch M, Pettinelli CP, Ginsberg R, Lietman P, Hamzeh FM, Spector SA, Richman DD, the AIDS Clinical Trials Group 213 Team. A Randomized Trial of the Activity and Safety of Ro 24–7429 (Tat Antagonist) Versus Nucleoside for Human Immunodeficiency Virus Infection. J Infect Dis 172:1246-1252, 1995.

272.  Havlir D, Cheeseman SH, McLaughlin M, Murphy R, Erice A, Spector SA, Greenough TC, Sullivan JL, Hall D, Myers M, Lamson M, Richman DD. High Dose Nevirapine: Safety, Pharmacokinetics, and Antiviral Effect in Patients with Human Immunodeficiency Virus Infection. J Infect Dis 171: 537-545, 1995.

273. Havlir D, McLaughlin MM, Richman DD. A Pilot Study to Evaluate the Development of Resistance to Nevirapine in Asymptomatic Human Immunodeficiency Virus-Infected Patients with CD4 Cell Counts of >500/mm3. J Infect Dis 172:1379-1383, 1995.

274. Havlir D, Richman DD. Antiretroviral Therapy. Curr Opinion Dis 8: 66-73, 1995.

275. Japour AJ, Welles S, D'Aquila RT, Johnson VA, Richman DD, Coombs R, Reichelderfer P, Kahn J, Crumpacker CS, Kuritzkes DR. Prevalence and Clinical Significance of Zidovudine Resistance Mutations in Human Immunodeficiency Virus Isolated From Patients Following Long-Term Zidovudine Treatment. J Infect Dis 171:1172-1179, 1995.

276. Jault FM, Jault J-M, Ruchti F, Fortunato EA, Clark C, Corbeil J, Richman DD, Spector DH. Cytomegalovirus Infection Induces High Levels of Cyclins, Phosphorylated Rb, and p53, Leading to Cell Cycle Arrest. J Virol 69: 6697-6704, 1995.

277. Kimberlin DW, Couch RB, Galasso GJ, Richman DD, Whitley RJ. Research Initiatives in Studies of Antiviral Resistance and Consensus Points and Recommendations. Antiviral Res 26: 439-452, 1995.

278. Kimberlin DW, Crumpacker CS, Straus SE, Biron KK, Drew WL, Hayden FG, McKinlay M, Richman DD, Whitley RJ. Antiviral Resistance in Clinical Practice. Antiviral Res 26: 423-438, 1995.

279. Kornbluth RS, Matsuzaki H, Meylan PRA, Richman DD. Interferon Interactions with HIV-1 in Macrophages. Res Immunol 145: 664-668, 1995.

280. Luznik L, Kraus G, Guatelli J, Richman DD, Wong-Staal F. Tat-Independent Replication of Human Immunodeficiency Viruses. J Clin Invest 95:328-332, 1995.

281. Meng T-C, Fischl MA, Cheeseman SH, Spector SA, Resnick L, Boota A, Petrakis T, Wright B, Richman DD. Combination Therapy with Recombinant Human Soluble CD4-Immunoglobulin G and Zidovudine in Patients with HIV Infection: A Phase I Study. JAIDS 8:152-160, 1995.

282. Pillay D, Bryant M, Getman D, Richman DD. HIV-1 Protease Inhibitors: Their Development, Mechanism of Action and Clinical Potential. Rev Med Virol 5:23-33, 1995.

283. Proudfoot JR, Hargrave KD, Kapadia SR, Patel UR, Grozinger KG, McNeil DW, Cullen E, Cardozo M, Tong L, Kelly TA, Rose J, David E, Mauldin SC, Fuchs VU, Vitous J, Hoermann M, Klunder JM, Raghavan P, Skiles JW, Mui P, Richman DD, Sullivan JL, Shih C-K, Grob PM, Adams J. Novel Non-Nucleoside Inhibitors of Human Immunodeficiency Virus Type 1 (HIV-1) Reverse Transcriptase. 4. 2-Substituted Dipyridodiazepinones As Patent Inhibitors of Both Wild-Type and Cysteine-181 HIV-1 Reverse Transcriptase Enzymes. J Med Chem 38:4830-4838, 1995.

284. Richman DD. Clinical Significance of Drug Resistance in Human Immunodeficiency Virus. Clin Infect Dis 21 (Suppl 2): S166-169, 1995.

285. Richman DD. Drug Resistance in Relation to Pathogenesis. AIDS 1995, (suppl A): S49-S53, 1995.

286. Richman DD. Protease Uninhibited. Nature 374: 494-494, 1995.

287. Richman DD. Resistance to Anti-HIV Agents for Anti-AIDS Drug Development. In: Anti AIDS Drug Development: Challenges, Strategies and Prospects, eds. P Mohan and M Baba; Harwood Academic Publishers GMBH, Chur, Switzerland, Ch 8, pp. 163-183, 1995.

288. Spina CA, Guatelli JC, Richman DD. Establishment of a stable, inducible form of human immunodeficiency virus type 1 DNA in quiescent CD4 lymphocytes in vitro. J Virol 69: 2977-2988, 1995.

289. Tierney M, Pottage J, Kessler H, Fischl M, Richman D, Merigan T, Powderly W, Smith S, Karim A, Sherman J, Hirsch M. The Tolerability and Pharmacokinetics of N-Butyl-Deoxynojirimycin in Patients with Advanced HIV Disease (ACTG 100). J AIDS 10: 549-553, 1995.

290. Volberding PA, Lagakos SW, Grimes JM, Stein DS, Rooney J, Meng T-C, Fischl MA, Collier AC, Phair JP, Hirsch MS, Hardy WD, Balfou HH, Jr, Reichman RC for the AIDS Clinical Trials Group. A Comparison of Immediate with Deferred Zidovudine Therapy for Asymptomatic HIV-Infected Adults with CD4 Cell Counts of 500 or More per Cubic Millimeter. N Engl J Med 333: 401-407, 1995.

291. Xie H, Voronkov M, Liotta DC, Korba BA, Schinazi RF, Richman DD, Hostetler KY. Phosphatidyl-2′, 3′-Dideoxy-3′-Thiacytidine: Synthesis and Antiviral Activity in Hepatitis B- and HIV-1-Infected Cells. Antiviral Res 28:113-120, 1995.

292. Richman DD. Antiviral Chemotherapy: New Drugs and New Perspectives. Retroviruses of Human AIDS and Related Animal Diseases. Dixième Colloque des Cent Gardes, pp 337-342, 1995.

293. A Color Atlas of Herpesviruses Infections. Edited by Whitley RJ, Hayden FG, Richman DD. Churchill Communications, Japan, (Vol 1) 1996 (Japanese edition).

294. A Color Atlas of Herpesviruses Infections. Edited by Whitley RJ, Hayden FG, Richman DD. Churchill Communications, Japan, (Vol 3) 1996 (Japanese edition).

295. A Color Atlas of Herpesviruses Infections. Edited by Whitley RJ, Hayden FG, Richman DD. Churchill Communications, Japan, (Vol 4) 1996 (Japanese edition).

296. A Color Atlas of Herpesviruses Infections. Edited by Whitley RJ, Hayden FG, Richman DD. Churchill Communications, Japan, (Vol 2) 1996 (Japanese edition).

297. Antiviral Drug Resistance, edited by Richman DD. John Wiley & Sons, Chichester, 314 pp, 1996.

298. Richman DD. Antiviral Drug Resistance: Issues and Challenges. In Antiviral Drug Resistance, edited by Richman DD. John Wiley & Sons, Chinchester, pp 1-10, 1996.

299. Bozzette SA, Kanouse DE, Duan N, Berry S, Richman DD. The Impact of Zidovudine Compared with Didanosine on Health Status and Functioning in Persons with Advanced HIV Infection and a Varying Duration of Prior Zidovudine Therapy. Antiviral Therapy 1: 21-32, 1996.

300. Carpenter CCJ, Fischl MA, Hammer SM, Hirsch MS, Jacobsen DM, Katzenstein DA, MontanerJSG, Richman DD, Saag MS, SchooleyRT, Thompson MA, Vella S, Yeni PG, Volberding PA. Antiretroviral Therapy for HIV Infection in 1996: Recommendations of an International Panel. JAMA 276:146-154, 1996.

301. Coombs RW, Welles SL, Hooper C, Reichelderfer PS, D'Aquila RT, Japour AJ, Johnson VA, Kuritzkes DR, Richman DD, Kwok S, Todd J, Jackson JB, DeGruttola V, Crumpacker CS, Kahn J. Association of Plasma Human Immunodeficiency Virus Type 1 RNA Level with Risk of Clinical Progression in Patients with Advanced Infection. J Infect Dis 174:704-712, 1996.

302.  Corbeil J, Tremblay M, Richman DD. HIV-Induced Apoptosis Requires the CD4 Receptor Cytoplasmic Tail and Is Accelerated by Interaction of CD4 with p56lck. J Exp Med 183: 39-48, 1996.

303.  de Jong MD, Boucher CAB, Galasso GJ, Hirsch MS, Kern ER, Lange JMA, Richman DD. Consensus Symposium on Combined Antiviral Therapy. Antiviral Res 29: 5-29, 1996.

304.  Havlir D, Richman DD. Nonnucleoside Reverse Transcriptase Inhibitors: Clinical Aspects. In: Antiviral Drug Resistance, edited by Richman DD. John Wiley and Sons, Chichester, pp.241-260, 1996.

305.  Havlir DV, Eastman S, Gamst A, Richman DD. Nevirapine-Resistant Human Immunodeficiency Virus: Kinetics of Replication and Estimated Prevalence in Untreated Patients. J Virology 70: 7894-7899, 1996.

306.  Havlir DV, Richman DD. The Role of Viral Dynamics in the Pathogenesis of HIV Disease and Implications for Antiviral Therapy. Seminars in Immunopathology 18:1-17, 1996.

307.  Havlir DV, Richman DD. Viral Dynamics of HIV: Implications for Drug Development and Therapeutic Strategies. Ann Intern Med 124: 984-994, 1996.

308.  Hostetler KY, Kini GD, Beadle JR, Aldern KA, Gardner MF, Border R, Kumar R, Barshak L, Sridhar CN, Wheeler CJ, Richman DD. Lipid Prodrugs of Phosphonoacids: Greatly Enhanced Antiviral Activity of 1-O-Octadecyl-Sn-Glycero-3-Phosphonoformate in HIV-1, HSV-1 and HCMV-Infected Cels, in Vitro. Antiviral Res 31: 59-67, 1996.

309.  Kozal MJ, Shah N, Shen N, Yang R, Fucini R, Merigan TC, Richman DD, Morris D, Hubbell E, Chee M, Gingeras TR. Extensive Polymorphisms Observed in HIV-1 Clade B Protease Gene Using High-Density Oligonucleotide Arrays. Nature Medicine 2: 753-759, 1996.

310.  Lange JMA, Richman DD. Antiretroviral Therapy and Clinical Trials: What Now? Antiviral Ther 1: 69-70, 1996 (Editorial).

311.  Moutouh L, Corbeil J, Richman DD. Recombination Leads to the Rapid Emergence of HIV-1 Dually Resistant Mutants Under Selective Drug Pressure. Proc Natl Acad Sci USA 93: 6106-6111, 1996.

312.  Pandori MW, Fitch NJS, Craig HM, Richman DD, Spina CA, Guatelli JC. Producer-Cell Modification of Human Immunodeficiency Virus Type I: Nef Is a Virion Protein. J Virol 70: 4283-4290, 1996.

313.  Richman DD, Lange JMA. Playing with Evolution Requires Planning [Editorial]. Antiviral Therapy 1: 208-209, 1996.

314.  Richman DD. Antiretroviral Drug Resistance: Mechanisms, Pathogenesis, Clinical Significance. In: Antiviral Chemotherapy 4, edited by Mills J, Volberding PA, Corey L. Plenum Press, New York, pp 383-395, 1996.

315.  Richman DD. Can HIV Infection be Cured? [Editorial] Antiviral Therapy 1:126-127, 1996.

316.  Richman DD. HIV Therapeutics. Science 272:1886-1888, 1996.

317.  Richman DD. New Strategies Combat HIV Drug Resistance. Hospital Practice 31:47-58, 1996.

318.  Richman DD. The Implications of Drug Resistance for Strategies of Combination Antiviral Chemotherapy. Antiviral Res 29: 31-33, 1996.

319.   Richman DD. The Implications of Drug Resistance for Strategies of Combination Antiviral
       Chemotherapy. Hellenic Archives of AIDS 4: 76-78, 1996.

320.   Sanchez-Palomino S, Olivares I, Yuste E, Richman DD, Lopez-Galindez C. Random Important
       Alterations in HIV-1 Viral Quasispecies After Antiviral Treatment. Antiviral Therapy 1:225-236, 1996.

321.   Saag MS, Holodniy M, Kuritzkes DR, O'Brien WA, Coombs R, Poscher ME, Jacobsen DM, Shaw GM,
       Richman DD, Volberding PA. HIV Viral Load Markers in Clinical Practice. Nature Medicine 2: 625-629,
       1996.

322.   Sato Y, Ueyama K, Maruyama T, Richman DD. Synthesis of the Fluoromethyl Derivatives of
       Carbocyclic Oxetanocin A. Nucleosides & Nucleotides 15:109-119, 1996.

323.   Welles SL, Jackson JB, Yen-Lieberman B, Demeter L, Japour AJ, Smeaton LM, Johnson VA, Kuritzkes
       DR, D'Aquila RT, Reichelderfer PA, Richman DD, Reichman R, Fischl M, Dolin R, Coombs RW, Kahn
       JO, McLaren C, Todd J, Kwok S, Crumpacker CS. Prognostic Value of Plasma Human
       Immunodeficiency Virus Type 1 (HIV-1) RNA Levels in Patients with Advanced HIV-1 Disease and
       with Little or No Prior Zidovudine Therapy. J Infect Dis 174: 696-703, 1996.

324.   Zhang H, Dornadula G, Wu Y, Havlir D, Richman DD, Pomerantz RJ. Kinetic Analysis of Intravirion
       Reverse Transcriptase in the Blood Plasma of Human Immunodeficiency Virus Type-1-Infected
       Individuals: Direct Assessment of Resistance to Reverse Transcriptase Inhibitors In Vivo. J Virol
       70:628-634, 1996.

325.   de Jong MD, Boucher CAB, Cooper DA, Galasso GJ, Gazzard B, Lange JMA, Montaner JS, Richman
       DD, Thomas HC. Summary of the II International Consensus Symposium on Combined Antiviral
       Therapy and Implications for Future therapies. Antiviral Res 35: 65-82, 1997.

326.   Finzi D, Hermankova M, Pierson T, Carruth LM, Buck C, Chaisson RE, Quinn TC, Chadwick K,
       Margolick J, Brookmeyer R, Gallant J, Markowitz M, Ho DD, Richman DD, Siliciano RF. Identification
       of a Reservoir for HIV-1 in Patients on Highly Active Antiretroviral Therapy. Science 278(5341):1295-
       300, 1997. Epub 1997/11/21. PubMed PMID: 9360927.

327.   Fischl MA, Richman DD, Flexner C, Para MF, Haubrich R, Karim A, Yeramian P, Holden-Wiltse J,
       Meehan PM. Phase I/II Study of the Toxicity, Pharmacokinetics, and Activity of the HIV Protease
       Inhibitor SC-52151. Journal of Acquired Immune Deficiency Syndromes and Human Retrovirology
       15(1):28-34, 1997. Epub 1997/05/01. PubMed PMID: 9215651.

328.   Fischl MA, Richman DD, Saag M, Meng TC, Squires KE, Holden-Wiltse J, Meehan PM. Safety and
       Antiviral Activity of Combination Therapy with Zidovudine, Zalcitabine, and Two Doses of Interferon-
       Alpha2a in Patients with HIV. AIDS Clinical Trials Group Study 197. Journal of Acquired Immune
       Deficiency Syndromes and Human Retrovirology 16(4):247-53, 1997. Epub 1997/12/24. PubMed
       PMID: 9402071.

329.   Gervaix A, West D, Leoni LM, Richman DD, Wong-Staal F, Corbeil J. A New Reporter Cell Line to
       Monitor HIV Infection and Drug Susceptibility in Vitro. Proceedings of the National Academy of
       Sciences of the United States of America 94(9):4653-8, 1997. Epub. doi: 10.1073/pnas.94.9.4653.
       PubMed PMID: 9114046.

330.   Gulick RM, Mellors JW, Havlir D, Eron JJ, Gonzalez C, McMahon D, Richman DD, Valentine FT, Jonas
       L, Meibohm A, Emini EA, Chodakewitz JA. Treatment with Indinavir, Zidovudine, and Lamivudine in

Adults with Human Immunodeficiency Virus Infection and Prior Antiretroviral Therapy. New England Journal of Medicine 337(11):734-9, 1997. Epub 1997/09/11. doi: 10.1056/nejm199709113371102. PubMed PMID: 9287228.

331.    Kini GD, Beadle JR, Xie H, Aldern KA, Richman DD, Hostetler KY. Alkoxy Propane Prodrugs of Foscarnet: Effect of Alkyl Chain Length on in Vitro Antiviral Activity in Cells Infected with HIV-1, Hsv-1 and Hcmv. Antiviral Research 36(1):43-53, 1997. Epub 1997/10/23. PubMed PMID: 9330760.

332.    Lange JMA, Richman DD. The First Blow Is Half the Battle [Editorial]. Antiviral Therapy 2:132-133, 1997.

333.    Lange JMA, Richman DD. Reflecting on a Decade of Progress [Editorial]. Antiviral Therapy 2 (Suppl 4): 4-5, 1997.

334.    Leigh Brown AJ, Richman DD. HIV-1: Gambling on the Evolution of Drug Resistance? Nature Medicine 3(3):268-71, 1997. Epub 1997/03/01. PubMed PMID: 9055846.

335.    Marschner IC, Mayers DL, Erice A, Smeaton L, Johnson VA, Richman DD, Reichelderfer P, Japour AJ. Standardized Peripheral Blood Mononuclear Cell Culture Assay for Zidovudine Susceptibility Testing of Clinical Human Immunodeficiency Virus Type 1 Isolates: Effect of Reducing the Numbers of Replicates and Concentrations. Journal of Clinical Microbiology 35(3):756-8, 1997. Epub 1997/03/01. PubMed PMID: 9041428; PMCID: PMC229666.

336.    Richman DD. Drug Resistance and Its Implications in the Management of HIV Infection. Antiviral Therapy 2 (Suppl 4): 41-58, 1997.

337.    Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden FG. Churchill Livingstone, New York; 1355 pages, 1997.

338.    Richman DD, Whitley RJ, Hayden FG. Introduction. In Clinical Virology, Edited by Richman DD, Whitley RJ, Hayden FG. Churchill Livingstone, New York; pages 1-4, 1997.

339.    Connor R, Ho D, Kuritizkes D, Richman DD. In Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden FG. Churchill Livingstone, New York; pages 707-754, 1997.

340.    Richman DD. The Impact of Human Immunodeficiency Virus Drug Resistance on Treatment Efficacy. Antiviral Therapy 2(Suppl. 2):11-15, 1997.

341.    Roman M, Martin-Orozco E, Goodman JS, Nguyen MD, Sato Y, Ronaghy A, Kornbluth RS, Richman DD, Carson DA, Raz E. Immunostimulatory DNA Sequences Function as T Helper-1-Promoting Adjuvants. Nature Medicine 3(8):849-54, 1997. Epub 1997/08/01. PubMed PMID: 9256274.

342.    Rosowsky A, Fu H, Pai N, Mellors J, Richman DD, Hostetler KY. Synthesis and in Vitro Activity of Long-Chain 5'-O-[(Alkoxycarbonyl)Phosphinyl]-3'-Azido-3'-Deoxythymidines against Wild-Type and AZT- and Foscarnet-Resistant Strains of HIV-1. Journal of Medicinal Chemistry 40(16):2482-90, 1997. Epub 1997/08/01. doi: 10.1021/jm970172f. PubMed PMID: 9258355.

343.    Smidt ML, Potts KE, Tucker SP, Blystone L, Stiebel TR, Jr., Stallings WC, McDonald JJ, Pillay D, Richman DD, Bryant ML. A Mutation in Human Immunodeficiency Virus Type 1 Protease at Position 88, Located Outside the Active Site, Confers Resistance to the Hydroxyethylurea Inhibitor SC-

55389A. Antimicrobial Agents and Chemotherapy 41(3):515-22, 1997. Epub 1997/03/01. PubMed PMID: 9055985; PMCID: PMC163743.

344.   Spina CA, Prince HE, Richman DD. Preferential Replication of HIV-1 in the CD45RO Memory Cell Subset of Primary CD4 Lymphocytes in Vitro. Journal of Clinical Investigation 99(7):1774-85, 1997. Epub 1997/04/01. doi: 10.1172/jci119342. PubMed PMID: 9120023; PMCID: PMC507999.

345.   Wong JK, Gunthard HF, Havlir DV, Zhang ZQ, Haase AT, Ignacio CC, Kwok S, Emini E, Richman DD. Reduction of HIV-1 in Blood and Lymph Nodes Following Potent Antiretroviral Therapy and the Virologic Correlates of Treatment Failure. Proceedings of the National Academy of Sciences of the United States of America 94(23):12574-9, 1997. Epub 1997/11/14. doi: 10.1073/pnas.94.23.12574. PubMed PMID: 9356491; PMCID: PMC25043.

346.   Wong JK, Hezareh M, Gunthard HF, Havlir DV, Ignacio CC, Spina CA, Richman DD. Recovery of Replication-Competent HIV Despite Prolonged Suppression of Plasma Viremia. Science 278(5341):1291-5, 1997. Epub 1997/11/21. PubMed PMID: 9360926.

347.   Wong JK, Ignacio CC, Torriani F, Havlir D, Fitch NJ, Richman DD. In Vivo Compartmentalization of Human Immunodeficiency Virus: Evidence from the Examination of Pol Sequences from Autopsy Tissues. Journal of Virology 71(3):2059-71, 1997. Epub 1997/03/01. PubMed PMID: 9032338; PMCID: PMC191294.

348.   Carpenter CC, Fischl MA, Hammer SM, Hirsch MS, Jacobsen DM, Katzenstein DA, Montaner JS, Richman DD, Saag MS, Schooley RT, Thompson MA, Vella S, Yeni PG, Volberding PA. Antiretroviral Therapy for HIV Infection in 1997. Updated Recommendations of the International AIDS Society-USA Panel. JAMA 277(24):1962-9, 1997. Epub 1997/06/25. PubMed PMID: 9200638.

349.   Carpenter CC, Fischl MA, Hammer SM, Hirsch MS, Jacobsen DM, Katzenstein DA, Montaner JS, Richman DD, Saag MS, Schooley RT, Thompson MA, Vella S, Yeni PG, Volberding PA. Antiretroviral Therapy for HIV Infection in 1998: Updated Recommendations of the International AIDS Society-USA Panel. JAMA 280(1):78-86, 1998. Epub 1998/07/11. PubMed PMID: 9660368.

350.   Beadle JR, Kini GD, Aldern KA, Gardner MF, Wright KN, Richman DD, Hostetler KY. Alkylthioglycerol Prodrugs of Foscarnet: Synthesis, Oral Bioavailability and Structure-Activity Studies in Human Cytomegalovirus-, Herpes Simplex Virus Type 1- and Human Immunodeficiency Virus Type 1-Infected Cells. Antiviral Chemistry & Chemotherapy 9(1):33-40, 1998. Epub 1999/01/06. doi: 10.1177/095632029800900104. PubMed PMID: 987537

351.   Bessudo A, Rassenti L, Havlir D, Richman D, Feigal E, Kipps TJ. Aberrant and Unstable Expression of Immunoglobulin Genes in Persons Infected with Human Immunodeficiency Virus. Blood 92(4):1317-23, 1998. Epub 1998/08/08. PubMed PMID: 9694720.

352.   Bozzette SA, Berry SH, Duan N, Frankel MR, Leibowitz AA, Lefkowitz D, Emmons CA, Senterfitt JW, Berk ML, Morton SC, Shapiro MF. The Care of HIV-Infected Adults in the United States. HIV Cost and Services Utilization Study Consortium. New England Journal of Medicine 339(26):1897-904, 1998. Epub 1998/12/24. doi: 10.1056/nejm199812243392606. PubMed PMID: 9862946.

353.   de Jong MD, Boucher CA, Danner SA, Gazzard B, Griffiths PD, Katlama C, Lange JM, Richman DD, Vella S. Summary of the International Consensus Symposium on Management of HIV, CMV and Hepatitis Virus Infections. Antiviral Research 37(1):1-16, 1998. Epub 1998/03/13. PubMed PMID: 9497068.

354.  Demeter LM, D'Aquila R, Weislow O, Lorenzo E, Erice A, Fitzgibbon J, Shafer R, Richman D, Howard TM, Zhao Y, Fisher E, Huang D, Mayers D, Sylvester S, Arens M, Sannerud K, Rasheed S, Johnson V, Kuritzkes D, Reichelderfer P, Japour A. Interlaboratory Concordance of DNA Sequence Analysis to Detect Reverse Transcriptase Mutations in HIV-1 Proviral DNA. Actg Sequencing Working Group. AIDS Clinical Trials Group. Journal of Virological Methods 75(1):93-104, 1998. Epub 1998/11/20. PubMed PMID: 9820578.

355.  Gulick RM, Mellors JW, Havlir D, Eron JJ, Gonzalez C, McMahon D, Jonas L, Meibohm A, Holder D, Schleif WA, Condra JH, Emini EA, Isaacs R, Chodakewitz JA, Richman DD. Simultaneous Vs Sequential Initiation of Therapy with Indinavir, Zidovudine, and Lamivudine for HIV-1 Infection: 100-Week Follow-Up. JAMA 280(1):35-41, 1998. Epub 1998/07/11. PubMed PMID: 9660361.

356.  Gunthard HF, Wong JK, Ignacio CC, Guatelli JC, Riggs NL, Havlir DV, Richman DD. Human Immunodeficiency Virus Replication and Genotypic Resistance in Blood and Lymph Nodes after a Year of Potent Antiretroviral Therapy. Journal of Virology 72(3):2422-8, 1998. Epub 1998/03/14. PubMed PMID: 9499103; PMCID: PMC109542.

357.  Gunthard HF, Wong JK, Ignacio CC, Havlir DV, Richman DD. Comparative Performance of High-Density Oligonucleotide Sequencing and Dideoxynucleotide Sequencing of HIV Type 1 Pol from Clinical Samples. AIDS Research and Human Retroviruses 14(10):869-76, 1998. Epub 1998/07/22. PubMed PMID: 9671215.

358.  Haubrich R, Lalezari J, Follansbee SE, Gill M, Hirsch M, Richman D, Mildvan D, Burger HU, Beattie D, Donatacci L, Salgo MP. Improved Survival and Reduced Clinical Progression in HIV-Infected Patients with Advanced Disease Treated with Saquinavir Plus Zalcitabine. Anitviral Therapy. 33-42 p., 1998.

359.  Havlir DV, Haubrich R, Hwang J, Dunne MW, Currier J, Forthal D, Torriani F, Richman DD, McCutchan JA. Human Immunodeficiency Virus Replication in AIDS Patients with Mycobacterium Avium Complex Bacteremia: A Case Control Study. California Collaborative Treatment Group. Journal of Infectious Diseases 177(3):595-9, 1998. Epub 1998/03/14. doi: 10.1086/514220. PubMed PMID: 9498437.

360.  Havlir DV, Marschner IC, Hirsch MS, Collier AC, Tebas P, Bassett RL, Ioannidis JP, Holohan MK, Leavitt R, Boone G, Richman DD. Maintenance Antiretroviral Therapies in HIV-Infected Subjects with Undetectable Plasma HIV RNA after Triple-Drug Therapy. AIDS Clinical Trials Group Study 343 Team. New England Journal of Medicine 339(18):1261-8, 1998. Epub 1998/10/29. doi: 10.1056/nejm199810293391801. PubMed PMID: 9791141.

361.  Hirsch MS, Conway B, D'Aquila RT, Johnson VA, Brun-Vezinet F, Clotet B, Demeter LM, Hammer SM, Jacobsen DM, Kuritzkes DR, Loveday C, Mellors JW, Vella S, Richman DD. Antiretroviral Drug Resistance Testing in Adults with HIV Infection: Implications for Clinical Management. International AIDS Society--USA Panel. JAMA 279(24):1984-91, 1998. Epub 1998/06/27. PubMed PMID: 9643863.

362.  HIV Resistance and Implications for Therapy. Edited by Larder B, Richman D, Vella S. MediCom Inc., Atlanta, 1998 [Monograph].

363.  Kornbluth RS, Kee K, Richman DD. Cd40 Ligand (Cd154) Stimulation of Macrophages to Produce HIV-1-Suppressive Beta-Chemokines. Proceedings of the National Academy of Sciences of the United States of America 95(9):5205-10, 1998. Epub 1998/06/06. doi: 10.1073/pnas.95.9.5205. PubMed PMID: 9560254; PMCID: PMC20239.

364.  Lange JMA, Richman DD. The Limitations of Simplicity [Editorial]. Antiviral Therapy, 3: 4-6 1998.

365.  Marschner IC, Collier AC, Coombs RW, D'Aquila RT, DeGruttola V, Fischl MA, Hammer SM, Hughes MD, Johnson VA, Katzenstein DA, Richman DD, Smeaton LM, Spector SA, Saag MS. Use of Changes in Plasma Levels of Human Immunodeficiency Virus Type 1 RNA to Assess the Clinical Benefit of Antiretroviral Therapy. Journal of Infectious Diseases 177(1):40-7, 1998. Epub 1998/01/07. doi: 10.1086/513823. PubMed PMID: 9419168.

366.  Moutouh L, Estaquier J, Richman DD, Corbeil J. Molecular and Cellular Analysis of Human Immunodeficiency Virus-Induced Apoptosis in Lymphoblastoid T-Cell-Line-Expressing Wild-Type and Mutated CD4 Receptors. Journal of Virology 72(10):8061-72, 1998. Epub 1998/09/12. PubMed PMID: 9733846; PMCID: PMC110143.

367.  Richman DD. Combination Antiretroviral Therapy: Each Answer Raises Many Questions. AIDS 12:6-7, 1998.

368.  Richman DD. How Drug Resistance Arises. Scientific American 279(1):88, 1998. Epub 1998/07/02. PubMed PMID: 9648301.

369.  Richman DD. Nailing Down Another HIV Target. Nature Medicine 4(11):1232-3, 1998. Epub 1998/11/11. doi: 10.1038/3209. PubMed PMID: 9809537.

370.  Riggs NL, Little SJ, Richman DD, Guatelli JC. Cell-Associated Viral RNA Expression During Acute Infection with HIV Type 1. AIDS Research and Human Retroviruses 14(13):1141-9, 1998. Epub 1998/09/16. doi: 10.1089/aid.1998.14.1141. PubMed PMID: 9737585.

371.  Cohen Stuart JW, Boucher CA, Cooper DA, Galasso GJ, Richman DD, Thomas HC, Whitley RJ. Summary of the III International Consensus Symposium on Combined Antiviral Therapy. Antiviral Research 38(2):75-93, 1998. Epub 1998/08/26. PubMed PMID: 9707371.

372.  The NIH Panel. Report of the NIH Panel to Define Principles of Therapy of HIV Infection. Annals of Internal Medicine 128(12_Part_2):1057-78, 1998. Epub. doi: 10.7326/0003-4819-128-12_Part_2-199806151-00002.

373.  Richman DD. Resistance to Drugs for HIV Infection. What you can do to Keep your HIV Treatment Working. International Association of Physician's in AIDS Care (monograph for lay readers), 31 pages, 1998.

374.  Brodine SK, Shaffer RA, Starkey MJ, Tasker SA, Gilcrest JL, Louder MK, Barile A, VanCott TC, Vahey MT, McCutchan FE, Birx DL, Richman DD, Mascola JR. Drug Resistance Patterns, Genetic Subtypes, Clinical Features, and Risk Factors in Military Personnel with HIV-1 Seroconversion. Annals of Internal Medicine 131(7):502-6, 1999. Epub 1999/10/03. PubMed PMID: 10507958.

375.  Craig HM, Pandori MW, Riggs NL, Richman DD, Guatelli JC. Analysis of the Sh3-Binding Region of HIV-1 Nef: Partial Functional Defects Introduced by Mutations in the Polyproline Helix and the Hydrophobic Pocket. Virology 262(1):55-63, 1999. Epub 1999/09/18. doi: 10.1006/viro.1999.9897. PubMed PMID: 10489340.

376.  Günthard HF, Frost SD, Leigh-Brown AJ, Ignacio CC, Kee K, Perelson AS, Spina CA, Havlir DV, Hezareh M, Looney DJ, Richman DD, Wong JK. Evolution of Envelope Sequences of Human

Immunodeficiency Virus Type 1 in Cellular Reservoirs in the Setting of Potent Antiviral Therapy. Journal of Virology 73(11):9404-12, 1999. Epub. PubMed PMID: 10516049.

377.    Guia Practica para el Manejo Clinico de las Resistencias al VIH. Edited by Clotet B, Ruiz L, Martinez-Picado J, Gatell JM, Richman DD, Barcelona, Merck Sharp & Dohme de Espana, S.A.; pp. 302 pp, 1999.

378.    Gunthard HF, Frost SD, Leigh-Brown AJ, Ignacio CC, Kee K, Perelson AS, Spina CA, Havlir DV, Hezareh M, Looney DJ, Richman DD, Wong JK. Evolution of Envelope Sequences of Human Immunodeficiency Virus Type 1 in Cellular Reservoirs in the Setting of Potent Antiviral Therapy. Journal of Virology 73(11):9404-12, 1999. Epub 1999/10/09. PubMed PMID: 10516049; PMCID: PMC112975.

379.    Gunthard HF, Leigh-Brown AJ, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD, Wong JK. Higher Selection Pressure from Antiretroviral Drugs in Vivo Results in Increased Evolutionary Distance in HIV-1 Pol. Virology 259(1):154-65, 1999. Epub 1999/06/12. doi: 10.1006/viro.1999.9774. PubMed PMID: 10364500.

380.    Haubrich R, Richman D. Nevirapine, Didanosine, and Zidovudine for Patients with HIV: The Incas Trial. JAMA 281(2):130-1, 1999. Epub. doi: 10-1001/pubs.JAMA-ISSN-0098-7484-281-2-jac80019.

381.    Haubrich R, Thompson M, Schooley R, Lang W, Stein A, Sereni D, van der Ende ME, Antunes F, Richman D, Pagano G, Kahl L, Fetter A, Brown DJ, Clumeck N. A Phase II Safety and Efficacy Study of Amprenavir in Combination with Zidovudine and Lamivudine in HIV-Infected Patients with Limited Antiretroviral Experience. Amprenavir Proab2002 Study Team. AIDS 13(17):2411-20, 1999. Epub 1999/12/22. PubMed PMID: 10597783.

382.    HIV Trialists Collaborative Group. Zidovudine, Didanosine, and Zalcitabine in the Treatment of HIV Infection: Meta-Analyses of the Randomised Evidence. HIV Trialists' Collaborative Group. Lancet 353(9169):2014-25, 1999. Epub 1999/06/22. PubMed PMID: 10376616.

383.    Lange JM, Richman DD. Retroviruses Et Opportunistic Infections '99. Antiviral Therapy 4(1):5-6, 1999. Epub 2000/02/22. PubMed PMID: 10682122.

384.    Brown AJ, Gunthard HF, Wong JK, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD. Sequence Clusters in Human Immunodeficiency Virus Type 1 Reverse Transcriptase Are Associated with Subsequent Virological Response to Antiretroviral Therapy. Journal of Infectious Diseases 180(4):1043-9, 1999. Epub 1999/09/09. doi: 10.1086/315017. PubMed PMID: 10479129.

385.    Little SJ, Daar ES, D'Aquila RT, Keiser PH, Connick E, Whitcomb JM, Hellmann NS, Petropoulos CJ, Sutton L, Pitt JA, Rosenberg ES, Koup RA, Walker BD, Richman DD. Reduced Antiretroviral Drug Susceptibility among Patients with Primary HIV Infection. JAMA 282(12):1142-9, 1999. Epub. doi: 10.1001/jama.282.12.1142.

386.    Little SJ, McLean AR, Spina CA, Richman DD, Havlir DV. Viral Dynamics of Acute HIV-1 Infection. Journal of Experimental Medicine 190(6):841-50, 1999. Epub 1999/09/28. doi: 10.1084/jem.190.6.841. PubMed PMID: 10499922; PMCID: PMC2195636.

387.    Richman D, Crowe S, Harvey K. HIV Viral Load Monitoring. In: Antiviral Chemotherapy 5: New Directions for Clinical Application and Research. Edited by Mills J, Volberding PA, Corey L. New York, Kluwer Academic/Plenum Publishers; pp. 199-212, 1999.

388. Richman DD. Implications of Resistance Testing for Management: Role in Selecting an Initial Regimen and Use of Resistance Testing when Changing Therapy. In: Guia Practica para el Manejo Clinico de las Resistencias al VIH. Edited by Clotet B, Ruiz L, Martinez-Picado J, Gatell JM, Richman DD, Barcelona. Merck Sharp & Dohme de Espana, S.A.; pp. 135-144, 1999.

389. Richman D. The Challenge of Immune Control of Immunodeficiency Virus. The Journal of clinical investigation 104(6):677-8, 1999. Epub. doi: 10.1172/JCI8242. PubMed PMID: 10491402.

390. Richman DD. Viral Resistance to Antiviral Drugs. In: Textbook of AIDS Medicine, 2nd Edition, edited by Merigan TC, Jr, Bartlett JG, Bolognesi D. Williams & Wilkins, Baltimore, MD; pp. 891-901, 1999.

391. Ruiz L, van Lunzen J, Arno A, Stellbrink HJ, Schneider C, Rull M, Castella E, Ojanguren I, Richman DD, Clotet B, Tenner-Racz K, Racz P. Protease Inhibitor-Containing Regimens Compared with Nucleoside Analogues Alone in the Suppression of Persistent HIV-1 Replication in Lymphoid Tissue. AIDS 13(1):F1-8, 1999. Epub 1999/04/20. PubMed PMID: 10207538.

392. Vazquez-Rosales G, Garcia Lerma JG, Yamamoto S, Switzer WM, Havlir D, Folks TM, Richman DD, Heneine W. Rapid Screening of Phenotypic Resistance to Nevirapine by Direct Analysis of HIV Type 1 Reverse Transcriptase Activity in Plasma. AIDS Research and Human Retroviruses 15(13):1191-200, 1999. Epub 1999/09/10. doi: 10.1089/088922299310287. PubMed PMID: 10480632.

393. Zhang ZQ, Schuler T, Cavert W, Notermans DW, Gebhard K, Henry K, Havlir DV, Gunthard HF, Wong JK, Little S, Feinberg MB, Polis MA, Schrager LK, Schacker TW, Richman DD, Corey L, Danner SA, Haase AT. Reversibility of the Pathological Changes in the Follicular Dendritic Cell Network with Treatment of HIV-1 Infection. Proceedings of the National Academy of Sciences of the United States of America 96(9):5169-72, 1999. Epub 1999/04/29. doi: 10.1073/pnas.96.9.5169. PubMed PMID: 10220437; PMCID: PMC21835.

394. Zhang Z, Schuler T, Zupancic M, Wietgrefe S, Staskus KA, Reimann KA, Reinhart TA, Rogan M, Cavert W, Miller CJ, Veazey RS, Notermans D, Little S, Danner SA, Richman DD, Havlir D, Wong J, Jordan HL, Schacker TW, Racz P, Tenner-Racz K, Letvin NL, Wolinsky S, Haase AT. Sexual Transmission and Propagation of Siv and HIV in Resting and Activated CD4+ T cells. Science 286(5443):1353-7, 1999. Epub 1999/11/13. PubMed PMID: 10558989.

395. Appay V, Nixon DF, Donahoe SM, Gillespie GM, Dong T, King A, Ogg GS, Spiegel HM, Conlon C, Spina CA, Havlir DV, Richman DD, Waters A, Easterbrook P, McMichael AJ, Rowland-Jones SL. HIV-Specific CD8(+) T cells Produce Antiviral Cytokines but Are Impaired in Cytolytic Function. The Journal of experimental medicine 192(1):63-75, 2000. Epub. doi: 10.1084/jem.192.1.63. PubMed PMID: 10880527.

396. Binley JM, Trkola A, Ketas T, Schiller D, Clas B, Little S, Richman D, Hurley A, Markowitz M, Moore JP. The Effect of Highly Active Antiretroviral Therapy on Binding and Neutralizing Antibody Responses to Human Immunodeficiency Virus Type 1 Infection. Journal of Infectious Diseases 182(3):945-9, 2000. Epub 2000/08/19. doi: 10.1086/315774. PubMed PMID: 10950795.

397. Gifford AL, Bormann JE, Shively MJ, Wright BC, Richman DD, Bozzette SA. Predictors of Self-Reported Adherence and Plasma HIV Concentrations in Patients on Multidrug Antiretroviral Regimens. Journal of Acquired Immune Deficiency Syndromes 23(5):386-95, 2000. Epub 2000/06/24. PubMed PMID: 10866231.

398.   Gilbert PB, Hanna GJ, De Gruttola V, Martinez-Picado J, Kuritzkes DR, Johnson VA, Richman DD, D'Aquila RT. Comparative Analysis of HIV Type 1 Genotypic Resistance across Antiretroviral Trial Treatment Regimens. AIDS Research and Human Retroviruses 16(14):1325-36, 2000. Epub 2000/10/06. doi: 10.1089/08892220050140874. PubMed PMID: 11018852.

399.   Gulick RM, Mellors JW, Havlir D, Eron JJ, Meibohm A, Condra JH, Valentine FT, McMahon D, Gonzalez C, Jonas L, Emini EA, Chodakewitz JA, Isaacs R, Richman DD. 3-Year Suppression of HIV Viremia with Indinavir, Zidovudine, and Lamivudine. Annals of Internal Medicine 133(1):35-9, 2000. Epub 2000/07/06. PubMed PMID: 10877738.

400.   Gunthard HF, Wong JK, Spina CA, Ignacio C, Kwok S, Christopherson C, Hwang J, Haubrich R, Havlir D, Richman DD. Effect of Influenza Vaccination on Viral Replication and Immune Response in Persons Infected with Human Immunodeficiency Virus Receiving Potent Antiretroviral Therapy. Journal of Infectious Diseases 181(2):522-31, 2000. Epub 2000/02/11. doi: 10.1086/315260. PubMed PMID: 10669335.

401.   Hanna GJ, Johnson VA, Kuritzkes DR, Richman DD, Brown AJ, Savara AV, Hazelwood JD, D'Aquila RT. Patterns of Resistance Mutations Selected by Treatment of Human Immunodeficiency Virus Type 1 Infection with Zidovudine, Didanosine, and Nevirapine. Journal of Infectious Diseases 181(3):904-11, 2000. Epub 2000/03/18. doi: 10.1086/315329. PubMed PMID: 10720511.

402.   Hanna GJ, Johnson VA, Kuritzkes DR, Richman DD, Martinez-Picado J, Sutton L, Hazelwood JD, D'Aquila RT. Comparison of Sequencing by Hybridization and Cycle Sequencing for Genotyping of Human Immunodeficiency Virus Type 1 Reverse Transcriptase. Journal of Clinical Microbiology 38(7):2715-21, 2000. Epub 2000/07/06. PubMed PMID: 10878069; PMCID: PMC87006.

403.   Havlir DV, Hellmann NS, Petropoulos CJ, Whitcomb JM, Collier AC, Hirsch MS, Tebas P, Sommadossi JP, Richman DD. Drug Susceptibility in HIV Infection after Viral Rebound in Patients Receiving Indinavir-Containing Regimens. JAMA 283(2):229-34, 2000. Epub 2000/01/14. PubMed PMID: 10634339.

404.   Havlir DV, Tierney C, Friedland GH, Pollard RB, Smeaton L, Sommadossi JP, Fox L, Kessler H, Fife KH, Richman DD. In Vivo Antagonism with Zidovudine Plus Stavudine Combination Therapy. Journal of Infectious Diseases 182(1):321-5, 2000. Epub 2000/07/07. doi: 10.1086/315683. PubMed PMID: 10882616.

405.   Hirsch MS, Brun-Vézinet F, D'Aquila RT, Hammer SM, Johnson VA, Kuritzkes DR, Loveday C, Mellors JW, Clotet B, Conway B, Demeter LM, Vella S, Jacobsen DM, Richman DD. Antiretroviral Drug Resistance Testing in Adult HIV-1 Infection:recommendations of an International AIDS Society–USA Panel. JAMA 283(18):2417-26, 2000. Epub. doi: 10.1001/jama.283.18.2417.

406.   Human Immunodeficiency Virus Type 1 RNA Level and CD4 Count as Prognostic Markers and Surrogate End Points: A Meta-Analysis. HIV Surrogate Marker Collaborative Group. AIDS Research and Human Retroviruses 16(12):1123-33, 2000. Epub 2000/08/24. doi: 10.1089/088922200414965. PubMed PMID: 10954887.

407.   Hostetler KY, Hammond JL, Kini GD, Hostetler SE, Beadle JR, Aldern KA, Chou T-C, Richman DD, Mellors JW. In Vitro Anti-HIV-1 Activity of Sn-2-Substituted 1-O-Octadecyl-Sn-Glycero-3-Phosphonoformate Analogues and Synergy with Zidovudine. Antiviral Chemistry and Chemotherapy 11(3):213-9, 2000. Epub. doi: 10.1177/095632020001100304.

408. Ioannidis JP, Havlir DV, Tebas P, Hirsch MS, Collier AC, Richman DD. Dynamics of HIV-1 Viral Load Rebound among Patients with Previous Suppression of Viral Replication. AIDS 14(11):1481-8, 2000. Epub 2000/09/13. PubMed PMID: 10983634.

409. Brown AJ, Precious HM, Whitcomb JM, Wong JK, Quigg M, Huang W, Daar ES, D'Aquila RT, Keiser PH, Connick E, Hellmann NS, Petropoulos CJ, Richman DD, Little SJ. Reduced Susceptibility of Human Immunodeficiency Virus Type 1 (HIV-1) from Patients with Primary HIV Infection to Nonnucleoside Reverse Transcriptase Inhibitors Is Associated with Variation at Novel Amino Acid Sites. Journal of Virology 74(22):10269-73, 2000. Epub 2000/10/24. doi: 10.1128/jvi.74.22.10269-10273.2000. PubMed PMID: 11044070; PMCID: PMC110900.

410. Martinez-Picado J, DePasquale MP, Kartsonis N, Hanna GJ, Wong J, Finzi D, Rosenberg E, Günthard HF, Sutton L, Savara A, Petropoulos CJ, Hellmann N, Walker BD, Richman DD, Siliciano R, Aquila RT. Antiretroviral Resistance During Successful Therapy of HIV Type 1 Infection. Proceedings of the National Academy of Sciences 97(20):10948, 2000. Epub. doi: 10.1073/pnas.97.20.10948.

411. O'Brien TR, McDermott DH, Ioannidis JP, Carrington M, Murphy PM, Havlir DV, Richman DD. Effect of Chemokine Receptor Gene Polymorphisms on the Response to Potent Antiretroviral Therapy. AIDS 14(7):821-6, 2000. Epub 2000/06/06. PubMed PMID: 10839590.

412. Pillay D, Taylor S, Richman DD. Incidence and Impact of Resistance against Approved Antiretroviral Drugs. Reviews in Medical Virology 10(4):231-53, 2000. Epub 2000/07/13. PubMed PMID: 10891871.

413. Precious HM, Gunthard HF, Wong JK, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD, Leigh Brown AJ. Multiple Sites in HIV-1 Reverse Transcriptase Associated with Virological Response to Combination Therapy. AIDS 14(1):31-6, 2000. Epub 2000/03/14. PubMed PMID: 10714565.

414. Richman D and Staszewski S. A Practical Guide to HIV Drug Resistance and its Implications for Antiretroviral Treatment Strategies [monograph, 2nd Edition]. International Medical Press, London; 42 pp, 2000.

415. Richman D. Emergence of Human Immunodeficiency Virus Drug Resistance. In: Emerging Infections 4, edited by Scheld WM, Craig WA, Hughes JM. ASM Press, Washington DC; pp 17-21, 2000.

416. Richman DD. Principles of HIV Resistance Testing and Overview of Assay Performance Characteristics. Antiviral Therapy 5(1):27-31, 2000. Epub 2000/06/10. PubMed PMID: 10846590.

417. Richman DD. Biology of Hepatitis: Similarities to HIV and Implications for Treatment. Topics in HIV Medicine 8: 17-20, 2000.

418. Richman DD. Normal Physiology and HIV Pathophysiology of Human T-Cell Dynamics. The Journal of Clinical Investigation 105(5):565-6, 2000. Epub. doi: 10.1172/JCI9478. PubMed PMID: 10712427.

419. Richman DD. The Impact of Drug Resistance on the Effectiveness of Chemotherapy for Chronic Hepatitis B. Hepatology 32(4 Pt 1):866-7, 2000. Epub 2000/09/26. doi: 10.1053/jhep.2000.18194. PubMed PMID: 11003636.

420. Schacker T, Little S, Connick E, Gebhard-Mitchell K, Zhang ZQ, Krieger J, Pryor J, Havlir D, Wong JK, Richman D, Corey L, Haase AT. Rapid Accumulation of Human Immunodeficiency Virus (HIV) in Lymphatic Tissue Reservoirs During Acute and Early HIV Infection: Implications for Timing of

Antiretroviral Therapy. Journal of Infectious Diseases 181(1):354-7, 2000. Epub 1999/12/23. doi: 10.1086/315178. PubMed PMID: 10608788.

421.   Tighe H, Takabayashi K, Schwartz D, Marsden R, Beck L, Corbeil J, Richman DD, Eiden JJ, Jr., Spiegelberg HL, Raz E. Conjugation of Protein to Immunostimulatory DNA Results in a Rapid, Long-Lasting and Potent Induction of Cell-Mediated and Humoral Immunity. European Journal of Immunology 30(7):1939-47, 2000. Epub 2000/08/15. doi: 10.1002/1521-4141(200007)30. PubMed PMID: 10940883.

422.   Zhou XJ, Havlir DV, Richman DD, Acosta EP, Hirsch M, Collier AC, Tebas P, Sommadossi JP. Plasma Population Pharmacokinetics and Penetration into Cerebrospinal Fluid of Indinavir in Combination with Zidovudine and Lamivudine in HIV-1-Infected Patients. AIDS 14(18):2869-76, 2000. Epub 2001/01/12. PubMed PMID: 11153668.

423.   Clotet B, Menéndez-Arias L, Ruiz L, Tural C, Vandamme A, Burger D, Schapiro J, Boucher C, D'Aquila R, Richman D (editors). Guide to Management of HIV Resistance and Pharmacokinetics of Drug Therapy, Barcelona, Editorial TAISA, S.L., 123 pp, 2000.

424.   Clotet B, Menéndez-Arias L, Ruiz L, Tural C, Vandamme A, Burger D, Schapiro J, Boucher C, D'Aquila R, Richman D (editors). Guía Para el Manejo de las Resistencias al VIH y de la Farmacocinética de los Antirretrovirales, Barcelona, Editorial TAISA, S.L., 123 pp, 2000 (Spanish Edition).

425.   (Writing Committee). The Durban Declaration. Nature 406:15-16, 2000.

426.   Brooun A, Richman DD, Kornbluth RS. HIV-1 Preintegration Complexes Preferentially Integrate into Longer Target DNA Molecules in Solution as Detected by a Sensitive, Polymerase Chain Reaction-Based Integration Assay. Journal of Biological Chemistry 276(50):46946-52, 2001. Epub 2001/10/12. doi: 10.1074/jbc.M108000200. PubMed PMID: 11595745.

427.   Buhler B, Lin YC, Morris G, Olson AJ, Wong CH, Richman DD, Elder JH, Torbett BE. Viral Evolution in Response to the Broad-Based Retroviral Protease Inhibitor TI-3. Journal of Virology 75(19):9502-8, 2001. Epub 2001/09/05. doi: 10.1128/jvi.75.19.9502-9508.2001. PubMed PMID: 11533212; PMCID: PMC114517.

428.   Corbeil J, Sheeter D, Genini D, Rought S, Leoni L, Du P, Ferguson M, Masys DR, Welsh JB, Fink JL, Sasik R, Huang D, Drenkow J, Richman DD, Gingeras T. Temporal Gene Regulation During HIV-1 Infection of Human CD4+ T cells. Genome Research 11(7):1198-204, 2001. Epub 2001/07/04. doi: 10.1101/gr.gr-1802r. PubMed PMID: 11435401; PMCID: PMC311116.

429.   Daar ES, Little S, Pitt J, Santangelo J, Ho P, Harawa N, Kerndt P, Glorgi JV, Bai J, Gaut P, Richman DD, Mandel S, Nichols S. Diagnosis of Primary HIV-1 Infection. Los Angeles County Primary HIV Infection Recruitment Network. Annals of Internal Medicine 134(1):25-9, 2001. Epub 2001/02/24. PubMed PMID: 11187417.

430.   Douek DC, Betts MR, Hill BJ, Little SJ, Lempicki R, Metcalf JA, Casazza J, Yoder C, Adelsberger JW, Stevens RA, Baseler MW, Keiser P, Richman DD, Davey RT, Koup RA. Evidence for Increased T Cell Turnover and Decreased Thymic Output in HIV Infection. Journal of Immunology 167(11):6663-8, 2001. Epub 2001/11/21. doi: 10.4049/jimmunol.167.11.6663. PubMed PMID: 11714838.

431.   Frost SD, Gunthard HF, Wong JK, Havlir D, Richman DD, Leigh Brown AJ. Evidence for Positive Selection Driving the Evolution of HIV-1 Env under Potent Antiviral Therapy. Virology 284(2):250-8, 2001. Epub 2001/06/01. doi: 10.1006/viro.2000.0887. PubMed PMID: 11384224.

432.   Genini D, Sheeter D, Rought S, Zaunders JJ, Susin SA, Kroemer G, Richman DD, Carson DA, Corbeil J, Leoni LM. HIV Induces Lymphocyte Apoptosis by a P53-Initiated, Mitochondrial-Mediated Mechanism. FASEB Journal 15(1):5-6, 2001. Epub 2000/12/02. doi: 10.1096/fj.00-0336fje. PubMed PMID: 11099484.

433.   Gunthard HF, Havlir DV, Fiscus S, Zhang ZQ, Eron J, Mellors J, Gulick R, Frost SD, Brown AJ, Schleif W, Valentine F, Jonas L, Meibohm A, Ignacio CC, Isaacs R, Gamagami R, Emini E, Haase A, Richman DD, Wong JK. Residual Human Immunodeficiency Virus (HIV) Type 1 RNA and DNA in Lymph Nodes and HIV RNA in Genital Secretions and in Cerebrospinal Fluid after Suppression of Viremia for 2 Years. Journal of Infectious Diseases 183(9):1318-27, 2001. Epub 2001/04/11. doi: 10.1086/319864. PubMed PMID: 11294662.

434.   Hale P, Makgoba MW, Merson MH, Quinn TC, Richman DD, Vella S, Wabwire-Mangen F, Wain-Hobson S, Weiss RA. Mission Now Possible for AIDS Fund. Nature 412(6844):271-2, 2001. Epub 2001/07/19. doi: 10.1038/35085650. PubMed PMID: 11460133.

435.   Hale P, Makgoba MW, Merson MH, Quinn TC, Richman DD, Vella S, Wabwire-Mangen F, Wain-Hobson S, Weiss RA. Success Hinges on Support for Treatment. Nature 412(6844):272, 2001. Epub 2001/07/19. doi: 10.1038/35085656. PubMed PMID: 11460135.

436.   Hammond JL, Koontz DL, Bazmi HZ, Beadle JR, Hostetler SE, Kini GD, Aldern KA, Richman DD, Hostetler KY, Mellors JW. Alkylglycerol Prodrugs of Phosphonoformate Are Potent in Vitro Inhibitors of Nucleoside-Resistant Human Immunodeficiency Virus Type 1 and Select for Resistance Mutations that Suppress Zidovudine Resistance. Antimicrobial Agents and Chemotherapy 45(6):1621-8, 2001. Epub 2001/05/17. doi: 10.1128/aac.45.6.1621-1628.2001. PubMed PMID: 11353603; PMCID: PMC90523.

437.   Havlir DV, Bassett R, Levitan D, Gilbert P, Tebas P, Collier AC, Hirsch MS, Ignacio C, Condra J, Gunthard HF, Richman DD, Wong JK. Prevalence and Predictive Value of Intermittent Viremia with Combination Hiv Therapy. JAMA 286(2):171-9, 2001. Epub 2001/07/13. PubMed PMID: 11448280.

438.   Havlir DV, Gilbert PB, Bennett K, Collier AC, Hirsch MS, Tebas P, Adams EM, Wheat LJ, Goodwin D, Schnittman S, Holohan MK, Richman DD. Effects of Treatment Intensification with Hydroxyurea in HIV-Infected Patients with Virologic Suppression. AIDS 15(11):1379-88, 2001. Epub 2001/08/16. PubMed PMID: 11504959.

439.   Horner AA, Datta SK, Takabayashi K, Belyakov IM, Hayashi T, Cinman N, Nguyen MD, Van Uden JH, Berzofsky JA, Richman DD, Raz E. Immunostimulatory DNA-Based Vaccines Elicit Multifaceted Immune Responses against HIV at Systemic and Mucosal Sites. Journal of Immunology 167(3):1584-91, 2001. Epub 2001/07/24. doi: 10.4049/jimmunol.167.3.1584. PubMed PMID: 11466380.

440.   Huang W, De Gruttola V, Fischl M, Hammer S, Richman D, Havlir D, Gulick R, Squires K, Mellors J. Patterns of Plasma Human Immunodeficiency Virus Type 1 RNA Response to Antiretroviral Therapy. Journal of Infectious Diseases 183(10):1455-65, 2001. Epub 2001/04/25. doi: 10.1086/320192. PubMed PMID: 11319681.

441. Kemper CA, Witt MD, Keiser PH, Dube MP, Forthal DN, Leibowitz M, Smith DS, Rigby A, Hellmann NS, Lie YS, Leedom J, Richman D, McCutchan JA, Haubrich R. Sequencing of Protease Inhibitor Therapy: Insights from an Analysis of HIV Phenotypic Resistance in Patients Failing Protease Inhibitors. AIDS 15(5):609-15, 2001. Epub 2001/04/24. PubMed PMID: 11316998.

442. Richman DD. Antiretroviral Activity of Emtricitabine, a Potent Nucleoside Reverse Transcriptase Inhibitor. Antiviral Therapy 6(2):83-8, 2001. Epub 2001/08/09. PubMed PMID: 11491420.

443. Richman DD. Mechanisms, Emergence, and Epidemiology of Resistance in the Nucleoside-Experienced HIV-Infected Population. The AIDS Reader International Supplement: S13-S20, 2001.

444. Schacker T, Little S, Connick E, Gebhard K, Zhang ZQ, Krieger J, Pryor J, Havlir D, Wong JK, Schooley RT, Richman D, Corey L, Haase AT. Productive Infection of T cells in Lymphoid Tissues During Primary and Early Human Immunodeficiency Virus Infection. Journal of Infectious Diseases 183(4):555-62, 2001. Epub 2001/02/15. doi: 10.1086/318524. PubMed PMID: 11170980.

445. Stuyver LJ, Locarnini SA, Lok A, Richman DD, Carman WF, Dienstag JL, Schinazi RF. Nomenclature for Antiviral-Resistant Human Hepatitis B Virus Mutations in the Polymerase Region. Hepatology 33(3):751-7, 2001. Epub 2001/03/07. doi: 10.1053/jhep.2001.22166. PubMed PMID: 11230757.

446. Casimiro DR, Tang A, Perry HC, Long RS, Chen M, Heidecker GJ, Davies ME, Freed DC, Persaud NV, Dubey S, Smith JG, Havlir D, Richman D, Chastain MA, Simon AJ, Fu TM, Emini EA, Shiver JW. Vaccine-Induced Immune Responses in Rodents and Nonhuman Primates by Use of a Humanized Human Immunodeficiency Virus Type 1 Pol Gene. Journal of Virology 76(1):185-94, 2002. Epub 2001/12/12. doi: 10.1128/jvi.76.1.185-194.2002. PubMed PMID: 11739684; PMCID: PMC135696.

447. Clotet B, Menéndez-Arias L, Ruiz L, Tural C, Brun-Vezinet F, Loveday C, Burger D, Schapiro J, Boucher C, D'Aquila R, Richman D (editors). Guide to Management of HIV Resistance and Pharmacokinetics of Drug Therapy (Second edition). Barcelona. Editorial TAISA, S.L. 268 pp, 2002.

448. Appay V, Dunbar PR, Callan M, Klenerman P, Gillespie GM, Papagno L, Ogg GS, King A, Lechner F, Spina CA, Little S, Havlir DV, Richman DD, Gruener N, Pape G, Waters A, Easterbrook P, Salio M, Cerundolo V, McMichael AJ, Rowland-Jones SL. Memory CD8+ T cells Vary in Differentiation Phenotype in Different Persistent Virus Infections. Nature Medicine 8(4):379-85, 2002. Epub 2002/04/03. doi: 10.1038/nm0402-379. PubMed PMID: 11927944.

449. Appay V, Hansasuta P, Sutton J, Schrier RD, Wong JK, Furtado M, Havlir DV, Wolinsky SM, McMichael AJ, Richman DD, Rowland-Jones SL, Spina CA. Persistent HIV-1-Specific Cellular Responses Despite Prolonged Therapeutic Viral Suppression. AIDS 16(2):161-70, 2002. Epub 2002/01/25. PubMed PMID: 11807299.

450. Appay V, Papagno L, Spina CA, Hansasuta P, King A, Jones L, Ogg GS, Little S, McMichael AJ, Richman DD, Rowland-Jones SL. Dynamics of T Cell Responses in HIV Infection. Journal of Immunology 168(7):3660-6, 2002. Epub 2002/03/22. PubMed PMID: 11907132.

451. Bennett KK, DeGruttola VG, Marschner IC, Havlir DV, Richman DD. Baseline Predictors of CD4 T-Lymphocyte Recovery with Combination Antiretroviral Therapy. Journal of Acquired Immune Deficiency Syndromes 31(1):20-6, 2002. Epub 2002/09/28. PubMed PMID: 12352146.

452.   D'Aquila RT, Schapiro JM, Brun-Vezinet F, Clotet B, Conway B, Demeter LM, Grant RM, Johnson VA, Kuritzkes DR, Loveday C, Shafer RW, Richman DD. Drug Resistance Mutations in HIV-1. Topics in HIV Medicine 10(5):21-5, 2002. Epub 2003/04/30. PubMed PMID: 12717052.

453.   Deeks SG, Wagner B, Anton PA, Mitsuyasu RT, Scadden DT, Huang C, Macken C, Richman DD, Christopherson C, June CH, Lazar R, Broad DF, Jalali S, Hege KM. A Phase II Randomized Study of HIV-Specific T-Cell Gene Therapy in Subjects with Undetectable Plasma Viremia on Combination Antiretroviral Therapy. Molecular Therapy 5(6):788-97, 2002. Epub 2002/05/25. doi: 10.1006/mthe.2002.0611. PubMed PMID: 12027564.

454.   Estaquier J, Lelievre JD, Petit F, Brunner T, Moutouh-De Parseval L, Richman DD, Ameisen JC, Corbeil J. Effects of Antiretroviral Drugs on Human Immunodeficiency Virus Type 1-Induced CD4(+) T-Cell Death. Journal of Virology 76(12):5966-73, 2002. Epub 2002/05/22. PubMed PMID: 12021329; PMCID: PMC136220.

455.   Guatelli JC, Siliciano RF, Kuritzkes DR, Richman DD, Human Immunodeficiency Virus. In: Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden, FG. ASM Press, Washington: 2nd Edition, pp 685-730, 2002.

456.   Haubrich RH, Kemper CA, Hellmann NS, Keiser PH, Witt MD, Forthal DN, Leedom J, Leibowitz M, Whitcomb JM, Richman D, McCutchan JA. The Clinical Relevance of Non-Nucleoside Reverse Transcriptase Inhibitor Hypersusceptibility: A Prospective Cohort Analysis. AIDS 16(15):F33-40, 2002. Epub 2002/10/09. PubMed PMID: 12370520.

457.   Little SJ, Holte S, Routy JP, Daar ES, Markowitz M, Collier AC, Koup RA, Mellors JW, Connick E, Conway B, Kilby M, Wang L, Whitcomb JM, Hellmann NS, Richman DD. Antiretroviral-Drug Resistance among Patients Recently Infected with HIV. New England Journal of Medicine 347(6):385-94, 2002. Epub 2002/08/09. doi: 10.1056/NEJMoa013552. PubMed PMID: 12167680.

458.   Pollard RB, Tierney C, Havlir D, Tebas P, Fox L, Smeaton L, Richman D, Friedland GH. A Phase II Randomized Study of the Virologic and Immunologic Effect of Zidovudine + Stavudine Versus Stavudine Alone and Zidovudine + Lamivudine in Patients with >300 CD4 Cells Who Were Antiretroviral Naive (Actg 298). AIDS Research and Human Retroviruses 18(10):699-704, 2002. Epub 2002/08/09. doi: 10.1089/088922202760072311. PubMed PMID: 12167276.

459.   Richman DD, Whitley RJ, Hayden FG. Introduction. In: Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden, FG. ASM Press, Washington; 2nd Edition, pp 1-4, 2002.

460.   Richman DD. Limitations of Current Therapies for HIV-1 infection. In: Chemokine Receptors and AIDS. Edited by O'Brien TR. Marcel Dekker, New York; pp. 189-201. 2002.

461.   Strain MC, Richman DD, Wong JK, Levine H. Spatiotemporal Dynamics of HIV Propagation. Journal of Theoretical Biology 218(1):85-96, 2002. Epub 2002/09/26. PubMed PMID: 12297072.

462.   Uckun FM, Pendergrass S, Venkatachalam TK, Qazi S, Richman D. Stampidine Is a Potent Inhibitor of Zidovudine- and Nucleoside Analog Reverse Transcriptase Inhibitor-Resistant Primary Clinical Human Immunodeficiency Virus Type 1 Isolates with Thymidine Analog Mutations. Antimicrobial Agents and Chemotherapy 46(11):3613-6, 2002. Epub 2002/10/18. PubMed PMID: 12384373; PMCID: PMC128707.

463. Yeni PG, Hammer SM, Carpenter CC, Cooper DA, Fischl MA, Gatell JM, Gazzard BG, Hirsch MS, Jacobsen DM, Katzenstein DA, Montaner JS, Richman DD, Saag MS, Schechter M, Schooley RT, Thompson MA, Vella S, Volberding PA. Antiretroviral Treatment for Adult HIV Infection in 2002: Updated Recommendations of the International AIDS Society-USA Panel. JAMA 288(2):222-35, 2002. Epub 2002/07/04. PubMed PMID: 12095387.

464. Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden FG. ASM Press, Washington. 2nd Edition, 1262 pp., 2002.

465. Ali A, Pillai S, Ng H, Lubong R, Richman DD, Jamieson BD, Ding Y, McElrath MJ, Guatelli JC, Yang OO. Broadly Increased Sensitivity to Cytotoxic T Lymphocytes Resulting from Nef Epitope Escape Mutations. Journal of Immunology 171(8):3999-4005, 2003. Epub 2003/10/08. PubMed PMID: 14530319.

466. Anton PA, Mitsuyasu RT, Deeks SG, Scadden DT, Wagner B, Huang C, Macken C, Richman DD, Christopherson C, Borellini F, Lazar R, Hege KM. Multiple Measures of HIV Burden in Blood and Tissue Are Correlated with Each Other but Not with Clinical Parameters in Aviremic Subjects. AIDS 17(1):53-63, 2003. Epub 2002/12/13. PubMed PMID: 12478069.

467. Gallant JE, Gerondelis PZ, Wainberg MA, Shulman NS, Haubrich RH, St Clair M, Lanier ER, Hellmann NS, Richman DD. Nucleoside and Nucleotide Analogue Reverse Transcriptase Inhibitors: A Clinical Review of Antiretroviral Resistance. Antiviral Therapy 8(6):489-506, 2003. Epub 2004/02/06. PubMed PMID: 14760883.

468. Gulick RM, Meibohm A, Havlir D, Eron JJ, Mosley A, Chodakewitz JA, Isaacs R, Gonzalez C, McMahon D, Richman DD, Robertson M, Mellors JW. Six-Year Follow-up of HIV-1-Infected Adults in a Clinical Trial of Antiretroviral Therapy with Indinavir, Zidovudine, and Lamivudine. AIDS 17(16):2345-9, 2003. Epub 2003/10/23. doi: 10.1097/01.aids.0000076346.42412.97. PubMed PMID: 14571186.

469. Haas DW, Wilkinson GR, Kuritzkes DR, Richman DD, Nicotera J, Mahon LF, Sutcliffe C, Siminski S, Andersen J, Coughlin K, Clayton EW, Haines J, Marshak A, Saag M, Lawrence J, Gustavson J, Anne Bennett J, Christensen R, Matula MA, Wood AJ. A Multi-Investigator/Institutional DNA Bank for AIDS-Related Human Genetic Studies: AACTG Protocol A5128. HIV Clinical Trials 4(5):287-300, 2003. Epub 2003/10/30. doi: 10.1310/muqc-qxbc-8118-bpm5. PubMed PMID: 14583845.

470. Hirsch MS, Brun-Vezinet F, Clotet B, Conway B, Kuritzkes DR, D'Aquila RT, Demeter LM, Hammer SM, Johnson VA, Loveday C, Mellors JW, Jacobsen DM, Richman DD. Antiretroviral Drug Resistance Testing in Adults Infected with Human Immunodeficiency Virus Type 1: 2003 Recommendations of an International AIDS Society-USA Panel. Clinical Infectious Diseases 37(1):113-28, 2003. Epub 2003/06/28. doi: 10.1086/375597. PubMed PMID: 12830416.

471. Hirsch MS, Brun-Vezinet F, Clotet B, Conway B, Kuritzkes DR, D'Aquila RT, Demeter LM, Hammer SM, Johnson VA, Loveday C, Mellors JW, Richman DD. Questions to and Answers from the International AIDS Society-USA Resistance Testing Guidelines Panel. Topics in HIV Medicine 11(4):150-4, 2003. Epub 2003/07/24. PubMed PMID: 12876334.

472. Human Immunodeficiency Virus. Richman DD (Editor). International Medical Press, London; 2003.

473. Johnson VA, Brun-Vezinet F, Clotet B, Conway B, D'Aquila RT, Demeter LM, Kuritzkes DR, Pillay D, Schapiro JM, Telenti A, Richman DD. Drug Resistance Mutations in HIV-1. Topics in HIV Medicine 11(6):215-21, 2003. Epub 2004/01/16. PubMed PMID: 14724329.

474. Koelsch KK, Smith DM, Little SJ, Ignacio CC, Macaranas TR, Brown AJ, Petropoulos CJ, Richman DD, Wong JK. Clade B HIV-1 Superinfection with Wild-Type Virus after Primary Infection with Drug-Resistant Clade B Virus. AIDS 17(7):F11-6, 2003. Epub 2003/04/18. doi: 10.1097/01.aids.0000060361.78202.4c. PubMed PMID: 12700477.

475. Leigh Brown AJ, Frost SD, Mathews WC, Dawson K, Hellmann NS, Daar ES, Richman DD, Little SJ. Transmission Fitness of Drug-Resistant Human Immunodeficiency Virus and the Prevalence of Resistance in the Antiretroviral-Treated Population. Journal of Infectious Diseases 187(4):683-6, 2003. Epub 2003/02/25. doi: 10.1086/367989. PubMed PMID: 12599087.

476. Pillai S, Good B, Richman D, Corbeil J. A New Perspective on V3 Phenotype Prediction. AIDS Research and Human Retroviruses 19(2):145-9, 2003. Epub 2003/03/20. doi: 10.1089/088922203762688658. PubMed PMID: 12643277.

477. Richman D. Rapid Evolution of the Neutralizing Antibody Response to Human Immunodeficiency Virus Type 1 Infection and Viral Escape. In: Retroviruses of Human AIDS and Related Animal Diseases (From the XIIIth Cent Gardes Symposium, Annecy, France, Oct 27-29, 2002). Edited by Girard M, Vicari M, Dodet B. Elsevier Editions Scientifiques, Paris; pp. 65-66, 2003.

478. Richman DD, Wrin T, Little SJ, Petropoulos CJ. Rapid Evolution of the Neutralizing Antibody Response to HIV Type 1 Infection. Proceedings of the National Academy of Sciences of the United States of America 100(7):4144-9, 2003. Epub 2003/03/20. doi: 10.1073/pnas.0630530100. PubMed PMID: 12644702; PMCID: PMC153062.

479. Strain MC, Gunthard HF, Havlir DV, Ignacio CC, Smith DM, Leigh-Brown AJ, Macaranas TR, Lam RY, Daly OA, Fischer M, Opravil M, Levine H, Bacheler L, Spina CA, Richman DD, Wong JK. Heterogeneous Clearance Rates of Long-Lived Lymphocytes Infected with HIV: Intrinsic Stability Predicts Lifelong Persistence. Proceedings of the National Academy of Sciences of the United States of America 100(8):4819-24, 2003. Epub 2003/04/10. doi: 10.1073/pnas.0736332100. PubMed PMID: 12684537; PMCID: PMC153639.

480. Wong JK, Smith D, Richman D. HIV Drug Susceptibility Testing in AIDS and Other Manifestations of HIV Infection, Fourth Edition. Wormser GP (editor). Elsevier Science, St. Louis; pp 869-889, 2003.

481. Zaunders JJ, Moutouh-de Parseval L, Kitada S, Reed JC, Rought S, Genini D, Leoni L, Kelleher A, Cooper DA, Smith DE, Grey P, Estaquier J, Little S, Richman DD, Corbeil J. Polyclonal proliferation and apoptosis of CCR5+ T lymphocytes during primary human immunodeficiency virus type 1 infection: Regulation by interleukin (IL)-2, IL-15, and Bcl-2. Journal of Infectious Diseases 187 (11):1735-47, 2003. Epub 2003/05/17, PubMed PMID: 12751031.

482. Clotet B, Menéndez-Arias L, Ruiz L, Tural C, Brun-Vezinet F, Loveday C, Burger D, Schapiro J, Boucher C, D'Aquila R, Richman D (editors). Guide to Management of HIV Resistance and Pharmacokinetics of Drug Therapy (Third Edition), Fundació de Lluita contra la SIDA, Badalona, Catalonia, Spain; 325 pp, 2003.

483. Richman DD. Rapid Evolution of the Neutralizing Antibody Response to Human Immunodeficiency Virus Type 1 Infection and Viral Escape. In: Retroviruses of Human AIDS and Related Animal Diseases. (From the XIIIth Cent Gardes Symposium, Annecy, France, Oct 27-29, 2003). Edited by Girard M, Vicarri M, Dodet B. Elsevier Editions Scientifiques, Paris; pp 65-66, 2003.

484. Burton DR, Desrosiers RC, Doms RW, Feinberg MB, Gallo RC, Hahn B, Hoxie JA, Hunter E, Korber B, Landay A, Lederman MM, Lieberman J, McCune JM, Moore JP, Nathanson N, Picker L, Richman D, Rinaldo C, Stevenson M, Watkins DI, Wolinsky SM, Zack JA. Public Health. A Sound Rationale Needed for Phase III HIV-1 Vaccine Trials. Science 303(5656):316, 2004. Epub 2004/01/17. doi: 10.1126/science.1094620. PubMed PMID: 14726576.

485. Burton DR, Desrosiers RC, DomsRW, Feinberg MB, Gallo RC, Hahn B, Hoxie JA, Hunter E, KorberBTM, Landay AL, Lederman MM, Lieberman J, McCune JM, Moore JP, Nathanson N, Picker L, Richman DD, Rinaldo CR, Stevenson M, Watkins DI, Wolinsky SM, Zack JA. Support for the RV144 HIV Vaccine Trial. Science 305 (5681):177-80, 2004 (author reply). Epub 2004/07/14, PubMed PMID: 15250069.

486. Dong T, Stewart-Jones G, Chen N, Easterbrook P, Xu X, Papagno L, Appay V, Weekes M, Conlon C, Spina C, Little S, Screaton G, van der Merwe A, Richman DD, McMichael AJ, Jones EY, Rowland-Jones SL. HIV-Specific Cytotoxic T cells from Long-Term Survivors Select a Unique T Cell Receptor. Journal of Experimental Medicine 200(12):1547-57, 2004. Epub 2004/12/15. doi: 10.1084/jem.20032044. PubMed PMID: 15596521; PMCID: PMC2212004.

487. Institute of Medicine Committee for Examining the Probable Consequences of Alternative Patterns of Widespread Antiretroviral Drug Use in Resource-Constrained Settings (Curran J, Debas H, Benatar S, Blower S, Jackson JB, Kombe G, Mugyenyi P, Padayachee N, Padian N, Reddy P, Richman D, Walker B). Scaling up Treatment for the Global AIDS Pandemic: Challenges and Opportunities. Curran J, Debas H, Arya M, KelleyP, Knobler S, Pray L (Editors). The National Academies Press, Washington, DC; 325 pp, 2004.

488. Johnson VA, Brun-Vezinet F, Clotet B, Conway B, D'Aquila RT, Demeter LM, Kuritzkes DR, Pillay D, Schapiro JM, Telenti A, Richman DD. Update of the Drug Resistance Mutations in HIV-1: 2004. Topics in HIV Medicine 12(4):119-24, 2004. Epub 2004/11/02. PubMed PMID: 15516709.

489. Leigh Brown AJ, Frost SD, Good B, Daar ES, Simon V, Markowitz M, Collier AC, Connick E, Conway B, Margolick JB, Routy JP, Corbeil J, Hellmann NS, Richman DD, Little SJ. Genetic Basis of Hypersusceptibility to Protease Inhibitors and Low Replicative Capacity of Human Immunodeficiency Virus Type 1 Strains in Primary Infection. Journal of Virology 78(5):2242-6, 2004. Epub 2004/02/14. PubMed PMID: 14963120; PMCID: PMC369210.

490. Papagno L, Spina CA, Marchant A, Salio M, Rufer N, Little S, Dong T, Chesney G, Waters A, Easterbrook P, Dunbar PR, Shepherd D, Cerundolo V, Emery V, Griffiths P, Conlon C, McMichael AJ, Richman DD, Rowland-Jones SL, Appay V. Immune Activation and CD8+ T-Cell Differentiation Towards Senescence in HIV-1 Infection. PLoS Biology 2(2):E20, 2004. Epub 2004/02/18. doi: 10.1371/journal.pbio.0020020. PubMed PMID: 14966528; PMCID: PMC340937.

491. Richman DD, Little SJ, Smith DM, Wrin T, Petropoulos C, Wong JK. HIV Evolution and Escape. Transactions of the American Clinical and Climatological Association 115:289-303, 2004. Epub 2006/10/25. PubMed PMID: 17060974; PMCID: PMC2263778.

492. Richman DD, Morton SC, Wrin T, Hellmann N, Berry S, Shapiro MF, Bozzette SA. The Prevalence of Antiretroviral Drug Resistance in the United States. AIDS 18(10):1393-401, 2004. Epub 2004/06/17. PubMed PMID: 15199315.

493.    Richman DD. Benefits and Limitations of Testing for Resistance to HIV Drugs. Journal of Antimicrobial Chemotherapy 53(4):555-7, 2004. Epub 2004/03/12. doi: 10.1093/jac/dkh157. PubMed PMID: 15014064.

494.    Smith DM, Kingery JD, Wong JK, Ignacio CC, Richman DD, Little SJ. The Prostate as a Reservoir for HIV-1. AIDS 18(11):1600-2, 2004. Epub 2004/07/09. PubMed PMID: 15238781.

495.    Smith DM, Wong JK, Hightower GK, Ignacio CC, Koelsch KK, Daar ES, Richman DD, Little SJ. Incidence of HIV Superinfection Following Primary Infection. JAMA 292(10):1177-8, 2004. Epub 2004/09/09. doi: 10.1001/jama.292.10.1177. PubMed PMID: 15353529.

496.    Woelk CH, Ottones F, Plotkin CR, Du P, Royer CD, Rought SE, Lozach J, Sasik R, Kornbluth RS, Richman DD, Corbeil J. Interferon Gene Expression Following HIV Type 1 Infection of Monocyte-Derived Macrophages. AIDS Research and Human Retroviruses 20(11):1210-22, 2004. Epub 2004/12/14. doi: 10.1089/aid.2004.20.1210. PubMed PMID: 15588343.

497.    Yeni PG, Hammer SM, Hirsch MS, Saag MS, Schechter M, Carpenter CC, Fischl MA, Gatell JM, Gazzard BG, Jacobsen DM, Katzenstein DA, Montaner JS, Richman DD, Schooley RT, Thompson MA, Vella S, Volberding PA. Treatment for Adult HIV Infection: 2004 Recommendations of the International AIDS Society-USA Panel. JAMA 292(2):251-65, 2004. Epub 2004/07/14. doi: 10.1001/jama.292.2.251. PubMed PMID: 15249575.

498.    Yu Q, Konig R, Pillai S, Chiles K, Kearney M, Palmer S, Richman D, Coffin JM, Landau NR. Single-Strand Specificity of APOBEC3G Accounts for Minus-Strand Deamination of the HIV Genome. Nature Structural & Molecular Biology 11(5):435-42, 2004. Epub 2004/04/21. doi: 10.1038/nsmb758. PubMed PMID: 15098018.

499.    Clotet B, Menéndez-Arias L, Schapiro J, Ruiz L, Kuritzkes D, Burger D, Tural C, Brun-Vezinet F, Loveday C, Boucher C, D'Aquila R, Richman D (Editors). Guide to Management of HIV Drug Resistance, Antiretrovirals, Pharmacokinetics and Viral Hepatitis in HIV Infected Subjects (Fourth edition). Fundació de Lluita contra la SIDA. Badalona, Catalonia, Spain; 392 pp, 2004.

500.    Boucher C, Larder B, Mellors J, Richman D. The XIVth International HIV Drug Resistance Workshop, Quebec City, Canada, June 2005. Antiviral Therapy 11(5):653-65, 2006. Epub 2006/09/13. PubMed PMID: 16964836.

501.    Clotet B, Menéndez-Arias L, Schapiro J, Ruiz L, Kuritzkes D, Burger D, Tural C, Brun-Vezinet F, Loveday C, Boucher C, D'Aquila R, Richman D, Torriani F, Shafer R, De Luca A. (editors). Guide to Management of HIV Drug Resistance, Antiretrovirals, Pharmacokinetics and Viral Hepatitis in HIV Infected Subjects (Fifth edition). Fundació de Lluita contra la SIDA. Badalona, Catalonia, Spain: 430 pp, 2005.

502.    Crooks ET, Moore PL, Richman D, Robinson J, Crooks JA, Franti M, Schulke N, Binley JM. Characterizing Anti-HIV Monoclonal Antibodies and Immune Sera by Defining the Mechanism of Neutralization. Human Antibodies 14(3-4):101-13, 2005. Epub 2006/05/25. PubMed PMID: 16720980; PMCID: PMC2630880.

503.    Frost SD, Wrin T, Smith DM, Kosakovsky Pond SL, Liu Y, Paxinos E, Chappey C, Galovich J, Beauchaine J, Petropoulos CJ, Little SJ, Richman DD. Neutralizing Antibody Responses Drive the Evolution of Human Immunodeficiency Virus Type 1 Envelope During Recent HIV Infection. Proceedings of the National Academy of Sciences of the United States of America 102(51):18514-9,

2005. Epub 2005/12/13. doi: 10.1073/pnas.0504658102. PubMed PMID: 16339909; PMCID: PMC1310509.

504.    Frost SD, Liu Y, Pond SL, Chappey C, Wrin T, Petropoulos CJ, Little SJ, Richman DD. Characterization of Human Immunodeficiency Virus Type 1 (HIV-1) Envelope Variation and Neutralizing Antibody Responses During Transmission of HIV-1 Subtype B. Journal of Virology 79(10):6523-7, 2005. Epub 2005/04/29. doi: 10.1128/jvi.79.10.6523-6527.2005. PubMed PMID: 15858036; PMCID: PMC1091710.

505.    Haubrich RH, Kemper CA, Hellmann NS, Keiser PH, Witt MD, Tilles JG, Forthal DN, Leedom J, Leibowitz M, McCutchan JA, Richman DD. A Randomized, Prospective Study of Phenotype Susceptibility Testing Versus Standard of Care to Manage Antiretroviral Therapy: CCTG 575. AIDS 19(3):295-302, 2005. Epub 2005/02/19. PubMed PMID: 15718840.

506.    Johnson VA, Brun-Vezinet F, Clotet B, Conway B, Kuritzkes DR, Pillay D, Schapiro JM, Telenti A, Richman DD. Update of the Drug Resistance Mutations in HIV-1: Fall 2005. Topics in HIV Medicine 13(4):125-31, 2005. Epub 2005/11/24. PubMed PMID: 16304457.

507.    Lehrman G, Hogue IB, Palmer S, Jennings C, Spina CA, Wiegand A, Landay AL, Coombs RW, Richman DD, Mellors JW, Coffin JM, Bosch RJ, Margolis DM. Depletion of Latent HIV-1 Infection in Vivo: A Proof-of-Concept Study. Lancet 366(9485):549-55, 2005. Epub 2005/08/16. doi: 10.1016/s0140-6736(05)67098-5. PubMed PMID: 16099290; PMCID: PMC1894952.

508.    Pillai SK, Good B, Pond SK, Wong JK, Strain MC, Richman DD, Smith DM. Semen-Specific Genetic Characteristics of Human Immunodeficiency Virus Type 1 Env. Journal of Virology 79(3):1734-42, 2005. Epub 2005/01/15. doi: 10.1128/jvi.79.3.1734-1742.2005. PubMed PMID: 15650198; PMCID: PMC544119.

509.    Pillai SK, Kosakovsky Pond SL, Woelk CH, Richman DD, Smith DM. Codon Volatility Does Not Reflect Selective Pressure on the HIV-1 Genome. Virology 336(2):137-43, 2005. Epub 2005/05/17. doi: 10.1016/j.virol.2005.03.014. PubMed PMID: 15892955.

510.    Smith DM, Richman DD, Little SJ. HIV Superinfection. Journal of Infectious Diseases 192(3):438-44, 2005. Epub 2005/07/05. doi: 10.1086/431682. PubMed PMID: 15995957.

511.    Smith DM, Wong JK, Hightower GK, Ignacio CC, Koelsch KK, Petropoulos CJ, Richman DD, Little SJ. HIV Drug Resistance Acquired through Superinfection. AIDS 19(12):1251-6, 2005. Epub 2005/07/30. PubMed PMID: 16052079.

512.    Strain MC, Letendre S, Pillai SK, Russell T, Ignacio CC, Gunthard HF, Good B, Smith DM, Wolinsky SM, Furtado M, Marquie-Beck J, Durelle J, Grant I, Richman DD, Marcotte T, McCutchan JA, Ellis RJ, Wong JK. Genetic Composition of Human Immunodeficiency Virus Type 1 in Cerebrospinal Fluid and Blood without Treatment and During Failing Antiretroviral Therapy. Journal of Virology 79(3):1772-88, 2005. Epub 2005/01/15. doi: 10.1128/jvi.79.3.1772-1788.2005. PubMed PMID: 15650202; PMCID: PMC544082.

513.    Strain MC, Little SJ, Daar ES, Havlir DV, Gunthard HF, Lam RY, Daly OA, Nguyen J, Ignacio CC, Spina CA, Richman DD, Wong JK. Effect of Treatment, During Primary Infection, on Establishment and Clearance of Cellular Reservoirs of HIV-1. Journal of Infectious Diseases 191(9):1410-8, 2005. Epub 2005/04/06. doi: 10.1086/428777. PubMed PMID: 15809898.

514. Yang OO, Daar ES, Jamieson BD, Balamurugan A, Smith DM, Pitt JA, Petropoulos CJ, Richman DD, Little SJ, Brown AJ. Human Immunodeficiency Virus Type 1 Clade B Superinfection: Evidence for Differential Immune Containment of Distinct Clade B Strains. Journal of Virology 79(2):860-8, 2005. Epub 2004/12/23. doi: 10.1128/jvi.79.2.860-868.2005. PubMed PMID: 15613314; PMCID: PMC538553.

515. Zolopa AR, Lazzeroni LC, Rinehart A, Vezinet FB, Clavel F, Collier A, Conway B, Gulick RM, Holodniy M, Perno CF, Shafer RW, Richman DD, Wainberg MA, Kuritzkes DR. Accuracy, Precision, and Consistency of Expert HIV Type 1 Genotype Interpretation: An International Comparison (the GUESS Study). Clinical Infectious Diseases 41(1):92-9, 2005. Epub 2005/06/07. doi: 10.1086/430706. PubMed PMID: 15937768.

516. Clotet B, Menéndez-Arias L, Schapiro J, Ruiz L, Kuritzkes D, Burger D, Tural C, Brun-Vezinet F, Loveday C, Boucher C, D'Aquila R, Richman D, Torriani F, Shafer R, De Luca A. (redactores). Guía a la Gerencia de la Resistencia de la Droga del VIH, Antiretrovirals, Los Pharmacokinetics y la Hepatitis Viral en el VIH Infectaron a Temas (la quinto edición). Fundació de Lluita Contra el la SIDA, Badalona, Cataluña, España; 430 pp, 2005.

517. Clotet B, Menéndez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. Guide to Management of HIV Drug Resistance, Antiretrovirals Pharmacokinetics and Viral Hepatitis in HIV Infected Subjects. 6th Edition. 1-440, 2006.

518. Clotet B, Menéndez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. Guía a la Gerencia de la Resistencia de la Droga del VIH, Pharmacokinetics de Antiretrovirals y Hepatitis Viral en Temas Infectados VIH. 6to Edición. 1-440, 2006.

519. Daar ES, Richman DD. Confronting the Emergence of Drug-Resistant HIV Type 1: Impact of Antiretroviral Therapy on Individual and Population Resistance. AIDS Research and Human Retroviruses 21(5):343-57, 2005. Epub 2005/06/03. doi: 10.1089/aid.2005.21.343. PubMed PMID: 15929696.

520. Day JR, Martinez LE, Sasik R, Hitchin DL, Dueck ME, Richman DD, Guatelli JC. A Computer-Based, Image-Analysis Method to Quantify HIV-1 Infection in a Single-Cycle Infectious Center Assay. Journal of Virological Methods 137(1):125-33, 2006. Epub 2006/08/01. doi: 10.1016/j.jviromet.2006.06.019. PubMed PMID: 16876264.

521. Hammer SM, Saag MS, Schechter M, Montaner JS, Schooley RT, Jacobsen DM, Thompson MA, Carpenter CC, Fischl MA, Gazzard BG, Gatell JM, Hirsch MS, Katzenstein DA, Richman DD, Vella S, Yeni PG, Volberding PA. Treatment for Adult HIV Infection: 2006 Recommendations of the International AIDS Society--USA Panel. Topics in HIV Medicine 14(3):827-43, 2006. Epub 2006/10/05. PubMed PMID: 17016878.

522. Pond SL, Frost SD, Grossman Z, Gravenor MB, Richman DD, Brown AJ. Adaptation to Different Human Populations by HIV-1 Revealed by Codon-Based Analyses. PLoS Computational Biology 2(6):e62, 2006. Epub 2006/06/23. doi: 10.1371/journal.pcbi.0020062. PubMed PMID: 16789820; PMCID: PMC1480537.

523. Kumar S, Choi WT, Dong CZ, Madani N, Tian S, Liu D, Wang Y, Pesavento J, Wang J, Fan X, Yuan J, Fritzsche WR, An J, Sodroski JG, Richman DD, Huang Z. Smm-Chemokines: A Class of Unnatural Synthetic Molecules as Chemical Probes of Chemokine Receptor Biology and Leads for Therapeutic

Development. Chemistry and Biology 13(1):69-79, 2006. Epub 2006/01/24. doi: 10.1016/j.chembiol.2005.10.012. PubMed PMID: 16426973.

524.  Pillai SK, Pond SL, Liu Y, Good BM, Strain MC, Ellis RJ, Letendre S, Smith DM, Gunthard HF, Grant I, Marcotte TD, McCutchan JA, Richman DD, Wong JK. Genetic Attributes of Cerebrospinal Fluid-Derived HIV-1 Env. Brain 129(Pt 7):1872-83, 2006. Epub 2006/06/01. doi: 10.1093/brain/awl136. PubMed PMID: 16735456.

525.  Richman DD. Antiviral Drug Resistance. Antiviral Research 71(2-3):117-21, 2006. Epub 2006/04/20. doi: 10.1016/j.antiviral.2006.03.004. PubMed PMID: 16621040.

526.  Smith DM, Strain MC, Frost SD, Pillai SK, Wong JK, Wrin T, Liu Y, Petropolous CJ, Daar ES, Little SJ, Richman DD. Lack of Neutralizing Antibody Response to HIV-1 Predisposes to Superinfection. Virology 355(1):1-5, 2006. Epub 2006/09/12. doi: 10.1016/j.virol.2006.08.009. PubMed PMID: 16962152.

527.  Yuste E, Sanford HB, Carmody J, Bixby J, Little S, Zwick MB, Greenough T, Burton DR, Richman DD, Desrosiers RC, Johnson WE. Simian Immunodeficiency Virus Engrafted with Human Immunodeficiency Virus Type 1 (HIV-1)-Specific Epitopes: Replication, Neutralization, and Survey of HIV-1-Positive Plasma. Journal of Virology 80(6):3030-41, 2006. Epub 2006/02/28. doi: 10.1128/jvi.80.6.3030-3041.2006. PubMed PMID: 16501112; PMCID: PMC1395451.

528.  Ahuja SK, Aiuti F, Berkhout B, Biberfeld P, Burton DR, Colizzi V, Deeks SG, Desrosiers RC, Dierich MP, Doms RW, Emerman M, Gallo RC, Girard M, Greene WC, Hoxie JA, Hunter E, Klein G, Korber B, Kuritzkes DR, Lederman MM, Malim MH, Marx PA, McCune JM, McMichael A, Miller C, Miller V, Montagnier L, Montefiori DC, Moore JP, Nixon DF, Overbaugh J, Pauza CD, Richman DD, Saag MS, Sattentau Q, Schooley RT, Shattock R, Shaw GM, Stevenson M, Trkola A, Wainberg MA, Weiss RA, Wolinsky S, Zack JA. A Plea for Justice for Jailed Medical Workers. Science 314(5801):924-5, 2006. Epub 2006/10/26. doi: 10.1126/science.1136578. PubMed PMID: 17062652.

529.  Choi W-T, Kumaki Y, Kumar K, An J, Richman DD, Sodroski JG, Huang Z. Basic and translational research of chemokine ligands and receptors and development of novel therapeutics. Drug Discovery Research: New frontiers in the post-genomic era. Chapter 12, 300-335, 2007.

530.  Cachay ER, Frost SD, Richman DD, Smith DM, Little SJ. Herpes Simplex Virus Type 2 Infection Does Not Influence Viral Dynamics During Early HIV-1 Infection. Journal of Infectious Diseases 195(9):1270-7, 2007. Epub 2007/04/03. doi: 10.1086/513568. PubMed PMID: 17396995.

531.  Clotet B, Menéndez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. Guide to Management of HIV Drug Resistance. Antiretrovirals Pharmacokinetics and Viral Hepatitis in HIV Infected Subjects. 7th Edition. 1-465, 2007.

532.  Coen, DM, Richman, DD. Antiviral Agents. Fields virology. Fifth Edition. Walters, Kluwer/Lippincott, Williams & Wilkins, Philadelphia; Volume 1, Book Chapter 14, 447-485, 2007.

533.  Dhillon AK, Donners H, Pantophlet R, Johnson WE, Decker JM, Shaw GM, Lee FH, Richman DD, Doms RW, Vanham G, Burton DR. Dissecting the Neutralizing Antibody Specificities of Broadly Neutralizing Sera from Human Immunodeficiency Virus Type 1-Infected Donors. Journal of Virology 81(12):6548-62, 2007. Epub 2007/04/06. doi: 10.1128/jvi.02749-06. PubMed PMID: 17409160; PMCID: PMC1900098.

534. Johnson VA, Brun-Vezinet F, Clotet B, Gunthard HF, Kuritzkes DR, Pillay D, Schapiro JM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: 2007. Topics in HIV Medicine 15(4):119-25, 2007. Epub 2007/08/28. PubMed PMID: 17720996.

535. Mascolini M, Boucher C, Larder B, Mellors J, Richman D. Key Reports from the XV International HIV Drug Resistance Workshop 2006. Antiviral Therapy 12(1):131-45, 2007. Epub 2007/05/17. PubMed PMID: 17503758.

536. Nathanson N, Richman DD. Antiviral Therapy. In viral pathogenesis and immunity. Second Edition. Academic Press, Amsterdam; Part IV, Chapter 16, 221-234, 2007.

537. Noviello CM, Pond SL, Lewis MJ, Richman DD, Pillai SK, Yang OO, Little SJ, Smith DM, Guatelli JC. Maintenance of Nef-Mediated Modulation of Major Histocompatibility Complex Class I and CD4 after Sexual Transmission of Human Immunodeficiency Virus Type 1. Journal of Virology 81(9):4776-86, 2007. Epub 2007/03/03. doi: 10.1128/jvi.01793-06. PubMed PMID: 17329339; PMCID: PMC1900175.

538. Poon AF, Kosakovsky Pond SL, Bennett P, Richman DD, Leigh Brown AJ, Frost SD. Adaptation to Human Populations Is Revealed by within-Host Polymorphisms in HIV-1 and Hepatitis C Virus. PLoS Pathogens 3(3):e45, 2007. Epub 2007/04/03. doi: 10.1371/journal.ppat.0030045. PubMed PMID: 17397261; PMCID: PMC1839164.

539. Poon AFY, Kosakovsky-Pond SL, Richman DD, Brown AJL Frost SDW. Evolutionary Consequences of within-Host Transient Polymorphisms In HIV-1. J Virol 81:13598-13607, 2007.

540. Richman DD, Wasserman R, Locarnini SA. Antiviral Drug Resistance: Implications for Treatment of HBV Infection and Similarities with HIV Disease. Gastroenterology & Hepatology, 3:10, Supp 31:15-22, 2007.

541. Smith D, Moini N, Pesano R, Cachay E, Aiem H, Lie Y, Richman D, Little S. Clinical Utility of HIV Standard Genotyping among Antiretroviral-Naive Individuals with Unknown Duration of Infection. Clinical Infectious Diseases 44(3):456-8, 2007. Epub 2007/01/06. doi: 10.1086/510748. PubMed PMID: 17205459.

542. Smith DM, Wong JK, Shao H, Hightower GK, Mai SH, Moreno JM, Ignacio CC, Frost SD, Richman DD, Little SJ. Long-Term Persistence of Transmitted HIV Drug Resistance in Male Genital Tract Secretions: Implications for Secondary Transmission. Journal of Infectious Diseases 196(3):356-60, 2007. Epub 2007/06/29. doi: 10.1086/519164. PubMed PMID: 17597449.

543. Koelsch KK, Liu L, Haubrich R, May S, Havlir D, Gunthard HF, Ignacio CC, Campos-Soto P, Little SJ, Shafer R, Robbins GK, D'Aquila RT, Kawano Y, Young K, Dao P, Spina CA, Richman DD, Wong JK. Dynamics of Total, Linear Nonintegrated, and Integrated HIV-1 DNA in Vivo and in Vitro. Journal of Infectious Diseases 197(3):411-9, 2008. Epub 2008/02/06. doi: 10.1086/525283. PubMed PMID: 18248304.

544. Ahuja SK, Kulkarni H, Catano G, Agan BK, Camargo JF, He W, O'Connell RJ, Marconi VC, Delmar J, Eron J, Clark RA, Frost S, Martin J, Ahuja SS, Deeks SG, Little S, Richman D, Hecht FM, Dolan MJ. CCL3L1-CCR5 Genotype Influences Durability of Immune Recovery During Antiretroviral Therapy of HIV-1-Infected Individuals. Nature Medicine 14(4):413-20, 2008. Epub 2008/04/01. doi: 10.1038/nm1741. PubMed PMID: 18376407; PMCID: PMC2630879.

545. Kosakovsky Pond SL, Poon AF, Zarate S, Smith DM, Little SJ, Pillai SK, Ellis RJ, Wong JK, Leigh Brown AJ, Richman DD, Frost SD. Estimating Selection Pressures on HIV-1 Using Phylogenetic Likelihood Models. Statistics in Medicine 27(23):4779-89, 2008. Epub. doi: 10.1002/sim.3192. PubMed PMID: 18381707; PMCID: PMC2634745.

546. Johnson VA, Brun-Vezinet F, Clotet B, Gunthard HF, Kuritzkes DR, Pillay D, Schapiro JM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: Spring 2008. Topics in HIV Medicine 16(1):62-8, 2008. Epub 2008/04/29. PubMed PMID: 18441382.

547. Johnson VA, Brun-Vezinet F, Clotet B, Gunthard HF, Kuritzkes DR, Pillay D, Schapiro JM, Richman DD. Update of the Drug Resistance Mutations in HIV-1. Topics in HIV Medicine 16(5):138-45, 2008. Epub 2008/12/25. PubMed PMID: 19106428.

548. Cachay ER, Frost SD, Poon AF, Looney D, Rostami SM, Pacold ME, Richman DD, Little SJ, Smith DM. Herpes Simplex Virus Type 2 Acquisition During Recent HIV Infection Does Not Influence Plasma HIV Levels. Journal of Acquired Immune Deficiency Syndromes 47(5):592-6, 2008. Epub 2008/01/17. doi: 10.1097/QAI.0b013e318163bd87. PubMed PMID: 18197122; PMCID: PMC2630881.

549. Frost SD, Trkola A, Gunthard HF, Richman DD. Antibody Responses in Primary HIV-1 Infection. Current Opinion in HIV and AIDS 3(1):45-51, 2008. Epub 2008/01/01. doi: 10.1097/COH.0b013e3282f310ae. PubMed PMID: 19372943.

550. Hirsch MS, Gunthard HF, Schapiro JM, Brun-Vezinet F, Clotet B, Hammer SM, Johnson VA, Kuritzkes DR, Mellors JW, Pillay D, Yeni PG, Jacobsen DM, Richman DD. Antiretroviral Drug Resistance Testing in Adult HIV-1 Infection: 2008 Recommendations of an International AIDS Society-USA Panel. Clinical Infectious Diseases 47(2):266-85, 2008. Epub 2008/06/14. doi: 10.1086/589297. PubMed PMID: 18549313.

551. Little SJ, Frost SD, Wong JK, Smith DM, Pond SL, Ignacio CC, Parkin NT, Petropoulos CJ, Richman DD. Persistence of Transmitted Drug Resistance among Subjects with Primary Human Immunodeficiency Virus Infection. Journal of Virology 82(11):5510-8, 2008. Epub 2008/03/21. doi: 10.1128/jvi.02579-07. PubMed PMID: 18353964; PMCID: PMC2395184.

552. Liu L, May S, Richman DD, Hecht FM, Markowitz M, Daar ES, Routy JP, Margolick JB, Collier AC, Woelk CH, Little SJ, Smith DM. Comparison of Algorithms That Interpret Genotypic HIV-1 Drug Resistance to Determine the Prevalence of Transmitted Drug Resistance. AIDS 22(7):835-9, 2008. Epub 2008/04/23. doi: 10.1097/QAD.0b013e3282f5ff71. PubMed PMID: 18427201; PMCID: PMC2716722.

553. Mascolini M, Richman D, Larder B, Mellors J, Boucher CA. Clinical Implications of Resistance to Antiretrovirals: New Resistance Technologies and Interpretations. Antiviral Therapy 13(2):319-34, 2008. Epub 2008/05/29. PubMed PMID: 18505183.

554. Nelson JD, Kinkead H, Brunel FM, Leaman D, Jensen R, Louis JM, Maruyama T, Bewley CA, Bowdish K, Clore GM, Dawson PE, Frederickson S, Mage RG, Richman DD, Burton DR, Zwick MB. Antibody Elicited against the Gp41 N-Heptad Repeat (Nhr) Coiled-Coil Can Neutralize HIV-1 with Modest Potency but Non-Neutralizing Antibodies Also Bind to Nhr Mimetics. Virology 377(1):170-83, 2008. Epub 2008/05/24. doi: 10.1016/j.virol.2008.04.005. PubMed PMID: 18499210; PMCID: PMC2493441.

555.   Pawlotsky JM, Dusheiko G, Hatzakis A, Lau D, Lau G, Liang TJ, Locarnini S, Martin P, Richman DD, Zoulim F. Virologic Monitoring of Hepatitis B Virus Therapy in Clinical Trials and Practice: Recommendations for a Standardized Approach. Gastroenterology 134(2):405-15, 2008. Epub 2008/02/05. doi: 10.1053/j.gastro.2007.11.036. PubMed PMID: 18242209; PMCID: PMC2676233.

556.   Hammer SM, Eron JJ, Jr., Reiss P, Schooley RT, Thompson MA, Walmsley S, Cahn P, Fischl MA, Gatell JM, Hirsch MS, Jacobsen DM, Montaner JS, Richman DD, Yeni PG, Volberding PA. Antiretroviral Treatment of Adult HIV Infection: 2008 Recommendations of the International AIDS Society-USA Panel. JAMA 300(5):555-70, 2008. Epub 2008/08/05. doi: 10.1001/jama.300.5.555. PubMed PMID: 18677028.

557.   Grant RM, Hamer D, Hope T, Johnston R, Lange J, Lederman MM, Lieberman J, Miller CJ, Moore JP, Mosier DE, Richman DD, Schooley RT, Springer MS, Veazey RS, Wainberg MA. Whither or wither Microbicides? Science 321(5888):532-4, 2008. Epub 2008/07/26. doi: 10.1126/science.1160355. PubMed PMID: 18653884; PMCID: PMC2835691.

558.   Butler DM, Smith DM, Cachay ER, Hightower GK, Nugent CT, Richman DD, Little SJ. Herpes Simplex Virus 2 Serostatus and Viral Loads of HIV-1 in Blood and Semen as Risk Factors for HIV Transmission among Men Who Have Sex with Men. AIDS 22(13):1667-71, 2008. Epub 2008/08/02. doi: 10.1097/QAD.0b013e32830bfed8. PubMed PMID: 18670228; PMCID: PMC2653089.

559.   Johnson VA, Brun-Vézinet F, Clotet B, Günthard HF, Kuritzkes DR, Pillay D, Schapiro JM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: Fall 2008. Topics in HIV Medicine 16:119-126, 2008.

560.   Clotet B, Menéndez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. Guide to Management of HIV Drug Resistance, Antiretrovirals Pharmacokinetics and Viral Hepatitis in HIV Infected Subjects. 8th Edition, Fundacio de Lluita contra la SIDA, 1-502, 2008

561.   Binley JM, Lybarger EA, Crooks ET, Seaman MS, Gray E, Davis KL, Decker JM, Wycuff D, Harris L, Hawkins N, Wood B, Nathe C, Richman D, Tomaras GD, Bibollet-Ruche F, Robinson JE, Morris L, Shaw GM, Montefiori DC, Mascola JR. Profiling the Specificity of Neutralizing Antibodies in a Large Panel of Plasmas from Patients Chronically Infected with Human Immunodeficiency Virus Type 1 Subtypes B and C. Journal of Virology 82(23):11651-68, 2008. Epub 2008/09/26. doi: 10.1128/jvi.01762-08. PubMed PMID: 18815292; PMCID: PMC2583680.

562.   Mascolini M, Larder BA, Boucher CA, Richman DD, Mellors JW. Broad Advances in Understanding HIV Resistance to Antiretrovirals: Report on the XVII International HIV Drug Resistance Workshop. Antiviral Therapy 13(8):1097-113, 2008. Epub 2009/02/07. PubMed PMID: 19195337.

563.   Precopio ML, Butterfield TR, Casazza JP, Little SJ, Richman DD, Koup RA, Roederer M. Optimizing Peptide Matrices for Identifying T-Cell Antigens. Cytometry A 73(11):1071-8, 2008. Epub 2008/09/11. doi: 10.1002/cyto.a.20646. PubMed PMID: 18781655; PMCID: PMC2586828.

564.   Clinical Virology. edited by Richman DD, Whitley RJ, Hayden FG. ASM Press, Washington DC. 3rd Edition, 1,375 pages, 2009.

565.   Ances BM, Sisti D, Vaida F, Liang CL, Leontiev O, Perthen JE, Buxton RB, Benson D, Smith DM, Little SJ, Richman DD, Moore DJ, Ellis RJ. Resting Cerebral Blood Flow: A Potential Biomarker of the

Effects of HIV in the Brain. Neurology 73(9):702-8, 2009. Epub 2009/09/02. doi: 10.1212/WNL.0b013e3181b59a97. PubMed PMID: 19720977; PMCID: PMC2734291.

566.   Butler DM, Pacold ME, Jordan PS, Richman DD, Smith DM. The Efficiency of Single Genome Amplification and Sequencing Is Improved by Quantitation and Use of a Bioinformatics Tool. Journal of Virological Methods 162(1-2):280-3, 2009. Epub 2009/08/25. doi: 10.1016/j.jviromet.2009.08.002. PubMed PMID: 19698751; PMCID: PMC2761514.

567.   Clotet B, Menéndez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. Guide to Management of HIV Drug Resistance, Antiretrovirals Pharmacokinetics and Viral Hepatitis in HIV Infected Subjects. 9th Edition, Fundacio de Lluita contra la SIDA, 408 pages, 2009.

568.   Eron JJ, Jr., Park JG, Haubrich R, Aweeka F, Bastow B, Pakes GE, Yu S, Wu H, Richman DD. Predictive Value of Pharmacokinetics-Adjusted Phenotypic Susceptibility on Response to Ritonavir-Enhanced Protease Inhibitors (Pis) in Human Immunodeficiency Virus-Infected Subjects Failing Prior Pi Therapy. Antimicrobial Agents and Chemotherapy 53(6):2335-41, 2009. Epub 2009/03/25. doi: 10.1128/aac.01387-08. PubMed PMID: 19307363; PMCID: PMC2687257.

569.   Richman DD, Whitley RJ, Hayden FG. Introduction, Chapter 1, In: Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden FG. ASM Press, Washington DC; 3rd Edition, 2009.

570.   Guatelli JC, Siliciano RF, Kuritzkes DR, Richman DD. Chapter 33, Human Immunodefiency Virus. In: Clinical Virology. Edited by Richman DD, Whitley RJ, Hayden FG. ASM Press, Washington DC; 3rd Edition, 2009.

571.   Johnson VA, Brun-Vezinet F, Clotet B, Gunthard HF, Kuritzkes DR, Pillay D, Schapiro JM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: December 2009. Topics in HIV Medicine 17(5):138-45, 2009. Epub 2010/01/14. PubMed PMID: 20068260.

572.   Jordan PS, Poon A, Eron J, Squires K, Ignacio C, Richman DD, Smith DM. A Novel Codon Insert in Protease of Clade B HIV Type 1. AIDS Research and Human Retroviruses 25(5):547-50, 2009. Epub 2009/04/29. doi: 10.1089/aid.2008.0310. PubMed PMID: 19397401; PMCID: PMC2749665.

573.   Mascolini M, Boucher CA, Mellors JW, Larder BA, Richman DD. Progress in Basic and Clinical Research on HIV Resistance: Report on the Xviii International HIV Drug Resistance Workshop. Antiviral Therapy 14(7):1015-37, 2009. Epub 2009/11/18. doi: 10.3851/imp1423. PubMed PMID: 19918107.

574.   Montaner JS, Richman DD, Hammer SM. Poor Agreement between 2 Assays for Measuring Low Levels of HIV-1 Viral Load. Clinical Infectious Diseases 49(8):1283-4, 2009. Epub 2009/09/29. doi: 10.1086/605688. PubMed PMID: 19780662.

575.   Nugent CT, Dockter J, Bernardin F, Hecht R, Smith D, Delwart E, Pilcher C, Richman D, Busch M, Giachetti C. Detection of HIV-1 in Alternative Specimen Types Using the APTIMA HIV-1 RNA Qualitative Assay. Journal of Virological Methods 159(1):10-4, 2009. Epub 2009/05/16. doi: 10.1016/j.jviromet.2009.02.015. PubMed PMID: 19442838; PMCID: PMC2930826

576.   Nugent CT, Nodelman V, Giachetti C, Richman DD, Looney DJ. Evaluation of a Highly Sensitive Qualitative Human Immunodeficiency Virus Type 1 (HIV-1) RNA Assay for Detection of HIV-1

Suppression. Journal of Clinical Microbiology 47(3):833-6, 2009. Epub 2009/01/01. doi: 10.1128/jcm.01464-08. PubMed PMID: 19116355; PMCID: PMC2650919.

577.    Poon AF, Swenson LC, Dong WW, Deng W, Kosakovsky Pond SL, Brumme ZL, Mullins JI, Richman DD, Harrigan PR, Frost SD. Phylogenetic Analysis of Population-Based and Deep Sequencing Data to Identify Coevolving Sites in the Nef Gene of HIV-1. Molecular Biology and Evolution 27(4):819-32, 2010. Epub 2009/12/04. doi: 10.1093/molbev/msp289. PubMed PMID: 19955476; PMCID: PMC2877536.

578.    Richman DD, Margolis DM, Delaney M, Greene WC, Hazuda D, Pomerantz RJ. The Challenge of Finding a Cure for HIV Infection. Science 323(5919):1304-7, 2009. Epub 2009/03/07. doi: 10.1126/science.1165706. PubMed PMID: 19265012.

579.    Smith DM, May SJ, Perez-Santiago J, Strain MC, Ignacio CC, Haubrich RH, Richman DD, Benson CA, Little SJ. The Use of Pooled Viral Load Testing to Identify Antiretroviral Treatment Failure. AIDS 23(16):2151-8, 2009. Epub 2009/09/05. doi: 10.1097/QAD.0b013e3283313ca9. PubMed PMID: 19730348; PMCID: PMC2915784.

580.    Smith DM, May SJ, Tweeten S, Drumright L, Pacold ME, Kosakovsky Pond SL, Pesano RL, Lie YS, Richman DD, Frost SD, Woelk CH, Little SJ. A Public Health Model for the Molecular Surveillance of HIV Transmission in San Diego, California. AIDS 23(2):225-32, 2009. Epub 2008/12/23. doi: 10.1097/QAD.0b013e32831d2a81. PubMed PMID: 19098493; PMCID: PMC2644048.

581.    Smith DM, Zarate S, Shao H, Pillai SK, Letendre SL, Wong JK, Richman DD, Frost SD, Ellis RJ. Pleocytosis Is Associated with Disruption of HIV Compartmentalization between Blood and Cerebral Spinal Fluid Viral Populations. Virology 385(1):204-8, 2009. Epub 2008/12/23. doi: 10.1016/j.virol.2008.11.010. PubMed PMID: 19100592; PMCID: PMC2794037.

582.    Yukl S, Pillai S, Li P, Chang K, Pasutti W, Ahlgren C, Havlir D, Strain M, Gunthard H, Richman D, Rice AP, Daar E, Little S, Wong JK. Latently-Infected CD4+ T Cells Are Enriched for HIV-1 Tat Variants with Impaired Transactivation Activity. Virology 387(1):98-108, 2009. Epub 2009/03/10. doi: 10.1016/j.virol.2009.01.013. PubMed PMID: 19268337; PMCID: PMC4474533

583.    Clotet B, Menéndez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. Guide to Management of HIV Drug Resistance, Antiretrovirals Pharmacokinetics and Viral Hepatitis in HIV Infected Patients. 10th Edition Fundacio de Lluita contra la SIDA, 422 pages, 2012.

584.    Butler DM, Delport W, Kosakovsky Pond SL, Lakdawala MK, Cheng PM, Little SJ, Richman DD, Smith DM. The Origins of Sexually Transmitted HIV among Men Who Have Sex with Men. Science Translational Medicine 2(18):18re1, 2010. Epub 2010/04/08. doi: 10.1126/scitranslmed.3000447. PubMed PMID: 20371483; PMCID: PMC2945226.

585.    Committee on Planning the Assessment/Evaluation of Programs Implemented Under the U.S. Global Leadership Against HIV/AIDS, Tuberculosis, and Malaria Reauthorization Act of 2008. Strategic Approach to the Evaluation of Programs Implemented Under the Tom Lantos and Henry J. Hyde U.S. Global Leadership against HIV/AIDS, Tuberculosis, and Malaria Reauthorization Act of 2008. The National Academies Press, Washington, D.C., 197 pp., 2010.

586.    Gianella S, Richman DD. Minority Variants of Drug-Resistant HIV. Journal of Infectious Diseases 202(5):657-66, 2010. Epub 2010/07/24. doi: 10.1086/655397. PubMed PMID: 20649427; PMCID: PMC2916955.

587.    Goicoechea M, Jain S, Bi L, Sun S, Smith G, Ha B, Richman D, Louie S, Haubrich R. Interlaboratory Measurement Differences in Intracellular Carbovir Triphosphate Concentrations in HIV-Infected Patients: Sources of Variability in Processing, Shipping, and Quantitation. Journal of Clinical Pharmacology 50(8):968-74, 2010. Epub 2009/12/03. doi: 10.1177/0091270009352186. PubMed PMID: 19952374.

588.    Goicoechea M, Jain S, Bi L, Kemper C, Daar ES, Diamond C, Ha B, Flaherty J, Sun S, Richman D, Louie S, Haubrich R. Abacavir and Tenofovir Disoproxil Fumarate Co-Administration Results in a Nonadditive Antiviral Effect in HIV-1-Infected Patients. AIDS 24(5):707-16, 2010. Epub 2010/01/21. doi: 10.1097/QAD.0b013e32833676eb. PubMed PMID: 20087154.

589.    International HIV Controllers Study, Pereyra F, Jia X, McLaren PJ, Telenti A, de Bakker PI, Walker BD, Ripke S, Brumme CJ, Pulit SL, Carrington M, Kadie CM, Carlson JM, Heckerman D, Graham RR, Plenge RM, Deeks SG, Gianniny L, Crawford G, Sullivan J, Gonzalez E, Davies L, Camargo A, Moore JM, Beattie N, Gupta S, Crenshaw A, Burtt NP, Guiducci C, Gupta N, Gao X, Qi Y, Yuki Y, Piechocka-Trocha A, Cutrell E, Rosenberg R, Moss KL, Lemay P, O'Leary J, Schaefer T, Verma P, Toth I, Block B, Baker B, Rothchild A, Lian J, Proudfoot J, Alvino DM, Vine S, Addo MM, Allen TM, Altfeld M, Henn MR, Le Gall S, Streeck H, Haas DW, Kuritzkes DR, Robbins GK, Shafer RW, Gulick RM, Shikuma CM, Haubrich R, Riddler S, Sax PE, Daar ES, Ribaudo HJ, Agan B, Agarwal S, Ahern RL, Allen BL, Altidor S, Altschuler EL, Ambardar S, Anastos K, Anderson B, Anderson V, Andrady U, Antoniskis D, Bangsberg D, Barbaro D, Barrie W, Bartczak J, Barton S, Basden P, Basgoz N, Bazner S, Bellos NC, Benson AM, Berger J, Bernard NF, Bernard AM, Birch C, Bodner SJ, Bolan RK, Boudreaux ET, Bradley M, Braun JF, Brndjar JE, Brown SJ, Brown K, Brown ST, Burack J, Bush LM, Cafaro V, Campbell O, Campbell J, Carlson RH, Carmichael JK, Casey KK, Cavacuiti C, Celestin G, Chambers ST, Chez N, Chirch LM, Cimoch PJ, Cohen D, Cohn LE, Conway B, Cooper DA, Cornelson B, Cox DT, Cristofano MV, Cuchural G, Jr., Czartoski JL, Dahman JM, Daly JS, Davis BT, Davis K, Davod SM, DeJesus E, Dietz CA, Dunham E, Dunn ME, Ellerin TB, Eron JJ, Fangman JJ, Farel CE, Ferlazzo H, Fidler S, Fleenor-Ford A, Frankel R, Freedberg KA, French NK, Fuchs JD, Fuller JD, Gaberman J, Gallant JE, Gandhi RT, Garcia E, Garmon D, Gathe JC, Jr., Gaultier CR, Gebre W, Gilman FD, Gilson I, Goepfert PA, Gottlieb MS, Goulston C, Groger RK, Gurley TD, Haber S, Hardwicke R, Hardy WD, Harrigan PR, Hawkins TN, Heath S, Hecht FM, Henry WK, Hladek M, Hoffman RP, Horton JM, Hsu RK, Huhn GD, Hunt P, Hupert MJ, Illeman ML, Jaeger H, Jellinger RM, John M, Johnson JA, Johnson KL, Johnson H, Johnson K, Joly J, Jordan WC, Kauffman CA, Khanlou H, Killian RK, Kim AY, Kim DD, Kinder CA, Kirchner JT, Kogelman L, Kojic EM, Korthuis PT, Kurisu W, Kwon DS, LaMar M, Lampiris H, Lanzafame M, Lederman MM, Lee DM, Lee JM, Lee MJ, Lee ET, Lemoine J, Levy JA, Llibre JM, Liguori MA, Little SJ, Liu AY, Lopez AJ, Loutfy MR, Loy D, Mohammed DY, Man A, Mansour MK, Marconi VC, Markowitz M, Marques R, Martin JN, Martin HL, Jr., Mayer KH, McElrath MJ, McGhee TA, McGovern BH, McGowan K, McIntyre D, McLeod GX, Menezes P, Mesa G, Metroka CE, Meyer-Olson D, Miller AO, Montgomery K, Mounzer KC, Nagami EH, Nagin I, Nahass RG, Nelson MO, Nielsen C, Norene DL, O'Connor DH, Ojikutu BO, Okulicz J, Oladehin OO, Oldfield EC, 3rd, Olender SA, Ostrowski M, Owen WF, Jr., Pae E, Parsonnet J, Pavlatos AM, Perlmutter AM, Pierce MN, Pincus JM, Pisani L, Price LJ, Proia L, Prokesch RC, Pujet HC, Ramgopal M, Rathod A, Rausch M, Ravishankar J, Rhame FS, Richards CS, Richman DD, Rodes B, Rodriguez M, Rose RC, 3rd, Rosenberg ES, Rosenthal D, Ross PE, Rubin DS, Rumbaugh E, Saenz L, Salvaggio MR, Sanchez WC, Sanjana VM, Santiago S, Schmidt W, Schuitemaker H, Sestak PM, Shalit P, Shay W, Shirvani VN, Silebi VI, Sizemore JM, Jr., Skolnik PR, Sokol-Anderson M, Sosman JM, Stabile P, Stapleton JT, Starrett S,

Stein F, Stellbrink HJ, Sterman FL, Stone VE, Stone DR, Tambussi G, Taplitz RA, Tedaldi EM, Telenti A, Theisen W, Torres R, Tosiello L, Tremblay C, Tribble MA, Trinh PD, Tsao A, Ueda P, Vaccaro A, Valadas E, Vanig TJ, Vecino I, Vega VM, Veikley W, Wade BH, Walworth C, Wanidworanun C, Ward DJ, Warner DA, Weber RD, Webster D, Weis S, Wheeler DA, White DJ, Wilkins E, Winston A, Wlodaver CG, van't Wout A, Wright DP, Yang OO, Yurdin DL, Zabukovic BW, Zachary KC, Zeeman B, Zhao M. The Major Genetic Determinants of HIV-1 Control Affect HLA Class I Peptide Presentation. Science 330(6010):1551-7, 2010. Epub 2010/11/06. doi: 10.1126/science.1195271. PubMed PMID: 21051598; PMCID: PMC3325490.

590.   Johnson VA, Brun-Vezinet F, Clotet B, Gunthard HF, Kuritzkes DR, Pillay D, Schapiro JM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: December 2010. Topics in HIV Medicine 18(5):156-63, 2010. Epub 2011/01/20. PubMed PMID: 21245516.

591.   Manosuthi W, Butler DM, Chantratita W, Sukasem C, Richman DD, Smith DM. Patients Infected with HIV Type 1 Subtype CRF01_AE and Failing First-Line Nevirapine- and Efavirenz-Based Regimens Demonstrate Considerable Cross-Resistance to Etravirine. AIDS Research and Human Retroviruses 26(6):609-11, 2010. Epub 2010/05/29. doi: 10.1089/aid.2009.0107. PubMed PMID: 20507208; PMCID: PMC2982719.

592.   Manosuthi W, Butler DM, Chantratita W, Sukasem C, Richman DD, Smith DM. Patients Infected with HIV Type 1 Subtype CRF01_AE and Failing First-Line Nevirapine- and Efavirenz-Based Regimens Demonstrate Considerable Cross-Resistance to Etravirine. AIDS Research and Human Retroviruses 26(6):609-11, 2010. Epub 2010/05/29. doi: 10.1089/aid.2009.0107. PubMed PMID: 20507208; PMCID: PMC2982719.

593.   Markowitz M, Vaida F, Hare CB, Boden D, Mohri H, Hecht FM, Kalayjian RC, Conrad A, Mildvan D, Aberg J, Hogan C, Kilby JM, Balfour HH, Jr., Schafer K, Richman D, Little S. The Virologic and Immunologic Effects of Cyclosporine as an Adjunct to Antiretroviral Therapy in Patients Treated During Acute and Early HIV-1 Infection. Journal of Infectious Diseases 201(9):1298-302, 2010. Epub 2010/03/20. doi: 10.1086/651664. PubMed PMID: 20235838; PMCID: PMC2851487.

594.   Morris SR, Little SJ, Cunningham T, Garfein RS, Richman DD, Smith DM. Evaluation of an HIV Nucleic Acid Testing Program with Automated Internet and Voicemail Systems to Deliver Results. Annals of Internal Medicine 152(12):778-85, 2010. Epub 2010/06/16. doi: 10.7326/0003-4819-152-12-201006150-00005. PubMed PMID: 20547906; PMCID: PMC2922925.

595.   Pacold M, Smith D, Little S, Cheng PM, Jordan P, Ignacio C, Richman D, Pond SK. Comparison of Methods to Detect HIV Dual Infection. AIDS Research and Human Retroviruses 26(12):1291-8, 2010. Epub 2010/10/20. doi: 10.1089/aid.2010.0042. PubMed PMID: 20954840; PMCID: PMC3011997.

596.   Thompson MA, Aberg JA, Cahn P, Montaner JS, Rizzardini G, Telenti A, Gatell JM, Gunthard HF, Hammer SM, Hirsch MS, Jacobsen DM, Reiss P, Richman DD, Volberding PA, Yeni P, Schooley RT. Antiretroviral Treatment of Adult HIV Infection: 2010 Recommendations of the International AIDS Society-USA Panel. JAMA 304(3):321-33, 2010. Epub 2010/07/20. doi: 10.1001/jama.2010.1004. PubMed PMID: 20639566.

597.   Woelk CH, Beliakova-Bethell N, Goicoechea M, Zhao Y, Du P, Rought SE, Lozach J, Perez-Santiago J, Richman DD, Smith DM, Little SJ. Gene Expression before HAART Initiation Predicts HIV-Infected

Individuals at Risk of Poor CD4+ T-Cell Recovery. AIDS 24(2):217-22, 2010. Epub 2009/12/03. doi: 10.1097/QAD.0b013e328334f1f0. PubMed PMID: 19952713; PMCID: PMC2915828.

598. Gianella S, Delport W, Pacold ME, Young JA, Choi JY, Little SJ, Richman DD, Kosakovsky Pond SL, Smith DM. Detection of Minority Resistance During Early HIV-1 Infection: Natural Variation and Spurious Detection Rather Than Transmission and Evolution of Multiple Viral Variants. Journal of Virology 85(16):8359-67, 2011. Epub 2011/06/03. doi: 10.1128/JVI.02582-10. PubMed PMID: 21632754; PMCID: PMC3147985.

599. Homann S, Smith D, Little S, Richman D, Guatelli J. Upregulation of BST-2/Tetherin by HIV Infection in Vivo. Journal of Virology 85(20):10659-68, 2011. Epub 2011/08/19. doi: 10.1128/jvi.05524-11. PubMed PMID: 21849457; PMCID: PMC3187519.

600. Johnson VA, Calvez V, Gunthard HF, Paredes R, Pillay D, Shafer R, Wensing AM, Richman DD. 2011 Update of the Drug Resistance Mutations in HIV-1. Topics in Antiviral Medicine 19(4):156-64, 2011. Epub 2011/12/14. PubMed PMID: 22156218; PMCID: PMC6148877.

601. Magee WC, Valiaeva N, Beadle JR, Richman DD, Hostetler KY, Evans DH. Inhibition of HIV-1 by Octadecyloxyethyl Esters of (S)-[3-Hydroxy-2-(Phosphonomethoxy)Propyl] Nucleosides and Evaluation of Their Mechanism of Action. Antimicrobial Agents and Chemotherapy 55(11):5063-72, 2011. Epub 2011/09/08. doi: 10.1128/aac.05161-11. PubMed PMID: 21896914; PMCID: PMC3195056.

602. Mascolini M, Mellors JW, Richman DD, Boucher CA, Larder BA. HIV and Hepatitis Virus Resistance to Antivirals: Review of Data from the XIX International HIV and Hepatitis Virus Drug Resistance Workshop and Curative Strategies. Antiviral Therapy 16(2):263-86, 2011. Epub 2011/03/31. doi: 10.3851/imp1761. PubMed PMID: 21447877.

603. Meditz AL, MaWhinney S, Allshouse A, Feser W, Markowitz M, Little S, Hecht R, Daar ES, Collier AC, Margolick J, Kilby JM, Routy JP, Conway B, Kaldor J, Levy J, Schooley R, Cooper DA, Altfeld M, Richman D, Connick E. Sex, Race, and Geographic Region Influence Clinical Outcomes Following Primary HIV-1 Infection. Journal of Infectious Diseases 203(4):442-51, 2011. Epub 2011/01/20. doi: 10.1093/infdis/jiq085. PubMed PMID: 21245157; PMCID: PMC3071223.

604. Richman DD. Introduction: Challenges to Finding a Cure for HIV Infection. Current Opinion in HIV and AIDS 6(1):1-3, 2011. Epub 2011/01/19. doi: 10.1097/COH.0b013e328340ffa6. PubMed PMID: 21242886; PMCID: PMC3077900.

605. Tilghman MW, Guerena DD, Licea A, Perez-Santiago J, Richman DD, May S, Smith DM. Pooled Nucleic Acid Testing to Detect Antiretroviral Treatment Failure in Mexico. Journal of Acquired Immune Deficiency Syndromes 56(3):e70-4, 2011. Epub 2010/12/03. doi: 10.1097/QAI.0b013e3181ff63d7. PubMed PMID: 21124228; PMCID: PMC3039117.Archin NM, Liberty AL, Kashuba AD, Choudhary SK, Kuruc JD, Crooks AM, Parker DC, Anderson EM, Kearney MF, Strain MC, Richman DD, Hudgens MG, Bosch RJ, Coffin JM, Eron JJ, Hazuda DJ, Margolis DM. Administration of Vorinostat Disrupts HIV-1 Latency in Patients on Antiretroviral Therapy. Nature 487(7408):482-5, 2012. Epub. doi: 10.1038/nature11286. PubMed PMID: 22837004; PMCID: PMC3704185.

606. Gianella S, Mehta SR, Strain MC, Young JA, Vargas MV, Little SJ, Richman DD, Kosakovsky Pond SL, Smith DM. Impact of Seminal Cytomegalovirus Replication on HIV-1 Dynamics between Blood and

Semen. Journal of Medical Virology 84(11):1703-9, 2012. Epub 2012/09/22. doi: 10.1002/jmv.23398. PubMed PMID: 22997072; PMCID: PMC3472447.

607. Gianella S, Morris SR, Anderson C, Spina CA, Vargas MV, Young JA, Richman DD, Little SJ, Smith DM. Herpes Viruses and HIV-1 Drug Resistance Mutations Influence the Virologic and Immunologic Milieu of the Male Genital Tract. AIDS 27(1):39-47, 2013. Epub 2012/06/29. doi: 10.1097/QAD.0b013e3283573305. PubMed PMID: 22739399; PMCID: PMC3769229.

608. Gianella S, Strain MC, Rought SE, Vargas MV, Little SJ, Richman DD, Spina CA, Smith DM. Associations Between Virologic and Immunologic Dynamics in Blood and in the Male Genital Tract. Journal of Virology 86(3):1307-15, 2012. Epub 2011/11/25. doi: 10.1128/jvi.06077-11. PubMed PMID: 22114342; PMCID: PMC3264378.

609. Mehta SR, Kosakovsky Pond SL, Young JA, Richman D, Little S, Smith DM. Associations between Phylogenetic Clustering and HLA Profile among HIV-Infected Individuals in San Diego, California. Journal of Infectious Diseases 205(10):1529-33, 2012. Epub 2012/03/27. doi: 10.1093/infdis/jis231. PubMed PMID: 22448013; PMCID: PMC3415817.

610. Pacold ME, Pond SL, Wagner GA, Delport W, Bourque DL, Richman DD, Little SJ, Smith DM. Clinical, Virologic, and Immunologic Correlates of HIV-1 Intraclade B Dual Infection among Men Who Have Sex with Men. AIDS 26(2):157-65, 2012. Epub 2011/11/03. doi: 10.1097/QAD.0b013e32834dcd26. PubMed PMID: 22045341; PMCID: PMC3807679.

611. Richman DD. Antiretroviral Drug Resistance in Resource-Limited Settings. Lancet 380(9849):1210-1, 2012. Epub 2012/07/26. doi: 10.1016/S0140-6736(12)61188-X. PubMed PMID: 22828483.

612. Thompson MA, Aberg JA, Hoy JF, Telenti A, Benson C, Cahn P, Eron JJ, Gunthard HF, Hammer SM, Reiss P, Richman DD, Rizzardini G, Thomas DL, Jacobsen DM, Volberding PA. Antiretroviral Treatment of Adult HIV Infection: 2012 Recommendations of the International Antiviral Society-USA Panel. JAMA 308(4):387-402, 2012. Epub 2012/07/24. doi: 10.1001/jama.2012.7961. PubMed PMID: 22820792.

613. Clotet B, Menendez-Arias L, Schapiro JM, Kuritzkes D, Burger D, Rockstroh JK, Soriano V, Telenti A, Brun-Vezinet F, Geretti AM, Boucher CA, Richman DD. The HIV and Hepatitis Drug Resistance and Pharmacokinetics Guide. Barcelona, Spain: Fundacio de Lluita contra la SIDA; 676 p. 2012.

614. Tilghman MW, May S, Perez-Santiago J, Ignacio CC, Little SJ, Richman DD, Smith DM. A Combined Screening Platform for HIV Treatment Failure and Resistance. PloS One 7(4):e35401, 2012. Epub 2012/05/09. doi: 10.1371/journal.pone.0035401. PubMed PMID: 22563383; PMCID: PMC3338506.

615. Gianella S, Mehta SR, Young JA, Vargas MV, Little SJ, Richman DD, Kosakovsky Pond SL, Smith DM. Sexual Transmission of Predicted CXCR4-Tropic HIV-1 Likely Originating from the Source Partner's Seminal Cells. Virology 434(1):2-4, 2012. Epub 2012/10/09. doi: 10.1016/j.virol.2012.09.010. PubMed PMID: 23040890; PMCID: PMC3485073.

616. Gianella S, Morris SR, Vargas MV, Young JA, Callahan B, Richman DD, Little SJ, Smith DM. Role of Seminal Shedding of Herpesviruses in HIV Type 1 Transmission. Journal of Infectious Diseases 207(2):257-61, 2013. Epub 2012/11/14. doi: 10.1093/infdis/jis683. PubMed PMID: 23148284; PMCID: PMC3532824.

617.   Soto PC, Karris MY, Spina CA, Richman DD, Varki A. Cell-Intrinsic Mechanism Involving Siglec-5 Associated with Divergent Outcomes of HIV-1 Infection in Human and Chimpanzee CD4 T cells. Journal of Molecular Medicine (Berlin, Germany) 91(2):261-70, 2013. Epub 2012/09/05. doi: 10.1007/s00109-012-0951-7. PubMed PMID: 22945238; PMCID: PMC3558668.

618.   Stadeli KM, Richman DD. Rates of Emergence of HIV Drug Resistance in Resource-Limited Settings: A Systematic Review. Antiviral Therapy 18(1):115-23, 2013. Epub 2012/10/12. doi: 10.3851/imp2437. PubMed PMID: 23052978; PMCID: PMC4295493.

619.   Wie SH, Du P, Luong TQ, Rought SE, Beliakova-Bethell N, Lozach J, Corbeil J, Kornbluth RS, Richman DD, Woelk CH. HIV Downregulates Interferon-Stimulated Genes in Primary Macrophages. Journal of Interferon and Cytokine Research 33(2):90-5, 2013. Epub 2013/01/02. doi: 10.1089/jir.2012.0052. PubMed PMID: 23276142; PMCID: PMC3573720.

620.   Le T, Wright EJ, Smith DM, He W, Catano G, Okulicz JF, Young JA, Clark RA, Richman DD, Little SJ, Ahuja SK. Enhanced CD4+ T-Cell Recovery with Earlier HIV-1 Antiretroviral Therapy. New England Journal of Medicine 368(3):218-30, 2013. Epub 2013/01/18. doi: 10.1056/NEJMoa1110187. PubMed PMID: 23323898; PMCID: PMC3657555.

621.   Choi JY, Hightower GK, Wong JK, Heaton R, Woods S, Grant I, Marcotte TD, Ellis RJ, Letendre SL, Collier AC, Marra CM, Clifford DB, Gelman BB, McArthur JC, Morgello S, Simpson DM, McCutchan JA, Richman DD, Smith DM. Genetic Features of Cerebrospinal Fluid-Derived Subtype B HIV-1 Tat. Journal of Neurovirology 18(2):81-90, 2012. Epub 2012/04/25. doi: 10.1007/s13365-011-0059-9. PubMed PMID: 22528397; PMCID: PMC3572198.

622.   Hightower GK, Wong JK, Letendre SL, Umlauf AA, Ellis RJ, Ignacio CC, Heaton RK, Collier AC, Marra CM, Clifford DB, Gelman BB, McArthur JC, Morgello S, Simpson DM, McCutchan JA, Grant I, Little SJ, Richman DD, Kosakovsky Pond SL, Smith DM, CHARTER Study Group. Higher HIV-1 Genetic Diversity Is Associated with AIDS and Neuropsychological Impairment. Virology 433(2):498-505, 2012. Epub 2012/09/25. doi: 10.1016/j.virol.2012.08.028. PubMed PMID: 22999095; PMCID: PMC3466337.

623.   Gianella S, Anderson CM, Vargas MV, Richman DD, Little SJ, Morris SR, Smith DM. Cytomegalovirus DNA in Semen and Blood Is Associated with Higher Levels of Proviral HIV DNA. Journal of Infectious Diseases 207(6):898-902, 2013. Epub 2013/01/01. doi: 10.1093/infdis/jis777. PubMed PMID: 23275608; PMCID: PMC3571441.

624.   Strain MC, Richman DD. New Assays for Monitoring Residual HIV Burden in Effectively Treated Individuals. Current Opinion in HIV and AIDS 8(2):106-10, 2013. Epub 2013/01/15. doi: 10.1097/COH.0b013e32835d811b. PubMed PMID: 23314907; PMCID: PMC3754420.

625.   Beliakova-Bethell N, Zhang JX, Singhania A, Lee V, Terry VH, Richman DD, Spina CA, Woelk CH. Suberoylanilide Hydroxamic Acid Induces Limited Changes in the Transcriptome of Primary CD4(+) T cells. AIDS 27(1):29-37, 2013. Epub 2012/12/12. doi: 10.1097/QAD.0b013e32835b3e26. PubMed PMID: 23221426; PMCID: PMC3752851.

626.   Strain MC, Lada SM, Luong T, Rought SE, Gianella S, Terry VH, Spina CA, Woelk CH, Richman DD. Highly Precise Measurement of HIV DNA by Droplet Digital PCR. PloS One 8(4):e55943, 2013. Epub 2013/04/11. doi: 10.1371/journal.pone.0055943. PubMed PMID: 23573183; PMCID: PMC3616050.

627. Wagner GA, Pacold ME, Vigil E, Caballero G, Morris SR, Kosakovsky Pond SL, Little SJ, Richman DD, Gianella S, Smith DM. Using Ultradeep Pyrosequencing to Study HIV-1 Coreceptor Usage in Primary and Dual Infection. Journal of Infectious Diseases 208(2):271-4, 2013. Epub 2013/04/20. doi: 10.1093/infdis/jit168. PubMed PMID: 23599311; PMCID: PMC3685231.

628. Johnson VA, Calvez V, Gunthard HF, Paredes R, Pillay D, Shafer RW, Wensing AM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: March 2013. Topics in Antiviral Medicine 21(1):6-14, 2013. Epub 2013/04/19. PubMed PMID: 23596273; PMCID: PMC6148891.

629. Eriksson S, Graf EH, Dahl V, Strain MC, Yukl SA, Lysenko ES, Bosch RJ, Lai J, Chioma S, Emad F, Abdel-Mohsen M, Hoh R, Hecht F, Hunt P, Somsouk M, Wong J, Johnston R, Siliciano RF, Richman DD, O'Doherty U, Palmer S, Deeks SG, Siliciano JD. Comparative Analysis of Measures of Viral Reservoirs in HIV-1 Eradication Studies. PLoS Pathogens 9(2):e1003174, 2013. Epub 2013/03/06. doi: 10.1371/journal.ppat.1003174. PubMed PMID: 23459007; PMCID: PMC3573107.

630. Rouzioux C, Richman D. How to Best Measure HIV Reservoirs? Current Opinion in HIV and AIDS 8(3):170-5, 2013. Epub 2013/04/09. doi: 10.1097/COH.0b013e32835fc619. PubMed PMID: 23564004; PMCID: PMC3763804.Yukl SA, Boritz E, Busch M, Bentsen C, Chun TW, Douek D, Eisele E, Haase A, Ho YC, Hutter G, Justement JS, Keating S, Lee TH, Li P, Murray D, Palmer S, Pilcher C, Pillai S, Price RW, Rothenberger M, Schacker T, Siliciano J, Siliciano R, Sinclair E, Strain M, Wong J, Richman D, Deeks SG. Challenges in Detecting HIV Persistence During Potentially Curative Interventions: A Study of the Berlin Patient. PLoS Pathogens 9(5):e1003347, 2013. Epub 2013/05/15. doi: 10.1371/journal.ppat.1003347. PubMed PMID: 23671416; PMCID: PMC3649997.

631. Perez-Santiago J, Gianella S, Massanella M, Spina CA, Karris MY, Var SR, Patel D, Jordan PS, Young JA, Little SJ, Richman DD, Smith DM. Gut Lactobacillales Are Associated with Higher CD4 and Less Microbial Translocation During HIV Infection. AIDS 27(12):1921-31, 2013. Epub 2013/11/02. PubMed PMID: 24180001; PMCID: PMC3816380.

632. Katlama C, Deeks SG, Autran B, Martinez-Picado J, van Lunzen J, Rouzioux C, Miller M, Vella S, Schmitz JE, Ahlers J, Richman DD, Sekaly RP. Barriers to a Cure for HIV: New Ways to Target and Eradicate HIV-1 Reservoirs. Lancet 381(9883):2109-17, 2013. Epub 2013/04/02. doi: 10.1016/s0140-6736(13)60104-x. PubMed PMID: 23541541; PMCID: PMC3815451.

633. Gianella S, Smith DM, Vargas MV, Little SJ, Richman DD, Daar ES, Dube MP, Zhang F, Ginocchio CC, Haubrich RH, Morris SR, the CCTG 592 Team. Shedding of HIV and Human Herpesviruses in the Semen of Effectively Treated HIV-1-Infected Men Who Have Sex with Men. Clinical Infectious Diseases 57(3):441-7, 2013. Epub 2013/04/19. doi: 10.1093/cid/cit252. PubMed PMID: 23595831; PMCID: PMC3703105.

634. Wie SH, Du P, Luong TQ, Rought SE, Beliakova-Bethell N, Lozach J, Corbeil J, Kornbluth RS, Richman DD, Woelk CH. HIV Downregulates Interferon-Stimulated Genes in Primary Macrophages. Journal of Interferon and Cytokine Research 33(2):90-5, 2013. Epub 2013/01/02. doi: 10.1089/jir.2012.0052. PubMed PMID: 23276142; PMCID: PMC3573720.

635. Hatano H, Strain MC, Scherzer R, Bacchetti P, Wentworth D, Hoh R, Martin JN, McCune JM, Neaton JD, Tracy RP, Hsue PY, Richman DD, Deeks SG. Increase in 2-Long Terminal Repeat Circles and Decrease in D-dimer after Raltegravir Intensification in Patients with Treated HIV Infection: A Randomized, Placebo-Controlled Trial. Journal of Infectious Diseases 208(9):1436-42, 2013. Epub 2013/08/27. doi: 10.1093/infdis/jit453. PubMed PMID: 23975885; PMCID: PMC3789577.

636. Xu Y, Duggineni S, Espitia S, Richman DD, An J, Huang Z. A Synthetic Bivalent Ligand of CXCR4 Inhibits HIV Infection. Biochemical and Biophysical Research Communications 435(4):646-50, 2013. Epub 2013/05/22. doi: 10.1016/j.bbrc.2013.05.038. PubMed PMID: 23688427; PMCID: PMC3752463.

637. Johnson VA, Calvez V, Gunthard HF, Paredes R, Pillay D, Shafer RW, Wensing AM, Richman DD. Update of the Drug Resistance Mutations in HIV-1: March 2013. Topics in Antiviral Medicine 21(1):6-14, 2013. Epub 2013/04/19. PubMed PMID: 23596273; PMCID: PMC6148891.

638. Persaud D, Gay H, Ziemniak C, Chen YH, Piatak M, Jr., Chun TW, Strain M, Richman D, Luzuriaga K. Absence of Detectable HIV-1 Viremia after Treatment Cessation in an Infant. New England Journal of Medicine 369(19):1828-35, 2013. Epub 2013/10/25. doi: 10.1056/NEJMoa1302976. PubMed PMID: 24152233; PMCID: PMC3954754.

639. Massanella M, Singhania A, Beliakova-Bethell N, Pier R, Lada SM, White CH, Perez-Santiago J, Blanco J, Richman DD, Little SJ, Woelk CH. Differential Gene Expression in HIV-Infected Individuals Following ART. Antiviral Research 100(2):420-8, 2013. Epub 2013/08/13. doi: 10.1016/j.antiviral.2013.07.017. PubMed PMID: 23933117; PMCID: PMC3899918.

640. Hightower GK, May SJ, Perez-Santiago J, Pacold ME, Wagner GA, Little SJ, Richman DD, Mehta SR, Smith DM, Pond SL. HIV-1 Clade B Pol Evolution Following Primary Infection. PLoS One 8(6):e68188, 2013. Epub 2013/07/11. doi: 10.1371/journal.pone.0068188. PubMed PMID: 23840830; PMCID: PMC3695957.

641. Chaillon A, Gianella S, Vazquez H, Ignacio C, Zweig AC, Richman DD, Smith DM. Novel Codon Insert in HIV Type 1 Clade B Reverse Transcriptase Associated with Low-Level Viremia During Antiretroviral Therapy. AIDS Research and Human Retroviruses 30(2):165-9, 2014. Epub 2013/09/12. doi: 10.1089/aid.2013.0202. PubMed PMID: 24020934; PMCID: PMC3910474.

642. Chaillon A, Wagner GA, Hepler NL, Little SJ, Kosakovsky Pond SL, Caballero G, Pacold ME, Phung P, Wrin T, Richman DD, Wertheim JO, Smith DM. Dynamics of Viral Evolution and Neutralizing Antibody Response after HIV-1 Superinfection. Journal of Virology 87(23):12737-44, 2013. Epub 2013/09/21. doi: 10.1128/jvi.02260-13. PubMed PMID: 24049166; PMCID: PMC3838120.

643. DeBoever C, Reid EG, Smith EN, Wang X, Dumaop W, Harismendy O, Carson D, Richman D, Masliah E, Frazer KA. Whole Transcriptome Sequencing Enables Discovery and Analysis of Viruses in Archived Primary Central Nervous System Lymphomas. PLoS One 8(9):e73956, 2013. Epub 2013/09/12. doi: 10.1371/journal.pone.0073956. PubMed PMID: 24023918; PMCID: PMC3762708.

644. Coen D, Richman D. Antiviral Agents. In: Knipe DM, Howley PM. Editors. Fields Virology. 6th ed. Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins; p. 338-74, 2013.

645. Committee on the Outcome and Impact Evaluation of Global HIV/AIDS Programs Implemented Under the Lantos-Hyde Act of 2008. Evaluation of PEPFAR. IOM (Institute of Medicine). Washington, DC: The National Academies Press, 814 pages, 2013.

646. Wagner GA, Pacold ME, Kosakovsky Pond SL, Caballero G, Chaillon A, Rudolph AE, Morris SR, Little SJ, Richman DD, Smith DM. Incidence and Prevalence of Intrasubtype HIV-1 Dual Infection in at-Risk Men in the United States. Journal of Infectious Diseases 209(7):1032-8, 2014. Epub 2013/11/26. doi: 10.1093/infdis/jit633. PubMed PMID: 24273040; PMCID: PMC3952674.

647. Gianella S, Morris SR, Tatro E, Vargas MV, Haubrich RH, Daar ES, Dube MP, Richman DD, Little SJ, Smith DM. Virologic Correlates of Anti-CMV IgG Levels in HIV-1-Infected Men. Journal of Infectious Diseases 209(3):452-6, 2014. Epub 2013/08/22. doi: 10.1093/infdis/jit434. PubMed PMID: 23964106; PMCID: PMC3883163.

648. Chaillon A, Gianella S, Massanella Luna M, Little SJ, Richman DD, Mehta SR. A Case Cluster Demonstrating the Relationship between HLA Concordance and Virologic and Disease Outcomes in Human Immunodeficiency Virus Infection. Virology 449:104-8, 2014. Epub 2014/01/15. doi: 10.1016/j.virol.2013.11.012. PubMed PMID: 24418543; PMCID: PMC3895440.

649. Tatro ET, Purnajo I, Richman DD, Smith DM, Gianella S. Antibody Response to Achromobacter Xylosoxidans During HIV Infection Is Associated with Lower CD4 Levels and Increased Lymphocyte Activation. Clinical and Vaccine Immunology 21(1):46-50, 2014. Epub 2013/11/01. doi: 10.1128/cvi.00553-13. PubMed PMID: 24173027; PMCID: PMC3910916.

650. Chaillon A, Gianella S, Wertheim JO, Richman DD, Mehta SR, Smith DM. HIV Migration between Blood and Cerebrospinal Fluid or Semen over Time. Journal of Infectious Diseases 209(10):1642-52, 2014. Epub 2013/12/05. doi: 10.1093/infdis/jit678. PubMed PMID: 24302756; PMCID: PMC3997580.

651. Tilghman MW, Perez-Santiago J, Osorio G, Little SJ, Richman DD, Mathews WC, Haubrich RH, Smith DM. Community HIV-1 Drug Resistance Is Associated with Transmitted Drug Resistance. HIV Medicine 15(6):339-46, 2014. Epub 2014/01/15. doi: 10.1111/hiv.12122. PubMed PMID: 24417811; PMCID: PMC4055747.

652. Wertheim JO, Leigh Brown AJ, Hepler NL, Mehta SR, Richman DD, Smith DM, Kosakovsky Pond SL. The Global Transmission Network of HIV-1. Journal of Infectious Diseases 209(2):304-13, 2014. Epub 2013/10/24. doi: 10.1093/infdis/jit524. PubMed PMID: 24151309; PMCID: PMC3873788.

653. Richman DD. Editorial Commentary: Extending HIV Drug Resistance Testing to Low Levels of Plasma Viremia. Clinical Infectious Diseases 58(8):1174-5, 2014. Epub 2014/01/17. doi: 10.1093/cid/ciu025. PubMed PMID: 24429434.

654. Karris MY, Kao YT, Patel D, Dawson M, Woods SP, Vaida F, Spina C, Richman D, Little S, Smith DM. Predictors of Virologic Response in Persons Who Start Antiretroviral Therapy During Recent HIV Infection. AIDS 28(6):841-9, 2014. Epub 2014/01/10. doi: 10.1097/qad.0000000000000149. PubMed PMID: 24401640; PMCID: PMC4049563.

655. Luzuriaga K, Tabak B, Garber M, Chen YH, Ziemniak C, McManus MM, Murray D, Strain MC, Richman DD, Chun TW, Cunningham CK, Persaud D. HIV Type 1 (HIV-1) Proviral Reservoirs Decay Continuously under Sustained Virologic Control in HIV-1-Infected Children Who Received Early Treatment. Journal of Infectious Diseases 210(10):1529-38, 2014. Epub 2014/05/23. doi: 10.1093/infdis/jiu297. PubMed PMID: 24850788; PMCID: PMC4215073.

656. Kim EY, Lorenzo-Redondo R, Little SJ, Chung YS, Phalora PK, Maljkovic Berry I, Archer J, Penugonda S, Fischer W, Richman DD, Bhattacharya T, Malim MH, Wolinsky SM. Human APOBEC3 Induced Mutation of Human Immunodeficiency Virus Type-1 Contributes to Adaptation and Evolution in Natural Infection. PLoS Pathogens 10(7):e1004281, 2014. Epub 2014/08/01. doi: 10.1371/journal.ppat.1004281. PubMed PMID: 25080100; PMCID: PMC4117599.

657.   Wensing AM, Calvez V, Gunthard HF, Johnson VA, Paredes R, Pillay D, Shafer RW, Richman DD. 2014 Update of the Drug Resistance Mutations in HIV-1. Topics in Antiviral Medicine 22(3):642-50, 2014. Epub 2014/08/08. PubMed PMID: 25101529; PMCID: PMC4392881.

658.   Hepler NL, Scheffler K, Weaver S, Murrell B, Richman DD, Burton DR, Poignard P, Smith DM, Kosakovsky Pond SL. IDEPI: Rapid Prediction of HIV-1 Antibody Epitopes and Other Phenotypic Features from Sequence Data Using a Flexible Machine Learning Platform. PLoS Computational Biology 10(9):e1003842, 2014. Epub 2014/09/26. doi: 10.1371/journal.pcbi.1003842. PubMed PMID: 25254639; PMCID: PMC4177671.

659.   Archin NM, Bateson R, Tripathy MK, Crooks AM, Yang KH, Dahl NP, Kearney MF, Anderson EM, Coffin JM, Strain MC, Richman DD, Robertson KR, Kashuba AD, Bosch RJ, Hazuda DJ, Kuruc JD, Eron JJ, Margolis DM. HIV-1 Expression within Resting CD4+ T Cells after Multiple Doses of Vorinostat. Journal of Infectious Diseases 210(5):728-35, 2014. Epub 2014/03/13. doi: 10.1093/infdis/jiu155. PubMed PMID: 24620025; PMCID: PMC4148603.

660.   Okulicz JF, Le TD, Agan BK, Camargo JF, Landrum ML, Wright E, Dolan MJ, Ganesan A, Ferguson TM, Smith DM, Richman DD, Little SJ, Clark RA, He W, Ahuja SK. Influence of the Timing of Antiretroviral Therapy on the Potential for Normalization of Immune Status in Human Immunodeficiency Virus 1-Infected Individuals. JAMA Intern Med 175(1):88-99, 2015. Epub 2014/11/25. doi: 10.1001/jamainternmed.2014.4010. PubMed PMID: 25419650; PMCID: PMC4286496.

661.   Gianella S, Massanella M, Richman DD, Little SJ, Spina CA, Vargas MV, Lada SM, Daar ES, Dube MP, Haubrich RH, Morris SR, Smith DM, California Collaborative Treatment Group 592 Team. Cytomegalovirus Replication in Semen Is Associated with Higher Levels of Proviral HIV DNA and CD4+ T Cell Activation During Antiretroviral Treatment. Journal of Virology 88(14):7818-27, 2014. Epub 2014/05/03. doi: 10.1128/jvi.00831-14. PubMed PMID: 24789781; PMCID: PMC4097769.

662.   Menéndez-Arias L, Richman DD. Editorial Overview: Antivirals and Resistance: Advances and Challenges Ahead. Current Opinion in Virology 8:iv-vii, 2014. Epub 2014/08/27. doi: 10.1016/j.coviro.2014.08.002. PubMed PMID: 25155454.

663.   Cockerham LR, Siliciano JD, Sinclair E, O'Doherty U, Palmer S, Yukl SA, Strain MC, Chomont N, Hecht FM, Siliciano RF, Richman DD, Deeks SG. CD4+ and CD8+ T Cell Activation Are Associated with HIV DNA in Resting CD4+ T Cells. PloS One 9(10):e110731, 2014. Epub 2014/10/24. doi: 10.1371/journal.pone.0110731. PubMed PMID: 25340755; PMCID: PMC4207702.

664.   Massanella M, Ouchi D, Marfil S, Llibre JM, Puertas MC, Buzon MJ, Richman DD, Orna E, Stevenson M, Gatell JM, Domingo P, Negredo E, Martinez-Picado J, Clotet B, Blanco J. Different Plasma Markers of Inflammation Are Influenced by Immune Recovery and cART Composition or Intensification in Treated HIV Infected Individuals. PloS One 9(12):e114142, 2014. Epub 2014/12/03. doi: 10.1371/journal.pone.0114142. PubMed PMID: 25462535; PMCID: PMC4252101.

665.   Wang C, Abdel-Mohsen M, Strain MC, Lada SM, Yukl S, Cockerham LR, Pilcher CD, Hecht FM, Sinclair E, Liegler T, Richman DD, Deeks SG, Pillai SK. Decreased HIV Type 1 Transcription in CCR5-Delta32 Heterozygotes During Suppressive Antiretroviral Therapy. Journal of Infectious Diseases 210(11):1838-43, 2014. Epub 2014/06/18. doi: 10.1093/infdis/jiu338. PubMed PMID: 24935955; PMCID: PMC4271057.

666. Richman DD. Joep MA Lange. Antiviral Therapy 19(4):325-6, 2014. Epub 2014/08/15. doi: 10.3851/imp2847. PubMed PMID: 25118622.

667. Persaud D, Patel K, Karalius B, Rainwater-Lovett K, Ziemniak C, Ellis A, Chen YH, Richman D, Siberry GK, Van Dyke RB, Burchett S, Seage GR, 3rd, Luzuriaga K. Influence of Age at Virologic Control on Peripheral Blood Human Immunodeficiency Virus Reservoir Size and Serostatus in Perinatally Infected Adolescents. JAMA Pediatr 168(12):1138-46, 2014. Epub 2014/10/07. doi: 10.1001/jamapediatrics.2014.1560. PubMed PMID: 25286283; PMCID: PMC4324476.

668. Carter CC, Wagner GA, Hightower GK, Caballero G, Phung P, Richman DD, Pond SL, Smith DM. HIV-1 Neutralizing Antibody Response and Viral Genetic Diversity Characterized with Next Generation Sequencing. Virology 474:34-40, 2015. Epub 2014/12/03. doi: 10.1016/j.virol.2014.10.019. PubMed PMID: 25463602; PMCID: PMC4259848.

669. Abdel-Mohsen M, Wang C, Strain MC, Lada SM, Deng X, Cockerham LR, Pilcher CD, Hecht FM, Liegler T, Richman DD, Deeks SG, Pillai SK. Select Host Restriction Factors Are Associated with HIV Persistence During Antiretroviral Therapy. AIDS 29(4):411-20, 2015. Epub 2015/01/21. doi: 10.1097/qad.0000000000000572. PubMed PMID: 25602681; PMCID: PMC4385712.

670. Massanella M, Gianella S, Lada SM, Richman DD, Strain MC. Quantification of Total and 2-LTR (Long Terminal Repeat) HIV DNA, HIV RNA and Herpesvirus DNA in PBMCs. Bio Protoc 5(11), 2015. Epub 2015/06/05. PubMed PMID: 27478862; PMCID: PMC4962884.

671. Massanella M, Gianella S, Schrier R, Dan JM, Perez-Santiago J, Oliveira MF, Richman DD, Little SJ, Benson CA, Daar ES, Dube MP, Haubrich RH, Smith DM, Morris SR, the CCTG 592 collaborative group. Methamphetamine Use in HIV-Infected Individuals Affects T-Cell Function and Viral Outcome During Suppressive Antiretroviral Therapy. Scientific Reports 5:13179, 2015. Epub 2015/08/25. doi: 10.1038/srep13179. PubMed PMID: 26299251; PMCID: PMC4547398.

672. The Future of HIV-1 Therapeutics. Resistance is Futile? Ed. Torbett B, Goodsell DS, Richman DD. Current Topics in Microbiology and Immunology. Springer International Publishing, Switzerland; 254 p., 2015. doi: 10.1007/978-3-319-18518-7.

673. Rokx C, Richman DD, Muller-Trutwin M, Silvestri G, Lunzen J, Khoo S, Lichterfeld M, Altfeld M, Perno CF, Hunt PW, Mallon P, Rockstroh JK, Pozniak AL, Clotet B, Boucher CA. Second European Round Table on the Future Management of HIV: 10-11 October 2014, Barcelona, Spain. J Virus Erad 1(3):211-20, 2015. Epub 2015/01/01. PubMed PMID: 27482415; PMCID: PMC4946744.

674. Procopio FA, Fromentin R, Kulpa DA, Brehm JH, Bebin AG, Strain MC, Richman DD, O'Doherty U, Palmer S, Hecht FM, Hoh R, Barnard RJ, Miller MD, Hazuda DJ, Deeks SG, Sekaly RP, Chomont N. A Novel Assay to Measure the Magnitude of the Inducible Viral Reservoir in HIV-Infected Individuals. EBioMedicine 2(8):874-83, 2015. Epub 2015/10/02. doi: 10.1016/j.ebiom.2015.06.019. PubMed PMID: 26425694; PMCID: PMC4563128.

675. Ruggiero A, De Spiegelaere W, Cozzi-Lepri A, Kiselinova M, Pollakis G, Beloukas A, Vandekerckhove L, Strain M, Richman D, Phillips A, Geretti AM on behalf of the ERAS Study Group. During Stably Suppressive Antiretroviral Therapy Integrated HIV-1 DNA Load in Peripheral Blood Is Associated with the Frequency of CD8 Cells Expressing HLA-DR/DP/DQ. EBioMedicine 2(9):1153-9, 2015. Epub 2015/10/27. doi: 10.1016/j.ebiom.2015.07.025. PubMed PMID: 26498496; PMCID: PMC4588402.

676. Gianella S, Anderson CM, Richman DD, Smith DM, Little SJ. No Evidence of Posttreatment Control after Early Initiation of Antiretroviral Therapy. AIDS 29(16):2093-7, 2015. Epub 2015/11/07. doi: 10.1097/qad.0000000000000816. PubMed PMID: 26544575; PMCID: PMC4638137.

677. Reardon B, Beliakova-Bethell N, Spina CA, Singhania A, Margolis DM, Richman DR, Woelk CH. Dose-Responsive Gene Expression in Suberoylanilide Hydroxamic Acid-Treated Resting CD4+ T Cells. AIDS 29(17):2235-44, 2015. Epub 2015/08/11. doi: 10.1097/qad.0000000000000839. PubMed PMID: 26258524; PMCID: PMC4917679.

678. White CH, Johnston HE, Moesker B, Manousopoulou A, Margolis DM, Richman DD, Spina CA, Garbis SD, Woelk CH, Beliakova-Bethell N. Mixed Effects of Suberoylanilide Hydroxamic Acid (SAHA) on the Host Transcriptome and Proteome and Their Implications for HIV Reactivation from Latency. Antiviral Research 123:78-85, 2015. Epub 2015/09/08. doi: 10.1016/j.antiviral.2015.09.002. PubMed PMID: 26343910; PMCID: PMC5606336.

679. Wensing AM, Calvez V, Gunthard HF, Johnson VA, Paredes R, Pillay D, Shafer RW, Richman DD. 2015 Update of the Drug Resistance Mutations in HIV-1. Topics in Antiviral Medicine 23(4):132-41, 2015. Epub 2015/12/30. PubMed PMID: 26713503; PMCID: PMC6148920.

680. Richman DD. HIV: Cure By Killing. Nature. 2015;528 (7581):198-9. Epub 2015/12/04, PubMed PMID: 26633623.

681. Rhee SY, Jordan MR, Raizes E, Chua A, Parkin N, Kantor R, Van Zyl GU, Mukui I, Hosseinipour MC, Frenkel LM, Ndembi N, Hamers RL, Rinke de Wit TF, Wallis CL, Gupta RK, Fokam J, Zeh C, Schapiro JM, Carmona S, Katzenstein D, Tang M, Aghokeng AF, De Oliveira T, Wensing AM, Gallant JE, Wainberg MA, Richman DD, Fitzgibbon JE, Schito M, Bertagnolio S, Yang C, Shafer RW. HIV-1 Drug Resistance Mutations: Potential Applications for Point-of-Care Genotypic Resistance Testing. PloS One 10(12):e0145772, 2015. Epub 2015/12/31. doi: 10.1371/journal.pone.0145772. PubMed PMID: 26717411; PMCID: PMC4696791.

682. Panichsillapakit T, Smith DM, Wertheim JO, Richman DD, Little SJ, Mehta SR. Prevalence of Transmitted HIV Drug Resistance among Recently Infected Persons in San Diego, Ca 1996-2013. Journal of Acquired Immune Deficiency Syndromes 71(2):228-36, 2016. Epub 2015/09/29. doi: 10.1097/qai.0000000000000831. PubMed PMID: 26413846; PMCID: PMC4712087.

683. Massanella M, Richman DD. Measuring the Latent Reservoir in Vivo. Journal of Clinical Investigation 126(2):464-72, 2016. Epub 2016/02/02. doi: 10.1172/jci80567. PubMed PMID: 26829625; PMCID: PMC4731179.

684. Gianella S, Anderson CM, Var SR, Oliveira MF, Lada SM, Vargas MV, Massanella M, Little SJ, Richman DD, Strain MC, Perez-Santiago J, Smith DM. Replication of Human Herpesviruses Is Associated with Higher HIV DNA Levels During Antiretroviral Therapy Started at Early Phases of HIV Infection. Journal of Virology 90(8):3944-52, 2016. Epub 2016/02/05. doi: 10.1128/jvi.02638-15. PubMed PMID: 26842469; PMCID: PMC4810527.

685. Richman DD, Nathanson N. Antiviral Therapy. In Viral Pathogenesis, Third Edition, Academic Press, Chapter 20, 271-285, 2016.

686. Richman DD. Editorial Commentary: HIV Is Putting up Less Resistance. Clinical Infectious Diseases 62(10):1318-9, 2016. Epub 2016/03/11. doi: 10.1093/cid/ciw130. PubMed PMID: 26962077.

687. Panichsillapakit T, Patel D, Santangelo J, Richman DD, Little SJ, Smith DM. Colorectal Disorders in Acute Human Immunodeficiency Virus Infection: A Case Series. Open Forum Infect Dis 3(1):ofw014, 2016. Epub 2016/03/01. doi: 10.1093/ofid/ofw014. PubMed PMID: 26925432; PMCID: PMC4766383.

688. Bruner KM, Murray AJ, Pollack RA, Soliman MG, Laskey SB, Capoferri AA, Lai J, Strain MC, Lada SM, Hoh R, Ho YC, Richman DD, Deeks SG, Siliciano JD, Siliciano RF. Defective Proviruses Rapidly Accumulate During Acute HIV-1 Infection. Nature Medicine 22(9):1043-9, 2016. Epub 2016/08/09. doi: 10.1038/nm.4156. PubMed PMID: 27500724; PMCID: PMC5014606.

689. Mehta SR, Murrell B, Anderson CM, Kosakovsky Pond SL, Wertheim JO, Young JA, Freitas L, Richman DD, Mathews WC, Scheffler K, Little SJ, Smith DM. Using HIV Sequence and Epidemiologic Data to Assess the Effect of Self-Referral Testing for Acute HIV Infection on Incident Diagnoses in San Diego, California. Clinical Infectious Diseases 63(1):101-7, 2016. Epub 2016/05/14. doi: 10.1093/cid/ciw161. PubMed PMID: 27174704; PMCID: PMC4901863.

690. Deeks SG, Lewin SR, Ross AL, Ananworanich J, Benkirane M, Cannon P, Chomont N, Douek D, Lifson JD, Lo YR, Kuritzkes D, Margolis D, Mellors J, Persaud D, Tucker JD, Barre-Sinoussi F, Alter G, Auerbach J, Autran B, Barouch DH, Behrens G, Cavazzana M, Chen Z, Cohen EA, Corbelli GM, Eholie S, Eyal N, Fidler S, Garcia L, Grossman C, Henderson G, Henrich TJ, Jefferys R, Kiem HP, McCune J, Moodley K, Newman PA, Nijhuis M, Nsubuga MS, Ott M, Palmer S, Richman D, Saez-Cirion A, Sharp M, Siliciano J, Silvestri G, Singh J, Spire B, Taylor J, Tolstrup M, Valente V, van Lunzen J, Walensky R, Wilson I, Zack J, International AIDS Society Towards a Cure Working Group. International AIDS Society Global Scientific Strategy: Towards an HIV Cure 2016. Nature Medicine 22(8):839-50, 2016. Epub 2016/07/12. doi: 10.1038/nm.4108. PubMed PMID: 27400264; PMCID: PMC5322797.

691. Wagner GA, Chaillon A, Liu S, Franklin DR, Jr., Caballero G, Kosakovsky Pond SL, Vaida F, Heaton RK, Letendre SL, Grant I, Richman DD, Smith DM. HIV-Associated Neurocognitive Disorder Is Associated with HIV-1 Dual Infection. AIDS 30(17):2591-7, 2016. Epub 2016/10/27. doi: 10.1097/qad.0000000000001237. PubMed PMID: 27536983; PMCID: PMC5083206.

692. White CH, Moesker B, Beliakova-Bethell N, Martins LJ, Spina CA, Margolis DM, Richman DD, Planelles V, Bosque A, Woelk CH. Transcriptomic Analysis Implicates the P53 Signaling Pathway in the Establishment of HIV-1 Latency in Central Memory CD4 T Cells in an in Vitro Model. PLoS Pathogens 12(11):e1006026, 2016. Epub 2016/11/30. doi: 10.1371/journal.ppat.1006026. PubMed PMID: 27898737; PMCID: PMC5127598.

693. Karris MY, Umlauf A, Vaida F, Richman D, Little S, Smith D. A Randomized Controlled Clinical Trial on the Impact of CCR5 Blockade with Maraviroc in Early Infection on T-Cell Dynamics. Medicine (Baltimore) 95(44):e5315, 2016. Epub 2016/11/20. doi: 10.1097/md.0000000000005315. PubMed PMID: 27858912; PMCID: PMC5591160.

694. Laird Smith M, Murrell B, Eren K, Ignacio C, Landais E, Weaver S, Phung P, Ludka C, Hepler L, Caballero G, Pollner T, Guo Y, Richman D, Poignard P, Paxinos EE, Kosakovsky Pond SL, Smith DM. Rapid Sequencing of Complete Env Genes from Primary HIV-1 Samples. Virus Evol 2(2):vew018, 2016. Epub 2016/07/08. doi: 10.1093/ve/vew018. PubMed PMID: 29492273; PMCID: PMC5822884.

695. Lee SA, Bacchetti P, Chomont N, Fromentin R, Lewin SR, O'Doherty U, Palmer S, Richman DD, Siliciano JD, Yukl SA, Deeks SG, Burbelo PD. Anti-HIV Antibody Responses and the HIV Reservoir Size During Antiretroviral Therapy. PLoS One 11(8):e0160192, 2016. Epub 2016/08/03. doi: 10.1371/journal.pone.0160192. PubMed PMID: 27483366; PMCID: PMC4970722.

696.  Richman DD, Whitley RJ, Hayden FG. Clinical Virology, Edited by Richman DD, Whitley RJ, Hayden FG. 4th Edition. ASM Press Washington DC; 1-1489, 2017.

697.  Richman DD, Whitley RJ, Hayden FG. Chapter 1, Introduction. In: Clinical Virology, Edited by Richman DD, Whitley RJ, Heyden FG. 4th Edition. ASM Press Washington DC; 1-5, 2017.

698.  Guatelli JC, Siliciano RF, Kuritzkes DR, Richman DD. Chapter 33, Human Immunodeficiency Virus. In: Clinical Virology. Edited by Richman DD, Whitley RJ Hayden FG. 4th Edition. ASM Press, Washington DC; 795-840, 2017.

699.  Wensing AM, Calvez V, Gunthard HF, Johnson VA, Paredes R, Pillay D, Shafer RW, Richman DD. 2017 Update of the Drug Resistance Mutations in HIV-1. Topics in Antiviral Medicine 24(4):132-3, 2017. Epub 2017/02/17. PubMed PMID: 28208121; PMCID: PMC5677049.

700.  Benson CA, Currier JS, Del Rio C, Gallant JE, Gulick RM, Marrazzo JM, Richman DD, Saag MS, Schooley RT, Volberding PA. A Conversation among the IAS-USA Board of Directors: Hot Topics and Emerging Data in HIV Research and Care. Topics in Antiviral Medicine 24(4):142-51, 2017. Epub 2017/02/17. PubMed PMID: 28208122; PMCID: PMC5677050.

701.  Richman DD. HIV: Finding Latent Needles in a Haystack. Nature 543(7646):499-500, 2017. Epub 2017/03/16. doi: 10.1038/nature21899. PubMed PMID: 28297707.

702.  Honeycutt JB, Thayer WO, Baker CE, Ribeiro RM, Lada SM, Cao Y, Cleary RA, Hudgens MG, Richman DD, Garcia JV. HIV Persistence in Tissue Macrophages of Humanized Myeloid-Only Mice During Antiretroviral Therapy. Nature Medicine 23(5):638-43, 2017. Epub 2017/04/18. doi: 10.1038/nm.4319. PubMed PMID: 28414330; PMCID: PMC5419854.

703.  Choi JY, Pond SLK, Anderson CM, Richman DD, Smith DM. Molecular Features of the V1-V4 Coding Region of Sexually Transmitted Human Immunodeficiency Virus Type 1. Journal of Infectious Diseases 215(10):1506-13, 2017. Epub 2017/04/19. doi: 10.1093/infdis/jix184. PubMed PMID: 28419276; PMCID: PMC6281333.

704.  Yek C, Massanella M, Peling T, Lednovich K, Nair SV, Worlock A, Vargas M, Gianella S, Ellis RJ, Strain MC, Busch MP, Nugent CT, Richman DD. Evaluation of the Aptima HIV-1 Quant Dx Assay for HIV-1 RNA Quantitation in Different Biological Specimen Types. Journal of Clinical Microbiology 55(8):2544-53, 2017. Epub 2017/06/09. doi: 10.1128/jcm.00425-17. PubMed PMID: 28592548; PMCID: PMC5527433.

705.  Beliakova-Bethell N, Hezareh M, Wong JK, Strain MC, Lewinski MK, Richman DD, Spina CA. Relative Efficacy of T Cell Stimuli as Inducers of Productive HIV-1 Replication in Latently Infected CD4 Lymphocytes from Patients on Suppressive cART. Virology 508:127-33, 2017. Epub 2017/05/21. doi: 10.1016/j.virol.2017.05.008. PubMed PMID: 28527342; PMCID: PMC5654527.

706.  Richman DD, Gallo RC. Mark Wainberg. Current Opinion in HIV and AIDS 12(5):423-4, 2017. Epub 2017/08/05. doi: 10.1097/COH.0000000000000394. PubMed PMID: 28771448.

707.  Chaillon A, Gianella S, Lada SM, Perez-Santiago J, Jordan P, Ignacio C, Karris M, Richman DD, Mehta SR, Little SJ, Wertheim JO, Smith DM. Size, Composition, and Evolution of HIV DNA Populations During Early Antiretroviral Therapy and Intensification with Maraviroc. Journal of Virology 92(3), 2018. Epub 2017/11/17. doi: 10.1128/jvi.01589-17. PubMed PMID: 29142136; PMCID: PMC5774877.

708. Henrich TJ, Hatano H, Bacon O, Hogan LE, Rutishauser R, Hill A, Kearney MF, Anderson EM, Buchbinder SP, Cohen SE, Abdel-Mohsen M, Pohlmeyer CW, Fromentin R, Hoh R, Liu AY, McCune JM, Spindler J, Metcalf-Pate K, Hobbs KS, Thanh C, Gibson EA, Kuritzkes DR, Siliciano RF, Price RW, Richman DD, Chomont N, Siliciano JD, Mellors JW, Yukl SA, Blankson JN, Liegler T, Deeks SG. HIV-1 Persistence Following Extremely Early Initiation of Antiretroviral Therapy (ART) During Acute HIV-1 Infection: An Observational Study. PLoS Medicine 14(11):e1002417, 2017. Epub 2017/11/08. doi: 10.1371/journal.pmed.1002417. PubMed PMID: 29112956; PMCID: PMC5675377.

709. Cummins NW, Rizza S, Litzow MR, Hua S, Lee GQ, Einkauf K, Chun TW, Rhame F, Baker JV, Busch MP, Chomont N, Dean PG, Fromentin R, Haase AT, Hampton D, Keating SM, Lada SM, Lee TH, Natesampillai S, Richman DD, Schacker TW, Wietgrefe S, Yu XG, Yao JD, Zeuli J, Lichterfeld M, Badley AD. Extensive Virologic and Immunologic Characterization in an HIV-Infected Individual Following Allogeneic Stem Cell Transplant and Analytic Cessation of Antiretroviral Therapy: A Case Study. PLoS Medicine 14(11):e1002461, 2017. Epub 2017/11/29. doi: 10.1371/journal.pmed.1002461. PubMed PMID: 29182633; PMCID: PMC5705162.

710. Wagner GA, Landais E, Caballero G, Phung P, Kosakovsky Pond SL, Poignard P, Richman DD, Little SJ, Smith DM. Intrasubtype B HIV-1 Superinfection Correlates with Delayed Neutralizing Antibody Response. Journal of Virology 91(17), 2017. Epub 2017/06/16. doi: 10.1128/jvi.00475-17. PubMed PMID: 28615205; PMCID: PMC5553187.

711. White CH, Beliakova-Bethell N, Lada SM, Breen MS, Hurst TP, Spina CA, Richman DD, Frater J, Magiorkinis G, Woelk CH. Transcriptional Modulation of Human Endogenous Retroviruses in Primary CD4+ T Cells Following Vorinostat Treatment. Frontiers in Immunology 9:603, 2018. Epub 2018/05/01. doi: 10.3389/fimmu.2018.00603. PubMed PMID: 29706951; PMCID: PMC5906534.

712. Sadanand S, Das J, Chung AW, Schoen MK, Lane S, Suscovich TJ, Streeck H, Smith DM, Little SJ, Lauffenburger DA, Richman DD, Alter G. Temporal Variation in HIV-Specific IgG Subclass Antibodies During Acute Infection Differentiates Spontaneous Controllers from Chronic Progressors. AIDS 32(4):443-50, 2018. Epub 2017/12/15. doi: 10.1097/qad.0000000000001716. PubMed PMID: 29239894; PMCID: PMC5983383.

713. Hermans LE, Moorhouse M, Carmona S, Grobbee DE, Hofstra LM, Richman DD, Tempelman HA, Venter WDF, Wensing AMJ. Effect of HIV-1 Low-Level Viraemia During Antiretroviral Therapy on Treatment Outcomes in WHO-Guided South African Treatment Programmes: A Multicentre Cohort Study. Lancet Infectious Diseases 18(2):188-97, 2018. Epub 2017/11/22. doi: 10.1016/S1473-3099(17)30681-3. PubMed PMID: 29158101.

714. Abdel-Mohsen M, Kuri-Cervantes L, Grau-Exposito J, Spivak AM, Nell RA, Tomescu C, Vadrevu SK, Giron LB, Serra-Peinado C, Genesca M, Castellvi J, Wu G, Del Rio Estrada PM, Gonzalez-Navarro M, Lynn K, King CT, Vemula S, Cox K, Wan Y, Li Q, Mounzer K, Kostman J, Frank I, Paiardini M, Hazuda D, Reyes-Teran G, Richman D, Howell B, Tebas P, Martinez-Picado J, Planelles V, Buzon MJ, Betts MR, Montaner LJ. CD32 Is Expressed on Cells with Transcriptionally Active HIV but Does Not Enrich for HIV DNA in Resting T cells. Science Translational Medicine 10(437), 2018. Epub 2018/04/20. doi: 10.1126/scitranslmed.aar6759. PubMed PMID: 29669853; PMCID: PMC6282755.

715. Ruggiero A, Cozzi-Lepri A, Beloukas A, Richman D, Khoo S, Phillips A, Geretti AM; on behalf of the ERAS Study Group. Factors Associated with Persistence of Plasma HIV-1 RNA During Long-Term Continuously Suppressive Firstline Antiretroviral Therapy. Open Forum Infect Dis 5(2):ofy032, 2018. Epub 2018/03/07. doi: 10.1093/ofid/ofy032. PubMed PMID: 29507867; PMCID: PMC5825920.

716. Encyclopedia of AIDS. Editors: Hope TJ, Douglas DD, Stevenson M, editors. 1 ed. New York, NY: Springer; 2018. pp. 2192.

717. Papasavvas E, Lada SM, Joseph J, Yin X, Liu Q, Azzoni L, Mounzer K, Kostman JR, Richman D, Montaner LJ. Analytical ART Interruption Does Not Irreversibly Change Pre-Interruption Levels of Cellular HIV. AIDS, 2018. Epub 2018/06/13. doi: 10.1097/qad.0000000000001909. PubMed PMID: 29894387; PMCID: PMC6289896.

718. Gunthard HF, Calvez V, Paredes R, Pillay D, Shafer RW, Wensing AM, Jacobsen DM, Richman DD. Human Immunodeficiency Virus Drug Resistance: 2018 Recommendations of the International Antiviral Society-USA Panel. Clinical Infectious Diseases 68(2):177-87, 2019. Epub 2018/07/28. doi: 10.1093/cid/ciy463. PubMed PMID: 30052811; PMCID: PMC6321850.

719. Lofano G, Gorman MJ, Yousif AS, Yu WH, Fox JM, Dugast AS, Ackerman ME, Suscovich TJ, Weiner J, Barouch D, Streeck H, Little S, Smith D, Richman D, Lauffenburger D, Walker BD, Diamond MS, Alter G. Antigen-Specific Antibody Fc Glycosylation Enhances Humoral Immunity Via the Recruitment of Complement. Sci Immunol 3(26), 2018. Epub 2018/08/19. doi: 10.1126/sciimmunol.aat7796. PubMed PMID: 30120121; PMCID: PMC6298214.

720. Rothenberger M, Wagner JE, Haase A, Richman D, Grzywacz B, Strain M, Lada S, Estes J, Fletcher CV, Podany AT, Anderson J, Schmidt T, Wietgrefe S, Schacker T, Verneris MR. Transplantation of CCR5Δ32 Homozygous Umbilical Cord Blood in a Child with Acute Lymphoblastic Leukemia and Perinatally Acquired HIV Infection. Open Forum Infect Dis 5(5):ofy090, 2018. Epub 2018/06/06. doi: 10.1093/ofid/ofy090. PubMed PMID: 29868623; PMCID: PMC5965100.

721. Lada SM, Huang K, VanBelzen DJ, Montaner LJ, O'Doherty U, Richman DD. Quantitation of Integrated HIV Provirus by Pulsed-Field Gel Electrophoresis and Droplet Digital PCR. Journal of Clinical Microbiology 56(12), 2018. Epub 2018/09/21. doi: 10.1128/jcm.01158-18. PubMed PMID: 30232127; PMCID: PMC6258838.

722. Massanella M, Yek C, Lada SM, Nakazawa M, Shefa N, Huang K, Richman DD. Improved Assays to Measure and Characterize the Inducible HIV Reservoir. EBioMedicine 36:113-21, 2018. Epub 2018/10/15. doi: 10.1016/j.ebiom.2018.09.036. PubMed PMID: 30316868; PMCID: PMC6197429.

723. Gunthard HF, Calvez V, Paredes R, Pillay D, Shafer RW, Wensing AM, Jacobsen DM, Richman DD. Reply to Ambrosioni Et Al. Clinical Infectious Diseases 68(11):1977-8, 2019. Epub 2018/12/07. doi: 10.1093/cid/ciy1022. PubMed PMID: 30520997.

  a. Gunthard HF, Calvez V, Paredes R, Pillay D, Shafer RW, Wensing AM, Jacobsen DM, Richman DD. Reply to Ambrosioni et al. Clin Infect Dis. 2019;68(11):1977-8. Epub 2018/12/07. doi: 10.1093/cid/ciy1022. PubMed PMID: 3052099

724. Richman DD, Huang K, Lada SM, Sun X, Jain S, Massanella M, Menke B. Replication Competence of Virions Induced from CD4+ Lymphocytes Latently Infected with HIV. Retrovirology 16(1):4, 2019. Epub 2019/02/17. doi: 10.1186/s12977-019-0466-1. PubMed PMID: 30770748; PMCID: PMC6377736.

725. Rosenbloom DIS, Bacchetti P, Stone M, Deng X, Bosch RJ, Richman DD, Siliciano JD, Mellors JW, Deeks SG, Ptak RG, Hoh R, Keating SM, Dimapasoc M, Massanella M, Lai J, Sobolewski MD, Kulpa DA, Busch MP, Reservoir Assay V, Evaluation Network Study G. Assessing Intra-Lab Precision and Inter-Lab Repeatability of Outgrowth Assays of HIV-1 Latent Reservoir Size. PLoS Computational

Biology 15(4):e1006849, 2019. Epub 2019/04/13. doi: 10.1371/journal.pcbi.1006849. PubMed PMID: 30978183; PMCID: PMC6481870.

726.    Beliakova-Bethell N, Mukim A, White CH, Deshmukh S, Abewe H, Richman DD, Spina CA. Histone Deacetylase Inhibitors Induce Complex Host Responses that Contribute to Differential Potencies of these Compounds in HIV Reactivation. Journal of Biological Chemistry 294(14):5576-89, 2019. Epub 2019/02/13. doi: 10.1074/jbc.RA118.005185. PubMed PMID: 30745362; PMCID: PMC6462528.

727.    Olagunju A, Anweh D, Okafor O, Dickinson L, Richman D, Owen A, Adejuyigbe E. Viral and Antiretroviral Dynamics in HIV Mother-to-Child Transmission Fluids (VADICT) – Protocol and Data Analysis Plan for a Cohort Study. Wellcome Open Research 4(34):34, 2019. Epub. doi: 10.12688/wellcomeopenres.15072.1.

728.    Prakash K, Richman D. A Case Report of Disseminated Histoplasmosis and Concurrent Cryptococcal Meningitis in a Patient Treated with Ruxolitinib. BMC Infectious Diseases 19(1):287, 2019. Epub 2019/03/29. doi: 10.1186/s12879-019-3922-6. PubMed PMID: 30917797.

729.    LaVergne S, Gaufin T, Richman D. Myroides injenensis Bacteremia and Severe Cellulitis. Open forum infectious diseases. 2019;6(7):ofz282. Epub 2019/07/25. doi: 10.1093/ofid/ofz282. PubMed PMID: 31334299; PubMed Central PMCID: PMCPMC6634436.

730.    Wensing AM, Calvez V, Ceddherini-Silberstien F, Charpentier C, Gunthard HF, Paredes R, Shafer RW, Richman DD. 2019 Update of the Drug Resistance Mutations in HIV-1. 2019 Resistance Mutations Update; Topics Antiviral Medicine 27 (3), July/August 2019. In press.

## ABSTRACTS

1.    Chanock RM, Murphy BR, Richman DD, Spring SB. Attenuation of influenza A virus by ts mutation. Third International Congress of Virology, Madrid, September 1975.

2.    Murphy BR, Richman DD, Spring SB, Chanock RM. Use of temperature sensitive mutants of influenza A virus as live virus vaccine strains. Am J Epidemiol 102:465, 1975.

3.    Dolin R, Richman DD, Murphy BR, Fauci AS. Cell mediated immune responses following influenza in man. Clin Res 26: 342A, 1976.

4.    Richman DD, Cleveland PH, Oxman MN. A rapid and sensitive technique for the detection of viral antigens. 19th Interscience Conference on Antimicrobial Agents and Chemotherapy, October 1979.

5.    Cleveland PH, Richman DD, Wickham MG, Binder PS, Worthen DM, Oxman MN. A rapid RIA procedure for detecting herpes virus antigens. Invest Ophthalmol Vis Sci, Supp 232: 1979.

6.    Cleveland PH, Richman DD, Oxman MN, Worthen DM. A rapid technique for typing herpes viruses. Invest Ophthalmol Vis Sci, Supp. 156, 1980.

7.    Redfield DC, Richman DD, Oxman MN, Kronenberg L. Psoralen inactivation of herpes simplex and influenza viruses and of virus-infected cells. 20th Interscience Conference on Antimicrobial Agents and Chemotherapy, 1980.

8.   Cleveland PH, Richman DD, Redfield DC, Oxman MN, Disharoon DR, Binder PS. Detection of herpes virus antigens in infected eyes. Invest Ophthalmol Vis Sci (supplement) 20: 136, 1981.

9.   Richman DD, Cleveland P, Oxman M, Van Wyke K, Webster R. Rapid characterization of influenza viruses using monoclonal antibodies. Fifth International Congress of Virology, Strasbourg, France, August, 1981.

10.   Cleveland PH, Richman DD, Redfield DC, Oxman MN, Disharoon DR, Binder PS. A rapid enzyme immunoassay for herpes simplex virus antigens performed on swabs from infected eyes. 21st Interscience Conference on Antimicrobial Agents and Chemotherapy, 1981.

11.   Hostetler KY, Richman DD. Mechanisms of drug-induced lipidosis in cultured kidney cells. Clin Res 30: 487A, 1982.

12.   Cleveland PH, Richman DD, Redfield DC, Oxman MN, Disharoon DR, Binder PS. Detection of herpes simplex virus antigens on swabs from infected rabbit eyes. Invest Ophthalmol Vis Sci (supplement) 22: 215, 1982.

13.   Mertz GJ et al. Double-blind placebo-controlled trial of oral acyclovir for first-episode genital herpes. 22nd Interscience Conference on Antimicrobial Agents and Chemotherapy, 1982.

14.   Reichman RC et al. Treatment of recurrent herpes simplex genitalis with orally administered acyclovir. 22nd Interscience Conference on Antimicrobial Agents and Chemotherapy, 1982.

15.   Woolf NK, Harris JP, Ryan AF, Richman DD. Congenital cytomegalovirus infections in the guinea pig: effect of maternal vaccination on postnatal CMV labyrinthitis. Association for Research in Otolaryngology, St. Petersberg, Florida, 1983.

16.   Woolf NK, Harris JP, Butler DM and Richman DD. Experimental cytomegalovirus infection of the guinea pig inner ear; systemic presentation prevents hearing loss. Association for Research in Otolaryngology, St. Petersberg, Florida, 1983.

17.   Harris JP, Woolf NK, Butler D, Richman DD, Ryan A. Experimental cytomegalovirus inner ear infection. Effects on cochlear morphology and function, Association for Research in Otolaryngology, 1983.

18.   Disharoon DR, Richman DD, Binder PS, Cleveland PH. Correlation of lacrimal fluid class specific anti-herpes virus activity with clinical disease. Invest Ophthalmol Vis Sci (supplement) 24: 194, 1983.

19.   Cleveland PH, Disharoon DR, Richman DD. A sensitive direct immunoassay for HSV antigens using monoclonal antibody and the avidin-biotin system. Invest Ophthalmol Vis Sci (supplement) 24: 192, 1983.

20.   Del Real F, Richman DD, Binder PS, Cleveland PH. Class specific immunoglobulin levels in the lacrimal fluid of patients with herpes simplex keratitis. Invest Ophthalmol Vis Sci (supplement) 24: 78, 1983.

21.   Dueck R, Prutow RJ, Richman DD. Increased intrapulmonary shunt with anesthesia following acute viral respiratory infection in sheep. Anesthesiology 59: A511, 1983.

22.    Reichman RC, Badger GJ, Mertz GJ, Corey L, Richman DD, Oxman M, Connor J, Bryson Y, Tyrrell D, Portnoy J, Dolin R. Patient-initiated therapy of recurrent herpes simplex genitalis with orally administered acyclovir. Clin Res 31: 373A, 1983.

23.    Redfield DC, Richman DD, Cleveland PH, Albanil S, Oxman MN, Wahl GM. Detection and typing of herpes simplex virus by DNA hybridization. 23rd Interscience Conference on Antimicrobial Agents and Chemotherapy, American Society for Microbiology, 1983.

24.    Harris JP, Woolf NK, Butler DM, Ryan AF, and Richman DD. Experimental cytomegalovirus infection of the guinea pig inner ear: immunology and histopathology. Association for Research in Otolaryngology, 1984.

25.    Cleveland PH, Disharoon DR, Redfield DC, Richman DD. A new method for the rapid detection of herpes simplex virus antigens on swabs. Invest Opthalmol Vis Sci (supplement), 1984.

26.    Harris JP, Woolf NK, Ryan AF, Richman DD. Experimental cytomegalovirus labyrinthitis. Association for Research in Otolaryngology, 1984.

27.    Spector SA, Lavine JA, McCutchan JA, Richman DD, Hirata KK, Neuman TR. Detection of human cytomegalovirus DNA in leukocytes of homosexual men with the acquired immunodeficiency syndrome (AIDS). Ninth International Herpesvirus Workshop, August 24-29, Seattle, Washington, 1984.

28.    Savoia MC, Nesbitt MN, Kirkland TN, Richman DD, Oxman MN. Resistance of inbred mice to herpes simplex virus (HSV) infection is linked to the brown locus on chromosome 4. 24th Interscience Conference on Antimicrobial Agents and Chemotherapy, American Society for Microbiology. 1984.

29.    Woolf NK, Harris JP, Ryan AF, Richman DD. Cogenital cytomegaloviral infections in the guinea pig: effect of maternal vaccination on postnatal experimental CMV labyrinthitis, Association for Research in Otolaryngology, February, Clearwater Beach, Florida, 1985.

30.    Spector SA, McCutchan JA, Lavine JE, Love J, Richman DD. Detection of human cytomegalovirus (HCMV) DNA in leukocyte subpopulations of homosexual men with AIDS and ARC. International Conference on Acquired Immunodeficiency Syndrome (AIDS), April 14-17, Atlanta, Georgia, 1985.

31.    Volpicelli M, Disharoon DR, Richman DD and Cleveland PH. Differentiation of adenovirus and herpes simplex virus antigens using a bead immunoenzyme staining technique. Invest Ophthalmol Vis Sci Supp. 26: 70, 1985.

32.    Cleveland PH, Pierce S, Burquez R, Disharoon DR, Richman DD, Brown SI, Binder PS and Robertson S. A 10 minute assay for the detection of herpes simplex with antigens on swabs. Invest Ophthalmol Vis Sci Supp. 26: 73, 1985.

33.    Cleveland PH, Richman DD, Victor J, Robertson SM and Oxman MN. A ten minute assay for the detection of virus and chlamydial antigens on swabs. International Meeting on Advances in Virology, May, Catania, Sicily, 1985.

34.    Cleveland PH, Pierce S, Oxman MN, Disharoon D and Richman DD. A 10 minute assay for the detection of herpes simplex virus antigens on swabs. 25th Interscience Conference on Antimicrobial Agents and Chemotherapy, American Society for Microbiology, 1985.

35.   Gompels UA, Richman DD, Minson AC, Buckmaster EA. Characterization of glycoprotein H of HSV-1. Tenth International Herpesvirus Workshop, August 12-15, Ann Arbor, Michigan, 1985.

36.   Buckmaster EA, Richman DD, Minson AC. Characterization of a 55K glycoprotein of HSV-1. Tenth International Herpesvirus Workshop, August 12-15, Ann Arbor, Michigan, 1985.

37.   Woolf NK, Harris JP, Keithley EM, Magit AE, Richman DD. Cytomegalovirus infections in the guinea pig: Intrathecal hearing loss. Association for Research in Otolaryngology, Clearwater Beach, Florida, 1986.

38.   Cleveland PH, Terry L, Richman DD, Howe WE, Choate V, De Sousa B, Robertson SM. A 25-minute assay for the detection of herpes simplex, varicella zoster and adenovirus antigens directly from eye swabs. Invest Opthalmol Vis. Sci (supplement), 1986.

39.   Cleveland PH, Terry L, Richman DD, Robertson SM. Comparison of lesion, lid, and tear specimens for recovery of viral antigen and infectious virus in patients with either herpes simplex virus (HSV), varicella zoster virus (VZV), or adenovirus (ADV) ocular infections. International Conference on Herpetic Eye Diseases, 1986.

40.   Shrawder EJ, Richman DD, McCutchan JA, Spector S, Widder KJ. Elevated erythrocyte adenosine deaminase activities in AIDS and in AIDS associated conditions. 2nd International Conference on AIDS, Paris, France, June 1986.

41.   Wiley CA, Schrier RD, Richman DD, Lampert PW, Oldstone MBA, Nelson JA. LAV/HTLV-III infects inflammatory cells within the brain of AIDS patients. 2nd International Conference on AIDS, Paris, France, June 1986.

42.   Richman DD, McCutchan JA, Spector SA. Detection of LAV/HTLV-III RNA in peripheral blood mononuclear cells by nucleic acid hybridization. 2nd International Conference on AIDS, Paris, France, June 1986.

43.   Waterman S, Richman DD, Cleveland PH. A new immunoassay for the identification of dengue virus. 35th Annual Meeting of the American Society for Tropical Medicine and Hygiene, Denver, CO, December 1986.

44.   Grant I, Atkinson JH, Hesselink JR, Jernigan T, Kennedy CJ, McCutchan JA, Richman DD, Spector SA. Neuropsychology of AIDS-related disorders. International Neuropsychology Society Conference, February 18-21, Washington, DC, 1987.

45.   Grant I, Atkinson JH, Kennedy C, McCutchan JA, Richman DD, Spector SA. NP findings in HIV infection: relation to seropositivity and treatment with AZT. International Neuropsychology Society Conference, July 1-4, Barcelona, Spain, 1987.

46.   Jarvik JG, Hesselink JR, Kennedy C, Teschke R, Wiley C, Spector S, Richman DD, McCutchan JA. Acquired immunodeficiency syndrome: magnetic resonance patterns of brain involvement with pathologic correlation. Society of Magnetic Resonance in Medicine Conference, August 17-21, New York, NY, 1987.

47.   Bozzette S, Fleck R, Stayboldt C, Kennedy C, McCutchan JA, Spector S, Richman DD. Hematologic

toxicity of azidothymidine (AZT). J Cell Biochem, Supp. 11D:64, 1987.

48.   Haertle T, Carrera CJ, McDougal JS, Richman DD, Carson DA. Metabolism and anti-HIV activity of 2-halo-2',3'-dideoxyadenosines. J Cell Biochem, Supp. 11D: 65, 1987.

49.   Smith RS, Richman D, Viel S. Simultaneous detection of HBsAg and antibody to human immunodeficiency (HIV) virus in human plasma. J Cell Biochem, Supp. 11D: 25, 1987.

50.   Woolf NK, Ochi JW, Silva EJ, Harris JP, Richman DD. DHPG percents cochlear pathophysiology during experimental guines pig cytomegalovirus labyrinthitis. Association for Research in Otolaryngology, Clearwater Beach, Florida, 1987.

51.   Woolf NK, Ochi JW, Silva EJ, Sharp PA, Harris JP, Richman DD. Prophylactic ganciclovir treatment prevents cochlear pathophysiology during experimental guinea pig cytomegalovirus labyrinthitis. American Society of Virology, June 1, Chapel Hill, NC, 1987.

52.   Haertle T, Carrera CJ, McDougal JS, Richman DD, Carson DA. Synthesis, metabolism and anti-HIV activity of 2-halo-2',3'-dideoxyandenosine derivatives. Clin Res 35: 655A, 1987.

53.   McCutchan A, Klauber M, Klauber S, Spechko P, Jacobson D, Spector S, Richman DD. Development of a simple clinical method to screen for AIDS virus in blood donors in underdeveloped countries. Clin Res 35: 355A, 1987.

54.   AZT Collaborative Working Group. The efficacy of azidothymidine in the treatment of patients with AIDS and AIDS-related complex: a double-blind placebo-controlled trial. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

55.   AZT Collaborative Working Group. The toxicity of 3'-azido-3'-deoxythymidine (azidothymidine) in the treatment of patients with AIDS and AIDS-related complex: a double-blind, placebo-controlled trial. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

56.   Gingeras TR, Richman DD, Davis GR, Kwoh DY. Detection of HIV-specific sequences using *in vitro* nucleic acid amplification and oligonucleotide-based chromatography. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

57.   Spector SA, Martin M, Richman DD, Spechko P, McCutchan JA. Polypeptide specific antibody response to human cytomegalovirus (HCMV) in patients with acquired immunodeficiency syndrome. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

58.   Atkinson JH, Grant I, Kennedy CJ, Richman DD, Spector SA, McCutchan JA. Psychiatric illness in HIV-infected men and controls. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

59.   McCutchan JA, Klauber M, Kennedy C, Klauber S, Spechko P, Jacobson D, et al. Development of a simple clinical method to screen for AIDS virus in blood donors in underdeveloped countries. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

60.   Kennedy C, Teschke RS, Hesselink J, Berger J, Fischl M, Richman DD, et al. Clinical evaluation of the central nervous system in HIV infected patients on azidothymidine (AZT). 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

61.   Grant I, Atkinson JH, Kennedy CJ, Richman DD, Spector SA, McCutchan JA. Progressive neuropsychological deficit in HIV infection. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

62.   McCutchan JA, Jacobson D, Kennedy C, Spector S, Klauber M, Richman DD, et al. Risk factors for infection by HIV and development of AIDS in a cohort of gay men. 3rd International Conference on Acquired Immunodeficiency Syndrome (AIDS), June 1-5, Washington, DC, 1987.

63.   Cleveland PH, Richman DD. Comparison of virus culture and a 25 minute immunostaining assay on eye specimens from an epidemic of adenovirus keratoconjunctivitis. The Third European Congress of Clinical Microbiology, 1987.

64.   The AZT Collaborative Study Group (D. Richman, presenter) A placebo controlled study of Retrovir in patients with AIDS and advanced ARC. 15th International Congress of Chemotherapy, Istanbul, July 19-24, 1987.

65.   Richman DD, Cleveland PH. Antigen detection by enzyme immunoassay using a vacuum filtration system. VII International Congress of Virology, Edmonton, Alberta, August 9-14, 1987.

66.   Dankner WM, McCutchan JA, Richman DD, Spector SA. Detection of human cytomegalovirus (HCMV) in peripheral blood leukocytes (PBL) by *in situ* cytohybridization. 27th Interscience Conference on Antimicrobial Agents and Chemotherapy, New York, American Society for Microbiology, 1987.

67.   Spector SA, Kennedy C, McCutchan JA, Straube RC, Connor JD, Paradise M, Richman DD. Antiviral effect of zidovudine (AZT) and ribavirin in clinical trials. 27th Interscience Conference on Antimicrobial Agents and Chemotherapy, New York, American Society for Microbiology, 1987.

68.   Richman DD, Cleveland PH. Antigen detection by enzyme immunoassay using a vacuum filtration system. Fifth International Symposium on Rapid Methods and Automation in Microbiology and Immunology, Florence, November 4-6, 1987.

69.   Woolf NK, Griffith BP, Koehrn FJ, Harris JP, Richman DD. Experimental congenital cytomegalovirus infections in the guinea pig: Hearing loss and distribution of virus in the auditory system. XIth Midwinter Research Meeting of the Association for Research in Otolaryngology, February, Clearwater, Florida, 1988.

70.   Woolf NK, Harris JP, Keithley EM, Magit AE, Richman DD. Cytomegalovirus infections in the guinea pig: Intrathecal CMV inoculations. XIth Midwinter Research Meeting of the Association for Research in Otolaryngology, February, Clearwater, Florida, 1988.

71.   Viel S, Parks DE, Smith R, Richman DD. Simultaneous detection of HBsAg and antibody to human immunodeficiency (HIV) virus in human plasma. Federation Proceedings (FASEB) 2:1159A, 1988.

72.   Pauza D, Richman DD. Mechanisms of HIV persistence: virus replication is regulated stringently in monoblastoid cells. IV International Conference on AIDS, June 12-16, Stockholm, Sweden, 1988.

73.    Bozzette S, Larson R, Chiu J, Tilles J, Leedom J, McCutchan JA, Richman DD, California Collaborative Treatment Group (UCSD, USC, UCI). Low incidence of early relapse in cryptococcal meningitis after exclusion of persistent systemic and genitourinary infection. IV International Conference on AIDS, June 12-16, Stockholm, Sweden, 1988.

74.    Hochster H, Dieterich D, Laverty M, Reichman R, Plank C, Pettinelli C, Spector S, Richman DD. Toxicity of coadministered AZT and ganciclovir (DHPG) for CMV infection (AIDS Treatment Evaluation Units #004). IV International Conference on AIDS, June 12-16, Stockholm, Sweden, 1988.

75.    Mizutani WT, Woods VL, McCutchan JA, Spector S, Richman DD, Zvaifler NJ. Anticardiolipin antibodies (ACA) in human immunodeficiency virus (HIV) infected gay males may be associated with a deteriorating clinical course. IV International Conference on AIDS, June 12-16, Stockholm, Sweden, 1988.

76.    Grant I, Hesselink J, Jernigan T, Heaton RK, Atkinson JH, Weinrich J, Richman DD, Spector SA, McCutchan JA, Ostrow D. Neuropsychology and magnetic resonance imaging in HIV infection. IV International Conference on AIDS, June 12-16, Stockholm, Sweden, 1988.

77.    McCutchan JA, Jacobson D, Spechko P, Kennedy C, Bozzette S, Abramson I, Bartok A, Spector SA, Richman DD. Natural history and correlates of lymphadenopathy during progression of HIV infection. IV International Conference on AIDS, June 12-16, Stockholm, Sweden, 1988.

78.    Grant I, Atkinson JM, Hesselink JR, Weinrich J, Richman DD, Spector SA, McCutchan JA, Heaton RK. Neuropsychiatry of human immunodeficiency virus (HIV) infection. The 4th Scientific Meeting of the Pacific Rim College of Psychiatrists, Shatin, N.T., Hong Kong, 1988.

79.    Carson DA, Haertle T, Carrera CJ, Willis EH, Wasson B, Richman DD. 2'-halo-2',3'-dideoxyadenosines: Metabolically stable dideoxynucleosides with activity against the human immunodeficiency virus (HIV). VI International Symposium on Human Purine and Pyrimidine Metabolism, Hakone, Japan, July 17-July 21, 1988.

80.    Schmitt FA, Bigley JW, McKinnis R, Logue PE, Evans RW, Drucker JL, The AZT Collaborative Working Group. Short-term longitudinal change in AIDS and ARC patients: Neuropsychological effects of AZT. Conference on Neuropsychiatric Disease and AIDS, Royal College of Physicians in London, October, 1988.

81.    Hochster H, Liebes L, Connor J, Reichman R, Richman DD. Pharmacokinetics of combined AZT and DHPG (Ganciclovir). Results of a multicenter phase I study (ACTG 004). 28th Interscience Conference on Antimicrobial Agents and Chemotherapy, Los Angeles, CA., October 24, 1988

82.    Kornbluth RS, Oh PS, Richman DD. HIV production by cultured macrophages can be regulated by interferon (IFN), cytokines, and bacterial lipopolysaccharide (LPS). Society for Leukocyte Biology, Washington DC, October 27-30, 1988.

83.    Guatelli J, Blumeyer K, Riggs N, Richman DD, Gingeras T. A quantitative assay for HIV-1 RNA based on the polymerase chain reaction. Amer Assoc Clin Chem. Practical Aspects of Molecular Probes. Third San Diego Conference, 1988.

84.    Richman DD. The *in vitro* assessment of antiviral drugs for HIV. UCLA Symposia on Molecular and

Cellular Biology, Tamarron, CO, J Cell Biochem, Suppl 13B:245, 1989.

85. Spina CA, Guatelli J, Richman DD. Control of HIV replication in CD4 lymphocytes: "Latency" and induction of active viral replication. UCLA Symposia on Molecular and Cellular Biology, Tamarron, CO, J Cell Biochem, Suppl 13B:261, 1989.

86. Larder BA, Darby G, Richman DD. Application of a quantitative plaque assay in a CD4+ HeLa cell line to determine AZT-sensitivity of HIV isolates from patients with AIDS or ARC. UCLA Symposia on Molecular and Cellular Biology, Tamarron, CO, J Cell Biochem, Suppl 13B:303, 1989.

87. Kornbluth RS, Oh PS, Munis JR, Cleveland PH, Richman DD. HIV replication in macrophages is prevented by interferons (IFN) and bacterial lipopolysaccharide (LPS). UCLA Symposia on Molecular and Cellular Biology, Tamarron, CO, J Cell Biochem, Suppl 13B:317, 1989.

88. Munis JR, Kornbluth RS, Richman DD. Production of tumor necrosis factor by HIV infected monocytes/macrophages in primary cell culture. Third International Symposium on Tumor Necrosis Factor, Napa, January 1989.

89. Kornbluth RS, Munis JR, Oh PS, Richman DD. Interactions between human immunodeficiency virus (HIV) replication and cytokine gene expression in primary human macrophages *in vitro*. Third International Symposium on Tumor Necrosis Factor, Napa, January 1989.

90. Kornbluth RS, Oh PS, Munis JR, Cleveland PH, Richman DD. Interferons and bacterial lipopolysaccharide (LPS) protect macrophages from productive HIV infections *in vitro*. FASEB J 3A:1324, 1989.

91. Schrier RD, Gnann JW, Landes R, Lockshin C, Richman DD, McCutchan JA, Kennedy C, Oldstone MBA. T cell recognition of HIV peptides. V International Conference on AIDS, Montreal, June 1989.

92. Hostetler KY, Richman DD. Inhibition of HIV replication by novel phospholipid derivatives of AZT and other antiretroviral nucleosides *in vitro*. V International Conference on AIDS, Montreal, June 1989.

93. Wu AW, Rubin HR, Mathews WC, Brysk LM, Hardy WD, Grant I, Richman DD, et al. A brief health status instrument for use in AIDS clinical trials. V International Conference on AIDS, Montreal, June 1989.

94. Arcia JM, Bozzette SA, Bartok A, McCutchan JA, Richman DD, Spector S, UC San Diego and the California Collaborative Treatment Group. Bronchoalveolar lavage (BAL) CMV culture positivity (CMV+) is associated with better outcome of *Pneumocystis carinii* pneumonia (PCP) in men with AIDS. V International Conference on AIDS, Montreal, June 1989.

95. McCutchan JA, Ballard C, Freeman B, Bartok A, Richman DD and The California Collaborative Treatment Group. Cyanocobalamin (Vitamin B$_{12}$) supplementation does not prevent the hematologic toxicity of azidothymidine (AZT). V International Conference on AIDS, Montreal, June 1989.

96. Larsen R, Bozzette S, McCutchan JA, Chiu J, Leal M, Richman DD and The California Collaborative Treatment Group. Persistent *Cryptococcus neoformans* prostatic infection after successful treatment of meningitis. Vth International Conference on AIDS, Montreal, June 1989.

97. Richman DD, Darby G, Larder BA. Resistance to HIV drugs. Vth International Conference on AIDS,

Montreal, June 1989.

98.  Spina CA, McCutchan JA, Richman DD. Phenotypic characterization of the expanded CD8Leu-7[+] cell population in patients with HIV infection. Vth International Conference on AIDS, Montreal, June 1989.

99.  Larder BA, Kemp SD, Darby G, Richman. Variants of HIV resistant to zidovudine (AZT). Vth International Conference on AIDS, Montreal, June 1989.

100.  Guatelli J, Richman DD, Gingeras T. A strategy for the detection of specifically spliced mRNAs encoding HIV-1 regulatory genes. Vth International Conference on AIDS, Montreal, June 1989.

101.  Munis JR, Kornbluth RS, Richman DD. Dideoxynucleosides prevent formation of HIV-1 provirus during single cycle infection of macrophages. Vth International Conference on AIDS, Montreal, June 1989.

102.  Day J, Grant I, Atkinson H, Brysk L, McCutchan JA, Heaton RK, Richman DD, et al. Neuropsychological follow-up of subjects on AZT licensing trials: San Diego Cohort. Vth International Conference on AIDS, Montreal, June 1989.

103.  Kornbluth RS, Oh PS, Munis JR, Cleveland PH, Richman DD. Interferons (IFN) and bacterial lipopolysaccharide (LPS) prevent HIV infection in macrophages by blocking provirus formation. Vth International Conference on AIDS, Montreal, June 1989.

104.  Weinrich J, Grant I, Atkinson J, Richman DD, Spector SA, McCutchan JA. Childhood gender nonconformity predicts HIV-1 seropositivity in homosexual men. V International Conference on AIDS, Montreal, June 1989.

105.  Gingeras T, Guatelli J, Richman DD, Davis G, et. al. Correlation study involving the detection of HIV-1 in samples from AIDS patients using co-culture p24 ELISA, and *tas*- and PCR-mediated hybridization assays. V International Conference on AIDS, Montreal, June 1989.

106.  Collier A, Coombs R, Bozzette S, Spector S, Pettinelli C, Richman DD, Causey D, Leedom J, Davies G, Gianola F, Corey L. Virologic and clinical response to combination zidovudine (AZT) and acyclovir (ACV) in AIDS-related complex (ARC). 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, 1989.

107.  Meylan PR, Kornbluth RS, Richman DD. Virulence of transparent and opaque colonial variants of Micobacterium avium-intracellulare (MAI) isolated from AIDS patients. 29th Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, 1989.

108.  Kornbluth RS, Oh PS, Richman DD. Effects of interferons on established HIV infection in cultured macrophages. 26th National Meeting of the Society for Leukocyte Biology, October 12-15, Marco Island, Florida, 1989.

109.  Huryn DM, Sluboski BC, Tam SY, Todar LJ, Weigele M, Sim IS, Frank KB, Richman DD, Mitsuya H, Broder S. Syntheis and anti-HIV activity of a novel series of "isomeric" dideoxynucleosides. Second International Conference on Drug Research in Immunologic and Infectious Diseases: AIDS, N.Y. Academy of Sciences, Arlington, VA., Nov. 6-9, 1989.

110.   Zarling JM, Shiu-Lok H, Moran P, Sias J, Spina CA. Richman DD, Uckun F. Cell-mediated immunity to recombinant vaccina-AIDS virus vaccines and inhibition of HIV-1 production by pokeweed antiviral protein-monoclonal antibody conjugates. Quatrieme Colloque Des "Cent Gardes", Pasteur Vaccins, Marnes-La-Coquette, France, October 26-28, 1989.

111.   Richman DD. HIV drug resistance. Quatrieme Colloque Des "Cent Gardes", Pasteur Vaccins, Marnes-La-Coquette, France, October 26-28, 1989.

112.   Richman DD. AZT Resistance. 2nd International Conference on Drug Research in Immunologic and Infectious Diseases. Acquired Immune Deficiency Syndrome (AIDS), The New York Academy of Sciences, National Institutes of Health, New York, N.Y., November 6-9, 1989.

113.   Frank KB, Connell EV, Holman MJ, Huryn DM, Sluboski BC, Tam SY, Todaro LJ, Weigele M, Sim IS, Hoffman-La Roche, Inc., Richman DD, Mitsuya H, Broder S. Anabolism and mechanism of action of RO24-5098, an antiviral isomer of 2',3'-dideoxyadenosine. 2nd International Conference on Drug Research in Immunologic and Infectious Diseases. Acquired Immune Deficiency Syndrome (AIDS), The New York Academy of Sciences, National Institutes of Health, New York, N.Y., November 6-9, 1989.

114.   Meylan PR, Richman DD, Kornbluth RS. *in vitro* HIV infection does not compromise human macrophage anti-M. avium (MAI) activity. HIV, Lentiviruses and the monocyte-macrophage, San Francisco, November 1989.

115.   Kornbluth RS, Munis JR, Oh PS, Richman DD. Protection of macrophages from superinfection by vesicular stomatitis virus (VSV) following infection with a macrophage-tropic strain of HIV which does not alter the production of several cytokines. Workshop on Human Immunodeficiency Viruses, Lentiviruses, and the Monocyte-Macrophage, San Francisco, November 9, 1989.

116.   Meylan PR, Munis JR, Kornbluth RS, Richman DD. In vitro HIV infection of human macrophages does not affect the multiplication of mycobacteria in dually infected cells. Frontiers in Mycobacteriology: Immunobiology of Mycobacterial Infections, National Jewish Center for Immunology and Respiratory Medicine, Vail, CO, October 27, 1990.

117.   Meylan PR, Richman DD, Kornbluth RS. Reduced intracellular growth of mycobacteria in human macrophages cultivated in physiological oxygen pressure. Presented at Frontiers in Mycobacteriology: Immunobiology of Mycobacterial Infections, National Jewish Center for Immunology and Respiratory Medicine, Vail, CO, October 27, 1990.

118.   Van den Bosch H, va Wijk B, Stuhmiller L, Richman DD. Enhanced inhibition of HIV replication by dideoxythymidine diphosphate diglyceride in HT4-6C cells, *in vitro*. Clinical Research 38:1990.

119.   Mosier De, Gulizia RJ, Baird SM, Richman DD, Wilson DB, Fox RI, Kipps TJ. B cell lymphomas in scid mice engrafted with human peripheral blood leukocytes. 31st Annual Meeting of the American Society of Hematology, New Jersey, 1990.

120.   Zarling JM, Shiu-Lok H, Moran P, Sias J, Spina CA. Richman DD, Uckun F. Cell-mediated immunity to recombinant vaccina-AIDS virus vaccines and inhibition of HIV-1 production by pokeweed antiviral protein-monoclonal antibody conjugates. J Cellular Biochem, suppl 14D, 455, 1990.

121.   Richman DD. HIV drug resistance. J Cellular Biochem, supp 14D, 30, 1990.

122.  Guatelli JC, Gingeras TR, Richman DD. Ordered sequence of splice acceptor utilization during HIV-1 infection of cultured cells. J Cellular Biochem, supp 14D, 119, 1990.

123.  Munis JR, Kornbluth RS, Guatelli JC, Richman DD. Kinetics of expression of structural and regulatory genes of HIV-1 during single-cycle replication in macrophages. J Cellular Biochem, supp 14D, 135, 1990.

124.  Kornbluth RS, Richman DD. HIV-infected macrophages resist superinfection by vesicular stomatitis virus (VSV) but do not produce interferon: effect of 2'-aminopurine. J Cellular Biochem, supp 14D, 225. 1990.

125.  Meylan PR, Kornbluth RS, Spina CA, Richman DD. Differentiation of THP-1 cells induced by PMA renders them permissive for a macrophage-tropic strain of HIV-1. J Cellular Biochem, Suppl. 14D, 235. 1990.

126.  Spina CA, Guatelli JC, Richman DD. HIV replication in primary CD4 lymphocyte cultures: induction of regulatory and structural gene expression by cell activation and DNA synthesis. J Cellular Biochem, Suppl. 14D, 246. 1990.

127.  Hostetler KY, van den Bosch H, van Wijk B, Stuhmmiller LM, Richman DD. Phospholipid derivatives of dideoxythymidine (ddT) exhibit greatly increased potency against replication of HIV in CD4-HeLa cells. J Cellular Biochem, Suppl. 14D, 423. 1990.

128.  Li JL, Felgner PL, Richman DD, Hostetler DD. Comparative therapeutic effects of AZT and liposomal AZT monophosphate in murine retrovirus-induced immunodeficiency disease. J Cellular Biochem, Suppl. 14D, 525. 1990.

129.  Hsu M-C, Volsky D, Richman DD, Tam S, Schutt A, Holly M, Antelman D, Slice L, Chingra U. Search for inhibitors of HIV *tat*. Advances in Molecular Biology and Targeted Treatments for AIDS, III Annual Meeting of the NIH National Cooperative Drug Discovery Groups for the Treatment of AIDS, Washington DC. 1990.

130.  Richman DD. The acquisition of zidovudine (AZT) resistance and associated mutations in human immunodeficiency virus. Advances in Molecular Biology and Targeted Treatments for AIDS, III Annual Meeting of the NIH National Cooperative Drug Discovery Groups for the Treatment of AIDS, Washington DC. 1990.

131.  Zarling J, Moran P, Haffar O, Sias J, Ledbetter J, Richman DD. Inhibition of HIV-1 replication in CD4+ T cells by pokeweed antiviral protein conjugated to monoclonal antibodies reactive with CD4+ T cells. Advances in Molecular Biology and Targeted Treatments for AIDS, III Annual Meeting of the NIH National Cooperative Drug Discovery Groups for the Treatment of AIDS, Washington DC. 1990.

132.  Wu AW, Rubin HR, Mathews WC, Brysk LM, Hardy WD, Bozzette SA, Atkinson JH, Grant I, Richman DD. Functional status and well-being in a placebo-controlled trial of zidovudine in early ARC. VI International Conference on AIDS, vol. 1, San Francisco. June 1990.

133.  Skowron G, Merigan TC, 047 Study Group of the AIDS Clinical Trials Group. Phase II trial of alternating and intermittent regimens of zidovudine (ZDV) and 2',3'-dideoxycytidine (ddC) in ARC and AIDS. VI International Conference on AIDS, vol. 1, San Francisco. June 1990.

134.  Felgner PL, Richman DD, Hostetler KY. Marine retrovirus-induced immunodeficiency disease: comparative effects of AZT and liposomal AZT monophosphate. VI International Conference on AIDS, vol. 1, San Francisco. June 1990.

135.  Shirasaka T, Yarchoan R, Aoki S, Ford H, DeVico A, Sarngadharan MG, Richman DD, Broder S, Mitsuya H. *In vitro* study of drug-sensitivity of HIV strains isolated from patients with AIDS or ARC before and after therapy with AZT and/or 2,3'-dideoxycytidine (ddC). VI International Conference on AIDS, vol. 1, San Francisco. June 1990.

136.  Kumar R, Richman DD, Hostetler KY. Antiretroviral effects of glycerophospholipid stereoisomers of AZT on HIV replication in HT4-6C cells. VI International Conference on AIDS, vol. 1, San Francisco. June 1990.

137.  Li J-L, Felgner PL, Richman DD, Hostetler KY. Murine retrovirus-induced immunodeficiency disease: comparative effects of AZT and liposomal AZT monophosphate. VI International Conference on AIDS, San Francisco, CA. June 1990.

138.  Kornbluth RS, Richman DD. Macrophages productively infected with HIV resist superinfection by vesicular stomatitis virus (VSV). VI International Conference on AIDS, vol. 2, San Francisco. June 1990.

139.  Spina CA, Terry L, Rosen J, McCutchan JA, Richman DD. Identification of T cell antigenic epitopes of HIV by proliferative responses to synthetic peptides of the *env* glycoproteins. VI International Conference on AIDS, San Francisco, CA, June, 1990.

140.  Bozzette S, Skowron G, Arrezzo J, Spector SA, Pettinelli C, Richman DD, ddC Study Group of the ACTG. ACTG 050: Alternating (ALT) and intermittent (INT) ddC and AZT in the treatment of persons with advanced HIV infection and hematologic intolerance to AZT. VI International Conference on AIDS, vol. 3, San Francisco, June, 1990.

141.  Bozzette SA, Larsen R, Chiu J, Rothman P, Jacobsen J, Richman DD, The California Collaborative Treatment Group. Successful secondary prophylaxis of cryptococcal meningitis (CM) with fluconazole (FLU): a placebo-controlled trial. Sixth International Conf. on AIDS, San Francisco, CA, June, 1990.

142.  Meng T, Boota A, Fischl MA, Spector S, McCaan M, Richman DD. ACTG 106: Phase I/II dose finding study of concurrently administered dideoxycytidine (ddC) and Zidovudine (ZDV, AZT). VI International Conference on AIDS, vol. 3, San Francisco, June, 1990.

143.  Fischl M, Parker CB, Pettinelli C, Wulfsohn M, Rasheed S, The AIDS CLinical Trials Group. The efficacy and safety of a lower dose of zidovudine in the treatment of patients with AIDS-associated PCP. VI International Conference on AIDS, San Francisco, CA, June, 1990.

144.  Meylan PR, Richman DD, Kornbluth RS. Effects of live mycobacteria and muramyl peptides on the replication of HIV in human macrophages. VIIIth International Congress of Virology, Berlin, August 26, 1990.

145.  Greenberg S, Sampson J, Buckley R, Richman D, Milwee S, the ZDV HIV Asymptomatic Study Group. Zidovudine (ZDV) therapy in asymptomatically HIV infected individuals: Multicenter study of safety and efficacy. 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta,

October, 1990.

146.    Bozzette SA, Larsen R, Chiu J, Rothman P, Jacobsen P, Richman D, The California Collaborative Treatment Group. Successful secondary prophylaxis of cryptococcal meningitis (CM) with fluconazole (FLU): A placebo controlled trial. 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, October, 1990.

147.    Schmitt F, Baer P, Cox M, Greenberg S, Richman DD, Buckley R, King J, Milwee S, The ZDV HIV Asymptomatic Study Group. Zidovudine (AZT) treatment of asymptomatic HIV infection: initial neuropsychological (NP) outcomes. 30th Interscience Conference on Antimicrobial Agents and Chemotherapy, Atlanta, October, 1990.

148.    Richman DD. Prospects for therapy: promising new antiretroviral compounds. Cinquieme Colloque Des "Cent Gardes", Pasteur Vaccins, Marnes-La-Coquette, France, October 29-31, 1990.

149.    Carson DA, Terai C, Richman DD. Therapeutic strategies for elimination of HIV from monocytes. Universitywide AIDS Research Program and Task Force on AIDS Annual Meeting of Principal Investigators, San Diego, CA, March 1990.

150.    López-Galíndez C, Rojas JM, Nájera R, Richman DD, Perucho M. Characterization of genetic variation and AZT resistance mutations of HIV by the RNase A mismatch method.  VIIIth International Congress of Virology, Berlin, August 26-31, 1990.

151.    Kornbluth RS, Meylan PR, Munis JR, Guatelli JC, Richman DD. Mechanisms of HIV resistance in interferon-treated macrophages. J Leuk Biol, Suppl 1, Abstract #252, 1990.

152.    Richman DD. AZT Resistance. HIV Disease: Pathogenesis and Therapy Symposium, Grenelefe, Florida, March 13-17, 1991. JAIDS 4:315:1991.

153.    Spina CA, Guatelli JC, Richman DD. Transcription of HIV-1 regulatory genes in non-productively infected, primary CD4 lymphocytes: preferential expression of *nef*. HIV Disease: Pathogenesis and Therapy Symposium, Grenelefe, Florida, March 13-17, 1991. JAIDS 4:328-329:1991.

154.    Kornbluth RS, Richman DD. Macrophages productively infected with HIV resist superinfection by vesicular stomatitis virus (VSV). HIV Disease: Pathogenesis and Therapy Symposium, Grenelefe, Florida, March 13-17, 1991. JAIDS 4:334:1991.

155.    Meylan PR, Munis JR, Richman DD, Kornbluth RS. Interaction between HIV and mycobacteria in macrophages cultured *in vitro*. HIV Disease: Pathogenesis and Therapy Symposium, Grenelefe, Florida, March 13-17, 1991. JAIDS 4:336:1991.

156.    Gingeras TR, Prodanovich P, Latimer T, Richman DD, Guatelli JC, Barringer K. The use of self-sustained sequence replication (3SR) amplification and bead-based sandwich hybridization (BBSH) to detect AZT-resistant mutants of HIV-1. HIV Disease: Pathogenesis and Therapy Symposium, Grenelefe, Florida, March 13-17, 1991. JAIDS 4:349:1991.

157.    Shirasaka T, Yarchoan R, Aoki S, Ford H, DeVico A, Sarngadharan MG, Richman DD, Broder S, Mitsuya H. *in vitro* study of drug-sensitivity of HIV strains isolated from patients with AIDS or ARC before and after therapy with AZT and/or 2'3'-dideoxycytidine (ddC). Annual Meeting Sponsored by the Laboratory of Tumor Cell Biology: Frontiers in Human Retrovirology and Related Topics,

Bethesda, Maryland, August 11-17, 1990. AIDS Res Hum Retrovir 7:130-131:1991.

158.   Hsu M-C, Schutt A, Holly M, Slice L, Dhingra U, Antelman D, Richman DD. HIV TAT inhibitor. The Fourth International Conference On Antiviral Research, New Orleans, Louisiana, April 21-26, 1991.

159.   Chaisson RE, Keruly J, Richman DD, Creagh-Kirk T, Moore RD, the ZDV Epidemiology Group. Incidence and natural history of *Mycobacterium avium*-complex infection in advanced HIV disease treated with zidovudine. American Thoracic Society, American Lung Association, 1991.

160    López-Galíndez C, Rojas JM, Nájera I, Nájera R, Richman DD, Perucho M.  Characterization of genetic variation and AZT resistance mutations of HIV by the RNase A mismatch method. Annual Meeting: The Laboratory of Tumor Cell Biology, Bethesda, Maryland, September 1-8, 1991.

161.   Wu AW, Rubin HR, Bozzette SA, Mathews WC, Snyder R, Wright B, McCutchan JA, Spector SA, Richman DD. A longitudinal study of quality of life in asymptomatic HIV infection. VII International Conference on AIDS, Florence, Italy, June 16-21, 1991.

162.   Meylan PR, Guatelli JC, Munis JR, Kornbluth RS, Richman DD. Interferons inhibit the replication of HIV-1 in macrophages by reducing both viral DNA and regulatory gene mRNAs. VII International conference on AIDS, Florence, Italy, June 16-21, 1991.

163.   Moore RD, Kessler H, Richman DD. Non-Hodgkin lymphoma in patients with advanced HIV-infection treated with zidovudine. VII International conference on AIDS, Florence, Italy, June 16-21, 1991.

164.   Gingeras TR, Prodanovich P, Latimer T, Richman DD, Guatelli JC, Barringer K. The use of self-sustained sequence replication (3SR) amplification and bead-based sandwich hybridization (BBSH) to detect AZT-resistant mutants of HIV-1. VII International conference on AIDS, Florence, Italy, June 16-21, 1991.

165.   Easterbrook PJ, Keruly JC, Moore RD, the ZDV Epidemiology Study Group. Racial/ethnic differences in outcome with zidovudine therapy. VII International conference on AIDS, Florence, Italy, June 16-21, 1991.

166.   Hostetler KY, Gardner MF, Richman DD. Phosphatidyl ddC, a phospholipid prodrug of dideoxycytidine: antiviral properties and improved pharmacokinetics in mice. VII International conference on AIDS, Florence, Italy, June 16-21, 1991.

167.   Chaisson RE, Keruly J, Richman DD, Moore RD, the ZDV Epidemiology Study Group. Prophylazis for *pneumocystis* and survival in advanced HIV infection treated with zidovudine. VII International conference on AIDS, Florence, Italy, June 16-21, 1991.

168.   Hooton TM, Dejarnette L, Tartaglione T, Paar D, Jones T, Santangelo J, Smiles KA, Straus S, Richman DD, Corey L. Serial phase II dose-escalation studies of the oral pyrimidine nucleoside analog FIAC and its metabolite FIAU in human immunodeficiency virus-infected patients. (Abstract 1218) 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, Illinois, Sept 29 - Oct 2, 1991.

169.   Hsu M-C, Schutt AD, Holly M, Slice LW, Sherman MI, Richman DD, Potash MJ, Volsky DJ. Inhibition of HIV replication in acute and chronic infection *in vitro* by a tat antagonist. Keystone Symposia on Prevention and Treatment of AIDS, Keystone, Colorado March 27 - April 4, 1992. J Cell Biochem

Suppl 16E:13, 1992.

170.    Merluzzi VJ, Grob PM, Wu JC, Cohen KA, Ingraham R, Shih C-K, Hargrave KD, Adams J, Farina P, Griffin J, Sullivan JL, Richman DD, Rosenthal AS. Nevirapine, a non nucleoside inhibitor of HIV-1 reverse transcriptase. Keystone Symposia on Prevention and Treatment of AIDS, Keystone, Colorado March 27 - April 4, 1992. J Cell Biochem Suppl 16E:14, 1992.

171.    Kornbluth RS and Richman DD. Recovery of infectious HIV following the passage of apoptotic cellular debris through phagocytic macrophages. Keystone Symposia on Prevention and Treatment of AIDS, Keystone, Colorado March 27 - April 4, 1992. J Cell Biochem Suppl 16E:23, 1992.

172.    Meylan PRA, Guatelli JC, Munis JR, Kornbluth RS, Richman DD. Multiple mechanisms for the interferon inhibition of hIV replication in macrophages. Keystone Symposia on Prevention and Treatment of AIDS, Keystone, Colorado March 27 - April 4, 1992. J Cell Biochem Suppl 16E:25, 1992.

173.    Spina CA, Kwoh TJ, Richman DD. Reverse transcription and establishment of a replication-competent form of HIV-1 DNA in quiescent primary CD4 lymphocytes. Keystone Symposia on Prevention and Treatment of AIDS, Keystone, Colorado March 27 - April 4, 1992. J Cell Biochem Suppl 16E:42, 1992.

174.    Guatelli JC and Richman DD. Development of hammerhead ribozymes as inhibitors of HIV-1 replication. Keystone Symposia on Prevention and Treatment of AIDS, Keystone, Colorado March 27 - April 4, 1992. J Cell Biochem Suppl 16E:79, 1992.

175.    Gingeras TR, Prodanovich P, Richman DD. Use of 3SR RNA specific amplification and bead-based sandwich hybridization in the detection of drug resistant HIV-1 mutants. Second Workshop on Viral Resistance, Herndon, Virginia, May 13-15, 1992.

176.    Richman DD. Drug susceptibility testing of HIV-1 *in vitro*: an overview of phenotypic assays. Second Workshop on Viral Resistance, Herndon, Virginia, May 13-15, 1992.

177.    Griffin J, Shih C-K, Rose J, Hansen G, Bacolla A, Lowy I, Goff S, Prodanovich P, Richman D. HIV-1 response to nevirapine and its analogues. Second Workshop on Viral Resistance, Herndon, Virginia, May 13-15, 1992.

178.    Woolf NK, Koehrn FJ, Richman DD. Fibronectin and Na,K-ATPase expression in the cochlea during experimental guinea pig cytomegalovirus labyrinthitis. Association for Research in Otolaryngology 1992.

179.    Richman DD and the 164/168 Study Team. The emergence of nevirapine resistance in clinical trials. HIV Drug Resistance Workshop, Noordwijk, The Netherlands, July 17-18, 1992.

180.    Richman DD and the 164/168 Study Team. Loss of Nevirapine activity associated with the emergence of resistance in clinical trials. VIII International Conference on AIDS/III STD World Congress, Amsterdam, The Netherlands, July 19-24, 1992.

181.    Cheeseman SH and the ACTG 164/168 Study Team. Nevirapine (NVP) alone and in combination with zidovudine. VIII International Conference on AIDS/III STD World Congress, Amsterdam, The Netherlands, July 19-24, 1992.

182.   Beltangady M, Cross A, Brown M, Kahn J, Lagakos S, Richman D, Dolin R, Pettinelli C, Smaldone L, and AIDS Clinical Trials Group 116B/117 Study Team. Examination of the correlation between early surrogate markers and clinical endpoints in the ACTG Trial 116B/117. VIII International Conference on AIDS/III STD World Congress, Amsterdam, The Netherlands, July 19-24, 1992.

183.   Smaldone L, Beltangady M, Lagakos S, Richman D, Dolin R, Pettinelli C, Schindzielorz A, Cross A, Kahn J and the AIDS Clinical Trials Group 116B/117 Study Team. The relative safety of didanosine and zidovudine in the ACTG 116B/117-A randomized, double-blind trial. VIII International Conference on AIDS/III STD World Congress, Amsterdam, The Netherlands, July 19-24, 1992.

184.   Gallant JE, Moore RD, Richman DD, Keruly J, Chaisson RE, the Zidovudine Epidemiology Study Group. Natural history of CMV disease in patients with advanced HIV disease treated with zidovudine. VIII International Conference on AIDS/III STD World Congress, Amsterdam, The Netherlands, July 19-24, 1992.

185.   Kahn J, Lagakos S, Richman D, Dolin R, Pettinelli C, McLaren C, Cross A, Beltangady M, Smaldone L and AIDS Clinical Trials Group 116B/117 Study Team. ACTG protocol 116B/117; clinical outcome of a randomized double blind controlled study of ddI and ZDV. VIII International Conference on AIDS/III STD World Congress, Amsterdam, The Netherlands, July 19-24, 1992.

186.   Richman DD. Current advances in anti-retroviral therapy. 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Anaheim, California, October 11-14, 1992.

187.   Knupp C, Beltangady M, Kahn J, Lagakos S, Richman D, Petinelli C, Smaldone L. Compliance assessment in ddI/ZDV phase III trials using randomly obtained plasma concentration values. 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Anaheim, California, October 11-14, 1992.

188.   Borgese J, Cislo A, Earley J, Holly M, Holman M, Hsu M-C, Huryn J, Keith D, Luk K-C, Moore D, Richou A, Schutt A, Sluboski B, Tam S, Richman D, Volsky D. Benzodiazepine HIV-TAT inhibitors: synthesis, SAR, and antiviral activity. 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Anaheim, California, October 11-14, 1992.

189.   Paar DP, Hooton TM, Smiles KA, Di Bisceglie A, Havlir DV, Richman DD, Gretch DR, Corey L, Straus SE. The effect of FIAU on chronic hepatitis B virus (HBV) infection in HIV-infected subjects (ACTG 122b). 32nd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Anaheim, California, October 11-14, 1992.

190.   Kornbluth RS, Richman DD. Infectious HIV can be recovered from phagocytic macrophages exposed to the apoptotic cellular debris of infected cells. FASEB J 6:A1978, 1992.

191.   Kornbluth RS, Bigby T, Spragg RG, Richman DD. Genotypic analysis of HIV reverse transcriptase susceptibilities to antiviral agents. Amer Rev Respir Dis 145:A656, 1992.

192.   Richman DD. HIV Resistance to antiviral drugs. International Congress on Drug Therapy in HIV Infection, Glasgow, Scotland, November 9-12, 1992. AIDS Supplement 6:S3.

193.   Smaldone L, Beltangady M, Lagakos S, Richman DD, Dolin R, Pettinelli C, Schindzielorz A, Cross A, Kahn J and AIDS Clinical Trials Group 116B/117 Study Team. The relative safety of didanosine and

zidovudine in the ACTG 116B/117 - a randomized, double-blind trial. International Congress on Drug Therapy in HIV Infection, Glasgow, Scotland, November 9-12, 1992. AIDS Supplement 6:S6.

194.   Richman DD. HIV Drug Resistance. II Congreso Nacional Sobre El Sida, Bilbao, Spain, March 2-5, 1993.

195.   Kornbluth RS, Rhodes J, Richman DD: Recovery of infectious HIV following the passage of apoptotic cellular debris through phagocytic macrophages. CHEST 103:102-103, 1993.

196.   Corbeil J, Badel P, Rapaport E, Wong-Staal F, Richman DD, Looney D. Effects of retinoid compounds on the proliferation of Kaposi Sarcoma cell cultures. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:13, 1993.

197.   Meylan PRA, Kornbluth RS, Richman DD. Sulfated polyanions enhance HIV-1 replication in macrophages. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:19, 1993.

198.   Chowers MY, Spina CA, Kwoh TJ, Fitch NJS, Richman DD, Guatelli JC. The nef orf of HIV NL4-3 has a positive effect on viral replication rate in cell lines. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:43, 1993.

199.   Guatelli J, Riggs N, Richman D. Mutagenesis of the HIV-1 *rev* splice acceptor region: unexpected generation of dominant defective viral genomes. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:47, 1993.

200.   Matsuzaki H, Richman DD, Kornbluth RS. Amplification and sequencing of the 5' and 3' tar elements in viral RNA from $HIV_{BaL}$ infected macrophages. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:51, 1993.

201.   Spina CA, Kwoh TJ, Chowers MY, Richman DD. The importance of nef in the induction of HIV-1 replication from primary, quiescent CD4 lymphocytes. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:57, 1993.

202.   Kornbluth RS, Richman DD. Debris from apoptotic, HIV-1-infected T cells infects macrophages in a manner that is distinct from a macrophage-tropic virus. Keystone Symposia on Molecular and Cellular Biology, Albuquerque, NM, March 29-April 4, 1993. Journal of Cellular Biochemistry, Supplement 17E:67, 1993.

203.   Richman DD. New trends in HIV infection. Dermatology 2000 Conference, Vienna, Austria, May 18-21, 1993.

204.   Richman DD and the ACTG 164/168 Study Team. Nevirapine resistance during clinical trials. HIV Drug-Resistance Workshop, Noordwijk, The Netherlands, June 3-5, 1993.

205.   Kuritzkes DR, Johnson VA, Crumpacker CS, Japour AJ and the ACTG 116B/117 Virology Resistance

Team. Baseline prevalence and clinical significance of zidovuidne (ZDV) resistance mutations in HIV-1 isolates from patients participating in ACTG protocol 116B/117. HIV Drug-Resistance Workshop, Noordwijk, The Netherlands, June 3-5, 1993.

206.   D'Aquila R, Johnson VA, Kuritzkes D, Japour A, Crumpacker C, Richman DD and the ACTG Protocol 116B/117 Team. HIV-1 drug resistance and syncytium-inducing phenotype: associations with disease progression among ACTG 116B/117 subjects. HIV Drug-Resistance Workshop, Noordwijk, The Netherlands, June 3-5, 1993.

207.   Hostetler KY, Basava C, Selk L, Gardner N, Parker S, Richman DD. HIV protease inhibitor lipid prodrug exhibits greatly prolonged plasma residence time in vivo. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany June 6-11, 1993.

208.   Havlir D and the ACTG 164 & 168 Study Teams. Antiviral acitivity of nevirapine at 400 mg in p24 antigen positive adults. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

209.   Haubrich RH and the ACTG 213 Team. A randomized study of safety, tolerance, pharmacokinetics, and acitivity of oral RO 24-7429 (tat antagonist) in patients with HIV infection. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

210.   Broor S, Kausari A, Zhang B, Seth P, Richman DD. Stimulation of HIV replication in mononuclear phagocytes by leukemia inhibitory factor. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

211.   Gallant JE, Moore Rd, Richman DD. Risk factors for Kaposi's sarcoma in patients with advanced HIV disease treated with zidovudine. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

212.   Havlir D and the ACTG 208 Study Team. An open-label pilot study to evaluate the development of resistance to nevirapine (BI-RG-587) in HIV-infected patients with CD4 cell count $\square$500/MM[3]. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

213.   D'Aquila R, Johnson V, Kuritzkes D, Japour A, Crumpacker C, Richman DD and ACTG 116B/117 Team. HIV-1 drug resistance and syncytium-inducing phenotype: Associations with disease progression among ACTG 116B/117 subjects. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

214.   Cheeseman SH, Murphy RI, Saag MS, Havlir D and the ACTG 164/168 Study Team. Safety of high dose nevirapine (NVP) after 200 mg/d lead-in. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

215.   Lai S, Fischl MA, Richman DD, Lin A, Nauss-Karol C, Liebeman J. Using CD4+ to construct a surrogate marker in the evaluation of treatments for HIV-1 infection. IXth International Conference on AIDS/IVth STD World Congress, Berlin, Germany, June 6-11, 1993.

216.   Richman DD. Interactions of drug resistance mutations of isolates of HIV from patients treated with Nevirapine. Annual Meeting of Laboratory of Tumor Cell Biology, Bethesda, Maryland, August 22-28, 1993. AIDS Res Human Retroviruses 10(Suppl 1):S23, 1994.

217.  Tierney M, Pottage J, Kessler H, Fischl M, Richman D, Merigan T, Powderly W, Pettinelli C, Sherman J, Hirsch M. The tolerability and pharmacokinetics of *N*-butyl-deoxynojirimycin in patients with advanced HIV disease (ACTG 100). 33rd Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA, October 17-20, 1993.

218.  Kuritzkes DR, Welles S, Johnson VA, D'Aquila R, Richman DD, Crumpacker CS, Reichelderfer P, De Gruttola V, Japour AJ. Baseline prevalence and clinical significance of zidovudine resistance mutations in HIV-1 isolates from patients participating in ACTG protocol 116B/117. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

219.  Eastman PS, Richman DD, Urdea M, Kolberg J. Evaluation of the amino acid 215 genotype of HIV-1 reverse transcriptase and viral load in the plasma of patients during nevirapine monotherapy or nevirapine/ZDV combination therapy. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

220.  Havlir D, Murphy R, Saag M, Kaul I, Johnson V, Richman DD, the ACTG 164 and 168 Study Teams. Nevirapine: further dose escalation of monotherapy (600 mg/daily) and combination therapy with zidovudine. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

221.  Corbeil J, Howell ML, Richman DD. Analysis of HIV-induced apoptosis: viral infection is required. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

222.  D'Aquila R, Johnson VA, Welles S, Japour AJ, Kuritzkes DR, De Gruttola V, Reichelderfer PS, Coombs R, Crumpacker CS, Kahn JO, Richman DD. Zidovudine resistance at entry to ACTG protocol 116B/117 predicted HIV-1 disease progression. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

223.  Kornbluth RS and Richman DD. HIV-1 DNA survives apoptosis in infected T cells and is taken up by phagocytosing macrophages with the production of new infectious virus. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993

224.  Richman DD. Resistance to antiretrovirals. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

225.  Lamson M for the ACTG 164 Study Team. Pharmacokinetics of nevirapine following single and multiple doses of 12.5, 50, 200 and 400 mg/d to HIV-infected patients. The First National Conference on Human Retroviruses and Related Infections, Washington, DC, December 12-16, 1993.

226.  Woolf NK, Jaquish D, Go V, Koehrn FJ, Jackson-Friedman C, Richman DD, Isom HC. Detection of guinea pig cytomegalovirus nucleic acid during primary acute and chronic persistent infection by polymerase chain reaction. Proceedings IVth International Cytomegalovirus Conference, Paris, France, 1993.

227.  Kornbluth RS, Richman DD. Modulation of the pathway by which macrophages take up HIV-1 DNA from apoptotic infected T cells and regenerate infectious virions. Keystone Symposia on Molecular and Cellular Biology, Hilton Head, South Carolina, January 23-30, 1994. Journal of Cellular

Biochemistry, Supplement 18B:120, 1994.

228.    Chowers MY, Spina CA, Kwoh TJ, Richman DD, Guatelli JC. Effect of HIV-1 *nef* during single cycle replication. Keystone Symposia on Molecular and Cellular Biology, Hilton Head, South Carolina, January 23-30, 1994. Journal of Cellular Biochemistry, Supplement 18B:129, 1994.

229.    Kusarit AB, Broor S, Zhang B, Seth P, Richman DD, Carson DA, Wachsman W, Lotz M. Stimulation of HIV replication in mono-nuclear phagocyctes by leukemia inhibitory factor. Keystone Symposia on Molecular and Cellular Biology, Hilton Head, South Carolina, January 23-30, 1994. Journal of Cellular Biochemistry, Supplement 18B:135, 1994.

230.    Little SJ, Riggs NL, Richman DD, Guatelli JC. Dominant negative effect of *rev* proviral mutants of HIV-1. Keystone Symposia on Molecular and Cellular Biology, Hilton Head, South Carolina, January 23-30, 1994. Journal of Cellular Biochemistry, Supplement 18B:136, 1994.

231.    Richman DD. HIV phenotypes affecting therapeutic interventions. The 1994 UCLA/UCI AIDS Symposium, Palm Springs, CA, March 3-6, 1994.

232.    Richman DD. The therapeutic significance of HIV drug resistance. The VIth International Antiviral Symposium, Nice, France, June 7-10, 1994.

233.    Potts KE, Smidt ML, Stallings WC, Jr, Clare M, Pillay D, Richman DD, Bryant ML. In vitro selection and characterization of human immunodeficiency virus type 1 (HIV-1) variants with decreased sensitivity to hydroxyethylurea isostere containing protease inhibitors. 3rd International HIV Drug Resistance Workshop, Kauai, Hawaii, August 2-5, 1994.

234.    Najera I, Richman DD, Olivares I, Rojas JM, Najera R, Lopez-Galindez C. Natural occurence of resistance mutations in the *pol* gene of HIV-1 isolates. 3rd International HIV Drug Resistance Workshop, Kauai, Hawaii, Aug 2-5, 1994.

235.    Wong JK, Ignacio CC, Fitch NJS, Torriani F, Havlir D, Richman DD. Discordance of RT sequences conferring ZDV resistance in proviral DNA from brain and spleen. 3rd International HIV Drug Resistance Workshop, Kauai, Hawaii, August 2-5, 1994.

236.    Hooper C, Welles S, D'Aquila R, Japour A, Johnson V, Kurtizkes D, Jackson B, DeGruttola V, Crumpacker C, Richman DD, Kahn J, Kwok S, Todd J, Reichelderfer P, Coombs R. HIV-1 RNA level in plasma and association with disease progression, zidovudine sensitivity phenotype and genotype, syncytium-inducing phenotype, CD4+ cell count and clinical diagnosis of AIDS. 3rd International HIV Drug Resistance Workshop, Kauai, Hawaii, August 2-5, 1994.

237.    Pillay D, Smidt ML, Potts KE, Bryant ML, Richman DD. In vitro selection of protease inhibitor resistant human immunodeficiency virus type 1 (HIV-1) strains. 34th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Orlando, FL, October 4-7, 1994.

238.    Richman DD. HIV drug resistance. 2nd International Congress on Drug Therapy in HIV Infection, Glasgow, Scotland, November 18-22, 1994. AIDS Supplement 4 8:S3.

239.    Chowers M, Spina C, Richman DD, Guatelli J. Enhancement of viral infectivity by HIV-1 Nef. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

240.   Corbeil J, Rapaport E, Richman DD, Badel P, Looney D.J. Inhibition and killing of Kaposi's Sarcoma cells by retinoids. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

241.   Fischl MA, Richman DD, Flexner C, Meehan P, Para MF, Haubrich R, Cook J, Wood K, Karim A, The ACTG 282 Team. Phase I study of two formulations and dose schedules of SC-52151, a protease inhibitor. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

242.   Welles SL, Jackson JB, Yen-Lieberman B, Demeter L, Japour AJ, Johnson VA, Kuritzkes DR, D'Aquila RA, Reichelderfer P, Richman DD, Reichman R, McLaren C, Todd J, Kwok S, Fischl M, Dolin R, Crumpacker CS. Prognostic capacity of plasma HIV-1 RNA copy number in ACTG 116A. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

243.   Havlir D, Eastman S, Richman DD. HIV-1 kinetics: rates of production and clearance of viral populations in asymptomatic patients treated with nevirapine. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

244.   Murphy R, Havlir D, Saag MS, Cheeseman SH, Dransfield K, The ACTG 168 Study Team. Safety, immunologic and virologic activity of nevirapine in combination with zidovudine therapy in HIV-infected patients. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

245.   Pieniazek D, Janini M, Luo C-C, De La Torre N, Peralta JM, Tanuri A, Schechter M, Pieniazek M, Kalish M, Schochetman G, Rayfield M. Confirmation of homotypic dual infections with HIV-1 and phylogenetic analysis of the contributing subtypes. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

246.   Haubrich RH, Hirsch M, Flexner C, Lederman M, Ginsberg R, Richman DD, The ACTG 213 Team. Effect of antiretroviral discontinuation (AD) and reintroduction on markers of HIV infection. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

247.   Gallant JE, Moore FD, Richman DD, Keruly J, Chaisson RE. Lack of association between acyclovir use and survival in patients with advanced HIV disease treated with zidovudine. 2nd National Conference on Human Retroviruses and Related Infections, Washington, DC, January 29-February 2, 1995.

248.   Flexner C, Richman DD, Bryant M, Karim A, Yeramian P, Meehan P, Haubrich R, Para MF, Fischl MA, the AIDS Clinical Trials Group (ACTG) 282 Study Team. Effect of protein binding on the pharmacodynamics of an HIV protease inhibitor. The Eighth International Conference on Antiviral Research, Santa Fe, NM, April 23-28, 1995.

249.   Guatelli J, Chowers M, Pandori M, Spina C, Richman D. Mechanism of enhancement of viral infectivity by HIV-1 nef. Keystone Symposia on Molecular and Cellular Biology, Keystone, CO, April 2-23, 1995. Journal of Cellular Biochemistry, Supplement 21B:190, 1995.

250.   Kornbluth RS, Richman DD. Immunosuppressive effects of apoptotic debris from HIV-infected T cells on T cell proliferation. Keystone Symposia on Molecular and Cellular Biology, Keystone, CO, April 2-

23, 1995. Journal of Cellular Biochemistry, Supplement 21B:208, 1995.

251.   Spina CA, Richman DD. Induction of HIV-1 replication can be dissociated from induction of cell proliferation in a primary CD4 cell model. Keystone Symposia on Molecular and Cellular Biology, Keystone, CO, April 2-23, 1995. Journal of Cellular Biochemistry, Supplement 21B:212, 1995.

252.   Havlir DV, Johnson VA, Hall DB, Robinson PA, Overbay CB, Richman DD. Factors determining sustained antiviral response to nevirapine. 4th International Workshop on HIV Drug Resistance, Sardinia, Italy. J AIDS 10 (Suppl. 3):S10-S11, 1995.

253.   Cavert W, Coombs RW, Grimes J, Kuritzkes D, Johnson V, Kappes J, Stein D, Beatty C, Erice A, Winters M, Katzenstein D, Johnson E, Rojo E, Mirabile M, Elbeik T, Tsiatis B, Corey L, ACTG Protocol 194 Clinica and Virology Laboratories. Therapeutic significance of switching to didanosine (ddI) or adding ddI in subjects with ZDV-resistant HIV-1. 4th International Workshop on HIV Drug Resistance, Sardinia, Italy. J AIDS 10 (Suppl. 3):S20, 1995.

254.   Crumpacker C, Welles S, Yen-Lieberman B, Demeter L, Japour A, Smeaton L, Johnson V, Kuritzkes D, D'Aquila R, Reichelderfer P, Richman DD, Reichman R, McLaren C, Todd J, Kwok S, Coombs R, Jackson B. Correlation of plasma HIV-1 RNA level and development of resistance mutations to AZT and ddI with disease progression in patients with advanced HIV-1 disease and little or no AZT therapy. 4th International Workshop on HIV Drug Resistance, Sardinia, Italy. J AIDS 10 (Suppl. 3):S21, 1995.

255.   Kozal MJ, Shah N, Yang R, Shen N, Fucini R, Merigan TC, Richman DD, Chee MS, Gingeras TR. Natural polymorphism of HIV-1 clade B protease gene and the implication for therapy. 4th International Workshop on HIV Drug Resistance, Sardinia, Italy. J AIDS (Suppl. 3):S38, 1995.

256.   Demeter L, Stannerud K, Mayers D, Fitzgibbon J, Sylvester S, Arens M, Fisher E, Shafer R, Zhao Y, Huang D, Reichelderfer P, Johnson V, Richman D, Rasheed S, Kuritzkes D, Japour A. Interlaboratory concordance of DNA sequence analysis of the HIV-1 reverse transcriptase (RT). 35th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Francisco, CA, September 17-20, 1995.

257.   Richman DD. Genotypic and phenotypic characterization of HIV-1 as a tool to study pathogenesis. 35th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Francisco, CA, September 17-20, 1995.

258.   Hostetler KY, Kini GD, Richman DD. 1-0-Octadecylglycero-3-phosphonoformate exhibits enhanced activity and synergy with AZT against HIV, *in vitro*. 35th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Francisco, CA, September 17-20, 1995.

259.   Richman DD. Antiviral chemotherapy: new drugs and new perspectives. Retroviruses of Human AIDS and Related Animal Diseases "Dixième Colloque Des Cent Gardes", Marnes-La-Coquette Near Paris, France, October 23-25, 1995.

260.   Woolf NK, Jaquish DV, Koehrn FJ, Jackson-Friedman C, Richman DD. Labyrinthitis and sensorineural hearing loss induced by murine cytomegalovirus (MCMV) in an immunodeficient SCID mouse model. ARO 18:149, 1995.

261.   Woolf NK, Jaquish DV, Koehrn FJ, Jackson-Friedman C, Richman DD. Cytomegalovirus induced

neurologic disease in SCID mice: labyrinthitis and encephalitis. Proceedings Vth International Cytomegalovirus Conference, Stockholm, Sweden, 1995.

262.   Richman DD. Implications of drug resistance on viral dynamics and pathogenesis. Keystone Symposia on Molecular and Cellular Biology, Taos, NM, January 17-23, 1996.

263.   Pandori MW, Fitch NJS, Spina CA, Richman DD, Guatelli JC. Mechanism of nef-mediated enhancement of infectivity of HIV-1. Keystone Symposia on Molecular and Cellular Biology, Taos, NM, January 17-23, 1996.

264.   Zhang H, Dornadula G, Wu Y, Havlir D, Richman DD, Pomerantz RJ. Kinetic analysis of intravirion reverse transcriptase in the blood plasma of HIV-1 infected-individuals: direct assessment of resistance to reverse transcriptase inhibitors *in vivo*. 3rd Conference on Retroviruses and Opportunistic Infections, Washington, DC, January 28-February 1, 1996.

265.   Spina C, Richman DD. Preferential replication of HIV-1 in the CD45RO "memory" subset of primary CD4 cells. 3rd Conference on Retroviruses and Opportunistic Infections, Washington, DC, January 28-February 1, 1996.

266.   Gulick R, Mellors J, Havlir D, Eron J, Gonzalez C, McMahon D, Richman D, Valentine F, Jonas L, Meibohm A, Chiou R, Deutsch P, Emini E, Chodakewitz J. 3rd Conference on Retroviruses and Opportunistic Infections, Washington, DC, January 28-February 1, 1996.

267.   Richman DD. Resistance to antiretroviral drugs. 3rd Conference on Retroviruses and Opportunistic Infections, Washington, DC, January 28-February 1, 1996.

268.   Hostetler KY, Kini GD, Beadle JR, Aldern KA, Richman DD. Antiviral activity of alkylglycerol foscarnet analogs in HIV-1 infected HT4-6C cells: structure-activity studies. Ninth International Conference on Antiviral Research, Urabandai, Fukushima, Japan, May 19-24, 1996.

269.   Wong JK, Ignacio CC, Torriani F, Havlir D, Fitch NJS, Richman DD. *In vivo* compartmentalization of HIV: evidence from the examination of *pol* sequences from autopsy tissues. 5th International Workshop on HIV Drug Resistance, Whistler, Canada, July 3-6, Antiviral Therapy 1(Suppl 1):45, 1996.

270.   Moutouh L, Richman Dd, Corbeil J. HIV-induced apoptosis requires the CD4 cytoplasmic tail and is accelerated by the presence of p56LCK. 15th Annual American Society for Virology Meeting, London, Ontario, Canda, July 13-17, 1996.

271.   Gulick RM, Mellors J, Havlir D, Eron J, Gonzalez C, McMahon D, Richman D, Valentine F, Rooney J, Jonas L, Meibohm A, Emini E, Chodakewitz J. Potent and sustained antiretroviral activity of indinavir (IDV), zidovudine (ZDV) and lamivudine (3TC). XI International Conference on AIDS, Vancouver, Canada, July 1996.

272.   Richman DD. Antiviral drug resistance in HIV. Instituto Juan March de Estudios e Investigaciones Centre for International Meetings on Biology: Workshop on RNA Viral Quasispecies. Mardrid, Spain, October 1996.

273.   Kornbluth RS, Richman DD. CD40L induces macrophages to produce MIP-1a, which protects CD4+ T cells from infection by NSI strains of HIV-1. Third International Workshop on HIV and Cells of

Macrophage Lineage, Varenna, Lake of Como, Italy, October 16-19, 1996.

274.    Richman DD. New developments in antiretroviral therapy. Third International Workshop on HIV and Cells of Macrophage Lineage, Varenna, Lake of Como, Italy, October 16-19, 1996.

275.    Richman DD. HIV drug resistance - an overview. 3rd International Congress on Drug Therapy in HIV Infection. Birmingham, UK, November 1996, AIDS 10(Suppl 2), pp S7.

276.    Gervaix A, West D, Wong-Staal F, Richman D, Corbeil J. LTR-GFP: a new reporter system to monitor HIV infection and anti-HIV drug efficacy. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

277.    Kornbluth RS, Kee K, Richman DD. CD40 ligand (CD40L) stimulates human macrophages to produce large amounts of HIV-suppressive □-chemokines. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

278.    Little S, Havlir D, Richman D, McLean A, Spina C. Dynamics of T lymphocytes in primary HIV infection. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

279.    Havlir DV, Haubrich R, Hwang J, Dunne M, Torriani F, Currier J, Forthal D, Bozzete SA, Richman DD, McCutchan JA. Sequential HIV RNA levels in patients with disseminated *M. avium* complex (MAC): a case control study. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

280.    Furman P, Barry DW, Borroto-Esoda K, Moxham C, Richman D, Sommadossi J-P, Endoh R, Niwa T, Yamamoto M, Szczech G. Preclinical development of MKC-442, a potent and selective non-nucleoside inhibitor of HIV reverse transcriptase. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

281.    Lopez-Galindez C, Sanchez-Palomino S, Olivares I, Yuste E, Richman DD. Random strong alterations in HIV 1 viral quasispecies due to antiviral treatment. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

282.    Günthard H, Wong J,, Ignacio C, Havlir D, Richman DD. Comparative performance of high density oligonucleotide sequencing and dideoxynucleotide sequencing of HIV pol from clinical samples. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

283.    Richman DD. Resisting resistance: strategic approaches to preventing and coping with resistance to antiretroviral drugs. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

284.    Wong JK, Günthard HF, Havlir DV, Haase AT, Zhang ZQ, Kwok S, Ignacio CC, Keating NA, Chodakewitz J, Emini E, Meibohm A, Jonas L, Richman DD. Reduction of HIV in blood and lymph nodes after potent antiretroviral therapy. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

285.    Schooley RT, the 141 W94 International Study Group. Preliminary data from a phase I/II study on the safety and antiviral efficacy of the combination of 141 W94 plus 1592U89 in HIV-infected patients with 150 to 400 CD4+ cells/mm³. 4th Conference on Retroviruses and Opportunistic Infections. Washington, DC, January 22-26, 1997.

286.    Richman DD. Antiviral drug resistance in HIV. 7th International Antiviral Symposium. Sydney,

Australia, February 17-19, 1997.

287. Rosowsky A, Fu H, Pai N, Mellors JW, Richman DD, Hostetler KY. Synthesis and inv vitro antiviral activity of long-chain 5'-(O-Alkoxycarbonylphosphinyl)-3'-azido-3'-deoxythymidines against drug-sensitive and AZT- or PFA-resistant human immunodeficiency virus type-1 (HIV-1). 10th International Conference on Antiviral Research. Atlanta, GA, April 6-11, 1997 (Antiviral Research 34:A43, 1997).

288. Looney DJ, Witke W, Feigal E, Corbeil J, Richman D, Little S. Relationship of HHV-8 peripheral blood mononuclear cell burden to immunodeficiency, opportunistic infections, response to therapy, and stage of Kaposi's Sarcoma. National AIDS Malignancy Conference. Bethesda, MD, April 28-30, 1997 (JAIDS & Human Retrovirol 14:A36, 1997).

289. Bessudo A, Rassenti L, Richman D, Havlir D, Feigal E, Kipps TJ. Skewed and unstable B-cell repertoire in serial blood samples of HIV infected patients. Potential role in the induction of AIDS-associated lymphoma. National AIDS Malignancy Conference. Bethesda, MD, April 28-30, 1997 (JAIDS & Human Retrovirol 14:A51, 1997).

290. Richman DD. The role of resistance and dynamics of HIV in antiviral therapy. J Clin Microbiol Infect 3(Suppl 2):S92, 1997.

291. Wong JK, Gunthard HF, Havlir DV, Zhang Z, Haase AT, Ignacio CC, Kwok S, Emini E, Richman DD. Effect of potent antiretroviral therapy on HIV RNA and DNA levels in blood and lymph nodes after one year of therapy. 2nd Joint Conference of Strategic Program for Innovative Research on AIDS Treatment (SPIRAT) and the National Cooperative Drug Discovery Groups for Treatment of HIV Infection (NCCDG-HIV). Vienna, June 22-26, 1997.

292. Patick AK, Kuritzkes D, Johnson VA, Shugarts D, Bakhtiari M, Potts KE, Farnsworth A, Anderson R, Koel JL, Hazelwood JD, Nail CD, Duran M, Markowitz M, Ho D, Richman D. Genotypic and phenotypic analyses of HIV-1 variants isolated from patients treated with nelfinavir and other HIV-1 protease inhibitors. International Workshop on HIV Drug Resistance, Treatment Strategies and Eradication. St. Petersburg, FL, June 25-28, 1997.

293. Johnson VA, Kuritzkes DR, Richman DD, Hirsch MS, Fischl MA, DeGruttola V, D'Aquila RT. HIV-1 drug resistance and virological failure during combination therapy with nevirapine, zidovudine and didanosine. International Workshop on HIV Drug Resistance, Treatment Strategies and Eradication. St. Petersburg, FL, June 25-28, 1997.

294. Günthard H, Wong J, Ignacio C, Havlir D, Richman D. Emergence of drug resistance in different tissue compartments in 10 patients using population-based sequencing after 1 year of potent antiretroviral therapy. International Workshop on HIV Drug Resistance, Treatment Strategies and Eradication. St. Petersburg, FL, June 25-28, 1997.

295. Kini GD, Beadle JR, Aldern KA, Mellors JW, Richman DD, Hostetler KY. Lipid prodrug of a foscarnet-AZT conjugate: synthesis and antiviral activity against PFA- and AZT-resistant strains of HIV. Proc 213th American Chemical Society, 1997.

296. Gulick R, Mellors J, Havlir D, Eron J, Gonzalez C, McMachon D, Richman D, Valentine F, Jonas L, Meibohm A, Isaacs R, Condra J, Emini E, Chodakewitz J. Indinavir (IDV), Zidovudine (ZDV) and Lamivudine (3TC): concurrent or sequential therapy in ZDV-experienced patients. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, Ontario, Canada, Sept 28-Oct 1, 1997.

297. Mildvan D, Fischl M, Creagh T, Grossberg S, Nobak R, Witt P, Machado S, Mahmud M, Marshak A, Richman DD. The role of immune activation markers in antiretroviral-naive patients with advanced

HIV disease. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, Ontario, Canada, Sept 28-Oct 1, 1997.

298.  Bacheler LT, George H, Abremski K, Richman D, Mellors JW, Emini E, Schleif WA, Condra JH. Mutations associated with viral load rebound in patients treated with the HIV-1 non nucleoside reverse transcritptase inhibitor DMP 266 in combination with the HIV-1 protease inhibitor Crixovan®. 37th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, Ontario, Canada, Sept 28-Oct 1, 1997.

299.  Havlir DV, Friedland G, Pollard R, Tierney C, Smeaton L, Fox L, Richman DD, the ACTG 290/298 Teams. Combination zidovudine and stavudine therapy versus other nucleosides: report of two randomized trials. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

300.  Sommadossi JP, Zhou XJ, Moore J, Havlir DV, Friedland G, Tierney C, Smeaton L, Fox L, Richman D, Pollard R, the ACTG 290 Team. Impairment of stavudine phosphorylation in patients receiving a combination of zidovudine and d4T. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

301.  Eron J, Haubrich R, Richman D, Lang W, Tisdale M, Myers R, Pagano G, Rogers M. Preliminary assessment of 141W94 in combination with other protease inhibitors. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

302.  Vazquez-Rosales JG, Yamamoto S, Switzer WM, Havlir DV, Richman DD, Folks TM, Heneine W. Rapid phenotypic determination of nevirapine-resistant HIV-1 by direct analysis of reverse transcriptase (RT) activity in plasma samples. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

303.  Little S, Havlir D, Richman D, Spina C, McLean A. Viral population dynamics during acute HIV infection. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

304.  Looney DJ, Witke W, Corbeil J, Richman D, Little S. Utility of HHV-8 DNA QC PCR: relationship of PBMC burden to stage of kaposi's sarcoma and response to therapy. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

305.  Moutouh L, Richman DD, Corbeil J. Molecular and cellular analysis of HIV-induced apoptosis in lymphoid T cell line expressing wild-type and mutated CD4 receptors. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

306.  Kornbluth RS, Kee K, Richman DD. Molecular aspects of CD40 ligand (CD40L) stimulation of macrophages to produce HIV-suppressive □-chemokines. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

307.  Günthard H, Wong J, Leigh Brown A, D'Aquila R, Ignacio C, Johnson V, Kuritzkes D, Richman D. Higher selection pressure from antiretroviral drugs in vivo results in increased evolutionary distance. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

308.  Hezareh M, Wong JK, Ignacio CC, Richman DD, Spina CA. Differential T cell induction of productive HIV replication in samples from patients on prolonged suppressive therapy. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

309.  Wong JK, Hezareh M, Gunthard HF, Havlir DV, Ignacio CC, Furtado M, Wolinsky SM, Spina CA, Richman DD. Persistence of replication competent HIV in patients with undetectable plasma virus. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

310.    Estaquier J, Brunner T, Amiesen J-C, Sheeter D, Moutouh L, Green DR, Richman DD, Corbeil J. Induction of T cell apoptosis by syncytium-inducing and non syncytium-inducing isolates of HIV-1. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

311.    Little S, Havlir D, Richman D, McLean A, Spina C. Dynamics of T lymphocytes in acute HIV infection before and after treatment. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

312.    Leigh Brown A, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD. Baseline sequence clusters predict response to combination therapy in ACTG 241. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

313.    Havlir DV, Hirsch M, Collier A, Marschner I, Bassett R, Tebas P, Ioannidis J, Richman DD. Randomized trial of indinavir (IDV) vs. zidovudine (ZDV)/lamivudine (3TC) vs IDV/ZDV/3TC maintenance therapy after induction IDV/ZDV/3TC therapy. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

314.    Zhang Z-Q, Schuler T, Cavert W, Notermans DW, Havlir D, Wong JK, Little S, Henry K, Danner SA, Richman DD, Haase AT. Response of follicular dendritic cells to antiretroviral combination therapy of HIV-1 infection in lymphoid tissues. 5th Conference on Retroviruses and Opportunistic Infections, Chicago, IL, Feb 1-5, 1998.

315.    Richman DD. Virologic Impact of combination antiretroviral therapy. Keystone Symposia on Molecular and Cellular Biology, Park City, Utah, March 13-19, 1998.

316.    Kini GD, Beadle JR, Aldern KA, Richman DD, Korba BE, Hostetler KY. Anti-hepatitis B virus activity of 3-hexadecyloxypropane-1-phospho-penciclovir and 3-hexadecyloxypropane-1-phospho-dideoxyguanosine in 2.2.15 cells. 11th International Conference on Antiviral Research, San Diego, CA, April 5-10, 1998 (Antiviral Research 37:A65, 1998).

317.    Little S, McLean A, Richman D, Havlir D. Viral dynamics in acute HIV infection. 5th Annual HIV Dynamics & Evolution Conference, Santa Fe, New Mexico, April 18-20, 1998.

318.    Günthard HF, Wong JK, Leigh Brown A, D'Aquila R, Johnson V, Kuritzkes K, Richman DD. Nucleoside RT-inhibitor and NNRTI combination therapy drives evolution of HIV-1 pol resulting in increased evolutionary distances. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

319.    Leigh Brown AJ, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD. Baseline sequence clusters predict response to combination therapy in ACTG 241. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

320.    Heneine W, Garcia Lerma JG, Vazquez-Rosales JG, Qari S, Juodawlkis A, Havlir D, Schinazi RF, Richman DD, Folks TM. A novel non-culture-based approach for the rapid analysis of phenotypic resistance to reverse transcriptase inhibitors of HIV-1 from plasma. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

321.    Havlir DV, Petropoulos CJ, Hellmann NS, Whitcomb JM, Richman DD, the ACTG 343 Team. Evolution of drug resistance associated with loss of viral suppression in patients treated with indinavir, lamivudine and zidovudine. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

322.   Martinez-Picado J, De Pasquale MP, Hanna G, Rosenberg E, Sutton L, Savara AV, Wong JK, Richman DD, Silicano RF, Walker BD, D'Aquila RT. Molecular characterization of the latent reservoir of HIV-1 during maximally suppressive combination therapy. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

323.   Youle M, Stuyver L, Ball J, Moyle G, Beards G, Cane PA, Richman DD, Pillay D. Genotypic differences between plasma and seminal fluid HIV RNA in reverse transcriptase inhibitor experienced patients. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

324.   Günthard HF, Ignacio CC, Kee K, Havlir DV, Spina CA, Hezareh M, Richman DD, Wong JK. HIV recovery from PBMC of patients with undetectable plasma viraemia is not due to residual viral replication. 2nd International Workshop on HIV Drug Resistance & Treatment Strategies, Lake Maggiore, Italy, June 24-27, 1998 (Antiviral Therapy 3[Suppl 1], 1998).

325.   Corbeil J, Gingeras TR, Mamtora G, Huang D, Richman DD. Quantitative molecular analysis of mRNA expression of HIV-infected T cell using high density oligonucleotide arrays. 12th World AIDS Conference, Geneva, June 28-July 3, 1998.

326.   Barile AJ, Mascola JR, Tasker SA, Shaffer RA, Richman DD, Brodine SK. Prevalence of HIV-1 resistance mutations in a US military cohort of antiretroviral-naive recent seroconvertors. 12th World AIDS Conference, Geneva, June 28-July 3, 1998.

327.   Günthard HF, Wong JK, Spina C, Ignacio C, Kwok S, Christopherson C, Havlir D, Richman D. Induction of HIV-1 replication by influenza vaccination (IV) in patients on potent antiretroviral therapy. 12th World AIDS Conference, Geneva, June 28-July 3, 1998.

328.   Heneine W, Garcia-Lerma JG, Vasquez-Rosales H, Havlir D, Schinazi RF, Richman DD, Folks TM. Rapid phenotypic detection of HIV-1 resistance to lamivudine (3TC) and nevirapine (NVP) by direct analysis of plasma reverse transcriptase activity. 12th World AIDS Conference, Geneva, June 28-July 3, 1998.

329.   Richman DD. Therapy - new aspects. Symposium on Prion and Lentiviral diseases, Reykjavik, Iceland, August 20-22, 1998.

330.   Guo LSS, Kiwan R, Najafi A, Hauser JD, Engbers CD, Pegg E, Amantea MA, Richman DD. Neutralization of HIV-1 by long-circulating pegylated CD4- liposomes. 38th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Diego, CA, September 24-27, 1998.

331.   Leigh Brown AJ, Günthard HF, Precious HM, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD. Baseline sequence variation predicts response to combination antiretroviral therapy in ACTG 241. 38th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Diego, CA, September 24-27, 1998.

332.   Richman DD. Antiviral therapy 1998-1999. 4th International Congress on Drug Therapy in HIV Infection, Glasgow, UK. AIDS 12[Suppl 4]:S1, 1998.

333.   Eron J, Haubrich R, Richman D, Lang W, Tisdale M, Myers R, Pagano G, Rogers M. Safety and efficacy of amprenavir in combination with other protease inhibitors. 4th International Congress on Drug Therapy in HIV Infection, Glasgow, UK. AIDS 12[Suppl 4]:S38, 1998.

334.   Richman DD. Minimizing the impact of drug resistance over the long term: issues related to

sequencing of antiretroviral drugs. 34th Annual Meeting of the Infectious Diseases Society of America (IDSA), Denver, Colorado, November 12-15, 1998.

335.    Richman DD. Viral evolution and resistance in patients with undetectable plasma virus. International Conference on the Discovery and Clinical Development of Antiretroviral Therapies. St. Thomas, West Indies, US Virgin Islands, December 13-17, 1998.

336.    Hostetler KY, Kini GD, Hostetler SE, Beadle JR, Albanil S, Hammond JH, Mellors J, Richman DD. Structure-activity of *sn*-2 substituted analogs of 1-O-octadecyl-*sn*-glycero-3-foscarnet and synergy with zidovudine in HIV-1 infected cells, *in vitro*. International Conference on the Discovery and Clinical Development of Antiretroviral Therapies. St. Thomas, West Indies, US Virgin Islands, December 13-17, 1998.

337.    Wong J, Günthard H, Fiscus S, Zhang Z, Schlief W, Havlir D, Eron J, Mellors J, Gulick R, Valentine F, Jonas L, Ignacio C, Dao P, Isaacs R, Emini E, Haase A, Richman D. Residual HIV RNA and DNA in lymph node and HIV RNA in genital secretions and in CSF after two years of suppression of viremia in the Merck 035 cohort. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

338.    Precious H, Leigh Brown AJ, Günthard HF, Wong JK, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD. A multiple regression model predicting response to combination therapy from baseline sequence data identifies amino acid sites not previously associated with resistance. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

339.    Martinez-Picado J, DePasquale MP, Wong J, Finzi D, Savara A, Sutton L, Richman D, Siliciano R, D'Aquila R. Genetic stability of the latent HIV reservoir in memory CD4 T cells during suppressive therapy. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

340.    Feinberg J, Petropoulos CJ, Hellman N, Richman DD. Heterosexual transmission of NNRTI-resistant HIV-1. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 199.9

341.    Sheeter DA, Leoni LM, Genini D, Carson DA, Richman DD, Corbeil J. HIV induces a p38 mitogen-activated protein kinase-independent ATF-2 phosphorylation which correlate with G2/M phase cell cycle arrest. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

342.    Günthard H, Wong J, Spina C, Ignacio C, Kwok S, Christopherson C, Wang J, Haubrich R, Havlir D, Richman D. Impact of influenza vaccinbation on HIV plasma RNA and pattersn of immune response in patients with HAART. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

343.    Gulick R, Mellors J, Havlir D, Eron J, Valentine F, McMahon D, Gonzalez C, Jonas L, Meibohm A, Chodakewitz J, Isaacs R, Richman D. Treatment with indinavir, zidovudine and lamivudine: Three-year follow-up. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

344.    Corbeil J, Sheeter D, Huang D, Richman DD, Gingeras T. Modulation of gene expression as monitored by high-density oligonucleotide arrays for the inoculation of HIV-1 upon T cells. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

345.    Kornbluth RS, Kee K, Richman DD. Cytokine effects on CD40 ligand stimulation of macrophages to

produce HIV-suppressive □-chemokines. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

346.    Little S, Havlir D, McLean A, Richman D, Spina C. Dynamic changes in an activated DC8 cell subset in response to fluctuations in viral load during acute primary HIV infection and subsequent therapy. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

347.    Zhang Z-Q, Schuler T, Wietgrefe S, Reimann KA, Reinhart TA, Cavert W, Miller CJ, Veazey RS, Notermans D, Little S, Danner SA, Richman DD, Havlir D, Wong J, Letvin NL, Wolinsky S, Haase AT. Sexual transmission and propagation of SIV and HIV-1 in activated and quiescent T cells. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

348.    Little S, Daar E, Keiser P, D'Aquila R, Connick E, Hellman N, Petropoulos C, Koup R, Rosenberg E, Walker B, Richman D. The spectrum and frequency of reduced antiretroviral drug susceptibility with primary HIV infection in the United States. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

349.    Havlir D, Hellman N, Petropoulos C, Whitcomb J, Collier A, Hirsch M, Tebas P, Richman D. Viral rebound in the presence of indinavir without protease inhibitor resistance. 6th Conference on Retroviruses and Opportunistic Infections. Chicago, Illinois, January 31- February 4, 1999.

350.    Richman DD. Suboptimal potency of current antiretroviral therapy. The 1999 Palm Springs Symposium on HIV/AIDS.  Palm Springs, CA, March 4-7, 1999.

351.    Richman DD. Need for improved potency of antiretroviral chemotherapy. 1999 International Meeting of the Institute of Human Virology, Baltimore, MD. Journal of Human Virology 2:193, 1999.

352.    Haubrich R, Kemper C, Witt M, Keiser P, Dube M, Forthal D, Currier J, Seefried E, Hwang J, McCutchan JA, Hellmann N, Heilek G, Lie Y, Richman D. Reproducibility of an HIV phenotype resistance assay in clinical practice. 39th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Francisco, CA, September 26-29, 1999.

353.    Haubrich R, Kemper C, Witt M, Keiser P, Dube M, Forthal D, Currier J, Hwang J, Richman D, Hellmann N, Heilek G, Lie Y, McCutchan JA. 39th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), San Francisco, CA, September 26-29, 1999.

354.    O'Brien TR, Ioannidis JP, McDermott D, Carrington M, Murphy PM, Richman DD, Havlir DV. Chemokine receptor polymorpjisms and response to potent antiretroviral therapy. Antiviral Therapy 4(1) 91, 1999.

355.    Gunthard H, Wong J, Havlir D, Richman DD. Evolution of HIV-1 V3 envelope sequences from residual lymph node RNA from patients on potent antiretroviral therapy with undetectable plasma viraemia for up to 2 years. Antiviral Therapy 4(1) 118, 1999.

356.    Haubrich R, Kemper C, Witt M, Keiser P, Dube M, Forthal D, Currier J, Seefried E, Rigby A, Richman DD, Hellman N, Heilek G, Lie Y, McCutchan JA and the CCTG. Differences in Protease inhibitor (PI) phenotypic susceptibility after failure of the first PI containing regimen. Antiviral Therapy 4(1) 55, 1999.

357.    Little S, Darr, E, Keiser P, D'Aquila RD, Connick E, Hellmann N, Petropoulos C, Johnson P, Whitcomb J, Pitt J, Koup R, Friel T, Rosenberg E, Walker B, Richman DD. The spectrum and frequency of reduced antiretroviral drug susceptibility with primary HIV infection in the United States. Antitviral

Therapy 4 (1) 86, 1999.

358.   Precious HM, Gunthard HF, Wong JK, D'Aquila RT, Johnson VA, Kuritzkes DR, Richman DD, Leigh Brown AJ. Long-term response to antiretroviral therapy is associated with baseline variation at a novel site in HIV-1 reverse transcriptase. Antiviral Therapy 4 (1) 61, 1999.

359.   Martinez-Picado J, DePasquale MP, Kartsonis NA, Hanna G, Wong J, Finzi D, Rosenber E, Gunthard H, Sutton L, Savara A, Petropoulos C, Hellmann N, Walker BD, Richman DD, Siliciano R, D'Aquila RT. Application and Outcome of Two Strategies to Increase HIV Medication Adherence: Life-Steps and Medication Monitoring. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

360.   Frost SDW, Gunthard HF, Wong JK, Havlir D, Richman DD, Leigh Brown AJ. Evidence for positive selection driving the evolution of the HIV-1 envelope gene under potent antiviral therapy. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

361.   Corbeil J, Sheeter J, Rought S, Genini D, Leoni L, Du P, Ferguson M, masys D, Welsh J, Fink JL, Drenkow J, Richman DD, Gingeras T. Temporal analysis of CD4+ T-Cell genome expression during HIV-1 infection. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

362.   Sheeter D, Genini D, Corbeil J, Richman D, Leoni L. HIV-1 directly kills infected cells through disruption of mitochondria and activates caspase 9-induced apoptosis. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

363.   Wong JK, Leigh Brown AJ, Quigg M, Albanil S, Daar E, D'Aquila R, Kaiser P, Connick E, Petropoulos C, Whitcomb J, Hellmann N. Richman DD, Little S. Primary infection with HIV-1 with reduced durg susceptibility does not appear to result from point source transmitting. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

364.   Martinez-Picado J, DePasquale MP, Kartsonis NA, Hanna G, Wong J, Finzi D, Rosenberg E, Gunthard H, Sutton L, Savara A, Petropoulos C, Hellmann N, Walker BD, Richman DD, Siliciano R, D'Aquila RT. Selection of antiretroviral resistance in the latent reservoir of human immunodeficiency virus type 1 during successful therapy. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

365.   Wong JK, Gunthard JF, Ellis RE, Letendre S, Kee K, Dao P, Denison B, Paxinos E, Hellmann N, Hsia K, Spector S, Grant I, Richman DD, McCutchan JA. Transient discordant virologic responses in CSF and plasma and the trafficking of multidrug-resistant HIV. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

366.   Zhou XJ, Havlir DV, Richman DD, Acosta EP, Hirsch M, Collier AC, Tebas P, Sommadossi JP, the ACTG 343 Team. Plasma population pharmacokinetics (PK) and CSF penetration of indinavir (IDV) in combination with ZDV and 3TC in HIV-infected patients. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA,, Jan 30 - Feb 2, 2000.

367.   Ioannidis JPA, Havlir DV, Tebas P, Hirsch MS, Collier AC, Richman DD. Dynamics of HIV-1 viral load rebound among patients with previous suppression of viral replication. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

368.  Li Q, Zupancic M, Zhang Z-Q, Wong JK, Polis M, Feinberg M, Richman D, Little S, Havlir D, Haase AT. The level of RANTES expression and HIV-1 replication in the lymphoid tissues of HIV-1 infected acute and chronic patients.  7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

369.  Huang W, DeGruttola V, Fischl M, hammer S, Richman DD, Havlir D, Mellors J. Patterns of plasma HIV RNA responses in antiretroviral treatment success and failure. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

370.  Acosta EP, Havlir DV, Richman DD, Zhou XJ, Hirsch M, Collier AC, Tebas P, Sommadossi J-P. Pharmacodynamics (PD) of indinavir (IDV) in protease-naive HIV-infected patients receiving ZDV and 3TC. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

371.  Havlir D, Gilbert P, Bennett K, Collier A, Hirsch M, Tebas P, Adams E, Goodwin D, Schnittman S, Holohan MK, Richman D, the ACTG 5025 Study Team. Randomized trials of continued indinavir (IDV)/ZDV/3TC vs. switch to IDV/ddI/d4T or IDV/ddI/d4T + hydroxyurea in patients with viral suppression. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

372.  Daar ES, Little SJ, Pitt JA, Santangelo J, Ho P, Harawa N, Kerndt P, Giorgi JV, Bai J, Gaut P, Richman DD, Mandel, Nichols S. Screening and diagnosis of primary immunodeficiency virus infection. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

373.  Precious HM, Little SJ, Wong JK, Whitcomb J, Hellmann N, Petropoulos CJ, Richman DD, Leigh Brown AJ. The genotypic basis of moderately reduced susceptibility to antiretroviral drugs in primary HIV infection. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

374.  Schrier R, havlir D, Torriani F, Durand D, Richman D, the HNRC. T-Cell responses to HIV antigens after antiretroviral treatment. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

375.  Spina C, Hansasuta P, Wong J, Ogg G, Little S, Havlir D, Richman DD, Rowland-Jones S. Predominance of Nef-specific CD8 cell responses in acute HIV infection and persistence of HIV-specific CD8 memory cells during viral suppression. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

376.  Rought SE, Richman DD, Corbeil J. The generation and application of a doxycycline-repressible, HIV-1 Nef expression system. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

377.  Hostetler KY, Beadle JR, Hostetler SE, Kini GD, Aldern KA, Richman DD, Hammond JL, Zonarich DL, Bazmi HZ, Mellors JW. Alkyglycerol foscarnet analogs are active in vitro at submicromolar concentrations against a panel of drug-resistant strains of HIV-1. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

378.  Richman DD, Kessler H, Eron J, Thompson M, Raffi F, Jacobson J, Harris J, McCreedy B, Bigley J, Rousseau F. Anti-HIV activity and tolerability of DAPD, a novel dioxolane guanosine RT inhibitor: initial results of a phase I/II 14-day monotherapy clinical trial. 7th Conference on Retroviruses and

Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

379.   Haubrich R, Keiser P, Kemper C, Witt M, Dubé M, Forthal D, Leibowitz M, Hwang J, Rigby A, McCutchan JA, Hellmann N, Richman DD, the CCTG. Characterization of altered phenotypic antiretroviral (ARV) susceptibility to drugs in a failing regimen. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

380.   Qari SH, Garcia Lerma JG, Vazquez-Rosales G, Schinazi RF, Havlir D, Richman DD, Reisler R, Vandamme AM, Schmit JC, Kavlick MF, Mitsuya H, Winters M, Merigan T, Heneine W. A rapid and inexpensive approach for phenotypic analysis of drug resistance to reverse transcriptase (RT) inhibitors by direct analysis of RT activity in plasma. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

381.   Hanna G, Johnson V, Kuritzkes D, Richman D, Martinez-Picado J, D'Aquila R, the ACTG 241 Team. Sequencing by hybridization vs. cycle sequencing for genotyping HIV-1 reverse transcriptase. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

382.   Leigh Brown AJ, Precious HM, Whitcomb J, Daar E, D'Aquila RT, Keiser P, Connick E, Hellmann N, Petropoulos C, Wong JK, Richman DD, Little SJ. Novel amino acid change influencing susceptibility to nevirapine detected in primary HIV infection. 7th Conference on Retroviruses and Opportunistic Infection. San Francisco, CA, Jan 30 - Feb 2, 2000.

383.   Paxinos EE, Sartoris MM, Dawson K, Hellmann NS, Petropoulos CJ, Richman DD, Whitcomb JM. Natural variation in susceptibility to non-nucleoside reverse transcriptase inhibitors (NNRTI) predates drug availability. 40th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, Ontario, Canada, Sept 17-20, 2000.

384.   Haubrich R, Whitcomb J, Keiser P, Kemper C, Witt M, Johnson D, Forthal D, Leibowitz M, Hwang J, Rigby A, Hellmann N, Richman D, McCutchan JA. Non-nucleoside reverse transcriptase inhibitor (NNRTI) hypersusceptibility (HS) is common and improves short-term virologic response. 40th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Toronto, Ontario, Canada, Sept 17-20, 2000.

385.   Appay V, Nixon DF, Donahoe S, Gillespie G, Dong T, King A, Ogg G, Spiegel H, Conlon C, Spina C, Havlir D, Richman D, Waters A, Easterbrook P, McMichael A, Rowland-Jones S. HIV-specific CD8+ T cells produce antiviral cytokines but are impaired in cytolytic function. 2000 International Meeting of the Institute of Human Virology. Baltimore MD, September 10-15, 2000 (J Hum Virology 3:250, 2000).

386.   Richman DD. Overview on the latest on genotype/phenotype and replicate fitness: the science. Fifth International Congress on Drug Therapy in HIV Infection, Glasgow, UK, October 22-26, 2000 (AIDS 14[Suppl 4]:S4, 2000).

387.   Leigh Brown AJ, Frost SDW, Whitcomb JM, MdLean AR, Hellmann NS, Leen CS, Brettle RP, Havlir DV, Mathews WC, Richman DD, Little SJ. Transmission and fitness of drug resistant strains of HIV. Fifth International Congress on Drug Therapy in HIV Infection, Glasgow, UK, October 22-26, 2000 (AIDS 14[Suppl 4]:S13, 2000).

388.   Havlir D, Levitan D, Bassett R, Gilbert P, Richman D, Wong J. Prevalence and predictive value of intermittent viraemia in patients with viral suppression. 4th International Workshop on HIV Drug

Resistance & Treatment Strategies, Sitges, Spain, June 12-16, 2000. (Antiviral Therapy 5[Suppl 3]:89, 2000).

389.   Richman D. Therapeutic agents and viral targets: what is on the horizon? HIV DART 2000, Isla Verde, Puerto Rico, December 17-21, 2000.

390.   Brooun A, Richman D, Kornbluth R. A sensitive integration assay using HIV-1 preintegration complexes (PICs), concatameric target DNA, and PCR quantification of integration junctions. 8th Conference on Retroviruses and Opportunistic Infections. Chicago, IL, February 4 -8, 2001.

391.   Wong JK, Strain M, Spina CA, Lam RY, Daly OA, Nguyen J, Ignacio CC, Santangelo JA, Pitt J, Richman DD, Daar E, Little SJ. Decay of cellular reservoirs of HIV-1 during primary infection treated before or after seroconversion. 8th Conference on Retroviruses and Opportunistic Infections. Chicago, IL, February 4 -8, 2001.

392.   Douek DC, Betts MR, Hill BJ, Little SJ, Lempicki R, Metcalf JA, Casazza J, Yoder C, Adelsberger JW, Stevens RA, Baseler MW, Keiser P, Richman DD, Davey RT, Koup RA. Thymus function in HIV disease. Keystone Symposia on HIV Pathogenesis. Keystone, Colorado, March 28-April 3, 2001.

393.   Richman DD. Viral evolution during treatment. Keystone Symposia on HIV Pathogenesis. Keystone, Colorado, March 28-April 3, 2001.

394.   Appay V, Callan M, papagno L, Sutton J, Gillespie G, King A, Ogg G, Waters A, Easterbrook P, Spina CA, Havlir DV, Richman DD, McMichael AJ, Rowland-Jones S. Difference in CD8+ T cell maturation according to viral specificity. Keystone Symposia on HIV Pathogenesis. Keystone, Colorado, March 28-April 3, 2001.

395.   Spina C, Kawano Y, Wong J, Richman D. Fate of HIV infection in naive phenotype CD4 cells during *in vitro*, proliferation-induced transition to a memory cell phenotype. Keystone Symposia on HIV Pathogenesis. Keystone, Colorado, March 28-April 3, 2001.

396.   Killian S, Hultin L, Hausner MA, Sturgill R, Lua M, Little S, Richman D, Jamieson B, Giorgi J, Spina C. T-Cell repertoire alterations during early HIV-1 infection. Keystone Symposia on HIV Pathogenesis. Keystone, Colorado, March 28-April 3, 2001.

397.   Strain MC, Ignacio CC, Levine H, Havlir D, Richman DD, Wong JK. Quantitative assessment of the dependence of viral replication kinetics on cell density. 8th Annual Discussion Meeting on HIV Dynamics and Evolution. Paris, France, April 26-29, 2001.

398.   Little SJ, Holte S, Routy JP, Daar ES, Markowitz M, Collier AC, Koup RA, Conway B, Connick E, Saag MS, Mwatha A, Corey L, Keiser PH, Kilby M, Dawson K, Whitcomb JM, Hellmann NS, Richman DD. Anitretroviral resistance and response to initial therapy among recently HIV-infected subjects in North America. 5th International Workshop on HIV Drug Resistance & Treatment Strategies, Scottsdale, AZ, June 4-8, 2001. (Antiviral Therapy 6[Suppl 1]:21, 2001).

399.   Haubrich R, Keiser P, Kemper C, Witt M, Leedom J, Forthal D, Leibowitz M, Hwang J Seefried E, McCutchan JA, Hellmann N, Richman D, the CCTG Study Team. CCTG 575: a randomized, prospective study of phenotype testing versus standard of care for patients failing antiretroviral therapy. 5th International Workshop on HIV Drug Resistance & Treatment Strategies, Scottsdale, AZ, June 4-8, 2001. (Antiviral Therapy 6[Suppl 1]:63, 2001).

400. Leigh Brown AJ, Whitcomb J, Hellmann N, Richman DD, Mathews WC, Daar E, Little SJ. Transmission fitness of drug-resistant virus and the prevalence of resistance in the treated population. 5th International Workshop on HIV Drug Resistance & Treatment Strategies, Scottsdale, AZ, June 4-8, 2001. (Antiviral Therapy 6[Suppl 1]:112, 2001).

401. Richman D. Primary HIV infection: transmission of resistance and induction of CD8 T cell responses. XIth Symposium on HIV Infection. Toulon, France, June 14-16, 2001.

402. Richman D. Antiretrovirals: What's next? The 1st IAS Conference on HIV Pathogenesis and Treatment. Buenos Aires, Argentina, July 8-11, 2001.

403. Gulick R, Mellors J, Havlir D, Eron J, Gonzalez C, Meibohm A, McMahon D, Robertson M, Richman D. Indinavir (IDV), zidovudine (ZDV), and lamivudine (3TC): 5-year follow-up. The 1st IAS Conference on HIV Pathogenesis and Treatment. Buenos Aires, Argentina, July 8-11, 2001.

404. Schooley R, Haubrich R, Sension M, Taege A, Becker S, Richman D, Wire MB, Yau L, You L, Pappa K, Pierce A. Efficacy, safety and amprenavir (APV) pharmacokinetic (PK) responses of twice-dialy APV and ritonavir (RTV) regimens in HIV-1 infected treatment-experienced adults for 48 weeks (ESS40006). 41st Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Chicago, IL, December 16-19, 2001.

405. Richman DD, Bozzette S, Morton S, Chien S, Wrin T, Dawson K, Hellmann N. The prevalence of antiretroviral drug resistance in the US. 41st Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Chicago, IL, December 16-19, 2001.

406. Richman DD, Wrin T, Little S, Petropoulos C. Rapid evolution of the neutralizing antibody response following primary HIV infection. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

407. Pillai S, Guatelli J, Spina C, Letendre S, Ellis RJ, Wong JK, Richman DD. Effects of compartmentalization on HIV-1 Nef evolution. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

408. Wong JK, Letendre S, Macaranas T, Ignacio C, Daly OA, Guenthard HF, Strain MC, Frost SDW, Pillai S, Good B, Furtado M, Wolinsky S, Grant I, Richman DD, McCutchan JA. Distribution of HIV env and pol variants in CSF and plasma of patients with and without antiretroviral therapy. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

409. Arthur LO, Rossio JL, Piatak M, Jr, Flynn BM, Desrosiers RC, Hoxie J, Raz E, Richman DD, VanNest G, Henderson L, Lifson JD. Immunogenicity and protective efficacy of ISS ODN adjuvanted inactivated SIV containing functional envelope glycoprotein against IV SIVmac239 challenge. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

410. Little SJ, Daar Es, Holte S, Frost SDW, Routy JP, Markowitz M, Collier AC, Margolick J, Koup R, Conway B, Connick E, Kilby M, Wrin T, Petropoulos CJ, Hellmann NS, Richman DD. Persistence of transmitted drug resistance among subjects with primary HIV infection not receiving antiretroviral therapy. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

411. Daar ES, Frost SDW, Wong JK, Hellmann NS, Wrin T, Petropoulos CJ, Richman DD, Pitt JA, Little SJ,

Leigh Brown AJ. Mixed Infection Multidrug Resistant (MDR) and Wild Type HIV Strains in Primary HIV Infection (PHI): Early Viral Rebound Suggests Loss of Immune Control. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

412.  Strain MC, Little SJ, Daar ES, Gunthard H, Spina C, Lam RY, Daly OA, Ignacio C, Macaranas T, Kwok S, Christopherson C, Santangelo J, Pitt J, Richman DD, Wong JK. Initiation of Treatment before Seroconversion Increases the Rate of Clearance of the Latent Reservoir. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

413.  Brooun A, Chinnasamy D, Snarsky V, Spina C, Richman DD, Candotti F, Kornbluth R. Regulation of the HIV-1 pre-integration complex (PIC) in primary human lymphocytes. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

414.  Smith D, Little SJ, Daar ES, Koup R, Hellmann NS, Dawson K, Wong JK, Richman DD, Leigh Brown AJ. Genetic variation in p6gag in primary HIV infection. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

415.  Leigh Brown AJ, Frost SDW, Mathews WC, Hellmann NS, Daar ES, Richman DD, Little SJ. Will transmission of drug resistant HIV be driven by individuals infected with drug resistant strains? 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

416.  Strain MC, Havlir D, Gunthard H, Ignacio C, Macaranas T, Daly OA, Fischer M, Opravil M, Leigh Brown AJ, Levine H, Kwok S, Christopherson C, Smith D, Spina C, Richman DD, Wong JK. Intrinsic decay rate of lymphocyte reservoirs of HIV-1. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

417.  Frost SDW, Condra JH, Leigh Brown AJ. Positive selection of HIV-1 protease (PR) prior to the advent of protease inhibitor-based therapy. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

418.  Richman DD. Viral dynamics and reservoirs in patients on HAART. 9th Conference on Retroviruses and Opportunistic Infections, Seattle, WA, Feb 24-28, 2002.

419.  Richman D, Wrin T, Little S, Petropoulos C. Rapid evolution of neutralizing antibody response following primary HIV infection. Keystone Symposia on HIV Pathogenesis, Keystone, Colorado, April 5-11, 2002.

420.  Papagno L, Appay V, Spina C, Hansasuta P, King A, Jone L, Ogg G, Little S, McMichael A, Richman D, Rowland-Jones S. Dynamics of T cell responses in HIV infection. Keystone Symposia on HIV Pathogenesis, Keystone, Colorado, April 5-11, 2002.

421.  Pillai S, Good B, Richman D, Corbeil J. Determination of HIV-1 coreceptor usage via machine learning. Keystone Symposia on HIV Pathogenesis, Keystone, Colorado, April 5-11, 2002.

422.  Leigh Brown AJ, Good B, Frost SD, Collier AC, Connick E, Conway B, Daar E, Kilby M, Routy JP, Margolick JB, Markowitz M, Dawson K, Hellmann N, Richman DD, Little SJ. Analysing the genotypic basis of hypersusceptibility to amprenavir in HIV from antiretroviral-naive patients. XI International HIV Drug Resistance Workshop: Basic Principles and Clinical Implications. Seville, Spain, July 2-5, 2002 (Antiviral Therapy 7[Suppl 1]:S42, 2002).

423. Koelsch KK, Little S, Ignacio CC, Richman DD, Wong JK. Diverse outcome of genotypic resistance analysis over time in two patients with transmitted reverse transcriptase inhibitor and protease inhibitor resistance mutations at primary infection. XI International HIV Drug Resistance Workshop: Basic Principles and Clinical Implications. Seville, Spain, July 2-5, 2002 (Antiviral Therapy 7[Suppl 1]:571, 2002).

424. Smith DM, Ignacio CC, Strain MC, Havlir DV, Lam R, Macaranas T, Richman DD, Wong JK. Disproportionate retention of wild-type HIV-1 in cellular reservoirs of HIV reflects the inherent stability of archival sequences. XI International HIV Drug Resistance Workshop: Basic Principles and Clinical Implications. Seville, Spain, July 2-5, 2002 (Antiviral Therapy 7[Suppl 1]:S83, 2002).

425. Haubrich R, Wrin T, Hellmann N, McCutchan JA, Keiser P, Kemper C, Witt M, Leedom J, Forthal D, Richman D, the CCTG. Replication capacity as a predictor of immunological and virologial benefit despite virological failure of an antiretroviral regimen. XI International HIV Drug Resistance Workshop: Basic Principles and Clinical Implications. Seville, Spain, July 2-5, 2002 (Antiviral Therapy 7[Suppl 1]:S133, 2002).

426. Leigh Brown AJ, Frost SD, Daar E, Perrin L, Richman DD, Little SJ. An individual-based epidemiological model for the transmission of drug resistant HIV. XI International HIV Drug Resistance Workshop: Basic Principles and Clinical Implications. Seville, Spain, July 2-5, 2002 (Antiviral Therapy 7[Suppl 1]:S187, 2002).

427. Little SJ, Holte S, Routy JP, Connick E, Daar ES, Conway B, Wang L, Markowitz M, Collier AC, Dawson K, Hellmann NS, Richman DD. Longitudinal analysis of transmitted drug resistance among recently HIV-infected subjects in North America. XI International HIV Drug Resistance Workshop: Basic Principles and Clinical Implications. Seville, Spain, July 2-5, 2002 (Antiviral Therapy 7[Suppl 1]:S188, 2002).

428. Richman DD, Wrin T, Little S, Petropoulos C. Rapid evolution of the neutralizing antibody response following primary HIV infection. XIV International AIDS Conference. Barcelona, Spain, July 7-12, 2002.

429. Haurich R, Hellmann N, Keiser P, Kemper C, Witt M, Forthal D, Leedom J, Leibowitz M, Richman D, McCutchan JA, CCT Group. The clinical relevance of non-nucleoside reverse transcriptase inhibitor (NNRTI) hypersusceptibility: a prospective cohort analysis. XIV International AIDS Conference. Barcelona, Spain, July 7-12, 2002.

430. Richman D, Wrin T, Little S, Petropoulos C. Rapid evolution of the neutralizing antibody response to human immunodeficiency virus type 1 infection and viral escape. XIIIth Cent Gardes Symposium on HIV and AIDS Vaccines. Annecy, France, October 27-29, 2002.

431. Leigh Brown A, Frost S, Daar E, Hellmann N, Mathews C, Richman D, Little S. Modeling the response to potent antiretroviral therapy in San Diego: rates of suppression and transmission of drug resistant HIV. Sixth International Congress on Drug Therapy in HIV Infection. Glasgow, UK, Nov 17-21, 2002.

432. Wong JK, Letendre S, Macaranas T, Ignacio C, Strain M, Frost SDW, Pillai S, Good B, Furtado M, Wolinsky SM, Grant I, McCutchan JA, Ellis R. Effect of antiretroviral treatment on composition of viral populations in CSF. National Institutes of Mental Health Conference: Viral and Host Genetic Factors Regulating HIV/CNS Disease. Washington, DC, Nov 20-22, 2002.

433.  Richman DD. Drug resistance: progression and transmission. HIV DART: Frontiers in Drug Development for Antiretroviral Therapies. Naples, Florida, Dec 15-19, 2002.

434.  Schooley R, Sension M, Taege A, Haubrich R, Becker S, Richman D, Thompson M, Yau L, Hessenthaler S, Hernandez J, Pappa K. Efficacy and safety of amprenavir (APV) and ritonavir (RTV) regimens in HIV-1 infected treatment -experienced adults: 48-week data. HIV DART: Frontiers in Drug Development for Antiretroviral Therapies. Naples, Florida, Dec 15-19, 2002.

435.  Schooley R, Haubrich R, Thompson M, Margolis D, Schneider S, Richman D, Pappa K, Yau L, Hessenthaler S, Hernandez J. Effect of amprenavir hyper-susceptibility on the response to apv/ritonavir-based therapy in ART-experienced adults selected by baseline susceptibility (ESS40006): 24-week Data. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

436.  Little SJ, Frost SDW, Routy JP, Collier AC, Margolick JB, Daar ES, Koup RA, Conway B, Wang L, Wrin T, Petropoulos CJ, Hellmann NS, Richman DD, Holte S. High replication capacity is associated with high baseline viral load in untreated subjects with primary HIV infection. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

437.  Strain MC, Levine H, Sheeter D, Ignacio CC, Havlir DV, Richman DD, Wong J K. Physical determinants of HIV infectivity in vitro: Brownian motion underlies target cell limitation. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

438.  Smith DM, Kingery JD, Ignacio CC, Wong JK, Richman DD, Little SJ. The prostate as a reservoir for HIV-1. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

439.  Koelsch KK, Kawano Y, Wong JK, Richman DD, Spina CA. An in vitro model for the study of latent/persistent HIV-1 infection in primary CD4 cells: quantitation of integrated viral DNA using real-time PCR. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

440.  Frost SDW, Holte S, Wang L, Daar ES, Richman DD, Little SJ. Defining the 'viral setpoint' in HIV-1 infection. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

441.  Leigh Brown AJ, Frost SDW, Good B, Daar ES, Simon V, Markowitz M, Collier AC, Connick E, Conway B, Margolick JB, Routy JP, Corbeil J, Hellmann N, Richman DD, Little SJ. Genotypic basis of variation in protease susceptibility in primary HIV infection analyzed with machine learning. The 10th Conference on Retroviruses and Opportunistic Infections. Boston, MA, Feb 10-14, 2003.

442.  Richman D, Wrin T, Little S, Petropoulos C. The evolution and neutralization escape of HIV. Keystone Symposia. Banff, Alberta, Canada, Mar 28-Apr 4, 2003.

443.  Lifson JD, Rossio JL, Piatak Jr M, Schneider D, Hoffman AN, Coalter V, Poore B, Kiser R, Bess Jr J, Chertova E, Sly DL, Briglio L, Bischofberger N, Szczech G, Ghrayeb J, Schmitz , Reimann K, VanNest G, Raz E, Richman D, McClure H, Sodora D, Hirsch VM, Gauduin M-C, Johnson RP, Desrosiers RC, Watkins D, Arthur L. Control of pathogenic SIV infection: different routes to the same goal. Keystone Symposia. Banff, Alberta, Canada, Mar 28-Apr 4, 2003.

444. Appay V, Papagno L, Spina C, Little S, Marchant A, Dunbar R, McMichael A, Richman D, Rowland-Jones S. Activation and differentiation of HIV non-specific CD8+ T cells during HIV-1 infection. Keystone Symposia. Banff, Alberta, Canada, Mar 28-Apr 4, 2003.

445. Frost SDW, Wrin T, Little SJ, Petropoulos CJ, Richman DD. Quantifying escape from neutralizing antibody responses. HIV Dynamics & Evolution 10th International Workshop. Lake Arrowhead, CA April 13-16, 2003.

446. Frost SDW, Holte S, Wang L, Daar ES, Richman DD, Little SJ. Defining the 'viral setpoint' in HIV-1 infection. HIV Dynamics & Evolution 10th International Worksh02op. Lake Arrowhead, CA April 13-16, 2003.

447. Wong JK, Letendre S, Strain MC, Pillai S, Russell TM, Ignacio CC, Gunthard HF, Richman DD, Grant I, McCutchan JA, Ellis R. Effects of failing antiretroviral therapy on the composition of HIV-1 in CSF and blood. XII International HIV Drug Resistant Workshop. Los Cabos, Mexico, June 10-14, 2003.

448. Frost SDW, Kosakovsky Pond SL, Grossman Z, Daar E, Condra J, Richman DD, Little SJ, Leigh Brown AJ. Effects of amino acid and synonymous polymorphisms in HIV-1 protease on viral fitness. XII International HIV Drug Resistant Workshop. Los Cabos, Mexico, June 10-14, 2003.

449. Smith DM, Koelsch KK, Wong JK, Hightower GK, Ignacio CI, Richman DD, Little SJ. Male genital tract compartmentalization and transmission of 215L revertant. XII International HIV Drug Resistant Workshop. Los Cabos, Mexico, June 10-14, 2003.

450. Little SJ, Dawson K, Hellmann NS, Richman DD, Frost SDW. Persistence of transmitted drug-resistant virus among subjects with primary HIV infection deferring antiretroviral therapy. XII International HIV Drug Resistant Workshop. Los Cabos, Mexico, June 10-14, 2003.

451. Miller L, McCutchan JA, Keiser P, Kemper C, Witt M, Leedom J, Forthal D, Hellmann N, Richman D, Seefried E, Rigby A, Haubrich R, the California Collaborative Treatment Group (CCTG). Accumulation of antiretroviral resistance in treatment-experienced patients: the impact of medication adherence. XII International HIV Drug Resistant Workshop. Los Cabos, Mexico, June 10-14, 2003.

452. Paxinos EE, Wrin T, Galovich J, Beauchaine J, Little S, Richman DD, Petropoulos CJ. HIV-1 envelope gene evolution is driven by strong neutralizing antibody selection. 2nd IAS Conference on HIV Pathogenesis and Treatment. Paris, France, July 13-16, 2003 (Antiviral Therapy 8[Suppl 1], S191.

453. Miller L, McCutchan JA, Keiser P, Kemper C, Witt M, Leedom J, Forthal D, Hellmann N, Richman D, Seefried E, Rigby A, Haubrich R, the California Collaborative Treatment Group (CCTG). Accumulation of antiretroviral resistance in the treatment-experienced patients: the impact of medication adherence. 2nd IAS Conference on HIV Pathogenesis and Treatment. Paris, France, July 13-16, 2003 (Antiviral Therapy 8[Suppl 1], S418.

454. Lifson J, Rossio J, Piatak M Jr, Bess J Jr, Yuan F, Raz E, Richman D, Van Nest G, Bischofberger N, Pope M, Henderson L, Arthur L. Therapeutic vaccination of SIVmac239-infected rhesus macaques using inactivated SIV virions with functionally intact envelope glycoproteins. AIDS Vaccine 2003. New York, NY September 18-21, 2003.

455. Lifson J, Rossio J, Piatak M Jr, Bess J Jr, Yuan F, Schneider D, Cline A, Coalter V, Poore B, Raz E, Richman D, Van Nest G, Bischofberger N, Hoxie J, Pope M, Henderson L, Arthur L. Therapeutic

immunization of rhesus macaques chronically infected with SIV MAC239, using chemically inactivated SIV virions with functionally intact envelope glycoproteins. 21st Annual Symposium on Nonhuman Primate Models for AIDS. Seattle, WA, October 22-25, 2003.

456. Smith D, Wong J, Hightower G, Koelsch K, Ignacio C, Daar E, Richman D, Little S. Incidence of HIV superinfection following primary infection. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

457. Frost SDW, Wrin T, Paxinos E, Chappey C, Galovich J, Beauchaine J, Petropoulos CJ, Little SJ, Richman DD. Autologous neutralizing antibody responses drive the evolution of HIV-1 *env* in recently infected patients. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

458. Little SJ, Koelsch KK, Ignacio CC, Wong JK, Lie Y, Frost SDW, Richman DD. Persistence of transmitted drug-resistant virus among subjects with primary HIV infection deferring antiretroviral therapy. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

459. Yu Q, Konig R, Pillai S, Kearney M, Palmer S, Richman D, Coffin J, Landau NR. Characteristics of mutations generated by APOBEC3G on HIV-1 DNA. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

460. Gaicoechea M, Miller C, Spina C, Currier J, Kemper C, Witt M, Leedom J, Forthal D, Keiser P, McCutchan A, Richman D, Haubrich R, California Collaborative Treatment Group (CCTG). Quantitative CD38 expression on CD8 T cells as a predictor of CD4 T-Cell maintenance among patients failing salvage antiretroviral therapy. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

461. Stone GW, Kee K, Barzee S, Snarsky V, Richman D, Yu X-F, Kornbluth R. Multimeric soluble CD40 ligand as a potent DNA vaccine adjuvant. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

462. Lifson J, Piatak M Jr, Bess J Jr, Yuan F, Schneider D, Cline A, Coalter V, Poore B, Raz E, Richman D, Van Nest G, Bischofberger N, Hoxie J, Pope M, Arthur L. Therapeutic immunization of SIV$_{mac239}$-infected rhesus macaques, using inactivated SIV virions with intact functional envelope glycoproteins. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

463. Pillai S, Good B, Wong J, Strain M, Richman D, Smith D. Semen-specific genetic characteristics of HIV-1 *env*. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

464. Little SJ, Liu Y, Wrin T, Frost SDW, Chappey C, Smith DM, Petropoulos CJ, Richman DD. *env* sequences and neutralization of HIV from transmission partners of primary HIV infection. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

465. Ritola K, Pilcher C, Little S, Fiscus S, Hicks C, Eron J, Richman D, Swanstrom R. HIV-1 V1/V2 and V3 *env* diversity during primary infection suggests a role for multiply infected cells in transmission. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

466.    Daar ES, Yang OO, Jamieson BD, Smith DM, Pitt JA, Petropoulos CJ, Richman DD, Little SJ, Leigh Brown AJ. Initial immune control of HIV-1 followed by superinfection and failure: significance of CTL specificity. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

467.    Smith D, Hightower G, Kosakovsky Pond S, Ignacio C, Richman D, Daar E, Little S, Frost S. Increasing viral diversity following primary HIV-1 infection reflects positive selection but does not correlate to changes in CD4 counts or viral loads. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

468.    Havlir DV, Bassett R, Li XD, Pollard R, Richman D, Collier A, Tebas P, Hirsch M, Strain M, Ignacio CC, Wong JK. Revisiting maintenance therapy: evaluating HIV DNA and HIV RNA as predictors of virologic success. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

469.    Kosakovsky Pond SL, Richman DD, McCutchan JA, Leigh Brown AJ, Frost SDW. Natural polymorphisms in HIV-1 protease, reverse transcriptase, and integrase are maintained by selection. 11th Conference on Retroviruses and Opportunistic Infections. San Francisco, CA, February 8-11, 2004.

470.    Wang C, Menendez A, Zwick MB, Parren PWH, Pantophlet R, VanCott TC, Kingsley L, Little SJ, Rinaldo C, Burton DR, Richman DD, Scott JK. Evolution of the antibody response against envelope proteins during HIV-1 infection. Keystone symposia on ...?

471.    Frost SDW, Wrin T, Kosakovsky Pond SL, Paxions E, Chappey C, Galovich J, Beauchaine J, Petropoulos CJ, Haubrich R, Little SJ, Richman DD. Evolution of resistance to neutralizing antibodies. 11th International Workshop on HIV Dynamics and Evolution. Stockholm, Sweden, April 29 - May 2, 2004.

472.    Pillai S, Good B, Strain M, Ignacio C, Russell T, Grant I, Ellis R, Letendre S, McCutchan JA, Richman D, Wong JK. CSF-specific genetic characteristics of HIV-1 env. 11th International Workshop on HIV Dynamics and Evolution. Stockholm, Sweden, April 29 - May 2, 2004.

473.    Koelsch K, Camposs-Soto P, Little S, Ignacio C, Richman D. Spina C, Wong J. Rapid decay of linear unintegrated HIV-1 DNA in vitro and in vivo following suppression of virus replication. 11th International Workshop on HIV Dynamics and Evolution. Stockholm, Sweden, April 29 - May 2, 2004.

474.    Little SJ, Grant RM Daar ES, Markowitz M, Hecht FM, Johnson V, Allen T, Frenkel LM, Benson C, Routy JP, Conway B, Sun X, Richman DD, Frost SDW. Transmitted NNRTI drug resistance is associated with higher steady-state viral load measures in untreated subjects with primary HIV infection. XIII International HIV Drug Resistance Workshop: Basic Principles & Clinical Implications. Tenerife, Canary Islands, Spain, June 8-12, 2004.

475.    Koelsch K, Campos-Soto P, Little S, Ignacio C, Havlir D, Young K, Shafer R, Robbins G, D'Aquila R, haubrich R, Richman D, Spina C, Wong J. Dynamics of linear unintegrated and integrated HIV-1 DNA in vitro and in vivo. XV International AIDS Conference. Bangkok, Thailand, July 11-16, 2004.

476.    Smith DM, Wong JK Hightower G, Koelsch KK, Ignacio C, Daar E, Richman DD, Little SJ. Clinical consequences of HIV superinfection.  XV International AIDS Conference. Bangkok, Thailand, July 11-16, 2004.

477.   Richman DD. Prevention of viral drug resistance. HIV DART 2004: Frontiers in Drug Development for Antiretroviral Therapies. Montego Bay, Jamaica, December 12-16, 2004.

478.   Little S, Drusano G, Schooley R, Haas D, Kumar P, Hammer S, McMahon D, Squires K, Asfour R, Richman D, Chen J, Saah A, Leavitt R, Hazuda D, Nguyen BY, Protocol 004 Study Team. Antiretroviral effect of L-000870810, a novel HIV-1 integrase inhibitor, in HIV-1-infected patients. 12th Conference on Retroviruses and Opportunistic Infections. Boston, MA, February 22-25, 2005.

479.   Frost S, Cheng S, Drumright L, Leigh Brown A, Richman D, Little S, Gorbach P. Bath-houses, bars, and bridges: patterns of sexual partner recruitment in a cohort of MSM with recent HIV infection. 12th Conference on Retroviruses and Opportunistic Infections. Boston, MA, February 22-25, 2005.

480.   Pillai S, Kosakovsky-Pond S, Woelk C, Richman D, Smith D. "Codon volatility" does not reliably measure selective pressure on HIV genes. .12th Conference on Retroviruses and Opportunistic Infections. Boston, MA, February 22-25, 2005

481.   Huang W, Fransen S, Toma J, Wring T, Little S, Richman D, Deeks S, Whitcomb J, Petropoulos C. R5 and X4 tropic HIV-1 envelope-mediated membrane fusion is associated with disease stage. 12th Conference on Retroviruses and Opportunistic Infections. Boston, MA, February 22-25, 2005.

482.   Kosakovsky Pond S, Frost S, Richman D, Leigh Brown A. Footprints in snow? Analyzing host vs population selection in HIV sequences. 12th Conference on Retroviruses and Opportunistic Infections. Boston, MA, February 22-25, 2005.

483.   Schrier R, Spina C, Richman D, Little S. T-Cell responses to HIV and opportunistic pathogens in early HIV infection. Keystone Symposium on HV Pathogenesis. Banff, Canada, April 9-15, 2005.

484.   Richman DD. HIV pathogenesis: Twenty years of successes and failures. Keystone Symposium on HV Vaccines. Banff, Canada, April 9-15, 2005.

485.   Gakhal AK, Schuitemaker H, Zwick MB, Richman D, Burton DR. In search of broadly neutralizing antibodies: Isolation and characterization of anti-HIV antibodies from an HIV-1 infected donor with broadly neutralizing serum. Keystone Symposium on HV Vaccines. Banff, Canada, April 9-15, 2005.

486.   Law M, Selvarajah S, Richman D, Burton D. Understanding the antibody responses of HIV-1 infected patients and monomeric gp120-immunized humans for the rational design of HIV-1 vaccines. Keystone Symposium on HV Vaccines. Banff, Canada, April 9-15, 2005.

487.   Richman DD. Bridging the sciences of vaccine and drug development. HIV Vaccine Research and Drug Development, Atlanta Georgia, May 19-20, 2005 (Global Antiviral Journal 1[Suppl 1]:39, 2005).

488.   Smith DM, Wong JK, Mai HT, Moreno JM, Russell TM, Ignacio CC, Frost SDW, Richman D, Little SJ. Slow reversion of HIV transmitted drug resistance to non-nucleoside reverse transcriptase inhibitors in semen. XIV International Drug Resistance Workshop: Basic Principles & Clinical Implications. Quebec, Canada, June 7-11, 2005 (Antiviral Therapy 10[Suppl 1]:S128).

489.   Lewis F, Frost SDW, Pillay D, Mathews WC, Richman DD, Little SJ, Leigh Brown AJ. Transmitted HIV drug resistance: effect of treatment intensification in limiting the epidemic. XIV International Drug Resistance Workshop: Basic Principles & Clinical Implications. Quebec, Canada, June 7-11, 2005

(Antiviral Therapy 10[Suppl 1]:S129).

490.   Lehrman G, Hogue IB, Palmer S, Jennings C, Spina CA, Wiegand A, Landay AL Coombs RW, Richman DD, Melllors JW, Coffin JM, Bosch RJ, Margolis DM. Rapid depletion of latent HIV infection *in vivo*. XIV International Drug Resistance Workshop: Basic Principles & Clinical Implications. Quebec, Canada, June 7-11, 2005 (Antiviral Therapy 10[Suppl 1]:S163).

491.   Frost SDW, Kosakovsky Pond SL, Smith DM, Richman DD, Leigh Brown AJ. Using mixtures of amino acids to detect individual- and population-level selection of HIV-1 protease. XIV International Drug Resistance Workshop: Basic Principles & Clinical Implications. Quebec, Canada, June 7-11, 2005 (Antiviral Therapy 10[Suppl 1]:S173).

492.   Bates M, Parkin N, Richman D, Little S, Ross L, Chappey C. *Gag* mutations identified in wild-type HIV-1 that impact viral replication capacity (RC) may represent cytotoxic T-lymphocyte (CTL) escape mutations. XIV International Drug Resistance Workshop: Basic Principles & Clinical Implications. Quebec, Canada, June 7-11, 2005 (Antiviral Therapy 10[Suppl 1]:S180).

493.   Richman DD. The impact of chemotherapy on AIDS. The XIII International Congress of Virology. San Francisco, CA, July 23-28, 2005.

494.   Richman D. Contending with HBV Resistance: Lessons Learned from HIV Resistance and its Management. Clinical Strategies for Preventing and Managing Resistance to Anti-HBV Agents. Proceedings of a Summit; Paris, France, October 2005.

495.   Donners H, Amandeep K.G., Pantophlet R, Welkin J, Decker J, Shaw GM, Fang-Hua L, Doms RW, Richman DD, Vanham G, Burton DR. Dissecting the neutralizing antibody specificities of broadly neutralizing sera from HIV-1 infected donors., The Scripps Research Institute, La Jolla, CA, 2006.

496.   Richman DD. Drug Resistance, Vaccine Development and Beyond. Bridging the Sciences, HIV, HBV, HCV and Emerging Viruses., Le Palais des Congres de Paris, France. May 31-June 2, 2006.

497.   Richman DD. Escape Evolution: HIV Drug Resistance and Immune Evasion. The Australian Health & Medical Research Congress, Melbourne, Australia November 26-December 1, 2006.

498.   Little S, Frost S, Smith D, May S, Parkin N, Richman D. Transmission of HIV Drug Resistance and Treatment Response, CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

499.   Liu, Y, Wrin t, Parkin N, Petropoulos C, Frost S, Little, Richman D, Huang W. HIV-1 Envelopes from Acute and Chronic Infection Differ in Their Levels of Fusogenicity and Sensitivity to Inhibition with sCD4. CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

500.   Kosakovsky Pond S, Posada D, Richman D, Frost S. Reliable Subtyping and Fine-grained Mosaic Mapping Reveal the Central Role of Recombination in the Evolution of HIV, CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

501.   Zárate S, Little S, Wrin T, Liu Y, Chappey C, Petropoulous C, Richman D, Frost S. Correlating Similarity in Heterologous Neutralization with Genetic Similarity in HIV Envelopes Isolated from Recently HIV-infected Men Who Have Sex with Men, CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

502.    Richman D, Dousson C, Storer R, Moussa A, Randall J. IDX12899 and IDX12989, Novel NNRTI with Potent Anti-Pharmacokinetic Profile, CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

503.    Weiman S, Terry V, Espeseth A, Hazuda D, Richman D, Spina C. Small Molecule Inhibitors of Histone Deacetylases as a Means to Induce HIV Expression from Latently Infected Infected CD4 T Cells. CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

504.    Drumright L, Little S, Richman D, Frost S. Age Discordance and Druge Resistance Predict Clustering of HIV Among Recently Infected MSM in San Diego, California. CROI 2007, Los Angeles Convention Center, Los Angeles, CA February 25-28, 2007.

505.    Richman DD, Smith DM, Little SJ. HIV Transmission. Keystone Symposia on Molecular and Celluar Biology, Whistler Resort, Whistler, British Columbia, CANADA, March 25-30, 2007.

506.    Yang Yiu YL, Stawiski E, Frost S, Little S, Richman D, Petropoulos C, Winn T. Neutralization and Envelope Sequence Characteristics of a Subtype B HIV-1 Sexual Transmission Cluster: One Souce and Four Receipients. Keystone Symposia on Molecular and Celluar Biology, Whistler Resort, Whistler, British Columbia, CANADA, March 25-30, 2007.

507.    Scott KJ, Gupta R, Singh H, Wu, SST, Wang X, Chruscinski A, Montero M, Kunert R, Katinger H, Richman DD, Utz PJ. Reactivity Proviles of HIV-1-Neutralizing MAbs, 2F% and 4E10, and the Anti-Cardiolipin MAb, CL15. Keystone Symposia on Molecular and Celluar Biology, Whistler Resort, Whistler, British Columbia, CANADA, March 25-30, 2007.

508.    Binley JM, Wrin T, Pantophlet R, Phung P, Crooks E, Lapedes A, Korber T, Chappey C, Moore PL, Cavacini L, Stiegler G, Kunert R, Katinger H, Petropopoulos, Richman D, Morris L, Sutthent R, Burton DR. Cross-clade neutralization analysis of plasmas from clade B, C, and CRF01_AE HIV-Infected donors. Keystone Symposia on Molecular and Celluar Biology, Whistler Resort, Whistler, British Columbia, CANADA, March 25-30, 2007.

509.    Meditz A, MaWhinney S, Feser W, Markowitz M, Little S, Hecht R, Daar E, Collier C, Margolick J, Kilby M. Routy J, Conway B, Kaldor J, Levy J, Schooley R, Cooper D, Walker B, Richman D, Connick E. Clinical features of primary HIV-1 Infection in Women. 4th IAS Conference on HIV Pathogenesis Treatment and Prevention incorporating the 19th ASHM Conference, Sydney, Australia, July 22-25, 2007.

510.    Binley J, Jiang P, Richman D, Shrestha D, Moore P, Robinson J, Crooks E. Mapping the Specificity of Neutralizing HIV Immune Sera. Clinical features of primary HIV-1 Infection in Women. 4th IAS Conference on HIV Pathogenesis Treatment and Prevention incorporating the 19th ASHM Conference, Sydney, Australia, July 22-25, 2007.

511.    Smith DM, Pacold M, Woelk C, Drumright LM, May S, Butler DM, Kosakovsky-Pond S, Pesano R, Lie Y, Richman D, Frost S, Little S. Epidemiology of HIV Transmission: A Puble Health Model for the Molecular Surveillance of HIV Transmission, 2nd International Workshop of HIV Transmission, Washington DC, August 26-28, 2007.

512.    Richman D. Contending with Evolution and Escape by HIV. CROI 2008 15th Conference on

Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

513.   Pond Kosakovsky S, Woelk C, Poon A, Pillai S, Richman D, Frost S. Meta-evolutionary Analysis of Selection on HIV and Other Viruses: Functional and Subtype Correlates. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

514.   Zarate S, Richman D, Overbaught J, Frost S. Models of Neutralization and Sequence Viration in HIV-1. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

515.   Hightower G, Letendre S, Cherner M, Gibson S, Ellis R, Ignancio C, Heaton R, Grant I, Richman, Smith D and San Diego HIV Neurobehavioral Res Ctr (HNRC) Group. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Centerr, Boston, MA, February 3-6, 2008.

516.   Golinsky M, Richman D, Frost S. Modeling HIV-1 Escape from Neutralizing Antibodies: Effect of Original Antigenic Sin and Viral Fitness. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

517.   Pacold M, Frost S, Poon A, Smith D, Richman D Pond-Kosakovsky S. The Depth of CTL Epitope Coverage Correlates with Strength of Selection in Gag p17 for Subtype B but Not Subtype C. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

518.   Markowitz M, Vaida F, Little S, Hare C, Balfour H, Ferguson E, Schafer K, Richman Dand the AIN 501 and ACTG 5216 Study Team. An Open-label Randomized Trial to Determine the Virologic and Immunologic Effects of 4-Weeks of Cyclosporine A Given in Combination with ART during Acute and Early Infection. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

519.   Butler D, Smith D, Cachay E, Hightower G, Nugent T, Richman D, Little S. Correlates of HIV Transmission among MSM. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

520.   Richman D, Jakubik J, Chapron C, Hubbard L, Gray L, Seifer M, Standring D. Genotypic Resistance and Phenotypic Cross-resistance Profile *in vitro* for a Novel NNRTI: IDX899. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Center, Boston, MA, February 3-6, 2008.

521.   Wie SH, Rought S, Du P, Richman D, Woelk C. Type I Interferons Vary in Their Ability to Inhibit HIV Replication in Primary Macrophages. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Centerr, Boston, MA, February 3-6, 2008.

522.   Poon A, Richman D, Frost S. Tracing Pathways of Resistance to Reverse Transcriptase Inhibitors from Sequencing Mixtures in HIV-1. CROI 2008 15th Conference on Retroviruses and Opportunistic Infections, Hynes Convention Centerr, Boston, MA, February 3-6, 2008.

523.   Golinski M, Richman D, Frost S. Modeling HIV-1 Escape from Neutralizing Antibodies in Individuals

Infected From a Common Source: Effect of Original Antigenic Sin and Variable Mutational Pathways on Viral Fitness. 15th International Workshop: HIV Dynamics & Evolution, Hotel Santa Fe, Santa Fe, NM, April 27-30, 2008.

524.   Kosakovsky Pond S, Scheffler K, Poon A, Gravenor M, Woelk C, Zarate S, Nickle D, Pillai S, Leigh Brown A, Richman D, Frost S. Evolutionary Fingerprinting of Viral Genes, 15th International Workshop: HIV Dynamics & Evolution, Hotel Santa Fe, Santa Fe, NM, April 27-30, 2008.

525.   Richman DD. State of the Art: How HIV Acquires Resistance, American Association for the Study of Liver Diseases, Hepatitis Single Topic Conference: Viral Hepatitis Therapy: Lessons To Be Learned from HIV. Westin Chicago River North Hotel, Chicago, Illinois, July 24-26, 2008.

526.   Pacold M, Little S, Daar E, Ignacio C, Jordan P, Richman D, Smith D. Standard screening methods underestimate the prevalence of HIV dual infection. XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

527.   Pacold M, Ignacio C, Jordan P, Richman D, Smith D. Using synonymous mixtures in population-based sequences as a method to screen for dual HIV infection. XVII International AIDS Conference, Mexico City, Mexico, August 3-8, 2008.

528.   Goicoechea M, Jain S, Kemper C, Daar E, tilles J, Ha B, Flaherty J, Richman D, Louie S, Haubrich R. California Collabortive Treatment Group, Viral Dynamics and Pharmacokinetics in vivo of Tenofovir Disoproxil Fumarate and Abacavir: Evidence of a Non-additive Antirval Effect. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

529.   Pacold M, Little S, Daar E, Ignacio C, Rostami S, Jordan P, Richman D, Smith D. Prevalence and Incidence of HIV Intraclade Co- and Super-infection. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

530.   Yukl S, Pillai S, Pasutti W, Havlir D, Günthard H, Richman D, Daar E, Little S, Wong J. Latenctly Infected CD4+ T Cells Are enriched for HIV-1 Tat Virants with Impaired Transactivation Activity. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

531.   Butler D, Lakdawala M, Richman D, Little S, Smith D. Cell-free Virus in Seminal Plasma is the Origin of Sexually Transmitted HIV among Men Who Have Sex with Men. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

532.   Smith D, May S, Perez J, Haubrich R, Richman D, Benson C, Little S. Pooled viral Load testing Increases the Efficiency of Screening for ART Failure. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

533.   Hightower G, Letendre S, Gibson S, Ellis R, Ignacio C, Heaton R, Grant I, Richman D, Smith D. Discordance in ARV Resistance Profiles between Blood and Cerebrospinal fluid is Associated with Current ARV Use. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

534.   Weerawat M, Butler D, Richman D, Mehta S, Pacold M, Perez J, Smith D. Protease Polymorphisms in HIV-1 CRF01_AE: Selection by Drug and Immune Pressure. 16th Conference on Retroviruses and Opportunistic Infections, Montreal Canada, Feburary 8-11, 2009.

535.   Manosuthi W, Butler DM, Chantratita W, Sukasem C, Richman DD, Smith DM. Mutations associated with etravirine resistance among patients infected with HIV-1 subtype CRF01_AE and failing first-line nevirapine- and efavirenz-based regimens. XVIII International HIV Drug Resistance Workshop, June 9-13, 2009, Fort Myers, FL.

536.   Liu L, May S, richman D, Pond Kosakovsky S, Frost S, Little S, Smith D. Comparison of resistance algorithms to determine prevalence of transmitted drug resistance. XVI International Drug Resistance Workshop, June 12-16, 2009, Hilton Barbados, Barbados.

537.   Little SJ, Parkin NT, Chappey C, Smith DM, Richman DD, Frost SDW. Differences in viral load and replication capacity in individuals harbouring virus with or without drug resistance. XVI International Drug Resistance Workshop, June 12-16, 2009, Hilton Barbados, Barbados.

538.   Hightower GK, Lentendre SL, Cachay ER, Cherner M, Givson S, Ellis R, Richman DD, Ignacio CC, Smith DM. Antiretroviral resistance and neuropsychological performance among HIV-infected individuals. XVI International Drug Resistance Workshop, June 12-16, 2009, Hilton Barbados, Barbados.

539.   Wie S-H, Rought S, Du P, Bethell-Beliakova N, Richman D, Woelk C. HIV Down-regulates the Trasncription of Interferon-stimulated Genes in Macrophages. 17th Conference on Retroviruses and Opportunistic Infections, Moscone Center West, San Francisco, California, Feburary 16-19, 2010.

540.   Young M, Richman D, Spina C. Establishment of Latency in Naïve and Central Memory T Cells in a Primary CD4 Cell Model. 17th Conference on Retroviruses and Opportunistic Infections. Moscone Center West, San Francisco, California, Feburary 16-19, 2010.

541.   Bethell-Beliakova N, Zhao Y, Du P, Rought S, Pérez-Santiago J, Goicoechea M, Richman D, Smith D, Little S, Woelk S. Gene Expression Can Predict the Extend of CD4[+] T Cell Recovery in HIV-infected Inviduals during Suppressive ART. 17th Conference on Retroviruses and Opportunistic Infections, Moscone Center West, San Francisco, California, Feburary 16-19, 2010.

542.   Pérez-Santiago J, Kosakovsky Pond S, Vaida F, Poddar S, Pacold M, Little S, Richman D, Smith D. Non-synonymous Mixtures Reveal fixation of Viral Population after 3 Years of Infection. 17th Conference on Retroviruses and Opportunistic Infections, Moscone Center West, San Francisco, California, Feburary 16-19, 2010.

543.   Pacold M, Kosakovsky Pond S, Little S, Ignacio C, Jordan P, Cheng P, Richman D, Smith D. Ultra-deep Sequencing Accurately Detects HIV Intraclade Dual Infection. 17th Conference on Retroviruses and Opportunistic Infections, Moscone Center West, San Francisco, California, Feburary 16-19, 2010.

544.   Young J, Smith D, Richman D, Little S, Kosakovsky Pond S. Phylogenetic Linkage and Correlate Analysis in HIV-1 Cohorts: A Complete Software Solution. 17th Conference on Retroviruses and Opportunistic Infections, Moscone Center West, San Francisco, California, Feburary 16-19, 2010.

545.   Richman D. Tackling HIV Latency, HIV DART 2010, (Global Antiviral Journal 6), 2010.

546.   Hightower G, Wong J, Letendre S, Umlauf A, Ellis R, Ignacio C, Heaton R, Grant I, Richman D, Smith D and CHARTER Group. Higher HIV-1 Genetic Diversity is Associated with AIDS and Neurophychological Impairment. 18th Conference on Retroviruses and Opportunistic Infections.

Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

547. Soto P, Spina C, Richman D, Varki I. Impact of Siglec-5 Expression on Activation- and HIV-1-induced Cell Death in Human and Chimpanzee CD4 T Cells. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

548. Pacold M, Kosakovsky Pond S, Wagner G, Delport W, Bourque D, Little S, Richman D, Smith D. Clinical and Virologic Consequences of HIV-1 superinfection and the Influcence of HLA. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

549. Walker L, Richman D, Kosakovsky Pond S. Epitope Detection and Antibody Titer Prediction Utilizing 3-D Protein Structure Data: A Kernel-based Approach. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

550. Hepler N, Richman D, Kovakovsky Pond S. Leveraging Structure, Mututal Informtion, and Support Vector Machines to Predict HIV-1 Antibody Epitopes. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

551. Choi JY, Kosakovsky Pond S, Vazquez H, Williams S, McCammon A, Richman D, Smith D. Molecular Features of the V1-V4 Coding Region of Secually Transmitted HIV-1 Envelope. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

552. Gianella S, Strain M, Vargas M, Little S, Richman D, Spina C, and Smith D. Levels of CMV and HIV-1 in Seminal Plasma Correlate Positively with the Numbers and Activation Status of Lymphocytes in Semen. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

553. Hightower G, May S, Mehta S, Perez-Santiago J, Yanez D, Little S, Richman D, Kosakovsky Pond S, Smith D. Velocity of HIV-1 *pol* Evolution following Primary Infection. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

554. Gianella S, Delport W, Pacold M, Young J, Choi JY, Little S, Richman D, Kosakovsky Pond S, Smith D. Detection of Minority Resistance during Early HIV-1 Infection: Natural Variation and Spurious Detection Rather than Transmission and Evolution of Multiple Viral Variants. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

555. Morris S, Smith D, Young J, Garfein R, Richman D, Little S. Declining Incident HIV among MSM Seeking HIV Testing in San Deigo. 18th Conference on Retroviruses and Opportunistic Infections. Hynes Convention Center, Boston, Massachusetts, February 27-March 2, 2011.

556. Walker L, Richman D, Kosakovsky Pond S. A Kernel Method for Analysis of 2-Dimensional Seuence Data – Application to Predicting Neutralizing Antibody Titers. 18th International Workshop on HIV Dynamics and Evolution. Galway, Ireland, May 1-4, 2011.

557.    Hepler N, Richman D, Burton D, Kosakovsky Pond S. Leveraging Mutual Information and Support Vector machines to Predict HIV-1 Antibody Epitopes. 18th International Workshop on HIV Dynamics and Evolution. Galway, Ireland, May 1-4, 2011.

558.    Little S, Osorio G, Liu L, Young J, May S, De Gruttola V, Hecht F, Markowitz M, Daar E, Routy J, Collier A, Margolick J, Connick E, Richman D. Prevalence and Treatment Implications of Transmitted Drug Resistance Among Subjects with Primary HIV Infection. Antiviral Therapy 16, Suppl 1: A76, 2011.

559.   Richman D, Margolis D, Delaney M, Greene W, Hazuda D, Pomerantz R. The Challenge of Finding a Cure for HIV Infection. Seventh Sino – US Symposium on Medicine in the 21st Century. Salk Institute, La Jolla, California, September 21-23, 2011.

560.    Chung Y, Little S, Bhattacharya T, Kim E – Y, Richman D, Malim M, Wolinsky S. Longitudinal Analysis of APOBEC3- mediated Changes in HIV *gag* and *vif* Sequences from Patients' Isolates. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

561.    Beliakova-Bethell N, Zhang J, Singhania A, Terry V, Spina C, Richman D, Woelk C. Off-Target Effects of Suberoylanilide Hydroxamic Acid in Resting CD4 T Cells. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

562.    Hepler N, Richman D, Burton D, Kosakovsky Pond S. HIV-1 Antibody Epitope Prediction for Real-Time Computational Surveillance of Antibody Resistance. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

563.    Choi J, Heaton R, Grant I, Marcotte T, Ellis R, Letendre S, Marra C, Clifford D, Richman D, Smith D. Genetic Features of CSF-derived Subtype B HIV-1 *tat*. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

564.    Mehta S, Kosakovsky Pond S, Yung J, Richman D, Little S, Smith D. Associations between Phylogenetic Clustering and HLA Profile Among HIV+ Individuals: San Diego, California. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

565.    Wertheim J, Fourment M, Richman D, Smith D, Kosakovsky Pond S. Inconsistencies in Estimating the Age of HIV-1 Subtypes due to Heterotachy. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

566.    Hepler N, Smith M, Delport W, Young J, Poon A, Gutierrez J, Flores R, Wyles D, Richman D, Kosakovsky Pond S. A Bioinformatics Pipeline for the Analysis and Interpretation of Ultra-deep Sequencing Data. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

567.    Perez-Santiago J, Weir C, Karris M, Jordan P, Young J, Mehta S, Richman D, Little S, Smith D. Higher CD4 Is Associated with Specific Gut Bacterial Flora during HIV Acute Infection. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

568.    Gianella S, Morris S, Anderson C, Vargas M, Richman D, Little S, Smith D. Frequency and Impact of Herpes Virus Shedding in the Genital Tract of HIV+ Men. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

569.  Wagner G, Gianella S, Pacold M, Pond S, Vigil E, Little S, Morris S, Richman D, Smith D. HIV-1 CXCR4 Co-receptor Tropism in Primary and Dual Infection Estimated with Ultra-deep Pyrosequencing. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

570.  Young J, Mote D, Martinez M, Mueller J, Weaver S, Smith D, Richman D, Little S, Kosakovsky Pond S. OCCAMS: An Open Source Clinical Content Analysis and Management System and Its Application to HIV Primary Infection Research. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

571.  Tilghman M, May S, Perez-Santiago J, Ignacio C, Little S, Richman D, Smith D. Combined Testing for ART and Drug Resistance in Resource-limited Settings. 19th Conference on Retroviruses and Opportunistic Infections. Seattle, WA, March 5-8, 2012.

572.  Wertheim J, Hepler N, Mehta S, Smith D, Richman D, Kosakovsky Pond S. Reconstruction of the Global HIV-1 Group M Transmission Network. 19th International HIV Dynamics and Evolution Conference. Asheville, NC, April 25-29, 2012.

573.  Strain M, Rought S, Lada S, Luong T, Terry V, Spina C, Andrade A, Kuritzkes D, Richman D. Initial Therapy with Raltegravir Selectively Reduces 2-LTR Circles but not Total HIV DNA. 19th International HIV Dynamics and Evolution Conference. Asheville, NC, April 25-29, 2012.

574.  Hepler N, Smith M, Delport W, Poon A, Scheffler K, Richman D, Kosakovsky Pond S. A Bioinformatics Pipeline for 454 Deep Sequencing and Applications. 19th International HIV Dynamics and Evolution Conference. Asheville, NC, April 25-29, 2012.

575.  Richman D, Strain M, Rought S, Lada S, Schrier R, Terry V, Spina C. Measuring the Latent Reservoir. Keystone Symposia on Molecular and Cellular Biology: Frontiers in HIV Pathogenesis, Therapy and Eradication. Whistler, BC, Canada, March 26-31, 2012.

576.  Soto P, Karris M, Spina C, Richman D, Varki A. A Cell-intrinsic Mechanism Involving Siglec-5 Contributes to Differential Outcomes of HIV-1 Infection in Human and Chimpanzee CD4+ T cells. Keystone Symposia on Molecular and Cellular Biology: Frontiers in HIV Pathogenesis, Therapy and Eradication. Whistler, BC, Canada, March 26-31, 2012.

577.  Yukl S, Chun T, Strain M, Siliciano J, Eisele E, Buckheit R, Ho Y, Wong J, Busch M, Huetter G, Richman D, Siliciano R, Deeks S. Challenges Inherent in Detecting HIV Persistence During Potentially Curative Interventions. Antiviral Therapy 2012; 17 Suppl 1:A47.

578.  Tilghman M, Osorio G, Perez-Santiago J, Little S, Richman D, Matthews W, Haubrich R, Smith D. Community HIV-1 Drug Resistance is Associated with Transmitted Drug Resistance. Antiviral Therapy 2012; 17 Suppl 1:A168.

579.  Richmam D. The Challenge of a Cure: Is Eradication Possible? HIV DART 2012: Frontiers in Drug Development for Antiretroviral Therapies. San Diego, CA, December 4-7, 2012.

580.  Karris M, Kao Y, Viada F, Spina C, Richman D, Little S, Smith D. Predictors of Virologic Supression in Persons Who Start ART During Primary HIV Infection. 20th Conference on Retroviruses and Opportunistic Infections. Atlanta, GA, March 3-6, 2013.

581.    Hatano H, Strain M, Scherzer R, Sinclair E, Palmer S, Busch M, Bacchetti P, Hsue P, Richman D, Deeks S. Increase in 2-LTR Circles after Raltegravir Intensification on HAART-supressed Patients with High CD4+T Cell Counts: A Randomized, Controlled Trial. 20th Conference on Retroviruses and Opportunistic Infections. Atlanta, GA, March 3-6, 2013.

582.    Persaud D, Gay H, Ziemniak C, Chen Y, Piatak M, Chun T, Strain M, Richman D, Luzuriaga. Functional HIV Cure After Very Early ART of an Infected Infant. 20th Conference on Retroviruses and Opportunistic Infections. Atlanta, GA, March 3-6, 2013.

583.    Nijhuis M, Kwon M, Kuball J, Ellerbroek P, Berenguer J, Stam A, Symons J, Richman D, Diez-Martin JL, Wensing A, European HIV Cure and Transplant Consortium. Early Viral Dynamics after Cord Blood Stem Cell Transplantation (with and without CCR5Δ32) Combined with HLA Mismatched Donor in 2 HIV+ Patients. 20th Conference on Retroviruses and Opportunistic Infections. Atlanta, GA, March 3-6, 2013.

584.    Kosakovsky Pond S, Hepler N, Richman D, Sok D, Burton D, Poignard P, Smith D. The evolution of Broadly Neutralizing Antibodies: What Can Deep Sequencing Tell Us? 20th International HIV Dynamics & Evolution. Utrecht University Medical Center Utrecht, The Netherlands, May 8-11, 2013.

585.    Hepler N, Paxinos E, Brown M, Chin J, Alexander D, Marks P, Guo Y, Richman D, Smith D, Kosakovsky Pond S. A Comprehensive, Accurate, Fast, Cross-Platform and User Friendly Pipeline for the Analysis of HIV-1 Next Generation Sequencing Data. 20th International HIV Dynamics & Evolution. Utrecht University Medical Center Utrecht, The Netherlands, May 8-11, 2013.

586.    Mehta S, Chaillon A, Lowenstein H, Little S, Wertheim J, Richman D, Pond S, Smith D. Spatial Distribution and Phylogeography of the HIV Transmission Network in San Diego, California. 20th International HIV Dynamics & Evolution. Utrecht University Medical Center Utrecht, The Netherlands, May 8-11, 2013.

587.    Massanella M, Gianella S, Richman D, Little S, Spina C, Vargas M, Lada S, Daar E, Dube M, Haubrich R, Morris S, Smith D and the CCTG 592 Team. Seminal Cytomegalovirus (CMV) Replication is Associated with Increased CD4+ T-Cells Immune Activation and Higher Levels of Proviral HIV DNA Reservoir in Effectively Treated HIV-1-Infected Men who Have Sex with Men (MSM). Sixth Annual International Workshop on HIV Persistence during Therapy. Miami, FL, December 3-6, 2013.

588.    Wensing A, Nijhuis M, Kwon M, Ellerbroek P, Miralles P, Stam A, Symons J, Richman D, Diez-Martin J, Kuball J. Small Peripheral Blood HIV-1 Reservoir after Allogeneic (Cord Blood) Stem Cell Transplantation. Sixth Annual International Workshop on HIV Persistence during Therapy. Miami, FL, December 3-6, 2013.

589.    Margolis D, Archin N, Kuruc J, Bateson R, Dahl N, Crooks A, Allard B, Kashuba A, Kearney M, Strain M, Richman D, Bosch R, Coffin J, Cohen M, Barnard R, Hazuda DJ, Eron J and the Collaboratory of AIDS Researchers for Eradication (CARE). Translational Challenges in Targeting Latent HIV Infection. Sixth Annual International Workshop on HIV Persistence during Therapy. Miami, FL, December 3-6, 2013.

590.    Procopio FA, Fromentin R, Kulpa D, McNulty A, Bebin-Blackwell AG, Ramgopal M, Strain MC, Siliciano RF, Richman DD, O'Doherty U, Palmer S, Siliciano JD, Hecht F, Deeks SG, Sékaly RP, Chomont N. A novel assay that precisely measures the size of the latent HIV reservoir reveals that ART-naïve

individuals harbour a large pool of latently infected CD4+ T cells. IAS Toward an HIV Cure Symposium. Melbourne, Australia, July 19th-20th, 2014.

591.    Richman DD, Massanella M, Yek C, Lada S, Spina C, Strain M. Measuring the latent reservoir. Mechanisms of HIV Persistence: Implications for a Cure. Boston, Massachusetts, USA, April 26th-May 1st, 2015.

592.    Lee S, Chomont N, Fromentin R, Siliciano R, Siliciano J, Richman D, O'Doherty U, Palmer S, Burbelo P. Anti-HIV antibody responses reflect the quantifiable HIV reservoir size. Mechanisms of HIV Persistence: Implications for a Cure. Boston, Massachusetts, USA, April 26th-May 1st, 2015.

593.    Woelk CH, White CH, Johnston H, Manousopoulou A, Spina CA, Richman DD, Garbis S, Beliakova-Bethell N. A systems biology characterization of the anti-cancer compound Vorinostat. 23rd Annual International Conference on Intelligent Systems for Molecular Biology & 14th European Conference on Computational Biology. Convention Center Dublin, Ireland.

594.    Papasavvas E, Kang G, Azzoni L, Aberra F, Tebas P, Mounzer K, Kostman JR, Richman D, Li Q, Montaner L. Reduced rectal HIV RNA after Peg-IFN-α2b added to ART together with ART interruption. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

595.    Bruner KM, Pollack R, Murray A, Soliman M, Laskey SB, Strain MF, Richman DD, Deeks SG, Siliciano J, Siliciano R. Rapid Accumulation of Defective Proviruses Complicates HIV-1 Reservoir Measurements. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

596.    Chaillon A, Smith DM, Little SJ, Caballero G, Richman DD, Wagner G. Intrahost Viral Competition and Archiving Dynamics in HIV-1 Superinfection. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

597.    Chaillon A, Gianella S, Little SJ, Anderson C, Caballero G, Barin F, Kosakovsky Pond S, Richman DD, Smith DM, Mehta SR. Characterizing the Multiplicity of HIV Founder Variants During Sexual Transmission. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

598.    Papasavvas E, Kang G, Azzoni L, Aberra F, Tebas P, Mounzer K, Kostman JR, Richman DD, Li Q, Montaner LJ. Reduced Rectal HIV RNA After Peg-IFN-a2b Added to ART Together with ART Interruption. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

599.    Lada S, Ignacio C, Richman DD, Strain MF. Measurement of Integrated HIV DNA by Pulse-Field Gel Electrophoresis and ddPCR. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

600.    Chaillon A, Mehta SR, Werthiem JO, Murrell B, Little SJ, Richman DD, Smith DM, Gianella S. No Evidence of Sexual Transmission of Minority HIV Drug Resistance Mutations in MSM. Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, February 2016.

601.    Massanella M, Yek C, Lada S, Shefa N, Strain MC, Richman DD. Improved Assays to Measure the

124

Inducible Latent HIV Reservoir. Keystone Symposia on Molecular and Cellular Biology. Olympic Valley, California. March 20-24, 2016.

602. Rosenbloom D, Bacchetti P, Stone M, Dimapasoc M, Deng X, Bosch R, Richman D, Siliciano J, Mellors J, Deeks S, Hoh R, Lanteri M, Keating S, Massanella M, Lai J, Sobolewski M, Busch M, Reservoir Assay Validation and Evaluation Network (RAVEN) Study Group. Assessing intra-lab precision and inter-lab repeatability of outgrowth assays of HIV-1 latent reservoir size. Strategies for an HIV Cure 2016. November 14, 2016.

603. Hermans LE, Moorhouse MA, Carmona S, Grobbee D, Hofstra LM, Richman DD, Tempelman H, Venter WD, Wensing A. Increased Risk of cART Failure After Low-Level Viremia Under WHO Guidelines. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 2017.

604. Wagner GA, Jordan PS, Kosakovsky Pond SL, Price MA, Hunter E, Allen S, Kilembe W, Richman DD, Chaillon A. HIV-1 Superinfection After Recent Infection is Uncommon in Sub-Saharan Africa. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 201.7

605 Wagner GA, Chaillon A, Caballero G, Franklin D, Kosakovsky Pond SL, Heaton RK, Richman DD, Smith DM. Frequent Intrasubtype HIV Dual Infection in Treated Chronically Infected Individuals. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 2017.

606 Lada S, VanBelzan J, Ignacio C, Strain M, O'Doherty U, Richman DD. Novel Assay to Measure Integrated HIV DNA in PBMC from ART-Suppressed Persons. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 2017.

607 Abewe H, Mukim A, Deshmukh S, Spina CA, Richman DD, Beliakova-Bethell N. Role of High-Mobility Group A1 (HMGA1) Gene Expression in Reactivation of Latent HIV. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 2017.

608 Cummins N, Rizza S, Baker J, Chomont N, Chun TW, Lichterfeld M, Richman DD, Schacker T, Yao JD, Badley A. Two Hundred Eighty-Eight-Day Drug-Free Remission From HIV Rebound by Allogeneic PBSCT. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 2017.

609 Azzoni L, Papasavvas E, Chomont N, Li Q, Howell BJ, Richman DD, Tebas P, Mounzer K, Kostman J, Montaner L. Pegylated IFN-Alpha-2B Decreases Latent HIV Measures in ART-Suppressed Subjects. Conference of Retroviruses and Opportunistic Infections. Seattle, Washington 2017.

610 White CH, Beliakova-Bethell N, Lada S, Breen M, Magiorkinis G, Richman DD, Frater J, Holloway J, Woelk CH. Dysregulation of Human Endogenous Retroviruses in Primary CD4 T Cells Following Vorinostat Treatment. 25th Conference on Intelligent Systems for Molecular Biology and the 16th European Conference on Computational Biology. Prague Congress Center, Prague, Czech Republic 2017.

611 Imamichi H, Smith M, Pau A, Rehm CA, Catalfamo M, Lane HC. Evidence of Production of HIV-1 Proteins From "Defective" HIV-1 Proviruses in Vivio: Implication for Persistent Immune Activation and HIV-1 Pathogenesis. 9th IAS Conference on HIV Science (IAS 2017). Paris, France 2017.

612 Stone M, Rosenbloom D, Bacchetti P, Deng X, Busch M, Dimapasoc M, Keating S, Richman D, Mellors J, Deeks S, Siliciano J, Chomont N, Ptak R, RAVEN Study Group. Next Generation Viral Outgrowth Assays As Proxies for Classic QVOA to Measure HIV-1 Reservoir Size. Eighth International

Workshop on HIV Persistence during Therapy. Miami, Florida 2017.

613 Fromentin R, Massanella M, Vandergeeten C, Barton K, Hiener B, Chiu WW, Looney D, Ramgopal M, Richman DD, Trautmann L, Palmer S, Chomont N. In Vivo Massive Expansion of a T-Cell Clone Carrying a Defective HIV Genome: Implication for the Measurement of the HIV Reservoir. Eighth International Workshop on HIV Persistence during Therapy. Miami, Florida 2017.

614 Bakkour S, Keating SM, Deng X, Stone M, Worlock A, Deeks S, Bacchetti P, Dimapasoc M, Lau J, Montalvo L, Hauenstein S, Richman D, Busch MP, Reservoir Assay Validation and Evaluation Network (RAVEN) Study Group. Eighth International Workshop on HIV Persistence during Therapy. Miami, Florida 2017.

615 Keating SM, Stone M, Deng X, Mellors J, Bakkour S, Richman D, Gorelick R, Lifson J, Jennings C, Stengelin M, Wu G, Howell BJ, Bacchetti P, Busch MP, Reservoir Assay Validation and Evaluation Network (RAVEN) Study Group. Eighth International Workshop on HIV Persistence during Therapy. Miami, Florida 2017.

616 Das J, Sadanand S, Chung A, Suscovich TJ, Streeck, H, Smith DM, Little SJ, Lauffenburg D, Richman DD, Alter G. Temporal Variation of IgG Subclasses Differentiates HIV Controllers and Progressors. 25th Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March 2018.

617 Chaillon A, Gianella S, Lada S, Karris M, Richman DD, Mehta SR, Little SJ, Wertheim JO, Smith DM. The HIV Reservoir During Early Antiretroviral Therapy and Maraviroc Intensification. 25th Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March 2018.

618 Keating SM, Stone M, Deng X, Bakkour S, Mellors JW, Richman DD, Gorelick R, Lifson JD, Jennings C, Stengelin M, Wu G, Howell BJ, Bacchetti P, Busch MP. Blinded Evaluation of Ultrasensitive Assays of the HIV in Plasma. 25th Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March 2018.

619 Stone M, Rosebloom DS, Bacchetti P, Deng X, Dimapasoc M, Keating SM, Richman DD< Mellors JW, Deeks SG, Siliciano J, Chomont N, Ptak R, Busch MP. Next-Gen Viral Outgrowth Assays as Proxies for Classic QVOA to Measure HIV Reservoir. 25th Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March 2018.

620 Ita S, Ignacio C, Mohan S, Kumar V, Murrell B, Richman DD, Smith DM, Wagner GA. SMRT Sequencing of Full-Length POL Amplicons to Investigate HIV-1 Drug Resistance. 25th Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March 2018.

621 Bakkour S, Keating SM, Deng X, Stone M, Worlock A, Deeks SG, Bacchetti P, Dimapasoc M, Lau J, Montalvo L, Hauenstein S, Richman DD, Busch MP. Replicate Aptima VL Testing Detects Residual Viremia in Most ART-Treated Adults. 25th Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March, 2018.

622 Hermans LE, Tempelman H, Carmona S, Nijhuis M, Grobbee D, Richman DD, Moorhouse MA, Venter WD, Wensing A. High Rates of Viral Resuppression on First-line ART After Initial Virological Failure. 25 h Conference of Retroviruses and Opportunistic Infections. Boston, Massachusetts, March, 2018.

622   Massanella M, Fromentin R, Routy JP, Richman DD, Chomont N. Effector Memory Cells are the Main Contributors to the Repication-Competent HIV Reservoir in ART-Suppressed Individuals. 22nd International AIDS Society Conference. Mexico City, MX, July, 2019.

## OTHER PUBLICATIONS

1.   Richman DD. HIV Drug Resistance. Retroviruses of Human AIDS and Related Animal Diseases "Colloque Des Cent Gardes", October, 1989, Quatrième Des Cent Gardes 4:295-298, 1989.

2.   Richman DD. Prospects for antiretroviral therapy. Retroviruses of Human AIDS and Related Animal Diseases "Colloque Des Cent Gardes", October, Cinquieme Des Cent Gardes 5:271-273, 1990.

3.   Richman DD. Propagation of AZT-resistant clinical isolates. AIDS Research and Reference Reagent Program Courier 90-03:7-14, 1990.

4.   Richman DD. Clinical Virology Quiz manuscript "Recent Advances in Antiretroviral Therapy Part 2: Emerging Resistance", Triclinica Communications, Inc. Vol. 2, March 1991.

5.   Richman DD. Emerging patterns of resistance to zidovudine. HIV Advances in Research and Therapy 1:8-12, 1991.

6.   Richman DD. Plaque reduction and cytotoxicity assays of HIV sensitivity to antiviral compounds. AIDS Research and Reference Reagent Program Courier 90-01:6-9, 1990.

7.   Richman DD, Wainberg MA. Drug resistance in isolates of HIV. Toltzis Communications, Inc. Burroughs Wellcome, Inc. 1992.

8.   Bozzette SA, McCutchan JA, Spector SA, Richman DD. Reply to letter: "Does early zidovudine treatment prevent the emergence of syncytium-inducing human immunodeficiency virus?" J Infect Dis 170:1042, 1994.

9.   Richman DD. "The background to combination therapy" (meeting report). Consensus Symposium on Combined Antiviral Therapy, Lisbon, Portugal, July 25-27, 1995. International Antiviral News, 3:129, 1995.

10.   Richman DD. Antiviral chemotherapy: new drugs and new perspectives. Retroviruses of Human AIDS and Related Animal Diseases. Dixième Colloque des Cent Gardes, pp 337-342, 1995.

11.   Progress in Development and Use of Antiviral Drugs and Interferon. Report of an informal consultation. World Health Organization. Geneva, Switzerland, March 13-15, 1995.

12.   Richman DD. Antiviral chemotherapy: new drugs and new perspectives. In: Retroviruses of Human AIDS and Related Animal Diseases (From the 10th Anniversary of the Cent Gardes Meeting - Retroviruses of Human AIDS and Related Animals Diseases, Paris, France, Oct 23-25, 1995). Edited by Girard M, Dodet B. Elsevier Editions Scientifiques, Paris, pp. 337-344, 1996.

13.   Richman DD. Resistance to Drugs for HIV Infection. What you can do to keep your HIV treatment working. International Association of Physicians in AIDS Care (monograph for lay readers), 31 pages, 1998.

14.   Richman D. HIV eradication. Is it possible with current available drugs? Fundació irsiCaixa: Is it Possible to Eradicate HIV? Edited by Bonaventura Clotet Sala and Charles A. Boucher. Merck Sharp & Dohme de España & Harcourt Brace de España , pp 1-12,1998.

15.   Horn T, Cox S. A No-Nonsense Guide to HIV Drug Resistance Testing. Ed. Richman DD [Monograph]. Provided as an educational service by: Virologic, Inc. South San Francisco, CA, 1999

   a.   Horn T, Cox S. Una Guía con Sentido sobre Resistencia a los Medicamentos Contra el VIH. Ed. Richman DD [Monograph]. Provided as an educational service by: Virologic, Inc. South San Francisco, CA, 1999 (Spanish Version).

16.   Richman DD. What can be learned from the induction-maintenance trials? HIV Advances in Research and Therapy 9:25-29, 1999.

17.   Richman DD. New insights in HIV eradication. II International Workshop on HIV Eradication Ed. Clotet B, Coucher CA. Fundació/irsiCaixa, November, 1999.

18.   (Writing Committee). The Durban Declaration. Nature 406:15-16, 2000.

19.   Richman DD. Mechanisms, emergence, and epidemiology of resistance in the nucleoside-experienced HIV-infected population. The AIDS Reader International Supplement: S13-S20, 2001.

20.   Little SJ, Richman DD. Drug resistance among patients recently infected with HIV (Letter to the Editor). N Engl J Med 347:1889-1890, 2002.

21.   Richman DD, Schooley RT, Kuritzkes DR, Saag MS, Eron JJ Jr. Utilizing HIV Drug Resistance Test Reports: Targeting Treatment Decisions. Sponsored by UCSD School of Medicine, Supported by ViroLogic. Helix Medical Communications LLC, June 2003.

22.   Richman DD. Rapid evolution of the neutralizing antibody response to human immunodeficiency virus type 1 infection and viral escape. In: Retroviruses of Human AIDS and Related Animal Diseases (From the XIIIth Cent Gardes Symposium, Annecy, France, Oct 27-29, 2003). Edited by Girard M, Vicari M, Dodet B. Elsevier Editions Scientifiques, Paris, pp. 65-66, 2003.

23.   Leigh Brown AJ, Frost SDW, Mathews WC, Dawson K, Hellmann NS, Daar ES, Richman DD, Little SJ. Correspondence. J Infect Dis 188, 2003.

24.   Blue Ribbon Committee for Laboratory Science: Report to the Office of Research & Development Veterans Health Administration, June 2003 (Accessed October 8, 2003 at www.va.gov/resdev/fr/blue_ribbon/LabSci_report.cfm).

25.   ACT-HBV: Advancing the Clinical Treatment of Hepatitis B Virus. A comprehensive educational resource for Infectious Disease Specialists. Program Faculty: Richman DD, Sherman KE. (CD-ROM).

26.   The XIVth International HIV Drug Resistance Workshop (Review). Quebec City, Canada 2005.

27.   Ahuja SK, Aiuti F, Berkhout B, biberfeld P, Burnton DR, Colizzi V, Deeks SG, Desrosiers RC, Dierich MP, Doms RW, Emerman M, Gallo RC, Girard M, Greene WC, Hoxie JA, Hunter E, Klein G, Korber B, Kuritzkes DR, Lederman MM, Malim MH, Marx PA, McCune JM, McMichael A, Miller C, Miller V, Montagnier L, Montefiori DC, Moore JP, Nixon DF, Overbaugh J, Pauza CD, Richman DD, Saag MS,

Sattentau Q, Schoolet RT, Shattock R, Shaw GM, Stevenson M, Trkola A, Wainbert MA, Weiss RA, Wolinsky S, Zack JA. A Plea for Justice for Jailed Medical Workers. Letters: Science Vol. 314, 924, 2006.

28.    Perrillo RP, Richman DD, Sherman KE, Said A, 2009 Pocket Guide To Hepatitis B, University of Wisconsin, School of Medicine.

29.    Richman DD. (2011). Commentary on HIV with Reduced Sensitivity to Zidovudine (AZT) Isolated During Prolonged Therapy. Science 243: 1731-1734, 31 March 1989.
http://www.hivvaccineenterprise.org/hive/feature/661.

30.    Richman DD. Nouveaux Défis Dans L'infection À Vih: Comprendre la persistance dans les reservoirs Construire des stratégies d'éradication. Lettre de l'Infectiologue- de la microbiologie a la clinique, 2011.

31.    Richman D. Contending with the Challenges of HIV: A Firsthand Account. Douglas D. Richman speaks to Jacob McCarthy, Commissioning Editor. Future Virology. 7(7) 645-648, 2012.

33.    Cambridge Working Group Consensus Statement on the Creation of Potential Pandemic Pathogens (PPPs). www.cambridgeworkinggroup.org/.

34.    Wensing AM, Calvez V, Ceccherini-Silberstein F, Charpetier C, Günthard H, Paredes R, Shafer RW, Richman DD. 2019 Update of the Drug Resistance Mutations in HIV-1, Special Contribution. 2019 Resistance Mutations Update, 27(3). International AIDS Society Conference, Mexico City, Mexico, 2019.

# EXHIBIT I

**From:**      Scott McBride
**To:**        Todd L. Krause
**Subject:**   [Ext] RE: ViiV v. Gilead: Supplemental Reports
**Date:**      Thursday, February 27, 2020 4:20:43 PM

Todd,

I appreciated the unexpected call on Tuesday the 25th, and ViiV's willingness to reconsider its previous position in our meet and confer of February 20th where ViiV rejected possible surreplies/supplemental reports.

We remain willing to discuss surreplies and supplemental reports. Specifically surreplies from Wipf, Alabugin, Morris, Taft, and Vellturo, and supplements from MacMillan, Reynolds, and Richman on the recently published articles.

We are also willing to discuss possible sur-sur-replies limited to the surreply issues. As for the supplements, we would not agree in advance to a response by ViiV given that your experts already opined on the articles in question. We believe it appropriate in that instance to seek leave of the court as per the scheduling order (absent us reaching a separate, later agreement).

There are, however, a number of issues linked to this dispute that would also need to be resolved in order for us to proceed.

For example, the upcoming CROI is likely to have relevant new data that the parties may wish to address in supplemental reports.

Additionally, ViiV's demands regarding additional versions and forms of experimental data already provided are not reasonable, and appear merely an effort to create disputes for discovery purposes. Similarly so for the requests for 8 depositions of the chemists working at Dr. MacMillan's direction. If ViiV does not drop or significantly pare back its demands, I do not see how we can either reach a meaningful agreement, and the increasingly extreme nature of the demands makes setting any kind of schedule problematic.

Finally, we will have to consider how the subsequent deposition schedule would work. Under your proposal, we would be trying to schedule a minimum of 16 expert depositions between April 6th and

May 1st, not counting the uncertainty of scheduling for Carmichael and Sims. (And not considering the additional 8 chemist depositions your colleague has demanded). I have serious concerns that such a schedule is possible.

I am happy to discuss tomorrow.  How is 1:30pm CST?

Scott

J. Scott McBride | p: 312.494.4436 | Scott.McBride@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

BartlitBeck LLP

---

**From:** Todd L. Krause <TKrause@desmaraisllp.com>
**Sent:** Thursday, February 27, 2020 08:46
**To:** Scott McBride <scott.mcbride@bartlitbeck.com>
**Subject:** RE: ViiV v. Gilead: Supplemental Reports

Dear Scott,

I look forward to hearing your response to Plaintiffs' proposal, which we discussed on Tuesday, that the parties try to reach an agreement on surreplies and sur-surreplies so expert discovery can move forward.  I am available any time tomorrow to continue our discussion.  What time works for you?

As we discussed, expert discovery could grind to a halt for weeks or months if each side separately seeks relief from the Court to move to strike and/or for sur-reply expert reports.  While both sides may feel strongly about their positions, neither party benefits from delaying this case.  So Plaintiffs proposed the parties agree on a schedule where both sides would be allowed sur-reply reports from particular experts (i.e., Drs. Wipf, Alabugin, MacMillan, Reynolds, Richman, Morris, Taft and Vellturo) on the issues we've discussed and, if the party bearing the burden on the issue wishes, sur-surreplies from particular experts (i.e., Drs. MacMillan, Paton, Wipf, Merz, Engelman, Byrn, Guengerich, Dressman, and Simcoe (and possibly Sims)).  The parties would then be free to move to strike experts or arguments, or move in limine, once the expert depositions have been completed.

For example, assuming Gilead timely produces the information Plaintiffs have requested with respect to Dr. MacMillan's laboratory experiments, the parties could agree to serve sur-reply reports no later than March 20, sur-sur-reply reports no later than April 3, and extend the deadline for the completion of expert discovery from April 17 to May 1.  This would allow for a timely and orderly

conclusion to expert discovery.

Both parties have said that they do not intend to offer their experts for deposition more than once. Consequently, since Drs. Guengerich, Merz, and Dressman may provide sur-sur-reply reports, they will not be made available on the dates Plaintiffs originally offered.  We will provide new proposed deposition dates for them once the schedule is clearer.

Plaintiffs remain hopeful that the parties can reach agreement to move this case forward and look forward to discussing any creative, but fair, proposals Gilead may have.

Regards,
Todd

---

**From:** Scott McBride <scott.mcbride@bartlitbeck.com>
**Sent:** Friday, February 21, 2020 5:16 PM
**To:** Lindsey Miller <LMiller@desmaraisllp.com>; Matthew Ford <matthew.ford@bartlitbeck.com>
**Cc:** Kyle Petrie <KPetrie@desmaraisllp.com>; Justin Wilcox <JWilcox@desmaraisllp.com>; Thomas Derbish <TDerbish@desmaraisllp.com>; Mailing List - Bictegravir <Bictegravir@bartlit-beck.com>; GSK Gilead Service <GSKGileadService@desmaraisllp.com>; Jeremy Tigan <jtigan@mnat.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; Mike Kelly <mkelly@mccarter.com>; Dan Silver <dsilver@mccarter.com>; Joyce, Alexandra <ajoyce@mccarter.com>; naotakada@takadalegal.com
**Subject:** [Ext] RE: ViiV v. Gilead: Supplemental Reports

## Dear Lindsey,

I write as a follow-up to our meet and confer yesterday and in response to your email below regarding the deposition schedule.

## For Gilead experts:

- Dr. Cullen confirmed for February 27th in our offices.  Dr. Cullen's schedule requires we start the deposition at 8am.

- Dr. Burk confirmed for March 19th in our offices.

- We understand ViiV's concern that the issues regarding supplements and sur-replies are unlikely to be resolved prior to March 13th.  Because Gilead is only offering experts once for deposition, we will look for alternate dates for Drs. Paton, Taft, and Morris. Please be aware that Dr. Taft has very limited

availability in March and April because of his academic commitments.

- And as you noted, the dates for Drs. Reynolds and MacMillan are similarly tentative at this time, and we will revisit their schedule.

- With respect to Dr. Vellturo he is available for deposition April 15, 2020 in our offices.

For the dates you proposed regarding Plaintiffs experts:

- We confirm Guengerich on March 25th in your NY offices

- We confirm Carmichael on March 26th at K&E DC offices

- We confirm Sims on April 3rd in your NY offices

- We confirm Merz on April 3rd in your NY offices

- Please provide alternate dates for Dressman.

We will get back to you on remaining dates.

Regards,
Scott

J. Scott McBride | p: 312.494.4436 | Scott.McBride@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

BartlitBeck LLP

**From:** Lindsey Miller <LMiller@desmaraisllp.com>
**Sent:** Thursday, February 20, 2020 10:15
**To:** Matthew Ford <matthew.ford@bartlitbeck.com>
**Cc:** Scott McBride <scott.mcbride@bartlitbeck.com>; Kyle Petrie <KPetrie@desmaraisllp.com>; Justin Wilcox <JWilcox@desmaraisllp.com>; Thomas Derbish <TDerbish@desmaraisllp.com>; Mailing List - Bictegravir <Bictegravir@bartlit-beck.com>; GSK Gilead Service <GSKGileadService@desmaraisllp.com>; Jeremy Tigan <jtigan@mnat.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; Mike Kelly <mkelly@mccarter.com>; Dan Silver <dsilver@mccarter.com>; Joyce, Alexandra <ajoyce@mccarter.com>; naotakada@takadalegal.com
**Subject:** RE: ViiV v. Gilead: Supplemental Reports


Matt,

It is unfortunate that Gilead has rejected Plaintiffs' reasonable proposal to move the case forward in an expeditious manner.  Gilead's actions, not Plaintiffs', are putting the case schedule in jeopardy.

**Supplemental and Surreply Expert Reports**

It appears that the parties are at an impasse with respect to Defendant's proposal to provide supplemental expert reports from Drs. MacMillan, Richman, and Reynolds to address the *Science* articles, and an errata and/or supplement from Dr. Vellturo to correct errors in his analysis.  As explained below, Plaintiffs reject that proposal and also reject Gilead's proposal to provide surreply reports in response to ViiV's expert reports of Drs. Guengerich, Dressman, and Byrn.

Gilead's proposal for supplemental reports from Drs. MacMillan, Reynolds, and Richman seems to contemplate providing analyses and opinions in supplemental reports that should have been provided in these experts' January 7, 2020 reports.  Gilead's requested reports would also improperly give its experts the final word on the issue of infringement, which is Plaintiffs' burden.  Gilead had access to all of the underlying data from the Cook 2020 article before submitting its January 7, 2020 rebuttal reports and should not be allowed a do-over – to engage in additional modeling and similar analyses – now that Plaintiffs' experts have responded to Gilead's experts' rebuttal opinions.  Gilead was also likely aware of the contents of the Passos 2020 article, which had been presented at conferences and meetings since at least the spring of 2019 (well before service of Gilead's rebuttal reports).

Gilead lacks any basis for submitting a proposed errata and supplemental report from Dr. Vellturo. In his report, ViiV's expert, Dr. Simcoe, responded to Dr. Vellturo's rebuttal report, including identifying errors and criticizing the approach in Dr. Vellturo's computer model.  Dr. Simcoe's critique did not offer any new opinions on ViiV's damages theories or offer an alternative computer model.  As a result, Gilead's proposed errata and supplemental report are an improper attempt to give Gilead the last word on damages—an issue on which it does not bear the burden of proof—and fix the flawed analysis in Dr. Vellturo's rebuttal report.  The Amended Scheduling Order does not contemplate any such supplemental reports.

Likewise, Gilead's proposal to provide surreply reports to the reply reports of Drs. Guengerich, Dressman, and Byrn lacks any legitimate basis and is inappropriate under the Amended Scheduling Order.  Gilead introduced alleged drug metabolism, pharmacokinetic, and solid-state noninfringement issues for the first time in the rebuttal reports of Drs. Taft and Morris.  ViiV's experts, Drs. Guengerich and Dressman, responded directly to the rebuttal report of Gilead's Dr. Taft, by addressing drug metabolism and pharmacokinetic properties of dolutegravir and bictegravir and deficiencies in Dr. Taft's analysis.  Similarly, ViiV's expert, Dr. Byrn, responded directly to the rebuttal report of Dr. Morris, by addressing solid-state properties of dolutegravir and bictegravir and deficiencies in Dr. Morris' analysis.   ViiV's experts did not introduce any new information or opinions that should have been provided in an earlier report.  As a result, no reasons exist for Gilead to provide new opinions in surreply.

The parties also appear to be at an impasse with respect to Plaintiffs' proposal for surreply reports to respond to new material introduced in the reply expert reports of Gilead's Drs. MacMillan and Paton regarding laboratory testing, computational analyses, and quantum calculations.  Plaintiffs' proposal for surreplies to address the newly introduced information by Drs. MacMillan and Paton is entirely appropriate and reasonable, at least for the reasons we outlined in our discovery correspondence dated February 18, 2020, including that Drs. MacMillan and Paton included experiments and analysis that should have been included in their opening reports.  Indeed, in his reply report, Dr. MacMillan relied on experiments and documents that pre-dated his opening report.

Plaintiffs intend to move to strike the new material and opinions set forth in the reply expert reports of Dr. MacMillan and Paton and, in the alternative, for a surreply to respond to the new material.  Plaintiffs may also move to strike any of the other supplemental reports, surreply reports, or errata proposed by Gilead.  Please be prepared to describe the substance, including any opinions, of Gilead's proposed reports and errata during tomorrow's meet and confer call.

**Depositions**

Plaintiffs propose moving forward with scheduling depositions of experts and others whose depositions would be unaffected by the parties' disputes regarding supplemental and surreply reports.  Please note that Plaintiffs will put up each of their experts only once for deposition.  And the deposition of each of Plaintiffs' experts will be held at our offices in New York, unless otherwise noted below.

Plaintiffs accept:
- Cullen on February 27th (Chicago);
- Morris on March 4th (Chicago);
- Taft on March 11th (Chicago); and
- Burk on March 19th (Chicago).

Plaintiffs propose:
- Guengerich on March 25th;
- Carmichael on March 26th at Kirkland & Ellis, Washington, D.C.;

- Dressman on April 2nd;
- Byrn on April 16th; and
- Sims on April 3rd.

Please provide an alternative date for Dr. Vellturo.

Plaintiffs also believe that the eight individuals who supposedly attempted chemical syntheses under Dr. MacMillan's direction can and should be deposed before the supplemental/surreply issue is resolved.  Please provide proposed deposition dates for each of these individuals immediately so they can be scheduled.

In addition, Plaintiffs believe the parties should schedule the depositions of the individuals affected by the supplemental/surreply issues with the understanding that those depositions may need to be rescheduled depending on when those issues are resolved.  Consequently, Plaintiffs can tentatively confirm the deposition dates of:

- Reynolds on April 9 (Chicago);and
- MacMillan on April 15 (Chicago).

Unfortunately these issues are unlikely to be resolved before the proposed March 13 deposition of Dr. Paton, so we ask that Gilead propose an alternative date for his deposition.  Plaintiffs have a conflict on April 10th and ask Gilead to propose an alternative date for Dr. Richman's deposition during the week of April 12th.

Plaintiffs also tentatively propose deposition dates of:

- Merz on April 3rd;
- Dobkin on April 7th;
- Engelman on April 8th; and
- Wipf on April 17th.

Dates for the depositions of Simcoe and Alabugin will follow via separate correspondence.

Plaintiffs are available to meet and confer tomorrow at 2pm EST.  Please also be prepared to discuss Plaintiffs' discovery correspondence dated February 18, 2020.

Best,
Lindsey


This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not

the intended recipient, please contact the sender by reply email and delete all copies of this message.

# EXHIBIT J

| | |
|---|---|
| **From:** | Todd L. Krause |
| **To:** | Scott McBride |
| **Subject:** | RE: ViiV v. Gilead: Supplemental Reports |
| **Date:** | Friday, February 28, 2020 5:49:00 PM |

Scott,

Thanks again for speaking with me this afternoon.

As we discussed, Plaintiffs propose that the parties identify the paragraphs in the respective reply reports that they wish to address in sur-reply reports. This will help crystalize (and potentially narrow) the issues, and reveal any potential disagreements on the scope of the contemplated surreplies sooner rather than later. Plaintiffs proposed exchanging an identification of these paragraphs early next week.

As we also discussed, Plaintiffs may be willing to agree to Gilead's supplemental expert reports that address the authors' conclusions of the Cook 2020 *Science* article, with the understanding that Plaintiffs would reserve the right to move the Court for responsive reports and/or other relief should Gilead go beyond the authors' conclusions. Plaintiffs' believe such a reservation is justified and necessary given Gilead's experts' prior access to the modeling and files underlying the Cook 2020 article and access to the related NIH abstract. As discussed, please provide us with Gilead's proposed language with respect to the anticipated scope of Gilead's supplemental reports. Furthermore, in an attempt to narrow the burden on the parties and expedite any supplemental reports, Plaintiffs may be willing to agree to remove any references to the Passos 2020 *Science* article from their reply reports, if Gilead agrees not to address the Passos 2020 article in its supplemental reports.

We also discussed the handling of potential new data from the CROI meeting. In Plaintiffs' view, this is a separate issue from the sur-reply and supplemental reports and should be handled separately (if necessary). Incorporating new data into the existing expert reports at this stage would delay the schedule, and incorporating new data into additional supplemental reports could lead to a never-ending cycle of supplemental expert reports. Nevertheless, you did not identify any data forthcoming at CROI that may warrant supplemental expert reports. Therefore, the parties can address any potential issues regarding CROI data on a later date, if needed.

In addition, we discussed the data and depositions that Plaintiffs requested related to the laboratory experiments directed by Dr. MacMillan. As I indicated on the call, Plaintiffs continue to believe that they are entitled to both the data and depositions given Dr. MacMillan's reliance on the experiments' results. For example, as we discussed, the NMR printouts provided in the lab notebooks do not show integrations, which prevents Plaintiffs from identifying the chemical products of the reactions or their purity. Plaintiffs need the native data files to assess this information. Similarly, without diagrams or images of the TLC plates, Plaintiffs' experts cannot evaluate the conclusions reached by Dr. MacMillan's chemists with respect to the products of their reactions. Plaintiffs will further consider your request to pare down the previous document requests related to these experiments and whether there are acceptable limits on the depositions of Dr. MacMillan's scientists. For example, if Gilead is willing to represent that Dr. MacMillan is in a position to provide detailed testimony about how each of the experiments were performed, their products, and the related data, Plaintiffs may be willing to agree to depose Dr. MacMillan and, only if necessary, follow up with additional depositions of his chemists.

Finally, we appeared to be in agreement that if we can work out one or more of the issues above the parties can likely reach some agreement on the schedule for expert discovery.

Regards,
Todd

---

**From:** Todd L. Krause
**Sent:** Thursday, February 27, 2020 5:58 PM
**To:** 'Scott McBride' <scott.mcbride@bartlitbeck.com>
**Subject:** RE: ViiV v. Gilead: Supplemental Reports

Scott,

I disagree with your characterization of the February 20th meet and confer.  In any event, I'll call your office tomorrow at 1:30p CST to discuss how the parties can try to work together to move this case forward.

Regards,
Todd

---

**From:** Scott McBride <scott.mcbride@bartlitbeck.com>
**Sent:** Thursday, February 27, 2020 4:21 PM
**To:** Todd L. Krause <TKrause@desmaraisllp.com>
**Subject:** [Ext] RE: ViiV v. Gilead: Supplemental Reports

Todd,

I appreciated the unexpected call on Tuesday the 25th, and ViiV's willingness to reconsider its previous position in our meet and confer of February 20th where ViiV rejected possible surreplies/supplemental reports.

We remain willing to discuss surreplies and supplemental reports. Specifically surreplies from Wipf, Alabugin, Morris, Taft, and Vellturo, and supplements from MacMillan, Reynolds, and Richman on the recently published articles.

We are also willing to discuss possible sur-sur-replies limited to the surreply issues. As for the supplements, we would not agree in advance to a response by ViiV given that your experts already opined on the articles in question. We believe it appropriate in that instance to seek leave of the court as per the scheduling order (absent us reaching a separate, later agreement).

There are, however, a number of issues linked to this dispute that would also need to be resolved in order for us to proceed.

For example, the upcoming CROI is likely to have relevant new data that the parties may wish to address in supplemental reports.

Additionally, ViiV's demands regarding additional versions and forms of experimental data already provided are not reasonable, and appear merely an effort to create disputes for discovery purposes. Similarly so for the requests for 8 depositions of the chemists working at Dr. MacMillan's direction. If ViiV does not drop or significantly pare back its demands, I do not see how we can either reach a meaningful agreement, and the increasingly extreme nature of the demands makes setting any kind of schedule problematic.

Finally, we will have to consider how the subsequent deposition schedule would work. Under your proposal, we would be trying to schedule a minimum of 16 expert depositions between April 6th and May 1st, not counting the uncertainty of scheduling for Carmichael and Sims. (And not considering the additional 8 chemist depositions your colleague has demanded). I have serious concerns that such a schedule is possible.

I am happy to discuss tomorrow.  How is 1:30pm CST?

Scott

J. Scott McBride | p: 312.494.4436 | Scott.McBride@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

BartlitBeck LLP

---

**From:** Todd L. Krause <TKrause@desmaraisllp.com>
**Sent:** Thursday, February 27, 2020 08:46
**To:** Scott McBride <scott.mcbride@bartlitbeck.com>
**Subject:** RE: ViiV v. Gilead: Supplemental Reports

Dear Scott,

I look forward to hearing your response to Plaintiffs' proposal, which we discussed on Tuesday, that the parties try to reach an agreement on surreplies and sur-surreplies so expert discovery can move forward.  I am available any time tomorrow to continue our discussion.  What time works for you?

As we discussed, expert discovery could grind to a halt for weeks or months if each side separately seeks relief from the Court to move to strike and/or for sur-reply expert reports.  While both sides may feel strongly about their positions, neither party benefits from delaying this case.  So Plaintiffs proposed the parties agree on a schedule where both sides would be allowed sur-reply reports from particular experts (i.e., Drs. Wipf, Alabugin, MacMillan, Reynolds, Richman, Morris, Taft and Vellturo) on the issues we've discussed and, if the party bearing the burden on the issue wishes, sur-surreplies from particular experts (i.e., Drs. MacMillan, Paton, Wipf, Merz, Engelman, Byrn, Guengerich, Dressman, and Simcoe (and possibly Sims)).  The parties would then be free to move to strike experts or arguments, or move in limine, once the expert depositions have been completed.

For example, assuming Gilead timely produces the information Plaintiffs have requested with respect to Dr. MacMillan's laboratory experiments, the parties could agree to serve sur-reply reports no later than March 20, sur-sur-reply reports no later than April 3, and extend the deadline for the completion of expert discovery from April 17 to May 1.  This would allow for a timely and orderly conclusion to expert discovery.

Both parties have said that they do not intend to offer their experts for deposition more than once.  Consequently, since Drs. Guengerich, Merz, and Dressman may provide sur-sur-reply reports, they will not be made available on the dates Plaintiffs originally offered.  We will provide new proposed deposition dates for them once the schedule is clearer.

Plaintiffs remain hopeful that the parties can reach agreement to move this case forward and look forward to discussing any creative, but fair, proposals Gilead may have.

Regards,
Todd

---

**From:** Scott McBride <scott.mcbride@bartlitbeck.com>
**Sent:** Friday, February 21, 2020 5:16 PM
**To:** Lindsey Miller <LMiller@desmaraisllp.com>; Matthew Ford <matthew.ford@bartlitbeck.com>
**Cc:** Kyle Petrie <KPetrie@desmaraisllp.com>; Justin Wilcox <JWilcox@desmaraisllp.com>; Thomas Derbish <TDerbish@desmaraisllp.com>; Mailing List - Bictegravir <Bictegravir@bartlit-beck.com>; GSK Gilead Service <GSKGileadService@desmaraisllp.com>; Jeremy Tigan <jtigan@mnat.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; Mike Kelly <mkelly@mccarter.com>; Dan Silver <dsilver@mccarter.com>; Joyce, Alexandra <ajoyce@mccarter.com>; naotakada@takadalegal.com
**Subject:** [Ext] RE: ViiV v. Gilead: Supplemental Reports

Dear Lindsey,

I write as a follow-up to our meet and confer yesterday and in response to your email below regarding the deposition schedule.

For Gilead experts:

- Dr. Cullen confirmed for February 27th in our offices.  Dr. Cullen's schedule requires we start the deposition at 8am.

- Dr. Burk confirmed for March 19th in our offices.

- We understand ViiV's concern that the issues regarding supplements and sur-replies are unlikely to be resolved prior to March 13th.  Because Gilead is only offering experts once for deposition, we will look for alternate dates for Drs. Paton, Taft, and Morris. Please be aware that Dr. Taft has very limited availability in March and April because of his academic commitments.

- And as you noted, the dates for Drs. Reynolds and MacMillan are similarly tentative at this time, and we will revisit their schedule.

- With respect to Dr. Vellturo he is available for deposition April 15, 2020 in our offices.

For the dates you proposed regarding Plaintiffs experts:

- We confirm Guengerich on March 25th in your NY offices

- We confirm Carmichael on March 26th at K&E DC offices

- We confirm Sims on April 3rd in your NY offices

- We confirm Merz on April 3rd in your NY offices

- Please provide alternate dates for Dressman.

We will get back to you on remaining dates.

Regards,
Scott

J. Scott McBride | p: 312.494.4436 | Scott.McBride@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

BartlitBeck LLP

---

**From:** Lindsey Miller <LMiller@desmaraisllp.com>
**Sent:** Thursday, February 20, 2020 10:15
**To:** Matthew Ford <matthew.ford@bartlitbeck.com>
**Cc:** Scott McBride <scott.mcbride@bartlitbeck.com>; Kyle Petrie <KPetrie@desmaraisllp.com>; Justin Wilcox <JWilcox@desmaraisllp.com>; Thomas Derbish <TDerbish@desmaraisllp.com>; Mailing List - Bictegravir <Bictegravir@bartlit-beck.com>; GSK Gilead Service <GSKGileadService@desmaraisllp.com>; Jeremy Tigan <jtigan@mnat.com>; Jack Blumenfeld <jblumenfeld@mnat.com>; Mike Kelly <mkelly@mccarter.com>; Dan Silver <dsilver@mccarter.com>; Joyce, Alexandra <ajoyce@mccarter.com>; naotakada@takadalegal.com
**Subject:** RE: ViiV v. Gilead: Supplemental Reports

Matt,

It is unfortunate that Gilead has rejected Plaintiffs' reasonable proposal to move the case forward in an expeditious manner.  Gilead's actions, not Plaintiffs', are putting the case schedule in jeopardy.

**Supplemental and Surreply Expert Reports**

It appears that the parties are at an impasse with respect to Defendant's proposal to provide supplemental expert reports from Drs. MacMillan, Richman, and Reynolds to address the *Science* articles, and an errata and/or supplement from Dr. Vellturo to correct errors in his analysis.  As explained below, Plaintiffs reject that proposal and also reject Gilead's proposal to provide surreply reports in response to ViiV's expert reports of Drs. Guengerich, Dressman, and Byrn.

Gilead's proposal for supplemental reports from Drs. MacMillan, Reynolds, and Richman seems to contemplate providing analyses and opinions in supplemental reports that should have been provided in these experts' January 7, 2020 reports.  Gilead's requested reports would also improperly give its experts the final word on the issue of infringement, which is Plaintiffs' burden.  Gilead had access to all of the underlying data from the Cook 2020 article before submitting its January 7, 2020 rebuttal reports and should not be allowed a do-over – to engage in additional modeling and similar analyses – now that Plaintiffs' experts have responded to Gilead's experts' rebuttal opinions.  Gilead was also likely aware of the contents of the Passos 2020 article, which had been presented at conferences and meetings since at least the spring of 2019 (well before service of Gilead's rebuttal reports).

Gilead lacks any basis for submitting a proposed errata and supplemental report from Dr. Vellturo.  In his report, ViiV's expert, Dr. Simcoe, responded to Dr. Vellturo's rebuttal report, including identifying errors and criticizing the approach in Dr. Vellturo's computer model.  Dr. Simcoe's critique did not offer any new opinions on ViiV's damages theories or offer an alternative computer model.  As a result, Gilead's proposed errata and supplemental report are an improper attempt to give Gilead the last word on damages—an issue on which it does not bear the burden of proof—and fix the flawed analysis in Dr. Vellturo's rebuttal report.  The Amended Scheduling Order does not contemplate any such supplemental reports.

Likewise, Gilead's proposal to provide surreply reports to the reply reports of Drs. Guengerich, Dressman, and Byrn lacks any legitimate basis and is inappropriate under the Amended Scheduling Order.  Gilead introduced alleged drug metabolism, pharmacokinetic, and solid-state noninfringement issues for the first time in the rebuttal reports of Drs. Taft and Morris.  ViiV's experts, Drs. Guengerich and Dressman, responded directly to the rebuttal report of Gilead's Dr. Taft, by addressing drug metabolism and pharmacokinetic properties of dolutegravir and bictegravir and deficiencies in Dr. Taft's analysis.  Similarly, ViiV's expert, Dr. Byrn, responded directly to the rebuttal report of Dr. Morris, by addressing solid-state properties of dolutegravir and bictegravir and deficiencies in Dr. Morris' analysis.   ViiV's experts did not introduce any new information or opinions that should have been provided in an earlier report.  As a result, no reasons exist for Gilead to provide new opinions in surreply.

The parties also appear to be at an impasse with respect to Plaintiffs' proposal for surreply reports to respond to new material introduced in the reply expert reports of Gilead's Drs. MacMillan and Paton regarding laboratory testing, computational analyses, and quantum calculations.  Plaintiffs' proposal for surreplies to address the newly introduced information by Drs. MacMillan and Paton is entirely appropriate and reasonable, at least for the reasons we outlined in our discovery correspondence dated February 18, 2020, including that Drs. MacMillan and Paton included experiments and analysis that should have been included in their opening reports.  Indeed, in his reply report, Dr. MacMillan relied on experiments and documents that pre-dated his opening report.

Plaintiffs intend to move to strike the new material and opinions set forth in the reply expert reports of Dr. MacMillan and Paton and, in the alternative, for a surreply to respond to the new material.  Plaintiffs may also move to strike any of the other supplemental reports, surreply reports, or errata proposed by Gilead.  Please be prepared to describe the substance, including any opinions, of

Gilead's proposed reports and errata during tomorrow's meet and confer call.

**<u>Depositions</u>**

Plaintiffs propose moving forward with scheduling depositions of experts and others whose depositions would be unaffected by the parties' disputes regarding supplemental and surreply reports.  Please note that Plaintiffs will put up each of their experts only once for deposition.  And the deposition of each of Plaintiffs' experts will be held at our offices in New York, unless otherwise noted below.

Plaintiffs accept:

- Cullen on February 27th (Chicago);
- Morris on March 4th (Chicago);
- Taft on March 11th (Chicago); and
- Burk on March 19th (Chicago).

Plaintiffs propose:

- Guengerich on March 25th;
- Carmichael on March 26th at Kirkland & Ellis, Washington, D.C.;
- Dressman on April 2nd;
- Byrn on April 16th; and
- Sims on April 3rd.

Please provide an alternative date for Dr. Vellturo.

Plaintiffs also believe that the eight individuals who supposedly attempted chemical syntheses under Dr. MacMillan's direction can and should be deposed before the supplemental/surreply issue is resolved.  Please provide proposed deposition dates for each of these individuals immediately so they can be scheduled.

In addition, Plaintiffs believe the parties should schedule the depositions of the individuals affected by the supplemental/surreply issues with the understanding that those depositions may need to be rescheduled depending on when those issues are resolved.  Consequently, Plaintiffs can tentatively confirm the deposition dates of:

- Reynolds on April 9 (Chicago);and
- MacMillan on April 15 (Chicago).

Unfortunately these issues are unlikely to be resolved before the proposed March 13 deposition of Dr. Paton, so we ask that Gilead propose an alternative date for his deposition.  Plaintiffs have a conflict on April 10th and ask Gilead to propose an alternative date for Dr. Richman's deposition during the week of April 12th.

Plaintiffs also tentatively propose deposition dates of:

- Merz on April 3rd;
- Dobkin on April 7th;
- Engelman on April 8th; and
- Wipf on April 17th.

Dates for the depositions of Simcoe and Alabugin will follow via separate correspondence.

Plaintiffs are available to meet and confer tomorrow at 2pm EST.  Please also be prepared to discuss Plaintiffs' discovery correspondence dated February 18, 2020.

Best,
Lindsey


This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIIV HEALTHCARE COMPANY, | ) | |
| SHIONOGI & CO., LTD. and VIIV | ) | |
| HEALTHCARE UK (NO. 3) LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-224 (CFC) (CJB) |
| | ) | |
| GILEAD SCIENCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**EXPERT REPORT OF KENNETH R. MORRIS**

January 7, 2020

# TABLE OF CONTENTS

I.     PERSONAL BACKGROUND ................................................................................. 1

II.    ASSIGNMENT ..................................................................................................... 4

III.   LEGAL STANDARDS ......................................................................................... 6

IV.    TECHNICAL BACKGROUND ............................................................................ 6

       A.    Types of Crystals .................................................................................... 8

       B.    Crystal Forms and Pharmaceuticals ..................................................... 14

       C.    Analysis of Crystal Structures .............................................................. 15

V.     COMPARING CRYSTAL STRUCTURES .......................................................... 18

VI.    BICTEGRAVIR AND DOLUTEGRAVIR ARE DIFFERENT IN THEIR
       ABILITY TO CRYSTALLIZE IN MULTIPLE FORMS .................................... 26

VII.   BICTEGRAVIR AND DOLUTEGRAVIR STRUCTURES ARE NOT
       ISOMORPHOUS ................................................................................................. 30

VIII.  BICTEGRAVIR AND DOLUTEGRAVIR STRUCTURES ARE NOT
       ISOSTRUCTURAL .............................................................................................. 31

IX.    DOLUTEGRAVIR AND BICTEGRAVIR HAVE DIFFERENT
       MORPHOLOGY ................................................................................................. 39

X.     POWDER X-RAY DIFFRACTIONS OF BICTEGRAVIR AND
       DOLUTEGRAVIR ARE SUBSTANTIALLY DIFFERENT ............................... 41

XI.    OTHER FORMS OF DOLUTEGRAVIR SODIUM ............................................ 47

XII.   FUNCTION WAY RESULT ................................................................................. 49

## EXPERT REPORT OF KENNETH R. MORRIS

**I.    PERSONAL BACKGROUND**

1.      I am currently a University Professor and director of the Lachman Institute for Pharmaceutical Analysis at Long Island University, Brooklyn campus.

2.      I received a dual Bachelor of Science degree in Chemistry and Aquatic Biology from Eastern Michigan University in 1978 and, in 1986, a Masters of Science degree in Pharmaceutical Chemistry from the University of Arizona. In 1988, I obtained my Ph.D. in Pharmaceutics also from the University of Arizona.

3.      I joined E.R. Squibb and Sons ("Squibb"), a predecessor to Bristol-Myers Squibb, in 1988 as a research investigator in the Physical Pharmacy Group which was part of the Squibb Institute for Medical Research. During my time at Squibb, I developed the Physical Characterization function in the Pre-formulation Group and co-developed the Materials Science Group. I then went on, in 1995, to form the Preformulation/Physical Pharmacy Group in the Bristol-Myers Squibb Products Division, which I led in addition to the Analytical Chemistry Group. While at Squibb and Bristol-Myers Squibb, I also served as a teaching and advising adjunct professor at Rutgers College of Pharmacy and graduate advisor at St. John's University.

4.      In 1997, I joined the faculty of the Department of Industrial and Physical Pharmacy at Purdue University. I became Associate Department Head in 2001, a position that I held until 2008 when I moved to a professorship with the University of Hawaii at Hilo. At Hilo I helped help start the pharmaceutical science research and Ph.D. programs and developed the solids state analytical laboratory. I was department chair until 2015 when I retired from UHH and moved to Long Island University where I accepted a University professorship and started the Lachman Institute for Pharmaceutical Analysis. At LIU the Lachman Institute performs research

1

on a variety of industrial and FDA-funded projects, including in the area of solid-state characterization.

5.      In addition to my academic work, I am a special government employee of the U.S. Food and Drug Administration (the "FDA") and have acted as an advisor to the FDA on issues of pharmaceutical development issues since 2004. I am a member and past-chairperson of the FDA Pharmaceutical Science and Clinical Pharmacology Advisory Committee for the Office of Pharmaceutical Quality (formerly the Scientific Advisory Committee for the Office of the Pharmaceutical Sciences). I was also a member of the Manufacturing and the Process Analytical Technologies subcommittees.

6.      I have also held positions in various professional organizations. I am a past Chair of the Raw Materials Committee (E5502) for the American Society for Testing and Materials and have previously served as a member of the American Association of Pharmaceutical Scientists and the FDA joint PQRI Bulk Drug Particle Size and Particle Characteristics Committee.

7.      I am a member and Fellow of the American Association of Pharmaceutical Scientists, a member of the American Crystallographic Association and the American Chemical Society. I have also sat on the Editorial Board of and reviewed for a number of peer-reviewed journals, including the Journal of Molecular Pharmaceutics (editorial board member), the Journal of Pharmaceutical Sciences (former editorial board member), Pharmaceutical Research, Crystal Growth and Design, and the Journal of Pharmaceutical Technology Today.

8.      During my career I have received several awards and honors including: Fellow of the American Association of Pharmaceutical Scientists (2007); American Association of Pharmaceutical Scientists Outstanding Manuscript Award in Analysis and Pharmaceutical

Quality (2006); Golden Acorn Award for the Center of Excellence for the Institute for Advanced Pharmaceutical Technology (2004); Purdue Research Foundation Grant Award (2000-2002); and Presidents Award, Bristol Myers Products Research & Development (1996-1997).

9.      I have authored or co-authored over 120 peer reviewed papers and book chapters pertaining to drug design, formulation, and manufacturing, as well as the chemical and physical properties of pharmaceutically relevant compounds and advanced methods of analyzing the properties of pharmaceutically relevant compounds.

10.      Additionally, I have been invited to speak at numerous conferences, FDA workshops and training courses, and have provided workshops and talks to multiple pharmaceutical companies such as GlaxoSmithKline, Mylan Labs, and Bayer Technology Services.

11.      During my professional career, I have focused much of my research on the emerging discipline of pharmaceutical material science, which is the study of the physico-chemical properties of the various components of pharmaceutical formulations, the impact processing has on those properties, and the effect those properties have on the performance of the final pharmaceutical dosage form. The physico-chemical properties I investigate include solid-state properties such as: crystal forms, crystallinity (and amorphous content), morphology, hygroscopicity, solubility, particle size, shape, surface area, and charge.

12.      Over the course of my research I have also gained expertise in the use of advanced analytical techniques including powder x-ray diffraction, differential scanning calorimetry, thermal gravimetric analysis, mid and near infra-red spectroscopy, dielectric spectroscopy, and molecular and crystallographic modeling. I have extensively used these advanced analytical techniques to evaluate the physico-chemical properties of pharmaceutical

components initially and throughout the drug manufacturing process. Much of my research relies on the understanding of crystal structures and the how changes in the structures may affect their physical and chemical properties and behavior.

13.     I am being compensated at a rate of $700 per hour for my work and reasonable expenses in connection with this matter. Nothing about my compensation is contingent upon the substance of my opinions, my testimony, or the outcome of this litigation.

14.     I have provided a summary of my education, work experience, honors, publications, patents, and presentations in my CV, attached to this report as Exhibit 1. Over the past four years, to the best of my recollection, I have provided deposition or trial testimony in the following cases: Bayer v. **Apotex**, (Court File T-2093-18), Canadian Federal Court; **Apotex** v. Abbott Labs., et al., No CV-09-391938, Ontario Superior Court of Justice; Bayer Inc. v. Cobalt Pharm. Co. & **Apotex Inc.**, (Court Files No. T-1379-13, T-1468-13, and T-1368-14), Canadian Federal Court; **ViiV Healthcare** v Teva (Court File No. T-1517-13), Canadian Federal Court; **ViiV Healthcare** v Apotex (Court File No. T-333-14), Canadian Federal Court; and **Apotex Inc.** v. Abbott Labs. Ltd., (Court File T-1396-07), Canadian Federal Court.

## II.     ASSIGNMENT

15.     I understand that ViiV alleges Gilead's bictegravir compound infringes certain claims of ViiV's U.S. Patent No. 8,129,385 under the doctrine of equivalents.

16.     I have been asked for my opinions about whether bictegravir is insubstantially different from dolutegravir from the pharmaceutical materials perspective of solid-state forms of the molecule. I understand that I should make this determination from the perspective of a person

of ordinary skill. I also understand that this determination is related to whether bictegravir infringes ViiV's patent under the doctrine of equivalents.

17.     It's my understanding that a person of ordinary skill in the art for this matter is a person or team of persons working as part of a multi-disciplinary drug development team with an advanced degree or degrees (Ph.D. / M.D.) in the relevant fields, which could include chemistry (for example, organic, synthetic, computational, pharmaceutical, or medicinal chemistry), biochemistry, biology, medicine, pharmacology, virology, pharmaceutics, and/or pharmaceutical sciences. This person or team of persons would have at least two years of practical experience in one or more of these relevant fields. This person or team of persons could also be someone with a lower degree level (e.g., a master's (M.S.) degree) in one of these disciplines, but with greater practical experience (e.g., at least four years). As needed in the course of the drug development process, this team would include persons of skill possessing combinations of these relevant qualifications as well as other people with whom the persons of ordinary skill in the art may consult. I agree with this proposed level of ordinary skill and have applied it for my work in this report.

18.     If I testify at trial in this matter I anticipate creating and using exhibits or demonstratives to assist my testimony and reserve the right to do so. I also reserve the right to provide a tutorial relating to the general topics contained within this report.

19.     I formed my opinions contained in this report based on the materials I have reviewed and relied upon (and cited herein) to date, as well as my years of training, experience, and education. I reserve the right to revise, supplement and/or amend my opinions in response to additional opinions expressed by ViiV's expert, rulings/opinions from the Court, or in light of

any additional evidence, testimony, or other information that may be provided to me after the date of this report (e.g., newly produced documents or published data), including at trial.

## III.    LEGAL STANDARDS

20.    I have been instructed that ViiV must prove infringement under its doctrine of equivalents theory by a preponderance of the evidence, which is a more-likely-than-not standard. ViiV must prove this on an element by element basis. I understand that to prove bictegravir is equivalent to the claimed invention, ViiV must show that bictegravir is insubstantially different from the claimed compound for the element(s) in question. I also understand that there is a function-way-result test for doctrine of equivalents that asks whether the element in question performs substantially the same function in substantially the same way to obtain substantially the same result.

21.    I understand that the function-way-result test has been considered less useful by courts for inventions in the chemical arts versus the insubstantial differences test. I agree with this and have used the insubstantial differences test for purposes of my analysis of whether bictegravir and dolutegravir have equivalent solid forms. However, as I note below, my opinions are unchanged regardless of whether the test is articulated as insubstantial differences or as function-way-result. I reserve the right to supplement my opinions should ViiV or the Court articulate a function-way-result analytical framework that differs from what I have presented here.

## IV.    TECHNICAL BACKGROUND

22.    Small molecule-pharmaceutical compounds in general can exist in two basic solid forms: crystalline and amorphous. Crystalline forms are characterized by having long-range molecular order in three dimensions in which the individual molecules are regularly arranged on a "lattice" framework that repeats in a regular motif. In other words, the atoms or molecules of

the crystal are arranged in a periodic and repeating pattern in three dimensions. This regular arrangement is so tight that it typically excludes molecules that will not allow the periodic three-dimensional order to persist (the source of purification by crystallization). The constraints on the positions, orientations, and conformations of the molecules in a given crystal form are strict and, except at transition points, only one form will be the most thermodynamically stable at a given condition, i.e. temperature and pressure.

23.     Amorphous solids are characterized by the absence of long-range order, i.e., they have random arrangements of individual molecules relative to the crystalline form. An amorphous material can be considered to consist either of an infinite number of possible molecular arrangements, or as a solid having no repeating pattern of molecular aggregation. By way of illustration, the following two-dimensional figures may assist one in understanding the nature of amorphous and crystalline solids:



24.     One can picture a classroom with rows of neatly arranged desks each with a student holding hands across an aisle and locking their feet in the legs of the desk in front of them as a two-dimensional analogy to a crystal lattice. If one tries to dislodge a desk by pulling

on one of the outside desks it is very difficult due to the interlocking. On the other hand, if the students randomly arrange their desks in the classroom so that not all students can hold hands and/or interlock their feet in the legs of the desks then not all of the linkages are formed. The resulting arrangement would be analogous to an amorphous solid. One can appreciate that pulling a given desk from the outside of the pack of the randomly situated desks and students (amorphous form) is easier than pulling one out of the interlocking and neatly organized desks (crystalline form).

### A.    Types of Crystals

25.    The starting point of a crystal is the molecule—the atoms, their bonding to each other, and the resulting three-dimensional shape. For compounds that can form crystals, these molecules will aggregate (crystallize) as the compound takes its solid form (often precipitating from an aqueous solution). Depending on their shape and constituent atoms, the molecules of a compound will aggregate in such a way so as to minimize free space between molecules and take the lowest energy arrangement. An illustrative example is the way certain chairs have an orderly way in which they can stack one on top of another with minimum free space between them. In this example the packing is constrained by the chairs' shape and gravity, while for molecules intermolecular attraction/repulsion takes the place of gravity.



26.     Similarly, molecules that can form crystals will (under certain conditions) pack together spontaneously in an orderly three-dimensional crystalline form. And once the molecules pack together in this preferred way, that defines the symmetry and arrangement of the "crystal" as it grows when more and more molecules aggregate (their "stacking" per the chair illustration).

27.     This arrangement of the aggregated molecules implicitly defines the "unit cell". A unit cell is the smallest part of a crystal structure that can then be repeated in three dimensions to build out the crystal structure. It contains all of the symmetry information, atomic positions, and dimensions which are associated with the molecular arrangement.

28.     Of course, molecules do not "know" they have a given unit cell. Rather their packing is a property of that molecule, regardless of how the unit cell is defined. By compiling enough unit cells together, it is possible to see the larger macroscopic shape resulting from the way the molecules are packing. For large crystals, the human eye (sometimes aided by microscope) can see the actual crystal shapes that form—the so-called morphology of the solid.

29.     As an example, below are crystals for two morphologies of acetaminophen and one of ibuprofen along with their predicted morphologies (calculated from the single-crystal X-ray data). The observed "flattened" ibuprofen shape (also shown in darker coloring as well as overlaying the predicted morphology) was formed experimentally instead of the "blockier" morphology predicted strictly from the unit cell and symmetry of the structure. This can sometimes happen depending on the nature of the crystallization conditions.



30.     The internal structure (called the crystal structure) of molecular crystals is determined by the position of the molecules relative to each other and extending in three dimensions. (*See* Itraconazole example below.)



Itraconazole

Unit Cell of Itraconazole

31.     Drugs are typically "molecular crystals", i.e., a crystalline structure composed of many individual molecules arranged in the regular array as described above. The crystal (and

10

more generally, solid-form) properties of a compound are often generally related to how that compound will perform as a drug, and are important to determine as part of a drug development process. For a "molecular crystal," within each molecule the atoms are joined by very strong "covalent" bonds (where the atoms share electrons). However, between the molecules, the forces at work are termed "non-bonded" interactions which impart a "lattice energy" that hold the molecules firmly in place in the crystal (e.g., hydrogen bonds, van der Waals, electrostatic). The progression from the molecular structure and coordinates to the packing of the unit cells to the macroscopic morphology is illustrated below for a polymorph of the compound acetaminophen.



32.    Crystals may consist of one or more types of molecules and have several variations. The most common are briefly described here:

33.    <u>Polymorphs</u>: Any arrangement of a given molecule that can repeat in three dimensions may be able to form a crystal. So, the same molecule may be able to exist in more than one crystal form. This means that even though the same atoms are connected to each other in the same way, the way the molecules aggregate in three-dimensions as they crystallize is different. These different crystal forms are called "polymorphs" of the compound and the phenomenon is called polymorphism. (Note: flufenamic acid polymorphs are shown below.) Different polymorphs of the same compound can have very different properties, even though the

chemical formulas as drawn in traditional line-and-stick structures are identical. For a given molecule under given conditions (e.g. temperature), one polymorph will be the most physically stable. If a less favorable packing produces a less stable or meta-stable form, it may convert to the more stable form.



34.    Hydrates: Molecules can co-crystallize with other molecules, the most common example of which is water. All of the constraints of periodicity apply but together the molecules can sometimes pack more efficiently than they do individually. For example:



= water molecule

= drug molecule

35.    Hydrates may also exhibit polymorphism. For the packing diagram for cephradine dihydrate (shown below), notice that the water molecules are as symmetrically present in the lattice as the drug molecules. Hydrates (and solvate crystals with solvents other than water) are sometimes referred to as pseudo-polymorphs because they are polymorph-like. But they are not technically polymorphs because they contain molecules other than the compound itself in the

crystal structure, i.e., water. Hydrates are typically physically stable over some range of exposure to moisture (i.e. relative humidity) and will become unstable outside the range.



36.    <u>Salts</u>: When a drug molecule can form an ion, i.e. if it can be charged, it may interact with an oppositely charged counter ion to form a salt. For acidic drugs, most commonly the counter ion is an inorganic atom like sodium (Na+) or calcium (Ca++) or small organic cations. When such ionized species are brought out of solution, they may form crystals or precipitate as a partially amorphous solid. In a crystal the ions are in precise arrangements, and the salt may also form polymorphs and/or hydrates within the constraints described above (Note: the crystal structure for sodium naproxen is shown below).



37.    In contrast, when an acidic molecule does not form an ion, that is, has no inorganic counter ion but instead has all its hydrogens (i.e., all acidic groups are protonated), it is

called the "free acid" form of the compound. For example, ibuprofen is a molecule that can exist in a free acid and sodium salt form, as shown below.



**B.     Crystal Forms and Pharmaceuticals**

38.     Crystalline forms are important in the pharmaceutical industry because substantial differences in chemical and physical characteristics may arise with changes in the solid-state form. These differences can affect the manufacturability, performance, and/or quality of the drug product.

39.     The search for new crystalline forms has therefore become a significant part in the development of new pharmaceutical products. Solid form screening for a given compound can involve hundreds (or maybe thousands for high throughput screening) of experiments performed over many months or even longer. The outcome of these screens is not predictable—different compounds can have differing numbers and types of crystalline forms.

40.     Solid form screening was not always an integral part of the drug development process. It was not until innovators recognized how polymorphs can potentially affect bioavailability, manufacturability, quality, and stability that they included solid form screening as part of the drug development process. Perhaps the most famous polymorphs that led to the inclusion of solid form screening in drug development were the polymorphs in the antiretroviral drug ritonavir (Norvir®). In 1998, a more stable, less soluble crystalline phase appeared in the formulation vehicle that resulted in dissolution failures of the soft gelatin capsules. Because the new polymorph was less soluble, the dosage form contained in the softgels no longer worked. The pharmaceutical product was withdrawn from the market because the manufacturing process

14

was no longer able to reliably produce the desired polymorph. The manufacturer later learned that the presence of a low-level impurity in the process had been inhibiting the formation of the most stable form. Once that impurity was no longer present, the most stable-and less soluble-form came out. Ritonavir had to be reformulated using the most stable polymorph and was then relaunched.

### C.   Analysis of Crystal Structures

41.     The most common analytical tool for determining crystal structures is single crystal X-Ray Diffraction which, when possible, is the most accurate method for elucidating the internal structure of a crystal. In this method a single crystal with a suitable size is prepared. This crystal is then mounted on a stub and exposed to x-rays in an instrument that allows the crystal to be rotated while the x-rays that are reflected from the crystal are monitored at precise angles. Using radiation of approximately the same length as a carbon-carbon bond, the interference of the x-rays reflected from the regular array of atoms is captured. The resulting data is analyzed to determine symmetry, unit cell dimensions and angles, and the location (coordinates) of each atom in the crystal relative to the other atoms, thus enabling a three-dimensional determination of the crystal structure.

42.     An analogy for x-ray scattering is found in the way water waves from stones thrown in a pool generate ripples that interfere when they cross. The crossing (interfering) waves may intersect such that they combine to create larger waves (constructive interference) or they

may cancel each other out, in part or in whole (destructive interference). By analyzing the resulting patterns, the positions of the atoms in the crystal may be determined.

 

43.     A single crystal X-ray structure allows for several different ways to compare two compounds' crystals. For example, the single crystal structure can be used to build a unit cell and show the aggregation of molecules in larger and larger quantities, called packing diagrams. The creation of this superstructure of molecules provides a way to visually identify similar and different crystal structure packing patterns. A single crystal X-ray structure also allows for the calculation of morphologies that (as I noted above) can be visually compared along with experimentally determined morphologies. A single crystal X-ray structure also allows for the calculation of a powder X-ray pattern for purposes of comparison that I discuss more fully below.

44.     The single crystal x-ray structure also allows the identification of what is called the space group for crystal form. A space group is a means of classifying the symmetry of a compound's crystal structure into a limited number of possible arrangements for objects in three-dimensional space. Space group notation captures the translational symmetry elements of the

16

molecule and describes how its position relates to those of the other molecules in the crystal structure.

45.     Looking back at my example of students in a classroom at their desks, the space group would be a shorthand that tells you how the desks (molecules) in the room are arranged, e.g. straight rows vs diagonally, and whether the desk next to you in the classroom was facing forwards, backwards, or otherwise.

46.     Powder x-ray diffraction ("PXRD," or sometimes XRPD) data are related to the single crystal x-ray structures. Diffraction from a powder of many crystallites (little crystals) produces a fingerprint called a "diffraction pattern." A PXRD pattern can also be calculated based on the single-crystal X-ray structure using commonly available programs such as Mercury (CSD 4.2.0 Build 257310, Copyright CCDC 2001-2019). This allows unambiguous identification of a form once the single crystal structure is known. It also provides an ideal method for detecting changes and differences in and between structures.

47.     PXRD patterns are generated experimentally by testing crystalline powder, ground or unground, exposing the sample to x-rays and measuring again how the sample diffracts the X-Rays. The PXRD analysis of the sample produces a pattern of peaks corresponding to the sample's diffraction of the X-Rays, plotted as the intensity on the Y-axis and the angle of diffraction (2Θ or 2-theta) on the X-axis. Below is an example of a PXRD pattern for the gamma-polymorph of indomethacin.

17



## V.   COMPARING CRYSTAL STRUCTURES

48.     Crystallographers and materials scientists, in an attempt to categorize crystal structures, have adopted some definitions to reflect levels of similarity in structure. One way scientists can identify two crystal structures as being similar is by describing them as "isostructural crystals."

49.     The IUCr (International Union of Crystallography) defines isostructural crystals as follows: "Two crystals are said to be *isostructural* if they have the same structure, but not necessarily the same cell dimensions nor the same chemical composition, and with a 'comparable' variability in the atomic coordinates to that of the cell dimensions and chemical composition. For instance, calcite $CaCO_3$, sodium nitrate $NaNO_3$ and iron borate $FeBO_3$ are isostructural." (Online Dictionary of Crystallography, available at http://reference.iucr.org/dictionary/Isostructural_crystals). The "comparable variability" refers to the possibility of different chemical compositions changing the size of the molecule and

18

interactions that may change the unit cell parameters, while maintaining the similar relative packing arrangement

50.     However, this "definition" is very general and reflects the casual way in which the phrase "isostructural crystal" is often used by persons of skill. A similar but somewhat more restrictive term is "isomorphous crystals," which the IUCr also defined. "Two crystals are said to be isomorphous if (*a*) both have the same space group and unit-cell dimensions and (*b*) the types and the positions of atoms in both are the same except for a replacement of one or more atoms in one structure with different types of atoms in the other (*diadochy*), such as heavy atoms, or the presence of one or more additional atoms in one of them (*isomorphous addition*)." (Online Dictionary of Crystallography, available at http://reference.iucr.org/dictionary/Isomorphous_crystals).

51.     But again, other than the requirement of the same space group, the definition of isomorphous is a general description of similarity in structure. There are, however, logical methods a person of skill can use for comparing crystal structures in order to determine their similarities and differences.

52.     For example, the most direct method is observing the way that the molecules of the compound aggregate when forming a crystal in the form of packing diagrams. This means building out multiple unit cells and creating packing diagrams of the crystals which, if the crystal structures are in fact substantially similar, would reveal similar patterns and motifs in how the molecules aggregate. See, e.g., Gülsüm Gündoğdu et al, *Structure determination of two structural analogs, named 3-[1-(2-fluoro-4-biphenyl)ethyl]-6-(4-fluorophenyl)-1,2,4-triazolo[3,4-b]-1,3,4-thiadiazole ($C_{23}H_{16}F_2N_4S$) and 3-[1-(2-fluoro-4-biphenyl)ethyl]-6-(4-*

19

*chlorophenyl)-1,2,4-triazolo[3,4-b]-1,3,4-thiadiazole (C$_{23}$H$_{16}$ClFN$_4$S) by synchrotron X-ray powder diffraction*, 32 Powder Diffraction 279 (2017).

53.     A packing diagram like this can be examined at different levels. For example, at the first level one can compare the three-dimensional structures derived from the single crystal X-ray structures. This allows identification of the overall packing arrangements for each and a direct comparison. Packing can also be looked at in two-dimensions by identifying layers in the packing diagram. Molecules exhibiting the same packing arrangement in two dimensional layers is another level of similarity. Such "layers" are common in the crystal structures of small-molecule molecular crystals. Finally, molecules exhibiting the same packing arrangement in one dimension is the next level of similarity. Such "chains" may combine to create layers. Note that even if the chain motif is the same between two crystal structures, those two compounds may form different layer structures, e.g. they may be in alternating directions in one layer but the same direction in the other layer of another structure.

54.     Another way to examine the similarities and differences between crystal structures is with PXRD. PXRD patterns are often used to establish if different samples of a substance have the same crystals structure, i.e. they show whether two crystal structures are similar (or identical) or different. Having an exact 1:1 match of peaks in both number and location is indicative that two crystal forms are, in fact, identical. However, having the same peaks but in slightly shifted locations would be indicative of two crystal structures that are not identical but are similar or related (assuming no experimental artifacts). The degree of overlap in the number of peaks and amount of shifting of those peaks is one indication of the degree of similarities or substantial differences between the structures.

55.     Packing motifs are not the only property that determines the PXRD pattern, the molecular properties, composition, size, and symmetry also contribute. Crystal structures with similar layer motifs but differences in the third dimension may also give rise to differences in the PXRD patterns yet retain similarities in layer dependent peaks.

56.     As an example, I have put the powder x-ray diffraction patterns for five isomorphous crystalline salts of Maleic acid in the figure below. A. Briceño et al, *Synthesis and X-ray powder diffraction data of transition metal derivatives of maleic acid. I. $M^{2+}(C_4H_3O_4^-)_2 \cdot 4H_2O$ ($M^{2+}$ = Mn, Fe, Co, Ni, and Zn)*, 17 Powder Diffraction 139, Figure 1 (2002). A person of skill can see in these patterns a one to one match of peaks with only small differences in location at higher angles corresponding to the different sizes of the counter ions.



57.     As noted in the definitions above, isostructural and isomorphous crystals can have different chemical compositions—meaning different chemical formulas—including different numbers and types of atoms. For example, the pair of statins, lovastatin and simvastatin, are reported isostructural crystals. The compounds have different chemical compositions, as seen below. Simvastatin has an additional methyl group not found in lovastatin. Jan Čejka et al, *Simvastatin*, Acta Cryst. C59, o428-30 (2003). They also both have the same space group—$P2_12_12_1$. (Cambridge Database reference codes EJEQAL02 for simvastatin; CEKBEZ for lovastatin.)



58.     The similarities between their crystal structures is also apparent when examining their two-dimensional layers. The layers of the two structures (simvastatin on the left and lovastatin on the right) are shown below and are almost superimposable.

22

59.     The substantial similarity between simvastatin and lovastatin is also reflected in their PXRD patterns. The simulated PXRDs are overlaid below. Simvastatin is the blue set of peaks and lovastatin is the red set of peaks. The PXRDs show very similar looking patterns having a nearly 1:1 peak correspondence in lower regions with somewhat displaced peak positions. This is consistent with substantially similar packing motifs but different overall chemical compositions.



60.     One can also more directly compare the packing motifs associated with the peaks in the PXRD pattern and thus confirm or refute the correspondence of the some of the sequential peaks in the two structures. The lower angle peaks are associated with the largest spacings in the lattice and as such are often associated with layers in the structure. Below are packing diagrams for both simvastatin and lovastatin for each of the first four peaks and one later peak to illustrate the point.

61.     These diagrams were created in Mercury (CCDC) using the CCDC-deposited EJEQAL02.cif for simvastatin and CEKBEZ.cif for lovastatin. The powder patterns were calculated for both structures (as shown above) and the first three unique peaks were identified.

23

The plane corresponding to the peaks' index from each structure were created and the respective structure viewed parallel to the direction of the plane in order to view the layer structure around it. In the diagrams that follow, the unit cells for each are shown in the white/green/red colors and the specific plane is labeled with the respective indices used to pick the directions for comparison. As can be seen in the yellow box annotations I have added, the packing motifs at each peak show significant similarities for the two compounds when looking at the packing diagrams corresponding to these peaks—they are almost superimposable over each other. Simvastatin is on the left and lovastatin the right in each diagram.

62.     1st Peak 7.63 and 7.97 °2θ, respectively



63.     2nd Peak 9.29 and 9.48 °2θ, respectively



64.     3rd Peak 10.58 and 10.2 °2θ, respectively



65.     4th Peak 11.24 and 10.96 °2θ, respectively. I have added the red ovals to highlight

motifs common to both structures.



66.     Peaks at 29.3 and 29.8 °2θ, respectively



## VI.    BICTEGRAVIR AND DOLUTEGRAVIR ARE DIFFERENT IN THEIR ABILITY TO CRYSTALLIZE IN MULTIPLE FORMS

67.     Bictegravir and dolutegravir are substantially different chemical structures

resulting, in part, in the formation of substantially different crystal structures. A person of skill

can see the substantial differences in how bictegravir and dolutegravir form crystal structures in a

number of ways (that I will go through in the course of my report). One way is in the significant

difference in the number of types of forms that each take. In other words, BIC and DTG substantially differ in their abilities to crystallize in multiple solid forms.

68.     The physical-chemical properties of a molecule are central to that molecule's ability to crystallize, in one or many different forms. Molecules, when forming solids, seek the most efficient way to pack. Some molecules find a balance between their geometry and the energy involved in packing to such a high degree that they settle into a single stable observed form and no other preferred form. Other compounds may have many different forms with different packing motifs but that are energetically very similar, and therefore result in multiple polymorphs being observed (of differing stabilities).

69.     As an example, the stacking chairs in my example above have only one readily accessible way to stack together. In contrast, a rectangular lego block can conveniently stack and connect to others of its type in multiple different ways.



70.     Therefore, the ability to crystallize in more or fewer forms is reflective of fundamental characteristics of the molecule. And the fact that bictegravir and dolutegravir have exhibited significantly different abilities to crystallize as polymorphs and hydrates is a substantial difference between them.

71.     



72.     Dolutegravir also has free acid and salt forms. However, ██████████ ██████████, ██████████████████████████████ ██████████████████████████ ██████████████████████████. The Cambridge Crystallographic Data Centre database search did not produce any crystal structures for a free acid form of dolutegravir. The CCDC is the primary repository for organic small molecule, molecular crystal structures, with over one million structures deposited, vetted and in standardized format. ██████████████████ ██████████████.

73.     Dolutegravir also exists in a sodium salt form (which is the commercialized form, as is the sodium salt of bictegravir). ██████████████████ ████████████████████ ██████████████. The deposited single crystal X-ray structure of dolutegravir sodium is the commercialized ████ CSD version 5.40, Refcode:KILNEA, cited from 56 J. Med. Chem. 5901−5916 (2013), entered in the data base as "integrase inhibitor used in the treatment of HIV" and the package insert lists "dolutegravir sodium" as the content in the tablets

for Tivicay. Tivicay Label Information available at

https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204790lbl.pdf.

74.    Other researchers have reported supposed additional solid forms of dolutegravir's

sodium salt, including additional polymorphs, hydrates, and even an amorphous form. None of

these present single-crystal X-ray data (nor have any such been deposited with CCDC). They

present only experimental PXRDs for these forms. U.S. Pat. No. 9,206,197; US20190023718A1;

WO2015092752A1; WO2015118460A1; WO2015138933A1; WO2015139591A1;

WO2016016279A1; WO2016102078A1; WO2017029642A2; WO2019048808A1;

IPCOM000238311 (https://priorart.ip.com/IPCOM/000238311). The patterns provided in these

references claiming new forms appear to show a range of behavior from patterns that appear to

be similar to DTG Na ███████████████████████ and amorphous material, as well as

potentially new forms.

75.    The result of these different screens and crystallization efforts shows that

bictegravir and dolutegravir show substantially different abilities to crystallize in multiple

different solid forms. ████████████████████████████████ ████████

████████████████████████ ████████████████████████

████████████████████████ ████████████████████████

███████████████████████████████ From this a

person of skill would conclude that these different molecules interact in substantially different

ways to form their solid phase, reflective of the fact these two compounds' chemical structures are not insubstantially different.

## VII.   BICTEGRAVIR AND DOLUTEGRAVIR STRUCTURES ARE NOT ISOMORPHOUS

76.   Another way a person of skill would identify whether two crystal structures are substantially similar is by determining whether they are isomorphous crystals. Under this test as well, bictegravir and dolutegravir are not insubstantially different because they do not form crystal structures that are isomorphous crystals.

77.   By the IUCr definition, isomorphous crystals have the same space group and unit cell dimensions. ███████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████   The reported space group for DTG Na is P1, which is triclinic. CCDC Refcode: KILNEA. The other polymorphic forms of DTG Na that have been disclosed (or alleged to exist by third parties) do not have reported space groups.

78.   ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

79.     What this difference tells a person of skill is that the molecular structures (geometry and interaction energies) are different relative to the isomorphous criteria. And therefore, under this method of comparing similarities, bictegravir and dolutegravir are not similar. The incorporation of an additional ring (the bridged structure) along with the different stereochemistry at one end and the addition of a fluorine to the benzyl terminal region results in ████████████████████████████████████████████████████████████ ████████ .

## VIII.   BICTEGRAVIR AND DOLUTEGRAVIR STRUCTURES ARE NOT ISOSTRUCTURAL

80.     The crystal structures of bictegravir sodium and dolutegravir sodium are not isostructural by the IUCr definition: "Two crystals are said to be isostructural if they have _the same structure_, but not necessarily the same cell dimensions nor the same chemical composition, and with a 'comparable' variability in the atomic coordinates to that of the cell dimensions and chemical composition" (emphasis added).

81.     A person of skill can see this from aggregating the unit cells into packing diagrams in order to facilitate visualizing the differences in the resulting structural motifs. The unit cell, as noted above, is the smallest repeating unit of the crystal structure and stacked in three dimensions, called a packing diagram, shows the packing motif(s).

82.     To generate these packing diagrams, I did the following. I took the data files for bictegravir and dolutegravir (.cif files). ███████████████████████████ ; CCDC Refcode: KILNEA. I loaded those into Mercury (CSDS) ███████████████████████████ ████████████████████████████████████████████████████████████ I then expanded the unit cell of each structure in three dimensions to get approximately the same

number of molecules in each figure (approximately 30). I then oriented the structures in the ways described below to create different perspectives from which to compare the packing motifs between the two crystal structures.

83.     Because most small organic molecules exhibit some degree of layering the comparison is largely between layers (and/or chains) in the crystal structures to reveal dominant structural motifs and allow assessment of the differences and similarities. Also, neither structure exhibits significant intermolecular hydrogen bonding and the lack of a dominant intermolecular hydrogen bonding network outside the dimer means that the differences in the geometry of the molecules should play a larger role in directing the packing motifs.

84.     Below are screen shot images showing the packing motifs for bictegravir sodium and dolutegravir sodium crystals oriented along comparable axes, the a-, b-, and c-axes. In each instance, BIC Na is the top image and DTG Na the bottom.

85.     Down the a-axes





86.    Down the b-axes





87.    Down the c-axes





88.    In each of these views down their respective axes, it is readily visually apparent that bictegravir's packing motifs and structure are extremely different from that of dolutegrtavir.

For example, there are no similar repeating motifs within the diagrams that a person of skill would identify between BIC and DTG. Nor are the diagrams remotely superimposable one over the other, as can be seen with simvastatin and lovastatin. But even more simply, the patterns visually bear little similarity to each other at even a gross level of comparison. The differences in their chemical structures are substantial enough that the molecules form very different crystal structures when viewed in this fashion.

89.     I also selected views that showed the packing from directions not necessarily along the same unit cell axes to assess the packing motifs as fully as possible. This is because in different structures with different space groups, the coincident cell directions may not reflect the most similar packing arrangements. There are 9 total (non-degenerate) comparisons available. I have put the remaining six below.

90.     Here is the view along bictegravir's a-axis and dolutegravir's b-axis. ████████ ███████████████████████████████████████████████████████ the specific packing motifs bear no visual similarities. Also, the differences in their molecular structures results in ██████████████████████████████████ the DTG Na lacks the interaction along the b-axis resulting in a chain structure in the a direction



Bic Na- left, DTG Na- right
Down the a axis, b axis respectively

91.     Here is the view along bictegravir's a-axis and dolutegravir's c-axis. Here I rotated the bictegravir a-axis perspective to orient the columnar aspect horizontally to compare with dolutegravir. But as with the (a) to (b) comparison, these views show no common repeating motifs, are not superimposable, and bear no visual similarities with respect to their packing structures.



92.     Here is the view along bictegravir's b-axis and dolutegravir's a-axis. Of note with comparison's in this BIC b-axis orientation here and below, ███████████████ ██████████████████ DTG molecules in flat layers. None of the dolutegravir packing

diagrams show



93. Here is the view along bictegravir's b-axis and dolutegravir's c-axis.



94.     Here is the view along bictegravir's c-axis and dolutegravir's a-axis.



95.     Here is the view along bictegravir's c-axis and dolutegravir's b-axis. While DTG shows a variety of (broadly speaking) vertical columnar motifs in the (a) and (b) axis noted in this and the prior paragraph,



96.     Regardless of how one orients and compares the molecules, they show significant differences in their packing diagrams. The diagrams are visually strikingly different in their patterns, there are no repeatable common motifs between them at any significant level of detail, and they are not superimposable. What is readily apparent from each of these different ways to compare the two crystal structures is that bictegravir and dolutegravir form substantially different crystal structures.

## IX.    DOLUTEGRAVIR AND BICTEGRAVIR HAVE DIFFERENT MORPHOLOGY

97.     Morphology refers to the macroscopic external shape of the crystal as it grows. The shape of a crystal can be estimated and predicted using the unit cell dimensions and "growing" them according to a well-established relationship, BFDH (bravais-friedel-donnay-harker)—a simple morphology calculation available in Mercury (CCDC). In those shapes, it is possible to see the manifestation of the similarities and differences between the crystal structures. These simulated morphologies can be affected by the environment and rates at which the crystals grow in experimental situations. However, the unit cell parameters and space group symmetry will always be manifest.

98.     These predicted morphologies of bictegravir and dolutegravir are another way to see how substantially different they are. The morphology is the manifestation of the different faces and angles between those faces that exist (and dominate) in the course of the crystals growth. The predicted morphologies shown below reflect how the different compounds grow, meaning what faces and angular features are observed according to this calculated method. ███

████████████████████████████████████████████████████████

████████████████████████████████████████████ the blockier

morphology for the dolutegravir sodium is consistent with a more uniform relative growth of all of its faces



99.    A person of skill can also see the substantial differences in DTG and BIC visually in their experimentally determined morphologies. The different morphologies reflect the different growth characteristics of the compounds, some of which can be influenced by the conditions. The pictures below are ███████████████████████████████████ █████████ and ████████████████████████████████ ████████████████████████████████████████ ██ ██████████████ however, this does not present any issues of note as the laws of crystal geometry hold (e.g. the law of the consistency of interfacial angles). These pictures show how significantly different the BIC and DTG morphologies are when crystals were grown. ██



## X.    POWDER X-RAY DIFFRACTIONS OF BICTEGRAVIR AND DOLUTEGRAVIR ARE SUBSTANTIALLY DIFFERENT

100.    As I described above, a single crystal X-ray can be used to calculate a powder X-ray diffraction plot using available computer programs. I used Mercury (CSDS). The PXRD is a 2-D representation of the 3-D structure from the single-crystal X-Ray structure. A comparison of PXRDs is another way in which a person of skill can analyze whether two crystal structures are substantially similar. For example, two crystal structures could have close to a 1:1 correspondence of peaks—meaning they have same peaks, albeit perhaps shifted, representing similar motifs in the lattices—similar to what is seen for simvastatin and lovastatin.

101.    A person of skill can see the substantial differences between the PXRDs of bictegravir and dolutegravir crystalline forms. Below I have created an overlay of the calculated PXRD for bictegravir sodium and dolutegravir sodium (Form I as deposited with CCDC).

102.    These calculated PXRDs were generated in Mercury by loading the CIF file, packing the unit cell, and clicking on the "powder button" to generate the PXRD pattern. I saved the resulting pattern as a .xye (diffraction angle, relative intensity, error) file that can be opened

by Excel and plotted within Excel to generate the intensity versus angle plot shown above. Files:

KILNEA.cif, █████████████   KILNEA.xye, ███████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

103.    The overlay shows they are substantially different in their underlying crystal

structures. There are major peaks that are not in common to both patterns-for both BIC and

DTG's sodium salts. For example, ███████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████ The table below was created from identifying the

unique peaks determined by comparing the positions calculated from their respective single

crystal X-ray structure data. It lists peaks present in dolutegravir sodium absent in bictegravir sodium in the left-hand column and peaks present in bictegravir sodium absent in dolutegravir sodium in the right-hand column. In total there █████████████████████████████████

██████████████████████████████



104.     The differences in their crystal structures are manifested in the PXRD's through the differences in the peak positions, which reflect the differences in the molecular packing arrangements of the two compounds.

105.     Similar to the analysis of the packing of simvastatin and lovastatin, I also analyzed the packing motifs associated with the peaks in the patterns of the bictegravir sodium and dolutegravir sodium PXRD (BIC Na is on the left in each instance, and DTG Na is on the

right). The peaks are not necessarily sequential, for example ████████████████

████████████████████████████████████████████████

████████ The 2-theta values for the peaks compared are given in the text. (Note both compounds have an aromatic ring, but dolutegravir sodium's is displayed in the Kekule' resonance formalism and the bictegravir sodium in alternating double bonds.) The packing diagrams, showing the outline for the unit cell of each, are shown in the figures below, along with the plane parallel to which the diagram is oriented (green line).

106.    First comparison orientation 1, Peaks at ████████ 6.40 °2θ, respectively. These are also the peaks appearing first in each calculated PXRD pattern.



107.    First comparison orientation 2, Peaks ████ and 6.40 °2θ, respectively. The packing was compared again following rotation to a second orientation still looking parallel to the two peak identified planes.



108.    Contrast this with the same exercise that I did above using the isostructural crystals of simvastatin and lovastatin. There, there was a clear correspondence between the peaks as seen in the almost-superimposable similarities between their packing motifs. Here, the packing motifs are not superimposable, do not show any similar repeating motifs within the diagram, nor do they show any significant large-scale visual similarity between them, in either orientation. One clear and significant difference is the alignment and orientation of the benzyl groups as between them. In orientation 1, the dolutegravir benzyls orient face-on where the ████████████████████████████████ Something nearly opposite shows in orientation number 2. These distinct and substantial differences in packing motifs are present in the remaining peak comparisons that I did below.

109.    Second comparison, Peaks ▮▮▮ and 9.34 °2θ, respectively



110.    Third comparison, Peaks ▮▮▮ and 10.89 °2θ, respectively



111.    Fourth comparison, Peaks ▮▮▮ 16.53 °2θ, respectively. These peaks are at higher angles but are well resolved and have a similar position. Therefore, I compared them as well. The stark differences in their packing motifs as seen below makes evident that those peaks do not correspond or show a similarity in crystal structure.



112.    The packing diagrams confirm what a visual comparison of the PXRDs revealed—that the two powder patterns are substantially different without corresponding peaks, reflecting the substantially different crystal structures of bictegravir and dolutegravir.

## XI.    OTHER FORMS OF DOLUTEGRAVIR SODIUM

113.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



114.     Similarly, I evaluated the PXRD patterns and data from other patents claiming

forms of dolutegravir sodium (solvates/hydrates were eliminated if stated in the patents or based

on the supporting data) and visually compared them with bictegravir sodium. No single crystal

structure data were available. Therefore, I visually compared the available experimental PXRDs

to the calculated bictegravir sodium PXRD. The specific forms that I compared were

US20190023718A1 form L9; WO2015118460A1 forms M2, M3, M4; WO2015138933A1 forms

V, VI, VII, VIII, IX, XI; WO2015139591A1 Figures 1, 6, 10, 27; WO2019048808A1 Figures 1,

27. The comparison of the bictegravir sodium PXRD pattern with all of the patterns of these

forms from the patents shows substantial differences in each case. *See* Exhibit 2.

115.     For purposes of completeness, I did a similar visual analysis of the PXRDs for the

multiple free acid forms of bictegravir to the single reported free acid form of dolutegravir. There

was a similar lack of similarity. See Exhibit 3. I used calculated PXRDs where available, and experimental PXRDs if no single crystal X-ray structure was available.

## XII.   FUNCTION WAY RESULT

116.    As I noted above, I understand that in addition to the test of "insubstantial differences," ViiV can apply the function-way-result test. My opinions are unchanged whether the test is articulated as insubstantial differences or function-way-result. The result in question is the formation of specific crystal structure solid forms, which as I note throughout my report are not substantially the same.

January ___, 2020                         Kenneth R. Morris

49

Exhibit 1



**CURRICULUM VITAE**
**KENNETH R. MORRIS**
 PharmMatSci L.L.C.
Brooklyn, NY 11217
808-333-7553

**STATEMENT OF RESEARCH INTERESTS**

The majority of my research is in the emerging discipline of Pharmaceutical Material Science.  This area can be described as the study of the impact of the physico-chemical properties of formulation components on the performance of the final pharmaceutical dosage form.  These properties include:  particle size, shape, surface area, and charge; crystal structure, lattice energy, forms (i.e.: polymorphs and hydrates), morphology; relative crystallinity (and amorphous content); hygroscopicity; and solubility.  These properties affect powder flow, mixing, compaction, and physical stability, which, in turn, determine the dosage form performance.  Changes in these critical properties that occur during processing can, therefore, alter dosage form performance.  A focus of our research is the use of advanced analytical techniques to follow these properties throughout the manufacturing process.  The techniques include: powder and single crystal x-ray diffraction, differential scanning calorimetry, thermal gravimetric analysis, mid and near diffuse reflectance Fourier transform infra-red spectrophotometry, dielectric spectroscopy, and molecular and crystallographic modeling.

**EDUCATION**

Ph.D., University of Arizona, January 1988, in Pharmaceutics, thesis title; Solubility of aromatic compounds in mixed solvents.

M.S., University of Arizona, August 1986, in Pharmaceutical Chemistry, thesis title; The solubility of hydrophobic pollutants in water-cosolvent mixtures.

M.S. course work completed, University of Georgia, 1981-1984, in Physical Chemistry.

B.S., Eastern Michigan University, April 1978, dual major in Chemistry and Aquatic Biology.

**WORK EXPERIENCE**

<u>Director of the Lachman Institute for Pharmaceutical Analysis and University Professor,</u> College of Pharmacy, LIU, Brooklyn, NY August 2015-

<u>Professor and Chair</u>- Pharmaceutical Science, College of Pharmacy; University of Hawaii at Hilo, HI 96720; 2011-2015

<u>Professor -</u> Pharmaceutical Science, College of Pharmacy; University of Hawaii at Hilo, HI 96720; 2008-2011

<u>Professor (by courtesy)</u> – Department of Chemical Engineering; Purdue University; West Lafayette, IN; 2005-present

<u>Professor</u> – Department of Industrial and Physical Pharmacy; Purdue University; West Lafayette, IN; 2002-2008.

<u>Associate Department Head</u> - Department of Industrial and Physical Pharmacy; Purdue University; West Lafayette, IN; 2001-2008.

<u>Associate Professor</u> - Department of Industrial and Physical Pharmacy; Purdue University; West Lafayette, IN; 1997-2002.

<u>Principal Investigator</u> - Head of Preformulation and Analytical Chemistry Groups; Bristol-Myers Products Research and Development; Hillside, New Jersey; 1995-1997.

<u>Senior Research Investigator III</u> - Head of Preformulation Group; Bristol-Myers Products Research and Development; Hillside, New Jersey; 1993-1995.

<u>Senior Research Investigator II</u> - Physical Pharmacy Group; Pharmaceutical Research and Development; Bristol-Myers Squibb Pharmaceutical Research Institute; New Brunswick, New Jersey; 1992-1993.

<u>Senior Research Investigator I</u> - Physical Pharmacy Group; Pharmaceutical Research and Development; SQUIBB Institute for Medical Research; New Brunswick, New Jersey; 1990-1992.

<u>Adjunct Professor</u> Rutgers University School of Pharmacy – 1990-97

<u>Research Investigator</u> - Physical Pharmacy Group; Pharmaceutical Research and Development; SQUIBB Institute for Medical Research; New Brunswick, New Jersey; 1988-1990.

2

<u>Research Assistant</u> - Pharmaceutical Sciences; University of Arizona; Tucson, Arizona; 1984-1987.

<u>Associate Faculty</u>- Pima Community College; Tucson, Arizona; 1986.

<u>Chemist</u> - U.S. Environmental Protection Agency; Athens, Georgia; 1979-1984.

<u>Biological Technician</u> - Great Lakes Research Vessels; U.S.  Fish and Wildlife Service; Ann Arbor, Michigan; 1977-1979.

<u>Teaching Assistant</u>- Biochemistry Laboratory; Eastern Michigan University; Ypsilanti, Michigan; 1976-1977.

**UHH COURSES CURRENTLY TAUGHT**

PHPS 505	Pharmaceutics/Drug Action I
PHPS 506	Pharmaceutics/Drug Action II
PHPS 755	Advanced Pharmaceutics I
PHPS 756	Advanced Pharmaceutics II
PHPS 511	Pharmacokinetics I

**PRIMARY COURSES TAUGHT (Rutgers, Purdue)**

- Pharmaceutical Sciences Orientation, BSPS
- Pharmaceutics, PharmD.
- Advanced Pharmaceutics, Ph.D.
- Pharmaceutical Processes, BSPS, PharmD.
- Pharmaceutical Processes, Ph.D.
- Pharmaceutical Solids, Ph.D.
- Parenteral Products, selected topics, PharmD.
- GMP/QbD short courses, Industrial and FDA scientists
- Regulatory Science - PAT, executive MS
- Team teaching in Chemical Engineering processing courses

**VISITING PROFESSOR**

Institute of Pharmacy; Department of Pharmaceutical Technology; University of Innsbruck; Innsbruck, Austria, Summer – 2000.

**GRADUATE STUDENTS AND POST-DOCS**

### *College of Pharmacy, Long Island University, Brooklyn*
Ph.D. Co-advisor/Advisor: Ting Xu, Harsh Shah, Rushaben Sardhara, 2015-present

### *College of Pharmacy, University of Hawaii at Hilo*
Ph.D. Co-advisor: Susanne Youngren, Micah Glasgow, 2011-present

### *College of Pharmacy, Rutgers University*
Co-advisor (as adjunct professor) for two successful Ph.D. students. (1990-1997).

### *School of Pharmacy and Pharmaceutical Science, Purdue University*

Sumana Peneumetcha, Assessing The Contribution Of Secondary Relaxation Processes In Acrylate Polymers To Permeate Diffusion, July 2010

Xiahong Sheng, Drug Dissolution from Pregelatinized Corn Starch Capsules.  April 2008

Dave Engers, Microstructure Evolution and the Physical Stability of Amorphous Materials.  October 2007

Jeff Tan, Core-shell Potential-Derived Charges: A Detailed Analysis for Pharmaceutical Materials Science.  August 2007.

José Pérez-Ramos, Monitoring and modeling of film coating in a side vented pan coater using near-infrared reflectance spectroscopy, digital video imaging and computational methods.  2007

Abhay Gupta, Co-advised by Stephen R. Byrn, Ph.D. Enhancement of Pharmaceutical Solids by Engineered Plasticization.  December, 2004.

Peter Wildfong. Towards an Understanding of Mechanically Activated Solid State Phase Transformations in Small Molecular Organic Crystals. December, 2004.

Paul Findlay. Near Infra-Red Spectroscopic Monitoring Fluidized Bed Granulation:  Process and Control of Granule Strength.  August, 2003.

Wenjin Cao, Phrase Transformations under Compression.  August 2002.

Lori Hilden, Prediction of the Relaxation Behavior of Amorphous Pharmaceutical Compounds: Master Curves Concept and Practice. August 2002.

Jennifer Wang, Modeling of Adhesion in Tablet Compression.   May 2002.

Mingda Bi, Mechanism and Characterization of Eutectic Formation Upon. Compaction and Its Effects on Tablet Properties.   May 2002.

Carlos Ufret – PAT in Pharmaceutical Development, M.S., 1999

Tonglei Li, Fractal Analysis of Surface Roughness and Study of Etching Mechanism of Acetaminophen Single Crystals.  May 1999

Noemi Guma, Investigation of Film curing by Dielectric Analysis. 1997

Sean A. Evans, Dielectric Characterization of Model Frozen Systems Intended for Lyophilization.  April 1991.

**Advisory Committee Member** for twelve (15) other graduate students
*Post-doctoral Research Associates (co-advised ~10) sole advisees:*

Rahul Haware doctoral fellow 2010-2011

Shantha Amarashinge post doctoral fellow 2008-2009

Stephan Boerrigter post doctoral fellow 2003-2008

Jon Hilden, post doctoral fellow 2001-2002

Tonglei Li, post doctoral fellow 2000-2001

Ulrich Griesser, post doctoral fellow 1998-1999

James Hwang,  post doctoral fellow 1997-1998

## SCHOOL AND UNIVERSITY COMMITTEES

Chair – UHH Under Graduate Engineering Program Advisory committee
Chair - University Graduate Council – UHH
TPRC – tenure and promotion committee UHH
SPGC – student promotion and graduation committee UHH
Chair of multiple search committees – UHH
Numerous committees at Purdue University

**MEMBERSHIPS**

American Association of Pharmaceutical Scientists
American Crystallographic Association
American Chemical Society
American Institute of Chemical Engineers

**NATIONAL OFFICES AND APPOINTMENTS**

Member of FDA Pharmaceutical Science and Clinical Pharmacology Advisory Committee in the Office Pharmaceutical Quality (ACOMS), 2018-present.

Past Chair and member of FDA Advisory Committee for Pharmaceutical Sciences in the Office if Pharmaceutical Science (ACPS-OPS), 2004~2015.

Member of FDA ACPS-OPS Manufacturing Subcommittee of the Advisory Committee for Pharmaceutical Science, 2004.

Chair of Raw Materials Committee (E5502) for American Society for Testing and Materials, 2004-2005.

Special Government Employee of FDA (Advisor on issues of pharmaceutical development), 2004-present.

Member of FDA Process Analytical Technologies Subcommittee of the Advisory Committee for Pharmaceutical Science, 2002-2004.

Participant on FDA ACPS-OPS, 2001-2003.

Member of AAPS-FDA PQRI Bulk Drug Particle Size and Particle Characteristics Committee, 2000-2002.

Member of ad hoc National Cancer Institute Grant Review Committee, Bethesda MD, 1989.

**AWARDS AND HONORS**

2012 UHH-CoP Class of 2013 Pharmaceutical Science Teacher of the year

2010 Professional Achievement University of Arizona College of Pharmacy.

2009 UHH-CoP Class of 2012 Pharmaceutical Science Teacher of the year

2007 AAPS Fellow.  Awards ceremony scheduled for November 11, 2007 at the AAPS Annual Meeting & Exposition in San Diego, CA.

November, 2006 AAPS Outstanding Manuscript Award in Analysis and Pharmaceutical Quality for: Quantitative determination of polymorphic composition in intact compacts by parallel-beam X-ray powder diffractometry II. Data correction for analysis of phase transformations as a function of pressure.

2006 Best Paper Prize on Informatics, *International Journal of Computers and Chemical Engineering*, 2006

Sept. 2, 2004, Golden Acorn Award winner for Center of Excellence for the Institute for advanced Pharmaceutical Technology

2000-2002 - Purdue Research Foundation Grant Award: Study of eutectic formation on compaction.

1996/1997 Presidents Award, Bristol Myers Products R&D.

1994 Fred Simon Award for Best Paper in the PDA *Journal of Pharmaceutical Science and Technology* for:  A prediction of lyophile collapse temperature by dielectric analysis.

EPA Research Paper of the Year for S. W. Karickhoff and K. R. Morris, Impact of tubificid oligochaetes on pollutant transport in bottom sediments, 1987.

Outstanding Research Award, Environmental Protection Agency Environmental Research Laboratory, 1983.

## PATENTS

Methods of searching for solid forms and screening a sample according to its forms - with SSCI Inc. U.S. Patent 7,041,169 issued 5-9-06

## EDITORIAL AND REVIEWING ACTIVITES

Guest Editor *AAPS PharmSciTech,* Theme: Team Science and Education for Pharmaceuticals: the NIPTE Model. 2019

Member Editorial Board of the *Journal of Molecular Pharmaceutics*.

Former Member Editorial Board of the *Journal of Pharm. Sciences*.

Reviewer for *Journal of Pharmaceutical Sciences*.

Reviewer for *Pharmaceutical Research*.

Reviewer for *Crystal Growth and Design*.

Reviewer for *Journal of Pharmaceutical Technology Today*.

**PROFESSIONAL SOCIETY ACTIVITIES**

Leadership Team and Fellows Committee Chair, AAPS MSE section 2012-present

AAPS Fellows committee 2012-present

Member and chair AAPS PDD Awards Committee 2009-2010.

Member Planning Committee "AAPS Annual Pharmaceutical Technologies Conference at Arden House January 2004.

Member Planning Committee "AAPS Annual Pharmaceutical Technologies Conference at Arden House January 2003

Member Planning Committee "AAPS Conference on Pharmaceutics and Drug Delivery" April, 2002

Participant in AAPS Undergraduate Roundtable and AAPS Education Committee.

Member Program Committee for AAPS Annual Meeting 2002.

Chair AAPS PDD Awards Committee 2001-2002.

Joint FDA-IND workshop on Polymorphs in Pharmaceutics.

**Book Chapters**

1. Peter L.D. Wildfong, Rahul Haware, Ting Xu, and Kenneth R. Morris, "Processing of Organic Crystals" in Pharmaceutical Crystals: Science and Engineering, ed, Tongli Li, John Wiley & Sons, Inc., in press.

2. K. Morris, R. McCann, "Concepts in Quality by Design for Drug Development and Manufacture" Pre-approval Inspections, Ch. 7, Drugs and the Pharmaceutical Sciences series Vol. 181, Dekker, 2nd Ed, 2008.

3. F. Muzzio, K.R. Morris, J.L.P. Soh, R.J. McCann, "General Issues in the Scale-up of Solid Oral Dosage Form Manufacturing", Pharmaceutical Dosage Forms, ED. Hoag and Augsburger, Marcel Dekker,  3rd Ed. 2008.

4. G.E. Peck, J. L. P. Soh, K.R. Morris "Dry Granulation", Pharmaceutical Dosage Forms, ED. Hoag and Augsburger, Marcel Dekker,   3rd Ed. 2008.

5. S.M. Carl, D.L. Lindley, G.T. Knipp, K.R. Morris, E. Oliver, G.W. Becker and R.A. Arnold. Biotechnology Drug Product Development. Pharmaceutical Manufacturing Handbook, Editor S.H. Gad, John Wiley & Sons, New York, NY, Ch. 1.1, 2008.

6. E. Oliver, S.M. Carl, K.R. Morris, G.W. Becker and G.T. Knipp. Regulatory Considerations in the Approval of Follow-On Protein Drug Products. Pharmaceutical Manufacturing Handbook, John Wiley & Sons, New York, NY, Ch. 1.2, 2008.

7. Gregory Knipp and Ken Morris, States of Matter, Ch.2 in Martin's Physical Pharmacy and Pharmaceutical Sciences, 5th Ed. 2006.

**PUBLICATIONS**

1. Ajaz Hussain, Vadim Gurvich, Kenneth Morris, White Paper, Pharmaceutical New Prior Knowledge: Twenty-First Century Assurance of Therapeutic Equivalence, *AAPS PharmSciTech* (2019) 20:140

2. Harsh S. Shah, Kaushalendra Chaturvedi, Mazen Hamad, Simon Bates, Ajaz Hussain, and Kenneth Morris, New Insights on Solid-State Changes in the Levothyroxine Sodium Pentahydrate during Dehydration and its Relationship to Chemical Instability, *AAPS PharmSciTech* (2019) 20:39

**3.** T. Joshi, A. B. Singaraju, H.S. Shah, K.R. Morris, L.L. Stevens, R.V. Haware, Structure-Mechanics and Compressibility Profile Study of Flufenamic acid: Nicotinamide Cocrystal (2018), *Crystal Grow. Des., DOI:*10.1021/acs.cgd.8b00534

4. A. Jain, H.S. Shah, P.R. Johnson, A. Narang, K.R. Morris, R.V. Haware, (2018), Crystal Anisotropy Measurements to Decipher Structure-Mechanics Impact on Tableting Performance of Flufenamic Acid Polymorphs (2018), *Eur. J. Pharm. Biopharm.,* 132, 83-92

5. Ting Xu, Kajal Nahar, Rutesh Dave, Simon Bates, Kenneth Morris, Polymorphic Transformation of Indomethacin during Hot Melt Extrusion Granulation: Process and Dissolution Control, Pharm Res, 2018 May 10;35(7)

6. G. Joglekar, Q. Cai, P. DeLaurentis, L. Mockus, K. Morris, G. V. Reklaitis, A Workflow-Based Framework for Curating Product Analytical Data and Statistical Results for Lot Release, Journal of Pharmaceutical Innovation, https://doi.org/10.1007/s12247-018-9310-8

7. Radaduen Tinmaneea, Sarah C. Larsenb, Kenneth R. Morrisc, Lee E. Kirsch, "Quantification of gabapentin polymorphs in gabapentin/excipient mixtures using solid state13C NMR spectroscopy and X-ray powder diffraction", Journal of Pharmaceutical and Biomedical Analysis,  2017 Nov 30;146:29-36

8. Michael D. Clark, Kenneth R. Morris, and Maria Silvina Tomassone, "Correlation of Solubility with the Metastable Limit of Nucleation 2 Using Gauge-Cell Monte Carlo Simulations", LANGMUIR, 2017 Sep 12;33(36):9081-9090

9. Youngren-Ortiz, S.R., Hill, D.B., Hoffmann, P.R., Morris, K.R., Barrett, E.G., Forest, M.G., Chougule, M.B. "Development of Optimized, Inhalable, Gemcitabine-Loaded Gelatin Nanocarriers for Lung Cancer", *Journal of Aerosol Medicine and Pulmonary Drug Delivery,* doi: 10.1089/jamp.2015.1286, March 2017

10. Kondratyuk, T. P., Adrian, J. A. L., Wright, B., Park, E.-J., van Breemen, R. B., Morris, K. R., & Pezzuto, J. M. (2016). "Evidence supporting the conceptual framework of cancer chemoprevention in canines", *Scientific Reports*, *6*, 26500. http://doi.org/10.1038/srep26500, May 2016

11. Braun, D.E., Nartowski, K.P., Khimyak, Y.Z, Morris, K.R., Byrn, S.R., Griesser, U.J. "Structural Properties, Order-Disorder Phenomena, and Phase Stability of Orotic Acid Crystal Forms", *Mol. Pharmaceutics,* 13 (3), pp 1012-1029  DOI: 10.1021/acs.molpharmaceut.5b00856 Jan. 2016

12. Dave, V.S., Chanda, M. Sayles, M. Popielarczyk, M., Boyce, H., Bompelliwar, S.K., Bates, S., Morris, K.R., Haware, R.V., " Correlation of Structural and Macroscoic Properties of Starches with Their Tabletability Using the SM$^2$ Approach", *Journal of Pharmaceutical Sciences* Vol. 104 (11), pp. 3870-3882 DOI: 10.1002/jps.24601 July 2015

13. Hamad, ML, Engen, W. Morris, K.R., "Impact of hydration state and molecular oxygen on the chemical stability of levothyroxine sodium", *Pharmaceutical Development and Technology* Vol. 20 iss. 3 pgs.314-319 DOI: 10.3109/10837450.2013.862635 May 2015

14. Penumetcha, S. and Morris K.R., "Relaxation Kinetic Study of Eudragit® NM30D Film Based on Complex Modulus Formalism", AAPS PharmSciTech, January 2015.  DOI: 10.1208/s12249-015-0289-x

15. Boersen, N, Carvajal, M.T., Morris, KR, Peck, GE, Pinal, R., "The influence of API concentration on the roller compaction process: modeling and prediction of the post compacted ribbon, granule and tablet properties using multivariate data analysis", *Drug development and industrial pharmacy*; *Informa healthcare* pgs. 1-9, DOI: 10.3109/03639045.2014.958754 Sept. 2014

16. Susarla, R, Sievens-Figueroa, L, Bhakay, A, Shen, YY, Jerez-Rozo, JI, Engen, W, Khusid, B, Bilgili, E, Romañach, RJ, Morris, KR*, Michniak-Kohn, B., Dave, RN, "Fast drying of biocompatible polymer films loaded with poorly water-soluble drug nano-particles via low temperature forced convection", *International Journal of Pharmaceutics,* Vol. 455, Iss. 1-2, pgs. 93-103, DOI: 10.1016/j.ijpharm.2013.01.051 Oct. 2013.

17. Youngren SR, Mulik R, Jun B, Hoffmann PR, Morris KR, Chougule MB., "Freeze-Dried Targeted Mannosylated Selenium-Loaded Nanoliposomes: Development and Evaluation", *AAPS PHARMSCITECH,* Vol. 14 Iss. 3, pgs. 1012-1024, DOI: 10.1208/s12249-013-9988-3 SEP 2013.

18. Jeffrey S. Tan, Stephan X.M. Boerrigter, Raymond P. Scaringe, Kenneth R. Morris*, "Core-Shell Potential-Derived Point Charges", *Journal of Computational Chemistry,* 33(9), pages 950-957 DOI 10.1002/jcc.22920 April 5, 2012

19. Daniel Hu, Rahul V. Haware, Mazen L. Hamad, Kenneth R. Morris*, "Characterization of Critical Physical and Mechanical Properties of Freeze-Dried Freeze Dried Grape Powder for Development of a Clinical Patient Delivery System", *Journal of Nutrition*, Pharm Dev Technol online Feb 15, 2012.

20. Rahul V. Haware, Patrick R. Wright, Kenneth R. Morris, Mazen L. Hamad, "Data fusion of Fourier transform infrared spectral and powder X-ray diffraction patterns for pharmaceutical mixtures", *Journal of Pharmaceutical and Biomedical Analysis,* 56, pgs 944-949, DOI: 10.1016/j.jpba.2011.08.018. Dec. 15, 2011.

21. Rahul V. Haware, Paul Kim, Lauren Ruffino, Brian Nimi, Catherine Fadrowsky, Michael Doyle, Stephan X.M. Boerrigter, Alberto Cuitino, Ken Morris*, "Anisotropic Crystal Deformation Measurements Determined using Powder X-Ray Diffraction and a New *in situ* Compression Stage", *International Journal of  Pharmaceutics*, special issue on predictive

methods in *Pharmaceutical development*, 418(2) pgs. 199-206 (14 October 2011).

22. Bruno C. Hancock, Kenneth R. Morris*, Peter L.D. Wildfong, "A priori Performance Predictions in the Pharmaceutical Sciences", *International Journal of Pharmaceutics,* 418(2), pgs. 149-150. Oct. 14, 2011.

23. Mazen L. Hamada, Keith Bowman, Nathan Smith, Xiaohong Sheng, Abhay Gupta,  and Kenneth R. Morris, "*Multi-Scale Pharmaceutical Process Understanding: from Particle to Powder to Dosage Form"*, *Chemical Engineering Science*, special issue entitled "*Pharmaceutical Engineering Science – A Key for Tomorrow's Drug*", 65(21) Sp. Iss. SI p. 5625-5638, NOV 1 2010.

24. Hui, Li, Joseph G. Stowell, Kenneth R. Morris, Stephen R. Byrn, "Crystal Quality and Physical Reactivity in the Case of Flufenamic Acid (FFA)", *J. Pharm. Sci.,* 99(9) Pages 3839-3848 DOI: 10.1002/jps.22221 SEP 2010.

25. Jennifer Wang, Martha Davidovich, Devikant Desai, D Bu, M. Hussain, and Kenneth R. Morris, "Solid State Interactions of a Drug Substance and Excipients and their Impact on Tablet Dissolution: A Thermal-Mechanical Facilitated Processed-Induced Transformation or PIT", *Journal of Pharmaceutical Sciences*, 99(9): 3849-3862 SEP 2010.

26. Jun-Dong Park, Mi-Lim Ou, Kenneth R. Morris, Mathew R. Schwaller, "Comparisons of Rain Rate and Reflectivity between TRMM Precipitation Radar and Gosan S-Band Radar", *2010 IEEE International Geoscience and Remote Sensing Symposium Book Series: IEEE International Symposium on Geoscience and Remote Sensing IGARSS,* pgs. 4698-4700, DOI: 10.1109/IGARSS.2010.5649965, Published 2010.

27. Xiaoming Chen, Joseph G. Stowell, Kenneth R. Morris, Stephen R. Byrn, "Quantitative study of solid-state acid–base reactions between polymorphs of flufenamic acid and magnesium oxide using X-ray powder diffraction", *J. Pharm. and Biomed. Analysis*, 5(4) pages 866-874 March 11, 2010, DOI: 10.1016/j.jpba.2009.09.021.

28. Joshi, Vidya, Morris, Kenneth R., Byrn, Stephen R., Carvajal, M. Teresa, "Evaluation of the Use of E-a (Activation Energy) as a Quantitative Indicator of Physical Stability of Indomethacin Solvates: Methanolate and Tertiary Butyl Alcohol Solvate", *Crystal Growth & Design,* 9(8): 3359-3366 Aug 2009.

29. John M. Pezzuto, Venkat Venkatasubramanian, Mazen Hamad, and Kenneth R. Morris, "Unraveling the Relationship between Grapes and Health", *J. Nutrition*, on-line 7/22/2009, 139(9) pgs. 1783S-1787S DOI: 10.3945/jn.109.107458.

30. Tan, Jeffrey S., Boerrigter, Stephan X.M., Scaringe, Raymond P., Morris, Kenneth R., "Application of Error-Ranked Singular Value Decomposition for the Determination of Potential-Derived Atomic-Centered Point Charges", *Journal of Computational Chemistry,* 30(5):733-742 4-15- 2009.

31. Hilden, Jon, Bowman, Keith, Morris, Ken, Wang, Steve, Sprockel, Omar, Ennis, Bryan, "Note on the Interpretation of powder shear test data", *Powder Technology* (2008), 182, 486-492.

32. Hailemariam, L., Suresh, P., Akkisetty, V. P. K., Joglekar, G., Hsu, S-H., Jain, A., Morris, K., Reklaitis, G. V., Basu, P., and Venkatasubramanian, V. "Excipient Interaction Prediction: Application of the Purdue Ontology for Pharmaceutical Engineering (POPE)". In B. Braunscweig and X. Joulia (ed.), 18th European Symposium on Computer Aided Process Engineering, *Computer Aided Chemical Engineering Series*, 23, 85-90. Elsevier, Amsterdam (2008).

33. Wen, Hong, Morris, Kenneth R., Park, Kinam, "Synergic Effects of Polymeric Additives on Dissolution and Crystallization of Acetaminophen", *Pharmaceutical Research* (2008), 25(2), 349-358.

34. Soh, Josephine, L.P., Boersen, Nathan, Carvajal, M. Teresa, Morris, Kenneth R., Peck, Garnet E., Pinal, Rodolfo, "Importance of Raw Material Attributes for Modeling Ribbon and Granule Properties in Roller Compaction: Multivariate Analysis on Roll Gap and NIR Spectral Slope as Process Critical Parameters" *J. Pharm. Innovation* (2007), 2(3-4),106-124.

*31.* Engers, David A., Fricke, Molly N., Newman, Ann W., Morris, Kenneth R., "Triboelectric charging and dielectric properties of pharmaceutically relevant mixtures" *Journal of Electrostatics* (2007), 95(12), 2645-2656.

*32.* Wildfong, P.L., Morris K.R., Anderson, C.A., Short, S.M. "Demonstration of a shear-based solid-state phase transformation in a small molecular organic system: chlorpropamide" *J. Pharm. Sci.* (2007), 96(5):1100-13.

*33.* Li H, Stowell, J.G., He, X., Morris, K.R., Byrn, S.R., "Investigations on solid-solid phase transformation of 5-methyl-2-[(4-methyl-2-nitrophenyl) amino]-3-thiophenecarbonitrile**"** *J. Pharm. Sci.* (2007), 96(5):1079-89.

*34.* Wildfong, P.L., Hancock, B.C., Moore, M.D., Morris, K.R., "Towards an understanding of the structurally based potential for mechanically activated disordering of small molecule organic crystals" *J. Pharm. Sci.* (2006) 95(12):2645-56.

35. Hlinak, A.J., Kuriyan K., Morris, K.R., Reklaitis, G.V., Basu P.K., "Understanding critical material properties for solid dosage form design" *Journal of Pharmaceutical Innovation* 2006, 1, 12-18 (2006).

36. Engers, David A., Fricke, Molly N., Storey, Ryan P., Newman, Ann W., Morris, Kenneth R., "Triboelectrification of pharmaceutically relevant powders during low-shear tumble blending" *Journal of Electrostatics* (2006), 64, 826-835.

37. Romero-Torres, Saly; Perez-Ramos, Jose; Morris, Kenneth R.; Grant, Edward R., "Raman spectroscopy for tablet coating thickness quantification and coating characterization in the presence of strong fluorescent interference" *Journal of Pharmaceutical and Biomedical Analysis* (2006), 41(3), 811-819.

38. Miller, Ronald W.; Gupta, Abhay; Morris, K.R.; "Roller compaction scale-up" *Drugs and the Pharmaceutical Sciences* (2006), 157(Pharmaceutical Process Scale-Up (2nd Edition). 237-266.

39. Venkatasubramanian, Venkat, Zhao, Chunhua, Joglekar, Girish, Jain, Ankur, Hailemariam, Leaelaf, Suresh, Pradeep, Akkisetty, Pavankumar, Morris, Kenneth, Reklaitis, G.V., "Ontological informatics infrastructure for pharmaceutical product development and manufacturing", *Computers & Chemical Engineering* (2006), 30(10-12), 1482-1496.

40. C.-H Zhao, A. Jain, L. Hailemariam, P. Suresh, P. Akkisetti, G. Joglekar,V. Venkatasubramanian, G.V.Reklaitis, K. Morris, P. Basu, " "Towards Intelligent Decision Support for Pharmaceutical Product Development", *J. of Pharm. Innovation*, 1(1), pp.23-36 (2006).

41. Bates, Simon, Zografi, George, Engers, David, Morris, Kenneth, Crowley, Kieran, Newman, Ann, "Analysis of Amorphous and Nanocrystalline Solids from Their X-Ray Diffraction Patterns", *Pharmaceutical Research* (2006), 23(10), 2333-2349.

42. Morris, K.R., Venugopal, S., Eckstut, M., "Making the Most of Drug Development Data" *Pharmaceutical Manufacturing* (2005) Published online at www.pharmamanufacturing.com .

43. Qiu, Z., Stowell, J.G., Cao, W, Morris, K.R., Byrn, S.R. and Carvajal, M.T. "Effect of Milling on the Solid-state Maillard Reaction". *Journal of Pharmaceutical Sciences*. (2005) 94(11):2568-2580. Published online *Journal of Pharmaceutical Sciences* (November 2005).

44. Soto, Jessika Colon; Meza, Carlos Peroza; Caraballo, Wanda; Conde, Carlos; Li, Tonglei; Morris, Kenneth R.; Romanach, Rodolfo J., "On line non-destructive determination of drug content in moving tablets using near infrared spectroscopy" *PAT—The Journal of Process Analytical Technology* (2005), 2(5), 8-15.

45. Mao, C., Pinal, R. and Morris, K. R.,  "A Quantitative Model to Evaluate Solubility Relationship of Polymorphs from Their Thermal Properties " *Pharmaceutical Research* (2005), 22(7), 1149-1157  Published online *Pharmaceutical Research*  (22 July, 2005).

46. Gupta, A., Peck, G. E., Miller, R. W. and Morris, K., "Influence of the ambient moisture on the compaction behavior of microcrystalline powder undergoing uni-axial compression and roller –compaction:  a comparative study using NIR spectroscopy ".  *J. Pharm. Sci.*  (2005), 94(10), 2301-13.

47. Gupta, A., Peck, G. E., Miller, R. W. and Morris, K., "Effect of the variation in the ambient moisture on the compaction behavior of powder undergoing roller compaction and on the characteristics of tablets produced from the post-milled granules". *J. Pharm. Sci.*  (2005), 94(10), 2314-2326.

48. Wen, H., Morris, K., and Park, K., "Study on the interactions between polyvinylpyrrolidone (PVP) and acetaminophen crystals: partial dissolution pattern change".  *J. Pharm. Sci..*  (2005), 94(10), 2166-2174.

49. Qiu, Zhihui; Stowell, Joseph G.; Morris, Kenneth R.; Byrn, Stephen R.; Pinal, Rodolfo; "Kinetic study of the Maillard reaction between metoclopramide hydrochloride and lactose". *International Journal of Pharmaceutics* (2005), 303(1-2), 20-30.

50. Wildfong, Peter L. D.; Morley, Nicole A.; Michael D.; Morris, Kenneth R.; "Quantitative determination of polymorphic composition in intact compacts by parallel-beam X-ray powder diffractometry ll.  Data correction for analysis of phase transformations as a function of pressure". *Journal of Pharmaceutical and Biomedical Analysis* (2005), 39(1-2), 1-7.

51. Wen, H., Morris, K., and Park, K., "Hydrogen bonding interactions between adsorbed polymer molecules and crystal surface of acetaminophen". *Journal of Colloid and Interface Science*. (2005), 209(2) 325-335   Published online *J. of Colloid and Interface Sci (*10 May, 2005).

52. Gupta, A., Peck, G. E., Miller, R. W., and Morris, K. R., "Real-time near-infrared monitoring of content uniformity, moisture content, compact density, tensile strength and young's modulus of roller compacted powder blends".  *Journal of Pharmaceutical Sciences.*  94 (7) 1589-1597 (2005) Published online *J Pharm. Sci.* (27 May, 2005).

15

53. X. Chen, U.J. Griesser, R.L. Te, R.R. Pfeiffer, K.R. Morris, J. G. Stowell, S.R. Byrn, "Analysis of the acid-base reaction between solid indomethacin and sodium bicarbonate using infrared spectroscopy, X-ray powder diffraction, and solid-state nuclear magnetic resonance spectroscopy". *Journal of Pharmaceutical and Biomedical Analysis (*2005), 38(4), 670.

54. Romero-Torres, S., Pérez-Ramos, J., Morris, K. R. and Grant, E. R., "Raman spectroscopic measurement of tablet-to-tablet coating variability". *Journal of Pharmaceutical and Biomedical Analysis.* (2005), 38(2), 270-274.

55. Pérez-Ramos, J., Findlay, W. P., Peck, G., and Morris, K. R., "Quantitative analysis of film coating in a pan coater based on in-line sensor measurements". *AAPS PharmSciTech.* (2005), 6(1), E127-36.

56. Findlay, W. P., Peck, G., and Morris, K. R., "Determination of fluidized-bed granulation endpoint using near-infrared spectroscopy and phenomenological analysis". *Journal of Pharmaceutical Sciences.* 94 (3):604-612 (March 2005). Published online *Journal of Pharmaceutical Sciences (*21 January, 2005).

57. Wen, H., Li, T., Morris, K. R., and Park, K., "Dissolution Study on Aspirin and $\alpha$-Glycine Crystals" *J. Phys. Chem. B.* 108 (30):11219-11227 (2004).

58. Wen, H., Li, T., Morris, K. R., and Park, K., "How solvents affect acetaminophen etching pattern formation: Interaction between solvent and acetaminophen at the solid/liquid interface". *Journal of Physical Chemistry B.* 108 (7):2270-2278 (2004).

59. Gupta, A., Peck, G. E., Miller, R. W., and Morris, K .R., "Nondestructive measurements of the compact strength and the particle-size distribution after milling of roller compacted powders by near-infrared spectroscopy". J*ournal of Pharmaceutical Sciences.* 93 (4): 1047-1053 (2004).

60. Wang, J. J., Guillot, M. A., Bateman, S. D., and Morris, K. R. "Modeling of adhesion in tablet compression II. Compaction studies using a compaction simulator and an instrumented tablet press". *JPS* 93 (2):407-417 (2004).

61. Hilden, Lori R., Morris, Kenneth R., "Physics of amorphous solids". *Journal of Pharmaceutical Sciences* (2004), 93(1), 3-12

62. Davis, Tiffani D., Peck, Garnet E., Stowell, Joseph G., Morris, Kenneth R., Byrn, Stephen R., "Modeling and Monitoring of Polymorphic Transformations During the Drying Phase of Wet Granulation". *Pharmaceutical Research* (2004), 21(5), 860-866.

63. Engers, D. A., Stowell, J. G., and Morris, K. R., "Feasibility Assessment for Studying Crystallization Onset in Amorphous Pharmaceutical Preparations".  *Advanced Photon Source Activity Report 2002*, Argonne National Laboratory, Argonne, IL, December 2003.

64. Davis, T. D., Morris, K. R., Huang, H., Peck, G. E., Stowell, J. G., Eisenhauer, B. J., Hilden, J. L., Gibson, D., and Byrn, S. R.,  "*In situ* monitoring of wet granulation using online X-ray powder diffraction". *Pharmaceutical Research*.  20 (11):1851-1857 (2003).

65. Gupta, A., Peck, G. E., Miller, R. W. and Morris, K. R., "Near Infrared Monitoring of Roller Compaction".  In *Proceedings of the Institute for Briquetting and Agglomeration, 28th Biennial Conference*.  September 2003.

66. Hilden, J. L., Reyes, C. E., Kelm, M. J., Tan, J. S., Stowell, J. G., and Morris, K. R.,  "Capillary precipitation of a highly polymorphic organic compound". *Crystal Growth & Design*.  3 (6):921-926 (2003).

67. Te, R. L., Griesser, U. J., Morris, K. R., Byrn, S. R., and Stowell, J. G.,  "X-ray diffraction and solid-state NMR investigation of the single-crystal to single-crystal dehydration of thiamine hydrochloride monohydrate". *Crystal Growth & Design*. 3 (6):997-1004 (2003). Published online *Crystal Growth & Design* (15 August, 2003).

68. Findlay, P., Morris, K. and Kildsig, D., "NSF-center for pharmaceutical processing research: PAT in fluid bed granulation".   *AIChE Annual Meeting, Conference Proceedings*.   San Francisco, CA, United States, (2003), 42-45.

69. Cao, W., Mullarney, M. P., Hancock, B. C., Bates, S., and Morris, K. R., "Modeling transmitted X-ray intensity variation with sample thickness and solid fraction in glycine compacts".  *Journal of Pharmaceutical Sciences*. 92 (12)**:**2345-2353 (2003).  Published online *Journal of Pharmaceutical Sciences* (25 September, 2003).

70. Bi, M., Hwang, S-J., and Morris, K. R., "Mechanism of eutectic formation upon compaction and its effects on tablet properties". *Thermochimica Acta*.  404**:**213-226 (2003).

71. Li, T., Donner, A. D., Chol, C. Y., Frunzi, G. P., and Morris, K. R.,  "A statistical support for using spectroscopic methods to validate the content uniformity of solid dosage forms". *Journal of Pharmaceutical Sciences*.  92 (7):1526-1530 (2003).  Published online *Journal of Pharmaceutical Sciences* (28 April, 2003).

72. Hilden, L., Morris, K., "Prediction of the relaxation behavior of amorphous pharmaceutical compounds.  I. Master curves concept and practice". *Journal of Pharmaceutical Sciences*. 92(7):1464-1472 (2003).  Published online *Journal of Pharmaceutical Sciences* (25 April, 2003).

73. Wang, J.J., Li, T. L., Bateman, S.D., Erck, R., "Modeling of adhesion in tablet compression - I. Atomic force microscopy and molecular simulation". *Journal of Pharmaceutical Sciences.*  92 (4):798-814 (2003).

74. Chen, X., Morris, K. R., Griesser, U. J., Byrn, S. R., Stowell, J. G., "Reactivity differences of indomethacin solid forms with ammonia gas". *Journal of American Chemical Society*.  124 (50):15012-15019 (2002). Published online *Journal of American Chemical Society* (22 November, 2002).

75. Cao, W., Bates, S., Peck, G. E., Wildfong, P. L. D., Qiu, Z., Morris, K. R., "Quantitative determination of polymorphic composition in intact tablets by parallel-beam X-ray powder diffractometry".  *Journal of Pharmaceutical and Biomedical Analysis.*  30:1111-1119 (2002).

76. Chen, X., Li, T., Morris, K. R., Byrn, S. R., "Crystal packing and chemical reactivity of two polymorphs of flufenamic acid with ammonia".  *Molecular Crystals and Liquid Crystals*.  381:121-131 (2002).

77. Li, T., Wen, H., Park, K., Morris, K. R., "How specific interactions between acetaminophen and its additive 4-methylacetanilide affect growth morphology:  elucidation using etching patterns". *Crystal Growth and Design*.  2 (3):185-189 (2002).  Published online *Crystal Growth and Design* (28 March, 2002).

78. Li, T., Park, K., Morris, K. R., "Understanding the formation of etching patterns using a refined monte carlo simulation model".  *Journal of Crystal Growth* 2 (3):177-184 (2002) Published online *Crystal Growth and Design* (28 March, 2002).

79. Wildfong, P. L. D., Samy, A-S., Corfa, J., Peck, G. E., Morris, K. R., "Accelerated fluid bed drying using NIR monitoring and phenomenological modeling:  Method assessment and formulation suitability".  *Journal of Pharmaceutical Science* 91 (3):631-639 (2002).

80. Morris, Kenneth, Findlay, Paul, "Agglomeration Processes, Phenomena, Technologies, Equipment, Wolfgang Pietsch Wiley-VCH Verlag GmbH". *Pharmaceutical Research* (2002), 19(10), 1594-1595.

81. He, X., Stowell, J. G., Morris, K. R., Pfeiffer, R. R., Li, H., Stahly, G. P., Byrn, S. R., "Stabilization of a metastable polymorph of 4-methyl-2-nitroacetanilide by isomorphic additives". *Crystal Growth & Design* 1 (4):305-312 (2001).

82. Morris, K. R., Griesser, U. J. Eckhardt, C. J., Stowell, J. G., "Theoretical approaches to physical transformations of active pharmaceutical ingredients during manufacturing processes". *Advanced Drug Delivery Reviews* 48:91-114 (2001).

83. Ufret, C., Morris, K. R., "Modeling of powder blending using on-line near-infrared measurements". *Drug Development and Industrial Pharmacy*. 27 (3):719-743 (2001).

84. Chen, X., Bates, S., Morris, K. R., "Quantifying amorphous content of lactose using parallel beam X-ray powder pattern diffraction and whole pattern fitting". *Journal of Pharmaceutical and Biomedical Analysis*. 26:63-72 (2001).

85. Li, T., Morris, K. R., Park, K., "Influence of tailor-made additives on etching patterns of acetaminophen single crystals". *Pharmaceutical Research*. 18 (3):398-402 (2001).

86. Morris, K. R., Schlam, R.F., Cao, W., and Short, M. S., "Determination of average crystallite shape by X-ray diffraction and computational methods". *Journal of Pharmaceutical Sciences*. 89 (11):1432-1442 (2000). Published online *Journal of Pharmaceutical Sciences (*15 September, 2000).

87. Li, T., Morris, K. R., Park, K., "Influence of solvent and crystalline supramolecular structure on the formation of etching patterns on acetaminophen single crystals. A study with atomic force microscopy and computer simulation". *Journal of Physical Chemistry B*. 104:2019-2032 (2000).

88. Fakes, M. G., Dali, M. V., Haby, T. A., Morris, K. R., Varia, S. A., Serajuddin, A. T. M., "Moisture sorption behavior of selected bulking agents used in lyophilized products". *PDA Journal of Pharmaceutical Science and Technology*. 54 (2):144-149 (March-April 2000).

89. Morris, K. R., Stowell, J. G., Byrn, S. R., Placette, A. W., Davis, T. D., Peck, G. E., "Accelerated fluid-bed drying using NIR monitoring and phenomenological modeling". *Drug Development and Industrial Pharmacy*. 26 (9):985-988 (2000).

90. Morris, Kenneth R., "Structural Aspects of Hydrates and Solvates". *Drugs and the Pharmaceutical Sciences* (1999), 95 (Polymorphism in Pharmaceutical Solids), 125-181.

91. Serajuddin, A. T. M., Thakur, A. B., Ghoshal, R. N., Fakes, M., Ranadive, S. A., Morris, K. R., Varia, S. A., "Selection of solid dosage form composition through drug-excipient compatibility testing". *Journal of Pharmaceutical Sciences*. 88 (7):696-704 (July 1999).

92. Morris, K. R., Nail, S. L., Peck, G. E., Byrn, S. R., Griesser, U. J., Stowell, J. G., Hwang, S-J, Park, K., "Advances in pharmaceutical materials and processing". *Pharmaceutical Science and Technology Today*. 1 (6):235-245 (Sept. 1998).

93. Guma, N., Kale, K., Morris, K. R., "Investigation of film curing stages using DEA and physical characterization". *Journal of Pharmaceutical Sciences*. 86 (3):329-334 (March 1997).

94. Guo, R., Compo, M., Friberg, S., Morris K. R., "The coupling action of a hydrotropic and structure transition from Lamellar liquid crystal to discontinuous micro emulsion". *Journal of Dispersion Science and Technology*. 17:493 (1996).

95. Wang, Z., Morris, K. R., Chu, B., "Aggregation behavior of fosinopril sodium: a new angiotensin-converting enzyme inhibitor". *Journal of Pharmaceutical Sciences*. 84 (5):609-613 (May 1995).

96. Evans, S. A., Morris, K. R., Mackenzie, A. P., Lordi, N. G., "Dielectric characterization of thermodynamic first order events in model systems intended for lyophilization". PDA *Journal of Pharmaceutical Science and Technology*. 49 (1):2-8 (January - February 1995).

97. Morris, K. R., Evans, S. A., Mackenzie, A. P., Scheule, D., Lordi, N. G., "Prediction of lyophile collapse temperature by dielectric analysis". *Journal of Pharmaceutical Science and Technology*. 48 (6):318-329 (November - December 1994).

98. Morris, K. R., "First order phase transitions in pharmaceutical systems". In Proceedings *of the 36th Annual International Industrial Pharmaceutical Research Conference on A Stability, Instability and Product Quality: Mechanisms and Prediction*. July 1994.

99. Friberg, S. E., Moaddel, T., Morris, K. R., Abramowitz, R., Amsberry, K. L., "A Lamellar liquid crystal with fosinopril sodium". *Journal of Pharmaceutical Sciences*. 83 (5):677-679 (May 1994).

*100.* Morris, K. R., Fakes, M. G., Thakur, A. B., Newman, A. W., Singh, A. K., Venit, J. J., Spagnuolo, C. J., Serajuddin, A. T. M., "An integrated approach to the selection of optimal salt form for a new drug candidate". *International Journal of Pharmaceutics*. 108:209-217 (1994).

*101.* Morris, K. R., Newman, A. W., Bugay, D. E., Ranadive, S. A., Singh, A. K., Szyper, M., Varia, S. A., Brittain, H. G., and Serajuddin, A. T. M., "Characterization of humidity-dependent changes in crystal properties of a new HMG-CoA reductase inhibitor in support of its dosage form development". *Int. Journal of Pharmaceutics*. 108:195-206 (1994).

*102.* Brittain, H.G., Morris, K. R., Bugay, D. E., Serajuddin, A. T., and Thakur, A. B., "Solid-state NMR and IR for the analysis of pharmaceutical solids: polymorphs of fosinopril sodium". *Journal of Pharmacy and Biomedical Analysis*. 11 (11-12):1063-1069 (November - December 1993).

*103.* Thakur, A. B., Morris, K. R., Jerzewski, R. L., Wadke, D. A., and Carstensen, J. T., "Mechanism and kinetics of magnesium ion-mediated degradation of fosinopril sodium". *Pharmaceutical Research*. 10 (6):800-809 (June 1993).

*104.* Morris, K., and Rodriguez, N. Hydrates. In Swarbrik, J. and Boylan, J. C. (eds.) *Encyclopedia of Pharmaceutical Technology*, Vol. 7, Marcel Dekker Inc, 1993 pp. 393-440.

*105.* Wasacz, F., M., Strand, S. W., Bugay, D., and Morris, K. R., "The characterization of the hydration state of pharmaceuticals by variable temperature diffuse reflectance infrared spectroscopy". In *Proc. 8th International Conference on Fourier Transform Spectroscopy,* Abstract # 1575, p. 143 1992.

*106.* Morris, K. R., Knipp, G.T., and Serajuddin, A. T. M., "Structural properties of Polyethylene Glycol-Polysorbate 80 mixtures, a solid dispersion vehicle". *Journal of Pharmaceutical Sciences*.81:1185-1188 (December 1992).

*107.* Mishra, D., Yalkowsky, S. H., and Morris, K. R., "Dependence of vapor-pressure of solids and liquids on various thermodynamic parameters". *Chemosphere*. 21 (1-2):107-110 (1990).

*108.* Wesdyke, R., Joshi, Y., Jain, N., Morris, K., and Newman, A., "The effect of size and mass on the film thickness of beads coated in fluidized bed equipment". *International Journal of Pharmaceutics.* 65:69-76 (1990).

*109.* Bugay, D. E. and Morris, K. R., "Polymorphic characterization by [31]P Solid State NMR". *Texas A&M NMR Newsletter*, No. 374, 1989.

110. Karickhoff, S. W. and Morris, K. R., "Pollutant sorption: relationship to bioavailability. In Dixon, K. L., Maki, A. and Brungs, W. A. (eds.) Proc. of 6th Pelston Workshop". *Fate and Effects of Sediment Bound Chemicals in Aquatic Systems.* Pergamont, Florissant, CO, 1988.

111. Morris, K. R. and Yalkowsky, S. H., "A solubility of aromatic pollutants in mixed-solvents". *Chemosphere.* 17 (2):285-298, (1988).

112. Chawla, M., Pinal, R., Morris, K. R., and Yalkowsky, S. H., "Cosolvency I: Non-hydrogen bonding solutes with non-hydrogen bonding solvents". *Toxicological and Environmental Chemistry.* 15 (4):237-247 (1987).

113. Karickhoff, S. W. and Morris, K. R., "Impact of tubificid oligochaetes on pollutant transport in bottom sediments". *Environmental Sciences and Technology.* 9 (1):51-56 (1985).

114. Karickhoff, S. W. and Morris, K. R., "Sorption dynamics of hydrophobic pollutants in sediment suspensions". *Environmental Toxicology and Chemistry.* 4:469-479 (1985).

**PRESENTATIONS** (selected - other than teaching)

1. Analytical Method Development and Validation for Dissolution Testing of Ibuprofen and Ketoconazole IR tablets in Fed State Simulated Gastric Fluid (FeSSGF) Medium. Harsh Shah, Kajal Nahar, Rusha Sardhara, Ting Xu, Poonam Delvadia, Akhtar Siddiqui, Zongming Gao, Arzu Selen, Kenneth Morris. Poster Number: M1430-07-054, AAPS DC; November 5th, 2018.

2. Structure -Mechanics Study of Cocrystal to Optimize Tablet Size. Jayshil Bhatt, Harsh Shah, Pratap Basim, Kenneth Morris, Rahul Haware. Poster Number: M0930-10-074, AAPS DC; November 5th, 2018.

3. Contribution of Crystal Lattice Energy to the Dissolution Behavior of Eutectic Solid Dispersion, Kaushalendra Chaturvedi, Harsh Shah, Kajal Nahar, Rutesh Dave, Kenneth Morris. Late Breaking ID# 540916, AAPS DC. 2018.

4. Estimating the intrinsic solubility of metastable form of drugs using modified Nogami method, Kajal Nahar, Harsh Shah3, Ting Xu, Kaushalendra Chaturvedi, Kenneth Morris. Late Breaking, AAPS DC. 2018.

5. Comparison of solubility and dissolution behavior of ibuprofen and ketoconazole in Fed State Simulated Intestinal Fluid and USP buffer.

Rusha Sardhara, Harsh Shah, Ting Xu, Poonam Delvadia, Akhtar Siddiqui, Zongming Gao, Arzu Selen, Kenneth Morris. Late Breaking, AAPS DC. 2018.

6. Process design and optimization of Clotrimazole nanosuspension drying by Hot melt extrusion: B. Y. Gajera, K. R. Morris, D. A. Shah, R. H. Dave, San Diego, November 13th, 2017 (4:00 pm-5:00 pm), poster Number M8089

7. Comparison of dissolution behavior of ketoconazole and ibuprofen tablets in united states pharmacopeia (USP) and non-Compendial Biorelevant Dissolution Media: K. Nahar, H. Shah, R. Sardhara, T. Xu, A. Selen, A. Siddiqui, S. P. Balguri, Z. Gao, P. Delvadia, L. Bushe, K. R. Morris, San Diego, November 13th, 2017 (3:00 pm-4:00 pm), poster Number M7010

8. Monitoring solid state transition of drug products during dissolution in biorelevant media, case studies: Ibuprofen, ketoconazole and Indomethacin: H. Shah, K. Nahar, R. Sardhara, T. Xu, A. Siddiqui, P. Delvadia, Z. Gao, S. P. Balguri, A. Selen, K. R. Morris, San Diego, November 14th, 2017 (9:00 am-10:00 am), poster Number T1021

9. Effect of Operational Changes and data analysis variables on dissolution testing using Symphony 7100/opt-Diss 410: H. Shah, K. Chaturvedi, R. Khalil, L. Mockus, L. Buhse, T. Gooen, K. R. Morris, San Diego, November 13th, 2017 (2:00 pm-3:00 pm), poster Number M6001

10. Method development and validation scheme for in-situ fiber optic probe/bathless dissolution system for a pharmaceutical drug testing: K. Chaturvedi, H. Shah, R. Sardhara, K. Nahar, Q. Cai, G. Reklaitis, L. Buhse, T. Gooen, K. R. Morris, San Diego, November 13th, 2017 (3:00 pm-4:00 pm), poster Number M7009

11. Solubility studies and solid state analysis of Ibuprofen and Ketoconazole in the Biorelevant Media: R. Sardhara, K. R. Morris, San Diego, November 14th, 2017 (4:00 pm-5:00 pm), poster Number T8032

12. Process-Induced Phase Transformation of Indomethacin during the Melt Granulation process on Hot Melt Extruder: T. Xu, K. R. Morris, R. H. Dave, San Diego, November 14th, 2017 (4:00 pm-5:00 pm), poster Number T8011

13. 14.    A Workflow-Based Framework for Managing Product Analytical Data and Statistical Results for Lot Release: Girish Joglekar, Qing Cai, Poching DeLaurentis, Linas Mockus, Kenneth Morris and Gintaras V. Reklaitis, Minneapolis, Thursday, November 2, 2017: 8:00 AM-10:30 AM, Abstract Number: 493687

14. Presentation at New Jersey Pharmaceutical Association for Science and Technology (NJPhAST) in New Jersey, 2017

15. The Influence of Molecular Anisotropy on the Structure and Structural Relaxation in Amorphous Solids, Ken Morris, 58TH Annual International Industrial Pharmaceutical Research & Development Conference, JUNE 2016 LAND O'LAKES CONFERENCE

16. Wang, X.; Utukuri, A.; Guendisch, D.; Macpherson, R.; Morris, K., Eutectic Formation as an Indicator of Amorphization on Wet Granulation and Potential Degradation, 2013 American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX, November 10-14, 2013, Poster # M1264.

17. Engen W., Morris K., Hamad M. Impact of hydration state on levothyroxine sodium chemical stability (Poster). American Society of Health System Pharmacist (ASHP) 2011 Midyear Clinical Meeting, New Orleans, LA; presented December 5, 2011

18. Daniel Hu, Anthony D. Wright, S.Amarasinghe, Ken Morris, CHARACTERIZATION OF PHYSICAL AND MICROMERITIC PROP OF FREEZE-DRIED GRAPE POWDERS, ASP, Honolulu, 2009

19. IEEE International Geo-Science and Remote Sensing Symposium, Honolulu, HI June 25-30, 2010

20. "Predicting the Enthalpy of Fusion for a Thermally Labile Compound Through the Formation of a Eutectic Mixture", AAPS Annual Meeting and Exposition, Los Angeles, CA, November 11, 2009.

21. "Investigating Primary and Secondary Relaxations in Tablet Coating Polymers and Their Influence on Diffusion Across the Polymers, AAPS Annual Meeting and Exposition, Los Angeles, CA, November 10, 2009.

22. "Drug Dissolution from Pre-gelatinized Corn Starch Capsules", K.R. Morris, Invited Speaker, AAPS Annual Meeting and Exposition, Los Angeles, CA, November 9, 2009.

23. "Effect of Degree of Crystallinity of Pre-gelatinized Corn Starch on Drug Release", American Society of Pharmacognosy, 50th Anniversary Meeting, Honolulu, HI, June 27-July 1, 2009.

24. Characterization of Physical and Micromeritic Properties of Freeze-Dried Grape Powders", American Society of Pharmacognosy, 50th Anniversary Meeting, Honolulu, HI, June 27-July 1, 2009.

25. "Selection & Use of Pharmaceutical Powder Properties to Design Product Quality", K.R. Morris, Invited Speaker, AAPS Annual Meeting & Exposition, San Diego, CA. November 15, 2007.

26. "Quality by Design: Current Status/Future Prospects", K.R. Morris, Invited Speaker, Particle Technology & Crystallization Consortium (PTCC) Semi-Annual Meeting, Illinois Institute of Technology, October 24, 2007.

27. "The Use of PAT in Drug Development Processes", K.R. Morris, Invited Speaker for The British Pharmaceutical Conference and Exhibition (BPS), Manchester, England.  September 11, 2007.

28. "Quality by Design, Roller Compaction, and Amorphisation," K.R. Morris, Invited Speaker, AstraZeneca, Macclesfield Cheshire SK10 2NA England. September 7, 2007.

29. "Pharmaceutical Solids" K.R. Morris, Invited Speaker, Short Course given at University of Arizona, Tucson, AZ.  August 30-September 1, 2007.

30. "Basic Pharmaceutics," K.R. Morris, Invited Lecturer, Short Course given at Mylan Labs, Morgantown, W.V. June 21-22,, 2007

31. "Manufacturing Science: Material & Process Knowledge, Education PAT/Validation/Design & Development/Specifications/Standards", K.R. Morris invited Speaker, An FDA/Industry Workshop-Pharmaceutical Quality Systems, Parsippany, N.J. June 26-27, 2007

32. "Quality by Design" K.R. Morris, Invited Lecturer, talk modified for Process Chemists, R&D, and Quality Control employees at Gynzyme, Waltham, MA. June 6-7, 2007

33. "Solid Oral Dose Form Unit Operations," K.R. Morris, Invited Lecturer for Training Course at the FDA, Silver Springs, MD. May 6-7, 2007.

34. "Solubility & Solubilization of Drugs," K.R. Morris, Invited Lecturer Short Course given in conjunction with the Univ. of Arizona, Tucson, AZ. April 22-26, 2007.

35. "Challenges to the Pharmaceutical Industry," K.R. Morris, Invited talk, Bayer Technology, Shanghai, China. April 15-22, 2007.

36. "Quality by Design," K.R. Morris, Invited Lecturer for workshop given to FDA/CDER members, Washington, DC  February 8, 2007, January 17-19, 2007, and January 11, 2007.

37. "Implementing QbD: What We Already Have and What We Need," K.M. Morris, Invited Lecturer for AAPS Annual Meeting, San Antonio, TX. October 31, 2006.

38. "Quality by Design," K.R. Morris, Invited Lecturer, FDA seminar, Dept. of CVM, Rockville, MD. October 2, 2006.

39. "Quality by Design," K.R. Morris, Short course given to Glaxo Smith Kline employees, Purdue University campus. October 2006. August 2006.

40. "The State of Information Management in Pharmaceutical Development," K.R. Morris, Invited Lecturer, Keynote speaker, BioProcess International Analytical Summit, Reston, VA.  July 17-19, 2006.

41. "Inter-tablet coating variability in a horizontal axis pan coater ", A. Kalbag, J. Perez-Ramos, K. Morris and Carl Wassgren.  AAPS Annual meeting, San Antonio, TX. Oct. 28- Nov. 2, 2006.

42. "Core-Shell Equilibration Charges – Reproducing and Responding to a Dynamic Molecular Electronic Environment", K. Morris, J. Tan and R. Scaringe.  AAPS Annual meeting, San Antonio, TX. Oct. 28- Nov. 2, 2006.

43. "Core-Shell Potential Derived Charges – A Detailed Analysis", K. Morris, J. Tan and R. Scaringe.  AAPS Annual meeting, San Antonio, TX. Oct. 28- Nov. 2, 2006.

44. "Evaluation of degree of gelatinization of corn starches by an enzymatic method," J. BeMiller, S. Nail, K. Morris and X. Sheng. AAPS Annual meeting, San Antonio, TX. Oct. 28- Nov. 2, 2006.

45. "A Decision Support System for Pharmaceutical Product Formulation", P. Akkisetty, A. Jain, K. Morris, P. Suresh, C. Zhao, L. Hailemariam, G. Joglekar, G.V. Reklaitis and V. Venkatasubramanian. AAPS Annual meeting, San Antonio, TX. Oct. 28- Nov. 2, 2006.

46. "Modeling and monitoring of tablet bed dynamics in a side-vented pan coater by digital video imaging and analysis", V. Hoon, J. Perez-Ramos, K. Morris and C. Wassgren.  AAPS Annual meeting, San Antonio, TX. Oct. 28- Nov. 2, 2006.

47. "Elucidating tablet movement in a side-vented pan coater by digital video analysis", V. Hoon, J. Perez-Ramos, K. Morris and Carl Wassgren. AAPS Annual meeting, San Antonio, TX.  Oct. 28- Nov. 2, 2006.

48. Morris, K. R., "Moderating between Industry and FDA with workshops on Quality by Design".  Three given in 2006.

49. Morris, K. R. "An informatics framework for pharmaceutical product development". American Institute of Chemical Engineers Annual Meeting, Cincinnati, Ohio. November 2005.

50. Morris, K. R.  "Impact of pharmaceutical solid structure". Invited Talk— Short Course:  College of Pharmacy, University of Arizona, Tucson, Arizona. April 2005.

51. Morris, K. R.  "Impact of pharmaceutical solid structure". Invited Talk— Short Course:  College of Pharmacy, University of Arizona, Tucson, Arizona. May 2004.

52. Morris, K. R.  "Mechanically activated solid state phase transformations of active pharmaceutical compounds".  Invited Talk:  College of Pharmacy, Duquesne University, Pittsburgh, PA. April 2004.

53. Morris, K. R. "Mechanically activated solid state phase transformations of active pharmaceutical compounds".  Invited Talk: College of Pharmacy, University of Kentucky, Lexington, KY. April 2004.

54. Morris, K. R.  "Utility of modern process analyzers in development, scale-up and manufacturing:  Drug products".  Invited Talk—Workshop:  2004 Arden House European Conference, London, England. March 2004.

55. Morris, K. R., "Considerations for a risk-managed product".  Invited Talk: 2004 Arden House European Conference, London, England.  March 2004.

56. Morris, K. R.  "Utility of modern process analyzers in development, scale-up and manufacturing:  Drug products".  Invited Talk, Designer and Organizer.  AAPS Arden House Conference "Quality by Design in Pharmaceutical Development and Manufacturing:  Principles, Applications and Scientific Risk-Based Regulatory Decisions," Harriman, NY.  January 2004.

57. Morris, K. R.  Considerations for a risk-managed product.  Invited Talk, Designer and Organizer.  AAPS Arden House Conference "Quality by Design in Pharmaceutical Development and Manufacturing:  Principles, Applications and Scientific Risk-Based Regulatory Decisions," Harriman, NY. January 2004.

58. Morris, K. R.  Challenges in the pharmaceutical industry in view of FDA regulatory issues.  Symposium.  Invited Talk:  American Institute of Chemical Engineers, San Francisco, CA.  November, 2003.

59. Wildfong, P. L. D., Moore, M. D., Morley, N. A.   Morris, K. R., and Peck, G. E.  Towards a mechanism for mechanically activated phase transformations.   Poster:  AAPS National, Salt Lake City, UT. 10/2003.

60. Morris, K. R.  Invited Talk:  Abbott Laboratories, Chicago, IL. October 2003.

61. Gupta, A., Peck G. E., Stowell, J. G., Byrn, S. R.,  and Morris, K. R. Quantitative determination of compact strength and the particle-size distribution upon milling of compacts prepared by roller compaction. Poster Presentation:  AAPS National Meeting, Salt Lake City, UT. October 2003.

62. Engers, D. A., Fricke, M. N. , Storey,  R. P., and Morris, K. R.  Correlation of triboelectric behavior and dielectric response in pharmaceutically relevant materials. Poster:  AAPS, Salt Lake City, UT. 10/2003.

63. Gupta, A., Peck, G. E., Miller, R. W. and Morris, K. R.  Near Infrared Monitoring of Roller Compaction.  Presentation:  Institute for Briquetting & Agglomeration, Santa Fe, NM. September 2003.

64. Morris, K. R.  Invited Talk:  European Polymorphism Congress, Innsbruck, Austria. September 2003.

65. Morris, K. R.  Invited Talk:  Phandta 7, Innsbruck, Austria, Sept. 20, 2003

66. Morris, K. R. Various approaches of process analytical technologies (PAT) for pharmaceutical operations. Invited Talk:  International Symposium on Development and Manufacturing Needs in Health Care Industries Conference, Ann Arbor, MI. (September, 2003).

67. Morris, K. R. Invited Talk:  Molecular Crystallization Consortium, San Diego, CA. June 2003.

68. Morris, K. R.  Overview of mechanical properties at a molecular level. Invited Talk—Symposium:  Land O' Lakes Conf, Devils Head, WI. 2003.

69. Morris, K. R.  Invited Talk, Designer and Organizer of Short Course:  FDA Process Analytical Technology Training Session, Purdue University, West Lafayette, IN. May 2003.

70. Morris, K. R.  Impact of pharmaceutical solid structure.  Invited Talk— Short Course:  College of Pharmacy, University of Arizona, Tucson, AZ. April 2003.

71. Morris, K. R Invited Talk:  ACS Conference "Polymorphism in Crystals: Fundamentals, Prediction, and Industrial Practice" (February 2003)

72. Morris, K. R Invited Talk, Designer and Organizer.  AAPS Arden House Conference "Fluidized Bed Drying, Monitoring and Modeling" (Jan. 2003).

73. Morris, K. R Invited Talk—Short Course:  FDA Pharmaceutical Advisory Committee, Rockville, MD. December 2002.

74. Morris, K. R Invited Talk—Short Course:  Watson Pharmaceuticals, Corona, CA. November, 2002.

75. Morris, K. R Invited Talk—Short Course:  AAPS Annual Meeting, Toronto, Canada. November 2002.

76. Morris, K. R.  Invited Talk:  AAPS Annual Meeting, Toronto, Canada. November, 2002.

77. Morris, K. R.   Invited Talk:  FDA Pharmaceutical Advisory Committee, Rockville, MD. October 2002.

78. Morris, K. R.  Invited Talk: Pharmacia, Kalamazoo, MI. September 2002.

79. Morris, K. R.  Invited Talk—Short Course:  University of Michigan, Ann Arbor, MI. August 2002.

80. Cao, W., Findlay, W.P., Leas, J., and Morris, K.R.  Studies of compression-induced polymorphic transformations: high pressure Raman studies.  Poster Presentation:  Midwest Organic Solid State Chemistry Solid State Chemistry Symposium XIII, Iowa City, IA. June 2002.

81. Davis, T.D., Morris, K.R., Peck, G.E., Stowell, J.G., Huang, H., Gibson, D., and Byrn, S.R. In Situ monitoring of wet granulation using online X-Ray powder diffraction. Poster Presentation:  Midwest Organic Solid State Chemistry Solid State Chemistry Symposium XIII, Iowa City, IA. June 2002.

82. Engers, D., Hilden L., and Morris, K. R.  Master curves to predict relaxation and crystallization of amorphous compounds. Poster Presentation:  Midwest Organic Solid State Chemistry Solid State Chemistry Symposium XIII, Iowa City, IA. June 2002.

83. Wildfong, P. Peck, G., and Morris, K. R.  Crystal form changes during compaction Phase 2:  Mechanical stress surrogate. Poster Presentation: Industrial Advisory Board Meeting for NSF CPPR, University of Connecticut, Storrs-Mansfield, CT. May 2002.

84. Davis, T.D., Morris, K.R., Peck, G.E., Stowell, J.G., Huang, H., Gibson, D., and Byrn, S.R. In Situ monitoring of wet granulation using online X-Ray powder diffraction.  Poster Presentation:  Pharmaceutics and Drug Delivery Conference; Arlington, VA.  April, 2002.

85. Morris, K. R.  Properties of pure amorphous material:  Theoretical aspects.  Invited Talk—Symposium:  AAPS Pharmaceutics and Drug Delivery Conference, Arlington, VA. April 2002.

86. Morris, K. R.  Average crystalline shape:  Determination by use of X-ray. Invited Talk:  College of Pharmacy, University of Chicago, Chicago, IL. April 2002.

87. Morris, K. R.  Mechanical testing of scaffolding tissues.  Invited Talk: Tissue Engineering Board, West Lafayette, IN. March 2002.

88. Morris, K. R.  Introduction to pharmaceutical solids. Invited Talk:  College of Pharmacy, University of Michigan, Ann Arbor, MI.  March 2002.

89. Morris, K. R. Invited Talk:  University of Puerto Rico, Mayaguez, PR. January 2002.

90. Wildfong, P., Cao, W., Peck, G. and Morris, K. R. Poster Crystal form changes during tablet compaction. Presentation:  Industrial Advisory Board Meeting for National Science Foundation Center for Pharmaceutical Processing Research, Purdue University, West Lafayette, IN. November 2001.

91. Morris, K. R. Etching study of acetaminophen crystals.  Invited Talk: College of Pharmacy, University of Minnesota, Minneapolis, MN. December 2001.

92. Morris, K. R.  Phonons and persistent meta-stable forms.  Invited Talk and Symposium Organizer/Moderator.  AAPS National Meeting, Denver CO. October 2001.

93. Morris, K. R.  Average crystalline shape:  Determination by use of X-ray. Invited Talk:  Department of Chemistry, University of Dayton, Dayton, OH. September 2001.

94. Davis, T.D., Stowell, J.G., Morris, K.R., and Byrn, S.R. Phase transformations during wet granulation. Presentation:  Midwest Organic Solid State Chemistry Symposium XII, Lincoln, NE. June 2001.

95. Morris, K. R. Determination of average crystalline shape.  Invited Talk: College of Pharmacy, Univ. of Arizona, Tucson, and AZ. May 2001.

96. Davis, T.D., Morris, K. R., Stowell, J. G., Byrn, S. R., Placette, A. W., and Peck, G.E. Accelerated fluid bed drying using NIR monitoring and phenomenological modeling.  Presentation:  Jenkins/Knevel Award for Excellence in Research; West Lafayette, IN.  April 2001.

97. Morris, K. R.  Etching study of acetaminophen crystals.  Invited Talk: Molecular Crystallization Consortium Meeting, Amsterdam, The Netherlands.  March 2001.

98. Chen, X., Stowell, J. G., Pfeiffer, R. R., Morris, K. R., and Byrn, S. R. Reactivity differences of two polymorphs of flufenamic acid in solid-state acid-base reactions.  Poster presentation:  AAPS, Indy, IN. October 2000.

99. Qiu, Z., Morris, K. R., Stowell, J. G., and Byrn, S. R.  Solid state Maillard reaction between metoclopramide hydrochloride and lactose.  Poster presentation:  AAPS National Meeting, Indianapolis, IN. October 2000.

100.     Abraham, L. R., Cao, W., Davis, T. D., Findlay, W., Morris, K. R., and Nail, S. L.  The effect of mannitol, human serum albumin and moisture content on the molecular mobility of amorphous sucrose. Poster presentation:  AAPS National Meeting, Indianapolis, IN. October 2000.

101.     Li, T., Morris, K., and Park, K.  Influence of tailor-made additives on the formation of etching patterns of acetaminophen single crystals. Poster presentation:  AAPS National Meeting, Indianapolis, IN. October 2000.

102.     Bi, M. and Morris, K. R  Correlation of hygroscopicity and molecular and crystal structures using genetic function approximation method.  Poster presentation:  AAPS National Meeting, Indianapolis, IN. October 2000.

103.     Davis, T. D., Morris, K., R., Stowell, J. G., Byrn, S. R.  Phase transformation during wet granulation.  Poster presentation:  AAPS National Meeting, Indianapolis, IN. October 2000.

104.     Hu, Y., Stowell, J. G., Morris, K. R., and Byrn, S. R.  Stabilization of amorphous dipeptide angiotensin-converting enzyme (ACE) inhibitors with excipients.  Poster presentation:  AAPS National Meeting, Indianapolis, IN. October 2000

31

105.     Morris, K. R.  Polymorphic and solvation changes during processing.  Poster presentation:  AAPS National Meeting, New Orleans, LA. 11/99.

106.     Morris, K. R.  Etching patterns of acetaminophen crystal surfaces.  Invited Talk:   Department of Chemistry, Eastern Michigan University, Ypsilanti, MI. October 2001.

107.     Te, R. L., Morris, K. R., Stowell, J. G., and Byrn, S. R.  Effect of dehydration on the oxygen reactivity of prednisolone t-butyl acetate.  Poster:  AAPS National Meeting, New Orleans, LA. Nov. 1999.

108.     Chen, X., Stowell, J. G., Pfeiffer, R. R., Morris, K. R. and Byrn, S. R.  Study of solid-state acid-base reactions between indomethacin and sodium carbonate by TG, FT-IR and XRPD.  Poster presentation:  AAPS National Meeting, New Orleans, LA. November 1999.

109.     Chen, X., Stowell, J. G., Pfeiffer, R. R., Morris, K. R., and Byrn, S. R.  Solid-state acid-base reaction between flufenamic acid and magnesium excipients.  Poster presentation:  AAPS National Meeting, New Orleans, LA. November 1999.

110.     Hu, Y., Stowell, J. G., Morris, K. R., and Byrn, S. R.  Solid-state stability of the crystalline and amorphous lisinopril.  Poster presentation:  AAPS National Meeting, New Orleans, LA. November 1999.

111. He, X. R., Stowell, J. G., Morris, K. R., Stahly, P. G., and Byrn, S. R.  Control of crystallization of a metastable polymorph by tailor-made additives.  Poster presentation:  AAPS National Meeting, New Orleans, LA. November 1999.

112. Habib, Y., Young, G., Abramowitz, R., and Morris, K. R.  Effect of superdisintegrants and magnesium stearate on the conversion of anhydrous lactose to a-lactose monohydrate. Poster presentation:  AAPS National Meeting, New Orleans, LA. November 1999.

113. Li, T., Morris, K. R., and Park, K.  A study of etching mechanism of acetaminophen single crystals with atomic force microscopy and computer simulation.  Poster presentation:  AAPS National Meeting, New Orleans, LA. November 1999.

114. Griesser, U. J., Morris, K. R., and Byrn, S. R.  Solid state properties and structural characterization of orotic acid crystal forms.  Poster presentation:  AAPS National Meeting, San Francisco, CA. November 1998.

115. Chen, X., Griesser, U. J., Joshi, V., Te, R., Stowell, J. G., Pfeiffer, R., Morris, K. R., and Byrn, S. R.  Solid state acid-base reaction of indomethacin.  Poster presentation:  AAPS National Meeting, San Francisco, CA. November 1998.

116. Te, R., Griesser, U. J., Morris, K. R., Stowell, J. G., and Byrn, S. R.  Solid state investigation of thiamine hydrochloride.  Poster presentation:  AAPS National Meeting, San Francisco, CA. November 1998.

117. Li, T., Morris, K. R., and Park, K.  Fractal analysis of acetaminophen crystal during dissolution.  Poster presentation:  AAPS National Meeting, San Francisco, CA. November 1998.

118. Morris, K. R.  Crystallization and polymorphism issues in controlled release dosage forms.  Controlled Release Society Workshop, Las Vegas, NV. June 1998.

119. Morris, K. R.  Hydrate Characteristics and the pharmaceutical development process.  Invited Talk:  Purdue University, West Lafayette, IN. June 1998.

120. Morris, K. R. and Bowman B.  Determining morphology based flow characteristics of APAP using PXRD, Cerius$^2$ and Optical Microscopy.  Invited Talk:  International Symposium on New Approaches to Pharmaceutical Development, Paris, France.  May 1998 and previously, San Diego, CA, 1998.

121. Griesser, U. J., Morris, K. R., and Byrn, S. R.  Structural changes in orotic acid monohydrate upon dehydration:  an uncommon crystalline hydrate.  Poster presentation:  International Symposium on New Approaches to Pharmaceutical Development, San Diego, CA. May 1998.

122. Sarsfield, B. A., and Morris, K. R.  Polymorph control during a BMS compound crystallization step and the role of Cerius$^2$.  Poster presentation:  International Symposium on New Approaches to Pharmaceutical Development, San Diego, CA. February 1998.

123. Morris, K. R. and Ku, C.  Classification and characterization of protein hydration.  Poster presentation:  Purdue-Wisconsin Symposium on Water in Pharmaceutical Solids, Purdue University, West Lafayette, IN. September 1997.

124. Morris, K. R.  A prediction of crystal morphology and its potential impact on dehydration kinetics of crystalline hydrates.  Invited Talk:  College of Pharmacy, University of Michigan, Ann Arbor, MI.  September 1996.

125. Morris, K. R.  Structural aspects of crystalline hydrates.  Invited Talk:  Joint FDA-AAPS Symposium on Polymorphism, Washington, DC. February 1996.

126. Guma, N., Kale, K., and Morris, K. R.  An investigation of film curing stages using    DEA and physical characterization.  Invited Talk:  Purdue-Wisconsin Symposium on Water in Pharmaceutical Solids, Purdue University, West Lafayette, IN.  September 1995.

127. Morris, K. R.  First order phase transitions in preformulation studies and process development.  Invited Talk:  Philadelphia Discussion group, Philadelphia, PA.  December 1994.

128. Morris, K. R.  First order phase transitions in pharmaceutical systems. Invited Talk: 36th Annual International Industrial Pharmaceutical Research Conference (Wisconsin Land of Lakes), Merrimac, WI. July 1994.

129. Morris, K. R., Gougoutas, J. G, and Malley, M.  Physical characterization of crystalline hydrates of pharmaceutical compounds. Invited Talk: Chemistry Symposium, Rutgers College, Rutgers University, New Brunswick/Piscataway, NJ. May 1993.

130. Pazdan, J., Amsberry, K. L., and Morris, K. R.  Statistical aspects of dynamic light scattering. Podium presentation:  AAPS, San Antonio, TX. November 1992.

131. Morris, K. R., Evans, S. A., Mackenzie, A. P., and Lordi, N. G.  Prediction of lyophile collapse temperature using dielectric analysis.  Invited Talk: The Symposium on the Effect of Water on the Molecular Motion of Pharmaceutical Solids, Madison, Wisconsin. September 1992.

132. Morris, K. R., Newman, A. W., and Bugay, D. E.  The effect of particle size on the structural and energetic characterization of pharmaceutical solids. Invited Talk:  The Symposium on Pharmaceutical Solids, Fine Particle Society National Meeting, Las Vegas, Nevada. July 1992.

133. Morris, K. R.  A structural approach to the characterization of crystalline hydrates.  Invited Talk:  University of Arizona, Tucson, AZ. 1992.

134. Morris, K. R., Evans, S. A., Mackenzie, A. P., and Lordi, N. G.  Optimization of lyophilization using dielectric analysis.  Poster presentation:  AAPS Eastern Regional Meeting, New Brunswick, NJ. 1992.

135. Strand, S. W., Bugay, D. E., and Morris, K. R.  Application of FTIR reflection spectroscopy in the study of material at elevated temperature.  Abstract #857, Pittsburgh Conference, Chicago, IL. 1991.

136. Desai, D. S., Rubitski, B.A., Varia, S. A., Newman, A. W., and Morris, K. R. Physical interactions of different lubricants with starch-derived disintegrants and their effects on capsule dissolution.  Poster presentation: AAPS National Meeting in Washington, DC. 1991.

137. Serajuddin, A. T. M., Thakur, A. B., Ghoshal, R. N., Ranadive, S. A., Knipp, G. T., Fakes, M. G., and Morris, K. R.  Drug-excipient compatibility screening:  a practical model.  Poster: AAPS National Meeting, DC. 1991.

138. Thakur, A. B., Morris, K. R., Jerzewski, R. L., Wadke, D. A., and Carstensen, J. T.  Kinetics of magnesium ion-mediated degradation of fosinopril sodium.  Podium presentation:  AAPS, Washington, DC. 1991.

139. Bugay, D. E., Morris, K. R., Findlay, W. P., and Lambarski, D. P.  Where did the IR peaks go?  Comparison of diffuse reflectance and KBr pellet sampling techniques for hydrate characterization by FTIR spectroscopy. Podium presentation:  AAPS National Meeting, Washington, DC. 1991.

140. Morris, K. R., Newman, A. W., Bugay, D. E., Ranadive, S. A., Szyper, M., Varia, S. A., Brittain, H. G., and Serajuddin, A. T. M.  Humidity dependent changes in crystalline properties of an organic hydrate in bulk material and in solid dosage forms.  Poster presentation:  AAPS National Meeting, Washington, DC. 1991.

141. Morris, K. R., Amsberry, K. L., Wang, Z., and Serajuddin, A.T. M.  Some pharmaceutical applications of laser light scattering.  Podium presentation: AAPS National Meeting, Washington, DC, 1991.

142. Morris, K. R., Bugay, D. E., Serajuddin, A. T. M., Brittain, H. G., and Thakur, A. B. Investigation of polymorphism of fosinopril sodium a new ACE Inhibitor, Invited paper: 3rd Annual Midwest Organic Solid-State Chemistry Symposium, Purdue University, West Lafayette, IN. June 1990.

143. Morris, K. R., Knipp, G., and Serajuddin, A. T. M. Structural properties of Polyethylene Glycol:  Polysorbate 80 mixtures, a solid dispersion vehicle. Poster presentation:  AAPS National Meeting, Atlanta, GA. 1989.

144. Morris, K. R., Bugay, D. E., Serajuddin, A. T. M., Brittain, H. G., and Thakur, A. B.  Investigation of polymorphism of fosinopril sodium a new ACE Inhibitor.  Poster presentation: AAPS National Meeting, Atlanta, GA. 1989.

145. Wesdyke, R., Joshi, Y., Jain, N., Morris, K. R., and Newman, A. W.  The effect of size and mass on the film thickness of beads coated in fluidized bed equipment.  Poster presentation:  AAPS National Meeting, Atlanta, GA. 1989.

146. Bugay, D. E., Morris, K. R., and Brittain, H. G. Quantitative determination of polymorphism in fosinopril sodium using solid state $^{31}$P and $^{13}$C NMR spectroscopy.  Poster presentation:  AAPS National, Orlando, FL. 1988.

147. Morris, K. R. and Yalkowsky, S. H.   Predicting mixed solvent solubilities of hydrophobic pollutants.   Poster presentation:   AAPS Regional Meeting, Reno, Nevada. 1987.

148. Karickhoff, S. W. and Morris, K. R.   Sorption dynamics of hydrophobic pollutants in sediment suspensions.   Poster presentation:   Gordon Research Conference; Environmental Section, Concord, New Hampshire. 1982.

Exhibit 2

# US20190023718A1, Form-L9



# WO2015118460A1, Form-M2



BIC Na Calc

Figure 1. Powder X-ray diffraction pattern of crystalline dolutegravir sodium Form-M2

2

# WO2015118460A1, Form-M3

BIC Na Calc



Figure 2. Powder X-ray diffraction pattern of crystalline dolutegravir sodium Form-M3

# WO2015118460A1, Form-M4





Figure 3. Powder X-ray diffraction pattern of crystalline dolutegravir sodium Form-M4

4

# WO2015138933A1, Form-V



**Figure 4:** Powder X-ray diffraction pattern for crystalline Dolutegravir sodium Form V.

5

# WO2015138933A1, Form-VI



*the peak marked by star relates to addition of Silicon internal standard.

**Figure 5:** Powder X-ray diffraction pattern for crystalline Dolutegravir sodium Form VI.

6

# WO2015138933A1, Form-VII



**Figure 6:** Powder X-ray diffraction pattern for crystalline Dolutegravir sodium Form VII.

7

# WO2015138933A1, Form-VIII



*the peak marked by star relates to addition of Silicon internal standard.

**Figure 7:** Powder X-ray diffraction pattern for crystalline Dolutegravir sodium Form VIII.

8

# WO2015138933A1, Form-IX



**Figure 8:** Powder X-ray diffraction pattern for crystalline Dolutegravir sodium Form **IX**.

9

# WO2015138933A1, Form-XI



**Figure 10:** Powder X-ray diffraction pattern for crystalline Dolutegravir sodium Form XI.

10

WO20151



11

# WO2015139591A1, Fig 6

BIC Na Calc



# WO2015139591A1, Fig 10

BIC Na Calc



13

# WO2015139591A1, Fig 27

BIC Na Calc



# WO2019048808A1, Fig 1

BIC Na Calc



*FIG. 1*

15

# WO2019048808A1, Fig 2

BIC Na Calc



*FIG. 2*

16

Exhibit 3



1



















# EXHIBIT L



www.desmaraisllp.com

| | | |
|---|---|---|
| 230 Park Avenue | Kyle G. Petrie | 101 California Street |
| New York, NY 10169 | New York | San Francisco, CA 94111 |
| P: 212-351-3400 | Direct: 212-808-2912 | P: 415-573-1900 |
| F: 212-351-3401 | kpetrie@desmaraisllp.com | F: 415-573-1901 |

October 17, 2019

**Via Email (matthew.ford@bartlitbeck.com)**

Matthew Ford
BartlitBeck LLP
54 West Hubbard Street
Chicago, IL 60654

Re:   *ViiV Healthcare Company et al. v. Gilead Sciences, Inc.*
          Civil Action No. 1:18-cv-00244-CFC-CJB (D. Del.)

Dear Matthew:

This letter is in response to your October 10, 2019 letter.

**Mr. Wilkinson**

Regarding Topic 67, Mr. Wilkinson was prepared to testify regarding ██████████ ████████████████████████████████████████████████████ Please see our correspondence from earlier today to your colleague, Ms. Tulsi Gaonkar.

Regarding Topics 51-55 and 68, as stated in Mr. Derbish's October 15, 2019 email, we disagree with your characterization that Mr. Wilkinson was not prepared. Regardless, ViiV will designate Mr. Trevor Scott to testify on topics 51-55 and 68 subject to its objections, to address any alleged deficiencies in Mr. Wilkinson's preparation.

Please see our correspondence from earlier today to Ms. Gaonkar, regarding the other issues that you raised in connection with Mr. Wilkinson's deposition.

**Dr. Kawasuji**

We disagree that Gilead has been prejudiced. Your assertion that "[w]e could not question Dr. Kawasuji about any financial interests that may bear on his testimony" is incorrect. During his two-day deposition, Dr. Kawasuji was available to answer any questions Gilead may have had regarding compensation related to his contributions to the '385 patent. Gilead chose not to ask him a single question about his compensation related to the patent-in-suit and Gilead should not get a do-over now. Your second assertion, that Dr. Taishi, (our 30(b)(6) deponent on a related topic) was an inadequate substitute because he did not know what Dr. Kawasuji was paid under

**DESMARAIS** LLP

Matthew Ford
October 17, 2019
Page 2

the agreement, is also incorrect.  Dr. Taishi testified that Dr. Kawasuji receives ▮▮▮▮ of the achievement money given by Shionogi to the inventors of the '385 Patent. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Based on this percentage, and Dr. Taishi's testimony regarding his own percentage and corresponding compensation, Dr. Kawasuji's compensation is readily calculable.

Accordingly, ViiV will not make Dr. Kawasuji available for additional deposition time. We are available to meet and confer on this issue at your convenience.

**Waiver**

Mr. Wilcox provided you with a draft proposed stipulation to resolve this dispute on October 11, 2019.  We look forward to hearing Gilead's response in the near future.

**Mr. Cheek Emails**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As such, we believe this issue is resolved.

**Dr. White's Documents**

Thank you for confirming that the requested documents were not provided in Gilead's previous document productions. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Additionally, it appears that after a reasonable search Gilead has not produced other documents related to Dr. White that are highly relevant to her testimony.  *See, e.g.*, 10/04/2019 Gilead Resp. to ViiV's Fourth Set of Interrogatories (Nos. 15-24) at 9, 13-14 (citing "Kirsten White et al., *Pooled Week 48 Efficacy and Baseline Resistance: B/F/TAF in Treatment-Naïve Patients*, CROI Poster 532 (2018)"). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To the extent Gilead has not produced these materials, ViiV requests that such materials be produced immediately.

ViiV reserves the right to seek additional deposition time with Dr. White to address any material that was not available prior to her deposition.

**Drs. Lazerwith and Chen**



Matthew Ford
October 17, 2019
Page 3

Accordingly, these documents must be produced if they exist.  If Gilead contends that such materials do not exist, please confirm in writing.  Otherwise, please provide your availability to meet and confer on this issue.

**30(b)(6) Topics**

ViiV is evaluating your response regarding Gilead's deficient Rule 30(b)(6) testimony and will respond accordingly.

**Interrogatory Responses**

Gilead's Responses to ViiV's Interrogatories served on October 4, 2019 remain deficient. ViiV reserves the right to seek appropriate relief from the Court relating to Gilead's deficient Interrogatory Responses.



**DESMARAIS** LLP

Matthew Ford
October 17, 2019
Page 4

[REDACTED]

On October 4, 2019, Gilead also served its responses to ViiV's Fourth Set of Interrogatories (Nos. 15-24).  Gilead's Response to Interrogatory No. 18 is deficient.

[REDACTED]

Sincerely,

/s/ *Kyle G. Petrie*
Kyle G. Petrie

cc: via email – Bictegravir@bartlit-beck.com; jblumenfeld@mnat.com; jtigan@mnat.com; naotakada@takadalegal.com; GSKGileadService@desmaraisllp.com; mkelly@mccarter.com; dsilver@mccarter.com; ajoyce@mccarter.com

# EXHIBIT M

# BartlitBeck LLP

Matt Ford
Matthew.Ford@BartlitBeck.com

November 12, 2019

**By Email**

Kyle Petrie
Desmarais LLP
230 Park Avenue
New York, NY 10169

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4449

BartlitBeck.com

Re: *ViiV Healthcare Co., et al. v. Gilead Sciences, Inc.*, No. 1:18-cv-00224-CFC

Kyle,

Thanks for talking through the outstanding discovery issues last week.

Here is our response regarding the topics we discussed:

**Dr. Kawasuji**

During the call, we discussed an additional deposition of Dr. Kawasuji relating to documents ViiV produced after his deposition defining the payments he has received connected to the '385 patent and dolutegravir. You offered during the call to have a deposition by written questions in lieu of a deposition. You also raised the prospect that we could agree to a "no call, no depose" arrangement for Dr. Kawasuji.

We cannot agree to either proposal, which substantially impairs our ability to cross-examine Dr. Kawasuji in this matter and produces a windfall to ViiV for its delayed production of documents relating to inventor compensation. Dr. Kawasuji is a named inventor. To the extent he appears live or via his deposition (in either party's case), Gilead has not had an opportunity to question him on the payments he's received given the late production of the relevant documents or the bias this payment creates in his testimony.

With respect to the concerns you raised over (1) the scope of any additional deposition; and (2) the logistics: we will limit the additional deposition to two hours and a cross examination for bias — including direct questions about whether these substantial payments influenced the testimony he has already given. As to location, we understand that Dr. Kawasuji will be appearing for a deposition in New Jersey in ViiV's lawsuit with Lupin (notice attached). We are willing to try and coordinate our additional deposition with his deposition there. Failing that, we can discuss the possible option of traveling to Japan to take the deposition. Please let us know when he is sitting for his deposition in the Lupin matter.

**BartlitBeck** LLP

Kyle Petrie
Page 2 of 4

**Drs. Lazerwith / Chen**

We have investigated further and have not identified any documents relating to ███████ ██████████████████████████████████████ ████████

**Interrogatories**

*Nos. 3 and 4*: Gilead does not believe any supplementation is necessary for its responses to interrogatories 3 and 4.





**BartlitBeck** LLP

Kyle Petrie
Page 3 of 4

Therefore, Gilead does not believe additional supplementation of interrogatories 3 and 4 is warranted, apart from a minor supplementation to reflect a recent document production.

*No. 6*:



*No 9*:

However, in the interests of moving things along, Gilead will undertake to supplement its response to interrogatory 9 this week. However, the response will necessarily be very similar, and incorporate significant portions of, the responses to interrogatories number 3 and 4. Especially given that the Federal Circuit has stated "chemical compounds with many substituents (which are usually claimed as separate limitations), and those having a medical or biological use, it is often not clear what the 'function' or 'way' is for each claim limitation. How a particular component of a composition, or substituent of a compound, functions in a human or animal body, or in what way, may not be known or even knowable (although, as technology evolves, that may change)." *Mylan Institutional LLC v. Aurobindo Pharma Ltd.*, 857 F.3d 858, 867 (Fed. Cir. 2017).

*Nos. 1 and 18*: We are investigating and will update our interrogatory accordingly.

**<u>Stipulation</u>**

Please see the language below for the amended stipulation. I have omitted any deletions:

Neither party will offer any evidence, testimony, or argument regarding the prosecution of any of Plaintiffs' patent applications to the jury other than the application that issued as U.S. Patent No. 8,129,385 ("the '385 Patent") and those to which the '385 Patent claims priority;

BartlitBeck LLP

Sincerely,

Matt Ford