# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

May 26, 2020

Honorable Christopher J. Burke  *VIA ELECTRONIC FILING*
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 2325, Unit 28
Wilmington, DE 19801-3555

Re: *ViiV Healthcare Company, et al. v. Gilead Sciences, Inc.*,
C.A. No. 18-224 (CFC) (CJB)

Dear Judge Burke:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on May 22, 2020:

Delaware Counsel:  Jack B. Blumenfeld – Morris, Nichols, Arsht & Tunnell LLP

Jeremy A. Tigan – Morris, Nichols, Arsht & Tunnell LLP

Daniel M. Silver – McCarter & English, LLP

Lead Counsel:  Adam K. Mortara – Bartlit Beck LLP

Matthew Ford – Bartlit Beck LLP

Madeline Lansky – Bartlit Beck LLP

Justin Wilcox – Desmarais LLP

Lindsey E. Miller – Desmarais LLP

Honorable Christopher J. Burke
May 26, 2020
Page 2

  As movant, Defendant requests the scheduling of a discovery teleconference regarding the following dispute requiring judicial attention:

- A dispute regarding whether ViiV's expert Dr. Alan Engelman and ViiV's counsel violated Federal Rule of Civil Procedure 26(a)(2)(B)(ii).

  As movant, Plaintiffs request the scheduling of a discovery teleconference regarding the following dispute requiring judicial attention:

- A dispute regarding Defendant's reliance on non-disclosed expert Dr. Peter Cherepanov.

          Respectfully,

          */s/ Jack B. Blumenfeld*

          Jack B. Blumenfeld (#1014)

JBB:lo
cc: All Counsel of Record (*via CM/ECF and e-mail*)