

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

June 5, 2020

**VIA CM/ECF**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 2325, Unit 28
Wilmington, DE 19801-3555

Re: *ViiV Healthcare Company, et al. v. Gilead Sciences, Inc.*,
C.A. No. 18-224-CFC-CJB

Dear Magistrate Judge Burke:

The parties in the above-referenced action write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on June 5, 2020:

**Delaware Counsel for Plaintiffs:**
Daniel M. Silver – McCarter & English, LLP
Alexandra M. Joyce – McCarter & English, LLP

**Delaware Counsel for Defendant:**
Jack B. Blumenfeld – Morris, Nichols, Arsht & Tunnell LLP

**Lead Counsel for Plaintiffs:**
Justin Wilcox – Desmarais LLP
Lindsey E. Miller – Desmarais LLP

**Lead Counsel for Defendant:**
Matthew Ford – Bartlit Beck LLP
Rebecca Horwitz – Bartlit Beck LLP

As movant, Plaintiffs request the scheduling of a discovery teleconference regarding the following dispute requiring judicial attention:

- A dispute regarding whether Gilead's expert Dr. Richman violated the disclosure requirements under Federal Rule of Civil Procedure 26(a)(2)(B)(ii).

ME1 33532902v.2

Plaintiffs respectfully request that this dispute be addressed during the discovery teleconference scheduled for June 15, 2020 at 3:00 p.m. Defendant takes no position on Plaintiffs' request, and defers to the Court on scheduling.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record