## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD. and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant. | C.A. No. 18-224-CFC-CJB |

## JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited and Defendant Gilead Sciences, Inc. respectfully move this Court to schedule a teleconference to address an outstanding discovery dispute.

In accordance with the Court's June 8, 2020 Oral Order (D.I 273), Plaintiffs will provide their opening submission by no later than June 12, 2020, and Gilead will provide its responsive submission by no later than June 18, 2020. The parties will present their respective positions during a teleconference on June 22, 2020 at 2:00 p.m. with counsel for Plaintiffs to initiate the call.

Dated: June 11, 2020

| | |
|---|---|
| McCarter & English, LLP | Morris, Nichols, Arsht & Tunnell LLP |
| */s/ Alexandra M. Joyce* | */s/ Jeremy A. Tigan* |
| Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendant* |