# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GILEAD SCIENCES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 18-224-CFC-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through the undersigned counsel, and subject to the Court's approval, that the deadlines for Plaintiffs to submit public versions of (1) Letter Dated June 4, 2020 from Daniel M. Silver, Esq. to Magistrate Judge Burke (D.I. 267); (2) Plaintiffs' Concise Counterstatement of Facts on Opposition to Defendant's Statement of Facts (D.I. 268); (3) Plaintiffs' Concise Counterstatement of Facts in Opposition to Defendant's Statement of Facts (D.I. 269); (4) Exhibits 1-5 to Plaintiffs' Concise Counterstatement of Facts In Opposition to Defendant's Statement of Facts (D.I. 270); and (5) Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (D.I. 271) are extended through and including Thursday, June 18, 2020.

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Jeremy A. Tigan |
| Michael P. Kelly (#2295) | Jack B. Blumenfeld (#1014) |
| Daniel M. Silver (#4758) | Jeremy A. Tigan (#5239) |
| Alexandra M. Joyce (#6423) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 North King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | jblumenfeld@mnat.com |
| mkelly@mccarter.com | jtigan@mnat.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendant Gilead Sciences, Inc.* |

*Attorneys for Plaintiffs*
*ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited*

June 16, 2020

SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE

ME1 33631071v.1