IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY,        )
SHIONOGI & CO., LTD. and VIIV   )
HEALTHCARE UK (NO. 3) LIMITED,  )
                                )
            Plaintiffs,          )
                                )
                                )   C.A. No. 18-224 (CFC) (CJB)
      v.                         )
                                )
                                )   ███████████████████
GILEAD SCIENCES, INC.,           )
                                )
            Defendant.           )   REDACTED - PUBLIC VERSION

**LETTER TO THE HONORABLE CHRISTOPHER J. BURKE
FROM JACK B. BLUMENFELD REGARDING GILEAD'S
MOTION FOR SANCTIONS AND MOTION TO STRIKE**

OF COUNSEL:

Adam K. Mortara
J. Scott McBride
Mark S. Ouweleen
Matthew R. Ford
Nevin M. Gewertz
Tulsi E. Gaonkar
Rebecca T. Horwitz
Madeline W. Lansky
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400

John M. Hughes
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100

June 4, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
ssimonetti@mnat.com

*Attorneys for Defendant
Gilead Sciences, Inc.*

Nao Takada
TAKADA LEGAL, P.C.
112-01 Queens Blvd.
Forest Hills, NY 11375
(212) 380-7804

Dear Judge Burke:

Gilead presents two issues for the Court to resolve relating to ViiV's expert, Dr. Alan Engelman. First, Gilead seeks a jury instruction relating to the misleading concealment of ███████████████████████████████████████████████████████████. Second, Gilead asks the Court to strike a new opinion that Dr. Engelman volunteered repeatedly for the first time in his deposition.

**I.A.** This is a doctrine of equivalents case in which ViiV must prove that Gilead's drug bictegravir is "insubstantially different" from ViiV's drug dolutegravir. In support of its infringement case, ViiV retained Dr. Engelman, whose report heavily criticizes an article on that very topic by Gilead researchers referred to as Tsiang 2016. Ex. A. ███████████████████████████████████████████████████████████████ . Ex. B ¶¶ 244-49. ███████████████████████████████████████████████ *Id.* ¶ 247; ████████ ███████████████████████████████████████████████████████ Ex. B ¶¶ 277-83, 313-14, 318-28, 334-36, 354-57, 361-64. ███████████████ Ex. D ¶ 13.

Not once did Dr. Engelman disclose that ██████████████████████████████████ █████████████████████████████████████████████████████████████████ *Id.*; Ex. B ¶¶ 246-248. He also concealed ███████████████████████████████████ ████████████████████████████████ . ██████████████████ That concealment plainly benefited ViiV because █████████████████████████████████████ . ViiV says it had no obligation to disclose that █████████████████████████████████████ . In other words, an expert providing materially misleading statements in a report to conceal damaging information about that expert is allowed under the Rules. Gilead disagrees.

And it was not just Dr. Engelman's failure to disclose—it was ViiV's as well. Dr. Engelman informed ViiV's counsel that ████████████████████ But ViiV made no disclosure. ████████████████████████████████████████████████████████████████████████ ████████████████████████ Yet again, Dr. Engelman concealed that █████████ . And yet again ViiV did not speak up.

It took a direct question from Gilead for Dr. Engelman to reveal ████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████. Even

Honorable Christopher J. Burke
June 4, 2020
Page 2

Dr. Engelman ultimately acknowledged his report was misleading, stating, ████████



**B.** Dr. Engelman and ViiV violated Rule 26 by failing to disclose ████████ ████████ Rule 26(a)(2)(B)(ii) requires expert witnesses to disclose "the facts or data" relied on in forming their opinions and is to be interpreted broadly. Fed. R. Civ. P. 26(a)(2)(B)(ii), Advisory Committee's Note to 2010 Amendment. Here, Dr. Engelman relied on ████████.

Dr. Engelman did not contend otherwise. He gave shifting and at times inconsistent justifications for his failure to disclose, but none were that he did not rely on ████████ in forming his opinions. ████████ Some of the excuses were absurd—including that ████████

**C.** ViiV's violation of Rule 26 warrants Rule 37 sanctions. Its failure to disclose inhibited Gilead's ability to prepare to depose Dr. Engelman ████████. *See Samsung Elecs. Co. v. Nvidia Corp.*, 314 F.R.D. 190, 198 (E.D. Va. 2016). Moreover, a key purpose of Rule 37 sanctions is deterrence: Sanctions must "leave the nondisclosing party worse off than it would have been if it had disclosed." *Id.* at 201; *see also Roadway Express, Inc. v. Piper*, 447 U.S. 752, 763-64 (1980).

The appropriate sanction is a jury instruction that ViiV failed to comply with its discovery obligations and that the jury may draw any reasonable inference, including an adverse one, from the failure to disclose ████████. *See* Fed. R. Civ. P. 37(c)(1)(B); *Staley v. U.S. Bank Nat'l Ass'n*, No. 10-cv-591-BLW, 2013 WL 331271, at *5 (D. Idaho Jan. 29, 2013). In a case where a giant corporate plaintiff seeks astronomical damages, a monetary sanction cannot deter misconduct. There have to be real consequences to ViiV. And any suggestion that prejudice to Gilead was cured by its chance discovery of this deception and therefore no sanction is necessary would mean that parties like ViiV are incentivized to gamble on non-disclosure. Getting caught would allow the offending party to simply cry "no harm, no foul."

**II.** Dr. Engelman's report also attacks an article that concludes that bictegravir has a superior resistance profile to dolutegravir. Ex. F at 11 ("Smith 2018"). He spends nearly 40 pages criticizing the article across his reports. Exs. B ¶¶ 408-43, D ¶¶ 21, 23, G ¶¶ 75-101. Dr. Engelman raised a brand-new criticism of this article for the first time at his deposition, purposefully and gratuitously injecting it into his answers to unrelated questions. *See* Ex. E 77:8-82:5, 117:5-21, 187:14-188:9, 235:4-236:15. He even emphasized that he did not include this criticism in his report, explaining that he had "recently" uncovered "new information" about Smith 2018, although what he meant was that he had recently read some of Smith's articles from years ago. *Id.* 79:8-9. If Dr. Engelman wanted to offer this opinion, he should have done so in his 340-some pages of expert reports or ViiV should have moved to supplement. Gilead respectfully requests that the court strike Dr. Engelman's concededly new opinion, offered in non-responsive answers to deposition questions.

Honorable Christopher J. Burke
June 4, 2020
Page 3

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac
Attachments

cc:      All Counsel of Record (via electronic mail; w/attachments)

# Exhibit A





# Antiviral Activity of Bictegravir (GS-9883), a Novel Potent HIV-1 Integrase Strand Transfer Inhibitor with an Improved Resistance Profile

Manuel Tsiang, Gregg S. Jones, Joshua Goldsmith, Andrew Mulato, Derek Hansen, Elaine Kan, Luong Tsai, Rujuta A. Bam, George Stepan, Kirsten M. Stray, Anita Niedziela-Majka, Stephen R. Yant, Helen Yu, George Kukolj, Tomas Cihlar, Scott E. Lazerwith, Kirsten L. White, Haolun Jin

Gilead Sciences, Foster City, California, USA

Bictegravir (BIC; GS-9883), a novel, potent, once-daily, unboosted inhibitor of HIV-1 integrase (IN), specifically targets IN strand transfer activity (50% inhibitory concentration [$IC_{50}$] of $7.5 \pm 0.3$ nM) and HIV-1 integration in cells. BIC exhibits potent and selective *in vitro* antiretroviral activity in both T-cell lines and primary human T lymphocytes, with 50% effective concentrations ranging from 1.5 to 2.4 nM and selectivity indices up to 8,700 relative to cytotoxicity. BIC exhibits synergistic *in vitro* antiviral effects in pairwise combinations with tenofovir alafenamide, emtricitabine, or darunavir and maintains potent antiviral activity against HIV-1 variants resistant to other classes of antiretrovirals. BIC displayed an *in vitro* resistance profile that was markedly improved compared to the integrase strand transfer inhibitors (INSTIs) raltegravir (RAL) and elvitegravir (EVG), and comparable to that of dolutegravir (DTG), against nine INSTI-resistant site-directed HIV-1 mutants. BIC displayed statistically improved antiviral activity relative to EVG, RAL, and DTG against a panel of 47 patient-derived HIV-1 isolates with high-level INSTI resistance; 13 of 47 tested isolates exhibited >2-fold lower resistance to BIC than DTG. In dose-escalation experiments conducted *in vitro*, BIC and DTG exhibited higher barriers to resistance than EVG, selecting for HIV-1 variants with reduced phenotypic susceptibility at days 71, 87, and 20, respectively. A recombinant virus with the BIC-selected M50I/R263K dual mutations in IN exhibited only 2.8-fold reduced susceptibility to BIC compared to wild-type virus. All BIC-selected variants exhibited low to intermediate levels of cross-resistance to RAL, DTG, and EVG (<8-fold) but remained susceptible to other classes of antiretrovirals. A high barrier to *in vitro* resistance emergence for both BIC and DTG was also observed in viral breakthrough studies in the presence of constant clinically relevant drug concentrations. The overall virologic profile of BIC supports its ongoing clinical investigation in combination with other antiretroviral agents for both treatment-naive and -experienced HIV-infected patients.

Integrase strand transfer inhibitors (INSTIs) are the latest class of antiretroviral drugs approved for the treatment of HIV-1 infection, and they inhibit HIV-1 replication by blocking the strand transfer step of viral DNA integration into the host genome (1–3). The first two INSTIs, raltegravir (RAL) and elvitegravir (EVG), have been approved for clinical use as components of combination antiretroviral therapy. Although both INSTIs have displayed good antiviral efficacy as components of combination regimens in the treatment of HIV-1 infections in randomized trials (3), RAL is dosed twice daily (4–6) while EVG is dosed once daily but requires coadministration with a pharmacokinetic enhancer to increase EVG systemic exposure (7–9). In addition, RAL and EVG have an overlapping resistance profile such that many viruses resistant to one drug are cross-resistant to the other drug, which ultimately precludes the sequential use of these two INSTIs (10–15).

Dolutegravir (DTG) was subsequently approved for treatment of HIV-1 in 2013. It is an unboosted INSTI with a higher barrier to resistance development and improved resistance profile relative to RAL and EVG and is dosed once daily for many patients (16–19). DTG is effective in naive patients and did not induce resistance development in registrational studies of naive and suppressed switch patients (20–24), but it did show emergence of additional INSTI resistance in a trial of patients with EVG and RAL resistance (24) and in recent case reports of INSTI resistance in treatment-naïve and treatment-experienced, but INSTI-naïve, patients (25). In addition, DTG must be dosed twice daily when coadministered

with cytochrome P450 (CYP) and/or UDP glucuronosyltransferase (UGT) inducers (e.g., efavirenz [EFV], fosamprenavir/ritonavir, tipranavir/ritonavir, or rifampin) and in patients with documented or suspected INSTI-associated resistance (24, 26). In addition, DTG increases human serum creatinine levels by about 10% via inhibition of organic cation transporter 2 (OCT2; 50% inhibitory dose [$IC_{50}$] of 1.93 $\mu$M) in the proximal tubule of the kidney (27, 28). Consequently, novel INSTIs with improved pharmacokinetics (including minimized drug-drug interactions and effects on drug transporters), once-daily dosing, improved toler-

Received 7 July 2016 Returned for modification 15 July 2016 Accepted 2 September 2016

Accepted manuscript posted online 19 September 2016

Citation Tsiang M, Jones GS, Goldsmith J, Mulato A, Hansen D, Kan E, Tsai L, Bam RA, Stepan G, Stray KM, Niedziela-Majka A, Yant SR, Yu H, Kukolj G, Cihlar T, Lazerwith SE, White KL, Jin H. 2016. Antiviral activity of bictegravir (GS-9883), a novel potent HIV-1 integrase strand transfer inhibitor with an improved resistance profile. Antimicrob Agents Chemother 60:7086–7097. doi:10.1128/AAC.01474-16.

Address correspondence to Kirsten L. White, Kirsten.white@gilead.com.

Supplemental material for this article may be found at http://dx.doi.org/10.1128/AAC.01474-16.

Copyright © 2016 Tsiang et al. This is an open-access article distributed under the terms of the Creative Commons Attribution 4.0 International license.

ability, high efficacy against INSTI-associated resistance, and smaller pill size would be useful in the treatment of HIV.

Bictegravir (BIC; GS-9883) is a novel INSTI that has recently advanced into registrational clinical trials in combination with tenofovir alafenamide (TAF) and emtricitabine (FTC) in a single-tablet formulation for the treatment of HIV-1 infection. In this report, we describe the *in vitro* biological characterization of BIC and show its potent activity against laboratory strains and clinical isolates of HIV-1, a higher barrier to resistance development than RAL and EVG, and a statistically improved resistance profile compared to those of RAL, EVG, and DTG against a set of patient-derived INSTI-resistant viral isolates.

## MATERIALS AND METHODS

**Compounds.** BIC, DTG, RAL, EVG, darunavir (DRV), atazanavir (ATV), tenofovir (TFV), TAF, FTC, rilpivirine (RPV), 2′-C-methyladenosine (2′-CMeA), 2′-fluoro-2′-deoxyguanosine (2′-FDG), rupintrivir, and YM-53403 were synthesized at Gilead Sciences, Inc. Ribavirin (RBV) (catalog number R-9644), stavudine (d4T) (catalog number D-1413), and zidovudine (AZT) (catalog number A-2169) were purchased from Sigma (St. Louis, MO). EFV was purchased from Toronto Research Chemicals Inc. (catalog number E425000; North York, Ontario, Canada).

**Cells.** MT-2 cells were obtained from Stanford University, and MT-4 cells were obtained from the NIH AIDS Research and Reference Reagent Program (Germantown, MD). MT-2 and MT-4 cells were maintained in RPMI 1640 medium supplemented with 10% heat-inactivated fetal bovine serum (FBS) and antibiotics. The SODk1 2G cell line that produces vesicular stomatitis virus glycoprotein (VSV-G)-pseudotyped viral particles used in single-cycle infection was licensed from the Salk Institute, La Jolla, CA (29, 30). SODk1 2G cells were maintained in Dulbecco's modified Eagle's medium (DMEM) supplemented with 10% tetracycline-free fetal bovine serum (FBS) (Clontech, Mountain View, CA), 1 mM glutamine, 1 mM pyruvate, 1 μg/ml doxycycline, and antibiotics. Production of the pseudotyped particles from SODk1 2G cells has been previously described (29).

Freshly isolated human peripheral blood mononuclear cells (PBMCs) were obtained from healthy volunteers (supplied by AllCells, Inc., Alameda, CA). Blood donors were negative for HIV-1, hepatitis B, and hepatitis C viral infections. CD4$^+$ T lymphocytes were isolated by negative selection using a magnetically labeled antibody cocktail (STEMCELL Technologies Inc., Vancouver, Canada) and cultured in RPMI cell culture media (Life Technologies, Grand Island, NY) supplemented with 10% FBS. CD4$^+$ T cells were activated for 48 h at 37°C by addition of 1 μg/ml phytohemagglutinin (PHA; Sigma, St. Louis, MO) and 5 ng/ml interleukin-2 (IL-2; Roche Diagnostics, Indianapolis, IN). Monocytes were isolated by negative selection using a magnetically labeled antibody cocktail (STEMCELL Technologies Inc., Vancouver, Canada), seeded into 96-well plates at a density of 2 × 10$^5$ cells per well, and then incubated for 8 days at 37°C in RPMI cell culture medium supplemented with 10% FBS, 5% human serum (Sigma, St. Louis, MO), and 50 ng/ml granulocyte-macrophage colony-stimulating factor (GM-CSF; R&D Systems, Minneapolis, MN) to permit their differentiation into macrophages. Human PBMCs were used for cytotoxicity assays after culturing for 48 h in either complete RPMI medium alone (resting conditions) or RPMI containing 1 μg/ml PHA and 5 ng/ml IL-2 (activated conditions).

**HIV strains.** HIV-1 strain IIIb was obtained from Advanced Biotechnologies Inc. (Columbia, MD). HIV-1 BaL virus (Advanced Biotechnologies, Columbia, MD) was passaged in human PBMCs. HIV-1 recombinant strains carrying mutations were prepared by transfecting infectious pLAI-based or HXB2-based cDNA clones into 293T cells, followed by virus amplification in MT-4 cells and harvesting of the cell supernatants. The nucleoside reverse transcriptase inhibitor (NRTI)-resistant viruses encoding reverse transcriptase (RT) mutation K65R were obtained from Mark Wainberg (McGill AIDS Center, Montreal, Canada). The NRTI-

resistant viruses encoding RT mutation M184V were constructed by site-directed mutagenesis (31). The virus 6TAMs, containing six resistance mutations in HIV-1 RT (M41L, D67N, K70R, L210W, T215Y, and K219Q) that confer resistance to thymidine analogs, was constructed by cloning a PCR-amplified RT-encoding fragment from HIV-infected patient-derived plasma (31). The nonnucleoside reverse transcriptase inhibitor (NNRTI)-resistant viruses encoding RT mutation K103N, Y181C, Y188L, or L100I/Y181C were constructed by site-directed mutagenesis. The protease inhibitor (PI)-resistant mutant viruses encoding mutations in the HIV-1 protease-coding sequence, L10F/M46I/I50V, I84V/L90M, G48V/I54V/V82S, and G48V/V82A/L90M, were produced in electroporated SupT1 cells via homologous recombination (32). Mutations conferring resistance to INSTIs were introduced into the infectious wild-type HIV-1 DNA clone HXB2 by site-directed mutagenesis. Mutation(s) was confirmed by sequencing. The HIV strains used for phenotyping by Southern Research Institute, Frederick, MD, were the following (name and GenBank accession number): 92RW016 (AF009409), 92UG037 (AB253428), BaL (AY713409), 89BZ_167 (AY173956), 91US001 (AY173952), 91US004 (AY173955), 93IN905 (AF067158), 98US_MSC5016 (AY444801), 98UG_57128 (AF484502), 99UG_A07412M1 (AF484477), 96TH_M02138 (AF086817), 96TH_NI1046 (AY713421), 83BR020 (AF005494), 01CM1475MV (AY371138), and CDC 310319 (AY965902).

**Expression and purification of HIV-1 IN.** Recombinant IN containing an N-terminal 6His tag was expressed in BL21(DE3) pLysS bacteria. The details of expression and purification of HIV-1 IN were previously described (33). The purity of IN preparations was generally >95%.

**IN strand transfer and 3′-processing assays.** The strand transfer activity of IN was measured using an assay based on homogeneous time-resolved fluorescence resonance energy transfer (HTRF) (34) and has been previously described in detail (35). An HTRF-based 3′-processing assay was performed essentially as described for the IN strand transfer assay using a specially designed nonprocessed donor DNA in the absence of target DNA (35).

**Anti-HIV and cytotoxicity assays.** For the antiviral assay utilizing MT-2 and MT-4 cells, 50 μl of a 2× test concentration of 5-fold serially diluted compound in culture medium with 10% FBS was added to each well of a 96-well plate (9 concentrations) in triplicate. MT-2 and MT-4 cells were infected with HIV-1 IIIb at a multiplicity of infection (MOI) of 0.01 for 3 h. Fifty microliters of infected cell suspension in culture medium with 10% FBS (~1.5 × 10$^4$ cells) then was added to each well containing 50 μl of diluted compound. The plates were then incubated at 37°C for 5 days. After 5 days of incubation, 100 μl of CellTiter-Glo reagent (Promega Biosciences, Inc., Madison, WI) was added to each well containing MT-2 or MT-4 cells. Cell lysis was carried out by incubation at room temperature for 10 min and chemiluminescence was read. For compound cytotoxicity assessment, the protocol was identical except that uninfected cells were used and compounds were serially diluted 3-fold.

In order to accurately determine the Hill slope of the antiviral dose response, compounds were serially diluted in dimethyl sulfoxide (DMSO) with steps of 1.5-fold in 2 overlapping serial dilution series to generate a 40-point compound dose range. Each compound series was prepared several times independently in quadruplicate to capture the variations in Hill slope associated with preparation of compound serial dilutions. The assay was performed in a 384-well format. MT-4 cells were infected in bulk at the same MOI as that described above, and the plates were developed with CellTiter-Glo reagent 5 days postinfection.

For the antiviral assay, CD4$^+$ T lymphocytes at a density of 4 × 10$^6$ cells per ml were infected in bulk culture with HIV-1 BaL at an MOI of 15 ng p24 equivalent per million cells for 3 h at 37°C. Three hours after viral adsorption, the cells were washed once with the MOI medium and seeded into 96-well plates at a density of 2 × 10$^5$ cells per well. A 3-fold serial dilution of test compounds in RPMI medium was added to triplicate wells and incubated at 37°C for 5 days. Human monocytes were seeded on 96-well plates at a density of 3 × 10$^5$ cells per well, differentiated into adherent macrophages, and then infected with HIV-1 BaL virus in 50 μl

Tsiang et al.

RPMI for 3 h at 37°C. Cells were washed once with complete RPMI medium and incubated for 12 days at 37°C with 200 μl RPMI medium containing 10% FBS, 50 ng/ml GM-CSF, and serially diluted compound. Macrophages received two changes of drug-containing medium during this 12-day incubation period. The supernatants derived from the CD4+ T-cell and macrophage cultures were harvested 6 and 12 days postinfection, respectively, and the amount of HIV present was quantified by p24 enzyme-linked immunosorbent assay (ELISA) (PerkinElmer, Waltham, MA).

Antiviral assay in fresh human PBMCs with RT endpoint was performed by Southern Research Institute, Frederick, MD, as a contracted research study.

**Assay for 2-LTR circles, late reverse transcription products, and integration junctions.** Quantification of 2-long terminal repeat (LTR) circles, late reverse transcription products, and integration junctions was adapted from a previously described method (30). MT-2 cells were infected in bulk culture with HIV-1 IIIb at an MOI of 10 in the presence of 10 μg/ml Polybrene (Santa Cruz Biotechnology, Santa Cruz, CA) and at a cell density of $2 \times 10^6$ cells/ml for 3 h at 37°C. Three hours after viral adsorption, the infected cells were washed twice with 20 ml of RPMI 1640 medium containing 10% FBS and antibiotics and seeded in 6-well plates in 2 ml of culture medium at $1 \times 10^6$ cells per well. Infected MT-2 cells received either DMSO (mock-treated control) or one of four compounds (BIC, DTG, EFV, or DRV) at a final concentration greater than or equal to 20 times their respective antiviral 50% effective concentration ($EC_{50}$). These plates were incubated at 37°C for either 12 h (for late reverse transcription product quantification) or 24 h (for 2-LTR circle and Alu-LTR product quantification), after which time the cells were harvested for total DNA isolation. DNA was extracted from each well using the QIAamp DNA minikit (Qiagen, Valencia, CA) and collected as a 100-μl eluate. TaqMan real-time PCR-quantified 2-LTR junctions (2-LTR circles), late reverse transcription products, and integration junctions (Alu-LTR) were normalized to the level of host globin gene in each sample. Quantification by PCR was performed on the ViiA 7 real-time PCR system (Life Technologies, Grand Island, NY).

**Phenotypic analysis of clinical isolates.** Forty-seven resistance test vectors containing patient-derived IN coding regions were constructed using standard Monogram Biosciences protocols. Phenotypic data for BIC, DTG, EVG, and RAL ($EC_{50}$s) in these clinical isolates were obtained through a contract study by Monogram Biosciences (South San Francisco, CA) using the PhenoSense IN assay. The fold change from the NL4-3 wild-type reference vector values was determined. Statistical significance was determined using the Student two-tailed t test.

**HIV-1 resistance selections.** Resistance selections were performed in 6-well tissue culture plates. MT-2 cells were seeded at a density of $0.5 \times 10^6$ cells per well in 5 ml of culture medium. Compounds were added at final concentrations corresponding to their antiviral $EC_{50}$ or twice the $EC_{50}$. HIV-1 IIIb was used at an MOI of ~0.01. The cultures were incubated at 37°C and split 1:2 to 1:3 once or twice a week depending on the growth status of the cells. The cytopathic effect (CPE) manifested as syncytium formation was used to monitor progression of infections. Virus was harvested and transferred to fresh MT-2 cells in the presence of the same compound but at a 2-fold higher concentration. Successive viral passages were obtained by repeating this procedure. The duration of each passage ranged from 10 to 15 days.

**Genotypic analysis of inhibitor-selected HIV-1 variants.** Genotypic changes under selective pressure were assessed by population sequencing of the entire IN coding region of viruses at different stages of the selection process. Total RNA isolated from virus supernatant collected from various passages was used for the amplification by RT-PCR of a 998-bp fragment encoding HIV-1 IN. This fragment spans nucleotide 1600 of the reverse transcriptase coding region to nucleotide 107 of the vif gene and includes the entire IN coding region. Total RNA was extracted from 140 μl of virus supernatant using the QIAamp viral RNA minikit (Qiagen, Valencia, CA) and eluted in 60 μl of AVE buffer. The RT-PCR was per-

formed according to the manufacturer's protocol using a Titan One tube RT-PCR kit (Roche Applied Science, Indianapolis, IN). The two primers used to amplify the cDNA have the following sequences: p041, 5′-GCAT GGGTACCAGCACACAAAG-3′; and p042, 5′-CTAGCTTTCCCTGAA ACATACATATGGTG-3′. The RT-PCR product was purified using a QIAquick PCR purification kit (Qiagen, Valencia, CA), and sequencing was performed by Elim Biopharmaceuticals, Inc. (Hayward, CA), using primers p041, p042, INTseq3 (5′-GCAGGAAGATGGCCAG-3′), and INTseq5Rev (5′-GAGGAGCTTTGCTGGTCC-3′).

**HIV breakthrough selections in MT-2 cells.** MT-2 cells were infected in bulk culture with HIV-1 IIIb at an MOI of 0.05 and at a density of $2 \times 10^6$ cells/ml for 2 h at 37°C. Two hours after virus adsorption, the cells were centrifuged for 5 min at 2,000 rpm, resuspended in fresh RPMI cell culture medium (containing 10% FBS), and seeded into 24-well plates at a cell density of $2 \times 10^5$ cells per well. Test compounds were diluted in RPMI medium and added to quadruplicate wells to achieve a final volume of 1 ml/well. The final (1×) drug concentrations assessed were equal to 2.5× and 5× $EC_{95}$ for both DTG (32 nM and 16 nM, respectively) and BIC (42 nM and 21 nM, respectively), 4× $EC_{95}$ for FTC (25 μM), and 5× $EC_{95}$ for EVG (48 nM). Viral breakthrough was assessed over a period of 32 days, during which cell cultures were maintained by routine passaging with a 1 to 5 split every 3 to 4 days by the addition of 800 μl fresh drug-containing RPMI medium. At each time point during the course of the assay (i.e., days 4, 7, 11, 14, 18, 21, 25, 28, and 32 postinfection), wells were visually inspected under high magnification for the development of virus-induced CPE. For wells in which >80% of the cell culture showed evidence of CPE, the viral supernatant was harvested and the viral RNA products purified using the QIAamp viral RNA minikit (Qiagen, Redwood City, CA). The IN coding region in each sample was then amplified using the Qiagen OneStep RT-PCR kit and subjected to DNA sequencing (ELIM Biopharmaceuticals, Inc., Hayward, CA) to identify any potential resistance-associated mutations.

## RESULTS

**BIC inhibits HIV-1 IN.** The structures of the approved INSTIs BIC, EVG, and DTG are shown in Table 1 (1). Bictegravir differs from previously known structures in that it contains a unique bridged bicyclic ring and a distinct benzyl tail consisting of a tri-substituted 2,4,6-trifluorobenzyl moiety. These changes resulted in reduced pregnane X receptor (PXR) activation, minimizing the risk for drug-drug interactions with other coadministered agents, and increased plasma protein binding. The increase in protein binding contributed to lower in vivo clearance observed in preclinical as well as in clinical studies (36). The changes giving rise to BIC were also found to improve solubility (which is important for high oral drug absorption, especially at increased doses) and antiviral activity against many known INSTI-resistant viruses.

The inhibitory activity of BIC was evaluated in biochemical assays that measured the 3′ processing and strand transfer activities of purified recombinant HIV-1 IN (Table 1). BIC inhibited the strand transfer activity with an $IC_{50}$ of $7.5 \pm 0.3$ nM, comparable to those of EVG and DTG (16, 37). Relative to its inhibition of strand transfer activity, BIC has a much weaker inhibitor of 3′-processing activity of HIV-1 IN, with an $IC_{50}$ of $241 \pm 51$ nM.

The end product of authentic HIV-1 DNA integration into host cell chromosomes can be assessed by PCR amplification of the junction between proviral DNA and the site of integration using the Alu-LTR primers (30). Furthermore, a distinct by-product of HIV DNA integration failure is characterized by the formation of circular HIV DNA in which the 2-LTRs are juxtaposed (30). BIC inhibited HIV-1 DNA integration in cell culture as measured by both of these parameters. BIC enhanced the accumulation of 2-LTR circles ~5-fold relative to the mock-treated control

TABLE 1 Inhibition of HIV-1 integrase enzymatic activities

| Compounds | Structure | IC$_{50}$ (nM) | |
| --- | --- | --- | --- |
| | | Inhibition of strand transfer[a] | Inhibition of 3' processing[b] |
| BIC |  | 7.5 ± 0.3 | 241 ± 51 |
| DTG |  | 7.4 ± 0.6 | 232 ± 33 |
| EVG |  | 8.4 ± 0.7 | 556 ± 40 |

[a] The data represent the means ± SD from 3 independent experiments performed in triplicate.
[b] The data represent the means ± SD from 5 independent experiments performed in triplicate.

and reduced the amount of authentic integration products in infected cells by 100-fold (Table 2). Although BIC profoundly decreased integration within host cell DNA, it did not affect viral DNA synthesis as measured by the accumulation of late reverse transcription products, which further supports its mechanism of action of selective and targeted inhibition of HIV-1 integration (Table 2). DTG, an INSTI comparator control, also decreased integration products and increased 2-LTR circles, whereas EVF, an NNRTI, decreased the late reverse transcription products with subsequent downstream effects on both 2-LTR circles and integration products. DRV, a protease inhibitor, had no effect on either DNA synthesis or integration.

**BIC exhibits potent and selective anti-HIV activity and low cytotoxicity.** The ability of BIC to inhibit HIV-1 replication *in vitro* was evaluated in lymphoblastoid T-cell lines MT-2 and MT-4 and in primary human T lymphocytes and macrophages (Tables 3 and 4). BIC potently inhibited HIV-1 replication in both MT-2 and MT-4 cells with EC$_{50}$s of 1.5 and 2.4 nM, respectively, and selectivity indices (50% cytotoxic concentration [CC$_{50}$]/EC$_{50}$) of ~6,800 in MT-2 cells and ~1,500 in MT-4 cells (Table 3). In both cell lines, BIC showed antiretroviral activity similar to that of DTG. Independently, the EC$_{95}$ for the inhibition of HIV-1 replication was calculated using a Hill slope determined from the curve fit to a high-density antiviral dose response in MT-4 cells using high-density serial dilutions of test compounds (Table 3). BIC inhibition in MT-4 cells showed a Hill slope of ~2.1, yielding an EC$_{95}$ value of 8.3 nM. Parallel profiling of DTG resulted in a comparable EC$_{95}$ value of 7.4 nM. The EC$_{95}$ for BIC calculated from the high-density antiviral dose response was used in conjunction with the human serum shift determined by equilibrium dialysis (EQDS) to obtain a protein binding-adjusted EC$_{95}$ (PAEC$_{95}$) value of 361 nM. The PAEC$_{95}$ value was subsequently used for the estimation of clinical inhibitory quotient (IQ) to guide the selection of human dose.

BIC exhibits potent antiviral effects in both primary CD4$^+$ T lymphocytes and monocyte-derived macrophages, with EC$_{50}$s of 1.5 ± 0.3 nM and 6.6 ± 4.1 nM, respectively, which are comparable to values obtained in T-cell lines (Table 4). BIC also displayed high potency against 14 clinical isolates of HIV-1 and one isolate of HIV-2 in freshly isolated human PBMCs, with a mean EC$_{50}$ of 0.81 nM and a range of EC$_{50}$s between 0.04 and 1.7 nM (Table 5). In contrast, in cell-based assays, BIC had no antiviral activity against nonretroviruses, such as hepatitis B and C viruses (see Table S1 in the supplemental material), and respiratory viruses (see Table S2), including influenza A and B viruses, human rhinovirus, and respiratory syncytial virus.

The cytotoxicity of BIC measured in primary CD4$^+$ T cells and monocyte-derived macrophages translated into selectivity indices (CC$_{50}$/EC$_{50}$) of ~8,700-fold for CD4$^+$ T lymphocytes and of ~4,500-fold for macrophages (Table 4). The cytotoxicity of BIC

TABLE 2 Inhibition of HIV-1 integration in MT-2 cells by BIC

| Compound[a] | Integration failure of 2-LTR circles[b] (fold change) | Assessment of direct effect on integration[b] (fold change) | |
| --- | --- | --- | --- |
| | | Late reverse transcription products | Alu-LTR integration junctions |
| DMSO | 1.00 ± 0.42 | 1.00 ± 0.19 | 1.00 ± 0.41 |
| BIC | 5.55 ± 0.34* | 0.81 ± 0.09 | 0.01 ± 0.01* |
| DTG | 2.47 ± 1.26* | 0.86 ± 0.08 | 0.01 ± 0.01* |
| EFV | 0.05 ± 0.04* | 0.21 ± 0.07* | 0.10 ± 0.05* |
| DRV | 0.57 ± 0.24 | 0.96 ± 0.11 | 0.72 ± 0.31 |

[a] Compounds were applied to HIV-1 (IIIb)-infected MT-2 cultures at >20-fold of their respective antiviral EC$_{50}$. Means and SD were determined from ≥3 experiments.
[b] The quantitative PCR data of HIV target sequences were normalized against the corresponding quantitative PCR data for the globin gene from the same sample and represent the means from two independent experiments. Fold change is relative to the DMSO control. *, $P < 0.05$.

**TABLE 3** Antiviral activity and selectivity of bictegravir in MT-2 and MT-4 cell lines

| Compound | MT-2 cells[a] | | | MT-4 cells[a] | | | MT-4 cells[b] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $EC_{50}$ (nM) | $CC_{50}$ (nM) | Selectivity | $EC_{50}$ (nM) | $CC_{50}$ (nM) | Selectivity | $EC_{50}$ (nM) | Hill slope | $EC_{95}$ (nM) | EQDS shift[c] (fold change) | $PAEC_{95}$ (nM) |
| BIC | 1.5 ± 0.2 | 10,300 ± 2,500 | 6,867 | 2.4 ± 0.4 | 3,659 ± 93 | 1,525 | 1.9 ± 0.6 | 2.1 ± 0.3 | 8.3 | 43.6 ± 7.7 | 361 |
| DTG | 1.5 ± 0.2 | 5,350 ± 200 | 3,567 | 1.5 ± 0.3 | 14,677 ± 1,899 | 9,785 | 1.7 ± 0.2 | 2.0 ± 0.3 | 7.4 | 27.5 ± 5.8 | 204 |

[a] $EC_{50}$ and $CC_{50}$ values represent the means ± SD from at least 4 independent determinations in triplicate. Test compounds were 3-fold serially diluted.
[b] $EC_{50}$ and Hill slope values represent the means ± SD from 8 independent determinations in quadruplicate. Test compounds were 1.24-fold serially diluted.
[c] Values represent means ± SD from 3 independent determinations.

was also assessed with fresh human PBMCs in the resting state and upon mitogen activation. The cytotoxicity of BIC in resting PBMCs ($CC_{50}$ of 8.4 μM) was similar to that observed in primary $CD4^+$ T cells and macrophages and did not significantly change upon the mitogenic activation of PBMCs ($CC_{50}$ of 5.7 μM) (Table 4). BIC is also devoid of cytotoxicity in nontarget cell lines such as hepatoma cell lines (Huh7 and HepG2), a prostate carcinoma cell line (PC3), a normal embryonic lung fibroblast line (MRC5), and primary human hepatocytes (see Table S3 in the supplemental material).

**BIC is synergistic in combination with approved HIV-1 antiviral drugs.** To assess the antiviral activity of BIC in combination with clinically approved agents from other antiretroviral classes, the compound was tested in pairwise combinations with a panel of selected drugs, including NRTIs, PIs, and INSTIs. Specifically, the antiviral activity of BIC was evaluated in combination with five antiretroviral drugs, including TAF, FTC, DRV, RAL, and EVG, in a 5-day cytopathic assay using MT-2 cells acutely infected with HIV-1. The effect of combining any two drugs was analyzed by the MacSynergy II software (38, 39). EVG-TAF, ribavirin-stavudine, and BIC-BIC combinations were used as synergistic, antagonistic, and additive controls, respectively.

The combinations of BIC with NRTIs (TAF and FTC) or with PIs (DRV) were highly synergistic (see Table S4 in the supplemental material). When combined with other INSTIs (RAL and EVG), BIC showed additive anti-HIV activity.

**BIC is active against INSTI-resistant mutants of HIV-1.** Nine prospectively defined mutant viruses that represent the major RAL- and EVG-resistant escape variants (13, 14, 40), containing both single and double mutants in the IN, were used to evaluate candidate compounds during the discovery efforts to identify BIC. The set of tested mutations included E92Q, Y143R, Q148R, N155H, R263K, E138K/Q148K, G140S/Q148R, E92Q/N155H, and Q148R/N155H. R263K was included because it was selected in vitro with DTG (41) and has been reported to emerge in two patient cases following treatment with DTG (50 mg once a day) in combination with a background ARV regimen (42). All tested mutant variants displayed less resistance against DTG than either

RAL or EVG (Table 6). In a side-by-side comparison with DTG, the same variants displayed comparable or, for the G140S/Q148R mutant, even lower levels of resistance against BIC (Table 6). BIC maintained potent antiviral activity against all of the single IN mutants tested. Among the double mutants, all exhibited similar or slightly lower levels of resistance to BIC (1.3- to 9-fold) compared to DTG (2.1- to 10-fold). Collectively, these data indicate that BIC has the potential to be clinically active against the majority of known HIV-1 variants with INSTI-associated mutations. The NNRTI EFV was used as a control that remained active against all tested INSTI-resistant mutants.

**BIC exhibits an improved profile relative to DTG against patient-derived isolates resistant to INSTIs.** To further characterize its resistance profile, BIC was assessed against 47 HIV-1 polyclonal variants derived from clinical isolates (representing all available INSTI resistance variants in the library) with phenotypic resistance to INSTIs (Fig. 1; see also Table S5 in the supplemental material). Based on data from these patient-derived isolates, BIC had an improved resistance profile compared to DTG, EVG, and RAL (with mean fold changes of 2.8, 5.8, >106, and >100, respectively; $P = 0.04$ for BIC versus DTG) and, most notably, against highly INSTI-resistant isolates encoding multiple mutation combinations, such as E92Q/N155H or G140C/S plus Q148R/H/K with or without additional INSTI mutations ($P = 0.037$ for the 23 isolates with mutations at positions 140 and 148 and $P = 0.031$ for the 2 isolates with mutations at positions 92 and 155 for BIC versus DTG) (Fig. 1; see also Table S5). Moreover, BIC displayed ≥2-fold less resistance than DTG against 13 of 47 patient-derived HIV-1 isolates with high-level INSTI resistance, and the remaining 34 isolates had similar fold change values. BIC also retained full susceptibility against 18 HIV-1 clonal variants containing IN sequences with INSTI resistance mutations isolated from 12 subjects with virologic failures in EVG/cobicistat/FTC/TDF (Stribild; Gilead Sciences) clinical trials (see Table S6).

**BIC is active against other drug-resistant mutants of HIV-1.** The antiviral activity of BIC was also determined against a panel of known HIV-1 mutants conferring resistance to NRTIs, NNRTIs, and/or PIs (see Table S7 in the supplemental material). BIC dis-

**TABLE 4** Antiviral activity and selectivity of bictegravir in human primary T cells and macrophages

| Compound | $CD4^+$ T lymphocytes[a] | | | Macrophages[a] | | | $CC_{50}$[b] (nM) | |
|---|---|---|---|---|---|---|---|---|
| | $EC_{50}$ (nM) | $CC_{50}$ (nM) | Selectivity | $EC_{50}$ (nM) | $CC_{50}$ (nM) | Selectivity | Resting PBMCs | Activated PBMCs[c] |
| BIC | 1.5 ± 0.3 | 13,000 ± 4,000 | 8,700 | 6.6 ± 4.1 | 29,800 ± 7,700 | 4,500 | 8,400 ± 1,900 | 5,700 ± 2,200 |
| DTG | 1.0 ± 0.3 | 52,000 ± 8,500 | 52,000 | 3.1 ± 2.5 | 24,900 ± 1,200 | 8,000 | 30,600 ± 10,000 | 23,900 ± 3,100 |

[a] $EC_{50}$ and $CC_{50}$ values represent the means ± SD from triplicate measurements in four independent donors.
[b] $CC_{50}$ values represent the means ± SD from triplicate measurements in three independent donors over 6 days.
[c] Activated for 2 days with IL-2/PHA prior to drug treatment.

**TABLE 5** Antiviral activity of bictegravir against HIV clinical isolates

| Virus | Isolate | EC$_{50}$[a] (nM) | | |
|---|---|---|---|---|
| | | BIC | DTG | AZT |
| HIV-1 subtype | | | | |
| A | 92RW016 | 0.71 ± 0.26 | 0.34 ± 0.09 | 2.0 ± 0.3 |
| A | 92UG037 | 1.5 ± 0.6 | 0.66 ± 0.05 | 11.2 ± 3.7 |
| B | BaL | 0.35 ± 0.12 | 0.32 ± 0.11 | 3.8 ± 0.6 |
| B | 89BZ_167 | 1.0 ± 0.5 | 1.4 ± 0.4 | 3.6 ± 0.8 |
| B | 91US001 | 0.89 ± 0.17 | 0.80 ± 0.48 | 5.5 ± 2.5 |
| B | 91US004 | 1.2 ± 0.4 | 1.0 ± 0.4 | 2.6 ± 1.5 |
| C | 93IN905 | 0.15 ± 0.01 | 0.17 ± 0.03 | 1.6 ± 0.7 |
| C | 98US_MSC5016 | 1.2 ± 0.2 | 0.75 ± 0.09 | 7.9 ± 4.4 |
| D | 98UG_57128 | 0.33 ± 0.01 | 0.32 ± 0.48 | 0.07 ± 0.03 |
| D | 99UG_A07412M1 | 1.1 ± 0.1 | 0.99 ± 0.56 | 9.9 ± 1.3 |
| E | 96TH_M02138 | 0.51 ± 0.17 | 0.11 ± 0.01 | 5.5 ± 0.4 |
| E | 96TH_NI1046 | 0.25 ± 0.06 | 0.25 ± 0.08 | 2.3 ± 0.7 |
| F | 93BR020 | 1.2 ± 0.5 | 0.40 ± 0.19 | 8.1 ± 7.1 |
| G | 01CM1475MV | 0.04 ± 0.03 | 0.09 ± 0.04 | 1.2 ± 0.6 |
| HIV-2 | | | | |
| | CDC 310319 | 1.7 ± 1.0 | 2.5 ± 0.5 | 9.3 ± 4.6 |

[a] EC$_{50}$s represent the means and standard deviations from triplicate measurements in human PBMCs.

played full activity against all tested NRTI-, NNRTI-, and PI-resistant mutants. These results indicate that BIC can be used to effectively treat HIV-1 infections with virus variants resistant to other classes of antiretrovirals.

**BIC selected for HIV variants with low-level resistance.** The in vitro selection of resistance to BIC was performed using two independent approaches based on dose-escalation and breakthrough methodologies. The dose-escalation selection for BIC was conducted in parallel with DTG and EVG under the same conditions. The progress of virus outgrowth in the presence of stepwise increasing concentrations of inhibitors was monitored over time (Fig. 2). The BIC and DTG resistance selections progressed at a rate that was considerably slower than that of EVG, suggesting that BIC and DTG have a higher barrier to resistance emergence than EVG (Fig. 2). The IN coding sequences have been analyzed in selected HIV-1 variants isolated at various stages of the resistance selection process (see also Table S8 in the supplemental material). In selections with BIC, mutations R263K and M50I successively emerged at passages 3 (P3; day 47) and 8 (P8; day 156), respectively (Fig. 2; see also Table S8). By P9 day 181, 100% of the viruses contained the M50I/R263K double mutant by clonal sequencing. Both R263K and M50I variants are low-frequency natural polymorphisms of HIV-1 IN (43). R263K was first re-ported to be enriched during in vitro selection with EVG (44, 45). It was also selected in vitro using DTG and reported to emerge in DTG-treated patients (42), and it confers low-level DTG resistance while decreasing viral fitness (41). The R263K prevalence in treatment-naive HIV-infected patients is extremely low, reaching only ~0.4% of the analyzed patient population (43). M50I has emerged after R263K in previous in vitro DTG selections (41) but has not been observed in patients treated with a first-line regimen containing DTG. In in vitro studies, M50I did not restore the loss in HIV-1 infectivity and viral fitness associated with R263K and conferred only moderate resistance to DTG in combination with R263K (46).

During the selection with DTG, mutations S153Y and R263K emerged simultaneously at P4 day 87, followed by S119R and M50I (Fig. 2; see also Table S8 in the supplemental material). By P9 day 174, S153Y waned as S119R concomitantly emerged. At the subsequent final P10 day 202, M50I was added to R263K and S119R. In clonal sequence analyses, 100% of the clones at P10 contained the S119R/R263K double mutant and 65% of the clones contained the M50I/S119R/R263K triple mutant. While S153Y has been observed to coemerge with R263K in DTG selection (41), S119R has not been previously observed in DTG selection. S119R is a natural IN polymorphism prevalent in 1.2% to 6.2% of HIV-1 subtype B isolates from INSTI naive patients (43) (47). It has emerged in HIV patients on INSTI therapy (48) and is associated with coemergence of the T97A mutation, conferring reduced susceptibility to EVG and RAL but not DTG (49). S119R is also associated with other primary INSTI resistance mutations and enhances resistance to INSTIs (47). Residue S119 alteration with Asp was reported to ablate IN strand transfer activity (50), while alterations with Ala or Thr altered the base preference at the site of integration on the target DNA (51).

The EVG selection experiment resulted in the successive emergence of R263K and T66I in P2 day 20 and P6 day 56, respectively. Both of these mutations were previously observed to emerge during in vitro selection with EVG (45).

The fold change in the EC$_{50}$ of resistant variants relative to wild-type virus was monitored for several viral passages (see Table S9 in the supplemental material). The viruses sequentially selected with BIC from P3 to P10 displayed small incremental increases in resistance (see Table S9). The P10 isolate (6.1-fold) showed a similar low-to-intermediate cross-resistance to DTG and RAL and a somewhat higher level of resistance to EVG (i.e., ~16-fold). As expected, none of the viruses selected by BIC showed any cross-resistance to EFV. Similar to BIC, the viruses from P3 to P10 selected with DTG also displayed small incremental increases in

**TABLE 6** Activity of bictegravir against INSTI-resistant HIV-1 mutants

| Compound[a] | EC$_{50}$[b] (nM) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | WT | E92Q[c] | Y143R[c] | Q148R[c] | N155H[c] | R263K[c] | E138K/Q148K[c] | G140S/Q148H[c] | E92Q/N155H[c] | N155H/Q148R[c] |
| BIC | 1.6 ± 0.4 | 2.0 ± 0.8 (1.2) | 1.8 ± 0.5 (1.1) | 1.0 ± 0.3 (0.7) | 1.6 ± 0.4 (1.0) | 2.9 ± 0.7 (1.8) | 13.7 ± 1.2 (8.8) | 3.1 ± 0.8 (2.0) | 2.0 ± 0.2 (1.3) | 7.1 ± 4.3 (4.5) |
| DTG | 1.4 ± 0.3 | 1.8 ± 0.5 (1.3) | 1.9 ± 0.5 (1.4) | 1.0 ± 0.3 (0.8) | 2.4 ± 0.6 (1.8) | 2.5 ± 0.4 (1.9) | 13.7 ± 2.1 (10.1) | 6.5 ± 1.2* (4.8) | 2.8 ± 0.6 (2.1) | 4.7 ± 1.5 (3.5) |
| RAL | 9.4 ± 1.4 | 38 ± 9* (4.0) | 418 ± 151* (45) | 427 ± 52* (45) | 188 ± 37* (20) | 10.4 ± 1.4* (1.1) | 1,533 ± 323* (163) | 2,461 ± 391* (262) | 624 ± 213* (67) | 2,181 ± 688* (232) |
| EVG | 2.4 ± 0.9 | 85 ± 23* (36) | 14.4 ± 3.5* (6.1) | 363 ± 84* (154) | 112 ± 21* (48) | 10.5 ± 1.5* (4.4) | 3,581 ± 1,297* (1,520) | 868 ± 138* (369) | 768 ± 95* (326) | 2,169 ± 334* (921) |
| EFV | 1.9 ± 0.3 | 1.5 ± 0.3 (0.8) | 1.7 ± 0.1 (0.9) | 1.7 ± 0.1 (0.9) | 1.60 ± 0.05 (0.9) | 1.8 ± 0.1 (1.0) | 1.9 ± 0.4* (1.0) | 1.5 ± 0.3* (0.8) | 1.5 ± 0.4* (0.8) | 2.2 ± 0.8* (1.2) |

[a] An asterisk indicates a P value of <0.05 versus BIC.

[b] EC$_{50}$ (±SD) and fold change represent the means from at least 3 independent determinations in triplicate. Wild-type virus was generated from HIV-1 DNA clone HXB2. The color shadings subdivide the fold change of resistance into six levels: light blue, wild type; light yellow, >2-fold; bright yellow, >10-fold; light orange, >50-fold; orange, >100-fold; red, >500-fold.

[c] HIV-1 integrase (IN) mutant.

Tsiang et al.



**FIG 1** Resistance profile of BIC and other INSTIs against 47 HIV-1 patient-derived isolates with INSTI resistance mutations. (A) Bar graph of fold change in resistance. (B) Stratification of the clinical isolates based on fold change in resistance. Primary and other INSTI resistance mutations are listed. Primary INSTI resistance mutations are T66I/A/K, E92Q/G, T97A, Y143C/H/R, S147G, Q148H/K/R, and N155H, and other INSTI resistance mutations are H51Y, L68I/V, V72A/N/T, L74M, Q95K/R, F121C/Y, A128T, E138A/K, G140A/C/S, P145S, Q146I/K/L/P/R, V151L/A, S153A/F/Y, E157K/Q, G163K/R, E170A, and R263K in IN. Susceptibility was determined as the fold change in $EC_{50}$ versus that of the NL4-3 wild-type vector by Monogram Biosciences, Inc. The biological or lower clinical cutoffs for reduced susceptibility in this assay are 4.0 for DTG, 1.5 for RAL, and 2.5 for EVG. No cutoff has been determined for BIC.

| Compound | % of Isolates[a] (Fold-Change vs. WT) | | | | Fold-Change vs. WT | | | |
|---|---|---|---|---|---|---|---|---|
| | (≤2.5) | (2.5 to <5) | (5 to <10) | (≥10) | Mean | Median | Range | p-value |
| BIC | 70 | 15 | 13 | 2 | 2.8 | 2 | 0.50 - 19 | 1 |
| DTG | 49 | 17 | 17 | 17 | 5.8 | 3.4 | 0.54 - 63 | 0.042 |
| EVG | 6 | 2 | 0 | 92 | >106 | >150 | 1.9 - >150 | <0.001 |
| RAL | 2 | 4 | 4 | 89 | >100 | >143 | 1.8 - >143 | <0.001 |

resistance to DTG (see Table S9). This P10 isolate (7.9-fold) showed an intermediate level of cross-resistance to BIC and RAL and somewhat higher level of resistance to EVG (i.e., ∼33-fold). Compared to the BIC P10 isolate, the DTG P10 isolate displayed somewhat higher $EC_{50}$ fold-shift values with all tested INSTIs and also encoded the additional S119R substitution. In contrast, the viruses selected with EVG from P2 to P10 displayed a greater incremental increase in resistance in less time, with a 116-fold increase in EVG $EC_{50}$ at P10 (see Table S9). Importantly, although P7, P9, and P10 of EVG-selected virus showed a high degree of resistance to EVG (95- to 116-fold), these viruses conferred only low-level cross-resistance to BIC and DTG (1.3- to 4.0-fold).

The contribution of R263K and M50I to the phenotypic resistance to BIC and of R263K, S153Y, S119R, and M50I to the phenotypic resistance to DTG was assessed with recombinant site-directed HIV-1 mutant variants and is summarized in Table 7. Relative to the wild type, the R263K substitution alone mildly altered the susceptibility to BIC, DTG, and EVG but had no effect

against RAL. This result is consistent with our previous resistance profiling results for BIC (Table 6). M50I alone confers virtually no resistance to BIC or the other INSTIs tested. Virus with the M50I/R263K double mutant was equally or slightly less susceptible than virus with the R263K mutant to BIC, DTG, and EVG but remained susceptible to RAL. S153Y substitutions alone conferred resistance similar to that of R263K. The S153Y/R263K double mutant had only slightly increased BIC, DTG, and RAL resistance relative to R263K alone but increased resistance to EVG at 29.5-fold. Clonal sequencing of this P5 virus revealed that even though both S153Y and R263K were detected by population sequencing, no clone actually linked the two mutants. This is consistent with the DTG P5 virus showing only slightly 4.4-fold resistance to EVG (see Table S9). In contrast, both the S119R/R263K double mutant and the M50I/S119R/R263K triple mutant were prevalent as individual clones in DTG P10 virus. These two mutants displayed slightly elevated BIC, DTG, and RAL resistance relative to that of the R263K mutant and >10-fold resistance to EVG.



**FIG 2** Progress of BIC, DTG, and EVG resistance selection with HIV-1 IIIb. A horizontal line connecting two closed circles represents one passage of the infected cell culture. A vertical line connecting two closed circles represents a transfer of cell-free virus supernatant to fresh uninfected cell culture with either a 1.5-fold or 2-fold increase of the drug concentration. The culture supernatant from the last infected cell culture (black circle) was used for population sequencing, and the mutations identified in the integrase region are indicated. In addition, the viral pool from the last passage of each drug selection was used for clonal sequencing to determine the percentage of clones containing each identified mutation.

**Lack of *in vitro* viral breakthrough in the presence of clinically relevant concentrations of BIC.** Resistance breakthrough studies using a fixed concentration of drug were conducted with BIC as well as FTC, EVG, and DTG comparator drugs in MT-2 cells (Fig. 3). While HIV-1 broke through FTC ($4\times$ EC$_{95}$) and EVG ($5\times$ EC$_{95}$) at day 7 and 22 postinfection, respectively, no virus breakthrough was observed at day 32 postinfection with either BIC or DTG when tested at $2.5\times$ EC$_{95}$ and $5\times$ EC$_{95}$. The RT M184I mutation that emerged in FTC breakthrough selection is a known FTC resistance-associated mutation, whereas L168I has not been previously associated with FTC resistance. Of the five mutations that emerged in EVG breakthrough selections, only T66I is a known mutation associated with INSTI resistance. While D10E, S17N, and D232N are HIV IN polymorphic variants not associated with INSTI resistance (43), Q177R is a new variant that has not been previously characterized. The frequency of viral breakthrough in the presence of BIC was also evaluated in primary human CD4$^+$ T lymphocytes infected with HIV-1 BaL. In 24 parallel infection samples, BIC suppressed viral breakthrough over a period of 35 days at its cell culture-equivalent clinical minimum

($C_{min}$) drug concentration (see Table S10 in the supplemental material), and this effect was similar to observations with DTG and the PI ATV. In contrast, EVG and RAL were associated with a higher incidence of viral breakthrough (54 to 58%) (see Table S10). Virus variants that emerged in the presence of EVG or RAL frequently encoded mutations commonly observed in patients treated with these earlier approved INSTIs (e.g., T66I, E92G/V, Q148R, and N155H). Frequent emergence of HIV-resistant HIV variants was similarly observed with both tested NNRTIs (RPV and EFV) and an NRTI (FTC). Viral breakthrough with these agents contained HIV-RT mutations commonly associated with clinical resistance development (e.g., E138K and M230I for RPV, L100I for EFV, and M184I/V for FTC). Collectively, these breakthrough resistance studies indicate that BIC has a barrier to *in vitro* resistance emergence higher than that of EVG or RAL and similar to that of DTG, suggesting that clinical $C_{min}$ concentrations of BIC can provide a high barrier to resistance development *in vivo*.

## DISCUSSION

In this report, we describe the biological characterization of BIC, a novel, potent, unboosted inhibitor of the HIV-1 IN strand transfer reaction. BIC inhibits the strand transfer activity of HIV-1 IN enzyme *in vitro* with potency comparable to that of other INSTIs. Accordingly, BIC is an authentic inhibitor of HIV-1 integration in the infected target T cells, as measured by an increased accumulation of abortive 2-LTR circles and a decreased number of virus-host DNA integration junctions in the absence of any effect on the level of late reverse transcription products.

BIC has potent antiretroviral activity in both T-lymphoblastoid cell lines and primary human T-lymphocytes. When tested in primary human PBMCs, BIC displayed consistent antiviral activity across all tested HIV-1 clinical isolates of various subtypes. HIV-2 was similarly susceptible to BIC with an EC$_{50}$ of 1.7 nM. The selectivity (CC$_{50}$/EC$_{50}$) of BIC was high in several cell types. The antiviral activity of BIC in combination with TAF, FTC, or DRV was highly synergistic. Importantly, no antagonistic antiviral interaction was found between BIC and the tested clinically relevant classes of antiretrovirals. These results support clinical investigation of BIC in combination with other antiretroviral agents.

BIC was not active against other viruses and therefore will not promote resistance development for those viruses in HIV-infected patients coinfected with HBV, HCV, or other human viral pathogens. BIC showed low to no cytotoxicity in several non-target human cell lines of different tissue origins, including primary human hepatocytes.

A panel of representative HIV-1 mutant variants with resis-

**TABLE 7** Phenotypic profile of resistance mutations selected by bictegravir and DTG

| Compound | EC$_{50}$, nM (fold change),[a] by drug and virus variant | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | INSTI selection (WT[b]) | BIC/DTG | | DTG | | BIC | DTG | | |
| | | M50I[c] | R263K[c] | S119R[c] | S153Y[c] | M50I/R263K[c] | S119R/R263K[c] | S153Y/R263K[c] | M50I/S119R/R263K[c] |
| BIC | $1.5 \pm 0.3$ | $1.9 \pm 0.3\,(1.3)$ | $3.2 \pm 0.7^*\,(2.1)$ | $2.7 \pm 0.7^*\,(1.8)$ | $3.9 \pm 0.7^*\,(2.6)$ | $4.2 \pm 0.9^*\,(2.8)$ | $4.2 \pm 1.3^*\,(2.8)$ | $8.3 \pm 1.4^*\,(5.5)$ | $6.4 \pm 1.4^*\,(4.3)$ |
| DTG | $1.4 \pm 0.1$ | $2.0 \pm 0.2\,(1.4)$ | $3.6 \pm 0.4^*\,(2.6)$ | $2.1 \pm 0.7\,(1.5)$ | $4.0 \pm 1.1^*\,(2.8)$ | $3.6 \pm 0.5^*\,(2.6)$ | $3.6 \pm 0.8^*\,(2.6)$ | $6.4 \pm 0.8^*\,(4.5)$ | $6.2 \pm 2.4^*\,(4.4)$ |
| EVG | $1.1 \pm 0.3$ | $2.0 \pm 0.5\,(1.9)$ | $5.6 \pm 1.8^*\,(5.1)$ | $4.4 \pm 3.7\,(4.0)$ | $6.1 \pm 2.3^*\,(5.5)$ | $7.8 \pm 3.5^*\,(7.1)$ | $11 \pm 6^*\,(9.6)$ | $33 \pm 16^*\,(29.5)$ | $16 \pm 3^*\,(14.3)$ |
| RAL | $7.1 \pm 1.1$ | $7.4 \pm 1.7\,(1.0)$ | $7.2 \pm 0.2\,(1.1)$ | $15 \pm 5^*\,(2.2)$ | $15 \pm 4^*\,(2.1)$ | $7.7 \pm 2.1\,(1.1)$ | $12 \pm 2^*\,(1.7)$ | $22 \pm 2^*\,(3.2)$ | $19 \pm 7^*\,(2.6)$ |
| EFV | $1.2 \pm 0.4$ | $1.1 \pm 0.4\,(1.0)$ | $1.0 \pm 0.4\,(0.8)$ | $2.1 \pm 1.1\,(1.8)$ | $2.2 \pm 1.1\,(1.8)$ | $1.0 \pm 0.3\,(0.8)$ | $2.1 \pm 1.0\,(1.7)$ | $2.0 \pm 0.7^*\,(1.7)$ | $3.2 \pm 1.8^*\,(2.6)$ |

[a] EC$_{50}$ $\pm$ SD and fold change represent the means from at least 3 independent determinations in triplicate. $*$, $P < 0.01$ versus the WT.
[b] Wild-type virus was generated from HIV-1 DNA clone HXB2.
[c] HIV-1 integrase (IN) mutant.

Tsiang et al.



**FIG 3** HIV-1 IIIb resistance breakthrough in MT-2 cells. Viral resistance breakthrough for each drug was tested in four independent infected cultures in the presence of constant drug pressure for up to 35 days. The number of cultures with replicating virus based on the observed cytopathic effect was scored at each time point. (A) Viral breakthrough control compounds included emtricitabine (FTC), tested at $4\times EC_{95}$, and elvitegravir (EVG), tested at a $C_{min}$ of $5\times EC_{95}$. (B) Dolutegravir (DTG) and bictegravir (BIC) also were tested at $2.5\times$ and $5\times EC_{95}$.

tance to NRTI, NNRTI, and PI remained fully sensitive to BIC, indicating a good potential for the compound to be clinically active against HIV-1 variants with reduced susceptibility to other antiretroviral classes.

RAL and EVG share similar clinical resistance profiles, with primary mutations often accompanied by compensatory secondary mutations that rescue impaired fitness but further reduce the susceptibility of the mutant viruses to these drugs. In contrast, DTG is characterized by the retention of potency against resistant mutants selected by RAL and EVG (17). We designated nine INSTI-resistant HIV mutants that were used to optimize the resistance profile and screen candidate compounds. These included single mutants at positions E92, Y143, Q148, and N155, representing four principal resistance development pathways against RAL and EVG, and R263K, which is associated with DTG resistance (13, 14, 40), as well as double mutants comprising combinations of mutants at these major positions or with accessory mutations at positions E138 and G140. While Y143R, Q148R, and N155H are primary RAL-associated mutations, E92Q is the most common initial mutation to emerge during failure of EVG-based regimens, followed by N155H and Q148R (52, 53). Our IN mutant screening panel also contained three common double mutants at positions G140/Q148, E92/N155, and E138/Q148, representing 23.6%, 3.2%, and 1.9%, respectively, of clinical specimens from 471 patients with HIV-1 containing RAL-associated mutations (54).

HIV-1 variants resistant to the earlier approved INSTIs remain largely sensitive to BIC (1- to 9-fold change in $EC_{50}$). The Y143R single mutant in our panel has no effect on susceptibility to BIC or DTG (17) and is mildly resistant to EVG but has a higher resistance to RAL (55). BIC maintained activity against all of the single mutants at positions E92, Y143, Q148, N155, and R263, similar to DTG (17, 24, 26). Notably, BIC displayed minimal cross-resistance (1- to 2-fold) to single-mutant HIV-1 variants resistant to RAL and EVG and intermediate cross-resistance (2- to 9-fold) to double-mutant HIV-1 variants highly resistant to RAL and EVG.

Patients who continue on failing regimens with RAL or EVG may accumulate additional mutations that further reduce drug susceptibility, even to DTG. Two DTG clinical studies (VIKING-2 and VIKING-3) in treatment-experienced patients with RAL- or EVG-resistant HIV-1 demonstrated reduced efficacy of DTG

dosed twice daily in patients harboring Q148 mutant viruses (24, 26). The greatest reduction in DTG susceptibility is observed with Q148 mutants in conjunction with two or more other mutations (24, 26). Resistance profiling of BIC was assessed with clinical isolates phenotypically resistant to INSTIs, many of which contain mutations conferring high-level resistance to earlier approved INSTIs (>140-fold susceptibility reduction) with a Q148 substitution accompanied by either one or two additional mutations that decrease their susceptibility to DTG by 10- to 63-fold. BIC demonstrated a favorable profile compared to DTG against these highly resistant isolates with a decrease in susceptibility of only 2.6- to 19-fold. Furthermore, BIC had a statistically significant improvement in phenotypic susceptibility compared to DTG in the 25 clinical isolates tested that contained mutations at IN residues 140 and 148.

Parallel *in vitro* dose-escalation and breakthrough resistance selections in the presence of BIC, DTG, and EVG revealed that BIC and DTG have higher barriers to resistance emergence than EVG. In the breakthrough experiments, BIC and DTG did not show viral breakthrough. In the dose-escalation study, the time to resistance development followed the order EVG < BIC < DTG. Furthermore, DTG selected for more resistance substitutions (M50I, S119R, and R263K with a transient S153Y) with higher cross-resistance to EVG and RAL than BIC, which selected for M50I and R263K. Overall, the final selected variants to emerge within the BIC- and DTG-selected cultures had only low-level reduced susceptibility to BIC and DTG (2.8- and 4.4-fold, respectively). EVG selected viruses with high-level resistance ($EC_{50}$ fold changes of up to 139-fold) considerably faster than BIC, and these viruses showed low-level cross-resistance to BIC and DTG ($EC_{50}$ fold changes ranging from 1.3 to 4.0).

M50I and H51Y are two commonly observed secondary mutations associated with the primary mutation R263K during *in vitro* selection with DTG (40). On their own, neither mutation confers resistance to DTG, but in combination with R263K they moderately increase the resistance of R263K (46, 56). On our site-directed mutant analysis, we confirmed that addition of M50I to R263K only showed a modest reduction in susceptibility to BIC over R263K alone while having no effect on susceptibility to DTG. Similar to M50I, S119R on its own confers almost no resistance to DTG or BIC, but in combination with R263K it has an effect

Antimicrobial Agents and Chemotherapy

comparable to that of M50I. S153Y on its own confers greater resistance to BIC, DTG, and EVG than M50I or S119R but does not appear to be a secondary mutation to R263K, since no clone containing the S153Y/R263K double mutant was observed. Viral clones engineered with the site-directed S153Y/R263K double mutant, although viable, were very difficult to grow, consistent with a reduced fitness relative to variants in drug-selected viral pools.

In conclusion, BIC is a potent and selective novel inhibitor of HIV IN with an improved virology profile relative to all INSTIs currently available in the clinic. These data support its further development as a novel agent in combination with other antiretrovirals for both treatment-naive and treatment-experienced HIV-infected individuals. BIC in combination with FTC and TAF is currently under evaluation in phase 3 clinical trials as a single-tablet regimen.

## ACKNOWLEDGMENTS

We thank Katie Keaton, Alex Shornikov, Yelena Zherebina, Steve Bondy, Lee Chong, Qiaoyin Wu, George Lane, David Cowfer, Michael Graupe, Michael Mitchell, Lee Chong, Michael Wang, Michael Clarke, Dean Boojamra, and David Sperandio for the synthesis of compounds used in these studies, Nikolai Novikov for the purification of recombinant wild-type HIV-1 IN, Stacey Eng and Christian Voitenleitner for antiviral testing in HCV replicon cells, Ruoyu Gong for antiviral testing against HBV, Gary Lee and Michel Perron for antiviral testing against RSV, Esmeralda Aguayo for antiviral testing against influenza viruses, Yili Xu and Joy Feng for cytotoxicity testing in primary human hepatocytes, and Shekeba Ahmadyar for cytotoxicity testing in human cancer cell lines.

## FUNDING INFORMATION

All authors are or have been paid employees of Gilead Sciences, Inc.

## REFERENCES

1. Hazuda DJ. 2012. HIV integrase as a target for antiretroviral therapy. Curr Opin HIV AIDS 7:383–389. http://dx.doi.org/10.1097/COH.0b013e3283567309.
2. Powderly WG. 2010. Integrase inhibitors in the treatment of HIV-1 infection. J Antimicrob Chemother 65:2485–2488. http://dx.doi.org/10.1093/jac/dkq350.
3. Messiaen P, Wensing AM, Fun A, Nijhuis M, Brusselaers N, Vandekerckhove L. 2013. Clinical use of HIV integrase inhibitors: a systematic review and meta-analysis. PLoS One 8:e52562. http://dx.doi.org/10.1371/journal.pone.0052562.
4. Cooper DA, Steigbigel RT, Gatell J, Rockstroh J, Katlama C, Yeni P, Lazzarin A, Clotet B, Kumar P, Eron JE, Schechter M, Markowitz M, Loutfy MR, Lennox JL, Zhao J, Chen J, Ryan DM, Rhodes RR, Killar JA, Gilde LR, Strohmaier KM, Meibohm AR, Miller MD, Hazuda DJ, Nessly ML, DiNubile MJ, Isaacs RD, Teppler H, Nguyen B. 2008. Subgroup and resistance analyses of raltegravir for resistant HIV-1 infection. N Engl J Med 359:355–365. http://dx.doi.org/10.1056/NEJMoa0708978.
5. Markowitz M, Nguyen BY, Gotuzzo E, Mendo F, Ratanasuwan W, Kovacs C, Prada G, Morales-Ramirez JO, Crumpacker CS, Isaacs RD, Campbell H, Strohmaier KM, Wan H, Danovich RM, Teppler H. 2009. Sustained antiretroviral effect of raltegravir after 96 weeks of combination therapy in treatment-naive patients with HIV-1 infection. J Acquir Immune Defic Syndr 52:350–356. http://dx.doi.org/10.1097/QAI.0b013e3181b064b0.
6. Steigbigel RT, Cooper DA, Kumar PN, Eron JE, Schechter M, Markowitz M, Loutfy MR, Lennox JL, Gatell JM, Rockstroh JK, Katlama C, Yeni P, Lazzarin A, Clotet B, Zhao J, Chen J, Ryan DM, Rhodes RR, Killar JA, Gilde LR, Strohmaier KM, Meibohm AR, Miller MD, Hazuda DJ, Nessly ML, DiNubile MJ, Isaacs RD, Nguyen BY, Teppler H. 2008. Raltegravir with optimized background therapy for resistant HIV-1 infection. N Engl J Med 359:339–353. http://dx.doi.org/10.1056/NEJMoa0708975.
7. Shimura K, Kodama EN. 2009. Elvitegravir: a new HIV integrase inhib-

itor. Antivir Chem Chemother 20:79–85. http://dx.doi.org/10.3851/IMP1397.
8. Zolopa AR, Berger DS, Lampiris H, Zhong L, Chuck SL, Enejosa JV, Kearney BP, Cheng AK. 2010. Activity of elvitegravir, a once-daily integrase inhibitor, against resistant HIV type 1: results of a phase 2, randomized, controlled, dose-ranging clinical trial. J Infect Dis 201:814–822. http://dx.doi.org/10.1086/650698.
9. Xu L, Liu H, Hong A, Vivian R, Murray BP, Callebaut C, Choi YC, Lee MS, Chau J, Tsai LK, Stray KM, Strickley RG, Wang J, Tong L, Swaminathan S, Rhodes GR, Desai MC. 2014. Structure-activity relationships of diamine inhibitors of cytochrome P450 (CYP) 3A as novel pharmacoenhancers. Part II. P2/P3 region and discovery of cobicistat (GS-9350). Bioorg Med Chem Lett 24:995–999.
10. Hazuda DJ, Anthony NJ, Gomez RP, Jolly SM, Wai JS, Zhuang L, Fisher TE, Embrey M, Guare JP, Jr, Egbertson MS, Vacca JP, Huff JR, Felock PJ, Witmer MV, Stillmock KA, Danovich R, Grobler J, Miller MD, Espeseth AS, Jin L, Chen IW, Lin JH, Kassahun K, Ellis JD, Wong BK, Xu W, Pearson PG, Schleif WA, Cortese R, Emini E, Summa V, Holloway MK, Young SD. 2004. A naphthyridine carboxamide provides evidence for discordant resistance between mechanistically identical inhibitors of HIV-1 integrase. Proc Natl Acad Sci U S A 101:11233–11238. http://dx.doi.org/10.1073/pnas.0402357101.
11. Garrido C, Villacian J, Zahonero N, Pattery T, Garcia F, Gutierrez F, Caballero E, Van Houtte M, Soriano V, de Mendoza C. 2012. Broad phenotypic cross-resistance to elvitegravir in HIV-infected patients failing on raltegravir-containing regimens. Antimicrob Agents Chemother 56:2873–2878. http://dx.doi.org/10.1128/AAC.06170-11.
12. Malet I, Delelis O, Valantin MA, Montes B, Soulie C, Wirden M, Tchertanov L, Peytavin G, Reynes J, Mouscadet JF, Katlama C, Calvez V, Marcelin AG. 2008. Mutations associated with failure of raltegravir treatment affect integrase sensitivity to the inhibitor in vitro. Antimicrob Agents Chemother 52:1351–1358. http://dx.doi.org/10.1128/AAC.01228-07.
13. Mesplede T, Quashie PK, Wainberg MA. 2012. Resistance to HIV integrase inhibitors. Curr Opin HIV AIDS 7:401–408. http://dx.doi.org/10.1097/COH.0b013e328356db89.
14. Geretti AM, Armenia D, Ceccherini-Silberstein F. 2012. Emerging patterns and implications of HIV-1 integrase inhibitor resistance. Curr Opin Infect Dis 25:677–686. http://dx.doi.org/10.1097/QCO.0b013e32835a1de7.
15. Wainberg MA, Mesplede T, Quashie PK. 2012. The development of novel HIV integrase inhibitors and the problem of drug resistance. Curr Opin Virol 2:656–662. http://dx.doi.org/10.1016/j.coviro.2012.08.007.
16. Min S, Song I, Borland J, Chen S, Lou Y, Fujiwara T, Piscitelli SC. 2010. Pharmacokinetics and safety of S/GSK1349572, a next-generation HIV integrase inhibitor, in healthy volunteers. Antimicrob Agents Chemother 54:254–258. http://dx.doi.org/10.1128/AAC.00842-09.
17. Kobayashi M, Yoshinaga T, Seki T, Wakasa-Morimoto C, Brown KW, Ferris R, Foster SA, Hazen RJ, Miki S, Suyama-Kagitani A, Kawauchi-Miki S, Taishi T, Kawasuji T, Johns BA, Underwood MR, Garvey EP, Sato A, Fujiwara T. 2011. In vitro antiretroviral properties of S/GSK1349572, a next-generation HIV integrase inhibitor. Antimicrob Agents Chemother 55:813–821. http://dx.doi.org/10.1128/AAC.01209-10.
18. Lenz JC, Rockstroh JK. 2011. S/GSK1349572, a new integrase inhibitor for the treatment of HIV: promises and challenges. Expert Opin Investig Drugs 20:537–548. http://dx.doi.org/10.1517/13543784.2011.562189.
19. Karmon SL, Markowitz M. 2013. Next-generation integrase inhibitors: where to after raltegravir? Drugs 73:213–228. http://dx.doi.org/10.1007/s40265-013-0015-5.
20. Raffi F, Jaeger H, Quiros-Roldan E, Albrecht H, Belonosova E, Gatell JM, Baril JG, Domingo P, Brennan C, Almond S, Min S. 2013. Once-daily dolutegravir versus twice-daily raltegravir in antiretroviral-naive adults with HIV-1 infection (SPRING-2 study): 96 week results from a randomised, double-blind, non-inferiority trial. Lancet Infect Dis 13:927–935. http://dx.doi.org/10.1016/S1473-3099(13)70257-3.
21. Cahn P, Pozniak AL, Mingrone H, Shuldyakov A, Brites C, Andrade-Villanueva JF, Richmond G, Buendia CB, Fourie J, Ramgopal M, Hagins D, Felizarta F, Madruga J, Reuter T, Newman T, Small CB, Lombaard J, Grinsztejn B, Dorey D, Underwood M, Griffith S, Min S. 2013. Dolutegravir versus raltegravir in antiretroviral-experienced, integrase-inhibitor-naive adults with HIV: week 48 results from the ran-

domised, double-blind, non-inferiority SAILING study. Lancet **382**:700–708. http://dx.doi.org/10.1016/S0140-6736(13)61221-0.

22. Clotet B, Feinberg J, van Lunzen J, Khuong-Josses MA, Antinori A, Dumitru I, Pokrovskiy V, Fehr J, Ortiz R, Saag M, Harris J, Brennan C, Fujiwara T, Min S. 2014. Once-daily dolutegravir versus darunavir plus ritonavir in antiretroviral-naive adults with HIV-1 infection (FLAMINGO): 48 week results from the randomised open-label phase 3b study. Lancet **383**:2222–2231. http://dx.doi.org/10.1016/S0140-6736(14)60084-2.

23. Walmsley SL, Antela A, Clumeck N, Duiculescu D, Eberhard A, Gutierrez F, Hocqueloux L, Maggiolo F, Sandkovsky U, Granier C, Pappa K, Wynne B, Min S, Nichols G. 2013. Dolutegravir plus abacavir-lamivudine for the treatment of HIV-1 infection. N Engl J Med **369**:1807–1818. http://dx.doi.org/10.1056/NEJMoa1215541.

24. Eron JJ, Clotet B, Durant J, Katlama C, Kumar P, Lazzarin A, Poizot-Martin I, Richmond G, Soriano V, Ait-Khaled M, Fujiwara T, Huang J, Min S, Vavro C, Yeo J. 2013. Safety and efficacy of dolutegravir in treatment-experienced subjects with raltegravir-resistant HIV type 1 infection: 24-week results of the VIKING study. J Infect Dis **207**:740–748. http://dx.doi.org/10.1093/infdis/jis750.

25. Lepik KJ, Yip B, Robbins M, Woods C, Lima VD, McGovern RA, Zhang WW, Barrios R, Montaner JSG, Harrigan PR. 2016. Prevalence and incidence of integrase drug resistance in BC, Canada 2009-2015. Abstr 23rd Conf Retroviruses Opportunistic Infect, abstr 492LB.

26. Castagna A, Maggiolo F, Penco G, Wright D, Mills A, Grossberg R, Molina JM, Chas J, Durant J, Moreno S, Doroana M, Ait-Khaled M, Huang J, Min S, Song I, Vavro C, Nichols G, Yeo JM. 2014. Dolutegravir in antiretroviral-experienced patients with raltegravir- and/or elvitegravir-resistant HIV-1: 24-week results of the phase III VIKING-3 study. J Infect Dis **210**:354–362. http://dx.doi.org/10.1093/infdis/jiu051.

27. Koteff J, Borland J, Chen S, Song I, Peppercorn A, Koshiba T, Cannon C, Muster H, Piscitelli SC. 2013. A phase I study to evaluate the effect of dolutegravir on renal function via measurement of iohexol and para-aminohippurate clearance in healthy subjects. Br J Clin Pharmacol **75**:990–996. http://dx.doi.org/10.1111/j.1365-2125.2012.04440.x.

28. ViiV Healthcare. 2015. Tivicay 50 mg film-coated tablets. ViiV Healthcare, Middlesex, United Kingdom.

29. Kafri T, van Praag H, Ouyang L, Gage FH, Verma IM. 1999. A packaging cell line for lentivirus vectors. J Virol **73**:576–584.

30. Butler SL, Hansen MS, Bushman FD. 2001. A quantitative assay for HIV DNA integration in vivo. Nat Med **7**:631–634. http://dx.doi.org/10.1038/87979.

31. Cihlar T, Ray AS, Boojamra CG, Zhang L, Hui H, Laflamme G, Vela JE, Grant D, Chen J, Myrick F, White KL, Gao Y, Lin KY, Douglas JL, Parkin NT, Carey A, Pakdaman R, Mackman RL. 2008. Design and profiling of GS-9148, a novel nucleotide analog active against nucleoside-resistant variants of human immunodeficiency virus type 1, and its orally bioavailable phosphonoamidate prodrug, GS-9131. Antimicrob Agents Chemother **52**:655–665.

32. Cihlar T, He GX, Liu X, Chen JM, Hatada M, Swaminathan S, McDermott MJ, Yang ZY, Mulato AS, Chen X, Leavitt SA, Stray KM, Lee WA. 2006. Suppression of HIV-1 protease inhibitor resistance by phosphonate-mediated solvent anchoring. J Mol Biol **363**:635–647. http://dx.doi.org/10.1016/j.jmb.2006.07.073.

33. Jones GS, Yu F, Zeynalzadegan A, Hesselgesser J, Chen X, Chen J, Jin H, Kim CU, Wright M, Geleziunas R, Tsiang M. 2009. Preclinical evaluation of GS-9160, a novel inhibitor of human immunodeficiency virus type 1 integrase. Antimicrob Agents Chemother **53**:1194–1203. http://dx.doi.org/10.1128/AAC.00984-08.

34. Wang Y, Klock H, Yin H, Wolff K, Bieza K, Niswonger K, Matzen J, Gunderson D, Hale J, Lesley S, Kuhen K, Caldwell J, Brinker A. 2005. Homogeneous high-throughput screening assays for HIV-1 integrase 3beta-processing and strand transfer activities. J Biomol Screen **10**:456–462. http://dx.doi.org/10.1177/1087057105275212.

35. Tsiang M, Jones GS, Niedziela-Majka A, Kan E, Lansdon EB, Huang W, Hung M, Samuel D, Novikov N, Xu Y, Mitchell M, Guo H, Babaoglu K, Liu X, Geleziunas R, Sakowicz R. 2012. New class of HIV-1 integrase (IN) inhibitors with a dual mode of action. J Biol Chem **287**:21189–21203. http://dx.doi.org/10.1074/jbc.M112.347534.

36. Lazerwith SE, Cai R, Chen X, Desai MC, Eng S, Jacques R, Ji M, Martin H, McMahon C, Mish M, Morganelli P, Mwangi J, Pyun HJ, Schmitz U, Stepan G, Szwarcberg J, Tang J, Tsiang M, Wang J, White K, Wiser L, Zack J, Jin H. 2016. Discovery of bictegravir (GS-9883), a novel, un-

boosted, once-daily HIV-1 integrase strand transfer inhibitor (INSTI) with improved pharmacokinetics and in vitro resistance profile. ASM Microbe 2016, poster 414.

37. Shimura K, Kodama E, Sakagami Y, Matsuzaki Y, Watanabe W, Yamataka K, Watanabe Y, Ohata Y, Doi S, Sato M, Kano M, Ikeda S, Matsuoka M. 2008. Broad antiretroviral activity and resistance profile of the novel human immunodeficiency virus integrase inhibitor elvitegravir (JTK-303/GS-9137). J Virol **82**:764–774. http://dx.doi.org/10.1128/JVI.01534-07.

38. Prichard MN, Shipman C, Jr. 1990. A three-dimensional model to analyze drug-drug interactions. Antiviral Res **14**:181–205. http://dx.doi.org/10.1016/0166-3542(90)90001-N.

39. Prichard MN, Prichard LE, Shipman C, Jr. 1993. Strategic design and three-dimensional analysis of antiviral drug combinations. Antimicrob Agents Chemother **37**:540–545. http://dx.doi.org/10.1128/AAC.37.3.540.

40. Quashie PK, Mesplede T, Wainberg MA. 2013. Evolution of HIV integrase resistance mutations. Curr Opin Infect Dis **26**:43–49.

41. Quashie PK, Mesplede T, Han YS, Oliveira M, Singhroy DN, Fujiwara T, Underwood MR, Wainberg MA. 2012. Characterization of the R263K mutation in HIV-1 integrase that confers low-level resistance to the second-generation integrase strand transfer inhibitor dolutegravir. J Virol **86**:2696–2705. http://dx.doi.org/10.1128/JVI.06591-11.

42. Pozniak A, Mingrone H, Shuldyakov A, Brites C, Andrade-Villanueva JF, Hagins D, Buendia CB, Dorey D, Griffith S, Min S. Dolutegravir (DTG) versus raltegravir (RAL) in ART-experienced, integrase-naive subjects: 24 week interim results from SAILING (ING111762). Abstr 20th Conf Retroviruses Opportunistic Infect, abstr 179LB.

43. Lataillade M, Chiarella J, Kozal MJ. 2007. Natural polymorphism of the HIV-1 integrase gene and mutations associated with integrase inhibitor resistance. Antivir Ther **12**:563–570.

44. Jones G, Ledford RM, Yu F, Chen X, Miller MD, Tsiang M, McColl DJ. In vitro resistance profile of HIV-1 mutants selected by the HIV-1 integrase inhibitor, GS-9137 (JTK-303). Abstr 14th Conf Retroviruses Opportunistic Infect, abstr 627.

45. Margot NA, Hluhanich RM, Jones GS, Andreatta KN, Tsiang M, McColl DJ, White KL, Miller MD. 2012. In vitro resistance selections using elvitegravir, raltegravir, and two metabolites of elvitegravir M1 and M4. Antiviral Res **93**:288–296. http://dx.doi.org/10.1016/j.antiviral.2011.12.008.

46. Wares M, Mesplede T, Quashie PK, Osman N, Han Y, Wainberg MA. 2014. The M50I polymorphic substitution in association with the R263K mutation in HIV-1 subtype B integrase increases drug resistance but does not restore viral replicative fitness. Retrovirology **11**:7. http://dx.doi.org/10.1186/1742-4690-11-7.

47. Hachiya A, Ode H, Matsuda M, Kito Y, Shigemi U, Matsuoka K, Imamura J, Yokomaku Y, Iwatani Y, Sugiura W. 2015. Natural polymorphism S119R of HIV-1 integrase enhances primary INSTI resistance. Antiviral Res **119**:84–88. http://dx.doi.org/10.1016/j.antiviral.2015.04.014.

48. McColl DJ, Chen X. 2010. Strand transfer inhibitors of HIV-1 integrase: bringing IN a new era of antiretroviral therapy. Antiviral Res **85**:101–118. http://dx.doi.org/10.1016/j.antiviral.2009.11.004.

49. Abram M, Margot N, Barnes T, Ram R, Chen X, White K, Miller M, Callebaut C. 2014. Clinical impact and characterization of HIV integrase inhibitor resistance associated with T97A: a low-level polymorphic integrase mutation, abstr POH-017. Abstr 54th Intersci Conf Antimicrob Agents Chemother. American Society for Microbiology, Washington, DC.

50. Maertens GN, Hare S, Cherepanov P. 2010. The mechanism of retroviral integration from X-ray structures of its key intermediates. Nature **468**:326–329. http://dx.doi.org/10.1038/nature09517.

51. Serrao E, Krishnan L, Shun MC, Li X, Cherepanov P, Engelman A, Maertens GN. 2014. Integrase residues that determine nucleotide preferences at sites of HIV-1 integration: implications for the mechanism of target DNA binding. Nucleic Acids Res **42**:5164–5176. http://dx.doi.org/10.1093/nar/gku136.

52. White KL, Kulkarni R, McColl DJ, Rhee MS, Szwarcberg J, Cheng AK, Miller MD. 2015. Week 144 resistance analysis of elvitegravir/cobicistat/emtricitabine/tenofovir DF versus efavirenz/emtricitabine/tenofovir DF in antiretroviral-naive patients. Antivir Ther **20**:317–327.

53. Kulkarni R, Abram ME, McColl DJ, Barnes T, Fordyce MW, Szwarcberg J, Cheng AK, Miller MD, White KL. 2014. Week 144 resistance analysis of elvitegravir/cobicistat/emtricitabine/tenofovir DF versus atazanavir+ritonavir+emtricitabine/tenofovir DF in antiretroviral-naive

patients. HIV Clin Trials **15**:218–230. http://dx.doi.org/10.1310/hct1504 -218.

54. **Hurt CB, Sebastian J, Hicks CB, Eron JJ.** 2014. Resistance to HIV integrase strand transfer inhibitors among clinical specimens in the United States, 2009-2012. Clin Infect Dis **58**:423–431. http://dx.doi.org /10.1093/cid/cit697.

55. **Huang W, Frantzell A, Fransen S, Petropoulos CJ.** 2013. Multiple genetic pathways involving amino acid position 143 of HIV-1 integrase are preferentially associated with specific secondary amino acid substitutions and confer resistance to raltegravir and cross-resistance to elvitegravir. Antimicrob Agents Chemother **57**:4105–4113. http://dx.doi.org/10.1128 /AAC.00204-13.

56. **Mesplede T, Quashie PK, Osman N, Han Y, Singhroy DN, Lie Y, Petropoulos CJ, Huang W, Wainberg MA.** 2013. Viral fitness cost prevents HIV-1 from evading dolutegravir drug pressure. Retrovirology **10**: 22. http://dx.doi.org/10.1186/1742-4690-10-22.

# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,

    Plaintiffs,

    v.

GILEAD SCIENCES, INC.,

    Defendant.

C.A. No. 1:18-cv-00224-CFC-CJB

**JURY TRIAL DEMANDED**

████████████████████

## OPENING EXPERT REPORT OF ALAN ENGELMAN, PH.D. CONCERNING INSUBSTANTIAL DIFFERENCES BETWEEN DOLUTEGRAVIR AND BICTEGRAVIR

Dated: November 15, 2019

_____
Dr. Alan N. Engelman

releases/2017/8/gilead-announces-us-fda-priority-review-designation-for-fixeddose-

combination-of-bictegravir-emtricitabine-and-tenofovir-alafenamide-for-treatment (last visited Nov. 6, 2019).

243.    I understand that the FDA approved Biktarvy on February 7, 2018. See U.S. Food and Drug Administration Approves Gilead's Biktarvy® (Bictegravir, Emtricitabine, Tenofovir Alafenamide) for Treatment of HIV-1 Infection, Gilead Sciences, Inc., February 7, 2018, available at https://www.gilead.com/news-and-press/press-room/press-releases/2018/2/us-food-and-drug-administration-approves-gileads-biktarvy-bictegravir-emtricitabine-tenofovir-alafenamide-for-treatment-of-hiv1-infection (last visited Nov. 6, 2019).

### C.    TSIANG 2016 BACKGROUND

244.



| September 19, 2016 Published Article (Tsiang Dep. Exs. 9-10) |
|---|
| "BIC displayed an *in vitro* resistance profile … **comparable** to that of dolutegravir (DTG)" |

| | "BIC displayed statistically improved antiviral activity relative to EVG, RAL, and DTG"  Tsiang Dep. Ex. 9; VIIVUS00001332-343. |
| --- | --- |

246.    Prior to being accepted for publication, Dr. Tsiang's manuscript was peer reviewed by two scientists with expertise in the field. ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

247.    ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

248.



| | September 19, 2016 Published Article (Tsiang Dep. Exs. 9 at 7088) |
|---|---|
| | "The structures of the approved INSTIs BIC, EVG, and DTG are shown in Table 1 (1). Bictegravir differs from previously known structures in that it contains a unique bridged bicyclic ring and a distinct benzyl tail consisting of a tri-substituted 2,4,6-trifluorobenzyl moiety. These changes resulted in reduced pregnane X receptor (PXR) activation, minimizing the risk for drug-drug interactions with other coadministered agents and increased plasma protein binding. The increase in protein binding contributed to lower *in vivo* clearance observed in pre-clinical as well as in clinical studies (36). These changes giving rise to BIC were also found to improve solubility (which is important for high |

| ██████████████████ | oral drug absorption, especially at increased doses) and antiviral activity against many known INSTI-resistant viruses." *See also* VIIVUS00001334-343 at -334. |
| --- | --- |



249.    On September 19, 2016, Antimicrobial Agents and Chemotherapy published a revised version of Dr. Tsiang's article. Manuel Tsiang et al., *Antiviral Activity of Bictegravir (GS-9883), a Novel Potent HIV-1 Integrase Strand Transfer Inhibitor with an Improved Resistance Profile*, 60 ANTIMICROBIAL AGENTS & CHEMOTHERAPY 7086, 7086–97 (2016) ("Tsiang 2016"), available at Tsiang Dep. Ex. 9 and VIIVUS00001332-343, and the Supplemental Methods, available at Tsiang Dep. Ex. 10 and VIIVUS00001454-467 (collectively, "Tsiang 2016").

250.    Tsiang 2016 reports data generated by Monogram Biosciences.  I understand that Gilead color-coded the $EC_{50}$ fold change data in Tsiang 2016 and in subsequent presentations and posters in a manner inconsistent with how Monogram Biosciences has classified the clinical and biological cutoffs for DTG, RAL, and EVG.  For example, Dr. Tsiang used: green for fold change $\leq 2.5$; yellow for fold change $> 2.5$; light orange for fold change $> 5$; and dark orange for fold change $> 10$. ██████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████

251.    Dr. Kirsten White presented Dr. Tsiang's data at the 14th European Workshop on

██████████████████████████



274. ████████████████████████████████████

████████████████ further demonstrate that both DTG and BIC performed similarly against HIV-1 in cell lines and primary cells and further support my opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.

### iii.   ACTIVITY AGAINST SITE-DIRECTED MUTANT VIRUSES

275. Gilead conducted *in vitro* testing to measure the activity of DTG and BIC against integrase in site-directed mutant viruses, including the following studies: (1) 9 site-directed mutant viruses; (2) 49 site-directed mutant viruses; and (3) 71 site-directed mutant viruses.  The data appear in Gilead's own internal files and in their publications and presentations, including Tsiang 2016 (Tsiang Dep. Exs. 9-10); Gilead RFD Report (Bridges Dep. Ex. 8); NDA Section 2.6.2; Gilead Report Nos. PC-141-2040, PC-141-2055; Gilead Poster #413; and Margot 2019.

276. This data supports my opinion that DTG and BIC inhibit integrase strand-transfer in a similar manner, resulting in reduced HIV-1 replication.  Moreover, this data supports my opinion that DTG and BIC perform similarly against site-directed mutant viruses, and markedly better than first-generation INSTIs.  Finally, this data supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

a. **9 Site-Directed Mutant Viruses**

i. **Tsiang 2016 (Tsiang Dep. Exs. 9-10)**

277. Tsiang 2016 tested nine site-directed mutant viruses that represent the major RAL- and EVG-resistance pathways and contain both single and double mutations in IN. Tsiang Dep. Ex. 9 at 7090; *see also* VIIVUS00001332-343 at -336. These are the same nine site-directed mutant viruses that Gilead used in its INSTI program. Tsiang Dep. Ex. 9 at 7090; *see also* VIIVUS00001332-343 at -336. Table 6 illustrates $EC_{50}$ (± standard deviation) and fold change values from at least 3 independent determinations in triplicate[5] of BIC, DTG, RAL, EVG, and EFV against wild-type, E92Q, Y143R, Q148R, N155H, R263K, E138K/ Q148K, G140S/ Q148R, E92Q/ N155H, and N155H/ Q148R. Tsiang Dep. Ex. 9 at 7091, Table 6; *see also* VIIVUS00001332-343 at -337, Table 6.

**TABLE 6** Activity of bictegravir against INSTI-resistant HIV-1 mutants

| Compound[a] | $EC_{50}$ (nM) | $EC_{50}$ (fold change relative to WT)[b] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | WT | E92Q[c] | Y143R[c] | Q148R[c] | N155H[c] | R263K[c] | E138K/Q148K[c] | G140S/Q148R[c] | E92Q/N155H[c] | N155H/Q148R[c] |
| BIC | 1.6 ± 0.4 | 2.0 ± 0.8 (1.2) | 1.8 ± 0.5 (1.1) | 1.0 ± 0.3 (0.7) | 1.6 ± 0.4 (1.0) | 2.9 ± 0.7 (1.8) | 13.7 ± 1.2 (8.8) | 3.1 ± 0.8 (2.0) | 2.0 ± 0.2 (1.3) | 7.1 ± 4.3 (4.5) |
| DTG | 1.4 ± 0.3 | 1.8 ± 0.5 (1.3) | 1.9 ± 0.5 (1.4) | 1.0 ± 0.3 (0.8) | 2.4 ± 0.6 (1.8) | 2.5 ± 0.4 (1.9) | 13.7 ± 2.1 (10.1) | 6.5 ± 1.2* (4.8) | 2.8 ± 0.6 (2.1) | 4.7 ± 1.5 (3.5) |
| RAL | 9.4 ± 1.4 | 38 ± 9* (4.0) | 418 ± 151* (45) | 427 ± 52* (45) | 188 ± 37* (20) | 10.4 ± 1.4* (1.1) | 1,533 ± 323* (163) | 2,461 ± 391* (262) | 624 ± 213* (67) | 2,181 ± 688* (232) |
| EVG | 2.4 ± 0.9 | 85 ± 23* (36) | 14.4 ± 3.5* (6.1) | 363 ± 84* (154) | 112 ± 21* (48) | 10.5 ± 1.5* (4.4) | 1,581 ± 1,297* (1,520) | 868 ± 138* (369) | 768 ± 95* (326) | 2,169 ± 334* (921) |
| EFV | 1.9 ± 0.3 | 1.5 ± 0.3 (0.8) | 1.7 ± 0.1 (0.9) | 1.7 ± 0.1 (0.9) | 1.60 ± 0.05 (0.9) | 1.8 ± 0.1 (1.0) | 1.9 ± 0.4* (1.0) | 1.5 ± 0.3* (0.8) | 1.5 ± 0.4* (0.8) | 2.2 ± 0.8* (1.2) |

[a] An asterisk indicates a *P* value of <0.05 versus BIC.
[b] $EC_{50}$ (±SD) and fold change represent the means from at least 3 independent determinations in triplicate. Wild-type virus was generated from HIV-1 DNA clone HXB2. The color shadings subdivide the fold change of resistance into six levels: light blue, wild type; light yellow, >2-fold; bright yellow, >10-fold; light orange, >50-fold; orange, >100-fold; red, >500-fold.
[c] HIV-1 integrase (IN) mutant.

Tsiang Dep. Ex. 9 at 7091; *see also* VIIVUS00001332-343 at -337.

278. The Tsiang 2016 antiviral activity data for the site-directed mutant viruses indicate that DTG and BIC performed similarly against these nine site-directed mutants and have similar resistance profiles, which are markedly better than first-generation INSTIs. Tsiang Dep. Ex. 9 at 7091; *see also* VIIVUS00001332-343 at -337.

279. According to Tsiang 2016, DTG and BIC had $EC_{50}$ of 6.5 ± 1.2 nM and 3.1 ± 0.8

████████████████████████████████████████████████ Gilead included only 9 runs in Tsiang 2016. Tsiang Dep. Ex. 1.

nM, respectively, against the G140S/Q148R site-directed mutant virus. Tsiang Dep. Ex. 9 at 7091; *see also* VIIVUS00001332-343 at -337. Tsiang 2016 applied the Student two-tailed statistical test to determine whether the numerical differences in $EC_{50}$ were statistically significant. Tsiang Dep. Ex. 9 at 7088; *see also* VIIVUS00001332-343 at -334. Tsiang 2016 concluded that out of the 9 tested site-directed mutant viruses, 8 (E92Q, Y143R, Q148R, N155H, R263K, E138/Q148K, E92Q/N155H, and N155H/Q148R), had p values > 0.05 for DTG versus BIC, suggesting a statistically insignificant numerical difference in the performance of DTG and BIC against those 8 mutant viruses. Tsiang Dep. Ex. 9 at 7091; *see also* VIIVUS00001332-343 at -337. Tsiang 2016 concluded that out of the 9 tested mutant viruses, 1 (G140S/Q148R), had a p value of < 0.05 for DTG versus BIC, suggesting a statistically significant numerical difference in the performance of DTG and BIC against that 1 mutant virus. *Id.* However, Tsiang 2016's conclusion █

█

280. For example, in Tsiang 2016, DTG and BIC had fold change values against the G140S/Q148R mutant virus of 4.8 and 2.0, respectively. *Id.*█

| FC | G140S/Q148R | |
|---|---|---|
| | | Tsiang 2016 |
| DTG | | 4.8 |
| BIC | | 2.0 |

281. █

██████████████████████████████████████████████████████████, and the

lowest value in the range from Tsiang 2016, 2.3 nM for BIC, indicates that in some assay runs, the

performance of DTG and BIC is nearly identical against the G140S/Q148R site-directed mutant

virus, and not statistically significant.

| EC$_{50}$ (nM) | G140S/Q148R | |
|---|---|---|
| | | Tsiang 2016 |
| DTG | ███████████ | 6.5 ± 1.2 nM (n=9) |
| BIC | ███████████ | 3.1 ± 0.8 nM (n=9) |

282.     Moreover, Tsiang 2016 highlights the very similar concentrations of drug required

to inhibit 50% of this mutant virus infection, 3.1 ± 0.8 nM for BIC versus 6.5 ± 1.2 nM for DTG,

and contrasts these values to the significantly greater concentrations of first-generation INSTIs

RAL and EVG required for inhibition, which had respective EC$_{50}$ values of 2,461 ± 391 nM and

868 ± 138 nM.  Tsiang Dep. Ex. 9 at 7091, Table 6; *see also* VIIVUS00001332-343 at -337, Table

6.

283.     The data from Table 6 in Tsiang 2016 demonstrate that both DTG and BIC

performed similarly against these 9 site-directed mutant viruses, and markedly better than first-

generation INSTIs, and support my opinion that the *in vitro* data of DTG and BIC are

insubstantially different from one another.

#### ii.     Gilead RFD Report (Bridges Dep. Ex. 8)

284.     ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

---

[6] Tables 1.1 and 2.1 include Gilead's *in vitro* data from Tsiang Dep. Ex. 1, including BICVIIVUS0068588.

████████████████████████████████████████████████



312.    ████████████████████████████████████████████████ DTG

and BIC performed similarly against these HIV-1 and HIV-2 subtypes and further support my

opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.  ███████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

### iii.    Tsiang 2016 (Tsiang Dep. Exs. 9-10)

313.    Similar data from Gilead Report No. PC-141-2035 appears in Tsiang 2016, with

standard deviations added.  *Compare* Gilead Report No. PC-141-2035 (Tsiang Dep. Ex. 2),

BICVIIVUS0005223-299 at -231, Table 2 *with* Tsiang Dep. Ex. 9 at 7091, Table 5.  Table 5

illustrates DTG and BIC's potency against 14 clinical isolates of HIV-1 and one isolate of HIV-2

in isolated human PBMCs.  Tsiang Dep. Ex. 9 at 7091; *see also* VIIVUS00001332-343 at -337.

TABLE 5 Antiviral activity of bictegravir against HIV clinical isolates

| Virus | Isolate | $EC_{50}^{a}$ (nM) | | |
|---|---|---|---|---|
| | | BIC | DTG | AZT |
| HIV-1 subtype | | | | |
| A | 92RW016 | 0.71 ± 0.26 | 0.34 ± 0.09 | 2.0 ± 0.3 |
| A | 92UG037 | 1.5 ± 0.6 | 0.66 ± 0.05 | 11.2 ± 3.7 |
| B | BaL | 0.35 ± 0.12 | 0.32 ± 0.11 | 3.8 ± 0.6 |
| B | 89BZ_167 | 1.0 ± 0.5 | 1.4 ± 0.4 | 3.6 ± 0.8 |
| B | 91US001 | 0.89 ± 0.17 | 0.80 ± 0.48 | 5.5 ± 2.5 |
| B | 91US004 | 1.2 ± 0.4 | 1.0 ± 0.4 | 2.6 ± 1.5 |
| C | 93IN905 | 0.15 ± 0.01 | 0.17 ± 0.03 | 1.6 ± 0.7 |
| C | 98US_MSC5016 | 1.2 ± 0.2 | 0.75 ± 0.09 | 7.9 ± 4.4 |
| D | 98UG_57128 | 0.33 ± 0.01 | 0.32 ± 0.48 | 0.07 ± 0.03 |
| D | 99UG_A07412M1 | 1.1 ± 0.1 | 0.99 ± 0.56 | 9.9 ± 1.3 |
| E | 96TH_M02138 | 0.51 ± 0.17 | 0.11 ± 0.01 | 5.5 ± 0.4 |
| E | 96TH_NI1046 | 0.25 ± 0.06 | 0.25 ± 0.08 | 2.3 ± 0.7 |
| F | 93BR020 | 1.2 ± 0.5 | 0.40 ± 0.19 | 8.1 ± 7.1 |
| G | 01CM1475MV | 0.04 ± 0.03 | 0.09 ± 0.04 | 1.2 ± 0.6 |
| HIV-2 | CDC 310319 | 1.7 ± 1.0 | 2.5 ± 0.5 | 9.3 ± 4.6 |

[a] $EC_{50}$s represent the means and standard deviations from triplicate measurements in human PBMCs.

Tsiang Dep. Ex. 9 at 7091; *see also* VIIVUS00001332-343 at -337.

314.     The data from Table 5 in Tsiang 2016 further demonstrate that both DTG and BIC performed similarly against these HIV-1 and HIV-2 subtypes and further support my opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.

### iv.     Gilead NDA Section 2.6.2

315.



316.





317.

DTG and BIC performed similarly against these HIV-1 and HIV-2 subtypes and further support my opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.

**b.    47 Polyclonal Variants, Patient History Unknown**

**i.    Tsiang 2016 (Tsiang Dep. Exs. 9-10)**

318.    Tsiang 2016 illustrates *in vitro* resistance profiles for DTG and BIC against 47 HIV-1 patient-derived clinical isolates containing INSTI resistant mutations. Tsiang Dep. Ex. 9 at 7092, Figure 1A. Gilead did not generate this data. Instead, Gilead contracted with a third party, Monogram Biosciences, Inc., and selected 47 polyclonal variants for Monogram Biosciences to test on Gilead's behalf. Gilead then interpreted Monogram Biosciences' data.

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████

319.    In my opinion, the *in vitro* resistance profiles of DTG and BIC against these 47

polyclonal variants are significantly better than those of EVG ████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████



B

| Compound | % of Isolates[a] (Fold-Change vs. WT) | | | | Fold-Change vs. WT | | | |
|---|---|---|---|---|---|---|---|---|
| | (≤2.5) | (2.5 to <5) | (5 to <10) | (≥10) | Mean | Median | Range | p-value |
| BIC | 70 | 15 | 13 | 2 | 2.8 | 2 | 0.50 - 19 | 1 |
| DTG | 49 | 17 | 17 | 17 | 5.8 | 3.4 | 0.54 - 63 | 0.042 |
| EVG | 6 | 2 | 0 | 92 | >106 | >150 | 1.9 - >150 | <0.001 |
| RAL | 2 | 4 | 4 | 89 | >100 | >143 | 1.8 - >143 | <0.001 |

FIG 1 Resistance profile of BIC and other INSTIs against 47 HIV-1 patient-derived isolates with INSTI resistance mutations. (A) Bar graph of fold change in resistance. (B) Stratification of the clinical isolates based on fold change in resistance. Primary and other INSTI resistance mutations are listed. Primary INSTI resistance mutations are T66I/A/K, E92Q/G, T97A, Y143C/H/R, S147G, Q148H/K/R, and N155H, and other INSTI resistance mutations are H51Y, L68I/V, V72A/N/T, L74M, Q95K/R, F121C/Y, A128T, E138A/K, G140A/C/S, P145S, Q146I/K/L/P/R, V151L/A, S153A/F/Y, E157K/Q, G163K/R, E170A, and R263K in IN. Susceptibility was determined as the fold change in EC$_{50}$ versus that of the NL4-3 wild-type vector by Monogram Biosciences, Inc. The biological or lower clinical cutoffs for reduced susceptibility in this assay are 4.0 for DTG, 1.5 for RAL, and 2.5 for EVG. No cutoff has been determined for BIC.

Tsiang Dep. Ex. 9 at 7092; *see also* VIIVUS00001332-343 at -338
(Figure 1A depicts RAL in blue, EVG in orange, DTG in green, and BIC in yellow).

320.    The EC$_{50}$ fold change data used to create the bar chart in Figure 1A appears in the supplemental materials to Dr. Tsiang's article.    Tsiang Dep. Ex. 10 at 9; *see also* VIIVUS00001454-467 at -462. Table S5 indicates that there is no clinical cutoff for BIC, so a cutoff of < 2.5 FC was assumed in the absence of clinical data.  Tsiang Dep. Ex. 10 at 9; *see also* VIIVUS00001454-467 at -462.

**TABLE S5.  Antiviral Activity of Bictegravir and other INSTIs Against 47 HIV-1 Patient-derived Isolates with INSTI Resistance Mutations.**

| INSTI Resistance Mutations[a] | Susceptibility (Fold-change vs. WT)[b] | | | | INSTI Resistance Mutations[a] | Susceptibility (Fold-change vs. WT)[b] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BIC | DTG | EVG | RAL | | BIC | DTG | EVG | RAL |
| L74M,T97A | 0.50 | 0.64 | 16 | 8.48 | E92Q,N155H,G163R | 2.02 | 4.12 | >150 | >143 |
| L68V,Y143C | 0.54 | 0.54 | 1.9 | 4.06 | G140A,Q148R | 2.03 | 2.22 | >150 | 88 |
| L68L/V,L74M,Y143R | 0.59 | 0.74 | 26 | >143 | G140S,Q148H | 2.03 | 3.52 | >150 | >143 |
| T97A | 0.66 | 0.88 | 10 | 1.78 | G140S,Q148H | 2.12 | 3.44 | >150 | >143 |
| T97A,F121Y | 0.80 | 1.63 | >150 | 112 | G140S, Q148H | 2.17 | 4.00 | >150 | >143 |
| T97A,Y143R | 0.83 | 1.11 | 20 | >143 | E138K,G140S,Q148H | 2.42 | 3.59 | >150 | >143 |
| F121Y | 0.84 | 1.05 | 38 | 12 | G140S,Q148H | 2.46 | 4.73 | >150 | >143 |
| L74M,N155H | 0.90 | 1.08 | 103 | 89 | G140S,Q148H, G163K | 2.48 | 5.68 | >150 | >143 |
| T97A,N155H | 0.99 | 1.51 | 95 | 53 | G140S,Q148H | 2.49 | 5.56 | >150 | >143 |
| T97A,Y143C | 1.02 | 1.35 | 29 | >143 | E138K,G140S,Q148H | 2.52 | 5.34 | >150 | >143 |
| E92Q,E157E/Q | 1.16 | 1.41 | 51 | 4.8 | E138K G140S Q148H | 2.62 | 13 | >141 | >114 |
| E92Q | 1.19 | 1.58 | 60 | 18 | G140S,Q148H | 2.92 | 5.46 | >150 | >143 |
| N155H,E157E/Q | 1.23 | 1.66 | 28 | 19 | G140S,Q148R | 3.01 | 6.15 | >150 | >143 |
| E92Q | 1.30 | 1.73 | 61 | 6.7 | G140S,Q148H | 3.81 | 11 | >150 | >143 |
| Y143R | 1.39 | 1.50 | 2.26 | 22 | G140S,Q148H | 4.37 | 13 | >150 | >143 |
| Y143R | 1.39 | 1.40 | 2.19 | 16 | T97A,G140S,Q148H | 4.39 | 15 | >150 | >143 |
| N155H | 1.42 | 2.07 | >150 | 107 | E138K,G140C,Q148R | 5.32 | 8.58 | >150 | >143 |
| Y143C | 1.49 | 1.76 | 4.24 | 14 | L74L/M,G140A,Q148R | 5.38 | 8.81 | >150 | >143 |
| T97A,Y143C | 1.60 | 1.47 | 42 | >143 | G140S,Q148R | 7.05 | 17 | >150 | >143 |
| Q148R,E138A | 1.69 | 2.17 | >150 | 43 | G140S,Q148H,E138A | 7.23 | 10 | >150 | >143 |
| N155H,G163R | 1.70 | 1.95 | 31 | 15 | T97A,G140S,Q148H | 7.62 | 14 | >150 | >143 |
| E92Q,N155H | 1.72 | 3.49 | >150 | >143 | L74M,G140C,Q148R | 8.36 | 9.06 | >150 | >143 |
| E138K,Q148R | 1.80 | 2.05 | >150 | 54 | E138K,G140A,Q148K | 19 | 63 | >150 | >143 |
| G140S,Q148H | 1.99 | 3.60 | >150 | >143 | | | | | |

[a] Primary and other integrase strand transfer inhibitor resistance (INSTI-R) mutations are listed. Primary INSTI-R mutations are T66I/A/K, E92Q/G, T97A, Y143C/H/R, S147G, Q148H/K/R, N155H, and other INSTI-R mutations are H51Y, L68I/V, V72A/N/T, L74M, Q95K/R, F121C/Y, A128T, E138A/K, G140A/C/S, P145S, Q146I/K/L/P/R, V151L/A, S153A/F/Y, E157K/Q, G163K/R, E170A, and R263K in IN.

[b] Susceptibility was determined as the fold-change in $EC_{50}$ vs. NL4-3 wild-type vector by Monogram Biosciences, Inc. The biological or lower clinical cut-offs for reduced susceptibility in this assay are 4.0 for DTG, 1.5 for RAL, and 2.5 for EVG.  No cut-off has been determined for BIC.  The color shadings subdivide the resistance fold-change into four levels as follows: green, ≤ 2.5-fold; yellow, >2.5-fold; light orange, >5-fold; dark orange, >10-fold.

Tsiang Dep. Ex. 10 at -9.

321.     But, as discussed above, DTG has a lower clinical cutoff of 4 FC and an upper clinical cutoff of 13 FC.  Gilead PhenoSense IN Report (White Dep. Ex. 4).  Nevertheless, Gilead ignored Monogram Biosciences' established clinical cutoff and applied an "arbitrary" cutoff.

██████████████████████████████████████████████████████  I

also understand that Gilead color-coded the $EC_{50}$ fold change data in Tsiang 2016 Figure 1B and Table S5 in a manner inconsistent with how Monogram Biosciences classified the clinical and biological cutoffs for DTG, RAL, and EVG.  Tsiang Dep. Ex. 9 at 7092, Figure 1B; Tsiang Dep. Ex. 10 at 9, Table S5; *see also* VIIVUS00001332-343 at -338; VIIVUS00001454-467 at -462.  For example, Dr. Tsiang used:  green for fold change ≤ 2.5; yellow for fold change > 2.5; light orange for fold change >5; and dark orange for fold change >10.  Tsiang Dep. Ex. 9 at 7092, Figure 1B; Tsiang Dep. Ex. 10 at 9, Table S5; ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████

322.     In my opinion, a person looking at Table S5 would not necessarily appreciate the similarity of the two compounds without using Monogram Biosciences' classification scheme to interpret this MonogramBiosciences data.

323.     Despite what Dr. Tsiang's color scheme might suggest, Monogram Biosciences defined the clinical cutoff range of DTG as 4.0 (lower cutoff value) to 13.0 (higher cutoff value). Gilead PhenoSense IN Report (White Dep. Ex. 4).  While RAL, EVG, and BIC do not have clinical cutoffs, Monogram Biosciences has classified biological cutoffs of < 1.5, < 2.5, and <2.5, respectively.   Gilead PhenoSense IN Report (White Dep. Ex. 4).  I provide a summary of Monogram Biosciences' classification below:

████████████████████████████████████████████████

- **BIC**: FC < 2.5 sensitive ; FC ≥ 2.5 resistant (White Dep. Ex. 4);
- **DTG**: FC < 4.0 sensitive ; FC 4.0-13 partially sensitive ; FC > 13 resistant (*Id.*);
- **EVG**: FC < 2.5 sensitive ; FC ≥ 2.5 resistant (*Id.*); and
- **RAL**: FC < 1.5 sensitive ; FC ≥ 1.5 resistant (*Id.*).

324.    According to Monogram Biosciences' classification of its own data, Tsiang 2016 should have used the cutoffs and color-coding scheme above in Table S5, which results in the color-coding illustrated in the table below.

| INSTI Resistant Mutations | Susceptibility (Fold-change vs. WT) | | | |
|---|---|---|---|---|
| | BIC | DTG | EVG | RAL |
| L74M,T97A | 0.50 | 0.64 | 16 | 8.48 |
| L68V,Y143C | 0.54 | 0.54 | 1.9 | 4.06 |
| L68L/V,L74M,Y143R | 0.59 | 0.74 | 26 | >143 |
| T97A | 0.66 | 0.88 | 10 | 1.78 |
| T97A,F121Y | 0.80 | 1.63 | >150 | 112 |
| T97A,Y143R | 0.83 | 1.11 | 20 | >143 |
| F121Y | 0.84 | 1.05 | 38 | 12 |
| L74M,N155H | 0.90 | 1.08 | 103 | 89 |
| T97A,N155H | 0.99 | 1.51 | 95 | 53 |
| T97A,Y143C | 1.02 | 1.35 | 29 | >143 |
| E92Q,E157E/Q | 1.16 | 1.41 | 51 | 4.8 |
| E92Q | 1.19 | 1.58 | 60 | 18 |
| N155H,E157E/Q | 1.23 | 1.66 | 28 | 19 |
| E92Q | 1.30 | 1.73 | 61 | 6.7 |
| Y143R | 1.39 | 1.50 | 2.26 | 22 |
| Y143R | 1.39 | 1.40 | 2.19 | 16 |
| N155H | 1.42 | 2.07 | >150 | 107 |
| Y143C | 1.49 | 1.76 | 4.24 | 14 |
| T97A,Y143C | 1.60 | 1.47 | 42 | >143 |
| Q148R,E138A | 1.69 | 2.17 | >150 | 43 |
| N155H,G163R | 1.70 | 1.95 | 31 | 15 |
| E92Q,N155H | 1.72 | 3.49 | >150 | >143 |
| E138K,Q148R | 1.80 | 2.05 | >150 | 54 |
| G140S,Q148H | 1.99 | 3.60 | >150 | >143 |

| INSTI Resistant Mutations | Susceptibility (Fold-change vs. WT) | | | |
|---|---|---|---|---|
| | BIC | DTG | EVG | RAL |
| E92Q,N155H,G163R | 2.02 | 4.12 | >150 | >143 |
| G140A,Q148R | 2.03 | 2.22 | >150 | 88 |
| G140S,Q148H | 2.03 | 3.52 | >150 | >143 |
| G140S,Q148H | 2.12 | 3.44 | >150 | >143 |
| G140S,Q148H | 2.17 | 4.00 | >150 | >143 |
| E138K,G140S,Q148H | 2.42 | 3.59 | >150 | >143 |
| G140S,Q148H | 2.46 | 4.73 | >150 | >143 |
| G140S,Q148H,G163K | 2.48 | 5.68 | >150 | >143 |
| G140S,Q148H | 2.49 | 5.56 | >150 | >143 |
| E138K,G140S,Q148H | 2.52 | 5.34 | >150 | >143 |
| E138K,G140S,Q148H | 2.62 | 13 | >141 | >114 |
| G140S,Q148H | 2.92 | 5.46 | >150 | >143 |
| G140S,Q148R | 3.01 | 6.15 | >150 | >143 |
| G140S,Q148H | 3.81 | 11 | >150 | >143 |
| G140S,Q148H | 4.37 | 13 | >150 | >143 |
| T97A,G140S,Q148H | 4.39 | 15 | >150 | >143 |
| E138K,G140C,Q148R | 5.32 | 8.58 | >150 | >143 |
| L74L/M,G140A,Q148R | 5.38 | 8.81 | >150 | >143 |
| G140S,Q148R | 7.05 | 17 | >150 | >143 |
| G140S,Q148H,E138A | 7.23 | 10 | >150 | >143 |
| T97A,G140S,Q148H | 7.62 | 14 | >150 | >143 |
| L74M,G140C,Q148R | 8.36 | 9.06 | >150 | >143 |
| E138K,G140A,Q148K | 19 | 63 | >150 | >143 |

325.    The table below illustrates a pairwise comparison of the DTG and BIC data from Table S5, using Monogram Biosciences' classification.  As illustrated below, DTG and BIC were classified similarly against 32 of the 47 polyclonal variants, with both compounds being either sensitive (n=28) or resistant (n=4).  There were no polyclonal variants where one compound remained sensitive, while the other became resistant (n=0).  Five polyclonal variants remained sensitive to BIC and partially sensitive to DTG (n=5: (x1) E92Q,N155H,G163R; (x3)

G140S,Q148H[7]; and (x1) G140S,Q148H,G163K. Ten polyclonal variants remained partially sensitive to DTG and resistant to BIC (n=10: (x2) E138K,G140S,Q148H; (x3) G140S,Q148H; (x1) G140S,Q148R; (x1) E138K,G140C,Q148R; (x1) L74L/M,G140A,Q148R; (x1) G140S,Q148H,E138A; and (x1) L74M,G140C,Q148R). This data further supports my opinion that both DTG and BIC performed similarly against these 47 polyclonal variants and markedly better than first-generation INSTIs, and that the *in vitro* data of DTG and BIC are insubstantially different from one another.

| Number of INSTI Resistant Mutations | | DTG | | |
|---|---|---|---|---|
| | | FC < 4.0 sensitive | FC 4.0-13 partially sensitive | FC > 13 resistant |
| BIC | FC < 2.5 sensitive | n=28 | n=5 | n=0 |
| | FC ≥ 2.5 resistant | n=0 | n=10 | n=4 |

326. Putting aside the "arbitrary" color-coding scheme, the data in Table S5 indicates that the tested polyclonal variants are sensitive to BIC when < 2.5 FC and are sensitive to DTG when < 13 FC. As there are no variants where BIC had a value < 2.5 FC and DTG had a value > 13 FC, this data further supports my opinion that both DTG and BIC performed similarly against these 47 polyclonal variants and markedly better than first-generation INSTIs, and that the *in vitro* data of DTG and BIC are insubstantially different from one another. Tsiang Dep. Ex. 10 at 9, Table S5; *see also* VIIVUS00001454-467 at -462.

327. Moreover, Tsiang 2016 does not address the treatment history of the 47 patient-derived clinical isolates. In my opinion, if these patients had previously been exposed to DTG, EVG, and/or RAL, then these *in vitro* tests may bias the comparisons against DTG, EVG, and/or

---

[7] While 3 of the G140S,Q14H polyclonal variants were sensitive to BIC and partially sensitive to DTG; 2 other polyclonal variants with the G140S,Q148H changes were sensitive to both BIC and DTG. Tsiang 2016, Table S5.

RAL such that the results appear less favorable to those drugs than to a new compound to which the patient had not previously been exposed.



328.    The data from Tsiang 2016 Tables 1 and S5 demonstrate that both DTG and BIC performed similarly against these 47 polyclonal variants and markedly better than first-generation INSTIs, and support my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

### ii.    Gilead ASM Microbe 2016 (Tsiang Dep. Ex. 11 and Gilead Poster #413)

329.    Gilead presented the Tsiang 2016 Tables 1 and S5 and NDA Section 2.6.2 Table 14 data in Tsiang Dep. Ex. 11 and Gilead Poster #413 at ASM Microbe in 2016. *Compare* Tsiang 2016, Tables 1 and S5 and NDA Section 2.6.2 *with* Tsiang Dep. Ex. 11, BICVIIVUS0251862-876 and Gilead Poster #413, BICVIIVUS0302194; *see also* ███████████████████████

███████████████████████████████████████████████████████████████████████████

███████████████████████    A color copy of Gilead's poster #413 can be located at http://www.natap.org/2016/HIV/062016_03.htm.  Poster #413 and the accompanying presentation provide tables and figures illustrating this data:

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████

333.    The data from NDA Section 2.6.2 Table 14, which Gilead relied on to obtain approval of BIC, demonstrate that both DTG and BIC performed similarly against these 47 polyclonal variants and markedly better than first-generation INSTIs, and support my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

### c.    18 Clonal Variants, Patients with History of Virologic Failure on Stribild

#### i.    Tsiang 2016 (Tsiang Dep. Exs. 9-10)

334.    Tsiang 2016 illustrates *in vitro* resistance profiles for DTG and BIC against 18 clonal variants from patients treated with Stribild (EVG/COBI/FTI/TDF, Gilead Sciences) who experienced virologic failure and NRTI and/or INSTI resistance mutations.  Tsiang Dep. Ex. 9 at 7090; Tsiang Dep. Ex. 10 at 9; *see also* VIIVUS00001332-343 at -336; VIIVUS00001454-467 at -463;  Tsiang  Dep.  Ex.  11,  BICVIIVUS0251862-876;  Gilead  NDA  Section  2.6.2, BICVIIVUS0000194-360 at -223-224.

335.    DTG and BIC performed similarly against these clonal variants.  *Id.*  Moreover, their performances were both superior to the performances of RAL and EVG.  *Id.*  Based upon this data, these 18 mutant viruses are susceptible to both DTG and BIC.  ████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

158

**TABLE S6.   Antiviral Activity of INSTIs against 18 HIV-1 Clonal Variants from EVG/COBI/FTC/TDF Treated Patients with Virologic Failure and Emerging NRTI and/or INSTI resistance mutations.**

| Patient ID-Clone# | INSTI Resistance Mutations[a] | Susceptibility (Fold-change vs. WT)[b] | | | |
|---|---|---|---|---|---|
| | | BIC | DTG | RAL | EVG |
| 7332-10 | None | 0.80 | 0.87 | 0.79 | 0.79 |
| 7476-5 | T66I, E157Q | 0.18 | 0.25 | 1.63 | 22 |
| 7476-9 | T66I, T97A, E157Q | 0.26 | 0.34 | 2.45 | 22 |
| 6101-12 | Q148R | 0.74 | 0.76 | 32 | 123 |
| 7425-11 | E92Q | 0.91 | 1.29 | 1.95 | 37 |
| 6101-14 | N155H | 0.98 | 1.48 | 6.56 | 60 |
| 6322-1 | N155H, G163R | 1.03 | 1.37 | 15 | 35 |
| 6648-7 | E92Q | 1.07 | 1.46 | 4.20 | 43 |
| 6648-10 | E92Q | 1.16 | 1.60 | 4.20 | 42 |
| 6041-11 | E92Q | 1.17 | 1.53 | 3.67 | 26 |
| 6667-1 | E92Q | 1.17 | 1.21 | 5.09 | 57 |
| 7562-12 | N155H | 1.19 | 1.37 | 13 | 35 |
| 6322-11 | N155H | 1.20 | 1.41 | 11 | 42 |
| 6101-15 | E92Q | 1.20 | 1.26 | 4.41 | 57 |
| 6648-11 | E92Q | 1.23 | 1.57 | 3.97 | 32 |
| 6503-10 | E92Q | 1.46 | 1.87 | 3.88 | 25 |
| 6545-7 | N155H | 1.51 | 1.61 | 15 | 41 |
| 7299-11 | Q148R, G140C | 1.52 | 1.97 | 24 | >208 |

[a] Primary and other integrase strand transfer inhibitor resistance (INSTI-R) mutations are listed. Primary INSTI-R mutations are: T66I/A/K, E92Q/G, T97A, Y143C/H/R, S147G, Q148H/K/R, N155H, and other INSTI-R mutations are: H51Y, L68I/V, V72A/N/T, L74M, Q95K/R, F121C/Y, A128T, E138A/K, G140A/C/S, P145S, Q146I/K/L/P/R, V151L/A, S153A/F/Y, E157K/Q, G163K/R, E170A, and R263K in IN.

[b] Susceptibility was determined as the fold-change in $EC_{50}$ values vs. NL4-3 wild-type vector by Monogram Biosciences, Inc. The wild-type virus had a mean $EC_{50}$ of 1.55 nM for BIC. The biological or lower clinical cut-offs for reduced susceptibility in this assay are 4.0 for DTG, 1.5 for RAL, and 2.5 for EVG. No cut-off has been determined for BIC. The color shadings subdivide the resistance fold-change into four levels as follows: green, ≤ 2.5-fold; yellow, >2.5-fold; light orange, >5-fold; dark orange, >10-fold.

Tsiang Dep. Ex. 10 at 10; *see also* VIIVUS00001454-467 at 463.

336.    The data from Tsiang 2016 Table S6 demonstrate that both DTG and BIC performed similarly against these 18 clonal variants and markedly better than first-generation INSTIs, and support my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

### ii.    Gilead ASM Microbe 2016 (Tsiang Dep. Ex. 11 and Gilead Poster #413)

337.    Gilead presented this data at ASM Microbe in 2016.  Tsiang Dep. Ex. 11, BICVIIVUS0251862-876; ████████████████████████████████████████

████████████████████████████████████████████████████████████

*see also* Gilead Poster #413, BICVIIVUS0302194.  A color copy of Gilead's poster #413 can be located at http://www.natap.org/2016/HIV/062016_03.htm.  Poster #413 and the accompanying presentation provide tables and figures illustrating this data:

352. ████████████████████████████████████████

████████████████████████████████████████████████

██████



████████████████████████████████

353. ████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████ support my opinion that any

differences in the *in vitro* data of DTG and BIC are insubstantial.

> **v.    Tsiang 2016 (Tsiang Dep. Exs. 9-10); Gilead ASM Microbe (Tsiang Dep. Ex. 11 and Gilead Poster #413)**

354.    The same resistance development data from Tsiang Dep. Ex. 3 was published in Tsiang 2016 and presented by Gilead at ASM Microbe in 2016, with annotations added. *Compare* Tsiang Dep. Ex. 3 at -312, Figure 4-1 *with* Tsiang Dep. Ex. 9 at 7093-7094, Figure 2; Tsiang Dep. Ex. 11, BICVIIVUS0251862-876 at -870, Figure 3; Gilead Poster #413, BICVIIVUS0302194,

Figure 3; *see also* VIIVUS00001332-343 at -339-340.   In Tsiang 2016, BIC's resistance development was tested in parallel with DTG and EVG using dose-escalation under the same conditions.  Tsiang 2016 at -337.



**FIG 2** Progress of BIC, DTG, and EVG resistance selection with HIV-1 IIIb. A horizontal line connecting two closed circles represents one passage of the infected cell culture. A vertical line connecting two closed circles represents a transfer of cell-free virus supernatant to fresh uninfected cell culture with either a 1.5-fold or 2-fold increase of the drug concentration. The culture supernatant from the last infected cell culture (black circle) was used for population sequencing, and the mutations identified in the integrase region are indicated. In addition, the viral pool from the last passage of each drug selection was used for clonal sequencing to determine the percentage of clones containing each identified mutation.

Tsiang Dep. Ex. 9 at 7093;
*see also* VIIVUS00001332-343 at -339; Gilead Poster #413, BICVIIVUS0302194, Figure 3.

355.   As can be seen in Figure 2, BIC's drug concentration, measured by $EC_{50}$ fold change, closely tracked that of DTG and was markedly different from EVG.  In my opinion, DTG and BIC have insubstantially different barriers to resistance, and markedly improved barriers to resistance when compared to EVG.  Regarding the latter, Dr. Tsiang agrees.  Tsiang Dep. Ex. 9 at 7091 ("The BIC and DTG resistance selections progressed at a rate that was considerably slower

than that of EVG, suggesting that BIC and DTG have a higher barrier to resistance emergence than EVG (Fig. 2)."); *id.* at 7091-7092 ("Similar to BIC, the viruses from P3 to P10 selected with DTG also displayed small incremental increases in resistance to DTG. … Importantly, although P7, P9, and P10 of EVG-selected virus showed a high degree of resistance to EVG (95- to 116-fold), these viruses conferred only low-level cross-resistance to BIC and DTG (1.3- to 4.0-fold)."); Tsiang Dep. Ex. 10 at 13, Table S9; *see also* VIIVUS00001332-343 at -337-338; VIIVUS00001454-467 at -466, Table S9.

356.    Gilead also determined the phenotypic profiles of DTG and BIC during various points of the resistance development study.  As can be seen in Table S9, BIC's drug concentration, measured by $EC_{50}$ fold change, closely tracked that of DTG and was markedly different from that of EVG.  This further supports my opinion that DTG and BIC have insubstantially different barriers to resistance, and markedly improved barriers to resistance when compared to EVG.

**TABLE S9. Phenotypic Profile of Selected HIV-1 Passages in the Presence of INSTIs**

| Selected Virus[a] | Duration of Selection (day) | [Drug] Reached[b] (nM) | EC$_{50}$ (nM) (Fold-Resistance Relative to HIV-1 IIIb)[c] | | | | |
|---|---|---|---|---|---|---|---|
| | | | BIC | DTG | EVG | RAL | EFV |
| HIV-1-IIIb | — | — | 2.2 (1) | 2.5 (1) | 2.1 (1) | 8.8  (1) | 1.6  (1) |
| | | | | | | | |
| BIC P3 | 47 | 6 | 3.8 (1.7) | 3.6 (1.4) | 5.1 (2.4) | 18.1 (2) | 1.6  (1) |
| BIC P5 | 71 | 12 | 5.8 (2.6) | 6.4 (2.6) | 8.3 (3.9) | 18.3 (2.1) | 1.2 (0.8) |
| BIC P6 | 86 | 24 | 7.8 (3.5) | 8.3 (3.4) | 7.8 (3.6) | 24.4 (2.8) | 1.3 (0.8) |
| BIC P8 | 156 | 96 | 11.2 (5.0) | 12.0 (4.8) | 33.6 (15.8) | 28.8 (3.3) | 1.7 (1.1) |
| BIC P9 | 181 | 192 | 17.5 (7.9) | 19.1 (7.7) | 55.0 (25.9) | 41.7 (4.7) | 2.8 (1.8) |
| BIC P10 | 234 | 384 | 13.5 (6.1) | 14.7 (5.9) | 33.0 (15.5) | 29.3 (3.3) | 2.7 (1.7) |
| | | | | | | | |
| DTG P3$_{1.0}$ | 59 | 6.4 | 2.9 (1.3) | 3.2 (1.3) | 1.7 (0.8) | 11.8 (1.3) | 1.2 (0.8) |
| DTG P4 | 87 | 9.6 | 7.8 (3.5) | 7.8 (3.2) | 2.4 (2.4) | 23.2 (2.6) | 1.8 (1.1) |
| DTG P5 | 97 | 14.4 | 10.6 (4.8) | 10.3 (4.2) | 9.3 (4.4) | 28.0 (3.2) | 1.7 (1.0) |
| DTG P7 | 139 | 32.4 | 21.8 (9.8) | 12.4 (5.0) | 15.5 (7.3) | 39.7 (4.5) | 2.3 (1.4) |
| DTG P9 | 174 | 72.9 | 23.8 (10.7) | 15.6 (6.3) | 25.1 (11.8) | 43.0 (4.9) | 2.1 (1.3) |
| DTG P10 | 202 | 109.4 | 30.0 (13.5) | 19.7 (7.9) | 69.2 (32.5) | 56.9 (6.4) | 2.8 (1.8) |
| | | | | | | | |
| EVG P2 | 20 | 7.2 | 5.8 (2.6) | 5.4 (2.2) | 17.8 (8.3) | 25.9 (2.9) | 3.0 (1.8) |
| EVG P4 | 41 | 28.8 | 6.5 (2.9) | 7.1 (2.9) | 30.2 (14.2) | 26.9 (3.0) | 2.8 (1.7) |
| EVG P6 | 56 | 115 | 6.8 (3.0) | 7.1 (2.8) | 48.9 (23.0) | 19.9 (2.3) | 2.4 (1.5) |
| EVG P7 | 67 | 230 | 8.9 (4.0) | 8.1 (3.2) | 203.0 (95.4) | 28.7 (3.3) | 3.6 (2.2) |
| EVG P9 | 94 | 922 | 6.8 (3.1) | 6.6 (2.6) | 295.9 (139.0) | 44.9 (5.1) | 3.2 (2.0) |
| EVG P10 | 119 | 1843 | 2.9 (1.3) | 3.5 (1.4) | 246.4 (115.8) | 17.0 (1.9) | 2.0 (1.2) |

[a] Viral passage numbers are indicated as: P1, P2, P3,…etc.

[b] Resistance selection was initiated at a drug concentration equal to twice the EC$_{50}$ previously determined for each drug (i.e. EC$_{50}$ = 1.5 nM, 1.6 nM and 1.8 nM for BIC, DTG and EVG respectively).

[c] The fold-change is calculated from the ratio of EC$_{50}$ of the selected virus over the EC$_{50}$ of HIV-1 IIIb. The values represent the mean of at least two experiments performed in triplicate.

Tsiang Dep. Ex. 10 at 13; *see also* VIIVUS00001454-467 at -466.

357.    The data from Figure 2 and Table S9 in Tsiang 2016 further demonstrate that both DTG and BIC have similar resistance development and markedly improved resistance development over first-generation INSTIs, and further support my opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.

        **b.**      **Viral Breakthrough**

             **i.**      **Gilead Report No. PC-141-2052 (Tsiang Dep. Ex. 3)**

358.    ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████



359.

360. The data from Figure 4-2 in Tsiang Dep. Ex. 3 demonstrate that both DTG and BIC have similar viral breakthrough and markedly improved viral breakthrough than first-generation INSTIs, and further support my opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.

### ii. Tsiang 2016 (Tsiang Dep. Exs. 9-10)

361. The same figure appears in Tsiang 2016, but in color. *Compare* Tsiang Dep. Ex. 3 at -317-318, Figure 4-2 *with* Tsiang Dep. Ex. 9 at 7094, Figure 3; *see also* VIIVUS00001334-343 at -340, Figure 3. In Tsiang 2016, Dr. Tsiang described the same viral breakthrough studies using fixed concentrations of BIC, FTC, EVG, and DTG in MT-2 cells. According to Dr. Tsiang, "[w]hile HIV-1 broke through FTC (4X $EC_{95}$) and EVG (5X $EC_{95}$) at day 7 and 22 postinfection, respectively, no virus breakthrough was observed at day 32 postinfection with either BIC or DTG when tested at 2.5X $EC_{95}$ and 5X $EC_{95}$." Tsiang Dep. Ex. 9 at 7093; *see also* VIIVUS00001334-343 at -339.



FIG 3 HIV-1 IIIb resistance breakthrough in MT-2 cells. Viral resistance breakthrough for each drug was tested in four independent infected cultures in the presence of constant drug pressure for up to 35 days. The number of cultures with replicating virus based on the observed cytopathic effect was scored at each time point. (A) Viral breakthrough control compounds included emtricitabine (FTC), tested at 4× $EC_{95}$, and elvitegravir (EVG), tested at a $C_{min}$ of 5× $EC_{95}$. (B) Dolutegravir (DTG) and bictegravir (BIC) also were tested at 2.5× and 5× $EC_{95}$.

Tsiang Dep. Ex. 9 at 7094; *see also* VIIVUS00001334-343 at -340, Figure 3.

**TABLE S10.  HIV-1 BaL Breakthrough Selections in Primary Human CD4$^+$ T-Cells**

| Drug | Drug Conc. (nM)$^a$ | p24+ Wells$^b$ | Frequency of Viral Breakthrough with RAMs | Drug RAMs$^c$ (No. of incidences) | Other Mutations |
|---|---|---|---|---|---|
| BIC ($C_{min}$) | 138 | 0/24 | 0% | -- | -- |
| ATV ($C_{min}$) | 300 | 0/24 | 0% | -- | -- |
| DTG ($C_{min}$) | 73 | 0/24 | 0% | -- | -- |
| EVG ($C_{min}$) | 48 | 23/24 | 54% | T66I (3), E92V (1), E92G (1), Q148R (1), N155H (3), S230R (1), R263K (3), **no RAMs (10)** | V165I, L172F, A175V, H183R, S283N |
| RAL ($C_{min}$) | 60 | 12/12 | 58% | L74M (1), Q148R (2), N155H (2), G163R (1), G163R+F121Y (1), **no RAMs (5)** | V165I, A175T, D253Y |
| RPV ($C_{min}$) | 8 | 6/24 | 25% | V90I+E138K (1), K101E (1), V90I+T240I (1), P225L+F227C (1), M230I (2) | R166K, R281K, R281N |
| EFV ($C_{min}$) | 250 | 2/12 | 17% | L100I (2) | V118I, R281N |
| FTC (160 × EC$_{50}$) | 1600 | 14/24 | 58% | M184I (8), M184V (5), M184T (1) | G112S, E177D, E177K, R281K |

$^a$  Tissue culture equivalent $C_{min}$ = clinical $C_{trough}$ concentration adjusted for human serum protein binding

$^b$  Viral breakthrough was evaluated in primary CD4$^+$ T-cells after 35 days in culture by p24 ELISA and sequence analysis of p24-positive wells.

$^c$  The resistance associated mutations (RAM) are found in the coding sequence of the protein target for each drug.

Tsiang Dep. Ex. 10 at 14; *see also* VIIVUS00001454-467 at -467, Table S10.

362.   As can be seen in Figure 3 and Table S10, DTG and BIC both had zero cumulative wells with viral breakthrough after 30+ days.  Tsiang 2016 at 7093 ("In 24 parallel infection samples, BIC suppressed viral breakthrough over a period of 35 days at its cell culture-equivalent clinical minimum ($C_{min}$) drug concentration (see Table S10 in the supplemental material), and this effect was similar to observations with DTG and the PI ATV.").  In contrast, RAL and EVG developed wells with viral breakthrough prior to 30 days.  *Id.*

363.   The data from Tsiang 2016 further demonstrate that DTG and BIC have insubstantially different barriers to resistance, and markedly improved barriers to resistance when compared to EVG.  Dr. Tsiang agrees.  Tsiang Dep. Ex. 9 at 7093 ("EVG and RAL were associated

with a higher incidence of viral breakthrough (54 to 58%) (*see* Table S10).”); *id.* (“[T]hese breakthrough resistance studies indicate that BIC has a barrier to *in vitro* resistance emergence higher than that of EVG or RAL and similar to that of DTG, suggesting that the clinical $C_{min}$ concentration of BIC can provide a high barrier to resistance development *in vivo*  *see also*

VIIVUS00001334-343 at -339.

364.    The data from Tsiang 2016 Figure 3 and Table S10 demonstrate that both DTG and BIC have similar viral breakthrough and markedly improved viral breakthrough than first-generation INSTIs, and further support my opinion that any differences in the *in vitro* data of DTG and BIC are insubstantial.

### vi.    ASSOCIATION AND DISSOCIATION HALF-LIFE AND PROFILE

365.    Gilead conducted *in vitro* testing to measure BIC’s dissociation half-life from wild-type and G140S/Q148H integrase-DNA complexes in comparison to those of other INSTIs, including DTG using an SPA assay.  The data appear in Gilead’s internal files and in their publications and presentations, including Tsiang Dep. Ex. 14; NDA Section 2.6.2; Gilead Report No. PC-141-2058; and Gilead Poster #497.

Hassounah 2017 at -536-37, Figures 1 and 2.

406.     Although the 7.4 fold change in $EC_{50}$ value noted in Table 3 for DTG to inhibit HIV-1 integrase mutant virus G140S/Q148H was numerically significantly different from the 4.8 fold change value noted for BIC with this virus, other investigators have reported $EC_{50}$ and fold change values for BIC and DTG to inhibit the G140S/Q148H mutant virus that do not significantly differ from one another.  *See* Smith 2018; Zhang 2018.  In light of all of those other instances, any differences in DTG and BIC's $EC_{50}$ and fold change values reported in Hassounah 2017 do not change my opinion that any differences in DTG and BIC's activity against site-directed mutant viruses are insubstantial.

407.     Both DTG and BIC performed similarly in TZM-bl cells and CBMC cultures, demonstrating comparable resistance profiles and inhibition activity. This further suggests that DTG and BIC have similar resistance profiles and further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

### b.     Smith 2018

408.     Retrovirology published an article by Dr. Steven Smith, among others, entitled *Efficacies of Cabotegravir and Bictegravir Against Drug-resistant HIV-1 Integrase Mutant*s. Steven J. Smith et al., *Efficacies of Cabotegravir and Bictegravir Against Drug-resistant HIV-1 Integrase Mutant*s, 15 RETROVIROLOGY 1 1–18 (2018) (accessed through Open Access, https://retrovirology.biomedcentral.com/track/pdf/10.1186/s12977-018-0420-7)     (supplemental materials "Smith 2018 Supplement"[8] ) (collectively "Smith 2018").

---

[8] The supplemental materials are available at
https://static-content.springer.com/esm/art%3A10.1186%2Fs12977-018-0420-7/MediaObjects/12977_2018_420_MOESM1_ESM.pdf

409.     Smith 2018 illustrates $EC_{50}$ values "in single round infection assays" (n=4), discussed above, "using vectors that carry the INSTI-resistant mutations in INSTI-resistant IN mutants."   VIIVUS00001366-383 at -368.   As discussed in further detail in the following paragraphs, Smith 2018 demonstrates that DTG's and BIC's respective resistance profiles against site-directed mutant viruses are very similar.   Although a handful of mutant viruses sometimes led to greater resistance to BIC and sometimes led to greater resistance to DTG, overall, both BIC and DTG have resistance profiles that are drastically different from those of first-generation INSTIs.

410.     Smith 2018 reports the differences between, on the one hand, DTG, BIC, and CAB and, on the other hand, RAL and EVG.   For example, Smith 2018 acknowledges that "[g]enerally speaking, the second generation INSTIs (DTG, BIC, and CAB) are much more proficient at inhibiting these INSTI-resistant mutants than RAL and EVG.   Based on the data from our panel of mutants, DTG and BIC are more broadly effective against the mutants than CAB (Fig. 3)." *Id.* at -376.   Smith 2018 also acknowledges that "DTG, BIC, and CAB are similar chemically and structurally" and "given the problems that arise with drug resistance, it is likely that, among related compounds [such as DTG and BIC], those that are more broadly effective against resistant viruses [such as DTG and BIC] will have an advantage in the clinic." *Id.* at -375 Smith 2018 concludes that, based on their ability to inhibit the 57 INSTI-resistant mutants selected and tested, BIC performed better than DTG against 14 mutants and DTG performed better than BIC against 10 mutants. *See id.* at -374; ████████████████████████████████████████

411.     Smith 2018 also notes that "[g]iven the complexities of pharmacology, a significant difference in the behavior of a drug against a particular mutant (or mutants) may or may not translate directly into a desirable clinical outcome." *Id.* at -375; ██████████████████████

████████████████████

████████████████████████████████████

412.    However, putting aside that the assay results may not translate into the clinic, there are issues with Smith 2018 that raise questions about its analysis and results.

413.    First, Smith 2018 obtained $EC_{50}$ values for DTG against site-directed mutant virus

███████████████████████████████████████████████████████████████

Margot 2019; Tsiang Dep. Ex. 1; Tables 1.1-1.3.  While it is not uncommon for scientists to run an assay only 3 or 4 times, ████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████  This suggests to me that the Smith 2018 assay methodology, the limited number of times the assay was run (n=4), or experimental error may be the cause.  *Id.* at -376, Figure 9. ████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████  This indicates to me that if Smith 2018 had used Gilead's assays, instead of his own, or run its assays more times, Smith 2018 may have reached a different conclusion.

|       | Mutant Virus | ████████ | Smith 2018 |
|-------|--------------|----------|------------|
| **DTG** | WT | | 0.7 – 2.5 nM (n=4) |
| **DTG** | G140S/Q148R | | 19.4 – 33 nM (n=4) |
| **DTG** | N155H/Q148R | | 5.1 – 9.1 nM (n=4) |
| **DTG** | R263K | | 7.9 – 14.7 nM (n=4) |

---

[9] Tables 1.1 and 2.1 include Gilead's *in vitro* data from Tsiang Dep. Ex. 1, including BICVIIVUS0068588.

███████████████████████████████████████████████████████████████

414.    Second, Smith 2018 attributes the differences in DTG, BIC, and CAB's resistance profiles to the structural differences on the "left side," or ring A, of these INSTIs.  *Id.* at -366, -374, -376.  This directly contradicts Gilead's presentation to the public at ASM Microbe 2016, which attributes the differences to the "right side," or ring D, of these INSTIs. BICVIIVUS0251877-891 at -886-877; ████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████

415.    In addition to my opinion that the above issues call the data and conclusions in Smith 2018 into question, I disagree with some of the conclusions that Smith 2018 draws from its individual assay panels.  Instead, as discussed in further detail below, those panel results further support my opinion that any *in vitro* differences between DTG and BIC are insubstantial.  Smith 2018 ran 7 assay panels 4 times each: (Panel 1) primary INSTI-resistant mutants; (Panel 2) other common INSTI-resistant single mutants; (Panel 3) double-mutants with primary mutation at Q148; (Panel 4) double-mutants with primary mutations at T66I and N155H; (Panel 5) triple-mutants with primary mutation Q148H/K/R; (Panel 6) triple-mutants with primary mutation at T66I and N155H; and (Panel 7) triple-mutants with primary mutation G140S/Q148H.

416. **Panel 1, Primary INSTI-Resistant Mutants – Figure 2, Table S1.** In the first panel, Smith 2018 tested WT and primary INSTI-resistant mutants, including: Y143R, N155H, G140S/Q148H, T66I, E92Q, H51Y, G118R, R263K, H51Y/R263K, and E138K/E263K. VIIVUS00001366-383 at -367-368, Figure 2; Smith 2018 Supplement at Table S1A. DTG and BIC both inhibited at least WT, Y143R, N155H, T66I, E92Q, H51Y, G118R, and E138K/R263K. Smith 2018 Supplement at Table S1A.



**Fig. 2** Antiviral activities of BIC and CAB against primary INSTI-resistant mutants. The $EC_{50}$ values were determined, in single round infection assays, using vectors that carry the INSTI-resistant IN mutants. Error bars represent the standard deviations in the data from independent experiments ($n = 4$). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against Y143R, N155H, and G140S/Q148H, EVG versus G140S/Q148H, and E92Q primary INSTI-resistant mutants were all > 100 nM



Smith 2018 at 3, Figure 2.

417.     Smith 2018 claims that only BIC potently inhibited G140S/Q148H and G118R. VIIVUS00001366-383 at -368 ("However, only BIC potently inhibited the well-known RAL-resistant IN double mutant G140S/Q148H and the DTG-resistant IN mutant[] G118R[.]").   I disagree.   Regarding G140S/Q148H, the Smith 2018 supplemental materials indicate that both DTG and BIC had $EC_{50}$ values > 5 nM, and these values were insubstantially different from one another (DTG: 5.8 ± 0.5 nM; BIC: 5.5 ± 0.7 nM).   Smith 2018 Supplement, Table S1A; Smith 2018 Supplement at Table S1B ("G140S/Q148H DTG-BIC NS [not significant]").   Therefore, I believe these two compounds performed similarly against the G140S/Q148H mutant.   Regarding G118R, the Smith 2018 supplemental materials indicate that both DTG and BIC had $EC_{50}$ values > 5 nM, and these values were not statistically significant  (DTG: 13.0 ± 5.0 nM; BIC: 5.4 ± 0.6 nM).   Smith 2018 Supplement at Table S1A; Smith 2018 Supplement at Table S1B ("G118R BIC > DTG NS [not significant]").[10]

| A | WT | Y143R (RAL) | N155H (RAL) | G140S/Q148H (RAL) | T66I (EVG) | E92Q (EVG) | H51Y (DTG) | G118R (DTG) | R263K (DTG) | H51Y/R263K (DTG) | E138K/R263K (DTG) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 4.0 ± 2.0 | 162.4 ± 16.2 | 153.6 ± 32.8 | 1900.0 ± 300.0 | 2.8 ± 0.4 | 29.8 ± 10.2 | 3.4 ± 0.2 | 35.5 ± 5.0 | 5.7 ± 2.3 | 6.0 ± 2.3 | 8.0 ± 1.6 |
| EVG | 6.4 ± 0.8 | 7.9 ± 2.3 | 90.0 ± 17.8 | 5700.0 ± 1100.0 | 66.2 ± 0.7 | 153.7 ± 34.0 | 4.5 ± 2.1 | 21.0 ± 9.5 | 5.4 ± 0.1 | 52.6 ± 18.2 | 11.4 ± 0.2 |
| DTG | 1.6 ± 0.9 | 4.3 ± 1.2 | 3.6 ± 1.3 | 5.8 ± 0.5 | 0.9 ± 0.8 | 2.3 ± 0.4 | 3.2 ± 0.2 | 13.0 ± 5.0 | 11.3 ± 3.4 | 16.0 ± 1.9 | 3.2 ± 0.5 |
| CAB | 2.4 ± 0.2 | 2.7 ± 0.6 | 2.2 ± 0.3 | 36.3 ± 6.5 | 0.9 ± 0.3 | 4.2 ± 0.1 | 9.8 ± 1.8 | 12.1 ± 1.9 | 13.4 ± 1.3 | 10.4 ± 1.5 | 4.2 ± 0.8 |
| BIC | 1.9 ± 0.3 | 2.6 ± 0.1 | 2.7 ± 0.8 | 5.5 ± 0.7 | 0.2 ± 0.1 | 2.0 ± 0.1 | 2.2 ± 0.4 | 5.4 ± 0.6 | 4.1 ± 1.1 | 3.5 ± 1.0 | 3.5 ± 0.6 |

Smith 2018 Supplement, Table  S1A.

418.     Less concentration of BIC was required to inhibit H51Y (DTG: 3.2 ± 0.2 nM; BIC: 2.2 ± 0.1 nM), R263K (DTG: 11.3 ± 3.4 nM; BIC: 4.1 ± 1.1 nM) and H51Y/R263K (DTG: 16.0 ± 1.9 nM; BIC: 3.5 ± 1.0 nM) than DTG.   However, as illustrated below, Smith 2018 obtained $EC_{50}$ values for DTG against site-directed mutants ████████████████

████████████████████████████████████████████   *See* Margot 2019; Tsiang Dep. Ex. 1.  ████

---

[10] This "G118R BIC > DTG NS [not significant]" may be a typographical error.

████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████ *Compare* Smith 2018, Table S1 *with* Margot 2019 at 2191-2192 and Tsiang Dep. Ex. 1.  While it is not uncommon for scientists to run an assay only 3 or 4 times, the great data disparity here suggests to me that the Smith 2018 assay methodology and/or the limited number of times the assay was run (n=4) may be the cause.  For example, if Smith 2018 had conducted more runs or used Gilead's assays, instead of his own, Smith 2018 may have reached a different conclusion.

419.   ██████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████ According to Smith 2018's *in vitro* data, Smith 2018 ran assay panels on DTG against site-directed mutant R263K only 4 times and produced $EC_{50}$ values ranging from 7.9 – 14.7 nM, █████████████████████████████████ *See* VIIVUS00001366-383 at -368, Figure 2; Smith 2018 Supplement, Table S1A. ████████████

███████████████████████████████████████████████████████

█████████████████████████

| $EC_{50}$ (nM) | R263K | |
|---|---|---|
| | | **Smith 2018** |
| **DTG** | | 7.9 – 14.7 nM (n=4) |
| **BIC** | | 3.0 – 5.2 nM (n=4) |

420.   ██████████████████████████████████████████

██████████ In Smith 2018, DTG and BIC exhibited similar efficacy against site-directed mutant

---

[11] Tables 1.1 and 2.1 include Gilead's *in vitro* data from Tsiang Dep. Ex. 1, including BICVIIVUS0068588.

████████████████████████████████████████████

viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and markedly better resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

     421.    **Panel 2, Other Common INSTI-Resistant Single Mutants – Figure 4, Table S2.** In the second panel, Smith 2018 tested other common INSTI-resistant mutants, including:  M50I, L74M, T97A, S119R, E138K, G140S, Q146L, Q146P, Q148H, Q148K, Q148R, and S153Y.  VIIVUS00001366-383 at -371, Figure 4; Smith 2018 Supplement, Table S2A.  DTG and BIC both inhibited M50I, L74M, T97A, S119R, E138K, G140S, Q146P, Q148H, Q148K, Q148R, and S153Y.



**Fig. 4** Antiviral activities of BIC and CAB against common INSTI-resistant single mutants. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant IN double mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against Q148H, Q148K, and Q148R and EVG versus Q148K and Q148R INSTI-resistant mutants were all > 100 nM



Smith 2018 at 6.

| A | M50I | L74M | T97A | S119R | E138K | G140S | Q146L | Q146P | Q148H | Q148K | Q148R | S153Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 30.7 ± 6.9 | 7.4 ± 2.1 | 2.9 ± 0.2 | 25.9 ± 0.1 | 6.5 ± 0.9 | 10.0 ± 3.7 | 24.1 ± 2.3 | 6.0 ± 0.8 | 142.2 ± 4.1 | 1450.0 ± 242.5 | 272.7 ± 7.0 | 18.0 ± 2.4 |
| EVG | 2.8 ± 0.4 | 6.0 ± 0.4 | 5.3 ± 0.4 | 7.6 ± 0.2 | 2.7 ± 0.4 | 12.6 ± 2.6 | 43.2 ± 5.4 | 4.7 ± 0.6 | 23.7 ± 4.2 | 309.8 ± 12.4 | 296.1 ± 24.2 | 4.2 ± 0.9 |
| DTG | 2.1 ± 0.9 | 2.2 ± 0.4 | 1.1 ± 0.5 | 2.3 ± 0.6 | 1.8 ± 0.4 | 2.7 ± 0.7 | 2.1 ± 0.8 | 0.5 ± 0.04 | 0.6 ± 0.1 | 1.0 ± 0.01 | 1.3 ± 0.2 | 2.0 ± 0.7 |
| CAB | 0.8 ± 0.1 | 0.9 ± 0.2 | 2.7 ± 0.7 | 2.3 ± 1.0 | 12.9 ± 1.0 | 5.1 ± 1.5 | 3.4 ± 0.6 | 10.3 ± 2.1 | 6.8 ± 1.5 | 2.9 ± 0.6 | 4.5 ± 1.3 | 3.2 ± 0.6 |
| BIC | 2.5 ± 0.3 | 1.4 ± 0.4 | 1.5 ± 0.3 | 3.3 ± 0.1 | 4.0 ± 0.2 | 3.5 ± 0.4 | 5.2 ± 1.3 | 0.8 ± 0.01 | 0.9 ± 0.1 | 1.2 ± 0.3 | 1.2 ± 0.3 | 2.8 ± 0.4 |

Smith 2018 Supplement,  Table S2A.

422.    Smith 2018 reported that "BIC potently inhibited this entire panel of INSTI-resistant mutants with EC$_{50}$ values below 5 nM, which was comparable to DTG. … Most of the INST-resistant single mutants in this panel caused significant drops in susceptibility to the first generation INSTIs, RAL and EVG[.]"  VIIVUS00001366-383 at -369.  DTG performed slightly better than BIC for a handful of mutants.  *Id.* ("Based on the data obtained with the mutants in this panel, DTG was better than CAB and BIC … DTG was significantly better than CAB against six of the mutants and better than BIC against four mutants.").  However, as a whole, DTG and BIC demonstrated similar efficacy against the site-directed mutants tested in Panel 2.

423.    BIC had an EC$_{50}$ against the Q146L mutant virus that was slightly higher than 5 nM (5.2 ± 1.3 nM), and slightly higher than that of DTG (2.1 ± 0.8 nM).  Smith 2018 Supplement, Table S2A.  In my opinion, these differences are insubstantial.

424.    DTG and BIC performed similarly in Panel 2 and markedly better than RAL and EVG.  In Smith 2018, DTG and BIC exhibited similar efficacy against site-directed mutant viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and markedly better

resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

425.   **Panel 3, Double-Mutants with Primary Mutation at Q148 – Figure 5, Table S3.**  In the third panel, Smith 2018 tested double-mutants with a primary mutation at Q148 (H/K/R), or Y143R or N155H and a secondary mutation at E138 (A/K) or G140 (A/C/S). VIIVUS00001366-383 at -372, Figure 5; Smith 2018 Supplement, Table S3A.  DTG and BIC both inhibited  G140A/Q148H,  Y143R/Q148H,  Q148H/N155H,  G140S/Q148K,  E138A/Q148R, E138K/Q148R, and G140C/Q148R.



**Fig. 5**  Antiviral activities of BIC and CAB against a panel of INSTI-resistant double mutants that have a primary mutation at position Q148. The EC$_{50}$ values were determined using vectors that carry the INSTI-resistant double mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The EC$_{50}$ values shown in the figure have a maximum of 100 nM. The EC$_{50}$ values of RAL and EVG against this entire panel (except for EVG versus Y143R/Q148H) were all > 100 nM. The EC$_{50}$ values of DTG against G140A/ Q148K, CAB versus E138K/Q148K, G140A/Q148K, G140S/Q148K, and BIC against G140A/Q148K were all > 100 nM



Smith 2018 at 7 Figure 5.

| A | G140A/Q148H | Y143R/Q148H | Q148H/N155H | E138K/Q148K | G140A/Q148K | G140S/Q148K | E138A/Q148R | E138K/Q148R | G140A/Q148R | G140C/Q148R | G140S/Q148R | Q148R/N155H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 476.3 ± 22.0 | 2040.0 ± 99.0 | 337.5 ± 69.0 | 2885.0 ± 49.5 | >5000 | 113.3 ± 1.4 | 3150.0 ± 210.0 | 3240.0 ± 876.8 | >5000 | >5000 | >5000 | >5000 |
| EVG | 250.8 ± 4.9 | 23.2 ± 5.7 | 620.9 ± 90.6 | 1890.0 ± 42.4 | 2053.3 ± 45.1 | 543.1 ± 89.2 | 293.2 ± 35.6 | 801.6 ± 67.7 | 575.0 ± 19.8 | >5000 | 1326.3 ± 32.7 | 285.8 ± 18.2 |
| DTG | 3.9 ± 0.7 | 0.8 ± 0.2 | 4.0 ± 0.6 | 25.0 ± 2.1 | 450.7 ± 58.8 | 2.3 ± 0.2 | 4.4 ± 0.8 | 3.9 ± 0.1 | 4.1 ± 0.3 | 2.9 ± 0.6 | 26.2 ± 6.8 | 7.1 ± 2.0 |
| CAB | 3.9 ± 0.8 | 6.0 ± 0.4 | 13.3 ± 2.9 | 772.1 ± 72.2 | 393.1 ± 51.1 | 87.3 ± 7.6 | 25.6 ± 0.8 | 24.1 ± 0.1 | 13.7 ± 2.7 | 66.6 ± 8.1 | 414.6 ± 14.5 | 50.5 ± 6.5 |
| BIC | 1.1 ± 0.3 | 0.4 ± 0.1 | 4.0 ± 0.7 | 59.3 ± 4.9 | 137.1 ± 5.0 | 4.5 ± 0.4 | 4.1 ± 0.6 | 3.5 ± 0.4 | 10.0 ± 2.5 | 6.4 ± 1.4 | 6.1 ± 1.3 | 2.0 ± 0.4 |

Smith 2018 Supplement,  Table S3A.

426.     According to Smith 2018, DTG and BIC had EC$_{50}$ values against the G140S/Q148R mutant virus that were numerically statistically different from one another, with an associated p value of 0.008 reported.  Smith 2018 Supplement, Table S3A (reporting EC$_{50}$ values for BIC and DTG against G140S/Q148R) and Table S3B (reporting BIC > DTG and a p value of 0.008 for G140S/Q148R). ████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

*Compare* Smith 2018, Table S3 *with* Margot 2019 at 2191-2192 ████████████████.  While it is not uncommon for scientists to run an assay only 3 or 4 times, the great data disparity here suggests to me that the Smith 2018 assay methodology and/or the limited number of times the assay was run (n=4) may be the cause.  For example, if Smith 2018 had conducted more runs or used Gilead's assays, instead of his own, Smith 2018 may have reached a different conclusion.

████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████ Smith 2018

also ran assay panels on DTG against site-directed double-mutant G140S/Q148R, but Smith 2018

ran the panels only 4 times, and Smith 2018 produced $EC_{50}$ values ranging from 19.4 – 33 nM, █

██████████████████████████████ *See* VIIVUS00001366-383 at -372, Figure

5; Smith Supplement, Table S3A.

| $EC_{50}$ (nM) | G140S/Q148R | |
|---|---|---|
| | | **Smith 2018** |
| **DTG** | | 19.4 – 33 nM (n=4) |
| **BIC** | | 4.8 – 7.4 nM (n=4) |

427.   Less concentration of DTG was required to inhibit G140A/Q148R than BIC (DTG: 4.1 ± 0.3 nM; BIC: 10.0 ± 2.5 nM), while less concentration of BIC was required to inhibit Q148R/N155H than DTG (DTG: 7.1 ± 2.0 nM; BIC: 2.0 ± 0.4 nM).  VIIVUS00001366-383 at -372, Figure 5; Smith 2018 Supplement, Table S3A.  In my opinion, the fact that sometimes less concentration of DTG is required to inhibit one mutant virus while sometimes less concentration of BIC is required to inhibit a different mutant virus does not create a substantial difference between the *in vitro* data of BIC and DTG.

428.   Indeed, both DTG and BIC had instances where they were more effective than the other in this panel.  VIIVUS00001366-383 at -369 ("BIC was significantly better than DTG against five of these double mutants. … [H]owever, DTG was better than BIC for four of the mutants[.]").

429.   The key point is that, overall, both DTG and BIC performed similarly in Panel 3 and markedly better than RAL and EVG.  In Smith 2018, DTG and BIC exhibited similar efficacy

---

12

against site-directed mutant viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and markedly better resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

430.    **Panel 4, Double-Mutants with Primary Mutations at T66I and N155H – Figure 6, Table S4.**  In the fourth panel, Smith 2018 tested the EVG-resistant double-mutant T66I/E157Q and INSTI-resistant double-mutants with a primary mutation at N155H and one of the following secondary mutations identified in the figure and table below.  DTG and BIC both inhibited all Panel 4 strains:  T66I/E157Q, E92Q/N155H, G140S/N155H, Y143H/N155H, Y143R/N155H, and N155H/G163R.  Smith 2018 Supplement at Table S6A.



**Fig. 6**  Antiviral activities of BIC and CAB against a panel of INSTI-resistant double mutants that included the primary mutations T66I and N155H with additional mutations at other positions. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant double mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against this entire panel of INSTI-resistant double mutants were all > 100 nM. The $EC_{50}$ values of EVG against E92Q/N155H and Y143R/N155H were all > 100 nM



Smith 2018 at 8 Figure 6.

| | T66I/E157Q | E92Q/N155H | G140S/N155H | Y143H/N155H | Y143R/N155H | N155H/G163R |
|---|---|---|---|---|---|---|
| **RAL** | 98.7 ± 20.2 | >5000 | 477.8 ± 66.6 | 1205.0 ± 77.8 | >5000 | 245.5 ± 43.8 |
| **EVG** | 67.5 ± 10.6 | 1601.0 ± 77.8 | 51.9 ± 10.8 | 70.0 ± 13.3 | 170.1 ± 34.0 | 72.6 ± 6.8 |
| **DTG** | 0.5 ± 0.1 | 1.8 ± 0.2 | 2.0 ± 1.0 | 1.7 ± 0.7 | 2.5 ± 0.8 | 1.6 ± 0.4 |
| **CAB** | 0.3 ± 0.1 | 4.6 ± 1.7 | 4.4 ± 0.6 | 1.2 ± 0.1 | 3.7 ± 0.2 | 2.2 ± 0.4 |
| **BIC** | 1.1 ± 0.2 | 3.3 ± 0.9 | 2.2 ± 0.5 | 2.7 ± 0.6 | 4.0 ± 0.8 | 2.1 ± 0.1 |

Smith 2018 Supplement, Table S4A.

431.    As illustrated in Figure 6 and Table S4, DTG and BIC performed similarly against these six mutant viruses, and markedly better than first-generation INSTIs.  Indeed, Smith 2018 reported a clear distinction in Panel 4 between first and second generation INSTIs:  "The first generation INSTIs, RAL and EVG, failed to potently inhibit any of these double mutants.  Based on this panel of mutants, the antiviral profiles of the three second generation INSTIs were similar to each other."  VIIVUS00001366-383 at -369.

432.    In sum, both DTG and BIC performed similarly in Panel 4 and markedly better than RAL and EVG.  In Smith 2018, DTG and BIC exhibited similar efficacy against site-directed mutant viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and markedly better resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

433.    **Panel 5, Triple-Mutants with Primary Mutation Q148H/K/R – Figure 8, Table S5.**  In the fifth panel, Smith 2018 tested triple-mutants that included a primary mutation at Q148 (H/K/R) with two additional mutations at primary or secondary positions, including: T97A/Y143R/Q148H, T97A/Q148H/N155H, E138K/G140A/Q148K, L74M/G140A/Q148R, L74M/G140C/Q148R, E138K/G140C/Q148R, and E138A/S147G/Q148R.  VIIVUS00001366-383 at -375, Figure 8; Smith 2018 Supplement, Table S5A.  DTG and BIC both inhibited at least T97A/Y143R/Q148H and T97A/Q148H/N155H.  Smith 2018 Supplement at Table S6A.



**Fig. 8**  Antiviral activities of BIC and CAB against a panel INSTI-resistant triple mutants that included a primary mutation (Q148H/K/R) and two additional mutations. The EC$_{50}$ values were determined using vectors that carry the INSTI-resistant triple mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The EC$_{50}$ values shown in the figure have a maximum of 100 nM. The EC$_{50}$ values of RAL and EVG versus this entire panel of INSTI-resistant triple mutants were all > 100 nM. The EC$_{50}$ values of DTG against E138K/G140A/Q148K, CAB versus E138K/G140A/Q148K, L74M/G140C/Q148R, and E138K/G140C/Q148R, and BIC against E138K/G140A/Q148K were all > 100 nM



Smith 2018 at 10, Figure 8.

| A | T97A/Y143R/Q148H | T97A/Q148H/N155H | E138K/G140A/Q148K | L74M/G140A/Q148R | L74M/G140C/Q148R | E138K/G140C/Q148R | E138A/S147G/Q148R |
|---|---|---|---|---|---|---|---|
| RAL | >5000 | 4455.0 ± 388.9 | >5000 | >5000 | >5000 | >5000 | 1410.0 ± 183.8 |
| EVG | 41.6 ± 3.0 | 224.5 ± 24.8 | 4090.0 ± 641.0 | 747.4 ± 78.5 | >5000 | 945.3 ± 176.4 | 774.9 ± 17.2 |
| DTG | 1.5 ± 0.1 | 2.4 ± 0.7 | 212.1 ± 46.0 | 12.0 ± 2.1 | 10.2 ± 1.3 | 5.3 ± 1.0 | 5.5 ± 1.3 |
| CAB | 5.3 ± 0.7 | 1.8 ± 0.6 | 610.3 ± 8.6 | 53.2 ± 14.8 | 220.3 ± 41.2 | 134.2 ± 0.3 | 4.0 ± 0.2 |
| BIC | 1.2 ± 0.7 | 1.8 ± 0.3 | 223.0 ± 30.7 | 11.7 ± 1.3 | 6.1 ± 0.9 | 8.2 ± 1.1 | 2.3 ± 0.0 |

Smith 2018 Supplement, Table SA5.

434.    As illustrated in Figure 8 and Table S5, DTG and BIC performed similarly against these seven mutant viruses, and markedly better than first-generation INSTIs.  Indeed, Smith 2018 reported that "[o]verall, DTG and BIC showed similar antiviral profiles against these triple mutants."  VIIVUS00001366-383 at -371.  They were both more effective than CAB.  *Id.*  Both DTG and BIC exhibited a slight loss in potency in the presence of the E138K/G140C/Q148R mutant.  *Id.*  Both DTG and BIC were also less potent against the L74M/G140A/Q148R triple mutant.  *Id.*  Neither DTG nor BIC performed well against E138K/G140A/Q148K (DTG: 212.1 ± 46.0 nM; BIC: 223.0 ± 30.7 nM).  *Id.*

435.    In sum, both DTG and BIC performed similarly in Panel 5 and markedly better than RAL and EVG.  In Smith 2018, DTG and BIC exhibited similar efficacy against site-directed mutant viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and

markedly better resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

436.    **Panel 6, Triple-Mutants with Primary Mutation at T66I and N155H – Figure 9, Table S6.**  In the sixth panel, Smith 2018 tested triple-mutants that included T66I/T97A/E157Q, T97A/Y143R/N155H, G140S/Y143R/N155H, and E92Q/N155H/G163R.  VIIVUS00001366-383 at -376, Figure 9; Smith 2018 Supplement, Table S6A.  DTG and BIC both inhibited at least T66I/T97A/E157Q, G140S/Y143R/N155H, and E92Q/N155H/G163R.  Smith 2018 Supplement at Table S6A.



**Fig. 9**  Antiviral activities of BIC and CAB versus a panel of INSTI-resistant triple mutants that consists of a primary mutation at T66I and N155H with additional secondary mutations. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant triple mutants in single round infection assays. Error bars represent the standard deviations of the data from independent experiments (n = 4). The $EC_{50}$ value shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against T97A/Y143R/N155H, G140S/Y143R/N155H, and E92Q/N155H/G163R were all > 100 nM. The $EC_{50}$ values of EVG versus T97A/Y143R/N155H and E92Q/N155H/G163R and CAB against T97A/Y143R/N155H were all > 100 nM



Smith 2018 at 11, Figure 9.

| A | T66I/T97A/E157Q | T97A/Y143R/N155H | G140S/Y143R/N155H | E92Q/N155H/G163R |
|---|---|---|---|---|
| **RAL** | 33.5 ± 8.7 | >5000 | >5000 | >5000 |
| **EVG** | 69.4 ± 11.8 | 642.7 ± 16.5 | 93.1 ± 16.1 | 677.9 ± 45.8 |
| **DTG** | 0.5 ± 0.1 | 8.5 ± 1.5 | 2.6 ± 0.3 | 3.8 ± 0.7 |
| **CAB** | 0.8 ± 0.1 | 142.2 ± 8.3 | 20.0 ± 3.5 | 4.2 ± 1.5 |
| **BIC** | 0.4 ± 0.2 | 8.2 ± 1.7 | 2.1 ± 0.1 | 2.0 ± 0.4 |

Smith 2018 Supplement, Table S6A

437.    As illustrated in Figure 9 and Table S6, DTG and BIC performed nearly identically against these four mutant viruses and markedly better than first-generation INSTIs.  Indeed, Smith 2018 found that "DTG (0.5 ± 0.1 nM), BIC (0.4 ± 0.2 nM), and CAB (0.8 ± 0.1 nM) retained full potency against [T66I/T97A/E157Q]."  VIIVUS00001366-383 at -372, -376, Figure 9; Smith 2018 Supplement, Table S6.  Smith 2018 further reported that "DTG, BIC, and CAB retained high antiviral potencies against the E92Q/N155H/G163R INSTI-resistant triple mutant (EC$_{50}$ < 5 nM)" and that "[t]he G140S/Y143R/N155H triple mutant was susceptible to both DTG (2.6 ± 0.3 nM) and BIC (2.1 ± 0.1 nM), but it caused a moderate loss in potency to CAB (20.0 ± 3.5 nM)."  *Id.* DTG and BIC were also more effective against the T97A/Y143R/N155H triple mutant than CAB. *Id.* ("Both DTG and BIC retained significant potency against the T97A/Y143R/N155H triple mutant, 8.5 ± 1.5 nM and 8.2 ± 1.7 nM, respectively, whereas CAB lost substantial potency (142.2 ± 8.3 nM).").

438.    In sum, both DTG and BIC performed similarly in Panel 6 and markedly better than RAL and EVG.  In Smith 2018, DTG and BIC exhibited similar efficacy against site-directed mutant viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and

markedly better resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

439.     **Panel 7, Triple-Mutants with Primary Mutation G140S/Q148H – Figure 10, Table S7.**  In the seventh panel, Smith 2018 tested triple-mutants that included the RAL-resistant G140S/Q148H double mutations with an additional mutation: T97A, E138A/K, Y143R, N155H, or G163K.  VIIVUS00001366-383 at -377, Figure 10; Smith 2018 Supplement, Table S7A.  As was the case throughout the Smith 2018 panels, first generation INSTIs, RAL and EVG, were ineffective against this panel.  VIIVUS00001366-383 at -372.



**Fig. 10** Antiviral activities of CAB and BIC against a panel of INSTI-resistant triple mutants that include the well-characterized RAL-resistant double mutant G140S/Q148H plus an additional secondary mutation. The EC$_{50}$ values were determined using vectors that carry the INSTI-resistant triple mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The EC$_{50}$ values shown in the figure have a maximum of 100 nM. The EC$_{50}$ values of RAL and EVG against this entire panel of INSTI-resistant triple mutants were all > 100 nM. The EC$_{50}$ values of CAB against G140S/Y143R/Q148H and G140S/Q148H/N155H were all > 100 nM



Smith 2018 at 12, Figure 10.

| A | T97A/G140S/Q148H | E138A/G140S/Q148H | E138K/G140S/Q148H | G140S/Y143R/Q148H | G140S/Q148H/N155H | G140S/Q148H/G163K |
|---|---|---|---|---|---|---|
| RAL | >5000 | >5000 | >5000 | >5000 | >5000 | >5000 |
| EVG | >5000 | >5000 | >5000 | >5000 | >5000 | >5000 |
| DTG | 55.9 ± 3.0 | 13.8 ± 4.8 | 68.2 ± 2.0 | 7.7 ± 2.0 | 77.9 ± 15.9 | 24.3 ± 1.1 |
| CAB | 43.7 ± 4.2 | 70.2 ± 9.0 | 93.0 ± 6.1 | 113.8 ± 23.1 | 2423.3 ± 453.9 | 32.4 ± 3.1 |
| BIC | 29.5 ± 4.4 | 5.1 ± 0.5 | 4.9 ± 0.3 | 9.4 ± 0.3 | 57.5 ± 5.0 | 8.8 ± 1.9 |

Smith 2018 Supplement, Table S7A.

440.    Neither DTG nor BIC were effective against T97A/G140S/Q148H.  Smith 2018 Supplement, Table S7; VIIVUS00001366-383 at -373.  There was also a significant reduction in potency for both DTG and BIC against G140S/Q148H/N155H.  Smith 2018 Supplement, Table S7.

441.    Although Smith 2018 reported that "for this panel of mutants, BIC was more effective than DTG in retaining potency," VIIVUS00001366-383 at -373, I believe that that conclusion contradicts other peer-reviewed literature and is not supported by the data presented, especially given the disparity in results between the Gilead and Smith 2018 data for the same site-directed mutations.  Therefore, that finding does not alter my opinion that  the *in vitro* data of DTG and BIC are insubstantially different from one another.

442.    In sum, both DTG and BIC performed similarly in Panel 7 and markedly better than RAL and EVG.  In Smith 2018, DTG and BIC exhibited similar efficacy against site-directed

mutant viruses as a whole, suggesting that DTG and BIC have similar resistance profiles and markedly better resistance profiles than first-generation INSTIs.  This further supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

443.    In conclusion, the data from Smith 2018 demonstrate that both DTG and BIC performed similarly in these 7 panels of site-directed mutant viruses, and markedly better than first-generation INSTIs.  Thus, the data support my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

### iv.    ACTIVITY AGAINST PATIENT-DERIVED ISOLATES

444.    Third parties conducted *in vitro* testing to measure the activity of DTG and BIC against integrase in patient-derived isolates.  The data appear in third party publications and supplemental materials, including:  Neogi 2018, Zhang 2018, and Saladini 2019.

445.    This data supports my opinion that DTG and BIC similarly inhibit integrase strand-transfer, resulting in reduced HIV-1 replication.  Moreover, this data supports my opinion that DTG and BIC perform similarly against patient-derived isolates and markedly better than first-generation INSTIs.  Finally, this data supports my opinion that the *in vitro* data of DTG and BIC are insubstantially different from one another.

### a.    Neogi 2018

446.    Neogi 2018, also discussed *infra*, illustrates $EC_{50}$ values in a drug sensitivity assay performed using recombinant HIV-1 subtype B ("HIV-1B") (n=6), HIV-1C (n=14) and A-like (A1, 01_AE and 02_AG; n=4) viruses that were derived from INSTI naïve patients.  *See* Neogi 2018, VIIVUS00917200-207 at -200.  It also provides an analysis of the integrase sequences from a patient cohort.  Neogi 2018 at -203.

447.    **Drug Sensitivity Assay.**  According to the Neogi 2018 data, the median $EC_{50}$ and $EC_{50}$ interquartile ranges for RAL (5.31 (1.56-6.7)) and EVG (2.82 (1.69-5.39)) "were

# Exhibit C

REDACTED

# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY,
SHIONOGI & CO., LTD., and VIIV
HEALTHCARE UK (NO. 3)
LIMITED,

    Plaintiffs,

    v.

GILEAD SCIENCES, INC.,

    Defendant.

C.A. No. 1:18-cv-00224-CFC-CJB

**JURY TRIAL DEMANDED**

████████████████████████

## SUPPLEMENTAL EXPERT REPORT OF ALAN ENGELMAN, PH.D. CONCERNING INSUBSTANTIAL DIFFERENCES BETWEEN DOLUTEGRAVIR AND BICTEGRAVIR

Dated: April 9, 2020

_____
Dr. Alan N. Engelman

████████████████████████

## TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ..................................................................................................2

II.   THE SUPPLEMENTAL REPORT DR. RICHMAN DOES NOT CHANGE MY
      OPINION THAT THE DIFFERENCES BETWEEN THE *IN VITRO* DATA OF
      DOLUTEGRAVIR AND BICTEGRAVIR ARE INSUBSTANTIAL. ............................3

      A.    CUADRA-FOY 2020 ............................................................................4

      B.    COOK 2020 .......................................................................................10

      C.    PASSOS 2020 .....................................................................................11

III.  RESERVATION OF RIGHTS ...........................................................................12

EXHIBIT A – CV

## I.       INTRODUCTION

1.       My name is Alan Engelman, Ph.D.  Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd. and ViiV Healthcare UK (No. 3) Limited (collectively, "ViiV") have retained me, through their counsel Desmarais LLP, to investigate and offer my opinions regarding whether differences between the *in vitro* data of dolutegravir ("DTG") (a claimed embodiment of claims 2 and 6 of U.S. Patent 8,129,385) and bictegravir ("BIC") are insubstantial.

2.       I submitted an Opening Report and Reply Report concerning the insubstantial differences between dolutegravir and bictegravir, which I incorporate by reference as if fully set forth herein.  *See* Opening Expert Report of Alan Engelman, Ph.D. Concerning Insubstantial Differences Between Dolutegravir and Bictegravir, served November 15, 2019 ("Engelman Opening Report"); Reply Expert Report of Alan Engelman, Ph.D. Concerning Insubstantial Differences Between Dolutegravir and Bictegravir, served February 7, 2019 ("Engelman Reply Report").

3.       For purposes of this Report, I was asked to review, analyze, and respond to the opinions of Dr. Richman as described in his Supplemental Report.  Supplemental Rebuttal Expert Report of Douglas D. Richman, M.D. ("Richman Supplemental Report").  Based on my analysis described in this Report and my Opening and Reply Reports, my conclusion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data, remains unchanged.  My decision to address certain issues and not others does not indicate that I agree with any of the opinions set forth by Dr. Richman.

4.       I understand that I may later be asked to consider whether it is necessary to supplement, modify, or expand on my opinions expressed in this Report in light of evidence or information presented or provided by Gilead, including the testimony of fact witnesses, the

testimony and/or opinions of other expert witnesses, and/or other information that may be discovered by ViiV.  *See* Section III.

5.      Unless otherwise indicated, all factual and technical analysis and assertions in my Report are based on my personal knowledge and experience as a person of (at least) ordinary skill in the art,[1] and any citations are for purposes of further support.

6.      The following Report details subject matter areas and opinions about which I may testify in this litigation if called upon to do so.  I may also prepare and present demonstratives at trial that summarize and illustrate these opinions.

7.      I have reviewed and considered the documents and other materials referenced herein and in my Opening and Reply Reports along with the Richman Supplemental Report and materials cited therein in light of my specialized knowledge provided by my education, training, research, and experience, as summarized in Section II.A of my Opening Report and described in detail in my CV, provided as Exhibit A.  My analysis of those materials, combined with the specialized knowledge that I have obtained over the course of my education and career, form the bases for my opinions in this Report.

8.      A summary of my opinions appears in my Opening and Reply Reports.  Engelman Opening Report ¶¶ 15-22; Engelman Reply Report ¶¶ 9-10.  My opinions remain unchanged.

## II.     THE SUPPLEMENTAL REPORT OF DR. RICHMAN DOES NOT CHANGE MY OPINION THAT THE DIFFERENCES BETWEEN THE *IN VITRO* DATA OF DOLUTEGRAVIR AND BICTEGRAVIR ARE INSUBSTANTIAL.

9.      I have reviewed the Richman Supplemental Report and the materials cited therein. Based on my analysis described in this Report and my Opening Report, my opinion that BIC is

---

[1] I am familiar with a person of ordinary skill in the art's knowledge and level of skill based on my education and experience, and my interactions and work with people in the field who have that level of skill.

insubstantially different from DTG from the perspective of the available *in vitro* data remains unchanged.

10.     In his Supplemental Report, Dr. Richman discusses three publications:  Ernesto Cuadra-Foy et al., *Bictegravir confers long-term viral suppression against drug-resistant viruses in cell culture*, CROI Poster No. 0534 (2020) ("Cuadra-Foy 2020"); Nicola J. Cook et al., *Structural basis of second-generation HIV integrase inhibitor action and viral resistance*, 10.1126/science.aay4919 SCI. 1 (Jan. 30, 2020) ("Cook 2020"); and Dario Oliveira Passos et al., *Structural basis for strand transfer inhibitor binding to HIV intasomes*, 10.1126/science.aay8015 SCI. 1, 2 (Jan. 30, 2020) ("Passos 2020").  I discuss these three publications further below.

11.     Dr. Richman discussed the data underlying Cook 2020 in his Rebuttal Report. Expert Report of Douglas D. Richman, M.D., served January 10, 2020 ("Richman Rebuttal Report") ¶¶ 156-158.  I discussed Passos 2020 and Cook 2020 in my Reply Report.  *See* Engelman Reply Report ¶¶ 18-19, 21-69, 80, 114, 171, 178.

### A.     CUADRA-FOY 2020

12.     The Richman Supplemental Report raises Cuadra-Foy 2020 for the first time by either party in this litigation.  Cuadra-Foy 2020 is a poster authored by Ernesto Cuadra Foy[2] and others from McGill University and Lady Davis Institute for Medical Research and sponsored by Gilead Sciences, Inc and others.  Cuadra-Foy 2020 was presented at the 2020 Conference on Retroviruses and Opportunistic Infections ("CROI"), which was a virtual meeting convened in Boston, Massachusetts from March 8-11, 2020.[3]

---

[2] Ernesto Cuadra Foy left McGill University in October 2019.  *Ernesto Armando Cuadra Foy*, LINKEDIN, https://www.linkedin.com/in/ecuadrafoy/?originalSubdomain=ca (last visited April 8, 2020).

[3] Abstracts, such as the Cuadra-Foy 2020 abstract, were submitted to CROI for consideration by September     26,     2019.     *Abstract     Guidelines*,     CROI     CONFERENCE

13.     Though Dr. Richman refers to this poster as "recently published" (Richman Supplemental Report ¶ 6), it is important to distinguish posters that are presented at meetings, which have not undergone the rigorous process of peer review, from papers published in scientific journals that in the vast majority of cases have undergone peer review.  The peer-review process oftentimes results in data alteration via additional experiments that are requested by the assigned reviewers, or alterations in authors' conclusions or interpretations also via the behest of the joural Editor and/or manuscript reviewers.  ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████   ██████████████████

14.     In Cuadra-Foy 2020, the researchers "investigated the potential long-term effects of BIC and . . . cabotegravir" using *in vitro* cellular cultures with "the WT-NL4.3 strain" of HIV-1 and "clones harboring the R263K, G118R, or G140S/Q148H [site-directed] mutations."  Cuadra-Foy 2020 at Background., Materials and Methods.  The researchers treated MT-2 cells with 20

---

https://www.croiconference.org/abstract-guidelines (last visited April 9, 2020).  Dr. Richman is a Program Committee Member on the Scientific Program Committee for CROI.  *Scientific Program Committee*, CROI CONFERENCE,  https://www.croiconference.org/scientific-program-committee (last visited April 9, 2020); *see also Abstract Guidelines*, CROI CONFERENCE, https://www.croiconference.org/abstract-guidelines (last visited April 9, 2020) ("After the Scientific Program Committee and external expert reviewers complete their review and score all abstracts submitted for consideration, the author and coauthors for whom correct email addresses have been provided will be sent email notification of the abstract disposition.").

times the "IC$_{90}$"[4] of DTG, BIC, or cabotegravir ("CAB"), washed out the drug at day 3, and evaluated viral replication at days 3, 7, and 11, producing the following results.  Cuadra-Foy 2020 at Materials and Methods.[5]



[4] Cuadra-Foy 2020 erroneously uses the term "IC$_{90}$" when "EC$_{90}$" is the appropriate term. Engelman Opening Report ¶¶ 130, 132.  Cuadra-Foy 2020 also does not provide the "IC$_{90}$" values that it used for DTG, BIC, and CAB or explain how the "IC$_{90}$" values were determined.
[5] While Cuadra-Foy 2020 includes data for elvitegravir ("EVG") and raltegravir ("RAL"), EVG and RAL are not discussed in the materials and methods.  *Compare* Cuadra-Foy 2020 at Materials and Methods *with id.* at Results.  Rather, the EVG and RAL data seems to be old data from previous publications that have been added to new data on DTG, BIC and CAB.  Cuadra-Foy 2020 Abstract ("In past studies, we performed in vitro washout experiments to show a more durable suppression of wild-type (WT) and integrase-resistant HIV-1 by dolutegravir (DTG) as compared to Raltegravir (RAL) or Elvitegravir (EVG) following release of drug pressure.  In this study, we were interested in reproducing these observations on two newly developed integrase strand transfer inhibitors (INSTIs), Bictegravir (BIC) and Cabotegravir (CAB).");  *see also* Nathan Osman et al., *Durable suppression of HIV-1 with resistance mutations to integrase inhibitors by dolutegravir following drug washout*, 32 AIDS 1773, 1773-80 (2018); Nathan Osman et al., *Dolutegravir maintains a durable effect against HIV replication in tissue culture even after drug washout*, 70 J. ANTIMICROBIAL CHEMOTHERAPY 2810, 2810-15 (2015).  Despite this, Cuadra-Foy 2020 utilizes statistical methods to establish p values with Tukey's test across these multiple sets of data, as if the data were generated at the same time.  Cuadra-Foy 2020 at Figure 1.



**Figure 1. Viral replication of WT, R263K, G118R and G140S/Q148H variants after treatment with DTG, CAB and BIC following drug washout (Δ) at day 3.** Replication was assessed by measuring RT activity in culture supernatant without and after drug washout. Bar graphs show the mean ± SEM. Statistical significance of drug washout with drug control conditions were assessed by adjusted P value with Tukey's test.
* < 0.05, *** < 0.001 and **** < 0.0001.

15.    The Cuadra-Foy 2020 results do not alter my opinions.  First, the researchers concluded that "DTG, CAB **and** BIC sustain strand transfer inhibition after their washout against WT and R263K viruses." Cuadra-Foy 2020 at Conclusion and Discussion (emphasis added).  This is consistent with other published data that indicates DTG and BIC similarly inhibit WT and the R263K mutant virus.  *E.g.*, Tsiang 2016, Hassounah 2017, and Margot 2019.

16.    Second, the researchers concluded that "BIC suppression persists after drug washout from cells infected with INSTI-resistant G118R and G140S/Q148H viruses whereas viral rebound occurred with DTG and CAB. . . .  Our results are consistent with the reported biochemical residence half-time of these drugs on the IN-DNA complex." Cuadra-Foy 2020 at Conclusion and Discussion (citing White 2017).  I disagree for at least the following reasons.  While both DTG

and BIC suppressed G140S/Q148H mutant virus replication on day 3, neither compound following drug washout fully suppressed G140S/Q148H mutant virus replication on day 7. Cuadra-Foy 2020 at Figure 1. G140S/Q148H mutant virus replication normalized for the amount of replication in the presence of drugs was approximately 17% (21%-4%) and 5% (7%-2%) of the WT virus level at day 7 following DTG and BIC washout, respectively. *Id.* This data implies dissociation half-lives for both DTG and BIC that are at least greater than 48 hours, or half of the 4 days that transpired between day 3 and the first time point measured after drug washout (day 7). Yet, according to White 2017, the dissociation half-lives of DTG and BIC against the G140S/Q148H mutant virus were $0.65 \pm 0.2$ and $2.5 \pm 0.07$ hours, respectively. White 2017 at Table 4. Moreover, the extent of G140S/Q148H mutant virus replication that occurred over the complete experimental timecourse, which I calculated by normalizing the extent of mutant virus replication attained after drug washout at day 11 by the level of virus suppression maintained in the presence of the drug at day 11, was basically identical for DTG and BIC: for DTG, this value was approximately 7.1-fold (~50%/7%) while for BIC, the value was circa 6.5-fold (~13%/2%). Cuadra-Foy 2020 at Figure 1. Thus, the drug washout experiment does not reveal any substantial difference in the ability of DTG versus BIC to suppress the replication of G140S/Q148H mutant virus. While the results with the G118R mutant virus may at first glance indicate a difference between DTG and BIC, these results are also quite difficult to reconcile given the rates of INSTI dissociation from IN-DNA complexes *in vitro*. Because G118R mutant virus replication remained highly suppressed (~97% compared to the WT) following 8 days (11 days - 3 days) of BIC washout, the data implies that the dissociative half life of BIC from this mutant viral compolex must vastly exceed 4 days (half of 8 days) or 96 hours. Yet, the dissociation half life of BIC from WT IN complexes is only $38 \pm 19$ hours (Engelman Reply Report ¶ 165, citing White 2017), and there is no reason to suspect that

the G118R change would increase the residence time of BIC on the G118R mutant complex, as the G118R change is known to confer approximate 4.3 to 5.4-fold resistance to BIC.  *See, e.g.*, Hassounah 2017 at Table 3; Smith 2018 Supplement at Supplemental Table 1.

17.     The researchers also concluded that "[s]econd generation INSTIs [such as DTG and BIC] show a high genetic barrier to resistance."  Cuadra-Foy 2020 at Conclusion and Discussion. This is consistent with other published data that indicates DTG and BIC have similarly high genetic barriers to resistance.  *See, e.g.*, Engelman Opening Report ¶¶ 339-364, 474-489; Engelman Reply Report ¶¶ 152-179.

18.     The researchers also provided fold change values without providing a statistical analysis or describing how these fold change values were determined.  Cuadra-Foy 2020 Abstract ("BIC showed a higher genetic barrier to resistance than DTG and CAB, based on IC50 [sic] values. The R263K[,] G118R, [and] G140S/Q148H clones showed 1-, 1.4-, and 3.5-fold resistance to BIC relative to WT, respectively. This compares to 3.5-, 1.7- and 6.6-fold resistance to DTG and 0.8-, 6.4-, and 6.8-fold resistance to CAB against R263K, G118R, and Q140S/Q148H [sic: G140S/Q148H] clones, respectively.").  There is no basis to assume these fold change values represent a statistically significant numerical difference in the performance of DTG and BIC.  In my opinion, these differences in fold change are insubstantial.  Moreover, a wealth of other *in vitro* data suggests that there is even less of a difference in the fold chance values for DTG and BIC against the R263K, G118R, and G140S/Q148H mutant viruses.  *See, e.g.*, Engelman Reply Report ¶¶ 92-96.

19.     For at least these reasons I disagree with Dr. Richman's discussion of Cuadra-Foy 2020.  None of his discussion changes my opinion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data.

9

B.        COOK 2020

20.       Dr. Richman raised the contents of the Cook 2020 article for the first time in the Richman Rebuttal Report.  *See* Richman Rebuttal Report ¶¶ 156-58. Nowhere in the Engelman Opening Report do I discuss or refer to the substance of Cook 2020.  *See generally* Engelman Opening Report.  While the Cook 2020 article was published after the Richman Rebuttal Report was submitted, Gilead had access to public presentations on the research as well as the underlying data provided by my co-author, Dr. Peter Cherepanov, prior to rebuttal report submission.  *See* Richman Rebuttal Report ¶¶ 156-58 (discussing both the underlying Cook 2020 data and the 12/13/19 email from Peter Cherepanov to Dr. Reynolds, BICVIIVUS3029295-96); Expert Report of Charles H. Reynolds, served January 10, 2020 ("Reynolds Rebuttal Report") ¶¶ 41-43, 54-62.

21.       The Richman Supplemental Report essentially repeats the Richman Rebuttal Report's discussion of the Cook 2020 data.  The only new discussion relating to Cook 2020 in the Richman Supplemental Report comes from a *new* email between Drs. Reynolds and Cherepanov, stating that Dr. Cherepanov "believe[s] that the more intimate contacts with [the] integrase backbone explain [the] improved resistance profile of BIC vs DTG, which was shown by Hughes' lab." 3/20/20 email exchange between Dr. Reynolds and Peter Cherepanov, BICVIIVUS3070198-200 at -198; *see* Richman Supplemental Report ¶ 5.  As I stated in the Engelman Reply Report, I disagree with Dr. Cherepanov's opinion that BIC has an improved resistance profile compared with DTG.  *See* Engelman Reply Report ¶ 51.  It appears as though Dr. Cherepanov bases his opinion on Smith 2018, which I have discussed extensively as riddled with meaningful errors and misconceptions.  *See* Engelman Opening Report ¶¶ 408-43; Engelman Reply Report ¶¶ 75-101.

22.       For at least these reasons I disagree with Dr. Richman's discussion of Cook 2020. None of his discussion changes my opinion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data.

C.       PASSOS 2020

23.     The Richman Supplemental Report emphasizes language from the Passos 2020 article "that BIC is 'the most broadly potent of all clinically approved INSTIs' and cites the Smith 2018 article for support."  Richman Supplemental Report ¶ 3 (citing Passos 2020 at 1).  But the report fails to acknowledge that Dr. Stephen Hughes, the principal investigator on the Smith 2018 article (which I discuss at length in my Opening and Reply Reports (Engelman Opening Report ¶¶ 184-185, 408-443; Engelman Reply Report ¶¶ 75-101)), is also an author on the Passos 2020 article. The statement in Passos 2020 is not being made by a third party relying on Smith 2018.  It is Dr. Hughes citing his own research.

24.     On one hand, Dr. Richman's conclusions do not go far enough.  The Richman Supplemental Report refers to Passos 2020 resistance data (Richman Supplemental Report ¶¶ 3-4 (citing Passos 2020 Supplemental Materials at Fig. S8)) and identifies ostensible "differences" between the resistance profiles of DTG and BIC, but fails to explain whether or why those "differences" are substantial.  *E.g.*, Richman Supplemental Report ¶ 4 ("The additional data comparing the antiviral potency of BIC and DTG against IN-resistant mutants further support my opinion that BIC and DTG have ***different*** resistance profiles.  Richman Rebuttal Report ¶¶ 145-183.") (emphasis added).  Indeed, the reason why Passos and colleagues present Fig. S8 in their paper is to show that their compound 4d "is a leading drug candidate that shows improved efficacy over all clinically used and developmental compounds against the known drug resistant variants…." Passos 2020 at 1.  Dr. Passos does not discuss nor interpret the behavior of DTG versus BIC to inhibit infection of the viruses shown in Fig. S8.

25.     On other hand, the Richman Supplemental Report goes too far and draws sweeping conclusions from Passos 2020 without sufficient support.  For example, Dr. Richman concludes that "DTG is entirely cross-resistant to cabotegravir-selected mutants, but BIC is not (nor are DTG

11

and BIC entirely cross-resistant to mutants selected by the other compound)." Richman Supplemental Report ¶ 4.  I disagree.  For example, BIC and CAB displayed similar respective 1.4 and 1.3 fold changes against sample 148640 drug resistant virus selected in the presence of DTG that contained the E92Q change in IN, while the fold change for DTG was 2.6.  *See* Saladini 2019 at Table 1.  Similarly, BIC and CAB displayed indistinguishable cross-resistance (1.8 fold changes) to inhibit the E138K/R263K mutant virus that was selected in the presence of DTG. *See* Smith 2018 Supplemental Table 1.

26.     Furthermore, it is premature to conclude that the IN-resistant mutants tested in Passos 2020 are only resistant to the INSTIs listed in parentheses in Figure S8.[6]  IN-resistant mutants are continuing to arise in patients taking BIC, and CAB has not yet been FDA approved for patient use.  *E.g.*, Ana Belén Lozano et al., *Failure to Biktarvy® and development of resistance mutations in an antiretroviral experienced patient*, ANTIRETROVIRAL RES. Jan. 23 [Epub ahead of print] (2020).  It remains to be seen the extent of IN-resistant mutant viruses that will arise in patients in the presence of BIC and CAB.

27.     For at least these reasons I disagree with Dr. Richman's discussion of Passos 2020. None of his discussion changes my opinion that BIC is insubstantially different from DTG from the perspective of the available *in vitro* data.

## III.     RESERVATION OF RIGHTS

28.     I incorporate Section VII of my Reply Report as if fully set forth herein.

---

[6] Indeed, Passos 2020 does not provide any citations to literature references that would support that the mutant viruses listed in Figure S8 only arose in the presence of the INSTIs listed in parentheses.  Moreover, Passos 2020 does not provide fold-change values or p values, which also prevent the reader from evaluating the veracity of its statements.

# Exhibit E

1          IN THE UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF DELAWARE
3                     -  -  -
4

5  VIIV HEALTHCARE            :   CIVIL ACTION
   COMPANY, SHIONOGI &        :
   CO., LTD., and VIIV        :   NO.
6  HEALTHCARE UK (NO. 3)      :   1:18-cv-00224
   LIMITED,                   :   (CFC) (CJB)
7                             :

           Plaintiffs,        :
8                             :

           v.                 :
9                             :

   GILEAD SCIENCES, INC.,     :
10                            :

           Defendant.         :
11

12  ███████████████████████████████████

13                    -  -  -
14              May 14, 2020
15                    -  -  -
16              Videotaped deposition of
   ALAN ENGELMAN, PH.D., taken pursuant to
17  notice, was held via Zoom
   videoconferencing, beginning at 9:56 a.m.
18  EST, on the above date, before Michelle
   L. Gray, a Registered Professional
19  Reporter, Certified Shorthand Reporter,
   Certified Realtime Reporter, and Notary
20  Public.
21                    -  -  -
22          GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
25

1          A.    Why don't we go back to the

2   detail of how I cited the Hughes article

3   please.

4          Q.    I believe it's Number 119.

5               MS. MILLER:  Actually, just

6          to be clear, I don't think that is

7          the right Hughes article.

8   BY MR. MORTARA:

9          Q.    Oh, it's another Hughes

10  article.

11              Did you cite the Hughes

12  article, Exhibit 25, in this reference or

13  not?

14         A.    Excuse me.  I've lost my

15  left screen.  Okay.  It's coming back.

16              My review article, 25,

17  that's correct.

18         Q.    I think you'll find it at

19  160.  And I'm sorry, sir.  I said it was

20  119.  That was another Stephen Hughes

21  article you were citing.  Here we've got

22  Reference 160.  It will be up on your

23  screen.

24              That's Exhibit 25.

25         A.    What -- I'm particularly

1    interested in what context I cited

2    Reference 160, so I'd be looking for that

3    text.

4                On my left -- I've lost it

5    again.

6                (Brief white noise.)

7    BY MR. MORTARA:

8        Q.    Right here, Number 160.  You

9    see it says, "CAB in cell culture is

10   marginally less effective at inhibiting

11   infection by certain INSTI-resistant

12   viruses than is either DTG or BIC?"

13                Do you see that?

14       A.    Yes, and I think that's an

15   accurate portrayal of what I feel is

16   represented in Article 160.

17       Q.    That is the Hughes NIH

18   article that you have said is riddled

19   with meaningful errors and

20   misconceptions, correct?

21       A.    Well, surely as I already

22   espoused, I've gotten into this article

23   more deeply since I started to opine my

24   opinions in this case.

25                And --

1          (Brief white noise.)

2          THE COURT REPORTER:  The

3     witness is cutting out.  The

4     witness is cutting out.  Can

5     anybody hear me?  This is the

6     court reporter.

7          THE WITNESS:  -- very

8     troubling.

9          You all froze.  Can you hear

10    me?

11 BY MR. MORTARA:

12    Q.    Yes, you're back,

13 Dr. Engelman.  You cut out for a bit.

14         And the question is, this is

15 the Hughes NIH article, Reference 160,

16 that you have said is riddled with

17 meaningful errors and misconceptions,

18 correct?

19    A.    That's correct.  As I

20 already testified, I did not -- it did

21 not come aware to my attention the extent

22 of typographical errors and

23 misconceptions until I delved deeply into

24 this article as part of my preparation

25 for my opening report.

1                You guys freeze up again or

2   are you there?

3           Q.    We're here.

4           A.    Okay.

5           Q.    Doctor --

6           A.    What I've done very --

7           Q.    Go ahead.

8           A.    And even more recently, I've

9   uncovered new information which leads me

10  to highly question the materials that are

11  in some of the conclusions that are made

12  in the Number 160, Smith, et al., 2018

13  Retrovirology report --

14          Q.    Dr. Engelman.  Dr. Engelman.

15  Dr. Engelman, you're breaking up on me.

16  I can't hear you.

17                Dr. Engelman, you're

18  breaking up on me.

19                Let me -- let me follow up.

20  Just -- I'll ask the question again.

21                Dr. Engelman, I want to just

22  focus on Exhibit 13, your 2019 article.

23  And ask, did you share a draft of this

24  article with ViiV's legal team before you

25  submitted it for publication.

1          Can you hear me?

2          A.    Yeah, I can hear you.  I

3    prefer to answer the previous question.

4          Q.    Dr. Engelman, the question

5    was -- I'll read it to you.

6               This is the Hughes NIH

7    Article 160 that you have said is riddled

8    with meaningful errors and

9    misconceptions, correct?

10              MR. WILCOX:  And, Counsel,

11         you didn't let him finish his

12         answer.

13              MR. MORTARA:  Well, Counsel,

14         I couldn't hear him.

15              THE WITNESS:  Let me try

16         again --

17              MR. WILCOX:  Let him finish

18         his answer.  So why don't we get a

19         clear record.  Why don't you ask

20         him the question again and then we

21         can get Dr. Engelman's full answer

22         to that question.

23    BY MR. MORTARA:

24         Q.    Go ahead, Dr. Engelman.

25         A.    Right.  So again, the extent

1   of errors, typographical errors and

2   misconceptions that I've opined on in my

3   reports, I did not begin to get into that

4   level of detail with this article until

5   late fall -- late summer 2019, early fall

6   2019 when I started working on my opening

7   report.

8              Since then, new information

9   has come to my attention by reviewing the

10  literature of Dr. Hughes that even brings

11  much more troubling information into this

12  article.  I have uncovered that

13  Dr. Hughes repeatedly uses the same EC50

14  values over multiple years, going back as

15  many as nine years and recycles those

16  values into his publications.  Sometimes

17  he cites that the values are old, in

18  some -- in some of his publications he

19  doesn't cite that some of the values are

20  old.

21             I have clearly identified

22  that much of the data that's present in

23  Smith 2018 could not have been run in

24  conjunction with some of the assays,

25  because this data is historical and

1   clearly identified in the literature in

2   papers published in 2011, as well as 2014

3   and 2016.

4              I find this extremely

5   troubling.

6              MR. MORTARA:  Move to strike

7         the answer as nonresponsive.  Move

8         to strike the opinions as

9         undisclosed in the expert report.

10  BY MR. MORTARA:

11       Q.    And we will proceed,

12  Dr. Engelman.

13             MR. WILCOX:  And we -- just

14        to put on the record, we disagree

15        with that objection and we

16        disagree that it should be

17        stricken.

18  BY MR. MORTARA:

19       Q.    Dr. Engelman, you have just

20  talked a little while ago about a review

21  article that you and Dr. Cherepanov

22  are -- have submitted, correct?

23       A.    That's correct.

24       Q.    How many Stephen Hughes

25  articles are cited in that one?

1       A.    I don't have access to my

2    computer.  I've been advised not to keep

3    any electronics.  So I don't -- I would

4    come to expect that we cited some work

5    from a Stephen Hughes article.  I have

6    not discussed with Dr. Cherepanov the

7    very troubling information that has

8    recently come to light, that Dr. Hughes

9    is repeatedly recycling data in his

10   laboratory.

11       Q.    Dr. Engelman, does your

12   submitted manuscript that you just

13   submitted a couple weeks ago cite

14   Exhibit 25, the Stephen Hughes NIH

15   article from 2018?

16       A.    I would suspect that it

17   probably does.

18       Q.    Did you tell the journal

19   that you were sending this review article

20   to, that this Stephen Hughes 2018 piece

21   was "riddled with meaningful errors and

22   misconceptions," yes or no?



25       Q.    In fact, you haven't told

1    business.

2          Q.    When was the last time you

3    communicated with Stephen Hughes?

4          A.    I probably would have seen

5    Dr. Hughes in person in May 2019 in Long

6    Island at a national meaning that we tend

7    to both regularly attend.  That meeting

8    was to be taking place next week.  But

9    it's been canceled.  It will be held

10   virtually, and I don't plan to attend it.

11          That's -- to the best of my

12   recollection, the last time I

13   communicated with him is when I saw him

14   in person at a conference.  I don't

15   recollect communicating with him since

16   May 2019.

17          Q.    You have his e-mail, right?

18          A.    I think his e-mail is public

19   record.

20          Q.    You have his phone number,

21   right?

22          A.    I don't have his phone in my

23   smartphone, but I'm sure with some effort

24   I could discover his phone.

25          Q.    You called him, in your

1    expert reports in this case, a good

2    friend.  He's a good friend of yours,

3    right?

4         A.    He's a friend of mine.

5         Q.    Have you told your good

6    friend that you've uncovered -- that his

7    2018 article that's being cited

8    repeatedly by you and others, is riddled

9    with meaningful errors and

10   misconceptions?

11        A.    I haven't done that.  That's

12   a sensitive issue for me.  He is a

13   long-term colleague.  I've discovered or

14   uncovered some meaningful issues.  And

15   this publication and other publications

16   that are recycling data for up to a

17   decade, I have not -- and I will make a

18   decision at one point in time whether or

19   not I will contact journal editors with

20   that information or directly talk to

21   Dr. Hughes about that.

22             MR. MORTARA:  I also move

23        to strike that answer as

24        nonresponsive and also disclosing

25        opinions not in your expert

1       report.

2               And I'm sure Mr. Wilcox

3           will, of course, disagree.  We'll

4           take that up with the court later.

5   BY MR. MORTARA:

6           Q.    My question to you, sir --

7               MR. WILCOX:  Yeah, I'll put

8           that on the record, I do disagree

9           and we will take that up later.

10  BY MR. MORTARA:

11          Q.    My question to you, sir, is

12  just yes or no.

13              Have you called your good

14  friend and in a one-on-one conversation

15  told him that his 2018 article is riddled

16  with errors and misconceptions?

17          A.    I have not.

18          Q.    Dr. Engelman, your expert

19  report in this case is highly

20  confidential, isn't it?

21          A.    It is.

22          Q.    Dr. Engelman, your work for

23  ViiV's lawyers in this case, you are

24  being paid for that work, correct?

25          A.    I'm being paid for the time

1          A.     I can't -- so I myself, a

2    single individual who has opined opinions

3    based on my ordinary skill in the art --

4    and that's surely not how I interpreted

5    this sentence.

6               And surely, that's -- if

7    that's your interpretation, it's

8    completely -- completely misleading.  If

9    I had reviewed this paper, I surely would

10   have corrected this as a peer reviewer.

11        Q.     Can you name a single other

12   human being who understands this sentence

13   in this article the way you do?

14        A.     I have not discussed this

15   sentence in this article outside --

16   outside of counsel with anybody else, no

17   other human being, definitely no other

18   research scientist.

19        Q.     Do you think it's more

20   likely that Stephen Hughes was making a

21   false statement or that he meant it the

22   way that I do when I read it, which is

23   that only bictegravir collectively did

24   all of these things?

25               Which of those two is more

1    likely in your view?

2         A.    I don't understand your --

3              MR. WILCOX:  Objection.

4    Calls for speculation.

5              THE WITNESS:  I apologize,

6    but I don't understand your

7    interpretation.

8              It's clearly incorrect to

9    say that only BIC only inhibited

10   G140S/Q148H and G118R based on

11   evidence that's provided in this

12   manuscript.

13   BY MR. MORTARA:

14        Q.    But it is clearly correct,

15   based on the evidence in the manuscript

16   that only bictegravir did all four of

17   those things, correct?

18        A.    So it's just my

19   interpretation of the English language.

20        Q.    Yes.  And because you

21   adopted your interpretation of the

22   English language, you have accused, in

23   your highly confidential expert report,

24   Dr. Stephen Hughes of the National

25   Institutes of Health, of speaking in

1   error in this article; is that correct?

2       A.   I will furthermore point out

3   that the activities of dolutegravir

4   against wild type virus, G118R/R263K,

5   H51Y, and R263K were not generated during

6   the course of this paper.  They are

7   historical data that the author put into

8   this paper and did not cite that that

9   data is several years old.

10          MR. MORTARA:  Well, again,

11       move to strike your undisclosed

12       and totally nonresponsive opinion.

13       And I will read my question again.

14  BY MR. MORTARA:

15       Q.   Because you adopted your

16  interpretation of the English language,

17  you have accused, in your highly

18  confidential expert report, Dr. Stephen

19  Hughes of the National Institutes of

20  Health of speaking of error in this --

21  speaking in error in this article; is

22  that correct?

23          MR. WILCOX:  First, I'm

24       going to say that I disagree with

25       your move to strike.

1          Then I'm going to object as

2      asked and answered.

3  BY MR. MORTARA:

4          Q.    You may answer my question,

5  Dr. Engelman.

6          A.    Well, as my attorney

7  indicated, I've already answered it.

8  Could you ask it again, please.

9          Q.    Because you adopted your

10 interpretation of the English language

11 you have accused, in your highly

12 confidential expert report, Dr. Stephen

13 Hughes of the National Institutes of

14 Health of speaking in error in this

15 sentence in this article; is that

16 correct?

17         A.    So what I enumerated in my

18 expert report -- and I'm the only one who

19 can enumerate myself, is that I

20 identified 32 typographical errors in

21 this paper, and this is one of 32 that I

22 highlighted.

23         Q.    Because of your

24 interpretation of the English language in

25 this sentence beginning, "However, only

1      Q.    Did you call him and ask him

2   or send him an e-mail saying, Peter,

3   what's your thoughts on whether there's a

4   difference between bictegravir and

5   dolutegravir based on the experiments you

6   did and wrote up in our article that

7   appeared in Science, do you think there's

8   a difference?

9          Did you -- did you ask your

10   close friend that question?

11      A.    So again, I would have

12   considered that completely, you know,

13   unprofessional.  The thoughts and the

14   opinions I've opined in these -- in these

15   expert reports, I approach them as work

16   produced under the confidentiality --

17   confidentiality between myself and legal

18   counsel.  And I did not want to engage in

19   direct conversation with things like

20   that, with -- with other scientists.

21      Q.    You didn't want to check

22   whether you're reading other scientists'

23   words correctly and talk to them, and you

24   thought you couldn't because this work is

25   confidential?

1          A.     This is surely a

2    confidential e-mail.  It's not meant for

3    me.

4          Q.     You didn't have to mention

5    the e-mail to ask Dr. Cherepanov what his

6    views are about what his experiments

7    showed, did you?

8          A.     Sir, I'm a very busy person.

9    I run a research laboratory with seven

10   different grant applications funding my

11   work.  I have better things to do with my

12   time than follow up on a confidential

13   e-mail to ask for an opinion of a

14   colleague.

15         Q.     Well, instead of following

16   up on the scientific view that one of

17   your colleagues had about experiments he

18   did and he wrote up, you decided to write

19   in your reply report that you didn't know

20   what he meant and proceed to analyze what

21   he might have meant, correct?

22         A.     In my reply report, I

23   highlighted the ambiguity of this e-mail

24   that was shared with me through a highly

25   confidential route with -- by counsel.

1   And I -- I addressed what I thought it

2   meant in my report.  That's right.

3        Q.    And how long did that take

4   you?  Did it take you longer or shorter

5   than it would have taken you just to ask

6   Dr. Cherepanov what his views are about

7   the research he had done and written up

8   in an article you were a co-author of?

9        A.    At this point in time, I

10  almost feel obliged that I need to reach

11  out to Dr. Cherepanov to mention to him

12  that he is a co-author on papers with

13  Dr. Hughes which has recycled data over

14  numerous years.  I'm not sure he's aware

15  of that.

16       Q.    Have you -- Dr. Engelman,

17  have you said anything to Dr. Cherepanov

18  about your views about Dr. Stephen

19  Hughes' article?

20       A.    I have not.

21            MR. MORTARA:  And again, I

22       move to strike the newly disclosed

23       opinion that keeps popping up in

24       response to questions.  It's

25       completely nonresponsive.

1            Mr. Wilcox, go ahead.

2            MR. WILCOX:  Yeah, I would

3       oppose that motion.

4  BY MR. MORTARA:

5       Q.    Dr. Engelman, you ultimately

6  found out, in fact, what Dr. Cherepanov

7  meant in his e-mail to Dr. Reynolds,

8  correct?

9       A.    I believe that was clarified

10 by a subsequent e-mail, that's correct.

11      Q.    And I'm moving into the

12 folder Exhibit 6.

13           (Document marked for

14      identification as Exhibit

15      Engelman-6.)

16 BY MR. MORTARA:

17      Q.    Exhibit 6 is an e-mail --

18 excuse me.  Exhibit 6 is a full copy of

19 the e-mail that Mr. Wilcox was objecting

20 to before.  We'll go back to Exhibit 7

21 which has the response.

22           At the top you see the

23 response.  "Hi Chuck, apologies if my

24 e-mail was not clear.  Yes, I was

25 discussing the differences between

1          the dissociation rate of

2          bictegravir versus dolutegravir

3          from HIV integration complexes is

4          insubstantially different.

5  BY MR. MORTARA:

6          Q.    I want to talk to you about

7  Monogram Biosciences PhenoSense integrase

8  assay.

9              You have never once written

10  an article where the Monogram assay was

11  used or cited in any way, correct?

12          A.    We have not used the

13  services at Monogram Biosciences.

14          Q.    Monogram Biosciences has

15  never asked you to consult with them in

16  any way, shape or form, correct?

17          A.    That's correct.

18          Q.    Do you know even anyone who

19  works at Monogram Biosciences?

20          A.    I do not know of anybody who

21  works at Monogram Biosciences.

22          Q.    In fact, prior to this case,

23  you had zero experience with Monogram

24  Biosciences or using or interpreting

25  their assay, correct?

1    A.    Prior to this case, I was

2    aware of Monogram Biosciences, but I had

3    not used them or interpreted their data

4    prior to this case.

5    Q.    So the only time you've done

6    anything having anything to do with

7    Monogram Biosciences PhenoSense integrase

8    assay is when you were being paid by ViiV

9    lawyers in this case, correct?

10    A.    Monogram Biosciences data is

11    one of 400 different data sources I

12    considered in forming my expert opinion

13    in this case.

14    Q.    So the only time you've had

15    anything to do with Monogram Biosciences

16    assays is when you were being paid by

17    ViiV's lawyers in this case, correct?

18    A.    I've read numerous papers on

19    HIV integrase and integrase strand

20    transfer inhibitors.  So I've read about

21    Monogram Biosciences and their results

22    prior to this case.

23

24

25

```
 1                          .  So I was surely

 2   aware of the use of Monogram Biosciences

 3   and the type of data they provided

 4   because it's my impression, as I opined

 5   in my reports, that much of the data

 6                                       was

 7   generated by Monogram Biosciences.

 8

 9

10        Q.   ████████████████████████████

11   ██████████████████████████████████████

12        A.   ████████████████████████████

13   ████████████████████████

14        Q.   Dr. Engelman, did you tell

15   us in your expert reports that █████████

16   ██████████████████████████████████████

17   ██████████████

18        A.   I did not -- ██████████████

19   █████████████████████████ ████████████

20   ████████████████████████████████████

21   ██████████ ██████████████████████████

22   ██████████████

23        Q.   Dr. Engelman, did you

24   disclose in your expert reports that ████

25   ████████████████████████████████████
```

```
 1   ██████████████████████████████████████

 2        A.    ████████████████████████████

 3   ██████████████████████████████████████████

 4   ████████████████████████████████████████

 5        Q.    ████████████████████████████

 6   ████████████████████████████████████████████

 7   ███████████████████████████████████

 8        A.    █████████████████████████████

 9   ████████████████████████████████████████████

10   ███████████████████████████████████████████

11   ████████████████████████████████████████████

12   ███████████████████

13        Q.    ████████████████████████████████

14   ████████████████████████████████████

15   ████████████████████████████████████████

16   ███████████████████████

17        A.    ████████████████████████████████

18   ████████████████████████████████████████████

19   █████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████   ██████████████████████

22   █████████████████

23        Q.    ████████████████████████████

24   ████████████████████

25        MR. WILCOX:   Counsel, I'm
```



1    going to object as argumentive.

2    You need to calm down and not be

3    yelling into the screen at

4    Dr. Engelman.

5  BY MR. MORTARA:

6    Q.

7

8    A.

9

10

11                    .

12    Q.

13

14

15

16    A.

17

18

19        MR. MORTARA:  We're going to

20    take a break for 20 minutes.  And

21    we're going to come back on the

22    record.

23  BY MR. MORTARA:

24    Q.    Dr. Engelman, I'm asking you

25  not to talk to the ViiV lawyers during

1    this break.

2              MR. MORTARA:  And counsel,

3         I'd like you to confirm that you

4         will not talk to the witness

5         during the break, or I will seek

6         emergency relief from the court.

7              MR. WILCOX:  Counsel, I

8         think this is totally

9         inappropriate.  You know, if we

10        were in person at an office, that

11        if there was a breakout, we would

12        go back in a conference room.  So

13        you've got no basis --

14             MR. MORTARA:  Absolutely

15        not --

16             MR. WILCOX:  -- to tell

17        me --

18             MR. MORTARA:  We're going to

19        stay -- we're going to stay on

20        the -- we're going to stay on the

21        record.  You are not talking to

22        your witness about this frankly

23        shocking and blockbuster

24        disclosure.  We are staying on the

25        record.

1           Dr. Engelman, we're going to

2      let the tape roll, we're going to

3      take up my time while I decide

4      what to do on this on my own time.

5      Thank you.

6           We'll stay on the...

7           (Pause in the proceedings.)

8           MR. WILCOX:  Just to be

9      clear, we've been on the record

10      the whole time now.

11           MR. MORTARA:  Oh, yeah,

12      that's exactly right, because I

13      didn't want you to talk to your

14      witness.  Thanks, Mr. Wilcox.

15  BY MR. MORTARA:

16      Q.   Dr. Engelman, ███████████

17  ████████████████████████████ you had

18  already been retained by ViiV Healthcare,

19  correct?

20      A.   That's incorrect.  That was

21  before they first contacted me.

22      Q.   ████████████████████████████

23  ████████████████████████████████████

24  ████████████████████████████████████

25  ████████████████████████

1   A.   ███████████████████

2   ██████████   ███████████████

3   ██████████████████████

4   ███████████████████████

5   ████████   ██████████████████

6   ████████████████████████

7   ████████████████████

8   ██████████████   █████████████████

9   ████████████████████

10  ███████████████████████

11  ████████████

12  Q.   ██████████████████

13  ████████████████████████

14  ██████████████

15  A.   ████████████████████

16  ████████████   ██████████████

17  ████████.

18  Q.   ████████████████

19  A.   ████████   ██████████   ████████

20  Q.   What date exactly were you

21  retained by ViiV Healthcare?

22  A.   I don't have the exact date

23  in front of me.  I don't have access to

24  the retention agreement.  It was some

25  time in August 2016.

1    Q.    When were you first

2  contacted by ViiV healthcare in

3  connection with this case?  Exact date,

4  please.

5    A.    I apologize, sir, but I

6  don't have the exact date at hand.  It

7  would have been sometime around early

8  August 2016.

9    Q.    You can find out the exact

10  date, can't you?

11    A.    My colleague, Lindsey Miller

12  might know.

13    Q.    We'll ask her at a different

14  time.

15         Dr. Engelman, did you reach

16  out to ViiV Healthcare or did ViiV

17  Healthcare reach out to you?

18    A.    My recollection is that I

19  was contacted by Michael Stadnick, a name

20  that I brought up earlier, by telephone.

21    Q.    Did you tell the ViiV

22  lawyers at any point that ██████████

23  ████████████████████████████████████████

24  ████████████████████

25    A.    I believe a question like

1    that is covered by attorney/client

2    privilege.

3            Q.    They're not your lawyers,

4    sir.

5                  MR. MORTARA:  Mr. Wilcox,

6            are you going to let him ask the

7            question?

8                  MR. WILCOX:  Restate your

9            question, Mr. Mortara.

10   BY MR. MORTARA:

11           Q.    Did you tell the ViiV

12   lawyers at any point that ███████████

13   ████████████████████████████████████

14   ███████████████████

15                 MR. WILCOX:  You can answer

16           that yes or no, Dr. Engelman.

17                 THE WITNESS:  Yes.

18   BY MR. MORTARA:

19           Q.    When did you tell the ViiV

20   lawyers that ████████████████████████

21   ████████████████████████████████

22   █████████

23                 MR. WILCOX:  You can answer

24           that with a date, Dr. Engelman.

25                 THE WITNESS:  I don't have

```
 1              the precise date.  But that sounds
 2              like a conversation that we had
 3              quite recently, within the last
 4              one to two weeks.
 5    BY MR. MORTARA:
 6         Q.    That would be the first time
 7    you told the ViiV lawyers that ███████
 8    ████████████████████████████████████
 9    ██████████████████
10         A.    That's the best of my
11    recollection, yes.
12         Q.    ████████████████████████
13    ████████████████████████████████████
14    ████████████████████████████████████
15    ████████████████████████████████████
16    ██████████
17         A.    That's right.  We
18    highlight -- excuse me, I misspoke. █
19    ████████████████████████████████████
20    █████████████████
21         Q.    When you said "we," who did
22    you mean?
23         A.    I meant myself only.
24       ██   ████████████████████████████
25    ███████████████████████████
```

1 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3 ▬▬▬▬▬

4          Do you see that?

5     A.    I do.

6     Q.    You did not disclose that

7 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

8 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

9     A.    I did not.

10     Q.    And in fact, you didn't

11 disclose it until I asked you under oath

12 that question, correct?

13     A.    That's correct.

14     Q.    You weren't going to

15 disclose it unless someone asked you

16 under oath whether that was true, were

17 you?

18          MR. WILCOX:  Objection.

19     Argumentative.

20          THE WITNESS:  ▬▬▬▬▬▬▬

21 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

22 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

23 BY MR. MORTARA:

24     Q.    Your report is highly

25 confidential, isn't it, sir?  It says

1    that on the front.

2          A.    That's right.  And that's

3    why I answered your question under oath,

4    because this is also highly confidential.

5          Q.    Dr. Engelman, none of your

6    reports disclose that ███████████████

7    ████████████████████████████████████████

8    ███████████████████████████████████

9          A.    No.  █████████████████████

10   ███████████████████████████████████

11   ██████████████████████████  ███████████

12   █████████████

13         Q.    ████████████████████████

14   ██████████████████████████████

15   ████████████████████████████████████████

16   ███████████████████████████████████████

17   ███████████

18         A.    ██████████████

19         Q.    ███████████████████████████

20   █████████████████

21         A.    ███████████████

22         Q.    And you nowhere told us

23   about that in your expert reports,

24   correct?

25         A.    That's correct.



1    Q.    ██████████████████████████

2    ████████████████████████████████

3    █████████████████████████

4    A.    ████████████████████████

5    ████████████████████████████

6    Q.    ████████████████████████

7    ████████████████████    ████████████

8    ████████████████████████████

9    ██████████

10        ██████████████████

11   A.    ██████████████████████████

12   ████████████████████████████████████

13   ██████████

14   Q.    ████████████████████

15   ████████████████████████

16   A.    ████████    ████████████████

17   ██████████

18   Q.    And then you say, noting --

19   ████████████████████████████

20   ████████████████████████████,

21   ████████████████████████████

22   ████████████

23         Do you see that?

24   A.    Yes, I do see that.

25   Q.    ████████████████████████



1  ████████████████████████████████████

2  ████████

3      A.      ██████████

4      Q.      █████████████████████

5  █████████████████████████████████████

6  ███████████████████████████████████████

7  ████████

8      A.      ████████████████████████████

9  ████████████   ████████████████████

10  ████████

11      Q.      ██████████████████████

12  ██████████████████████████████████████y

13  █████████████

14      A.      ██████████  ███████████  █

15  ████████████████████████████████████

16      Q.      ████████████████████

17  █████████████████████   ████████████

18  ████████████████████████████████████

19  ██████████████████████████████████████

20  ██████████████████████████████████████

21  ██████████████████████████████

22      A.      ███████████████████████

23  ████████████████████████

24      Q.      ███████████████████████

25  ██████████████████████████████████████





1            MR. WILCOX:   Objection.

2     Argumentative.

3            THE WITNESS: ████████████

4   ████████████████████████████████████████

5   ██████████████████████████

6   BY MR. MORTARA:

7            Q.   ████████████████████████████

8   ████████████████████████████████████

9   ████████████████████████

10           A.   Excuse me?

11           Q.   ████████████████████████████

12   ████████████████████████████████████

13   ██████████

14           A.   ██████████    ██████████████████

15   ████████████████████████████████████

16   ██████████████████████████

17           Q.   ████████████████████████████████

18   ████████████████████████████████████

19   ██████████████

20           A.   ██████████████████████████

21   ████████████████████████████████████

22   ████████

23            ████████████████████████████████

24   ████████████████████████████████████

25   ████████████████████████████████████



1    Q.    Did you think -- did it

2  occur to you that ███████████████

3  ████████████████████████████, that

4  someone might be misled in reading your

5  expert reports from the truth which is

6  ████████████████████████████████████?

7         MR. WILCOX:  Objection.

8         Argumentative.

9          THE WITNESS:  No, I didn't.

10    What I was doing was ████████████████

11    ███████████████████████████████████

12    ██████████████████████████████

13  BY MR. MORTARA:

14    Q.    You don't think that your

15  expert report is misleading for not

16  ████████████████████████████████████

17  ████████████████?

18    A.    That's correct.

19    Q.    When you told the ViiV

20  lawyers that ██████████████████████████

21  ████████████████████████████████████

22  ████████████████  did you discuss with the

23  ViiV lawyers whether that should be

24  disclosed to Gilead?

25          MR. WILCOX:  I'm going to

```
 1          instruct you not to answer that
 2          question, Dr. Engelman, that falls
 3          under Rule 26, protections.
 4               MR. MORTARA:  Again,
 5          Mr. Wilcox, we're going to take
 6          this one up with the court.  And
 7          if you want to give him the
 8          opportunity to answer the question
 9          yes or no right now, that will
10          save him from coming back and
11          having a potentially quite lengthy
12          redeposition on this subject.
13               MR. WILCOX:  Yeah, I'll take
14          it under advisement, Counsel.
15               MR. MORTARA:  Go ahead and
16          let me know if you're going to --
17          willing to let him answer that
18          question.
19     BY MR. MORTARA:
20          Q.    In any event, Dr. Engelman,
21     you did not disclose to me or to anyone
22     from Gilead or to the court prior to
23     today that ███████████████████████
24     ████, did you?
25          A.    I did not disclose.  ████████
```



1   ███████████████████████████████

2   █████████████████

3        A.    ████████████████████

4   ██████████████████████████████████ ,

5   ███████████████████████████   █████

6   ███████████████████████████████

7        Q.    █████████████████████████

8   █████████████   ████████████████████

9   ██████████████████

10       A.    ████████████████████   ████

11  █████████████████████████████████████

12  ████████████████████████████

13  █████████   █████████████████████████

14  ████████████████████████████████

15  █████████████████████████████████

16  █████████████████████████████████████

17  █████████████   ██████████████████████

18  █████████   ██████████████████████████

19  █████████████████████████████████████

20  ██████████████████████████

21       Q.    Why did you choose not to

22  reveal that ████████████████████████

23  ████████████████████████████████████

24  ██████████████████

25       A.    When I -- when I wrote this





1   portion of the report, I didn't -- I

2   suppose I felt like it wasn't pertinent.

1 

2

3

4

5

6

7

8

9        Q.    Dr. Engelman, you are on the

10   editorial board of Retrovirology, we

11   discussed that earlier, right?

12        A.    That's correct.

13        Q.    Were you one of the peer

14   reviews of the Hughes NIH 2018 article?

15        A.    I already stated that I'm

16   99.99 percent sure I was not.  So I was

17   not.

18        Q.

19

20

21        A.

22

23        Q.

24        A.

25



1 ████████████████████████████████

2 ████████████████████████████████

3 █████████████████████████

4 ███████████████████

5 ███████████████████████████████

6 ████████████████████████████████

7 ████████

8          Q.     In hindsight, do you think

9 you made a mistake in not disclosing in

10 your expert report that ████████████████

11 █████████████████████████████

12 █████████████████, would you admit that

13 you made a mistake?

14          A.     I think I could have been

15 more accurate if ██████████████████████████

16 ██████████████████████████████████████████

17 ████████

18          Q.     Dr. Engelman, you had

19 referred a couple times to 32

20 typographical errors, that you cited the

21 number in your expert report, in the

22 Hughes 2018 NIH article, correct?

23          A.     That's correct.

24          Q.     I'm asking you only about

25 the 32 typographical errors that you

1   didn't identify, but you gave the number,

2   in your expert report.

3            You agree you did not, in

4   fact, identify all those 32 typographical

5   errors, correct?

6        A.    I did not.  I think in my

7   report, I believe in my report I

8   highlighted some more of the egregious

9   ones which we've already talked about

10  one, the misinterpretation of the data.

11       Q.    That was the sentence where

12  you and I can't agree about the meaning

13  of the Philadelphia Eagles sentence that

14  I showed on the screen, right?  That was

15  one.

16            That's one, correct?

17       A.    That's one, that's correct.

18       Q.    Another is the numbers in

19  the figure here that I'm showing on the

20  screen are off by one, correct?

21       A.    Yes.  This figure is very

22  difficult to follow, because the numbers

23  in the first column, most of those are

24  incorrect.

25       Q.    And then a third appears in

# Exhibit F

Smith *et al. Retrovirology* (2018) 15:37
https://doi.org/10.1186/s12977-018-0420-7

Retrovirology

**RESEARCH**                                                                                    **Open Access**

# Efficacies of Cabotegravir and Bictegravir against drug-resistant HIV-1 integrase mutants

Steven J. Smith[1], Xue Zhi Zhao[2], Terrence R. Burke Jr.[2] and Stephen H. Hughes[1*]

**Abstract**

**Background:** Integrase strand transfer inhibitors (INSTIs) are the class of antiretroviral (ARV) drugs most recently approved by the FDA for the treatment of HIV-1 infections. INSTIs block the strand transfer reaction catalyzed by HIV-1 integrase (IN) and have been shown to potently inhibit infection by wild-type HIV-1. Of the three current FDA-approved INSTIs, Dolutegravir (DTG), has been the most effective, in part because treatment does not readily select for resistant mutants. However, recent studies showed that when INSTI-experienced patients are put on a DTG-salvage therapy, they have reduced response rates. Two new INSTIs, Cabotegravir (CAB) and Bictegravir (BIC), are currently in late-stage clinical trials.

**Results:** Both CAB and BIC had much broader antiviral profiles than RAL and EVG against the INSTI-resistant single, double, and triple HIV-1 mutants used in this study. BIC was more effective than DTG against several INSTI-resistant mutants. Overall, in terms of their ability to inhibit a broad range of INSTI-resistant IN mutants, BIC was superior to DTG, and DTG was superior to CAB. Modeling the binding of CAB, BIC, and DTG within the active site of IN suggested that the "left side" of the INSTI pharmacophore (the side away from the viral DNA) was important in determining the ability of the compound to inhibit the IN mutants we tested.

**Conclusions:** Of the two INSTIs in late stage clinical trials, BIC appears to be better able to inhibit the replication of a broad range of IN mutants. BIC retained potency against several of the INSTI-resistant mutants that caused a decrease in susceptibility to DTG.

**Keywords:** HIV-1, Integrase, Infectivity, Potency, Susceptibility, Modeling, Resistance

## Background

INSTIs are the class of antiretroviral (ARV) drugs most recently approved by the FDA to treat HIV-1 infections. INSTIs target the second reaction performed by HIV-1 Integrase (IN), strand transfer (ST), in which IN catalyzes the integration of the viral DNA into the cellular genome [1, 2]. INSTIs have a centralized pharmacophore, which contains a chelating functionality that interacts with the two catalytic $Mg^{2+}$ ions at the IN active site [3, 4]. This central pharmacophore is joined to a halogenated benzyl moiety that interacts with the penultimate base at the 3' end of the viral DNA [5]. Thus, INSTIs interact with both the enzyme and its nucleic acid substrate. The

combination of these interactions allows the INSTIs to target and potently inhibit HIV-1 IN. Raltegravir (RAL) and Elvitegravir (EVG) are the first and second FDA-approved INSTIs, respectively. They potently inhibit WT HIV-1; however, resistant mutants can develop relatively quickly (Fig. 1). A partial list of the well-defined primary resistance mutations includes: Y143R, N155H, G140S/Q148H, T66I, and E92Q. Other mutations that confer resistance to RAL and EVG have been identified. In many cases, mutations selected by either RAL or EVG reduce the susceptibility of IN to the other INSTI, showing that RAL and EVG have overlapping resistance profiles [6–8].

In 2013, Dolutegravir (DTG) was approved by the FDA and it quickly became a preferred drug for combination antiretroviral therapy (cART) [9–12]. DTG differs from the first generation INSTIs in that its chelating motif is located on a tri-cyclic scaffold [13, 14]. In addition, the structural component that connects the central chelating

*Correspondence: hughesst@mail.nih.gov
[1] HIV Dynamics and Replication Program, National Cancer Institute-Frederick, National Institutes of Health, Frederick, MD, USA
Full list of author information is available at the end of the article



© The Author(s) 2018. This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated.

Smith *et al. Retrovirology* (2018) 15:37

**Fig. 1** Chemical structures of INSTIs. The chemical structures of RAL, EVG, DTG, BIC, and CAB are shown

moiety to the halogenated benzyl group is longer than it is in either RAL or EVG (Fig. 1) [15]. Not only do these structural differences allow DTG to be highly effective against WT HIV-1, but DTG is much more potent against IN mutants that confer resistance to the first generation INSTIs. Moreover, it has been difficult to select for DTG resistant mutants in cell culture and the treatment of HIV-1 patients using DTG has been, generally speaking, quite successful [16–21].

The usefulness of most ARV drugs is limited by the emergence of resistant mutants, and DTG will not be an exception. Recent in vitro selection studies with DTG have uncovered resistance mutations [22–24]. In clinical trials with INSTI-experienced subjects [25, 26] whose viruses had INSTI resistance mutations at the primary position Q148 plus at least one additional mutation at any of the secondary positions, L74, E138, G140, or G163, patients were put on a salvage regimen that included DTG. This change in therapy failed to lower HIV-1 below 50 copies/mL. Analysis of the virus present in the patients after the trial showed that additional mutations were selected in IN. These results showed that mutations that confer resistance to DTG can be selected in viruses that carry preexisting resistance mutations.

Recently, two new INSTIs, Cabotegravir (CAB) and Bictegravir (BIC), have been developed and these are

currently in late phase clinical trials [13, 27, 28]. BIC and CAB, which are structurally similar to DTG, (both have tri-cyclic central pharmacophores), could offer therapeutic alternatives to HIV-1 patients (Fig. 1). Here, we describe evaluation of the antiviral potency of CAB and BIC against broad panels of well-characterized INSTI-resistant single and double mutants, and against the INSTI-resistant triple mutants identified in the VIKING clinical trials. Our objective was to determine how well these new INSTIs performed compared to DTG, the current standard of care.

## Results

### Initial screening of CAB and BIC against primary INSTI resistant mutants

The abilities of CAB and BIC to inhibit the replication of WT HIV-1 and INSTI-resistant mutants were determined in single-round viral replication assays. We initially screened CAB and BIC against a panel of primary INSTI-resistant mutants, which included: Y143R, N155H, G140S/Q148H, T66I, E92Q, H51Y, G118R, R263K, H51Y/R263K, and E138K/E263K. Y143R, N155H, and G140S/Q148H (Fig. 2; see also Additional file 1: Table S1A) were chosen because they have been selected in patients by treatment with RAL [29–31]; the T66I and E92Q mutants were selected by treatment with EVG

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 2** Antiviral activities of BIC and CAB against primary INSTI-resistant mutants. The $EC_{50}$ values were determined, in single round infection assays, using vectors that carry the INSTI-resistant IN mutants. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against Y143R, N155H, and G140S/Q148H, EVG versus G140S/Q148H, and E92Q primary INSTI-resistant mutants were all > 100 nM.

[32–34]. The IN mutations H51Y, G118R, R263K, H51Y/R263K, E138K/R263K mutants have been selected with DTG in cell culture [22–24]. The R263K mutation has been selected in several treatment-experienced, INSTI-naïve patients undergoing DTG therapy [16]. Both CAB and BIC potently inhibited the infection of WT HIV-1 with $EC_{50}$ values equivalent to the FDA-approved INSTIs (< 3 nM). Moreover, CAB and BIC were minimally toxic in cell culture assays with $CC_{50}$ values > 250 μM (data not shown), which is similar to the FDA-approved INSTIs. This demonstrates that these INSTIs have very favorable therapeutic indexes in cultured cells. Additionally, both CAB and BIC potently inhibited the RAL-resistant mutants Y143R and N155H; the EVG-resistant IN mutants T66I and E92Q, and the DTG-resistant IN mutant H51Y and E138K/R263K with $EC_{50}$ values < 5 nM. However, only BIC potently inhibited the well-known RAL-resistant IN double mutant G140S/Q148H and the DTG-resistant IN mutants G118R, R263K, and H51Y/R263K with $EC_{50}$ values ≤ 5 nM. The RAL-resistant IN mutant G140S/Q148H caused a substantial loss of CAB potency (36.3 ± 6.5 nM), while there was a smaller but still modest loss of potency against the DTG-resistant IN mutants G118R (12.1 ± 1.9 nM), R263K (13.4 ± 1.3 nM), and H51Y/R263K (10.4 ± 1.5 nM). These antiviral data were compared to previous screens, in which the antiviral

potencies of RAL, EVG, and DTG were measured against the same INSTI-resistant primary mutants [35, 36]. When the antiviral profiles of the second generation INSTIs, DTG, CAB and BIC were compared to the FDA-approved INSTIs for WT HIV-1 and the RAL- and EVG-resistant mutants, all of the second generation INSTIs had antiviral profiles that were obviously superior to RAL and EVG. The differences were sufficiently clear cut that the comparisons between the first and second generation INSTIs were not subjected to statistical analysis. The more important question was whether either CAB or BIC was better than DTG, in terms of their ability to inhibit the IN mutants. To make the comparison objective, the statistical significance of the $EC_{50}$ data for CAB, BIC, and DTG were analyzed using the Student's *t* test. The $EC_{50}$ values for WT HIV for DTG, CAB and BIC were similar, which allowed us to compare the $EC_{50}$ values for the mutants directly. In the initial screen, which included ten INSTI-resistant primary mutants, BIC was significantly better than CAB for seven of these ten primary mutants (four *p* values < 0.01 and three *p* values < 0.001; see Fig. 3 and Additional file 1: Table S1B). In addition, BIC was better than DTG against three of the primary mutants. In contrast, CAB was significantly better than DTG for one primary mutant and DTG was better than CAB for three of the primary mutants.

Smith *et al. Retrovirology* (2018) 15:37

## Antiviral activities of CAB and BIC against other common INSTI-resistant single mutants

We determined the antiviral profiles of CAB and BIC, as well as the FDA-approved INSTIs, against a second panel of additional INSTI-resistant single mutants to compare the strengths and weaknesses of the two new INSTIs and the FDA-approved INSTIs [37–39]. This panel of INSTI-resistant single mutants included: M50I, L74M, T97A, S119R, E138K, G140S, Q146L, Q146P, Q148H, Q148K, Q148R, and S153Y (Fig. 4; Additional file 1: Table S2A). BIC potently inhibited this entire panel of INSTI-resistant mutants with $EC_{50}$ values below 5 nM, which was comparable to DTG. CAB also inhibited the majority of mutants in this panel. However, it lost some potency against the INSTI-resistant single mutants E138K ($12.9 \pm 1.0$ nM), Q146P ($10.3 \pm 2.1$ nM), and Q148H ($6.8 \pm 1.5$ nM). Most of the INSTI-resistant single mutants in this panel caused significant drops in susceptibility to the first generation INSTIs, RAL and EVG, with the Q148H/K/R mutants having the greatest effect on the $EC_{50}$ values. Based on the data obtained with the mutants in this panel, DTG was better than CAB and BIC (Fig. 3; Additional file 1: Table S2B). DTG was significantly better than CAB against six of the mutants and better than BIC against four mutants (two $p$ values < 0.001). Conversely, BIC was better than CAB against five of these mutants.

## Antiviral activities of CAB and BIC against a panel of INSTI-resistant double mutants having a primary mutation at position Q148

We next tested CAB, BIC, and the FDA-approved INSTIs against a panel of INSTI-resistant double mutants that included either one of the primary mutations at position Q148 (H/K/R), or Y143R or N155H. These primary mutations were combined with a secondary mutation at positions E138 (A/K) or G140 (A/C/S) (Fig. 5; Additional file 1: Table S3A). BIC potently inhibited ($EC_{50} < 5$ nM) the INSTI-resistant double mutants G140A/Q148H, Y143R/Q148H, Q148H/N155H, G140S/Q148R, E138A/Q148R, E138K/Q148R, and Q148R/N155H. Conversely, the INSTI-resistant double mutants G140A/Q148R ($10 \pm 2.5$ nM), G140C/Q148R ($6.4 \pm 1.4$ nM), G140S/Q148R ($6.1 \pm 1.3$ nM) caused small losses in susceptibility to BIC, whereas the double mutants E138K/Q148K ($59.3 \pm 4.9$ nM) and G140A/Q148K ($137.1 \pm 5.0$ nM) resulted in substantial reductions in susceptibility to BIC.

However, there was a large reduction in CAB potency against most of the double mutants in the panel. The double mutants Y143R/Q148H ($6.0 \pm 0.4$ nM), E138A/Q148R ($25.6 \pm 0.8$ nM), E138K/Q148R ($24.1 \pm 0.1$ nM), and G140A/Q148R ($13.7 \pm 2.7$ nM) caused a minimal loss in susceptibility to CAB, whereas E138K/Q148K ($772.1 \pm 72.2$ nM), G140A/Q148K ($393.1 \pm 51.1$ nM), G140S/Q148K ($87.3 \pm 7.6$ nM), G140C/Q148R ($66.6 \pm 8.1$ nM), and Q148R/N155H ($50.5 \pm 6.5$ nM) caused large reductions in susceptibility to CAB. DTG was very effective across this panel of INSTI-resistant double mutants. However, it sustained a moderate loss in potency against the INSTI-resistant double mutant E138K/Q148K ($25.0 \pm 2.1$ nM) and significant loss in potency against the INSTI-resistant double mutant G140A/Q148K ($450.7 \pm 58.8$ nM). The first generation INSTIs RAL and EVG exhibited considerable loss of potency against all of the mutants in this panel of INSTI-resistant double mutants. BIC was significantly better than DTG against five of these double mutants (four $p$ values < 0.01; Fig. 3; Additional file 1: Table S3B); however, DTG was better than BIC for four of the mutants (two $p$ values < 0.001). CAB was not significantly better than either DTG or BIC against any double mutants.

## Antiviral activities of CAB and BIC against a panel of INSTI-resistant double mutants that included the primary mutations T66I and N155H and additional mutations at other positions

We determined the antiviral profiles of CAB, BIC, and the FDA-approved INSTIs against the EVG-resistant double mutant T66I/E157Q and a panel of INSTI-resistant double mutants with a primary mutation at N155H and one of the following secondary mutations: E92Q, G140S, Y143H/R, or G163R (Fig. 6; Additional file 1: Table S4A). BIC, CAB, and DTG retained potency against the INSTI-resistant double mutant T66I/E157Q and the other INSTI-resistant double mutants ($EC_{50} < 5$ nM). The first generation INSTIs, RAL and EVG, failed to potently inhibit any of these double mutants. Based on this panel of mutants, the antiviral profiles of the three second generation INSTIs were similar to each other. CAB was significantly better than BIC against two of these double mutants (one $p$ value < 0.001; see Figs. 3 and 7 and Additional file 1: Table S4B). DTG had better activity against one of the double mutants than CAB and BIC ($p$ value < 0.01).

---

(See figure on next page.)

**Fig. 3** Statistical significance of the antiviral data among DTG, CAB, and BIC. The Student's *t* test was used to calculate the statistical significance of the differences in the antiviral activities of the INSTIs. Because of multiple comparisons, *p* values < 0.025 were considered statistically significant when comparing the efficacies among DTG, CAB, and BIC

Smith *et al. Retrovirology* (2018) 15:37

| Figure and Supplementary Table | *p*-Value < 0.025 | *p*-Value < 0.01 | *p*-Value < 0.001 | Overall Comparison among INSTIs for Table | |
|---|---|---|---|---|---|
| **Figure 2 Antiviral Data and Supplementary Table 1** | BIC - DTG (R263K) | DTG – CAB (G140S/Q148H)<br>BIC – CAB (G140S/Q148H)<br>BIC – CAB (T66I)<br>DTG – CAB (E92Q)<br>DTG – CAB (H51Y)<br>BIC - DTG (H51Y)<br>BIC - CAB (H51Y)<br>BIC - CAB (G118R)<br>CAB - DTG (H51Y/R263K) | BIC - CAB (E92Q)<br>BIC - CAB (R263K)<br>BIC - DTG (H51Y/R263K)<br>BIC - CAB (H51Y/R263K) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 7<br>3<br>3<br>0<br>0<br>1 |
| **Figure 3 Antiviral Data and Supplementary Table 2** | DTG - CAB (Q148R) | CAB – DTG (L74M)<br>DTG – CAB (T97A)<br>DTG – BIC (Q146L)<br>DTG – CAB (Q146P)<br>BIC - CAB (Q146P)<br>DTG – CAB (Q148H)<br>DTG – BIC (Q148H)<br>BIC - CAB (Q148H)<br>DTG - CAB (Q148K)<br>BIC - CAB (Q148K)<br>DTG - CAB (Q148R) | CAB – BIC (M50I)<br>DTG – CAB (E138K)<br>DTG – BIC (E138K)<br>BIC - CAB (E138K)<br>DTG - BIC (Q146P) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 5<br>0<br>6<br>4<br>1<br>1 |
| **Figure 4 Antiviral Data and Supplementary Table 3** | BIC - DTG (Y143R/Q148H)<br>DTG – BIC (G140A/Q148R) | BIC - DTG G140A/Q148H<br>BIC – CAB (G140A/Q148H)<br>DTG - CAB (Q148H/N155H)<br>BIC - CAB (Q148H/N155H)<br>BIC - DTG (G140A/Q148K)<br>BIC - CAB (G140A/Q148K)<br>DTG - CAB (G140A/Q148R)<br>DTG – BIC (G140C/Q148R)<br>BIC - DTG (G140S/Q148H)<br>BIC - DTG (Q148R/N155H) | DTG – CAB (Y143R/Q148H)<br>BIC – CAB (Y143R/Q148H)<br>DTG – CAB (E138K/Q148K)<br>DTG – BIC (E138K/Q148K)<br>BIC - CAB (E138K/Q148K)<br>DTG – CAB (G140S/Q148K)<br>DTG – BIC (G140S/Q148K)<br>BIC - CAB (G140S/Q148K)<br>DTG - CAB (E138A/Q148R)<br>BIC - CAB (E138A/Q148R)<br>DTG - CAB (E138K/Q148R)<br>BIC - CAB (E138K/Q148R)<br>DTG - CAB (G140C/Q148R)<br>BIC - CAB (G140C/Q148R)<br>DTG - CAB (G140S/Q148R)<br>BIC - CAB (G140S/Q148R)<br>DTG - CAB (Q148R/N155H)<br>BIC - CAB (Q148R/N155H) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 11<br>5<br>10<br>4<br>0<br>0 |
| **Figure 5 Antiviral Data and Supplementary Table 4** | | DTG – BIC (T66I/E157Q)<br>DTG - CAB (G140S/N155H)<br>CAB – BIC (Y143H/N155H) | CAB – BIC (T66I/E157Q)<br>BIC - CAB (G140S/N155H) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 1<br>0<br>1<br>1<br>2<br>0 |
| **Figure 6 Antiviral Data and Supplementary Table 5** | BIC - DTG (E138A/S147G/Q148R) | DTG - CAB (L74M/G140A/Q148R)<br>BIC - CAB (L74M/G140A/Q148R)<br>DTG - CAB (L74M/G140C/Q148R)<br>BIC - DTG (L74M/G140C/Q148R)<br>BIC - CAB (L74M/G140C/Q148R)<br>DTG - BIC (E138K/G140C/Q148R) | DTG - CAB (T97A/Y143R/Q148R)<br>BIC - CAB (T97A/Y143R/Q148R)<br>DTG - CAB (E138K/G140A/Q148K)<br>BIC - CAB (E138K/G140A/Q148K)<br>DTG - CAB (E138K/G140C/Q148R)<br>BIC - CAB (E138K/G140C/Q148R)<br>DTG - CAB (E138A/S147G/Q148R) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 6<br>2<br>5<br>1<br>0<br>0 |
| **Figure 7 Antiviral Data and Supplementary Table 6** | BIC - CAB (T66I/T97A/E157Q) | DTG - CAB (T66I/T97A/E157Q)<br>DTG - CAB (G140S/Y143R/N155H)<br>BIC - CAB (G140S/Y143R/N155H)<br>BIC - DTG (E92Q/N155H/G163R) | DTG - CAB (T97A/Y143R/N155H)<br>BIC - CAB (T97A/Y143R/N155H) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 3<br>1<br>3<br>0<br>0<br>0 |
| **Figure 8 Antiviral Data and Supplementary Table 7** | | CAB - DTG (T97A/G140S/Q148H)<br>BIC - CAB (T97A/G140S/Q148H)<br>DTG - CAB (E138K/G140S/Q148H)<br>DTG - CAB (G140S/Y143R/Q148H)<br>BIC - CAB (G140S/Y143R/Q148H)<br>DTG - CAB (G140S/Q148H/N155H)<br>BIC - CAB (G140S/Q148H/N155H)<br>DTG - CAB (G140S/Q148H/G163R) | BIC - DTG (T97A/G140S/Q148H)<br>DTG - CAB (E138A/G140S/Q148H)<br>BIC - CAB (E138A/G140S/Q148H)<br>BIC - DTG (E138K/G140S/Q148H)<br>BIC - CAB (E138K/G140S/Q148H)<br>BIC - DTG (G140S/Q148H/G163R)<br>BIC -CAB (G140S/Q148H/G163R) | BIC > CAB<br>BIC > DTG<br>DTG > CAB<br>DTG > BIC<br>CAB > BIC<br>CAB > DTG | 6<br>3<br>5<br>0<br>0<br>1 |

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 4** Antiviral activities of BIC and CAB against common INSTI-resistant single mutants. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant IN double mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against Q148H, Q148K, and Q148R and EVG versus Q148K and Q148R INSTI-resistant mutants were all > 100 nM

### Antiviral activities of CAB and BIC against a panel INSTI-resistant triple mutants that included a primary mutation (Q148H/K/R) and two additional mutations

We determined the antiviral activities of CAB, BIC, and the FDA-approved INSTIs against a panel of INSTI-resistant triple mutants that included a primary mutation at Q148 (H/K/R) with two additional mutations at primary or secondary positions. The panel of INSTI-resistant triple mutants included: T97A/Y143R/Q148H, T97A/Q148H/N155H, E138K/G140A/Q148K, L74M/G140A/Q148R, L74M/G140C/Q148R, E138K/G140C/Q148R, and E138A/S147G/Q148R (Fig. 8; Additional file 1: Table S5A). Overall, DTG and BIC showed similar antiviral profiles against these triple mutants, and in some cases, CAB also retained potency. DTG, BIC, and CAB potently inhibited ($EC_{50}s \leq 5$ nM) the T97A/Y143R/Q148H and E138K/G140A/Q148H INSTI-resistant triple mutants. The E138K/G140C/Q148R INSTI-resistant mutant caused only a small loss of potency to DTG ($5.3 \pm 1.0$ nM) and BIC ($8.2 \pm 1.1$ nM). This mutant showed a significant reduction in susceptibility to CAB ($134.2 \pm 0.3$ nM). The L74M/G140C/Q148R triple mutant was moderately susceptible to

BIC ($6.1 \pm 0.9$ nM) and DTG ($10.2 \pm 1.3$ nM). However, this mutant caused a massive loss in susceptibility to CAB ($220.3 \pm 41.2$ nM). The L74M/G140A/Q148R triple mutant with a different mutation at position G140, caused a modest loss of susceptibility to both DTG ($12.0 \pm 2.1$ nM) and BIC ($11.7 \pm 1.3$ nM); however, this also caused a substantial loss in susceptibility to CAB ($53.2 \pm 14.8$ nM). Finally, DTG, BIC, and CAB failed to retain potency against the E138K/G140A/Q148K INSTI-resistant triple mutant ($EC_{50}s > 200$ nM). The first generation INSTIs, RAL and EVG failed to retain potency against the entire panel of INSTI-resistant triple mutants, except for T97A/Y143R/Q148H, against which EVG showed modest inhibition, with an $EC_{50}$ value of $41.6 \pm 3.0$ nM. BIC had significantly higher potencies against two of the INSTI-triple mutants than DTG (one *p* value < 0.01, see Fig. 3 and Additional file 1: Table S5B), compared to one for DTG versus BIC against the triple mutants in this panel. Both BIC and DTG were more effective than CAB. BIC had better efficacies than CAB against six of the triple mutants (four *p* values < 0.001); DTG was better than CAB for five of the mutants in this panel (three *p* values < 0.001).

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 5** Antiviral activities of BIC and CAB against a panel of INSTI-resistant double mutants that have a primary mutation at position Q148. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant double mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL and EVG against this entire panel (except for EVG versus Y143R/Q148H) were all > 100 nM. The $EC_{50}$ values of DTG against G140A/Q148K, CAB versus E138K/Q148K, G140A/Q148K, G140S/Q148K, and BIC against G140A/Q148K were all > 100 nM

## Antiviral activities of CAB and BIC versus a panel of INSTI-resistant triple mutants that consists of a primary mutation at T66I and N155H with additional secondary mutations

We examined CAB, BIC, and the FDA-approved INSTIs, against a panel of INSTI-triple mutants that included T66I/T97A/E157Q, T97A/Y143R/N155H, G140S/Y143R/N155H, and E92Q/N155H/G163R (Fig. 9; Additional file 1: Table S6A). The triple mutant T66I/T97A/E157Q is an EVG-resistant mutant and, as expected, this mutant showed a substantial decrease in potency to EVG (69.4 ± 11.8 nM) and a lesser loss of potency to RAL (33.5 ± 8.7 nM). In contrast, DTG (0.5 ± 0.1 nM), BIC (0.4 ± 0.2 nM), and CAB (0.8 ± 0.1 nM) retained full potency against this triple mutant. Additionally, DTG, BIC, and CAB retained high antiviral potencies against the E92Q/N155H/G163R INSTI-resistant triple mutant ($EC_{50} < 5$ nM). The G140S/Y143R/N155H triple mutant was susceptible to both DTG (2.6 ± 0.3 nM) and BIC (2.1 ± 0.1 nM), but it caused a moderate loss in potency to CAB (20.0 ± 3.5 nM). Both DTG and BIC retained significant potency against the T97A/Y143R/N155H triple mutant, 8.5 ± 1.5 nM and 8.2 ± 1.7 nM,

respectively, whereas CAB lost substantial potency (142.2 ± 8.3 nM). RAL and EVG both failed to potently inhibit the T97A/Y143R/N155H, G140S/Y143R/N155H, and E92Q/N155H/G163R INSTI-resistant triple mutants ($EC_{50}$s > 90 nM). Both DTG and BIC were more effective than CAB; each one had a significantly higher potency than CAB against 3 of the triple mutants in this panel (at least one *p* value < 0.001; see Fig. 3 and Additional file 1: Table S6B). BIC was significantly better than DTG against one of the triple mutants (*p* value < 0.01).

## Antiviral activities of CAB and BIC against a panel of INSTI-resistant triple mutants that include the well-characterized RAL-resistant double mutant G140S/Q148H and an additional secondary mutation

We tested the antiviral potencies of CAB, BIC, and the FDA-approved INSTIs against a panel of INSTI-resistant triple mutants that included the RAL-resistant G140S/Q148H double mutations with an additional mutation: T97A, E138A/K, Y143R, N155H, or G163K (Fig. 10; Additional file 1: Table S7A). As expected, both of the first generation INSTIs, RAL and EVG, were ineffective against this panel of six INSTI-resistant triple mutants

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 6** Antiviral activities of BIC and CAB against a panel of INSTI-resistant double mutants that included the primary mutations T66I and N155H with additional mutations at other positions. The E138A/G140S/Q148H and N155H/Q148H INSTI-resistant mutants. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant double mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against this entire panel of INSTI-resistant double mutants were all > 100 nM. The $EC_{50}$ values of EVG against E92Q/N155H and Y143H/N155H were all > 100 nM

($EC_{50}$s > 5000 nM). In addition, DTG, which potently inhibited the G140S/Q148H INSTI-resistant double mutant ($EC_{50}$ < 5 nM) showed a loss of potency against the INSTI-resistant triple mutants. The E138A/G140S/Q148H, G140S/Y143R/Q148H, and G140S/Q148H/G163K triple mutants caused modest drops in potency, from $13.8 \pm 4.8$ nM, to $7.7 \pm 2.0$ nM, and $24.3 \pm 1.1$ nM, respectively. However, the INSTI-resistant triple mutants T97A/G140S/Q148H, E138K/G140S/Q148H, and G140S/Q148H/N155H caused substantial reductions in potency ($EC_{50}$s ≥ 55 nM). CAB was not broadly active against these INSTI-resistant triple mutants; most of the mutants caused significant drops in susceptibility to CAB. Conversely, for this panel of mutants, BIC was more effective than DTG in retaining potency. BIC showed at most a modest loss in potency against E138A/G140S/Q148H, E138K/G140S/Q148H, G140S/Y143R/Q148H, and G140S/Q148H/G163K ($EC_{50}$s < 10 nM). However, the INSTI-resistant triple mutant T97A/G140S/Q148H caused a larger reduction in susceptibility to BIC ($29.5 \pm 4.4$ nM). Thus, BIC was superior to the other INSTIs in terms of its ability to retain antiviral activity against this set of triple mutants. BIC was the

superior INSTI against this panel of triple mutants, as it had significantly better potencies against five INSTI-resistant triple mutants than CAB (2 *p* values < 0.01 and 3 *p* values < 0.001, see Fig. 3 and Additional file 1: S7B) and three triple mutants than DTG (*p* values < 0.001). DTG was a better INSTI than CAB as it had higher efficacies against five triple mutants than CAB.

### Homology modeling of the binding of BIC and CAB into the HIV-1 IN active site using PFV intasome structural data

Using the previously reported crystal structure of the PFV intasome with DTG bound at the catalytic site (PDB ID: 3S3M) [15] and the structure of the HIV-1 IN strand transfer complex (STC) solved by electron microscopy as a template (PDB ID: 5U1C) [40], homology models were prepared of BIC and CAB bound to the HIV-1 intasome (Fig. 11, panels B and C). Modeling allowed us to (1) understand better how BIC and CAB bind in the HIV-1 IN active site and (2) to identify structural features that may help (or hinder) these INSTIs in overcoming INSTI-resistant mutants. The chelating motifs of BIC and CAB aligned similarly to

Smith *et al. Retrovirology* (2018) 15:37

| Overall Comparison | BIC > CAB | 39 |
|---|---|---|
| | BIC > DTG | 14 |
| | DTG > CAB | 33 |
| | DTG > BIC | 10 |
| | CAB > BIC | 3 |
| | CAB > DTG | 3 |
| *p*-Value < 0.025 | BIC > CAB | 1 |
| | BIC > DTG | 3 |
| | DTG > CAB | 1 |
| | DTG > BIC | 1 |
| | CAB > BIC | 0 |
| | CAB > DTG | 0 |
| *p*-Value < 0.01 | BIC > CAB | 17 |
| | BIC > DTG | 7 |
| | DTG > CAB | 18 |
| | DTG > BIC | 5 |
| | CAB > BIC | 1 |
| | CAB > DTG | 3 |
| *p*-Value < 0.001 | BIC > CAB | 21 |
| | BIC > DTG | 4 |
| | DTG > CAB | 14 |
| | DTG > BIC | 4 |
| | CAB > BIC | 2 |
| | CAB > DTG | 0 |

**Fig. 7** Overall Comparison of the statistical significance of the antiviral data among DTG, CAB, and BIC. The Student's *t* test was used to calculate the statistical significance of the differences in the antiviral activities of the INSTIs. The *p* values < 0.025, < 0.01, and < 0.001 between DTG, CAB, and BIC were used to decide which INSTIs were more broadly efficacious against the mutants

DTG (Fig. 11, panel D), as did the halobenzyl moieties, which have $\pi-\pi$ hydrophobic stacking interactions with the penultimate cytosine on the 3′ ends of the viral DNA. However, it is the "left" side of the tricyclic ring system of BIC, which is the portion of the INSTI that is distal to the end of the viral DNA, and has an oxazepine ring which features a methylene bridge and lacks a methyl group, that appears to distinguish BIC from DTG. This cyclic modification can, in the model, adopt and maintain a different configuration from the components on the left side of DTG and CAB. Both the methyl-modified oxazine ring of DTG and the methyl-modified oxazole ring of CAB appear to be more constrained than the oxazepine ring of BIC. The greater flexibility of the oxazepane ring allows it to bend backwards or forwards, depending on the exact geometry of the active site, which can be modified by nearby mutations. Thus, the apparent greater conformational flexibility of the oxazepine ring could allow BIC to bind tightly to the various INSTI-resistant mutants, such as G118R and S119R, which affect the periphery of the IN active site, and limit the modifications that can be added to the "left" side of the INSTI scaffold distal to the end of the viral DNA (unpublished observations). Conversely, the oxazole ring of CAB is pointed out and away from the position occupied by the corresponding oxazine ring of DTG (Fig. 11, panel B), and its methyl group does not appear to be in a position to make an important contribution to binding, which is in good agreement with the data of Yoshinaga et al. [41], which appeared when this manuscript was in review. This could account for the fact that, although CAB and DTG adopt similar spatial orientations when bound to the IN active site, DTG is much more broadly effective against INSTI-resistant mutants (see "Discussion").

## Discussion

The relatively recent development of INSTIs as potent and effective HIV-1 inhibitors permits improved treatment strategies for HIV-1 infected patients. In general, INSTIs are minimally toxic and work well in combination with other ARV drug classes [20, 42–44]. In addition, DTG appears not to readily select for resistance mutations. DTG is now widely used in therapies for the treatment of both naïve and experienced patients [11, 12, 16, 18, 19]. However, patients in advanced clinical trials that were previously on a RAL-based therapy, who switched to a DTG-based salvage therapy, have shown signs of virological failure. In some cases, additional resistance mutations were selected [25, 26]. Therefore, there is a need for new INSTIs that can overcome emerging INSTI-resistant mutants.

BIC and CAB are now in late stage clinical trials [45–48]. Based on our antiviral analysis of the ability of these new INSTIs to inhibit previously identified INSTI-resistant single, double, and triple mutants in a single round replication assay, it appears that both BIC and CAB are both more broadly effective than either of the first generation INSTIs, RAL and EVG. However, in terms of their ability to inhibit the fifty-seven INSTI-resistant mutants we tested, BIC was significantly better than DTG against fourteen out of the mutants (Fig. 7; seven featured *p* values < 0.01, whereas four had *p* values < 0.001). BIC was also better than CAB against thirty-nine of the mutants (twenty-one had *p* values < 0.001). Conversely, DTG was better than BIC against ten of the mutants tested (four with *p* values < 0.001) and better than CAB

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 8** Antiviral activities of BIC and CAB against a panel INSTI-resistant triple mutants that included a primary mutation (Q148H/K/R) and two additional mutations. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant triple mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n = 4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL and EVG versus this entire panel of INSTI-resistant triple mutants were all > 100 nM. The $EC_{50}$ values of DTG against E138K/G140A/Q148K, CAB versus E138K/G140A/Q148K, L74M/G140C/Q148R, and E138K/G140C/Q148R, and BIC against E138K/G140A/Q148K were all > 100 nM

for thirty-three of the mutants (fourteen with *p* values < 0.001). CAB was better than BIC and DTG for three mutants each (all three *p* values < 0.01 for DTG and two *p* values < 0.001 for BIC). Overall, our conclusions concerning the relative efficacies of the new INSTIs against mutants are in good agreement with the data of Yoshinaga et al. [41] and Neogi et al. [49], which appeared when this manuscript was in review.

Given the complexities of pharmacology, a significant difference in the behavior of a drug against a particular mutant (or mutants) may or may not translate directly into a desirable clinical outcome. However, given the problems that arise with drug resistance, it is likely that, among related compounds, those that are more broadly effective against resistant viruses will have an advantage in the clinic. In addition, in comparing the potencies of the compounds, the single round assay allows us to directly compare the efficacies of the new INSTIs against INSTI-resistant mutants in a reproducible and accurate manner. The single round assay avoids the issue of the effects of the mutations on the replication capacity, which, in turn, affects the number of viral life cycles in

assays done with replication competent viruses, and by extension, can affect the $EC_{50}$s.

Having a better understanding of how INSTIs bind to HIV-1 IN is an important part of developing more effective new drugs. However, superpositioning the available PFV and HIV IN structures has revealed differences in the PFV and HIV-1 IN active sites [15, 40]. Notably, the β4α2 loops are in different positions relative to the IN active site and there are differences in the structures and locations of the C-terminal domains (CTDs) near the IN active site. Thus, the contacts and interactions between INSTIs and the PFV intasome might not correspond exactly to the related contacts in the HIV-1 intasome. Until the structure of the HIV-1 intasome with these INSTIs bound is solved, HIV-1 IN models based on the structures of the PFV template with bound INSTIs and the available HIV-1 strand transfer (STC) structures can be used to predict how new INSTIs will bind to the HIV-1 intasome. DTG, BIC, and CAB are similar chemically and structurally. Not surprisingly, based on the model we built using the available structural information, all three compounds adopt similar configurations within

Smith *et al. Retrovirology*  (2018) 15:37



**Fig. 9** Antiviral activities of BIC and CAB versus a panel of INSTI-resistant triple mutants that consists of a primary mutation at T66I and N155H with additional secondary mutations. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant triple mutants in single round infection assays. Error bars represent the standard deviations of the data from independent experiments (n = 4). The $EC_{50}$ value shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL against T97A/Y143R/N155H, G140S/Y143R/N155H, and E92Q/N155H/G163R were all > 100 nM. The $EC_{50}$ values of EVG versus T97A/Y143R/N155H and E92Q/N155H/G163R and CAB against T97A/Y143R/N155H were all > 100 nM

the active site of HIV-1 IN. It appears that the structural differences on the "left side" of these INSTIs, the part of the pharmacophore away from the 3′ end of the viral DNA, are largely responsible for their different resistance profiles.

Although there are similarities, as noted above, BIC is better than DTG, and DTG is better than CAB, in terms of their respective abilities to broadly inhibit the known IN mutants. We think it is likely that BIC is more broadly effective in its ability to inhibit a range of INSTI-resistant mutants, because it is better able to adjust its conformation, in response to the changes in the shape of the active site caused by the various resistance mutations. Thus, as has been proposed for the binding of non-nucleoside reverse transcriptase inhibitors (NNRTIs) to HIV-1 RT [50–53], the most broadly potent compounds are those that are able to adjust their binding mode and/or their configuration in response to changes in and around the IN active site. As briefly discussed earlier, BIC has an oxazepine ring with a methylene bridge appended to its chelating scaffold, which differs from the oxazine ring of DTG. It appears, based on the models, that the oxazepine ring of BIC is more flexible, which would allow it to be more conformationally adaptable. The introduction

of resistance mutations in residues in and around the IN active site may cause alterations in the active site geometry. These changes could potentially affect the binding of relatively rigid compounds, giving rise to resistance. The greater flexibility of the extended ring system of BIC may help it adapt to changes in the geometry in the IN active site, allowing BIC to overcome many of the known IN resistance mutations. However, the details of the binding of BIC, particularly to the INSTI-resistant forms of HIV-1 IN, will require additional high resolution structural data. Conversely, the methyl-modified oxazole ring of CAB does not appear to be in a favorable position to interact with WT IN. In addition, it does not appear to be conformationally adaptable. As a consequence, CAB may have difficulty overcoming the changes in the geometry of the active site of HIV IN caused by resistance mutants.

Generally speaking, the second generation INSTIs (DTG, BIC, and CAB) are much more proficient at inhibiting these INSTI-resistant mutants than RAL and EVG. Based on the data from our panel of mutants, DTG and BIC are more broadly effective against the mutants than CAB (Fig. 3). The potency of the second generation INSTIs can be affected by triple mutants which arise when mutations at G140 (A/C/S) and Q148 (H/R) are

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 10** Antiviral activities of CAB and BIC against a panel of INSTI-resistant triple mutants that include the well-characterized RAL-resistant double mutant G140S/Q148H plus an additional secondary mutation. The $EC_{50}$ values were determined using vectors that carry the INSTI-resistant triple mutants in single round infection assays. Error bars represent the standard deviations in the data from independent experiments (n=4). The $EC_{50}$ values shown in the figure have a maximum of 100 nM. The $EC_{50}$ values of RAL and EVG against this entire panel of INSTI-resistant triple mutants were all > 100 nM. The $EC_{50}$ values of CAB against G140S/Y143R/Q148H and G140S/Q148H/N155H were all > 100 nM

combined with the polymorphic mutation at L74M or T97A. Although it is not entirely clear how frequently L74M and T97A occur in either B or non-B HIV-1 subtypes in INSTI-naïve patients, it is possible that, when these polymorphisms are present, that they could affect the development of resistance.

## Conclusions

Based on these results, BIC appears to be a very promising INSTI. CAB has obvious disadvantages in terms of its breadth of antiviral potency relative to both BIC and DTG. However, CAB may have other advantages; it can be formulated as a long-acting compound that can be injected into patients once every 2–3 months [46, 47]. Nonetheless, based on experience with previous ARV drugs, in the long-term, resistant viruses will emerge. Thus, it is likely that at least some of the compounds that are broadly effective against the known mutants will be successful. This idea is underscored by the fact that, currently, in Washington DC, where the levels of HIV infection is still high, approximately 20% of new cases involve

a HIV strain that has at least one drug resistance mutation [54].

## Methods

### INSTI synthesis

Acquisition of RAL, EVG, and DTG was previously described [15, 55, 56]. BIC was obtained from Pharma-Block (Cat. No. PBLJ8958) and CAB was obtained from AbovChem LLC (Cat. No. HY-15592).

### Cell-based assays

Single-round viral infectivity assays, using HIV-1 vectors that express either WT or mutant forms of IN, were used to determine antiviral potencies ($EC_{50}$ values) of the compounds as previously described [57]. The Student's *t* test was used to calculate the *p* values used to determine statistical significance.

### Vector constructs

The vector pNLNgoMIVR-ΔENV.LUC has been described previously [36]. To produce the new IN mutants used in this study, the IN open reading frame

Smith *et al. Retrovirology* (2018) 15:37



**Fig. 11** Modeling BIC and CAB into the PFV Intasome. The four panels show models of DTG, CAB, or BIC bound in the active site of HIV-1 IN. The upper left panel **a** shows a model of DTG (cyan) bound to HIV-1 IN. The upper right panel **b** shows a model of CAB (green) bound to the active site of the HIV-1 IN using DTG (cyan) as the template. The lower left panel **c** shows a model of BIC (magenta) bound to the active site of HIV-1 IN using DTG (cyan) as the template. The lower right panel **d** shows an overlay of the binding of DTG (cyan), BIC (magenta), and CAB (green) to HIV-1 IN, specifically showing how the "left-side" of these three INSTIs, the part of pharmacophores distal from the end of the viral DNA, interact with HIV-1 IN. All four panels show the Mg²⁺ cofactors rendered in space-filling format (slate gray) interacting with the chelating motifs of each of the INSTIs. HIV-1 IN is depicted in multi-colored ribbons with active site residues D64, D116, and E152 labeled in red and rendered in dark gray ball and stick format

was removed from pNLNgoMIVR-ΔENV.LUC by digestion with KpnI and SalI and resulting fragment was inserted between the KpnI and SalI sites of pBluescript KS+. Using that construct as the wild-type template, we prepared the following HIV-1 IN mutants using the QuikChange II XL site directed mutagenesis kit (Agilent Technologies, Santa Clara, CA) protocol: M50I, L74M, T97A, S119R, E138K, G140S, Q146L, Q146P, Q148H, Q148K, Q148R, S153Y, T66I/E157Q, E92Q/N155H, T124A/153Y, E138A/Q148R, E138K/Q148K, E138K/Q148R, E138K/263K, G140A/Q148H, G140A/Q148K, G140A/Q148R, G140C/Q148R, G140S/Q148K, G140S/Q148R, G140S/N155H, Y143H/N155H, Y143R/Q148H, Y143R/N155H, Q148H/N155H, Q148R/N155H, N155H/G163R, T66I/T97A/E157Q, L74M/G140A/Q148R, L74M/G140C/Q148R, E92Q/N155H/G163R, T97A/G140S/Q148H, T97A/Y143R/Q148H, T97A/Y143R/N155H, T97A/Q148H/N155H, E138A/G140S/Q148H, E138A/S147G/Q148R, E138K/G140A/Q148K, E138K/G140C/Q148R, E138K/G140S/Q148H, G140S/Y143R/Q148H, G140S/Y143R/N155H, G140S/Q148H/N155H, and G140S/Q148H/G163K. The following sense oligonucleotides were used with matching cognate antisense oligonucleotides (not shown) (Integrated DNA Technologies, Coralville, IA) in the mutagenesis: M50I, 5′-CAG CTAAAAGGGGAAGCCATTCATGGACAAGTAGAC

Case 1:18-cv-00224-CFC-CJB   Document 303   Filed 06/24/20   Page 151 of 181 PageID #: 24724

Smith *et al. Retrovirology* (2018) 15:37
Page 14 of 18

TGT-3′; T66I, 5′- ATATGGCAGCTAGATTGTATT CATTTTAGAAGGAAAAGTT-3′; L74M, 5′- TTAGAA GGAAAAGTTTATCATGGTAGCAGTTCATGTAGCC-3′; E92Q, 5′- GCAGAAGTAATTCCAGCACAAACA GGGCAAGAAACAGCA-3′; T97A, 5′- GCAGAGACA GGGCAAGAAGCTGCATACTTCCTCTTAAAA-3′; S119R, 5′- GTACATACAGACAATGGCCGTAATTTC ACCAGTACTACA-3′; E138A, 5′- TGGGCGGGGATC AAGCAGGCTTTTGGCATTCCCTACAAT-3′; E138K, 5′- TGGGCGGGGATCAAGCAGAAATTTGGCATT CCCTACAAT-3′; G140A, 5′- GGGATCAAGCAGGAA TTTGCTATTCCCTACAATCCCCAA-3′; G140C, 5′- GGGATCAAGCAGGAATTTTGTATTCCCTACAAT CCCCAA-3′; G140S, 5′-GGGATCAAGCAGGAATTT TCCATTCCCTACAATCCCCAA-3′; Y143H, 5′- CAG GAATTTGGCATTCCCCATAATCCCCAAAGTCAA GGA-3′; Y143R, 5′-CAGGAATTTGGCATTCCCAGA AATCCCCAAAGTCAAGGA-3′; Q146L, 5′- GGCATT CCCTACAATCCCTTAAGTCAAGGAGTAATAGAA-3′; Q148H, 5′-TACAATCCCCAAAGTCACGGAGTA ATAGAATCT-3′; Q148K, 5′- CCCTACAATCCCCAA AGTAAAGGAGTAATAGAATCTATG-3′; Q148R, 5′- CCCTACAATCCCCAAAGTCGTGGAGTAATAGAA TCTATG-3′; S153Y, 5′- AGTCAAGGAGTAATAGAA TATATGAATAAAGAATTAAAG-3′; N155H, 5′-GGA GTAATAGAATCTATGCATAAAGAATTAAAGAAA ATT-3′; 5′-E157Q, 5′-ATAGAATCTATGAATAAACAA TTAAAGAAAATTATAGGA-3′; G163K, 5′- GAATTA AAGAAAATTATAAAACAGGTAAGAGATCAGGCT -3′, G163R, 5′ -GAATTAAAGAAAATTATACGTCAG GTAAGAGATCAGGCT -3′, E138K for G140S/Q148H, 5′- TGGTGGGCGGGGATCAAGCAGAAATTTTCC ATTCCCTACAATCCC-3′; S147G for E138A/Q148R, 5′- ATTCCCTACAATCCCCAAGGTCGTGGAGTAATA GAATCT-3′; E138K for G140C/Q148R, 5′- TGGGCG GGGATCAAGCAGAAATTTTGTATTCCCTACAAT-3′; E138K for G140A/Q148K, 5′- TGGGCGGGGATC AAGCAGAAATTTGCTATTCCCTACAAT-3′; E138A for G140S/Q148H, 5′- TGGGCGGGGATCAAGCAG GCATTTTCCATTCCCTACAAT-3′; Y143R for Y143R/Q148H, 5′-CAGGAATTTGGCATTCCCAGAAAT CCCCAAAGTCACGGA-3′; Y143R for G140S/Q148H, 5′-CAGGAATTTTCCATTCCCAGAAATCCCCAA AGTCACGGA-3′; Y143R for G140S/N155H, 5′-CAG GAATTTTCCATTCCCAGAAATCCCCAAAGTCAA GGA-3′.

The following IN mutants from Fig. 2 (Additional file 1: Tables S1A and S1B), H51Y, T66I, E92Q, G118R, Y143R, N155H, R263K, H51Y/R263K, and G140S/Q148H have been described [35]. The remaining E138K/R263K double mutant was made using the previously constructed E138K mutant and the appropriate listed R263K oligonucleotides, which were used to add the second mutation.

The IN mutants from Fig. 4 (Additional file 1: Tables S2A and S2B), which includes M50I, L74M, T97A, S119R, E138K, G140S, Q146L, Q146P, Q148H, Q148K, Q148R, and S153Y, were constructed as described above using the appropriate listed oligonucleotides.

The IN mutants from Fig. 5 (Additional file 1: Tables S3A and S3B), were made as followed. The E138A/Q148R and E138K/Q148R double mutants were made using the previously generated Q148R mutant and the E138A and E138K oligonucleotides, respectively, to add the second mutation. The E138K/Q148R double mutant was constructed using the previously made E138K mutant and the appropriate Q148K oligonucleotides, which were used to add the second mutation. The G140A/Q148H and G140A/Q148K double mutants were made with the previously constructed G140A mutant and the appropriate oligonucleotides for the second mutation either Q148H or Q148K, respectively. The double mutants G140A/Q148R and G140C/Q148R were made with the previously generated Q148R mutant and the oligonucleotides for the second mutation, either G140A or G140C, respectively. The double mutants G140S/Q148K and G140S/Q148R were made using the previously generated G140S mutant and appropriate oligonucleotides for the second mutation, either Q148K or Q148R, respectively. The double mutants Q148H/N155H and Q148R/N155H were made using the previously generated N155H mutant and appropriate oligonucleotides for the second mutation, either Q148H or Q148R, respectively. The double mutant Y143R/Q148H was made using the previously generated Q148H mutant and appropriate oligonucleotides to introduce the second mutationY143R.

The IN mutants from Fig. 6 (Additional file 1: Tables S4A and S4B), were made as followed. The T66I/E157Q double mutant was made using the previously generated T66I mutant and the appropriate E157Q oligonucleotides to add the second mutation. The double mutants E92Q/N155H, G140S/N155H, Y143H/N155H, Y143R/N155H, and N155H/G163R were made using the previously generated N155H mutant and appropriate oligonucleotides for the second mutation, either E92Q, G140S, Y143H, Y143R, or G163R, respectively.

The IN mutants from Fig. 8 (Additional file 1: Tables S5A and S5B), were constructed as followed. The L74M/G140A/Q148R triple mutant was made using the previously generated G140A/Q148R double mutant and the oligonucleotides for the third mutation, L74M. The triple mutant L74M/G140C/Q148R was made with the previously generated G140C/Q148R double mutant and the oligonucleotides for the third mutation, L74M. The triple mutant T97A/Y143R/Q148H was constructed using the previously generated Y143R/Q148H double mutant and the appropriate oligonucleotides for the third mutation,

Smith *et al. Retrovirology* (2018) 15:37

T97A. The triple mutant E138K/G140C/Q148R was made using the previously generated G140C/Q148R double mutant and the appropriate oligonucleotides to create the third mutation, E138K. The triple mutant T97A/Q148H/N155H was made using the previously constructed Q148H/N155H double mutant and the appropriate oligonucleotides for the third mutation, T97A. The triple mutant E138A/S147G/Q148R was made with the previously generated E138A/Q148R double mutant and oligonucleotides to make the third mutation, S147G. The triple mutant E138K/G140A/Q148K was made using the previously constructed double mutant G140A/Q148K double mutant and the appropriate oligonucleotides to make the third mutation, E138K.

The IN mutants from Fig. 9 (Additional file 1: Tables S6A and S6B) were made as followed. The T66I/T97A/E157Q triple mutant was made using the previously generated T66I/E157Q double mutant and the oligonucleotides for the third mutation, T97A. The E92Q/N155H/G163R triple mutant was made using the previously generated E92Q/N155H double mutant and the oligonucleotides for the third mutation, G163R. The triple mutant G140S/Y143R/N155H was made using the previously constructed G140S/N155H double mutant and the correct oligonucleotides to create the third mutation, Y143R. The triple mutant T97A/Y143R/N155H was made with the previously generated Y143R/N155H double mutant and the appropriate oligonucleotides for the third mutation, T97A.

The IN mutants from Fig. 10 (Additional file 1: Tables S7A and S7B), were constructed as followed. The triple mutants T97A/G140S/Q148H, G140S/Q148H/N155H, and G140S/Q148H/G163K were each made with the previously generated G140S/Q148H double mutant and the appropriate oligonucleotides for the third mutation, either T97A, N155H, or G163K, respectively. The triple mutant was E138A/G140S/Q148H was made using the previously constructed G140S/Q148H double mutant and oligonucleotides to make the third mutation E138A. The triple mutant E138K/G140S/Q148H was made using the previously generated G140S/Q148H double mutant and the correct oligonucleotides to make the third mutation, E138K. The triple mutant G140S/Y143R/Q148H was made using the previously constructed G140S/Q148H double mutant and the appropriate oligonucleotides to make the third mutation Y143R.

The DNA sequence of each construct was verified independently by DNA sequence determination. The mutated IN coding sequences from pBluescript KS+ were then subcloned into pNLNgoMIVR-ΔEnv.LUC (between the KpnI and SalI sites) to produce mutant HIV-1 constructs; the sequence of the final construct was checked by DNA sequencing.

### Computer modeling

All modeling was conducted using MOE 2016.0802 (Chemical computing group, Montreal, Quebec, Canada). The sequences and structures of DTG bound in the PFV intasome (PDB ID: 3S3M) and HIV-1 IN (PDB ID: 5U1C) served as the structural templates to construct a HIV-1 IN model with DTG bound in the active site. First, the N-terminal portions of the NTD, CCD, and CTD domains of the PFV and HIV-1 IN were used to align the domains properly. Next the sequences and structures of HIV-1 and PFV INs were aligned so that the HIV IN sequence was matched to superpose the HIV-1 and PFV IN. The coordinates of the HIV-1 IN structure (PDB ID: 5U1C) from the aforementioned alignment were used as the IN template to construct the HIV-1 IN model. This structure was modified to fit the structural coordinates of DTG, $Mg^{2+}$ cofactors, and the viral DNA from the PFV intasome (PDB ID: 3S3M). The model of the HIV-1 intasome with DTG bound was energy minimized using a PFROSST force-field with relative field solvation as recommended by the manufacturer. The new HIV-1 IN model was then aligned (structure only) with the HIV-1 IN structure (PDB ID: 5U1C) from the aforementioned alignment with PFV IN (PDB ID: 3S3M) and aligned to a RMSD value of 0.82 Å. Additionally, the new HIV-1 IN model was aligned with the previously solved HIV-1 IN structure (PDB ID: 5U1C) and aligned to a RMSD value of 1.12 Å. The surface (Van der Waals) of DTG was determined to locate possible steric clashes with the active site residues in the model. To identify potential contacts with CAB and BIC, both INSTIs were docked using DTG as the template. CAB or BIC were placed using the triangle matcher method and scored with London dG with approximately 30 poses and then the putative ligand poses were further refined using the rigid receptor method in MOE and scored with the GBVI/WSA dG function. If the expected ligand poses were not created, a pharmacophore editor tool in the docking function was used to add certain features that made the appropriate docking of CAB or BIC to DTG easier to view and the resulting structures were refined in the manner described above. The poses with the best docking scores were selected based on how well the bound compounds overlay with the DTG scaffold, bound to $Mg^{2+}$, and how well their halogenated benzyl moiety interacted hydrophobically through $\pi-\pi$ stacking with the penultimate cytosine on the 3′ end of the bound viral DNA. Docking poses images were refined using MolSoft ICM Pro software version 3.8-5 (MolSoft LLC, San Diego, CA).

## Additional file

**Additional file 1.** Two sets of supplementary tables are included for Figs. 2, 4, 5, 6, 8, 9, and 10. One set of tables (**A**) shows the antiviral activities of the INSTIs against INSTI-resistant mutants and the other set of tables (**B**) shows the statistical significance (*p* values) when comparing antiviral activities against INSTI-resistant mutants among the INSTIs.

### Abbreviations

INSTIs: integrase strand transfer inhibitors; ARV: antiretroviral; STC: strand transfer complex; HIV: human immunodeficiency virus; PFV: prototype foamy virus; NNRTIs: non-nucleoside reverse transcriptase inhibitors; FDA: Food and Drug Administration; $EC_{50}$: half maximal inhibitory concentration.

### Author details

[1] HIV Dynamics and Replication Program, National Cancer Institute-Frederick, National Institutes of Health, Frederick, MD, USA. [2] Chemical Biology Laboratory, National Cancer Institute-Frederick, National Institutes of Health, Frederick, MD, USA.

### Acknowledgements

The authors would like to thank Teresa Burdette for help in preparing the manuscript, Alan Kane for help with the figures, and Brian Luke for help with the statistical analysis. This research was supported by the Intramural Research Programs of the National Cancer Institute and the Intramural AIDS Targeted Antiviral Program.

### Authors' contributions

SS performed the experiments. SS and SH designed the experiments. SS, XZ, TB, and SH analyzed the data. XZ and TB contributed with compounds and imaging software. SS and SH drafted the manuscript. All authors read and approved the final manuscript.

### Competing interests

The authors declare that they have no competing interests.

### Availability of data and materials

The datasets used and/or analyzed during the current study are available from the corresponding author on reasonable request.

### Consent for publication

Not applicable.

### Ethics approval and consent to participate

Not applicaable.

### Funding

This research was supported by the Intramural Research Programs of the National Cancer Institute.

## Publisher's Note

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Received: 27 February 2018   Accepted: 4 May 2018
Published online: 16 May 2018

### References

1. Bushman FD, Craigie R. Activities of human immunodeficiency virus (HIV) integration protein in vitro: specific cleavage and integration of HIV DNA. Proc Natl Acad Sci USA. 1991;88:1339–43.
2. Engelman A, Mizuuchi K, Craigie R. HIV-1 DNA integration: mechanism of viral DNA cleavage and DNA strand transfer. Cell. 1991;67:1211–21.
3. Hazuda DJ, Felock P, Witmer M, Wolfe A, Stillmock K, Grobler JA, Espeseth A, Gabryelski L, Schleif W, Blau C, Miller MD. Inhibitors of strand transfer that prevent integration and inhibit HIV-1 replication in cells. Science. 2000;287:646–50.
4. Wainberg MA, Mesplede T, Raffi F. What if HIV were unable to develop resistance against a new therapeutic agent? BMC Med. 2013;11:249.
5. Hare S, Gupta SS, Valkov E, Engelman A, Cherepanov P. Retroviral intasome assembly and inhibition of DNA strand transfer. Nature. 2010;464:232–6.
6. Metifiot M, Johnson B, Smith S, Zhao XZ, Marchand C, Burke T, Hughes S, Pommier Y. MK-0536 inhibits HIV-1 integrases resistant to raltegravir. Antimicrob Agents Chemother. 2011;55:5127–33.
7. Zhao XZ, Smith SJ, Metifiot M, Johnson BC, Marchand C, Pommier Y, Hughes SH, Burke TR Jr. Bicyclic 1-hydroxy-2-oxo-1,2-dihydropyridine-3-carboxamide-containing HIV-1 integrase inhibitors having high antiviral potency against cells harboring raltegravir-resistant integrase mutants. J Med Chem. 2014;57:1573–82.
8. Zhao XZ, Smith SJ, Metifiot M, Marchand C, Boyer PL, Pommier Y, Hughes SH, Burke TR Jr. 4-amino-1-hydroxy-2-oxo-1,8-naphthyridine-containing compounds having high potency against raltegravir-resistant integrase mutants of HIV-1. J Med Chem. 2014;57:5190–202.
9. Ballantyne AD, Perry CM. Dolutegravir: first global approval. Drugs. 2013;73:1627–37.
10. Shah BM, Schafer JJ, Desimone JA Jr. Dolutegravir: a new integrase strand transfer inhibitor for the treatment of HIV. Pharmacotherapy. 2014;34:506–20.
11. Walmsley SL, Antela A, Clumeck N, Duiculescu D, Eberhard A, Gutierrez F, Hocquéloux L, Maggiolo F, Sandkovsky U, Granier C, et al. Dolutegravir plus abacavir-lamivudine for the treatment of HIV-1 infection. N Engl J Med. 2013;369:1807–18.
12. Clotet B, Feinberg J, van Lunzen J, Khuong-Josses MA, Antinori A, Dumitru I, Pokrovskiy V, Fehr J, Ortiz R, Saag M, et al. Once-daily dolutegravir versus darunavir plus ritonavir in antiretroviral-naive adults with HIV-1 infection (FLAMINGO): 48 week results from the randomised open-label phase 3b study. Lancet. 2014;383:2222–31.
13. Johns BA, Kawasuji T, Weatherhead JG, Taishi T, Temelkoff DP, Yoshida H, Akiyama T, Taoda Y, Murai H, Kiyama R, et al. Carbamoyl pyridone HIV-1 integrase inhibitors 3. A diastereomeric approach to chiral nonracemic tricyclic ring systems and the discovery of dolutegravir (S/GSK1349572) and (S/GSK1265744). J Med Chem. 2013;56:5901–16.
14. Kobayashi M, Yoshinaga T, Seki T, Wakasa-Morimoto C, Brown KW, Ferris R, Foster SA, Hazen RJ, Miki S, Suyama-Kagitani A, et al. In Vitro antiretroviral properties of S/GSK1349572, a next-generation HIV integrase inhibitor. Antimicrob Agents Chemother. 2011;55:813–21.
15. Hare S, Smith SJ, Metifiot M, Jaxa-Chamiec A, Pommier Y, Hughes SH, Cherepanov P. Structural and functional analyses of the second-generation integrase strand transfer inhibitor dolutegravir (S/GSK1349572). Mol Pharmacol. 2011;80:565–72.
16. Cahn P, Pozniak AL, Mingrone H, Shuldyakov A, Brites C, Andrade-Villanueva JF, Richmond G, Buendia CB, Fourie J, Ramgopal M, et al. Dolutegravir versus raltegravir in antiretroviral-experienced, integrase-inhibitor-naive adults with HIV: week 48 results from the randomised, double-blind, non-inferiority SAILING study. Lancet. 2013;382:700–8.
17. Min S, Sloan L, DeJesus E, Hawkins T, McCurdy L, Song I, Stroder R, Chen S, Underwood M, Fujiwara T, et al. Antiviral activity, safety, and pharmacokinetics/pharmacodynamics of dolutegravir as 10-day monotherapy in HIV-1-infected adults. AIDS. 2011;25:1737–45.
18. Raffi F, Jaeger H, Quiros-Roldan E, Albrecht H, Belonosova E, Gatell JM, Baril JG, Domingo P, Brennan C, Almond S, et al. Once-daily dolutegravir versus twice-daily raltegravir in antiretroviral-naive adults with HIV-1 infection (SPRING-2 study): 96 week results from a randomised, double-blind, non-inferiority trial. Lancet Infect Dis. 2013;13:927–35.
19. Raffi F, Rachlis A, Stellbrink HJ, Hardy WD, Torti C, Orkin C, Bloch M, Podzamczer D, Pokrovsky V, Pulido F, et al. Once-daily dolutegravir versus raltegravir in antiretroviral-naive adults with HIV-1 infection: 48 week results from the randomised, double-blind, non-inferiority SPRING-2 study. Lancet. 2013;381:735–43.
20. van Lunzen J, Maggiolo F, Arribas JR, Rakhmanova A, Yeni P, Young B, Rockstroh JK, Almond S, Song I, Brothers C, Min S. Once daily dolutegravir (S/GSK1349572) in combination therapy in antiretroviral-naive adults with HIV: planned interim 48 week results from SPRING-1, a dose-ranging, randomised, phase 2b trial. Lancet Infect Dis. 2012;12:111–8.

21. Wainberg MA, Han YS. Will drug resistance against dolutegravir in initial therapy ever occur? Front Pharmacol. 2015;6:90.

22. Quashie PK, Mesplede T, Han YS, Oliveira M, Singhroy DN, Fujiwara T, Underwood MR, Wainberg MA. Characterization of the R263K mutation in HIV-1 integrase that confers low-level resistance to the second-generation integrase strand transfer inhibitor dolutegravir. J Virol. 2012;86:2696–705.

23. Quashie PK, Mesplede T, Han YS, Veres T, Osman N, Hassounah S, Sloan RD, Xu HT, Wainberg MA. Biochemical analysis of the role of G118R-linked dolutegravir drug resistance substitutions in HIV-1 integrase. Antimicrob Agents Chemother. 2013;57:6223–35.

24. Mesplede T, Osman N, Wares M, Quashie PK, Hassounah S, Anstett K, Han Y, Singhroy DN, Wainberg MA. Addition of E138K to R263K in HIV integrase increases resistance to dolutegravir, but fails to restore activity of the HIV integrase enzyme and viral replication capacity. J Antimicrob Chemother. 2014;69:2733–40.

25. Castagna A, Maggiolo F, Penco G, Wright D, Mills A, Grossberg R, Molina JM, Chas J, Durant J, Moreno S, et al. Dolutegravir in antiretroviral-experienced patients with raltegravir- and/or elvitegravir-resistant HIV-1: 24-week results of the phase III VIKING-3 study. J Infect Dis. 2014;210:354–62.

26. Eron JJ, Clotet B, Durant J, Katlama C, Kumar P, Lazzarin A, Poizot-Martin I, Richmond G, Soriano V, Ait-Khaled M, et al. Safety and efficacy of dolutegravir in treatment-experienced subjects with raltegravir-resistant HIV type 1 infection: 24-week results of the VIKING Study. J Infect Dis. 2013;207:740–8.

27. Yoshinaga T, Kobayashi M, Seki T, Miki S, Wakasa-Morimoto C, Suyama-Kagitani A, Kawauchi-Miki S, Taishi T, Kawasuji T, Johns BA, et al. Antiviral characteristics of GSK1265744, an HIV integrase inhibitor dosed orally or by long-acting injection. Antimicrob Agents Chemother. 2015;59:397–406.

28. Tsiang M, Jones GS, Goldsmith J, Mulato A, Hansen D, Kan E, Tsai L, Bam RA, Stepan G, Stray KM, et al. Antiviral activity of bictegravir (GS-9883), a novel potent HIV-1 integrase strand transfer inhibitor with an improved resistance profile. Antimicrob Agents Chemother. 2016;60:7086–97.

29. Cooper DA, Steigbigel RT, Gatell JM, Rockstroh JK, Katlama C, Yeni P, Lazzarin A, Clotet B, Kumar PN, Eron JE, et al. Subgroup and resistance analyses of raltegravir for resistant HIV-1 infection. N Engl J Med. 2008;359:355–65.

30. Malet I, Delelis O, Valantin MA, Montes B, Soulie C, Wirden M, Tchertanov L, Peytavin G, Reynes J, Mouscadet JF, et al. Mutations associated with failure of raltegravir treatment affect integrase sensitivity to the inhibitor in vitro. Antimicrob Agents Chemother. 2008;52:1351–8.

31. Fransen S, Gupta S, Danovich R, Hazuda D, Miller M, Witmer M, Petropoulos CJ, Huang W. Loss of raltegravir susceptibility by human immunodeficiency virus type 1 is conferred via multiple nonoverlapping genetic pathways. J Virol. 2009;83:11440–6.

32. Goethals O, Clayton R, Van Ginderen M, Vereycken I, Wagemans E, Geluykens P, Dockx K, Strijbos R, Smits V, Vos A, et al. Resistance mutations in human immunodeficiency virus type 1 integrase selected with elvitegravir confer reduced susceptibility to a wide range of integrase inhibitors. J Virol. 2008;82:10366–74.

33. Shimura K, Kodama E, Sakagami Y, Matsuzaki Y, Watanabe W, Yamataka K, Watanabe Y, Ohata Y, Doi S, Sato M, et al. Broad antiretroviral activity and resistance profile of the novel human immunodeficiency virus integrase inhibitor elvitegravir (JTK-303/GS-9137). J Virol. 2008;82:764–74.

34. Margot NA, Hluhanich RM, Jones GS, Andreatta KN, Tsiang M, McColl DJ, White KL, Miller MD. In vitro resistance selections using elvitegravir, raltegravir, and two metabolites of elvitegravir M1 and M4. Antiviral Res. 2012;93:288–96.

35. Zhao XZ, Smith SJ, Maskell DP, Metifiot M, Pye VE, Fesen K, Marchand C, Pommier Y, Cherepanov P, Hughes SH, Burke TR Jr. HIV-1 integrase strand transfer inhibitors with reduced susceptibility to drug resistant mutant integrases. ACS Chem Biol. 2016;11:1074–81.

36. Zhao XZ, Smith SJ, Maskell DP, Metifiot M, Pye VE, Fesen K, Marchand C, Pommier Y, Cherepanov P, Hughes SH, Burke TR Jr. Structure-guided optimization of HIV integrase strand transfer inhibitors. J Med Chem. 2017;60:7315–32.

37. Markowitz M, Morales-Ramirez JO, Nguyen BY, Kovacs CM, Steigbigel RT, Cooper DA, Liporace R, Schwartz R, Isaacs R, Gilde LR, et al. Antiretroviral activity, pharmacokinetics, and tolerability of MK-0518, a novel inhibitor

of HIV-1 integrase, dosed as monotherapy for 10 days in treatment-naive HIV-1-infected individuals. J Acquir Immune Defic Syndr. 2006;43:509–15.

38. Metifiot M, Marchand C, Maddali K, Pommier Y. Resistance to integrase inhibitors. Viruses. 2010;2:1347–66.

39. Johnson VA, Calvez V, Gunthard HF, Paredes R, Pillay D, Shafer RW, Wensing AM, Richman DD. Update of the drug resistance mutations in HIV-1: March 2013. Top Antivir Med. 2013;21:6–14.

40. Passos DO, Li M, Yang R, Rebensburg SV, Ghirlando R, Jeon Y, Shkriabai N, Kvaratskhelia M, Craigie R, Lyumkis D. Cryo-EM structures and atomic model of the HIV-1 strand transfer complex intasome. Science. 2017;355:89–92.

41. Yoshinaga T, Seki T, Miki S, Miyamoto T, Suyama-Kagitani A, Kawauchi-Miki S, Kobayashi M, Sato A, Stewart E, Underwood M, Fujiwara T. Novel secondary mutations C56S and G149A confer resistance to HIV-1 integrase strand transfer inhibitors. Antiviral Res. 2018;152:1–9.

42. Steigbigel RT, Cooper DA, Teppler H, Eron JJ, Gatell JM, Kumar PN, Rockstroh JK, Schechter M, Katlama C, Markowitz M, et al. Long-term efficacy and safety of Raltegravir combined with optimized background therapy in treatment-experienced patients with drug-resistant HIV infection: week 96 results of the BENCHMRK 1 and 2 Phase III trials. Clin Infect Dis. 2010;50:605–12.

43. Eron JJ Jr, Rockstroh JK, Reynes J, Andrade-Villanueva J, Ramalho-Madruga JV, Bekker LG, Young B, Katlama C, Gatell-Artigas JM, Arribas JR, et al. Raltegravir once daily or twice daily in previously untreated patients with HIV-1: a randomised, active-controlled, phase 3 non-inferiority trial. Lancet Infect Dis. 2011;11:907–15.

44. Sax PE, DeJesus E, Mills A, Zolopa A, Cohen C, Wohl D, Gallant JE, Liu HC, Zhong L, Yale K, et al. Co-formulated elvitegravir, cobicistat, emtricitabine, and tenofovir versus co-formulated efavirenz, emtricitabine, and tenofovir for initial treatment of HIV-1 infection: a randomised, double-blind, phase 3 trial, analysis of results after 48 weeks. Lancet. 2012;379:2439–48.

45. Gallant JE, Thompson M, DeJesus E, Voskuhl GW, Wei X, Zhang H, White K, Cheng A, Quirk E, Martin H. Antiviral activity, safety, and pharmacokinetics of bictegravir as 10-Day monotherapy in HIV-1-infected adults. J Acquir Immune Defic Syndr. 2017;75:61–6.

46. Margolis DA, Gonzalez-Garcia J, Stellbrink HJ, Eron JJ, Yazdanpanah Y, Podzamczer D, Lutz T, Angel JB, Richmond GJ, Clotet B, et al. Long-acting intramuscular cabotegravir and rilpivirine in adults with HIV-1 infection (LATTE-2): 96-week results of a randomised, open-label, phase 2b, non-inferiority trial. Lancet. 2017;390:1499–510.

47. Markowitz M, Frank I, Grant RM, Mayer KH, Elion R, Goldstein D, Fisher C, Sobieszczyk ME, Gallant JE, Van Tieu H, et al. Safety and tolerability of long-acting cabotegravir injections in HIV-uninfected men (ECLAIR): a multicentre, double-blind, randomised, placebo-controlled, phase 2a trial. Lancet HIV. 2017;4:e331–40.

48. Sax PE, DeJesus E, Crofoot G, Ward D, Benson P, Dretler R, Mills A, Brinson C, Peloquin J, Wei X, et al. Bictegravir versus dolutegravir, each with emtricitabine and tenofovir alafenamide, for initial treatment of HIV-1 infection: a randomised, double-blind, phase 2 trial. Lancet HIV. 2017;4:e154–60.

49. Neogi U, Singh K, Aralaguppe SG, Rogers LC, Njenda DT, Sarafianos SG, Hejdeman B, Sonnerborg A. Ex-vivo antiretroviral potency of newer integrase strand transfer inhibitors cabotegravir and bictegravir in HIV type 1 non-B subtypes. AIDS. 2018;32:469–76.

50. Das K, Clark AD Jr, Lewi PJ, Heeres J, De Jonge MR, Koymans LM, Vinkers HM, Daeyaert F, Ludovici DW, Kukla MJ, et al. Roles of conformational and positional adaptability in structure-based design of TMC125-R165335 (etravirine) and related non-nucleoside reverse transcriptase inhibitors that are highly potent and effective against wild-type and drug-resistant HIV-1 variants. J Med Chem. 2004;47:2550–60.

51. Das K, Lewi PJ, Hughes SH, Arnold E. Crystallography and the design of anti-AIDS drugs: conformational flexibility and positional adaptability are important in the design of non-nucleoside HIV-1 reverse transcriptase inhibitors. Prog Biophys Mol Biol. 2005;88:209–31.

52. Smith SJ, Pauly GT, Akram A, Melody K, Ambrose Z, Schneider JP, Hughes SH. Rilpivirine and doravirine have complementary efficacies against NNRTI-resistant HIV-1 mutants. J Acquir Immune Defic Syndr. 2016;72:485–91.

53. Smith SJ, Pauly GT, Akram A, Melody K, Rai G, Maloney DJ, Ambrose Z, Thomas CJ, Schneider JT, Hughes SH. Rilpivirine analogs potently inhibit drug-resistant HIV-1 mutants. Retrovirology. 2016;13:11.

Smith *et al. Retrovirology* (2018) 15:37

54. Kassaye SG, Grossman Z, Balamane M, Johnston-White B, Liu C, Kumar P, Young M, Sneller MC, Sereti I, Dewar R, et al. Transmitted HIV drug resistance is high and longstanding in metropolitan Washington. DC. Clin Infect Dis. 2016;63:836–43.

55. Varadarajan J, McWilliams MJ, Hughes SH. Treatment with suboptimal doses of raltegravir leads to aberrant HIV-1 integrations. Proc Natl Acad Sci USA. 2013;110:14747–52.

56. Varadarajan J, McWilliams MJ, Mott BT, Thomas CJ, Smith SJ, Hughes SH. Drug resistant integrase mutants cause aberrant HIV integrations. Retrovirology. 2016;13:71.

57. Smith SJ, Hughes SH. Rapid screening of HIV reverse transcriptase and integrase inhibitors. J Vis Exp. 2014;86:51400.

Ready to submit your research?  Choose BMC and benefit from:

- fast, convenient online submission
- thorough peer review by experienced researchers in your field
- rapid publication on acceptance
- support for research data, including large and complex data types
- gold Open Access which fosters wider collaboration and increased citations
- maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

**Learn more** biomedcentral.com/submissions



## Supplemental Table 1

**A**

| | WT | Y143R (RAL) | N155H (RAL) | G140S/Q148H (RAL) | T66I (EVG) | E92Q (EVG) | H51Y (DTG) | G118R (DTG) | R263K (DTG) | H51Y/R263K (DTG) | E138K/R263K (DTG) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 4.0 ± 2.0 | 162.4 ± 16.2 | 153.6 ± 32.8 | 1900.0 ± 300.0 | 2.8 ± 0.4 | 29.8 ± 10.2 | 3.4 ± 0.2 | 35.5 ± 5.0 | 5.7 ± 2.3 | 6.0 ± 2.3 | 8.0 ± 1.6 |
| EVG | 6.4 ± 0.8 | 7.9 ± 2.3 | 90.0 ± 17.8 | 5700.0 ± 1100.0 | 66.2 ± 0.7 | 153.7 ± 34.0 | 4.5 ± 2.1 | 21.0 ± 9.5 | 5.4 ± 0.1 | 52.6 ± 18.2 | 11.4 ± 0.2 |
| DTG | 1.6 ± 0.9 | 4.3 ± 1.2 | 3.6 ± 1.3 | 5.8 ± 0.5 | 0.9 ± 0.8 | 2.3 ± 0.4 | 3.2 ± 0.2 | 13.0 ± 5.0 | 11.3 ± 3.4 | 16.0 ± 1.9 | 3.2 ± 0.5 |
| CAB | 2.4 ± 0.2 | 2.7 ± 0.6 | 2.2 ± 0.3 | 36.3 ± 6.5 | 0.9 ± 0.3 | 4.2 ± 0.1 | 9.8 ± 1.8 | 12.1 ± 1.9 | 13.4 ± 1.3 | 10.4 ± 1.5 | 4.2 ± 0.2 |
| BIC | 1.9 ± 0.3 | 2.6 ± 0.1 | 2.7 ± 0.8 | 5.5 ± 0.7 | 0.2 ± 0.1 | 2.0 ± 0.1 | 2.2 ± 0.4 | 5.4 ± 0.6 | 4.1 ± 1.1 | 3.5 ± 1.0 | 3.5 ± 0.6 |

**B**

| | | *p*-Value |
|---|---|---|
| WT | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| Y143R | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| N155H | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| G140S/Q148H | DTG > CAB | 0.002 |
| | DTG – BIC | NS |
| | BIC > CAB | 0.002 |
| T66I | DTG – CAB | NS |
| | DTG – BIC | NS |
| | BIC > CAB | 0.01 |
| E92Q | DTG > CAB | 0.002 |
| | DTG – BIC | NS |
| | BIC > CAB | < 0.001 |
| H51Y | DTG > CAB | 0.005 |
| | BIC > DTG | 0.009 |
| | BIC > CAB | 0.003 |
| G118R | DTG – CAB | NS |
| | BIC > DTG | NS |
| | BIC > CAB | 0.004 |
| R263K | DTG – CAB | NS |
| | BIC > DTG | 0.02 |
| | BIC > CAB | < 0.001 |
| H51Y/R263K | CAB > DTG | 0.004 |
| | BIC > DTG | < 0.001 |
| | BIC > CAB | < 0.001 |
| E138K/R263K | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |

Supplementary Tables 1A/B-7A/B. A. The EC50 values, with the standard deviations following the plus-minus sign (nM), were determined for RAL, EVG, DTG, BIC, and CAB against the INSTI-resistant mutants using single round infection assays (n=4). B. P values indicating statistically significant differences in the antiviral activities of the INSTIs for the various INSTI-resistant mutants. Dashes between the two INSTIs represent no significance differences in the data, whereas the ">" sign indicates a significant difference in the antiviral activity of one INSTI over the other.

Supplemental Table 2

**A**

| | M50I | L74M | T97A | S119R | E138K | G140S | Q146L | Q146P | Q148H | Q148K | Q148R | S153Y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 30.7 ± 6.9 | 7.4 ± 2.1 | 2.9 ± 0.2 | 25.9 ± 0.1 | 6.5 ± 0.9 | 10.0 ± 3.7 | 24.1 ± 2.3 | 6.0 ± 0.8 | 142.2 ± 4.1 | 1450.0 ± 242.5 | 272.7 ± 7.0 | 18.0 ± 2.4 |
| EVG | 2.8 ± 0.4 | 6.0 ± 0.4 | 5.3 ± 0.4 | 7.6 ± 0.2 | 2.7 ± 0.4 | 12.6 ± 2.6 | 43.2 ± 5.4 | 4.7 ± 0.6 | 23.7 ± 4.2 | 309.8 ± 12.4 | 296.1 ± 24.2 | 4.2 ± 0.9 |
| DTG | 2.1 ± 0.9 | 2.2 ± 0.4 | 1.1 ± 0.5 | 2.3 ± 0.6 | 1.8 ± 0.4 | 2.7 ± 0.7 | 2.1 ± 0.8 | 0.5 ± 0.04 | 0.6 ± 0.1 | 1.0 ± 0.01 | 1.3 ± 0.2 | 2.0 ± 0.7 |
| CAB | 0.8 ± 0.1 | 0.9 ± 0.2 | 2.7 ± 0.7 | 2.3 ± 1.0 | 12.9 ± 1.0 | 5.1 ± 1.5 | 3.4 ± 0.6 | 10.3 ± 2.1 | 6.8 ± 1.5 | 2.9 ± 0.6 | 4.5 ± 1.3 | 3.2 ± 0.7 |
| BIC | 2.5 ± 0.3 | 1.4 ± 0.4 | 1.5 ± 0.3 | 3.3 ± 0.1 | 4.0 ± 0.2 | 3.5 ± 0.4 | 5.2 ± 1.3 | 0.8 ± 0.01 | 0.9 ± 0.1 | 1.2 ± 0.3 | 1.2 ± 0.3 | 2.8 ± 0.4 |

**B**

| | | *p*-Value |
|---|---|---|
| M50I | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB > BIC | < 0.001 |
| L74M | DTG – CAB | 0.003 |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| T97A | DTG > CAB | 0.01 |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| S119R | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| E138K | DTG > CAB | < 0.001 |
| | DTG > BIC | < 0.001 |
| | BIC > CAB | < 0.001 |
| G140S | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |
| Q146L | DTG – CAB | NS |
| | DTG > BIC | 0.01 |
| | CAB – BIC | NS |
| Q146P | DTG – CAB | 0.003 |
| | DTG – BIC | < 0.001 |
| | CAB – BIC | 0.003 |
| Q148H | DTG > CAB | 0.004 |
| | DTG > BIC | 0.01 |
| | BIC – CAB | 0.004 |
| Q148K | DTG > CAB | 0.02 |
| | DTG – BIC | NS |
| | BIC > CAB | 0.01 |
| Q148R | DTG > CAB | 0.02 |
| | DTG – BIC | NS |
| | BIC > CAB | 0.01 |
| S153Y | DTG – CAB | NS |
| | DTG – BIC | NS |
| | CAB – BIC | NS |

## Supplemental Table 3

**A**

| | G140A/Q148H | Y143R/Q148H | Q148H/N155H | E138K/Q148K | G140A/Q148K | G140S/Q148K | E138A/Q148R | E138K/Q148R | G140A/Q148R | G140C/Q148R | G140S/Q148R | Q148R/N155H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAL | 476.3 ± 22.0 | 2040.0 ± 99.0 | 337.5 ± 69.0 | 2885.0 ± 49.5 | >5000 | 113.3 ± 1.4 | 3150.0 ± 210.0 | 3240.0 ± 876.8 | >5000 | >5000 | >5000 | >5000 |
| EVG | 250.8 ± 4.9 | 23.2 ± 5.7 | 620.9 ± 90.6 | 1890.0 ± 42.4 | 2053.3 ± 45.1 | 543.1 ± 89.2 | 293.2 ± 35.6 | 801.6 ± 67.7 | 575.0 ± 19.8 | >5000 | 1326.3 ± 32.7 | 285.8 ± 18.2 |
| DTG | 3.9 ± 0.7 | 0.8 ± 0.2 | 4.0 ± 0.6 | 25.0 ± 2.1 | 450.7 ± 58.8 | 2.3 ± 0.2 | 4.4 ± 0.8 | 3.9 ± 0.1 | 4.1 ± 0.3 | 2.9 ± 0.6 | 26.2 ± 6.8 | 7.1 ± 2.0 |
| CAB | 3.9 ± 0.8 | 6.0 ± 0.4 | 13.3 ± 2.9 | 772.1 ± 72.2 | 393.1 ± 51.1 | 87.3 ± 7.6 | 25.6 ± 0.8 | 24.1 ± 0.1 | 13.7 ± 2.7 | 66.6 ± 8.1 | 414.6 ± 14.5 | 50.5 ± 6.5 |
| BIC | 1.1 ± 0.3 | 0.4 ± 0.1 | 4.0 ± 0.7 | 59.3 ± 4.9 | 137.1 ± 5.0 | 4.5 ± 0.4 | 4.1 ± 0.6 | 3.5 ± 0.4 | 10.0 ± 2.5 | 6.4 ± 1.4 | 6.1 ± 1.3 | 2.0 ± 0.4 |

**B**

| | | *p*-Value |
|---|---|---|
| G140A/Q148H | DTG – CAB | NS |
| | BIC > DTG | 0.002 |
| | BIC > CAB | 0.002 |
| Y143R/Q148H | DTG > CAB | < 0.001 |
| | BIC > DTG | 0.02 |
| | BIC > CAB | < 0.001 |
| Q148H/N155H | DTG > CAB | 0.006 |
| | DTG – BIC | NS |
| | BIC > CAB | 0.006 |
| E138K/Q148K | DTG > CAB | < 0.001 |
| | DTG > BIC | < 0.001 |
| | BIC > CAB | < 0.001 |
| G140A/Q148K | DTG – CAB | NS |
| | BIC > DTG | 0.002 |
| | BIC > CAB | 0.002 |
| G140S/Q148K | DTG > CAB | < 0.001 |
| | DTG > BIC | < 0.001 |
| | BIC > CAB | < 0.001 |
| E138A/Q148R | DTG > CAB | < 0.001 |
| | DTG – BIC | NS |
| | BIC > CAB | < 0.001 |
| E138K/Q148R | DTG > CAB | < 0.001 |
| | DTG – BIC | NS |
| | BIC > CAB | < 0.001 |
| G140A/Q148R | DTG > CAB | 0.005 |
| | DTG > BIC | 0.02 |
| | CAB – BIC | NS |
| G140C/Q148R | DTG > CAB | < 0.001 |
| | DTG > BIC | 0.01 |
| | BIC > CAB | < 0.001 |
| G140S/Q148R | DTG > CAB | < 0.001 |
| | BIC > DTG | 0.008 |
| | BIC > CAB | < 0.001 |
| Q148R/N155H | DTG > CAB | < 0.001 |
| | BIC > DTG | 0.01 |
| | BIC > CAB | < 0.001 |

## Supplemental Table 4

**A**

|       | T66I/E157Q  | E92Q/N155H    | G140S/N155H  | Y143H/N155H    | Y143R/N155H    | N155H/G163R  |
|-------|-------------|---------------|--------------|----------------|----------------|--------------|
| RAL   | 98.7 ± 20.2 | >5000         | 477.8 ± 66.6 | 1205.0 ± 77.8  | >5000          | 245.5 ± 43.8 |
| EVG   | 67.5 ± 10.6 | 1601.0 ± 77.8 | 51.9 ± 10.8  | 70.0 ± 13.3    | 170.1 ± 34.0   | 72.6 ± 6.8   |
| DTG   | 0.5 ± 0.1   | 1.8 ± 0.2     | 2.0 ± 1.0    | 1.7 ± 0.7      | 2.5 ± 0.8      | 1.6 ± 0.4    |
| CAB   | 0.3 ± 0.1   | 4.6 ± 1.7     | 4.4 ± 0.6    | 1.2 ± 0.1      | 3.7 ± 0.2      | 2.2 ± 0.4    |
| BIC   | 1.1 ± 0.2   | 3.3 ± 0.9     | 2.2 ± 0.5    | 2.7 ± 0.6      | 4.0 ± 0.8      | 2.1 ± 0.1    |

**B**

|             |           | *p*-Value |
|-------------|-----------|-----------|
| T66I/E157Q  | DTG – CAB | NS        |
|             | DTG > BIC | 0.004     |
|             | CAB > BIC | 0.001     |
| E92Q/N155H  | DTG – CAB | NS        |
|             | DTG – BIC | NS        |
|             | CAB – BIC | NS        |
| G140S/N155H | DTG > CAB | 0.01      |
|             | DTG – BIC | NS        |
|             | BIC > CAB | 0.001     |
| Y143H/N155H | DTG – CAB | NS        |
|             | DTG – BIC | NS        |
|             | CAB > BIC | 0.01      |
| Y143R/N155H | DTG – CAB | NS        |
|             | DTG – BIC | NS        |
|             | CAB – BIC | NS        |
| N155H/G163R | DTG – CAB | NS        |
|             | DTG – BIC | NS        |
|             | CAB – BIC | NS        |

Supplemental Table 5

**A**

| | T97A/Y143R/Q148H | T97A/Q148H/N155H | E138K/G140A/Q148K | L74M/G140A/Q148R | L74M/G140C/Q148R | E138K/G140C/Q148R | E138A/S147G/Q148R |
|---|---|---|---|---|---|---|---|
| RAL | >5000 | 4455.0 ± 388.9 | >5000 | >5000 | >5000 | >5000 | 1410.0 ± 183.8 |
| EVG | 41.6 ± 3.0 | 224.5 ± 24.8 | 4090.0 ± 641.0 | 747.4 ± 78.5 | >5000 | 945.3 ± 176.4 | 774.9 ± 17.2 |
| DTG | 1.5 ± 0.1 | 2.4 ± 0.7 | 212.1 ± 46.0 | 12.0 ± 2.1 | 10.2 ± 1.3 | 5.3 ± 1.0 | 5.5 ± 1.3 |
| CAB | 5.3 ± 0.7 | 1.8 ± 0.6 | 610.3 ± 8.6 | 53.2 ± 14.8 | 220.3 ± 41.2 | 134.2 ± 0.3 | 4.0 ± 0.2 |
| BIC | 1.2 ± 0.7 | 1.8 ± 0.3 | 223.0 ± 30.7 | 11.7 ± 1.3 | 6.1 ± 0.9 | 8.2 ± 1.1 | 2.3 ± 0.0 |

**B**

| | | *p*-Value |
|---|---|---|
| T97A/Y143R/Q148H | DTG > CAB | 0.001 |
| | DTG − BIC | NS |
| | BIC > CAB | < 0.001 |
| T97A/Q148H/N155H | DTG − CAB | NS |
| | DTG − BIC | NS |
| | CAB − BIC | NS |
| E138K/G140A/Q148K | DTG > CAB | < 0.001 |
| | DTG − BIC | NS |
| | BIC > CAB | < 0.001 |
| L74M/G140A/Q148R | DTG > CAB | 0.01 |
| | DTG − BIC | NS |
| | BIC > CAB | 0.01 |
| L74M/G140C/Q148R | DTG > CAB | 0.002 |
| | BIC > DTG | 0.003 |
| | BIC > CAB | 0.002 |
| E138K/G140C/Q148R | DTG > CAB | < 0.001 |
| | DTG > BIC | 0.008 |
| | BIC > CAB | < 0.001 |
| E138A/S147G/Q148R | DTG − CAB | NS |
| | BIC > DTG | 0.02 |
| | BIC > CAB | < 0.001 |

Supplemental Table 6

**A**

|  | T66I/T97A/E157Q | T97A/Y143R/N155H | G140S/Y143R/N155H | E92Q/N155H/G163R |
|---|---|---|---|---|
| **RAL** | 33.5 ± 8.7 | >5000 | >5000 | >5000 |
| **EVG** | 69.4 ± 11.8 | 642.7 ± 16.5 | 93.1 ± 16.1 | 677.9 ± 45.8 |
| **DTG** | 0.5 ± 0.1 | 8.5 ± 1.5 | 2.6 ± 0.3 | 3.8 ± 0.7 |
| **CAB** | 0.8 ± 0.1 | 142.2 ± 8.3 | 20.0 ± 3.5 | 4.2 ± 1.5 |
| **BIC** | 0.4 ± 0.2 | 8.2 ± 1.7 | 2.1 ± 0.1 | 2.0 ± 0.4 |

**B**

|  |  | *p*-Value |
|---|---|---|
| **T66I/T97A/E157Q** | DTG > CAB | 0.005 |
|  | DTG − BIC | NS |
|  | BIC > CAB | 0.02 |
| **T97A/Y143R/N155H** | DTG > CAB | < 0.001 |
|  | DTG − BIC | NS |
|  | BIC > CAB | < 0.001 |
| **G140S/Y143R/N155H** | DTG > CAB | 0.002 |
|  | DTG − BIC | NS |
|  | BIC > CAB | 0.002 |
| **E92Q/N155H/G163R** | DTG − CAB | NS |
|  | BIC > DTG | 0.007 |
|  | CAB − BIC | NS |

Supplemental Table 7

**A**

|  | T97A/G140S/Q148H | E138A/G140S/Q148H | E138K/G140S/Q148H | G140S/Y143R/Q148H | G140S/Q148H/N155H | G140S/Q148H/G163K |
|---|---|---|---|---|---|---|
| **RAL** | >5000 | >5000 | >5000 | >5000 | >5000 | >5000 |
| **EVG** | >5000 | >5000 | >5000 | >5000 | >5000 | >5000 |
| **DTG** | 55.9 ± 3.0 | 13.8 ± 4.8 | 68.2 ± 2.0 | 7.7 ± 2.0 | 77.9 ± 15.9 | 24.3 ± 1.1 |
| **CAB** | 43.7 ± 4.2 | 70.2 ± 9.0 | 93.0 ± 6.1 | 113.8 ± 23.1 | 2423.3 ± 453.9 | 32.4 ± 3.1 |
| **BIC** | 29.5 ± 4.4 | 5.1 ± 0.5 | 4.9 ± 0.3 | 9.4 ± 0.3 | 57.5 ± 5.0 | 8.8 ± 1.9 |

**B**

|  |  | $p$-Value |
|---|---|---|
| **T97A/G140S/Q148H** | CAB > DTG | 0.004 |
|  | BIC > DTG | < 0.001 |
|  | BIC > CAB | 0.003 |
| **E138A/G140S/Q148H** | DTG > CAB | < 0.001 |
|  | DTG – BIC | NS |
|  | BIC > CAB | < 0.001 |
| **E138K/G140S/Q148H** | DTG > CAB | 0.002 |
|  | BIC > DTG | < 0.001 |
|  | BIC > CAB | < 0.001 |
| **G140S/Y143R/Q148H** | DTG > CAB | 0.003 |
|  | DTG – BIC | NS |
|  | BIC > CAB | 0.003 |
| **G140S/Q148H/N155H** | DTG > CAB | 0.002 |
|  | DTG – BIC | NS |
|  | BIC > CAB | 0.002 |
| **G140S/Q148H/G163K** | DTG > CAB | 0.009 |
|  | BIC > DTG | < 0.001 |
|  | BIC > CAB | < 0.001 |

# Exhibit G

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

VIIV HEALTHCARE COMPANY,
SHIONOGI & CO., LTD., and VIIV
HEALTHCARE UK (NO. 3)
LIMITED,

     Plaintiffs,

     v.

GILEAD SCIENCES, INC.,

     Defendant.

C.A. No. 1:18-cv-00224-CFC-CJB

**JURY TRIAL DEMANDED**

 

**REPLY EXPERT REPORT OF ALAN ENGELMAN, PH.D.
CONCERNING INSUBSTANTIAL DIFFERENCES BETWEEN
DOLUTEGRAVIR AND BICTEGRAVIR**

Dated: February 5, 2020

_____
Dr. Alan N. Engelman

74.     The lack of substantive discussion or analysis by Drs. Richman, Cullen, MacMillan, Taft, and Reynolds further supports my opinions.  For example, Drs. Richman and Cullen hastily address each of the studies that I analyzed in my Opening Report without explaining why any of the alleged differences that they identied are substantial.  The lack of substantive discussion in these reports further supports my opinion that there are no significant differences between the *in vitro* data of DTG and BIC.

## 1.     SMITH 2018

75.     Of the *in vitro* data that they considered, Dr. Richman and Dr. Cullen spend a substantial portion of their reports discussing Smith 2018.  Smith 2018 is a peer-reviewed publication from Retrovirology that came out of the laboratory of Dr. Stephen Hughes.

76.     Dr. Stephen Hughes is a Senior Investigator at the NIH in the HIV Dynamics and Replication Program.   Stephen H. Hughes, Ph.D., NATIONAL INSTITUTES OF HEALTH, https://irp.nih.gov/pi/stephen-hughes (last visited February 1, 2020).  Dr. Hughes is a good friend of mine, and I overall have great respect for his work.  We have collaborated together many times over the years, yielding a total of 6 joint publications.  *See, e.g.*, Vasudevan Achuthan et al., *Capsid-CPSF6 Interaction Licenses Nuclear HIV-1 Trafficking to Sites of Viral DNA Integration*, 24 CELL HOST MICROBE 392 (2018); Yasuhiro Koh et al., *Differential Effects of Human Immunodeficiency Virus Type 1 Capsid and Cellular Factors Nucleoporin 153 and LEDGF/p75 on the Efficiency and Specificity of Viral DNA Integration*, 87 J. VIROLOGY 648 (2013); Hao Wang et al., *HRP2 Determines the Efficacy and Specificity of HIV-1 Integration in LEDGF/p75 Knockout Cells but does not Contribute to the Antiviral Activity of a Potent LEDGF/p75-Binding Site Integrase Inhibitor* 40 NUCLEIC ACIDS RESEARCH  11518 (2012); Zandrea Ambrose et al., *Human Immunodeficiency Virus Type 1 Capsid Mutation N74D Alters Cyclophiliin A Dependence and Impairs Macrophage Infection*, 86 J. VIROLOGY 4708 (2012); Kyeong Eun Lee et al., *Flexible Use*

34

*of Nuclear Import Pathways by HIV-1*, 7 CELL HOST MICROBE 221 (2010); Andrea L. Ferris, et al., *Lens Epithelium-Derived Growth Factor Fusion Proteins Redirect HIV-1 DNA Integration*, 107 PROC. NATL. ACAD. SCI. USA 3135 (2010).

77.     I addressed Smith 2018 in my Opening Report.  Engelman Rpt. ¶¶ 184-185 (discussing Smith 2018 assay methodology), ¶¶ 408-443 (discussing Smith 2018 and Smith 2018 Supplement).

78.     Dr. Richman and Dr. Cullen accuse me of "criticizing" Dr. Hughes's work in my Opening Report, which is simply untrue.  I merely conducted a rigorous analysis of the Smith 2018 publication and underlying data, as I systematically do when reviewing articles.  I believe that it is important to acknowledge inaccuracies and possible errors, as well as place the data in the appropriate context by considering other information that is available to me through the published literature.  Through a close reading of the Smith 2018 article, I have identified 32 typographical errors, which in some cases precludes the interpretation of the data (as discussed below).  Although one or 2 typographical errors is not uncommon in a published study such as Smith 2018, 32 seems exceptionally high to me.  I am of the opinion that Dr. Hughes and colleagues neglected to carefully read the paper as it went through the publication process at the journal Retrovirology, which precludes the interpretation of some of the data and may call into question the accuracy of other data that is not necessarily linked to obvious typographical error.

> **a.     There Are Meaningful Errors In Smith 2018 That Would Cause A Person Of Skill To Doubt Its Accuracy.**

79.     In Dr. Cullen's opinion, "there is nothing that would cause a person of skill to doubt the accuracy or reliability of Smith 2018's results or ██████████."  Cullen Rpt. ¶ 77.  However, with respect to the Smith 2018 manuscript, I disagree.  I have identified a number of errors that

call the data and conclusions in Smith 2018 into question and suggest that the authors did not consider these errors in formulating their conclusions.

80.     For example, Smith 2018 states that the bridged A-ring of "BIC is more flexible, which would allow it to be more conformationally adaptable." Smith 2018, VIIVUS00001366-383 at -376. Smith 2018 further explains that "[t]he greater flexibility of the extended ring system of BIC may help it adapt to changes in the geometry in the IN active site, allowing BIC to overcome many of the known IN resistance mutations." Smith 2018, VIIVUS00001366-383 at -376. Dr. Reynolds adopts the "greater flexibility" argument in Smith 2018. Reynolds Rpt. ¶ 63 ("I hypothesize that the spherical shape [of BIC] may be responsible for the 'greater flexibility' of the BIC A-ring described in the Smith et al. paper."). Similarly, Dr. Richman reviewed Dr. Reynolds's report and concluded that Dr. Reynolds's report and comments from Dr. Cherepanov supported his opinion. Richman Rpt. ¶ 156. I disagree. In my opinion, Dr. Cherepanov's email does not support the conclusions that Dr. Reynolds is drawing regarding flexibility. Moreover, as I discuss above, it is my understanding that the addition of a bridge to the A-ring, as in BIC, makes the ring structures less flexible, not more flexible. Wipf Opening Rpt. ¶¶ 423-424. As discussed above, our data from the $SIV_{rcm}$ system further supports this point, as analog 1 lacking the A-ring maintained full second-generation INSTI potency against wild type HIV-1 but was 80-fold less potent in its ability to inhibit infection of the HIV-1 Q148H/G140S INSTI resistant virus. *See supra* Section VI.A. Dr. Cherepanov agrees. Cherepanov Email ¶ 9, BICVIIVUS3029295-296 at -295 ("The contacts with Gly118-Asn117 make the compound[s] more still in the active site."); Cook 2020 at 2, 3 ("***DTG and BIC intimately contact the backbone atoms of Asn 117 and Gly118 from the IN β4-α2 connector***, making respectively 8 and 12 contacts with interatomic distances ≤ 5 Å." "We note that although ***DTG and BIC maximally extend to the β4-α2 connector***, they leave

36

substantial free space in the IN active site, which is occupied by solute molecules in our structures (movie S1)." (emphasis added)).

81.     As another example, Smith 2018 concludes in part that "only BIC potently inhibited the well-known RAL-resistant IN double mutant G140S/Q148H and the DTG-resistant IN mutants G118R…with $EC_{50}$ values $\leq 5$ nM."  Smith 2018 at 3; Richman Rpt. ¶ 146.  I disagree.  Regarding **G140S/Q148H**, the Smith 2018 supplemental materials reveal that both DTG and BIC had $EC_{50}$ values > 5 nM, and, contrary to the main text statement, the difference between these values was not statistically significant (<u>DTG</u>: 5.8 ± 0.5 nM; <u>BIC</u>: 5.5 ± 0.7 nM); indeed, these values indicate that both compounds have similar potency against this mutant virus.  Supplement to Steven J. Smith et al., *Efficacies of Cabotegravir and Bictegravir Against Drug Resistant HIV-1 Integrase Mutants*, 15 Retrovirology 1, 1 (2018), accessible at https://staticcontent.springer.com/esm/art%3A10.1186% 2Fs12977- 01804207/MediaObjects/12977_2018_420_MOESM1_ESM.pdf), VIIVUS15547175-181 at -175 ("Smith 2018 Supplement").  Similarly, regarding **G118R**, the Smith 2018 supplemental materials indicate that both DTG and BIC had $EC_{50}$ values > 5 nM, and the difference between these values was not statistically significant (<u>DTG</u>: 13.0 ± 5.0, 8.1 FC[3]; <u>BIC</u>: 5.4 ± 0.6, 2.8 FC).  Smith 2018 Supplement, VIIVUS15547175-181 at -175.  However, the lack of precision in presentation style makes it entirely unclear whether DTG and BIC potencies differed in a statistically meaningful manner for the **G118R** mutant.  In addition to the Supplemental Tables provided with the article, Smith 2018 compiled results of statistical analyses in Figures 3 and 7 of the main paper.  Figure 3 itself harbors numerous errors, as the notations to actual Figures 4, 5, 6, 8, 9, and 10 are erroneously

---

[3] I calculated the fold change values by dividing the $EC_{50}$ value for the mutant by the $EC_{50}$ value for wild-type.  *See* Smith 2018 Supplement, VIIVUS15547175-181.

tabulated as Figures 3, 4, 5, 6, 7, and 8, respectively.  Nevertheless, with respect to the Figure 3 data, DTG and BIC are not listed as having significantly different potencies against the **G118R** mutant virus. Consistent with this interpretation, Smith 2018 Supplement at Table S1B lists: "G118R BIC > DTG NS [not significant]."  However, elsewhere in the Supplemental Tables, " > " is meant to indicate that there is a statistically relevant difference.  One therefore is forced to read between the lines as to whether there is or is not a statistically significant difference in DTG and BIC potencies with respect to inhibition of the **G118R** mutant virus in the Smith 2018 paper.  In my opinion, based on the preponderance of evidence reported in Figure 3 and Supplemental Table 1B of the Smith 2018 article, the potencies of DTG and BIC against **G118R** do not differ from one another in a meaningful way.  The **G118R** mutation conferred partial resistance to both DTG and BIC, and both BIC and DTG inhibited **G118R** mutant viral infection at similar potencies.  *See* Engelman Rpt. ¶ 417 (citing Smith 2018 Supplement at Table S1A;); *see* Richman Rpt. ¶ 148.  The inconsistent reporting of DTG and BIC potencies and significance values against the important **Q148H/G140S** and **G118R** mutant viruses are some of the more troubling issues identified within Smith 2018.  Especially with regards to **Q148H/G140S**, Smith 2018's own data does not support its ultimate conclusion.  These and other errors surely call into question underlying aspects of the statistical analysis and conclusions reached in Smith 2018.

>    **b.     Despite These Errors, Dr. Richman And Dr. Cullen Fully Adopt The Statistical Analysis And Conclusions In Smith 2018 And Criticize My Common Sense Approach To The Analysis.**

82.     Dr. Richman and Dr. Cullen fully adopt the statistical analysis in Smith 2018, highlighting that "[t]he p value cut-offs used in Smith 2018 are rigorous" and concluding that "Dr. Hughes identified a large number of statistically significant differences between bictegravir and dolutegravir's *in vitro* assay profiles, even at very high levels of statistical rigor."  Richman Rpt.

¶¶ 150-151; Cullen Rpt. ¶ 78.  I disagree.  At the highest level of statistical rigor described in Smith 2018, which was $p < 0.001$, DTG and BIC similarly inhibited the infection of 49 of the 57 studied INSTI resistant viruses.  For the remaining 8 viruses, DTG was more effective than BIC at inhibiting 4, while BIC was more effective than DTG at inhibiting 4.  Therefore, at the highest level of statistical rigor, the potencies of DTG and BIC across 57 INSTI resistant viruses in Smith 2018 are insubstantially different, further supporting my opinion that the abilities for DTG and BIC to inhibit integrase strand transfer activity and HIV-1 infection differ in insubstantial ways.

83.     Drs. Richman, Cullen, and Taft then use these statistically significant numerical differences as evidence that their hypothesis is true, *i.e.*, that there is a substantial difference between the *in vitro* profiles of DTG and BIC.  Richman Rpt. ¶¶ 150-151; Cullen Rpt. ¶ 43 ("The determination of a statistically significant difference (at the different levels of statistical rigor) means that the difference seen has a very low likelihood of being a false positive—the difference is likely a true difference."); Cullen Rpt. ¶¶ 44, 78-79; ▮▮▮▮▮▮▮▮.  They even suggest that the reported p-values illustrate the likelihood that the results were due to "experimental error," "random error or chance."  Richman Rpt. ¶ 151 ("These cut-offs mean that there is only a 2.5%, 1%, and 0.1% chance that Smith 2018's results are due to experimental error, respectively."); Cullen Rpt. ¶ 43 ("For example, at a $p < 0.025$ level, that would mean that the likelihood that an observed difference is actually due to random error or chance is less than 2.5%"); ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

84.     But according to the American Statistical Association, "the world's largest professional association of statisticians," Drs. Richman, Cullen, and Taft's understanding of p-values is inaccurate and their approach is improper, as "*p*-values do not measure the probability that the studied hypothesis is true, or the probability that the data were produced by random chance alone."  Wasserstein, R. & Lazar, N., *The ASA Statement on p-Values: Context, Process, and Purpose*, 70 THE AMERICAN STATISTICIAN 129, 131 (2016) ("Wasserstein 2016").  The American Statistician, the "official journal of the American Statistical Association," has published many articles and even an entire supplement that outline various "do's and don'ts" when it comes to p-values and statistical significance.  *E.g.*, *Moving to a World Beyond "p < 0.05,"* 73 THE AMERICAN STATISTICIAN S1, 1-19 (2019); *see generally* 73 THE AMERICAN STATISTICIAN S1 (2019), available at https://www.tandfonline.com/toc/utas20/73/sup1 (last visited February 4, 2020).  Indeed, the literature is replete with examples of peer-reviewed articles that discuss the risks of assuming that statistically significant numerical differences means that a meaningful or "significant" difference exists.  *E.g.*, Nuzzo, R., *Statistical Errors*, 506 NATURE 150 (2014).

85.     Yet, even after arguing that "[i]t is important to put statistical results in context," Drs. Cullen and Richman take issue with my evaluation of the statistically significant numerical differences from Smith 2018 and others because I put these differences into context.  Cullen Rpt. ¶¶ 43, 79; *see* Richman Rpt. ¶ 145; *e.g.*, Engelman Rpt. ¶ 125.  But, the American Statistical Association and others encourage researchers to put p-value data into context:

> Practices that reduce data analysis or scientific inference to mechanical 'bright-line' rules (such as 'p < 0.05') for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making.  A conclusion does not immediately become 'true' on one side of the divide and 'false' on the other. ***Researchers should bring many contextual factors into play to derive scientific inferences***, including the design of a study, the quality of the measurements, the external evidence for the phenomenon under

study, and the validity of assumptions that underlie the data analysis.

Smaller p-values do not necessarily imply the presence of larger or more important effects, and larger p-values do not imply a lack of importance or even lack of effect. . . . Researchers should recognize that a p-value without context or other evidence provides limited information.

*E.g.*, Wasserstein 2016 at 131-132 (emphasis added).

86.    Dr. Richman and Dr. Cullen also criticize my comparison of data across assay types, including my comparison of the Smith 2018 data ▮▮▮▮▮▮▮▮▮▮▮▮▮, and argue that such a comparison is improper.  Richman Rpt. ¶¶ 145, 152; Cullen Rpt. ¶¶ 74-81.  I disagree.

87.    First, despite Dr. Richman and Dr. Cullen's position that such a comparison is improper, Dr. Richman employs the same approach, comparing data across assay types.  Richman Rpt. ¶¶ 160-161 (comparing Tsiang 2016 multi-cycle assay data on the one hand with Smith 2018 and Margot 2019 single-cycle assay data on the other).

88.    Second, while researchers consider the assay methodology used to obtain the data, as I did in my Opening Report (Engelman Rpt. ¶¶ 121-191), they frequently consider $EC_{50}$ and fold-change data and compare potency in the same way across data populations, regardless of assay type. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████     ██████████████████████████████

89.     Finally, peer-reviewed articles frequently include data from different types of assays and formulate hypothesis and conclusions from that data as a whole. *See, e.g.*, Tsiang 2016; Said A. Hassounah et al., *Antiviral Activity of Bictegravir and Cabotegravir Against Integrase Inhibitor-resistant SIVmac239 and HIV-1*, 61 ANTIMICROBIAL AGENTS & CHEMOTHERAPY 1 (2017), ██████████████, VIIVUS15547011-019 ("Hassounah 2017").   Indeed, "review articles"—articles whose purpose is to aggregate and analyze available *in vitro* data regardless of assay-type—is an entire genre of published articles that frequently present data and conduct comparisons across assay types. *See, e.g.*, Damian J. McColl & Xiaowu Chen, *Strand Transfer Inhibitors of HIV-1 Integrase: Bringing IN a New Era of Antiretroviral Therapy*, 85 ANTIVIRAL RESEARCH 101 (2010), ████████████████████ Kaitlin Anstett et al., *HIV Drug Resistance Against Strand Transfer Integrase Inhibitors*, 14 RETROVIROLOGY 1 (2017); Anne-Genevieve Marcelin et al., *Resistance to Novel Drug Classes*, 4 CURRENT OPINION IN HIV & AIDS 531 (2009); Erik Serrao et al., *Raltegravir, Elvitegravir, and Metoogravir: The Birth of "Me-too" HIV-1 Integrase Inhibitors*, 6 RETROVIROLOGY 25 (2009); Thibault Mesplède et al., *Resistance to HIV Integrase Inhibitors*, 7 CURRENT OPINION IN HIV & AIDS 401 (2012).   Similarly, the Stanford University Drug Resistance Database, which is a widely accessed public database that in part

---

[4]
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

[5] *E.g.*, Cullen Rpt. ¶¶ 53-55.

tabulates resistance mutations that arise to ART compounds including INSTIs, includes data and reaches conclusions based on results of different types of *in vitro* cellular assays.  Engelman Rpt. ¶¶ 221-225.

90.     Dr. Richman and Dr. Cullen also take issue with the fact that I considered possible reasons for differences in the data (*e.g.*, naturally occurring variability, assay methodology, number of runs, experimental error, researcher experience, etc.).  Richman Rpt. ¶¶ 151, 179; Cullen Rpt. ¶¶ 75, 79.  In my opinion these factors are responsible ones to consider when analyzing data and formulating an opinion.

### c.     A Contextual Analysis Of Smith 2018 Supports My Opinions.

91.     Dr. Richman and Dr. Cullen evaluate each *in vitro* data set in isolation, point to statistically significant numerical differences, and conclude—even when there is countervailing evidence—that the differences between the *in vitro* data of DTG and BIC are substantial.  Richman Rpt. ¶¶ 145-183; Cullen Rpt. ¶¶ 79-81.  In doing so, they take the Smith 2018 publication at face value and parrot it, without critically analyzing its testing and results and without placing it in context among the many other data sets from peer-reviewed publications ███████████ █████.  *E.g.,* Richman Rpt. ¶ 146.  But, there is no reason to credit Smith 2018 over all of the other evidence of insubstantial differences—and neither Dr. Richman nor Dr. Cullen have said otherwise.  Indeed, it is my opinion that one study in isolation—particularly one with errors, such as Smith 2018—cannot be dispositive when there is countervailing evidence that supports the opposite conclusion.  Moreover, I disagree with Dr. Richman and Dr. Cullen ████████████ ████████████████████████████ and Smith 2018's" or that "there is currently no data that contradicts [the Smith 2018] results."  Cullen Rpt. ¶ 77; *see* Richman Report

¶ 153.  There is a large volume of data that is inconsistent with Smith 2018, which I address in my Opening Report and further below.

92.  ***Analysis of Smith 2018 Conclusions:***  Drs. Richman and Cullen suggest that Smith 2018 is the definitive source for *in vitro* INSTI data.  Indeed, Dr. Richman parrots the Smith 2018 conclusion "that 'only BIC potently inhibited the well-known RAL-resistant IN double mutant G140S/Q148H and the DTG-resistant IN mutants G118R, R263K, and H51Y/R263K.'"  Richman Rpt. ¶ 146.  As another example, Dr. Richman parrots data from the first panel in Smith 2018 (which tested "primary INSTI-resistant mutants," including:  Y143R, N155H, G140S/Q148H, T66I, E92Q, H51Y, G118R, R263K, H51Y/R263K, and E138K/E263K).  In that panel, Smith 2018 reported statistically significant numerical differences in the performance of DTG and BIC in three "primary INSTI-resistant mutants":  H51Y, R263K, and H51Y/R263K.  Richman Rpt. ¶¶ 146-149; *see also* Engelman Rpt. ¶¶ 416-420.  According to Dr. Richman, Dr. Cullen, and Dr. Reynolds, any differences in the data—but especially these statistically significant numerical differences—are dispositive evidence that there are substantial differences between the *in vitro* data of DTG and BIC and indicate "that [BIC] is likely to be better at treating certain resistant mutants than [DTG.]"  Richman Rpt. ¶¶ 145-149; *see also* Cullen Rpt. ¶ 81; Reynolds Rpt. ¶¶ 63, 72, 115.  I disagree.

93.  First, even taking Smith 2018 at face value, it simply indicates that a lower concentration of BIC was required to inhibit **H51Y** (DTG: 3.2 ± 0.2 nM, 2 FC[6]; BIC: 2.2 ± 0.1 nM, 1.2 FC ), **R263K** (DTG: 11.3 ± 3.4 nM, 7 FC; BIC: 4.1 ± 1.1 nM, 2.2 FC), **H51Y/R263K**

---

[6] I calculated the fold change values by dividing the $EC_{50}$ value for the mutant by the $EC_{50}$ value for wild-type.  *See* Smith 2018 Supplement, VIIVUS15547175-181; *see also* Engelman Rpt. ¶ 139 (discussing clinical cutoffs for DTG (sensitive < 4.0 FC; partially sensitive 4.0-13.0 FC; > 13.0 resistant) and ¶ 141 (discussing biological cutoffs for BIC (sensitive < 2.5 FC; resistant ≥ 2.5 FC).

(DTG: 16.0 ± 1.9 nM, 10 FC; BIC: 3.5 ± 1.0 nM, 1.8 FC), **G118R** [7] (DTG: 13.0 ± 5.0, 8.1 FC;

BIC: 5.4 ± 0.6, 2.8 FC) and **G140S/Q148H**[8] (DTG: 5.8 ± 0.5, 3.6 FC; BIC: 5.5 ± 0.7, 2.9 FC) than

DTG *in vitro*.  Therefore, based on this *in vitro* data a greater concentration of DTG may or may

not be necessary to inhibit these primary INSTI-resistant mutants in patients (*in vivo*) compared to

BIC.  I understand that DTG has a resistance indication, meaning it has been FDA approved for

the treatment of "INSTI-experienced [patients] with certain INSTI-associated resistance

substitutions or clinically suspected INSTI resistance," and can be dosed twice daily.  Tivicay

Prescribing Information (last revised Oct. 2019), VIIVUS15549305-349 at -305; *see* Richman Rpt.

¶ 164.  I understand that BIC has not been approved for this indication because Gilead has not

conducted the appropriate clinical trial.  *See* Richman Rpt. ¶¶ 147, 164[9]; *see generally* Biktarvy

Prescribing Information (last revised Aug. 2019), VIIVUS15549846-879;

94. ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████

---

[7] "Regarding G118R, the Smith 2018 supplemental materials indicate that both DTG and BIC had $EC_{50}$ values > 5 nM," and these values were not statistically significant.  Engelman Rpt. ¶ 417 (citing Smith 2018 Supplement at Table S1A; Smith 2018 Supplement at Table S1B ("G118R BIC > DTG NS [not significant]")); *see* Richman Rpt. ¶ 148.

[8] "Regarding G140S/Q148H, the Smith 2018 supplemental materials indicate that both DTG and BIC had $EC_{50}$ values > 5 nM," and these values were not statistically significant; indeed, the values of 5.8 nM for DTG and 5.5 nM for BIC indicate they both drugs are similarly potent against the double mutant. Smith 2018 Supplement, VIIVUS15547175-181 at -175.

[9] Dr. Richman claims that "the *in vitro* data [from Smith 2018] indicate . . . that bictegravir is likely to be better at treating certain resistant mutants than dolutegravir"; but, he provides no evidence to support his opinion.  *See* Richman Rpt. ¶ 147.  Moreover, I disagree.  Without the appropriate clinical trial and approved indication, Dr. Richman's claim is pure speculation.

[10] Margot 2019 did not include H51Y/R263K as one of the "major" or "minor" mutants tested. Margot 2019 at Table 1, VIIVUS15547112-118 at -116.

INSTI Potencies And Fold-Change Values Against **R263K** Viruses

| DTG | BIC | Source |
|---|---|---|
| | | |
| *Peer-Reviewed Gilead Publications* | | |
| 2.5 ± 0.4 nM, 1.9 FC | 2.9 ± 0.7 nM, 1.8 FC | Engelman Rpt. ¶¶ 277-283. |
| 1.7 FC | 1.7 FC | Engelman Rpt. ¶¶ 301-302. |

95.     Third, third-party *in vitro* data also supports the opposite conclusion—that there are insubstantial differences in the performance of DTG and BIC *in vitro*.  Zhang 2018 concludes that **G140S/Q148H** "had relatively small changes in susceptibility to DTG, BIC, and CAB" (DTG: 3.0 FC; BIC: 2.5 FC).   Engelman Rpt. ¶¶ 456-460.   Saladini 2019 (Francesco Saladini et al., *Comparable In Vitro Activity of Second-Generation HIV-1 Integrase Strand Transfer Inhibitors (INSTIs) on HIV-1 Clinical Isolates with INSTI Resistance Mutations*, ANTIMICROBIAL AGENTS & CHEMOTHERAPY Oct 14. pii: AAC.01717-19 (2019) [Epub ahead of print], VIIVUS15547157-165) reported fold change values for DTG and BIC that suggest both drugs are potent against **R263K** (DTG: 3.5 FC; BIC: 1.1 FC).  Engelman Rpt. ¶ 470.  Hassounah 2017 also illustrates that DTG and BIC performed nearly identically against **R263K** (DTG: 2.1 ± 0.48 nM, 1.9 FC; BIC: 2.3 ± 0.43 nM, 2.3 FC) and similarly against **G118R** (DTG: 7.7 ± 3.9 nM, 6.7 FC; BIC: 4.3 ± 0.74 nM, 4.3 FC), with numerical differences that are not statistically significant and the $EC_{50}$ values are quite similar, demonstrating that both compounds are similarly potent against these mutant viruses.  Engelman Rpt. ¶¶ 401-407.  Smith 2018 concludes that "only BIC potently inhibited the well-known RAL-resistant IN double mutant **G140S/Q148H**[;]" but, the data actually said no such thing, as the numerical differences are not statistically significant and the $EC_{50}$ values are quite similar, demonstrating that both compounds are similarly potent against this mutant (DTG: 5.8 ±

0.5 nM, 3.6 FC[11]; <u>BIC</u>: 5.5 ± 0.7 nM, 2.9 FC).  Richman Rpt. ¶ 146 (emphasis added); Engelman Rpt. ¶ 417.

96.     In sum, plenty of data exists showing insubstantial differences between the *in vitro* assay data of DTG and BIC.  Drs. Richman and Cullen ignore all of that data to uphold Smith 2018 as somehow more relevant and more accurate than all other data that came out with different results.  But it is my practice to consider all data, not just a single study—and neither of their opinions have changed the conclusions I reached in my Opening Report.

97.     ***<u>Smith 2018 p-Value-Based Analysis:</u>***  Smith 2018 reports statistical significance using three p-value cutoffs:  < 0.025, < 0.01, and < 0.001, where < 0.001 is the highest level of statistical significance.  Smith 2018, VIIVUS00001366-383 at -370; *see also* Richman Rpt. ¶ 151.  Below I walk through each of these groups and place each group of data into context.

98.     According to Smith 2018 and Smith 2018 Supplement, there are 8 mutants with statistically significant numerical differences and p-values < 0.001 (<u>Panel 1</u>: **H51Y/R263K**; <u>Panel 2</u>: **E138K**, **Q146P**; <u>Panel 3</u>: **E138K/Q148K**, **G140S/Q148K**; <u>Panel 7</u>: **T97A/G140S/Q148H**; **E138K/G140S/Q148H**; and **G140S/Q148H/G163K**).  The data for these 8 mutants is illustrated in Table 1 below.  As Table 1 illustrates, DTG has lower $EC_{50}$ values than BIC against 4 mutants and BIC has lower $EC_{50}$ values than DTG against 4 mutants.  When I consider fold change and the Monogram Biosciences clinical and biological cutoffs for DTG and BIC (*e.g.*, Engelman Rpt. ¶¶ 139-141), I see that neither DTG nor BIC would inhibit 4 of the mutants (red) and both DTG and BIC would inhibit 4 of the mutants (green and yellow).  I believe that these are insubstantial differences.

---

[11] I calculated the fold change values by dividing the $EC_{50}$ value for the mutant by the $EC_{50}$ value for wild-type.  *See* Smith 2018 Supplement, VIIVUS15547175-181.

| Smith 2018 Mutant | DTG (nM) | DTG (FC [12]) | BIC (nM) | BIC (FC [13]) | P Value (Actual) | DTG/ BIC [14] |
|---|---|---|---|---|---|---|
| H51Y/R263K | 16.0 ± 1.9 | 10.0 [15] | 3.5 ± 1.0 | 1.8 | < 0.001 | BIC |
| E138K | 1.8 ± 0.4 | 1.1 | 4.0 ± 0.2 | 2.1 | < 0.001 | DTG |
| Q146P | 0.5 ± 0.04 | 0.3 | 0.8 ± 0.01 | 0.4 | < 0.001 | DTG |
| E138K/Q148K | 25.0 ± 2.1 | 15.6 | 59.3 ± 4.9 | 31.2 | < 0.001 | DTG |
| G140S/Q148K | 2.3 ± 0.2 | 1.4 | 4.5 ± 0.4 | 2.4 | < 0.001 | DTG |
| T97A/G140S/Q148H | 55.9 ± 3.0 | 34.9 | 29.5 ± 4.4 | 15.5 | < 0.001 | BIC |
| E138K/G140S/Q148H | 68.2 ± 2.0 | 42.6 | 4.9 ± 0.3 | 2.6 | < 0.001 | BIC |
| G140S/Q148H/G163K | 24.3 ± 1.1 | 15.2 | 8.8 ± 1.9 | 4.6 | < 0.001 | BIC |

Table 1

99.     According to Smith 2018 and Smith 2018 Supplement, there are 8 mutants [16] with statistically significant numerical differences and p-values < 0.01 (Panel 1: **H51Y**; Panel 3: **G140A/Q148H**, **G140A/Q148K**, and **G140S/Q148R**; Panel 4: **T66I/E157Q**; Panel 5: **L74M/G140C/Q148R** and **E138K/G140C/Q148R**; Panel 6: **E92Q/N155H/G163R**). The data for these 8 mutants is illustrated in Table 2 below. As Table 2 illustrates, DTG has lower $EC_{50}$ than BIC for 2 mutants and BIC has lower $EC_{50}$ values than DTG for 6 mutants. When I consider fold change and the Monogram Biosciences clinical and biological cutoffs for DTG and BIC (*e.g.*, Engelman Rpt. ¶¶ 139-141), I see that neither DTG nor BIC would inhibit 2 of the mutants (both red) and both DTG and BIC would inhibit 4 of the mutants (both green). For the remaining 2 mutants, DTG would inhibit both and BIC may or may not inhibit both, as both values are above the biological cutoff of 2.5 for BIC, and Gilead has not conducted the appropriate study to

---

[12] I calculated the fold change by dividing the reported $EC_{50}$ value for the mutant by the reported $EC_{50}$ value for wild-type.

[13] *See supra* n.12.

[14] This column indicates which compound had the lower $EC_{50}$ value, according to Smith 2018.

[15] Based on this fold change value, I understand that DTG may or may not need to be dosed twice daily, whereas BIC has not been approved for this indication. *Contra* Richman Rpt. ¶ 166.

[16] I address the statistically significant numerical differences with p values of 0.01 in the following section on p values < 0.025, as I believe is appropriate.

determine clinical cutoff values for BIC, nor has BIC been approved for such an indication.  In my opinion, these are insubstantial differences.

| Smith 2018 Mutant | DTG (nM) | DTG (FC [17]) | BIC (nM) | BIC (FC [18]) | P Value (Actual) | DTG/ BIC [19] |
|---|---|---|---|---|---|---|
| H51Y | 3.2 ± 0.2 | 2.0 | 2.2 ± 0.4 | 1.2 | < 0.01 (0.009) | BIC |
| G140A/Q148H | 3.9 ± 0.7 | 2.4 | 1.1 ± 0.3 | 0.6 | < 0.01 (0.002) | BIC |
| G140A/Q148K | 450.7 ± 58.8 | 281.7 | 137.1 ± 5.0 | 72.2 | < 0.01 (0.002) | BIC |
| G140S/Q148R | 26.2 ± 6.8 | 16.4 | 6.1 ± 1.3 | 3.2 | < 0.01 (0.008) | BIC |
| T66I/E157Q | 0.5 ± 0.1 | 0.3 | 1.1 ± 0.2 | 0.6 | < 0.01 (0.004) | DTG |
| L74M/G140C/Q148R | 10.2 ± 1.3 | 6.4 | 6.1 ± 0.9 | 3.2 | < 0.01 (0.003) | BIC |
| E138K/G140C/Q148R | 5.3 ± 1.0 | 3.3 | 8.2 ± 1.1 | 4.3 | < 0.01 (0.008) | DTG |
| E92Q/N155H/G163R | 3.8 ± 0.7 | 2.4 | 2.0 ± 0.4 | 1.1 | < 0.01 (0.007) | BIC |

Table 2

100.    According to Smith 2018 and Smith 2018 Supplement, there are 8 mutants with statistically significant numerical differences and p-values < 0.025 (Panel 1: **R263K**; Panel 2: **Q146L, Q148H**; Panel 3: **Y143R/Q148H, G140A/Q148R, G140C/Q148R,** and **Q148R/N155H**; Panel 5: **E138A/S147G/Q148R**).  The data for these 8 mutants is illustrated in Table 3 below.  As Table 3 illustrates, DTG has lower $EC_{50}$ than BIC for 4 mutants and BIC has lower $EC_{50}$ values than DTG for 4 mutants.  When I consider fold change and the Monogram Biosciences clinical and biological cutoffs for DTG and BIC (*e.g.*, Engelman Rpt. ¶¶ 139-141), I see that both DTG and BIC would inhibit 5 of the mutants (green and yellow).  For the remaining 3 mutants, DTG

---

[17] I calculated the fold change by dividing the reported $EC_{50}$ value for the mutant by the reported $EC_{50}$ value for wild-type.

[18] *See supra* n.17.

[19] This column indicates which compound had the lower $EC_{50}$ value, according to Smith 2018.

would inhibit all 3 and BIC may or may not inhibit them, as the values are above the biological cutoff for BIC, and Gilead has not conducted the appropriate study to determine clinical cutoff values for BIC, nor has BIC been approved for such an indication. I believe that these are insubstantial differences.

| Smith 2018 Mutant | DTG (nM) | DTG (FC [20]) | BIC (nM) | BIC (FC [21]) | P Value (Actual) | DTG/ BIC [22] |
|---|---|---|---|---|---|---|
| R263K | 11.3 ± 3.4 | 7.1 | 4.1 ± 1.1 | 2.2 | < 0.025 (0.02) | BIC |
| Q146L | 2.1 ± 0.8 | 1.3 | 5.2 ± 1.3 | 2.7 | < 0.025 (0.01) [23] | DTG |
| Q148H | 0.6 ± 0.1 | 0.4 | 0.9 ± 0.1 | 0.5 | < 0.025 (0.01) [24] | DTG |
| Y143R/Q148H | 0.8 ± 0.2 | 0.5 | 0.4 ± 0.1 | 0.2 | < 0.025 (0.02) | BIC |
| G140A/Q148R | 4.1 ± 0.3 | 2.6 | 10.0 ± 2.5 | 5.3 | < 0.025 (0.02) | DTG |
| G140C/Q148R | 2.9 ± 0.6 | 1.8 | 6.4 ± 1.4 | 3.4 | < 0.025 (0.01) [25] | DTG |
| Q148R/N155H | 7.1 ± 2.0 | 4.4 | 2.0 ± 0.4 | 1.1 | < 0.025 (0.01) [26] | BIC |
| E138A/S147G/Q148R | 5.5 ± 1.3 | 3.4 | 2.3 ± 0.0 | 1.2 | < 0.025 (0.02) | BIC |

Table 3

101.    In sum, I disagree with Drs. Richman and Cullen's conclusions because the data of Tables 1, 2, and 3 above indicate that there are insubstantial differences between DTG and BIC at any of these three p-values.

---

[20] I calculated the fold change by dividing the reported $EC_{50}$ value for the mutant by the reported $EC_{50}$ value for wild-type.
[21] *See supra* n.20.
[22] This column indicates which compound had the lower $EC_{50}$ value, according to Smith 2018.
[23] This is reported as 0.01, which is not < 0.01.
[24] This is reported as 0.01, which is not < 0.01.
[25] This is reported as 0.01, which is not < 0.01.
[26] This is reported as 0.01, which is not < 0.01.