IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY,        )
SHIONOGI & CO., LTD., and VIIV   )
HEALTHCARE UK (NO. 3) LIMITED,   )
                                 )
              Plaintiffs,        )
                                 )
       v.                        )          Civil Action No. 18-224-CFC
                                 )
                                 )
GILEAD SCIENCES, INC.            )
                                 )
              Defendant.         )
                                 )

## MEMORANDUM ORDER

Pending before me is Defendant Gilead Sciences, Inc.'s motion for summary

judgment on the basis that claim 6 of U.S. Patent No. 8,129,385 specifically

excludes compounds with bicyclic A-rings.  D.I. 253.  In its concise statement of

material undisputed facts filed in support of its motion, Gilead states that "[t]he

terms monocyclic and bicyclic are mutually exclusive."  D.I. 254 ¶ 11.  Plaintiffs

deny this asserted fact and cite record evidence (i.e, expert deposition testimony)

that appears on its face to create a genuine issue about whether the terms

monocyclic and bicyclic are mutually exclusive.  See D.I. 270-5 ¶¶ 16–20.

Because there is a disputed fact that Gilead has said is material to its motion

for summary judgment, I will deny the motion.  *See Anderson v. Liberty Lobby,*

*Inc.,* 477 U.S. 242, 248 (1986) (holding that summary judgment will not lie if there

is a genuine dispute about a material fact).

WHEREFORE, this 6th day of July 2020, Defendant's Motion for Summary

Judgment (D.I. 253) is DENIED.

_____
United States District Judge

2