# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant. | C.A. No. 18-224-CFC-CJB<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR PRETRIAL EXCHANGES

Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd, and ViiV Healthcare UK (No. 3) Limited and Defendant Gilead Sciences, Inc. hereby stipulate, subject to the approval of the Court to the following schedule for Pretrial Exchanges:

| Pretrial Item | Date Plaintiffs Will Provide | Date Defendant Will Provide |
|---|---|---|
| Proposed Jury Instructions (L.R. 51.1(a); Dkt. 87, ¶21) | August 3, 2020[1] | August 21, 2020 (redline)[2] |
| Proposed *Voir Dire* (L.R. 51.1 (c); Dkt. 87, ¶21) | August 3, 2020 | August 21, 2020 (redline) |
| Proposed Special Verdict Form (L.R. 51.1(c); Dkt. 87, ¶21) | August 3, 2020 | August 21, 2020 (redline) |
| Draft Pretrial Order | August 3, 2020 (L.R. 16.3(d)(1)) | August 19, 2020 (redline) (L.R. 16.3(d)(2)) |
| Initial Exhibit List, PDF Copies of Exhibits and Native Excel of Exhibit List | August 3, 2020 | August 11, 2020 (Defendant will identify Joint Exhibits and identify and provide copies of |

---

[1] The deadline for all exchanges, for both Plaintiffs and Gilead, will be at 10 p.m. ET, except for the filings which will be filed at or before 5 p.m. ET.

[2] In the event an earlier date for jury instructions submission is ordered, Gilead will modify its return date for redline to accommodate the revised deadline.

| | | |
|---|---|---|
| (L.R. 16.3(c)(6)) | | Exhibits Defendant intends to use) |
| Preliminary Witness List (L.R. 16.3(c)(7))[3] | August 3, 2020 | August 10, 2020 |
| Jury Questionnaire | August 3, 2020 | August 10, 2020 (redline) |
| File Jury Questionnaire | August 12, 2020 | |
| Parties' Meet and Confer to Narrow Issues Regarding Motions *In Limine* | August 10, 2020 at 4 p.m. EST ||
| Exchange Motions *In Limine* | August 17, 2020 (mutual exchange) ||
| Objections to Exhibits, Counter-Exhibits (L.R. 16.3(c)(6)), and PDF Copies of Exhibits | August 21, 2020 (mutual exchange) ||
| Final Witness List, Including Will Call and May Call Identification (L.R. 16.3(c)(7)) | August 21, 2020 (mutual exchange) ||
| Meet and Confer Regarding Pretrial Order, Jury Instructions, Proposed *Voir Dire*, and Special Verdict Form | August 25, 2020 at 4 p.m. EST ||
| Exchange Motion *In Limine* Responses | August 26, 2020 (mutual exchange) ||
| Objections to Counter-Exhibits | August 26, 2020 (mutual exchange) ||
| Supplementation of Exhibit List | August 28, 2020 (mutual exchange) ||
| Exchange Motion *In Limine* Replies and Objections to Supplemented Exhibit List | August 31, 2020 (mutual exchange) ||

---

[3] Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd, and ViiV Healthcare UK (No. 3) Limited and Defendant Gilead Sciences, Inc. hereby further stipulate, subject to the approval of the Court, that the parties will not include any deposition designations, counter-designations or objections to designations in the Proposed Pretrial Order. The parties will exchange affirmative deposition designations on September 4, 2020, counter designations and objections to designations on September 14, 2020, counters-to-counter designations and objections to counter designations on September 18, 2020, and objections to counters-to-counter designations in accordance with a schedule and process for finalizing deposition designations and objections that will be set out in the Proposed Pretrial Order.

| | | |
|---|---|---|
| Exchange of Proposed Final Pretrial Order | August 28, 2020 | August 31, 2020 |
| File Final Pretrial Order | September 2, 2020 (5:00 p.m. EST) (unchanged) | |
| File Jury Instructions, *Voir Dire* and Special Verdict Form | September 2, 2020 (5:00 p.m. EST) (unchanged) | |
| Pretrial Conference | September 8, 2020 (11:00 a.m. EST) (unchanged) | |
| Trial Commences | September 21, 2020 (9:30 a.m. EST) (unchanged) | |

Dated: July 28, 2020

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Daniel M. Silver | /s/ Jeremy A. Tigan |
| Michael P. Kelly (#2295) | Jack B. Blumenfeld (#1014) |
| Daniel M. Silver (#4758) | Jeremy A. Tigan (#5239) |
| Alexandra M. Joyce (#6423) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 North King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | jblumenfeld@mnat.com |
| mkelly@mccarter.com | jtigan@mnat.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| John M. Desmarais | Adam K. Mortara |
| Paul A. Bondor | J. Scott McBride |
| Justin P.D. Wilcox | John M. Hughes |
| Laurie N. Stempler | Mark S. Ouweleen |
| Todd L. Krause | Matthew R. Ford |
| Alyssa B. Monsen | Nevin M. Gewertz |
| Lindsey E. Miller | Tulsi E. Gaonkar |
| Kyle G. Petrie | Rebecca T. Horwitz |
| Thomas J. Derbish | Madeline W. Lansky |
| Julianne M. Thomsen | BARTLIT BECK LLP |
| DESMARAIS LLP | 54 West Hubbard Street, Suite 300 |
| 230 Park Avenue | Chicago, IL 60654 |
| New York, New York 10169 | (312) 494-4400 |
| (212) 351-3400 | adam.mortara@bartlit-beck.com |
| jdesmarais@desmaraisllp.com | scott.mcbride@bartlit-beck.com |
| pbondor@desmaraisllp.com | john.hughes@bartlitbeck.com |

| | |
|---|---|
| jwilcox@desmaraisllp.com | mark.ouweleen@bartlit-beck.com |
| lstempler@desmaraisllp.com | matthew.ford@bartlit-beck.com |
| tkrause@desmaraisllp.com | nevin.gewertz@bartlitbeck.com |
| amonsen@desmaraisllp.com | tulsi.gaonkar@bartlit-beck.com |
| lmiller@desmaraisllp.com | rebecca.horwitz@bartlit-beck.com |
| kpetrie@desmaraisllp.com | madeline.lansky@bartlitbeck.com |
| tderbish@desmaraisllp.com | |
| jthomsen@desmaraisllp.com | *Attorneys for Defendant Gilead Sciences, Inc.* |

*Attorneys for Plaintiffs,*
*ViiV Healthcare Company, Shionogi & Co.,*
*Ltd., and ViiV Healthcare UK (No. 3) Limited*

IT IS SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE