# IN THE UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,** | **C.A. No. 18-224-CFC-CJB** |
| **Plaintiffs,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **GILEAD SCIENCES, INC.,** | |
| **Defendant.** | |

## <u>JUROR QUESTIONNAIRE</u>

Dated: August 17, 2020

*Of Counsel:*

John M. Desmarais
Justin P.D. Wilcox
Laurie Stempler
Todd L. Krause
Alyssa B. Monsen
Lindsey E. Miller
Kyle G. Petrie
Thomas J. Derbish
Julianne M. Thomsen
Daniel Rabinowitz
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone:  (212) 351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
lstempler@desmaraisllp.com
tkrause@desmaraisllp.com
amonsen@desmaraisllp.com
lmiller@desmaraisllp.com
kpetrie@desmaraisllp.com
tderbish@desmaraisllp.com
jthomsen@desmaraisllp.com
drabinowitz@desmaraisllp.com

Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
**MCCARTER & ENGLISH, LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*ViiV Healthcare Company, Shionogi &*
*Co., Ltd., and ViiV Healthcare UK (No.*
*3) Limited*

*Of Counsel:*

Adam K. Mortara
J. Scott McBride
Mark S. Ouweleen
Matthew R. Ford
Nevin M. Gewertz
Tulsi E. Gaonkar
Rebecca T. Horwitz
Madeline W. Lansky
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400

John M. Hughes
Meg E. Fasulo
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Sarah Simonetti (#6698)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
ssimonetti@mnat.com

*Attorneys for Defendant*

**Juror Number** _____

## JUROR QUESTIONNAIRE

Please complete the following questionnaire – it has been approved by the Court and will be filled out by each prospective juror. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely and provide the response in the enclosed envelope. This information will not be used for any other purpose except to select a jury.

From this moment going forward, and until you are released from the jury selection process, you must not communicate about this case or your role as a prospective juror with anyone, including your family and friends. This is because the Court requires you to use only the information/evidence you receive in court to make your decisions and to be free from outside influences.

You must not read anything about the case or listen to any reports about the case, to the extent that there are any. In addition, do not communicate about or perform any research regarding the case, the parties, the attorneys, or the issues of this case by any means, including, through your cell phone, internet search engines (e.g. Google), e-mail, smartphone, text messaging, "tweeting", through any blog or website, through any internet chat room or message board, or by way of any posting or other use of any social networking websites, including, but not limited to, Facebook, Twitter, Instagram, LinkedIn, YouTube and/or Wikipedia.

It is very important that the answers be yours and yours alone.  You must fill out this questionnaire by yourself and without consulting any other person.  Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers.  You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court.  If there is any item that you would prefer to address privately in-person with the Court, you can respond by writing "Address Privately" and move to the next item. Thank you for your time and effort in completing this questionnaire.

Please DO NOT write on the backside of this form.

Juror Number _____

## PLEASE PRINT ALL ANSWERS LEGIBLY

The information provided in your answers to this questionnaire will only be used during jury selection in this case.

NAME: _____ AGE: _____ GENDER: _____

| | | |
|---|---|---|
| **1a.** Where do you live?<br><br><br>**1b.** Years at current address:<br><br><br>**1c.** Do you own or rent? | **2a.** Highest grade or degree you completed in school:<br><br><br>**2b.** If college, what college/university?<br><br><br>**2c.** List any certifications and/or college degree(s) received: | **3a.** Have you served in the military?<br>❏ YES ❏ NO<br><br>**3b.** If YES, which branch and what was your rank? |
| **4.** What is your current job status?<br><br>❏ Full time ❏ Part time ❏ Retired<br><br>❏ Furloughed ❏ Unemployed<br><br>❏ Homemaker ❏ Disabled<br><br>❏ Full time student ❏ Part time student<br><br>❏ Other (Specify) _____<br><br>If unemployed, how long?_____ | **5a.** Your current employer [if retired or unemployed, where was your last job?]:<br><br><br>**5b.** What is/was your job title and duties?<br><br><br>**5c.** Do/did you supervise anyone?<br>❏ YES ❏ NO<br><br>**5d.** If YES, please describe:<br><br><br>**5e.** How many employees does your current/recent employer have:_____<br><br>**5f.** Years employed:_____ | **6a.** What is your current marital status? (Check all that apply)<br>❏ Single, never married<br>❏ Living with significant other<br>❏ Currently married:  # of years _____<br>❏ Previously married:  # of years _____<br>❏ Divorced<br>❏ Single, but married in the past for ____ years<br>❏ Widowed/widower<br><br>**6b.** Your spouse/partner's current employer [if retired or unemployed, where was spouse/partner's last job?] |
| **7a.** Have you, your significant other or a family member ever owned a business?<br>❏ YES ❏ NO<br><br>**7b.** If YES, what kind? | **8a.** Have you or has anyone close to you ever worked at a job in the pharmaceutical industry or a job that worked with the pharmaceutical industry?<br><br>❏ YES, self<br>❏ YES, someone close to me<br>❏ NO<br><br>**8b.** If YES, please describe: | **9a.** Do you have any opinions about pharmaceutical companies or the pharmaceutical industry? ❏ YES     ❏ NO<br><br>**9b.**  If YES, please explain: |

**Juror Number** _____

---

**10a.** Have you ever studied or received training in the following?

- ❏   Chemistry
- ❏   Medicine
- ❏   Medicinal Chemistry
- ❏   Virology
- ❏   Nursing

**10b.** If you checked any of the above, what was the highest level you studied and/or where did you receive training?

- ❏ High School
- ❏ College/University
- ❏ Post Graduate
- ❏ Other:_____

- ❏ Training:_____

---

**11a.** Do you have any training, experience or specialized knowledge in any of the following (check all that apply):

- ❏   Intellectual Property/Patents
- ❏   Engineering
- ❏   Business Management
- ❏   Advertising/Marketing
- ❏   Law/Legal System
- ❏   Licensing
- ❏   Finance/Accounting
- ❏   Bookkeeping
- ❏   Healthcare
- ❏   Pharmaceuticals
- ❏   Biotechnology
- ❏   Government Agencies

**11b.** If you checked any of the above, please describe your training & experience:

---

**12a.** Have you or has anyone you know ever invented or designed anything?
❏ YES ❏ NO

If YES:
**12b.** Was a patent applied for?
❏ YES ❏ NO

**12c.** Please describe what was patented, invented, or designed, and by whom:

---

**13a.** Does your employer have patents?
❏ YES ❏ NO

**13b.** If YES, do you have any involvement with your employers' patents or licensing of those patents?
❏ YES ❏ NO

If YES, please describe:

---

**14a.** Have you, or someone close to you, ever had any dealings with the United States Patent and Trademark Office?
❏ YES     ❏ NO

**14b.** Have you ever applied for a patent?
❏ YES     ❏ NO

**14c.** Has anyone you know ever applied for a patent? ❏ YES     ❏ NO

**14d.** If YES, please explain:

---

**15a.** Do you have any opinions about patents, the patent system, or the enforcement of patents?
❏ YES ❏ NO

**15b.** If YES, please describe:

---

Juror Number _____

| | | |
|---|---|---|
| **16a.** Have you, someone close to you, or, to your knowledge, has your employer ever sued or been sued for alleged patent infringement?<br>❏ YES  ❏ NO<br><br>**16b.** If YES, please explain: | **17a.** Do you think lawsuits are necessary to keep corporations honest?<br><br>❏ Definitely Yes<br>❏ Probably Yes<br>❏ Probably No<br>❏ Definitely No<br><br><br>**17b.** Have you ever wanted to file a lawsuit or grievance?<br>❏ YES   ❏ NO<br><br><br>**17c.** If YES, please describe: | **18a.** Do you believe most lawsuits are frivolous?<br><br>❏ Definitely Yes<br>❏ Probably Yes<br>❏ Probably No<br>❏ Definitely No<br><br>**18b.** In general, do you believe the monetary damages awarded by juries are excessive?<br><br>❏ Definitely Yes<br>❏ Probably Yes<br>❏ Probably No<br>❏ Definitely No |
| **19a.** Have you ever served as a juror in any of the following:<br>❏ Criminal case     ❏ Grand Jury<br>❏ Civil case           ❏ Never served<br><br>**19b.** If a civil case, what kind of civil case(s)?<br><br><br>**19c.** Did you reach a verdict?<br>❏ YES ❏ NO<br><br>**19d.** Were you the foreperson?<br>❏ YES ❏ NO<br><br>**19e.** What was the case about? | **20a.** Have you, or has anyone close to you, ever been a plaintiff or defendant in any legal proceeding?<br><br>❏ No; never<br>❏ Yes; once<br>❏ Yes; more than once<br><br>**20b.** If YES, to either of the above, please provide a brief description of the case(s): | **21a.** Have you, or has anyone close to you, ever been a witness in a court proceeding?<br>❏ YES  ❏ NO<br><br>**21b.** If YES, please provide a brief description of the case(s): |

Juror Number _____

| | | |
|---|---|---|
| *If you would prefer to respond to this question privately in person with the Court, please check this box and skip to the next item.*<br>❏ Address Privately<br><br>**22a.** Do you have any knowledge about the treatment of HIV or AIDS?<br>❏ YES  ❏ NO<br><br>**22b.**  If YES, please explain: | *If you would prefer to respond to this question privately in person with the Court, please check this box and skip to the next item.*<br>❏ Address Privately<br><br>**23a.** Have you, or has anyone close to you, been treated for HIV or AIDS?<br>❏ YES  ❏ NO<br><br>**23b.**  If YES, please provide a brief description, including what treatments were received, to the extent known: | *If you would prefer to respond to this question privately in person with the Court, please check this box and skip to the next item.*<br>❏ Address Privately<br><br>**24a.** Do you have any views, either positive or negative, about HIV, AIDS, or HIV treatments?<br>❏ YES  ❏ NO<br><br>**24b.**  If YES, please provide a brief description: |
| *If you would prefer to respond to this question privately in person with the Court, please check this box and skip to the next item.*<br>❏ Address Privately<br><br>**25a.** Have you, or has anyone close to you, been treated for COVID-19?<br>❏ YES  ❏ NO<br><br>**25b.**  If YES, please provide a brief description, including what treatments were received, to the extent known: | **26a.** Please list your social, political, civic or religious organizations, clubs, groups, or other affiliations:<br><br><br><br>**26b.** Have you held any positions of leadership in these organizations? What role? | **27a.** Where do you get your news? (Check all that apply)<br><br>❏ The Internet: _____<br>❏ CNN ❏NBC ❏ABC ❏CBS ❏FOX ❏PBS<br>❏ Newspapers:_____<br>❏ Radio (What programs?)_____<br>❏ Friends/Family/Word of mouth<br>❏ Other:_____<br><br>**27b.** Do you blog or post to message boards?<br>❏ YES  ❏ NO<br><br>**27c.** If YES, what about? |
| **28a.** Is there any reason that might make it difficult for you to pay attention to trial testimony for sustained periods of time?<br>❏ YES  ❏ NO<br><br>**28b.** If you answered YES, please explain: | **29a.** Is there any reason why you could not serve as a completely fair and impartial juror in this patent case?<br>❏ YES  ❏ NO<br><br>**29b.** If you answered YES, please explain: | **30a.** Is there anything else you feel the Court and the parties should know about you?<br>❏ YES  ❏ NO<br><br>**30b.**  If you answered YES, please explain: |

Date _____        Juror Signature _____