# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VIIV HEALTHCARE COMPANY, )
SHIONOGI & CO., LTD., and VIIV )
HEALTHCARE UK (NO. 3) LIMITED, )
                     )
       Plaintiffs, )    C.A. No. 18-224-CFC-CJB
                     )
   v. )
                     )
GILEAD SCIENCES, INC., )
                     )
       Defendant. )

## ~~[PROPOSED]~~ ORDER

Before the Court are motions filed by Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited ("ViiV") (D.I. 333, 335, 337, 339) and Defendant Gilead Sciences, Inc. ("Gilead") (D.I. 330). On February 22, 2021, the Court held a hearing and heard oral argument on said motions. Consistent with the reasoning and direction provided during the hearing, this Order memorializes the Court's rulings.

IT IS HEREBY ORDERED that:

1. Gilead's Motion to Exclude Evidence from Raymond S. Sims (D.I. 330) is DENIED.

2. ViiV's Motion to Exclude Expert Testimony of Drs. MacMillan, Richman, and Reynolds (D.I. 333) is GRANTED-IN-PART and DENIED-IN-

1

PART. For the reasons provided at the hearing:

- Paragraph 120 of Dr. MacMillan's Rebuttal Report (D.I. 334, Ex. E) is EXCLUDED except for the portion of the first sentence stating "The significance of this difference in structure, volume, and globularity is supported by the modeling and conclusions of Dr. Reynolds" and the citation to Dr. Reynolds' report following the first sentence;

- Paragraph 7 of Dr. MacMillan's Supplemental Report (D.I. 334, Ex. F) is EXCLUDED;

- The sentence beginning "Lastly" through the sentence ending "and support my opinions" of Paragraph 10 of Dr. MacMillan's Supplemental Report (D.I. 334, Ex. F) are EXCLUDED ;

- The clause stating "and the comments of Dr. Cherepanov about his data," footnote 132, and the words "and Dr. Cherepanov" in Paragraph 156 of Dr. Richman's Rebuttal Report (D.I. 334, Ex. G) are EXCLUDED;

- The first sentence of Paragraph 158 of Dr. Richman's Rebuttal Report (D.I. 334, Ex. G) is hereby EXCLUDED;

- The last two sentences of Paragraph 5 of Dr. Richman's Supplemental Report (D.I. 334, Ex. H) are EXCLUDED;

- The words "the most recent SIV work by Cherepanov[18] and" in the last

sentence of Paragraph 55 of Dr. Reynolds' Rebuttal Report (D.I. 334, Ex. I) are EXCLUDED;

- The last sentence of Paragraph 2 of Dr. Reynolds' Supplemental Report (D.I. 334, Ex. J) is EXCLUDED;

- The first sentence of Paragraph 3 of Dr. Reynolds' Supplemental Report (D.I. 334, Ex. J) is EXCLUDED;

- The portion of the third sentence of Paragraph 3 of Dr. Reynolds' Supplemental Report (D.I. 334, Ex. J) stating "Dr. Cherepanov's conclusion is consistent with" is EXCLUDED;

- The first two sentences of Paragraph 7 of Dr. Reynolds' Supplemental Report (D.I. 334, Ex. J) are EXCLUDED;

- Paragraph 10 of Dr. Reynolds' Supplemental Report (D.I. 334, Ex. J) is EXCLUDED;

- The last three sentences of Paragraph 13 of Dr. Reynolds' Supplemental Report (D.I. 334, Ex. J) are EXCLUDED except for the portion of the third-to-last sentence stating "This important difference is described in the Cook 2020 publication."

Gilead's experts shall not rely on these paragraphs or the opinions contained therein in future proceedings, including trial. The Court DENIES the remainder

of the motion.

3.      ViiV's Motion to Exclude Expert Testimony of Dr. David Taft (D.I. 335) is GRANTED-IN-PART and DENIED-IN-PART. As stipulated at the hearing, the last sentence of Paragraph 117 from Dr. Taft's Rebuttal Report (D.I. 336, Ex. B) is hereby STRICKEN. Gilead's experts shall not rely on this sentence or the opinions contained therein in future proceedings, including trial. The Court DENIES the remainder of the motion.

4.      ViiV's Motion to Exclude Expert Testimony of Dr. Robert Burk (D.I. 337) is DENIED WITHOUT PREJUDICE. The issues raised by the motion can be addressed through motions *in limine* or otherwise during the pretrial process.

5.      ViiV's Motion to Exclude Expert Testimony of Dr. Vellturo (D.I. 339) is GRANTED-IN-PART and DENIED-IN-PART. For the reasons provided at the hearing, Paragraphs 138, 143-146, the last sentence of Paragraph 142, and the first sentence of Paragraph 139 of Dr. Vellturo's Rebuttal Report (D.I. 340, Ex. 1) are hereby EXCLUDED. Gilead's experts shall not rely on these paragraphs or the opinions contained therein in future proceedings, including trial. The Court DENIES the remainder of the motion.

Dated: February 26, 2021

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*ViiV Healthcare Company, Shionogi*
*& Co., Ltd., and ViiV Healthcare UK*
*(No. 3) Limited*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant*
*Gilead Sciences, Inc.*

SO ORDERED this 26ᵀᴴ day of February , 2021.

The Honorable Colm F. Connolly
UNITED STATES DISTRICT JUDGE

5