# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 Fax

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 fax
jblumenfeld@morrisnichols.com

December 28, 2021

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *ViiV Healthcare Company, et al. v. Gilead Sciences, Inc.*
           C.A. No. 18-224 (CFC)

Dear Chief Judge Connolly:

      I write on behalf of Gilead to request a continuance of the January 10, 2022 trial in light of the public health conditions resulting from Covid-19. Gilead seeks this continuance so that the health of the jurors, the Court personnel, and the large number of client representatives, witnesses and lawyers involved in this case will not be put at risk. Even since the pretrial conference on December 21, the number of new Covid cases has increased dramatically in Delaware and around the country and the world. In addition, a large increase in the number of breakthrough cases of vaccinated people has been reported. And the CDC has projected the possibility of a surge in cases in January, during the scheduled trial. We have raised this issue with counsel for the plaintiffs, who have advised us that they oppose this request and will respond in the next day or so.

      Gilead is also particularly concerned that if the trial starts but has to be called off in the middle due to illness of some of those involved, there will be great prejudice to it. For example, if the trial were to be continued after Gilead has cross examined plaintiffs' witnesses, that preview of Gilead's cross-examinations would give plaintiffs a significant advantage in the retrial. In short, it would not be fair to start the trial, when there is a significant chance that it will have to be redone. In

The Honorable Colm F. Connolly
December 28, 2021
Page 2

addition, some Gilead witnesses and trial team members have significant concerns about attending the trial at the crest of the Omicron wave.

      Accordingly, Gilead requests that the January 10 trial be postponed until the health conditions have improved. Such a continuance would be consistent with Chief Justice Seitz's recommendation that state court cases that cannot be tried remotely in January be postponed, with the Federal Circuit's Order yesterday that, due to the changing health conditions in Washington, all hearings during its January session will be held telephonically, and with Judge Noreika's Order yesterday in *Chugai Pharmaceutical Co. Ltd. v. Alexion Pharmaceuticals, Inc.*, C.A. No. 18-1802-MN, continuing a January 3 trial.

      Gilead believes there is no good reason to put the health of those involved in this case between large pharmaceutical companies at risk, especially given that the only relief plaintiffs seek is money.

      We are available for a telephone conference at Your Honor's convenience to discuss this issue.

      Respectfully,

      */s/ Jack B. Blumenfeld*

      Jack B. Blumenfeld (#1014)

JBB:lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)