

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

January 6, 2021

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      RE:  *ViiV Healthcare Company, et al. v. Gilead Sciences, Inc.*,
            **C.A. No. 18-224-CFC-CJB**

Dear Chief Judge Connolly:

    Attached please find the revised *voir dire* and preliminary jury instructions for the trial scheduled to commence in this matter on May 2, 2022. These documents have been edited to reflect the Court's guidance at the pre-trial conference held on December 21, 2021 and the Court's oral order issued on December 27, 2021.

    Please note that the *voir dire* as currently written assumes that the Court will not read the questions out loud. Instead, the venire will be asked to fill out the Questionnaire at their own pace.

    Also, the preliminary jury instructions contain the parties' competing proposals for an instruction on the doctrine of equivalents. If the Court would like to resolve this dispute before the first day of trial, the parties are available at the Court's convenience.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

January 6, 2021  
Page 2

cc:    All Counsel of Record (via CM/ECF and Electronic Mail)