## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>GILEAD SCIENCES, INC.,<br><br>Defendant. | C.A. No. 18-224-CFC |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii), Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Ltd. and Defendant Gilead Sciences, Inc., by their respective undersigned counsel and subject to approval of the Court, hereby STIPULATE and AGREE as follows:

1.  All claims and defenses are dismissed with prejudice.

2.  Each party shall bear its own costs, expenses, and attorneys' fees in connection with this matter.

Dated:  February 1, 2022

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

ME1 39424989v.1

Of Counsel:

John M. Desmarais
Paul A. Bondor
Justin P.D. Wilcox
Todd Krause
Lindsey Miller
David Shaw
Alyssa Monsen
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
jdesmarais@desmaraisllp.com
pbondor@desmaraisllp.com
jwilcox@desmaraisllp.com
tkrause@desmaraisllp.com
lmiller@desmaraisllp.com
dshaw@desmaraisllp.com
amonsen@desmaraisllp.com

*Attorneys for Plaintiffs*
*ViiV Healthcare Company, Shionogi & Co.,*
*Ltd., and ViiV Healthcare UK (No. 3)*
*Limited*

Of Counsel:

Philip S. Beck
J. Scott McBride
Mark S. Ouweleen
Matthew R. Ford
Nevin M. Gewertz
Tulsi E. Gaonkar
Rebecca T. Horwitz
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

John M. Hughes
Meg E. Fasulo
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
(303) 592-3100

*Attorneys for Defendant*
*Gilead Sciences, Inc.*

SO ORDERED this _____ day of _____, 2022.


_____
Chief United States District Judge

ME1 39424989v.1